

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 160003897
Cashier ID: tbroaden
Transaction Date: 08/22/2007
Payer Name: KELLEY DRYE
------------------------------------------
CIVIL FILING FEE
  For: KELLEY DRYE
  Amount:         $350.00
------------------------------------------
CHECK
  Remitter: KELLEY DRYE
  Check/Money Order Num: 20912
  Amt Tendered: $350.00
------------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE NEW SUIT
107CV846
```