# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

3050 K. STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20007

(202) 342-8400

NEW YORK, NY
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(202) 342-8451
www.kelleydrye.com

RECEIVED
2007 AUG 22  P 4:00
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

DIRECT LINE: (202) 342-8504
EMAIL: jwilson@kelleydrye.com

August 22, 2007

HAND-DELIVERY

Clerk of the Court
United States District Court
  for the Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

Re: **Triantafyllos Tafas v. John Dudas, in his Official Capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and The United States Patent and Trademark Office**

Dear Sir or Madam:

Enclosed for filing with the Court are originals and one copy each of Plaintiff's *Civil Cover Sheet, Complaint, three Summonses for each Defendant, Notice of Motion for Preliminary Injunction, Motion for Preliminary Injunction, Memorandum in Support thereof, and proposed Order*. Also enclosed is the Court's filing fee of $350.00. Please process the Summonses and date-stamp the extra copies and return them to the Courier.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Joseph D. Wilson

Enclosures