OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Eastern District of Virginia

TRIANTAFYLLOS TAFAS

v.

Jon ~~John~~ DUDAS, IN HIS OFFICIAL CAPACITY
AS UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR
OF THE UNITED STATES PATENT AND TRADEMARK,
OFFICE, and THE UNITED STATES PATENT AND
TRADEMARK OFFICE.

**SUMMONS IN A CIVIL ACTION**

RECEIVED
2007 AUG 22 P 4:11
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE NUMBER: 1:07cv846

TO: (Name and address of Defendant)

The United States Patent and Trademark Office
**Serve (Pursuant to 37 C.F.R. §104.2)**
Office of the General Counsel
United States Patent and Trademark Office
10B20, Madison Building East
600 Dulany Street
Alexandria, Virginia 22313

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                DATE

_____
(By) DEPUTY CLERK

iss by SPS

# UNITED STATES DISTRICT COURT
Eastern District of Virginia

TRIANTAFYLLOS TAFAS

V.

Jon ~~John~~ DUDAS, IN HIS OFFICIAL CAPACITY
AS UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR
OF THE UNITED STATES PATENT AND TRADEMARK,
OFFICE, and THE UNITED STATES PATENT AND
TRADEMARK OFFICE.

SUMMONS IN A CIVIL ACTION

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE NUMBER: 1:07cv846

TO: (Name and address of Defendant)

Jon ~~John~~ Dudas (in his official capacity as Under Secretary
of Commerce for Intellectual Property and Director of the
United States Patent and Trademark Office);
**Serve (Pursuant to 37 C.F.R. §104.2)**
Office of the General Counsel
United States Patent and Trademark Office
10B20, Madison Building East
600 Dulany Street
Alexandria, Virginia 22313

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

---

CLERK

DATE

---

(By) DEPUTY CLERK