FILED

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

2007 AUG 22 P 4: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**TRIANTAFYLLOS TAFAS,**

Plaintiff,

v.

CIVIL ACTION: 1:07 CV 846

**JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and the UNITED STATES PATENT AND TRADEMARK OFFICE,**

Defendants.

## PLAINTIFF'S NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on Friday, September 7, 2007, at 10:00 a.m. or at such earlier or other time as counsel may be heard, Plaintiff Triantafyllos Tafas will move the Court for an order preliminary enjoining Defendant Jon Dudas, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and Defendant United States Patent And Trademark Office. The requested relief for which Plaintiff will move is set forth in detail in Plaintiff's Motion for Preliminary Injunction and accompanying Memorandum In Support being simultaneously filed herewith.

Respectfully submitted,

By: _____
Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007-5108
(202) 342-8400 (Tel)
(202) 342-8451 (Fax)
jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

*Of Counsel:*

William R. Golden Jr., Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7992
Facsimile: (212) 808-7897
E-mail: wgolden@kelleydrye.com

-- and --

Steve J. Moore, Esq.
James E. Nealon, Esq.
400 Atlantic Street
Stamford, Connecticut 06901-3229
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
E-mail: smoore@kelleydrye.com
E-mail: jnealon@kelleydrye.com

Dated: August 22, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of August, 2007, he caused to be served true and correct copies of the foregoing Notice of Motion for Preliminary Injunction, Motion for Preliminary Injunction, Memorandum In Support and Declaration of Dr. Tafas via facsimile before 5:00 p.m. and via certified United States mail postage prepaid upon:

>General Counsel
>United States Patent and Trademark Office
>P.O. Box 15667
>Arlington, VA 22215

*Counsel for Defendants*

The undersigned further certifies that he will cause to be served copies of the above papers by hand no later than 5:00 p.m. on August 23, 2007 on:

>General Counsel
>United States Patent & Trademark Office
>10B20 Madison Building East
>600 Dulany Street
>Alexandria, VA 22313
>Phone: 571-272-7000
>FAX: 571-273-0099

*Counsel for Defendants*

_____
Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007-5108
(202) 342-8400 (Tel)
(202) 342-8451 (Fax)
jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*