AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

## UNITED STATES DISTRICT COURT

Eastern District of Virginia

2007 AUG 24 A 11: 57
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

TRIANTAFYLLOS TAFAS
 Plaintiff,

v.

JON DUDAS, IN HIS OFFICIAL CAPACITY AS UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, and THE UNITED STATES PATENT AND TRADEMARK OFFICE

 Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07 CV 846

TO: (Name and address of Defendant)

Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

CT01/MORIJA/245429.3

AO 440 (Rev. 8/01) Summons in a Civil Action

iss by SPS

# UNITED STATES DISTRICT COURT

RECEIVED

Eastern District of Virginia

TRIANTAFYLLOS TAFAS

                Plaintiff,

v.

JON DUDAS, IN HIS OFFICIAL CAPACITY AS UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, and THE UNITED STATES PATENT AND TRADEMARK OFFICE

                Defendant.

2007 AUG 24 A 11:56

SUMMONS IN A CIVIL CASE

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE NUMBER: 1:07cv846

TO: (Name and address of Defendant)

Chuck Rosenberg

The United States Attorney for the Eastern District of Virginia
Justin M. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                           DATE

(By) DEPUTY CLERK

CT01/MORIJA/245429.1