# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office and the UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>**Defendants.** | **Case No.: 1:07-cv-846 (JCC/TRJ)** |

## PLAINTIFF'S REVISED NOTICE
## OF MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on Friday, September 21, 2007, at 10:00 a.m. or at such earlier or other time as counsel may be heard, Plaintiff Triantafyllos Tafas will move the Court for an order preliminary enjoining Defendant Jon Dudas, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and Defendant United States Patent And Trademark Office.  The requested relief for which Plaintiff will move is set forth in detail in Plaintiff's Motion for Preliminary Injunction and accompanying Memorandum In Support being simultaneously filed herewith.

This revised Notice of Motion supplants the Notice of the aforesaid Motion filed on August 22, 2007 setting the hearing on the aforesaid motion for September 7, 2007.

                                          Respectfully submitted,

                                          By:     /s/ Joseph D. Wilson
                                          Joseph D. Wilson (VSB # 43693)
                                          KELLEY DRYE & WARREN LLP
                                          3050 K Street, N.W., Suite 400
                                          Washington, DC  20007-5108
                                          (202) 342-8400(Tel)
                                          (202) 342-8451 (Fax)
                                          jwilson@kelleydrye.com

                                          *Counsel for Plaintiff Triantafyllos Tafas*

*Of Counsel:*

William R. Golden Jr., Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone:  (212) 808-7992
Facsimile:  (212) 808-7897
E-mail:  wgolden@kelleydrye.com

-- and --

Steve J. Moore, Esq.
James E. Nealon, Esq.
400 Atlantic Street
Stamford, Connecticut 06901-3229
Telephone:  (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:  smoore@kelleydrye.com
E-mail:  jnealon@kelleydrye.com

Dated:  August 28, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify on the 28th[t] day of August , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent a copy of the same by electronic mail and e-mail to:

      Lauren A. Wetzler
      Assistant United States Attorney
      Justin W. Williams United States Attorney's Building
      2100 Jamieson Ave.
      Alexandria, VA 22314
      Tel: (703) 299-3752
      Fax: (703) 299-3983
      Lauren.wetzler@usdoj.gov

      *Counsel for Defendants Jon Dudas and the United States Patent & Trademark Office*


        /s/ Joseph D. Wilson
      Joseph D. Wilson (VSB # 43693)
      KELLEY DRYE & WARREN LLP
      3050 K Street, N.W., Suite 400
      Washington, DC  20007-5108
      (202) 342-8400 (Tel)
      (202) 342-8451 (Fax)
      jwilson@kelleydrye.com

      *Counsel for Plaintiff Triantafyllos Tafas*