# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07cv846 (JCC/TRJ) |
| JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Assistant United States Attorney Lauren A. Wetzler as counsel for all Defendants.

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By:       /s/
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Joseph D. Wilson, Esq.
>KELLY DRYE & WARREN LLP
>3050 K Street, NW, Suite 400
>Washington, DC 20007-5108
>jwilson@kelleydrye.com
>
>*Counsel for Plaintiff*

>__/s/_____
>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>Lauren.Wetzler@usdoj.gov
>
>*Counsel for All Defendants*