AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Virginia

TRIANTAFYLLOS TAFAS

           Plaintiff,

v.

JON DUDAS, IN HIS OFFICIAL CAPACITY AS UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, and THE UNITED STATES PATENT AND TRADEMARK OFFICE

           Defendant.

FILED
2007 AUG 29 P 1: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07CV846

TO: (Name and address of Defendant)

*Chuck Rosenberg*
The United States Attorney for the Eastern District of Virginia
Justin M. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk          8/24/07
CLERK                                          DATE

(By) DEPUTY CLERK

CT01/MORIJA/245429.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(¹) | DATE<br>08-27-07 at 2:25 p.m. |
| NAME OF SERVER *(PRINT)*<br>Michael R. Reeder | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Belinda Johnson, Paralegal, authorized to accept. Service was completed at 2100 Jamieson Avenue, Alexandria, Virginia 22314.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service is true and correct.

Executed on   08-28-07
                  Date

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Civil Cover Sheet, Plaintiff's Notice of Motion for a Preliminary Injunction, Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction and Declaration of Triantafyllos Tafas in Support of his Application for Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CT01/MORIJA/245429.1