AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Eastern District of Virginia

TRIANTAFYLLOS TAFAS

**SUMMONS IN A CIVIL ACTION**

FILED
2007 AUG 29
CLERK DISTRICT COURT
ALEXANDRIA, VIRGINIA

v.

JON ~~JOHN~~ DUDAS, IN HIS OFFICIAL CAPACITY
AS UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR
OF THE UNITED STATES PATENT AND TRADEMARK,
OFFICE, and THE UNITED STATES PATENT AND
TRADEMARK OFFICE.

CASE NUMBER: 1:07CV846

TO: (Name and address of Defendant)

The United States Patent and Trademark Office
**Serve (Pursuant to 37 C.F.R. §104.2)**
Office of the General Counsel
United States Patent and Trademark Office
10B20, Madison Building East
600 Dulany Street
Alexandria, Virginia 22313

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Wilson, Esq.
Kelley Drye & Warren LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**Fernando Galindo, Clerk**
CLERK

DATE 8/22/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(¹) | DATE<br>08-27-07 at 2:51 p.m. |
| NAME OF SERVER *(PRINT)*<br>Michael R. Reeder | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Elisa Jackson, Secretary, Office of General Counsel, authorized to accept. Service was completed at 600 Dulaney Street, Madison Building East, 10B20, Alexandria, Virginia 22313.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United Stated of America that the foregoing information contained in the Return of Service is true and correct.

Executed on   08-28-07
                Date

*Signature of Server*
Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\* Civil Cover Sheet, Plaintiff's Notice of Motion for a Preliminary Injunction, Plaintiff's Motion for a Preliminary Injunction, Plaintiff's Memorandum of Law in Support of Motion for Preliminary Injunction and Declaration of Triantafyllos Tafas in Support of his Application for Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CT01/MORIJA/245429.1