# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,** *et al.***,**<br><br>**Defendants.** | CIVIL ACTION: 1:07-CV-00846-JCC-TRJ |

### PLAINTIFF'S NOTICE OF WITHDRAWAL
### OF MOTION FOR PRELIMINARY INJUNCTION & HEARING ON SAME

Plaintiff, Dr. Triantafyllos Tafas ("Plaintiff" or "Dr. Tafas"), filed an Amended Complaint dated September 7, 2007 (the "Amended Complaint") pursuant to Fed. R. Civ. P. 15(a). Plaintiff's Motion for Preliminary Injunction dated August 22, 2007 (the "Motion for Preliminary Injuction") was predicated on the superseded allegations in Plaintiff's original complaint. Consequently, Plaintiff hereby serves notice, through its undersigned counsel, that it is withdrawing the Motion for Preliminary Injunction, *without prejudice,* and the hearing on the same.

DC01/NEALJ/308049.1

2

 

Respectfully submitted,

     /s/ Joseph D. Wilson
Joseph D. Wilson (VSB # 43693)©
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC  20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

*Of Counsel:*

William R. Golden Jr., Esq.
Steven Moore, Esq.
James E. Nealon, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone:  (212) 808-7992
Facsimile:  (212) 808-7897
E-mail:  wgolden@kelleydrye.com
        smoore@kelleydrye.com
        jnealon@kelleydrye.com

-- and --

400 Atlantic Street
Stamford, Connecticut 06901-3229
Telephone:  (203) 324-1400
Facsimile:  (203) 327-2669


David Frulla, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC  20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: dfrulla@kelleydrye.com

Dated:  September 7, 2007

2

CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 7th day of September, 2007, he caused to be served true and correct copies of the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Ave.
>Alexandria, VA 22314
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>lauren.wetzler@usdoj.govGeneral Counsel

*Counsel for Defendants*

>      /s/ Joseph D. Wilson
>Joseph D. Wilson (VSB # 43693)
>KELLEY DRYE & WARREN LLP
>3050 K Street, N.W., Suite 400
>Washington, DC  20007-5108
>(202) 342-8400 (Tel)
>(202) 342-8451 (Fax)
>jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

DC01/NEALJ/308049.1