UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)



| TRIANTAFYLLOS TAFAS, | |
|---|---|
| Plaintiff, | |
| v. | CIVIL ACTION: 1:07-CV-00846-JCC-TRJ |
| JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, *et al.*, | |
| Defendants. | |

### THE PARTIES' JOINT STIPULATION AND CONSENT ORDER REGARDING BRIEFING SCHEDULE

**WHEREAS,** counsel for Plaintiff Triantafyllos Tafas ("Plaintiff") and counsel for Defendant Jon W. Dudas ("Defendant") and Defendant United States Patent and Trademark Office ("Defendants;" Plaintiffs and Defendants are collectively reference as the "Parties") have conferred and agreed upon the briefing schedule concerning motions to dismiss and motions for summary judgment the Parties anticipate being filed in this action in order to expeditiously progress the action and to obviate the need for a preliminary injunction motion;

**NOW THEREFORE,** the Parties stipulate as follows, and respectfully request that the Court to enter the following stipulation as an Order in the above-captioned action:

1. Defendants shall file any motion to dismiss Plaintiff's Amended Complaint dated September 7, 2007 on or before Thursday, October 4, 2007.

CT01/NEALJ/245998.3

2.  Plaintiff will file his opposition to any motion to dismiss Defendants might file on or before <u>Thursday</u>, October 18, 2007.

3.  Defendants will file their reply to any opposition by Plaintiff to Defendants' motion to dismiss on or before <u>Friday</u>, October 26, 2007.

4.  Defendants will notice Friday, November 2, 2007 as the date on which their motion to dismiss will be heard, or, if the Court is not available to hear the motion on that date, for the next date thereafter on which the Court is so available that is mutually agreeable to counsel for both Plaintiff and Defendants.

5.  Defendants will use their best efforts to provide Plaintiff with the complete administrative record for the rule making of the United States Patent and Trademark Office at issue in this action on or before <u>Friday</u>, October 5, 2007.

6.  Subject to timely receipt from Defendants of the administrative record (referenced above), and provided that Plaintiff does not challenge the contents of the administrative record, Plaintiff will file any motion for summary judgment on or before <u>Thursday</u>, October 25, 2007.

7.  Defendants will submit any cross-motion for summary judgment, as well as any opposition to the summary judgment motion Plaintiff might file, on or before <u>Tuesday</u>, November 20, 2007.

8.  Plaintiff will file his reply in support of its motion for summary judgment, as well as its opposition to any cross-motion for summary judgment that Defendants might file, on or before <u>Thursday</u>, December 6, 2007.

9.  Defendants will file their reply in support of their cross-motion for summary judgment on or before <u>Monday</u>, December 17, 2007.

10. The Parties will notice the hearing on any summary judgment filed by Plaintiff and any cross-motion for summary judgment filed by Defendants for <u>Friday</u>, December 21, 2007, or, if the Court is not available to hear the motions on that date, for the next date thereafter on which the Court is so available that is mutually agreeable to both counsel for Plaintiff and Defendants.

11. The Parties will endeavor to negotiate a further agreed order concerning expanding the page limitations for summary judgment briefs provided under Local Civil Rule 7(F)(3), and will, in due course, submit that agreed order for the Court's consideration.

Dated: September 18, 2007

| THE DEFENDANTS | THE PLAINTIFF |
|---|---|
| JON W. DUDAS and THE UNITED STATES PATENT AND TRADEMARK OFFICE | TRIANTAFYLLOS TAFAS |
| /s/ Lauren A. Wetzler | /s/ Joseph D. Wilson |
| Lauren A. Wetzler | Joseph D. Wilson (VSB # 43693) |
| Assistant United States Attorney | KELLEY DRYE & WARREN LLP |
| Justin W. Williams United States Attorney's Building | Washington Harbour, Suite 400 |
| 2100 Jamieson Avenue | 3050 K Street, NW |
| Alexandria, Virginia 22314 | Washington, DC 20007 |
| Telephone: (703) 299-3752 | Telephone: (202) 342-8400 |
| Facsimile: (703) 299-3983 | Facsimile: (202) 342-8451 |
| lauren.wetzler@usdoj.gov | E-mail: jwilson@kelleydrye.com |
| *Counsel for Defendant Jon Dudas and The United States Patent and Trademark Office* | *Counsel for Plaintiff Triantafyllos Tafas* |

SO ORDERED this 21st day of September, 2007:

_____
United States District Judge
/s/
**James C. Cacheris**
**United States District Judge**

CT01/NEALJ/245998.3

3