# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS

Defendants United States Patent and Trademark Office and Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, respectfully move to dismiss the majority of the claims in Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief and Petition for Review of Rulemaking.[1] Specifically, Defendants seek dismissal of:

- Count One, ¶¶ 56(a), (b), (c), (d), (e), (f), (g), (h), (j), (k), (l), (m), and (n) for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1);

- Count Two, in its entirety, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6); and

---

[1] The USPTO respectfully requests leave to have its forthcoming summary judgment motion substitute for an Answer with respect to any claims that the Court does not dismiss.

- Count Three, ¶¶ 71(c), (e), and (f), for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Defendants' arguments are set out in the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By:      /s/
LAUREN A. WETZLER
R. JOSEPH SHER
Assistant United States Attorneys
Attorneys for All Defendants
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel
  and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office