# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

For reasons that will be explained in a forthcoming Memorandum Opinion, it is hereby

ORDERED that Defendants' Partial Motion is Dismiss is GRANTED, and the claims

asserted in paragraphs 56(a), (b), (c), (d), (e), (f), (g), (h), (j), (k), (l), (m), and (n) of Count One;

all claims in Count Two; and the claims in paragraphs 71(c), (e) and (f) of Count Three of

Plaintiff's Amended Complaint are hereby DISMISSED.


Dated: _____          _____
                                      UNITED STATES DISTRICT JUDGE

Dockets.Justia.com