*TABLE 1*
*ARGUMENTS FOR DISMISSAL BY COUNT*

|  | **LACK OF JURISDICTION** (Rule 12(b)(1)) | | **FAILURE TO STATE A CLAIM** (Rule 12(b)(6)) |
|---|---|---|---|
|  | **LACK OF STANDING** | **LACK OF RIPENESS** |  |
| **Count One** | ¶¶ 56(a), (b), (c), (d), (e), (f), (g), (h), (j), (k), (l), (m), (n) | ¶¶ 56(a), (b), (c), (d), (e), (f), (g), (h), (j), (k), (l), (m), (n) |  |
| **Count Two** |  |  | ALL |
| **Count Three** | ¶¶ 71(c), (e), (f) |  |  |

*TABLE 2*
*BREAKDOWN OF COUNT ONE CLAIMS BY RULE*

|  | **LACK OF STANDING** | | **LACK OF RIPENESS** | |
|---|---|---|---|---|
|  | **Lack of Constitutional Standing** | **Lack of Prudential Standing** | **Unripe Because No Hardship** | **Unripe Because Not Fit for Judicial Resolution** |
| **Rule 78 (Continuing Applications)** | ¶¶ 56(b), (c), (d), (e), (f), (g), (h), (k), (l), (m), (n) | ¶¶ 56(b), (f), (g), (h), (k), (l), (m), (n) | ¶¶ 56(b), (c), (d), (e), (f), (g), (h), (k), (l), (m), (n) | ¶¶ 56(b), (c), (d), (e), (f), (g), (h), (k), (l), (m), (n) |
| **Rule 114 (Requests for Continued Examination)** | ¶ 56(j) | ¶ 56(j) | ¶ 56(j) | ¶ 56(j) |
| **Rule 75 (Claims)** |  | ¶ 56(a) | ¶ 56(a) |  |