# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 2, 2007 at 10 a.m., or as soon thereafter as counsel may be heard, Defendants will bring on for hearing Defendants' Partial Motion to Dismiss.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By:      /s/
LAUREN A. WETZLER
R. JOSEPH SHER
Assistant United States Attorneys
Attorneys for All Defendants
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov
Joe.Sher@usdoj.gov

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel
    and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office