# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed (1) Defendants' Partial Motion to Dismiss; (2) Memorandum in Support of Defendants' Partial Motion to Dismiss; (3) Notice of Hearing; and (4) this Certificate of Service with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Joseph D. Wilson, Esq.
>KELLY DRYE & WARREN LLP
>3050 K Street, NW, Suite 400
>Washington, DC 20007-5108
>jwilson@kelleydrye.com


>__/s/_____
>Lauren A. Wetzler
>Assistant United States Attorney
>Attorney for All Defendants

Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov