# ADMINISTRATIVE RECORD

Dockets.Justia.com