IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under-Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| and ) | |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF RELATED CASES

PLEASE TAKE NOTICE that the above-captioned case and *SmithKline Beecham Corp., et al. v. Jon W. Dudas, et al.*, Civil Action No. 1:07cv1008 (CMH/TRJ), are related actions. The cases involve the same defendants and contain overlapping issues of fact and law, as both actions present legal challenges to the final rules published by the United States Patent and Trademark Office at 72 Fed. Reg. 46716 (Aug. 21, 2007). The same administrative record filed on October 5, 2007 in the above-captioned case (Dkt. Nos. 21 & 22) is applicable to the *SmithKline Beecham Corp.* case. Moreover, the Complaint in the *SmithKline Beecham Corp.* action references the above-captioned case and incorporates pleadings filed by the defendants in the above-captioned case. See *SmithKline Beecham Corp* Compl. ¶ 10, p. 14 n.1, Ex. A.

In the interest of judicial economy, the Clerk's Office may see fit to have the cases heard by the same judge.

        Respectfully submitted,

        CHUCK ROSENBERG
        United States Attorney

By:      /s/
        Lauren A. Wetzler
        R. Joseph Sher
        Andrew Price
        Assistant United States Attorneys
        Justin W. Williams United States Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752
        Fax: (703) 299-3983
        Lauren.Wetzler@usdoj.gov

        Counsel for All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandall Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

*Counsel for Plaintiffs*

        __/s/_____
        Lauren A. Wetzler
        Assistant United States Attorney
        Justin W. Williams United States Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752
        Fax: (703) 299-3983
        Lauren.Wetzler@usdoj.gov

        *Counsel for All Defendants*