IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:07 cv 846__, Case Name __TAFAS v. DUDAS__
Party Represented by Applicant: __Triantafyllos Tafas__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED OCT 16 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) __Shaun Michael Gehan__
Bar Identification Number __483720__  State __Washington, DC__
Firm Name __Kelley Drye Collier Shannon__
Firm Phone # __202.342.8400__  Direct Dial # __202.342.8469__  FAX # __202.342.8451__
E-Mail Address __sgehan@kelleydrye.com__
Office Mailing Address __3050 K Street, N.W., Suite 400 Washington, DC 20007-5108__

Name(s) of federal court(s) in which I have been admitted __DC District Court, DC Circuit Court of Appeals, 1st Circuit Court of Appeals__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am __X__ am not ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)  __10-11-07__
Joseph Wilson  (Date)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
James C. Cacheris
(Judge's Signature)
United States District Judge

__10/16/07__
(Date)