```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100004167
Cashier ID: rbroaden
Transaction Date: 10/12/2007
Payer Name: SHAUN GEHAN
------------------------------------------
PRO HAC VICE
 For: SHAUN GEHAN
 Case/Party: D-VAE-1-07-CR-PROHAC-001
 Amount:         $50.00
------------------------------------------
CHECK
 Remitter: SHAUN GEHAN
 Check/Money Order Num: 20958
 Amt Tendered: $50.00
------------------------------------------
Total Due:     $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE 107CV846
SHAUN GEHAN
```