IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS | ) |
| Plaintiffs, | ) |
| v. | ) 1:07cv846(JCC/TRJ) |
| JON W. DUDAS, et al. | ) |
| Defendants. | ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) 1:07cv1008(JCC/TRJ) |
| JON W. DUDAS, et al. | ) |
| Defendants. | ) |

## ORDER

These two civil actions being inextricably interwoven, it is hereby

ORDERED that they be and are consolidated under 1:07cv846 and that 1:07cv1008 be reassigned to the undersigned judge as well as Magistrate Judge Jones.

The Clerk is directed to forward copies of this Order to counsel of record.

/s/
James C. Cacheris
United States District Judge

Alexandria, VA
October 17, 2007