FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __07-cv-846__, Case Name __Tafas v. Dudas, et al.__
Party Represented by Applicant: __Triantafyllos Tafas__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Steven Jerome Moore__
Bar Identification Number __401048__      State __Connecticut__
Firm Name __Kelley Drye & Warren LLP__
Firm Phone # __203-324-1400__   Direct Dial # __203-351-8020__   FAX # __203-327-2669__
E-Mail Address __smoore@kelleydrye.com__
Office Mailing Address __400 Atlantic Street, 13th Floor, Stamford, CT 06901__

Name(s) of federal court(s) in which I have been admitted __Southern District Court of New York; Eastern District Court of New York; District of Connecticut.__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __XX__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   10/16/07
Joseph D. Wilson
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid ____ or Exemption Granted ____
The motion for admission is GRANTED ____ or DENIED ____

/s/
(Judge's Signature) James C. Cacheris
United States District Judge
10/18/07
(Date)