**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

3050 K. STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20007

(202) 342-8400

NEW YORK, NY
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(202) 342-8451

www.kelleydrye.com

EMAIL: marevalo@kelleydrye.com

RECEIVED
2007 OCT 10 P 3: 57
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

October 10, 2007

**HAND-DELIVERY**

Clerk of the Court
United States District Court
  for the Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

Re: **Triantafyllos Tafas v. John Dudas, in his Official Capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, et al.**
**Civil Action: 1:07-CV-00846-JCC-TRJ**

Dear Sir or Madam:

Enclosed for filing with the Court are original and one copy of Steven Jerome Moore's Personal Statement. Also enclosed is the Court's filing fee of $50.00. Please file-stamp the extra copy and turn it the Courier.

Thank you for your assistance with this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

M. Arevalo

Marvila S. Arevalo

Enclosures

/msa