```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 109034237
Cashier ID: rbroaden
Transaction Date: 10/16/2007
Payer Name: JAMES NEALON
----------------------------------------
PRO HAC VICE
 For: JAMES NEALON
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:        $50.00
----------------------------------------
CHECK
 Remitter: KELLY DRYE
 Check/Money Order Num: 17269
 Amt Tendered: $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

PRO HAC VICE
1:07CV846
JAMES NEALON
```