# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTER DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| **TRIANTAFYLLOS TAFAS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 1:07cv846 (JCC/TRJ) |
| | : | |
| **JON W. DUDAS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### CONSOLIDATED WITH

|  |  |  |
|---|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** | : | |
| **d/b/a GLAXOSMITHKLINE et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | 1:07cv1008 (JCC/TRJ) |
| | : | |
| **JON W. DUDAS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## **NOTICE OF APPEARANCE OF COUNSEL**

**TO THE CLERK OF THE COURT**:

Please enter the appearance of the following as counsel for Plaintiffs SmithKline Beecham plc, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and Glaxo Group Limited d/b/a GlaxoSmithKline:

Dockets.Justia.com

        Daniel Sean Trainor VSB # 43260
        KIRKLAND & ELLIS LLP
        655 15th Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 879-5229
        Email: dtrainor@kirkland.com
        Fax: (202) 879-5200


Date: October 25, 2007  Respectfully submitted,


        /s/ Daniel Sean Trainor

        Daniel Sean Trainor VSB # 43260
        KIRKLAND & ELLIS LLP
        655 15th Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 879-5229
        Email: dtrainor@kirkland.com
        Fax: (202) 879-5200

        Craig C. Reilly VSB # 20942
        RICHARDS MCGETTIGAN REILLY
         & WEST, P.C.
        1725 Duke Street, Suite 600
        Alexandria, Virginia 22314
        Tel: (703) 549-5353
        Email: craig.reilly@rmrwlaw.com
        Fax: (703) 683-2941
        *Counsel for Plaintiffs*

        *Of Counsel for Plaintiffs:*
        John M. Desmarais
        Peter J. Armenio
        KIRKLAND & ELLIS LLP
        Citigroup Center
        153 East 53rd Street
        New York, New York 10022
        Tel: (212) 446-4800

        F. Christopher Mizzo
        Jeffrey Bossert Clark
        KIRKLAND & ELLIS LLP
        655 15th Street, N.W.
        Washington, D.C. 20005

Tel:    (202) 879-5000

**ATTORNEYS FOR PLAINTIFFS**
**SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SmithKline Beecham plc, and Glaxo Group Limited d/b/a GlaxoSmithKline**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically this 25th day of October, 2007 using the Court's CM/ECF system, which will send notification by electronic means to the following counsel of record:

>CHUCK ROSENBERG
>UNITED STATES ATTORNEY
>Lauren A. Wetzler
>R. Joseph Sher
>Andrew Price
>Assistant United States Attorneys
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>Lauren.Wetzler@usdoj.gov
>*Counsel for All Defendants*
>
>Joseph Dale Wilson, III
>Kelley Drye & Warren LLP
>Washington Harbour
>3050 K Street, N.W.
>Washington, DC 20007
>jwilson@kelleydrye.com
>*Counsel for Plaintiff Triantafyllos Tafas in 1:07cv846 (JCC/TRJ)*

>_____/s/_____
>Daniel Sean Trainor VSB # 43260
>KIRKLAND & ELLIS LLP
>655 15th Street, N.W.
>Washington, D.C. 20005
>Tel:    (202) 879-5229
>Email: dtrainor@kirkland.com
>Fax:    (202) 879-5200