**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,** | : |
| Plaintiff, | : |
| v. | : 1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

**CONSOLIDATED WITH**

| | |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** | : |
| **d/b/a GLAXOSMITHKLINE, et al.,** | : |
| Plaintiffs, | : |
| v. | : 1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

**EXHIBITS FOR DECLARATION OF HARRY F. MANBECK, JR.**

Please find enclosed herewith the Exhibits to the declaration of Harry F. Manbeck, Jr., which comprise his current biography (Exhibit A); an identification of cases in which Mr. Manbeck has testified since September 2003 (Exhibit B); and a listing of publications Mr. Manbeck has authored (Exhibit C).

Date:  October 26, 2007   Respectfully submitted,


/s/ _____

Daniel Sean Trainor VSB # 43260
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Tel:   (202) 879-5229
Email: dtrainor@kirkland.com
Fax:   (202) 879-5200

Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY
 & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Tel:   (703) 549-5353
Email: craig.reilly@rmrwlaw.com
Fax:   (703) 683-2941
*Counsel for Plaintiffs*

*Of Counsel for Plaintiffs:*
John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel:   (212) 446-4800

F. Christopher Mizzo
Jeffrey Bossert Clark
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Tel:   (202) 879-5000

**ATTORNEYS FOR PLAINTIFFS**
**SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SmithKline Beecham plc, and Glaxo Group Limited d/b/a GlaxoSmithKline**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically this 26th day of October, 2007 using the Court's CM/ECF system, which will send notification by electronic means to the following counsel of record:

CHUCK ROSENBERG
UNITED STATES ATTORNEY
Lauren A. Wetzler
R. Joseph Sher
Andrew Price
Assistant United States Attorneys
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov
*Counsel for All Defendants*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street, N.W.
Washington, DC 20007
jwilson@kelleydrye.com
*Counsel for Plaintiff Triantafyllos Tafas in 1:07cv846 (JCC/TRJ)*

/s/
Daniel Sean Trainor VSB # 43260
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Tel:   (202) 879-5229
Email: dtrainor@kirkland.com
Fax:   (202) 879-5200

*Counsel for Plaintiffs*
**SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SmithKline Beecham plc, and Glaxo Group Limited d/b/a GlaxoSmithKline**