# EXHIBIT B

Dockets.Justia.com

**EXHIBIT B**

## CASES IN WHICH HARRY F. MANBECK, JR.
## HAS TESTIFIED SINCE SEPTEMBER 2003

1.  Case Name:  Genlyte Thomas Group LLC v. Lutron Electronics Company,
                Inc.

    Case No.:   3-02 CV 0602-K

    Court:      United States District Court
                Northern District of Texas

2.  Case Name:  Litex, Inc. v. Delphi Automotive Systems Corporation and Delphi
                Automotive Systems, LLC.

    Case No.:   01 CV 10910-JLT

    Court:      U.S. District Court
                District of Massachusetts

3.  Case Name:  Arlington Industries, Inc. v. Bridgeport Fittings, Inc.

    Case No.:   3:CV-01-485

    Court:      United States District Court
                Middle District of Pennsylvania

4.  Case Name:  Stryker Trauma S.A. v. Synthes (USA)

    Case No.:   01 CV 3879 (JLL)

    Court:      United States District Court
                District of New Jersey

2

5.   Case Name:   In re Terazonsin Hydrochloride Antitrust Litigation

     Case No.:    98-3125-S/G (S.D. Fla.) and 99-7143-S/G

     Court:       United States District Court
                  Southern District of Florida
                  Southern Division

6.   Case Name:   Corning Incorporated v. AFN, LLC, et al.

     Case No.:    13 117 017575 02

     Court:       American Arbitration Association (NY, NY )

7.   Case Name:   Lifetime Products, Inc. v. GSC Technology Corp.

     Case No.:    03 CV 3943

     Court:       United States Dist. Court, Northern Dist. Of Ill.

8.   Case Name:   Lifetime Products, Inc. v. Alton Industries, Inc. and MaxChief
                  Investments Limited

     Case No.:    SACV02-350 GLT (ANx)

     Court:       United States District Court
                  Central District of California
                  Southern Division

9.   Case Name:   Maritz Inc. and American Express Incentive Service LLC v.
                  Carlson Companies, Inc., et al.

     Case No.:    4:02CV00161CDP

     Court:       United States District Court
                  Eastern District of Missouri
                  Eastern Division

10.  Case Name:  Legato System, Inc v. Columbia Data Products, Inc.

     Case No.:    2:01CV00312C

     Court:       United States District Court
                  District of Utah
                  Central Division

11.  Case Name:  Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner- Lambert
                  Company, Warner-Lambert Company, LLC and Warner-
                  Lambert Export, LTD. v. Ranbaxy Laboratories Limited,
                  Ranbaxy Pharmaceuticals, Inc.

     Case No.:    03-CV-209-JJF

     Court:       United States District Court
                  District of Delaware

12.  Case Name:  King of Fans, Inc. v. Litex Industries, Inc.

     Case No.:    C03-61637

     Court:       United States District Court
                  Southern District of Florida
                  Ft. Lauderdale Division

13.  Case Name:  Collaboration Properties, Inc. v. Polycom, Inc.

     Case No.:    C02-4591 MMC (EMC)

     Court:       United States District Court
                  Northern District of California
                  San Francisco Division

14.  Case Name:  Jon E. Kinzebaw and Kinze Manufacturing, Inc. v.  Case LLC, f/k/a
                  Case Corp., New Holland North America, Inc., Case LLC, f/k/a Case
                  North America, Inc. v. Jon E. Kinzebaw and Kinze Manufacturing, Inc.

                  C01-133
     Case No.:

                  United States District Court
     Court:       Northern District of Iowa—Cedar Rapids Division

4

15.  Case Name:   Antor Media Corporation v. Apple Computer, Inc. and
                  Microsoft Corporation, Inc. and RealNetworks, Inc.

     Case No.:    2:03 CV 320

     Court:       United States District Court
                  Eastern District of Texas -- Marshall Division

16.  Case Name:   Aspex Eyewear, Inc. and Contour Optik, Inc. v. Altair Eyewear, Inc.

                  02-CV-6195 (SCR)
     Case No.:
                  United States District Court—Southern District of New
     Court:

17.  Case Name:   LEK Pharmaceuticals D.D. and LEK Pharmaceuticals, Inc. and LEK
                  Services, Inc. v. GlaxoSmithKline PLC and Smith Kline Beecham
                  Corporation

     Case No.:    2:03W909

     Court:       United States District Court
                  Eastern District of Virginia
                  Norfolk Division

18.  Case Name:   In the Matter of Certain Shirts with Pucker-free Seams and Methods
                  of Producing Same

     Case No.:    Investigation No. 337-TA-517

     Court:       United States International Trade Commission

19.  Case Name:   Palomar Medical Technologies, Inc. and the General Hospital
                  Corporation v. Altus Medical, Inc. v. Palomar Medical
                  Technologies, Inc. and the General Hospital

     Case No.:    02-10258-RWZ

     Court:       United States District Court
                  District of Massachusetts

20.  Case Name:   Smith and Nephew, Inc. v. Synthes (U.S.A.) and Synthes-Stratec, Inc.

     Case No.:    02-CV-2873 (SCR)

     Court:       United States District Court
                  Western District of Tennessee

21.  Case Name:   ePlus, Inc. v. Ariba, Inc.

     Case No.:    1:04CV612

     Court:       United States District Court
                  Eastern District of Virginia
                  Alexandria Division

22.  Case Name:   Ortho-McNeil Pharmaceutical, Inc. v. Kali Laboratories, Inc.

     Case No.:    02 CV 5707 (JCL)

     Court:       United States District Court
                  District of New Jersey

23.  Case Name:   MMI Productions, Inc. v. Henry F. Long, Jr. Henry F. Long III, Dale
                  Long, Richard Stellabuto, And Stephens Pipe and Steel, Inc.

     Case No.:    CCB 03-CV-2711

     Court:       United States District Court
                  District of Maryland

24.  Case Name:   Donner, Inc. v. American Honda Motor Co., Inc. and McDavid
                  Plano-Acura, LP and the Beaumont Company d/b/a Class
                  Accura v. Irah H. Donner

     Case No.:    5:03-CV-253 (DF)

     Court:       United States District Court
                  Eastern District of Texas
                  Texarkana Division

25. Case Name: Cargill, Incorporated v. Canbra Foods, LTD, Dow
Agrosciences, LLC. and Dow Agrosciences Canada, Inc.

    Case No.: 03 1209-MO

    Court: United States District Court
    District of Oregon

26. Case Name: Albemarle Corporation v. Great Lakes Chemical Corp.

    Case No.: 02-505-A-M3 & 02-506-A-M3 (consolidated) (M.D. La)

    Court: United States District Court
    Eastern District of Virginia
    Alexandria Division

27. Case Name: St. Paul Companies v. Birch

    Case No.: 01-10327RBC

    Court: United States District Court
    District of Massachusetts

28. Case Name: Meritor Transmission Corporation v. Eaton Corporation

    Case No.: 1:04 cv 178

    Court: United States District Court
    District of North Carolina
    Shelby Division

29. Case Name: Gobeli Research, LTD. v. Apple Computer Inc, and Sun
MicroSystems, Inc.

    Case No.: 2-04-CV-149

    Court: United States District Court
    Eastern District of Texas--Marshall Division

30.  Case Name:  Fisher Tool Co., Inc., *et al.* v. Gillet Outillage, *et al.*

     Case No.:    CV 04-7550 ABC (SHx)

     Court:       United States District Court
                  Central District of California

31.  Case Name:  ePlus, Inc. v. SAP AG, *et al.*

     Case No.:    Civil Action No.:  3:05cv281

     Court:       United States District Court
                  Eastern District of Virginia

32.  Case Name:  Ronald D. Russo v. Ballard Medical Products, Kimberly-Clark
                  Worldwide, Inc., and Kimberly-Clark Corporation

     Case No.:    2:05 cv 00059 TC

     Court:       United States District Court
                  District of Utah

33.  Case Name:  Certain Flash Memory Devices and Components Thereof, and
                  Products Containing Such Devices and Components

     Case No.:    Investigation No.:  337-TA-552

     Court:       United States International Trade Commission

34.  Case Name:  Fenner Investments, LTD. V. Juniper Networks, Inc.,
                  UTStarcom, Inc., Nokia, Inc., Nortel Networks Corporation,
                  Lucent Technologies, Inc., and Cisco Systems, Inc.
                  Clark Worldwide, Inc., and Kimberly-Clark Corporation

     Case No.:    2:05 cv 05 LD (Davis)

     Court:       United States District Court
                  Eastern District of Texas
                  Marshall Division

8

35.    Case Name:    Taltech Limited v. Esquel Enterprises, LTD.

       Case No.:    C04-974Z

       Court:    United States District Court
              Western District of Washington
              Seattle Division

36.    Case Name:    Sanitec Industries, Inc. v. Micro-Waste Corporation

       Case No.:    04-3066

       Court:    United States District Court
              Southern District of  Texas
              Houston Division

37.    Case Name:    NetMoneyIN, Inc. v. VeriSign, Inc., et al.

       Case No.:    01-441 TUC-RCC

       Court:    United States District Court
              District of Arizona

38.    Case Name:    Eaton Corporation v. ZF Meritor, LLC Arvin Meritor, Inc. and
                 ZF Friedrichshafen AG

       Case No.:    74844

       Court:    United States District Court
              Eastern District of Michigan

39.    Case Name:    CPI v. St. Jude Medical, Inc., *et al.*

       Case No.:    04-0067-SLR

       Court:    United States District Court
              District of Delaware

40.  Case Name:  Aspex Eyewear, Inc., Chic Optic, Inc. and Contour Optik, Inc., v. Safilo USA, Inc.

    Case No.:  04 Civ. 7473 (SHS)

    Court:  United States District Court
Southern District of New York

41.  Case Name:  Highway Equipment Company, Inc. v. Cives Corporation and Monroe Truck Equipment, Inc.

    Case No.:  C04-147LRR

    Court:  United States District Court
Cedar Rapid District

42.  Case Name:  O2 Micro International Limited v. Samsung Electronics, Co. LTD., Samsung Electronics America, Inc., Samsung SDI Co., LTD., Samsung SDI America, Inc.

    Case No.:  2:04-CV-323 (Ward)

    Court:  United States District Court
Eastern District of Texas
Marshall Division

43.  Case Name:  CPI v. St. Jude Medical, Inc., *et al.*

    Case No.:  04-0067-SLR

    Court:  United States District Court
District of Delaware

44.  Case Name:  Med Immune Oncology v. Sun Pharmaceutical Industries

    Case No.:  1:04-CV-02612-MJG

    Court:  United States District Court
District of Maryland

45.    Case Name:    Prometheus Laboratories, Inc. v. Mayo Collaborative Services
                     Dba Mayo Medical Laboratories And Mayo Clinic Rochester

       Case No.:     04 Cv 1200 Jah (Rbb)

       Court:        United States District Court
                     Southern District of California

46.    Case Name:    Armament Systems Procedures, Inc., v. IQ Hong Kong
                     Limited, et al.

       Case No.:     Case No.: 00-C-1257

       Court:        United States District Court
                     Eastern District of Wisconsin

47.    Case Name:    Enzo Biochem, Inc., Enzo Life Sciences, Inc., and Yale
                     University v. Applera Corp. And Tropix, Inc.,

       Case No.:     3-04CV-929(JBA)

       Court:        United States District Court
                     District of Connecticut

48.    Case Name:    Schlindler Elevator Corporation and Inventio AG v. Otis Elevator
                     Company

       Case No.:     C.A.N. 06-CV-05377 (RCC)

       Court:        United States District Court
                     Southern District of New York

49.    Case Name:    Arrow Communication Laboratories, Inc., and Tresness Irrevocable
                     Patent Trust v. John Mezzalingua Associates, Inc.

       Case No.:     5:05-CV-1456 (NAM/EP)

       Court:        United States District Court
                     Northern District of New York

50.    Case Name:    Sky Technologies, LLC v. Ariba, Inc.

       Case No.:     06CA11889

       Court:        United States District Court
                     District of Massachusetts

51.    Case Name:    Mobile Micromedia Solutions LLC v. Nissan North America,
                     Inc.

       Case No.:     5:05-CV-230

       Court:        United States District Court
                     Eastern District of TEXAS
                     Texarkana Division

52.    Case Name:    Tgip, Inc. v. At&T Corp., Verizon Communications, Inc.,
                     Bell Atlantic Communications, Inc. D/B/A Verizon Long
                     Distance, Verizon Select Services, Inc., Mci, Inc.,
                     Mci Communications Services, Inc. D/B/A Mci, Mci Network
                     Services, Inc., Teleconnect Long Distance Services &
                     Systems Company D/B/A Telecom*Usa, Idt Corporation,
                     U.S. South Communications, Inc. D/B/A U.S. South And
                     D/B/A Interactive Communications International Inc. A/K/A
                     Incomm, Pre Holdings, Inc., Pre Solutions, Inc.

       Case No.:     2-06 CV-105

       Court:        United States District Court
                     Eastern District Of Texas
                     Marshall Division