# EXHIBIT C

**EXHIBIT C**

**PUBLICATIONS AUTHORED BY**
**Harry F. Manbeck, Jr.**

1. "Voluntary Arbitration of Patent Disputes - The Background to 35 U.S.C. 294", AIPLA Quarterly J. #4, pp. 268-273, Fall 1983.

2. "Entering Our Third Century", Keynote Address Before the American Bar Association Section of Patent, Trademark and Copyright Law, Chicago, Illinois, August 4, 1990, 72 JPOS 1177 (1990).

3. "The Evolution and Issue of New Rule 56", 20 AIPLA Quarterly J., #3 & 4, pp. 137-144, Fall 1992.

4. "The Federal Circuit - First Ten Years of Patentability Decisions", 14 George Mason Univ. L.R. 499 (1992).

5. "Key License Clauses for Technology License Agreements", Technology Licensing 1988, Course Handbook, Series #245, Practising Law Institute, Patents, Copyrights, Trademarks and Literary Property.

6. Author and Presenter, "Current Developments in U.S. and International Law & Policy", Hatsumei Kyokai (Japan Institute of Invention and Innovation) (Tokyo, Japan; March 8, 1993).

7. Co-Author with C. Chalsen and M. Murray, "A Report on the Recommendations of the Advisory Commission on Patent Law Reform", Selected Legal Papers, American Intellectual Property Law Association, Vol. X, No. 2, pp. 3-20 (January 1993).

8. Co-Author and Co-Presenter with C. Chalsen, "A Report on the Advisory Commission on Patent Law Reform", Chizaiken (Japan Institute of Intellectual Property) (Tokyo, Japan; September 16, 1992).

9. Co-Author and Co-Presenter with C. Chalsen, "Techniques for Obtaining a Strong U.S. Patent", Japanese Group of A.I.P.P.I.; Presented: Tokyo, Japan, September 18, 1992, Published: Journal of the Japanese Group A.I.P.P.I., Vol. 38, No. 1, pp. 16-22 (January 1993).

10. Co-Author with C. Chalsen and M. Murray; and Co-Presenter, "Effective Handling of Jury Trials in Patent Cases", Presented: Tokyo, Japan; September 18, 1992, Published: Journal of the Japanese Group A.I.P.P.I., Vol. 37, Nos. 9-10, pp. 12-18 (September - October 1992).

1437215