EXHIBIT B

PART 4 OF 4

Dockets.Justia.com

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6248937 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6248916 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6248592 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6248542 | 2001-06-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6248539 | 2001-06-19 | THE SCRIPPS RESEARCH INSTITUTE | | 10 | |
| US6248535 | 2001-06-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 32 | |
| US6248467 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246687 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 | |
| US6246504 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246500 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6245899 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6245510 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6245509 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6245393 | 2001-06-12 | PRINCETON UNIVERSITY | x | 34 | |
| US6243149 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6242253 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6242222 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6242115 | 2001-06-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 | |
| US6240630 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6239878 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6239428 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6239258 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6237452 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6237292 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6236037 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6235936 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6235871 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6235615 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6235340 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 50 | |
| US6235309 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6235067 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 | |
| US6235061 | 2001-05-22 | PENN STATE RESEARCH FOUNDATION, INC. | | 8 | |
| US6233479 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 57 | |
| US6233347 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 20 | +5 |
| US6233056 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US6232138 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |

| Patent No. | Date | Assignee | X | Count | +/- |
|---|---|---|---|---|---|
| US6231980 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | +5 |
| US6231852 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6231783 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6231779 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | +5 |
| US6231744 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6230566 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6230102 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6230071 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229652 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6229619 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6229617 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6229612 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229068 | 2001-05-08 | COLD SPRING HARBOR LABORATORY | x | 44 | |
| US6229064 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6228989 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6228646 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6228583 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6228512 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6228330 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6226346 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6225635 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | +5 |
| US6225445 | 2001-05-01 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 17 | |
| US6225198 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6225070 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6224893 | 2001-05-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6223656 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6222872 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6222095 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US6221908 | 2001-04-24 | SCIENTIFIC LEARNING CORPORATION | | 8 | |
| US6221877 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6221861 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6221726 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6221663 | 2001-04-24 | GENERAL HOSPITAL CORPORATION | | 22 | |
| US6221622 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | +5 |
| US6221614 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6221401 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| USRE037134 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 58 |
| US6218668 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6218526 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6218512 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 |
| US6218506 | 2001-04-17 | NORTHWESTERN UNIVERSITY | | 8 |
| US6218437 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6217864 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6217863 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6217722 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6216020 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |
| US6214565 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6214562 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6214388 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6214301 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 |
| US6214262 | 2001-04-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6214202 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6214090 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6212215 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6211148 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6210918 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6210917 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6210649 | 2001-04-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6210131 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6209928 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6208997 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6208679 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6208553 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 56 |
| US6208415 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6208007 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6207957 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6207749 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 |
| US6207704 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 |
| US6207412 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6207403 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6207310 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6207159 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| US6206966 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6205819 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6205195 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6204926 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 |
| US6204595 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6204391 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6204245 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6204189 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 |
| US6203924 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6202407 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6202181 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6201980 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6201870 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 |
| US6201232 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6200745 | 2001-03-13 | PENN STATE RESEARCH FOUNDATION, INC. | | 5 |
| US6200515 | 2001-03-13 | CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE - CNRS | | 9 |
| US6198860 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 |
| US6198655 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6198417 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6198293 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 |
| US6198069 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6197928 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 |
| US6197541 | 2001-03-06 | COR THERAPEUTICS, INC. | x | 73 |
| US6197247 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6195485 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6195197 | 2001-02-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 |
| US6195169 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6194635 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6193965 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6193963 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 |
| US6193870 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6192384 | 2001-02-20 | STANFORD UNIVERSITY | x | 29 |
| US6192062 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6191515 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6191486 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6191269 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |

| Patent | Date | Assignee | | Count | Note |
|---|---|---|---|---|---|
| US6190920 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6190894 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 82 | |
| US6190893 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 59 | |
| US6190723 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6190378 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | +5 |
| US6189286 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| USRE037053 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| US6187814 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6187756 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6186632 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | |
| US6185309 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 41 | |
| US6184215 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6183961 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 18 | +5 |
| US6183772 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6181274 | 2001-01-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6180135 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6179611 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6177993 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6177794 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6175669 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6175433 | 2001-01-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6175326 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6175057 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6174872 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6174871 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6174749 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6173604 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6173001 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | +5 |
| US6171862 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6171833 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6171576 | 2001-01-09 | ORGANIX, INC. | | 30 | +5 |
| US6171301 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6169176 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6168967 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6168779 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6168737 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6167888 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6167069 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6166295 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6166226 | 2000-12-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6166187 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6166085 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6165719 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6165438 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6165417 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6165356 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6164073 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6163581 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6162810 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6162707 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6162430 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6162396 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6162191 | 2000-12-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6160934 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6160826 | 2000-12-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6160158 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |
| US6160128 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | +5 |
| US6159936 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6159731 | 2000-12-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6159685 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6159444 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6158244 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6156879 | 2000-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6156505 | 2000-12-05 | UNIVERSIDAD NACIONAL AUTONOMA DE MEXIC( | x | 13 | +5 |
| US6156503 | 2000-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6156435 | 2000-12-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6154276 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6154119 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6154026 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6153269 | 2000-11-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6153200 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6153194 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |

| | | | | | |
|---|---|---|---|---|---|
| US6153076 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6151191 | 2000-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6150583 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6150562 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6150515 | 2000-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6150459 | 2000-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6150416 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6150415 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6150395 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6150176 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | +5 |
| US6150161 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 14 | +5 |
| US6150157 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6150136 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6150107 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6150090 | 2000-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 24 | |
| US6150060 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6150043 | 2000-11-21 | PRINCETON UNIVERSITY | | 22 | |
| US6149931 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 53 | |
| US6149920 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6149918 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6149785 | 2000-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6148272 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6148016 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6147818 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6147497 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6147391 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | +5 |
| US6147191 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6147123 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6147075 | 2000-11-14 | COCENSYS INC. | x | 14 | +5 |
| US6146593 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6146567 | 2000-11-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6146103 | 2000-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6143989 | 2000-11-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6143152 | 2000-11-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | +5 |
| US6142706 | 2000-11-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6141571 | 2000-10-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | +5 |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6140660 | 2000-10-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6140368 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6140132 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6140083 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6140057 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6139716 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6139629 | 2000-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6137031 | 2000-10-24 | DUKE UNIVERSITY | x | 46 | |
| US6136965 | 2000-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6136539 | 2000-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6136532 | 2000-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 18 | +5 |
| US6136452 | 2000-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6134944 | 2000-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6134300 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6134049 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6134043 | 2000-10-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US6133503 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6133424 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6133313 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6133232 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6133030 | 2000-10-17 | GENERAL HOSPITAL CORPORATION | | 25 | |
| US6133027 | 2000-10-17 | CITY OF HOPE | x | 29 | |
| US6132987 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6132974 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6132961 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6132695 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6132580 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6132542 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6131410 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6131394 | 2000-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6130969 | 2000-10-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 52 | |
| US6130780 | 2000-10-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US6130441 | 2000-10-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6128431 | 2000-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6128109 | 2000-10-03 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 19 | |
| US6127908 | 2000-10-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |

| | | | | | |
|---|---|---|---|---|---|
| US6127607 | 2000-10-03 | GENERAL HOSPITAL CORPORATION | | 113 | |
| US6127598 | 2000-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6127592 | 2000-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 16 | |
| US6127123 | 2000-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6126804 | 2000-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6124834 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 14 | +5 |
| US6124712 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6124128 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6123941 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6123938 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 9 | +5 |
| US6123918 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6123883 | 2000-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6121552 | 2000-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6121473 | 2000-09-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6121469 | 2000-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6121077 | 2000-09-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6120857 | 2000-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6119451 | 2000-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6118626 | 2000-09-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6118572 | 2000-09-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6118396 | 2000-09-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6117638 | 2000-09-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6117577 | 2000-09-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6115452 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6115128 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6115121 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | +5 |
| US6114758 | 2000-09-05 | LUCENT TECHNOLOGIES INC. | | 9 | |
| US6114703 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6114605 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | +5 |
| US6114152 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6114097 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6114044 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6113946 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6113905 | 2000-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | +5 |
| US6112804 | 2000-09-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6111645 | 2000-08-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |

| Patent | Date | Assignee | | Count | Extra |
|---|---|---|---|---|---|
| US6111577 | 2000-08-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | | |
| US6111332 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6110743 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | +5 |
| US6110740 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | +5 |
| US6110737 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | |
| US6110711 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6110695 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | |
| US6110673 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 33 | |
| US6110607 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6110332 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 15 | |
| US6109332 | 2000-08-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 28 | |
| US6109109 | 2000-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6108268 | 2000-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6107540 | 2000-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | +5 |
| US6107517 | 2000-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | |
| US6107365 | 2000-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 39 | |
| US6107287 | 2000-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6103709 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6103525 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6103217 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 2 | |
| US6103080 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 39 | |
| US6102933 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | |
| US6102917 | 2000-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 30 | |
| US6101300 | 2000-08-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 20 | |
| US6100254 | 2000-08-08 | UNIVERSITY OF TEXAS | x | 50 | |
| US6100242 | 2000-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6100084 | 2000-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 110 | |
| US6100033 | 2000-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6099907 | 2000-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 2 | |
| US6099730 | 2000-08-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 26 | |
| US6098010 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6096866 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6096861 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6096710 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6096454 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6096323 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 33 | |
| | | | | 8 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6096283 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6096282 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6096205 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6095147 | 2000-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6094012 | 2000-07-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6093810 | 2000-07-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6093232 | 2000-07-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6091984 | 2000-07-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 48 | |
| US6091798 | 2000-07-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6090811 | 2000-07-18 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 21 | |
| US6090590 | 2000-07-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6090287 | 2000-07-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6087407 | 2000-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6087326 | 2000-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6087114 | 2000-07-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6086673 | 2000-07-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6086599 | 2000-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6085115 | 2000-07-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6084321 | 2000-07-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6083947 | 2000-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US6082239 | 2000-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6082140 | 2000-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6080791 | 2000-06-27 | SERES LABORATORIES, INC. | x | 28 | +5 |
| US6080423 | 2000-06-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6078605 | 2000-06-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US6078425 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6078359 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6078048 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6077707 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6077704 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6077680 | 2000-06-20 | UNIVERSITY OF FLORIDA | x | 42 | +5 |
| US6077671 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6077510 | 2000-06-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | +5 |
| US6075588 | 2000-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | |
| US6075134 | 2000-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6075044 | 2000-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6075027 | 2000-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6074835 | 2000-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6074453 | 2000-06-13 | IOWA STATE UNIVERSITY RESEARCH FOUNDATI | x | 28 | +5 |
| US6072852 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6072085 | 2000-06-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6071955 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6071795 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6071518 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6071426 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6070973 | 2000-06-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 52 | |
| US6070477 | 2000-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6070163 | 2000-05-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6069414 | 2000-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6069296 | 2000-05-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 22 | +5 |
| US6069277 | 2000-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6068780 | 2000-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6067858 | 2000-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6066998 | 2000-05-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | |
| US6066675 | 2000-05-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6066635 | 2000-05-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6065898 | 2000-05-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6065488 | 2000-05-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6064081 | 2000-05-16 | LAWRENCE SEMICONDUCTOR RESEARCH LABORATORY, INC. | | 6 | |
| US6063243 | 2000-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6060791 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6060657 | 2000-05-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6060656 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6060642 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6060590 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6060515 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6060331 | 2000-05-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6060311 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6060082 | 2000-05-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US6059815 | 2000-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 18 | |
| US6059546 | 2000-05-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6058127 | 2000-05-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 46 | |

| | | | | |
|---|---|---|---|---|
| US6057637 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6057425 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6057221 | 2000-05-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 |
| US6056696 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6056498 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6056331 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6055079 | 2000-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 |
| US6054560 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6054427 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 |
| US6054321 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6054293 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 |
| US6054272 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6054271 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6054133 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6054114 | 2000-04-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 |
| US6053041 | 2000-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6052773 | 2000-04-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 |
| US6052662 | 2000-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6052495 | 2000-04-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6051493 | 2000-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6051402 | 2000-04-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6051396 | 2000-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6051227 | 2000-04-18 | UNIVERSITY OF CALIFORNIA OFFICE OF TECHNOLOGY TRANSFER | | 23 |
| US6051174 | 2000-04-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 |
| US6051125 | 2000-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6049573 | 2000-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 |
| US6049090 | 2000-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 |
| US6048973 | 2000-04-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 |
| US6048622 | 2000-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 |
| US6048469 | 2000-04-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6047331 | 2000-04-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 |
| US6047013 | 2000-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 60 |
| US6046925 | 2000-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 87 |
| US6046015 | 2000-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6046014 | 2000-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6045877 | 2000-04-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 |

| Patent | Date | Assignee | | Count | Note |
|---|---|---|---|---|---|
| US6045818 | 2000-04-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6045678 | 2000-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6043345 | 2000-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6043224 | 2000-03-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6043223 | 2000-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6043062 | 2000-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6043037 | 2000-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6042833 | 2000-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6042661 | 2000-03-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6041253 | 2000-03-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6040293 | 2000-03-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6040188 | 2000-03-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6039803 | 2000-03-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6038854 | 2000-03-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6038853 | 2000-03-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6038315 | 2000-03-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US6038067 | 2000-03-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6037565 | 2000-03-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6037016 | 2000-03-14 | E. I. DU PONT DE NEMOURS AND COMPANY | | 7 | |
| US6036852 | 2000-03-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6036777 | 2000-03-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 5 | |
| US6034438 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6033894 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6033864 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6033773 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6033688 | 2000-03-07 | GENENTECH, INC. | | 2 | |
| US6033672 | 2000-03-07 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6033583 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6032464 | 2000-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6031612 | 2000-02-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6031154 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6031086 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6030968 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6030918 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6030830 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6030783 | 2000-02-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | |

| Patent | Date | Assignee | X | Count | +5 |
|---|---|---|---|---|---|
| US6030520 | 2000-02-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 6 |  |
| US6029079 | 2000-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 14 |  |
| US6028483 | 2000-02-22 | HUGHES ELECTRONICS CORP. | x | 28 |  |
| US6028424 | 2000-02-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY |  | 16 |  |
| US6028054 | 2000-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |  |
| US6028025 | 2000-02-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY |  | 25 |  |
| US6027988 | 2000-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 54 |  |
| US6027879 | 2000-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 16 |  |
| US6027737 | 2000-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 24 |  |
| US6026108 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 20 |  |
| US6025585 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 |  |
| US6025543 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 21 |  |
| US6025483 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 21 |  |
| US6025124 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 14 |  |
| US6025048 | 2000-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 7 |  |
| US6023161 | 2000-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 |  |
| US6022854 | 2000-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 4 |  |
| US6022697 | 2000-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 9 |  |
| US6022309 | 2000-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 117 | +5 |
| US6020537 | 2000-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |  |
| US6020480 | 2000-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 23 |  |
| US6019913 | 2000-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 19 |  |
| US6018389 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 17 |  |
| US6017747 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 23 |  |
| US6017714 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |  |
| US6017600 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |  |
| US6017125 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 4 |  |
| US6016693 | 2000-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 |  |
| US6016196 | 2000-01-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 45 | +5 |
| US6015980 | 2000-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 15 |  |
| US6015969 | 2000-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 16 |  |
| US6015882 | 2000-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 17 |  |
| US6015714 | 2000-01-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE |  | 24 |  |
| US6015660 | 2000-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 18 |  |
| US6015659 | 2000-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF |  | 24 |  |
| US6014468 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | +5 |

| | | | | |
|---|---|---|---|---|
| US6014387 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6014264 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6014252 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6013982 | 2000-01-11 | PRINCETON UNIVERSITY | | 19 |
| US6013785 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6013781 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6013660 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6012840 | 2000-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6011810 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6011646 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6011626 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6011479 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6011055 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6010908 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6010885 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6010876 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6010846 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |
| US6010600 | 2000-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 |

NOTES:

Data covers California Universities and M.I.T. patents issuing since January 4, 2000.
Data does not attempt to cover the claims in patents with "indistinct claims".

For the "Ind. in 1st 25" column, only the first 25 claims in a patent were analyzed to determine whether more than 5 independent claims were present.

Government funding was indicated by the words "fund*", "grant*", "support*", "award*", "sponsor*", or "contract*" in the Government Statement.

Search Strategy on Delphion:
(((massa* and institute) <in> pa ) or ((california and university) <in> pa )) and ((contract* <in> government) or (award* <in> government) or (spo

***********

) or (fund* <in> government ) or (support* <in> government) or (grant* <in> government)) AND (PD>=2000-01-01)