# EXHIBIT H

# PART 1 OF 3

Dockets.Justia.com

# CERTIFICATION ANALYSIS UNDER
# THE REGULATORY FLEXIBILITY ACT

**Changes to Practice for Continued Examination Filings,
Patent Applications Containing Patentably Indistinct Claims, and
Examination of Claims in Patent Applications**

**Prepared for:
United States Patent and Trademark Office**

**Prepared by:
ICF International**



**June 29, 2007**