# EXHIBIT I

## (Video Links)

Dockets.Justia.com

# EXHIBIT TO
# FOLLOW UNDER
# SEPARATE COVER