# EXHIBIT C

DEPARTMENT OF COMMERCE PATENTS: RULE 75(B) VIOLATORS

2000 - Date: 26 out of 100 (26.0%)
1990 - Date: 71 out of 314 (22.6%)

| U.S. Patent No.: | Date: | Assignee (first named): | Rule 75 Violation: | Total Claims: | Ind. in 1st 25: |
|---|---|---|---|---|---|
| US7236120 | 2007-06-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US7163649 | 2007-01-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 17 | +5 |
| US7075378 | 2006-07-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 23 | |
| US7050470 | 2006-05-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 38 | |
| US7029561 | 2006-04-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 37 | |
| US7009595 | 2006-03-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6982028 | 2006-01-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US6970494 | 2005-11-29 | TEEM PHOTONICS, S.A. | x | 45 | |
| US6937210 | 2005-08-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US6907895 | 2005-06-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US6860980 | 2005-03-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 42 | |
| US6850543 | 2005-02-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | +5 |
| US6831522 | 2004-12-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US6828581 | 2004-12-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 2 | |
| US6813958 | 2004-11-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 17 | +5 |
| US6806784 | 2004-10-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6776619 | 2004-08-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US6753807 | 2004-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 40 | |
| US6743586 | 2004-06-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US6727492 | 2004-04-27 | UNIVERSITY OF COLORADO, THE REGENTS OF | x | 56 | |
| US6703189 | 2004-03-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US6692255 | 2004-02-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US6657719 | 2003-12-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US6648102 | 2003-11-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US6644486 | 2003-11-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US6630671 | 2003-10-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 25 | +5 |
| US6626052 | 2003-09-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US6615140 | 2003-09-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 4 | |
| US6600553 | 2003-07-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US6585405 | 2003-07-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US6566834 | 2003-05-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6529675 | 2003-03-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US6515749 | 2003-02-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |

| Patent | Date | Assignee | | Cites | |
|---|---|---|---|---|---|
| US6502463 | 2003-01-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US6496221 | 2002-12-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6490913 | 2002-12-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6484602 | 2002-11-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US6467761 | 2002-10-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US6458869 | 2002-10-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US6455849 | 2002-09-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 37 | |
| US6444723 | 2002-09-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6439407 | 2002-08-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 2 | |
| US6430349 | 2002-08-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 54 | +5 |
| US6421010 | 2002-07-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US6393566 | 2002-05-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US6393177 | 2002-05-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US6382029 | 2002-05-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US6381392 | 2002-04-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 39 | |
| US6377202 | 2002-04-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US6375894 | 2002-04-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US6356381 | 2002-03-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6349600 | 2002-02-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US6346419 | 2002-02-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US6334949 | 2002-01-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US6327791 | 2001-12-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 35 | |
| US6323486 | 2001-11-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6311558 | 2001-11-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US6306280 | 2001-10-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 31 | |
| US6303976 | 2001-10-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US6298722 | 2001-10-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US6295395 | 2001-09-25 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US6266581 | 2001-07-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US6245412 | 2001-06-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US6239431 | 2001-05-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 40 | |
| US6236344 | 2001-05-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US6226415 | 2001-05-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US6207627 | 2001-03-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US6206764 | 2001-03-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US6203680 | 2001-03-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US6202066 | 2001-03-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US6184339 | 2001-02-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US6177534 | 2001-01-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6171880 | 2001-01-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US6170336 | 2001-01-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 21 | +5 |
| US6168755 | 2001-01-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US6165776 | 2000-12-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US6165688 | 2000-12-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US6151901 | 2000-11-28 | CRYOGEN, INC. | x | 7 | +5 |
| US6146910 | 2000-11-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US6137433 | 2000-10-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 14 | +5 |
| US6134913 | 2000-10-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US6126795 | 2000-10-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 39 | |
| US6121730 | 2000-09-19 | MATSUSHITA ELECTRIC WORKS R&D LABORATORY, INC. | | 24 | |
| US6121051 | 2000-09-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6119522 | 2000-09-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US6114698 | 2000-09-05 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 22 | +5 |
| US6113983 | 2000-09-05 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US6110254 | 2000-08-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US6107210 | 2000-08-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US6098018 | 2000-08-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6095681 | 2000-08-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US6088679 | 2000-07-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 4 | |
| US6079873 | 2000-06-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6070850 | 2000-06-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US6043166 | 2000-03-28 | INTERNATIONAL BUSINESS MACHINES CORPORATION | | 9 | |
| US6037645 | 2000-03-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US6035657 | 2000-03-14 | CRYOGEN, INC. | | 4 | |
| US6034776 | 2000-03-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US6023765 | 2000-02-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US6015714 | 2000-01-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5986768 | 1999-11-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5980834 | 1999-11-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5969664 | 1999-10-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5963176 | 1999-10-05 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5956958 | 1999-09-28 | CRYOGEN, INC. | | 5 | |
| US5946128 | 1999-08-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5943136 | 1999-08-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5936137 | 1999-08-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US5934077 | 1999-08-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5922961 | 1999-07-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5920067 | 1999-07-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US5910659 | 1999-06-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 23 | +5 |
| US5904066 | 1999-05-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | |
| US5901783 | 1999-05-11 | CRYOGEN, INC. | x | 32 | +5 |
| US5897424 | 1999-04-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 34 | |
| US5895856 | 1999-04-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US5888418 | 1999-03-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 2 | |
| US5880583 | 1999-03-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5880468 | 1999-03-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 29 | |
| US5880467 | 1999-03-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5872535 | 1999-02-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5861113 | 1999-01-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US5857258 | 1999-01-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 4 | |
| US5851725 | 1998-12-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 5 | |
| US5841144 | 1998-11-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US5837969 | 1998-11-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5835231 | 1998-11-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5831439 | 1998-11-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5813280 | 1998-09-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | +5 |
| US5788374 | 1998-08-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 23 | +5 |
| US5787715 | 1998-08-04 | CRYOGEN, INC. | x | 20 | +5 |
| US5778019 | 1998-07-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5759243 | 1998-06-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5756967 | 1998-05-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 29 | |
| US5756560 | 1998-05-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5739906 | 1998-04-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5729583 | 1998-03-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5727090 | 1998-03-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5726797 | 1998-03-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5711866 | 1998-01-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US5699282 | 1997-12-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5690840 | 1997-11-25 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5689444 | 1997-11-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5684301 | 1997-11-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5676745 | 1997-10-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US5672262 | 1997-09-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5652389 | 1997-07-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5634718 | 1997-06-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5633086 | 1997-05-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5627918 | 1997-05-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US5620857 | 1997-04-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5618389 | 1997-04-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5617340 | 1997-04-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 36 | |
| US5611904 | 1997-03-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5602492 | 1997-02-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 3 | |
| US5598005 | 1997-01-28 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5596364 | 1997-01-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5592171 | 1997-01-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5589690 | 1996-12-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US5587534 | 1996-12-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5583340 | 1996-12-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5580832 | 1996-12-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 35 | |
| US5574278 | 1996-11-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US5573864 | 1996-11-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5568993 | 1996-10-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5565866 | 1996-10-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5551255 | 1996-09-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5549003 | 1996-08-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5541407 | 1996-07-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 53 | |
| US5519211 | 1996-05-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5518858 | 1996-05-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5514851 | 1996-05-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5514501 | 1996-05-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5511268 | 1996-04-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5508342 | 1996-04-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 23 | |
| US5507962 | 1996-04-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | +5 |
| US5507596 | 1996-04-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 46 | |
| US5500646 | 1996-03-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5498643 | 1996-03-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US5491708 | 1996-02-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 37 | |
| US5485080 | 1996-01-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5483161 | 1996-01-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US5474737 | 1995-12-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5474619 | 1995-12-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5464966 | 1995-11-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 31 | |
| US5463008 | 1995-10-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5458867 | 1995-10-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US5456819 | 1995-10-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5453841 | 1995-09-26 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |

| Patent | Date | Assignee | | Col | |
|---|---|---|---|---|---|
| US5447466 | 1995-09-05 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5431010 | 1995-07-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5430787 | 1995-07-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5428220 | 1995-06-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5415763 | 1995-05-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5414782 | 1995-05-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5406849 | 1995-04-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5397895 | 1995-03-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | |
| US5393940 | 1995-02-28 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5393351 | 1995-02-28 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5392212 | 1995-02-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5389523 | 1995-02-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | |
| US5384079 | 1995-01-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5383136 | 1995-01-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5381664 | 1995-01-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 29 | |
| US5381458 | 1995-01-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 18 | +5 |
| US5381222 | 1995-01-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5380901 | 1995-01-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US5378332 | 1995-01-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5376193 | 1994-12-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5375087 | 1994-12-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5375066 | 1994-12-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 22 | +5 |
| US5373232 | 1994-12-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5371808 | 1994-12-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US5371234 | 1994-12-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5368942 | 1994-11-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US5362889 | 1994-11-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5361311 | 1994-11-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US5360764 | 1994-11-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 46 | |
| US5358584 | 1994-10-25 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5356756 | 1994-10-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5356485 | 1994-10-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 29 | |
| US5354442 | 1994-10-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5352742 | 1994-10-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 4 | |
| US5349156 | 1994-09-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5347175 | 1994-09-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5345780 | 1994-09-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5345213 | 1994-09-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 28 | |
| US5344577 | 1994-09-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |

| Patent | Date | Assignee | | Cites | |
|---|---|---|---|---|---|
| US5330855 | 1994-07-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5329598 | 1994-07-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 21 | +5 |
| US5320719 | 1994-06-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 5 | |
| US5318746 | 1994-06-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 16 | +5 |
| US5316699 | 1994-05-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5307680 | 1994-05-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5302237 | 1994-04-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5299138 | 1994-03-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US5295176 | 1994-03-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 12 | +5 |
| US5294465 | 1994-03-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 26 | |
| US5293447 | 1994-03-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5287081 | 1994-02-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5280177 | 1994-01-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5280176 | 1994-01-18 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 32 | |
| US5274545 | 1993-12-28 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 24 | |
| US5272232 | 1993-12-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5271226 | 1993-12-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5268636 | 1993-12-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5268235 | 1993-12-07 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 5 | |
| US5259013 | 1993-11-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5258202 | 1993-11-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5251981 | 1993-10-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5249866 | 1993-10-05 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5247262 | 1993-09-21 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5245672 | 1993-09-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5244634 | 1993-09-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5241007 | 1993-08-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 14 | +5 |
| US5236610 | 1993-08-17 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 17 | |
| US5235523 | 1993-08-10 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US5231668 | 1993-07-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 44 | |
| US5221927 | 1993-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US5221825 | 1993-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US5221646 | 1993-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 | |
| US5221563 | 1993-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 5 | |
| US5221501 | 1993-06-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US5218426 | 1993-06-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 25 | |
| US5218211 | 1993-06-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 30 | +5 |
| US5217904 | 1993-06-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5190602 | 1993-03-02 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |

| Patent | Date | Assignee | | Cites | |
|---|---|---|---|---|---|
| US5187008 | 1993-02-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 1 | |
| US5179071 | 1993-01-12 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5172064 | 1992-12-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5168457 | 1992-12-01 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 37 | |
| US5159407 | 1992-10-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5151748 | 1992-09-29 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US5150171 | 1992-09-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5149851 | 1992-09-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 | |
| US5149686 | 1992-09-22 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5147446 | 1992-09-15 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5145374 | 1992-09-08 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5134415 | 1992-07-28 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 16 | |
| US5126574 | 1992-06-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US5126272 | 1992-06-30 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 27 | |
| US5114912 | 1992-05-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 34 | |
| US5114470 | 1992-05-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 22 | |
| US5104478 | 1992-04-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5103682 | 1992-04-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 | |
| US5101506 | 1992-03-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5093254 | 1992-03-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 9 | |
| US5085058 | 1992-02-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US5077265 | 1991-12-31 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 11 | |
| US5066403 | 1991-11-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 18 | |
| US5039872 | 1991-08-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US5039550 | 1991-08-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US5015620 | 1991-05-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 10 | |
| US5015323 | 1991-05-14 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 7 | |
| US5008908 | 1991-04-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 | |
| US5001001 | 1991-03-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 14 | |
| US4980566 | 1990-12-25 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US4973194 | 1990-11-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 34 | |
| US4972720 | 1990-11-27 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 19 | |
| US4969956 | 1990-11-13 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 6 | |
| US4968908 | 1990-11-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 18 | +5 |
| US4965529 | 1990-10-23 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 14 | +5 |
| US4963826 | 1990-10-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US4963523 | 1990-10-16 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 | |
| US4962275 | 1990-10-09 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 20 | |
| US4956698 | 1990-09-11 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 3 | |

| Patent | Date | Assignee | | Count |
|---|---|---|---|---|
| US4954722 | 1990-09-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 4 |
| US4954481 | 1990-09-04 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 8 |
| US4939744 | 1990-07-03 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 12 |
| US4935192 | 1990-06-19 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | x | 53 |
| US4919829 | 1990-04-24 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 21 |
| US4907237 | 1990-03-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 15 |
| US4907186 | 1990-03-06 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 13 |
| US4902430 | 1990-02-20 | UNITED STATES OF AMERICA, DEPARTMENT OF COMMERCE | | 3 |