# EXHIBIT G





# RegInfo.gov

Where to find Federal Regulatory Information

Home | Unified Agenda and Regulatory Plan | EO 12866 Regulatory Review | Information Collection Review
Information Collection Review | Advanced Search | XML Reports

## View Information Collection (IC)

**IC Title:** Petition for a second request for continued examination showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the application

**Agency IC Tracking Number:**

**Is this a Common Form?** No

**IC Status:** Modified

**Obligation to Respond:** Required to Obtain or Retain Benefits

**CFR Citation:** 37 CFR 1.114(f)

**Information Collection Instruments:**

| Document Type | Form No. | Form Name | Instrument File | URL | Available Electronically? | Can Be Submitted Electronically? | Electronic Capability |
|---|---|---|---|---|---|---|---|

**Federal Enterprise Architecture Business Reference Module**
**Line of Business:** Economic Development

**Subfunction:** Intellectual Property Protection

**Privacy Act System of Records Title:**

**FR Citation:**

**Number of Respondents:** 1,000

**Number of Respondents for Small Entity:** 0

**Affected Public:** Private Sector

**Private Sector:** Not-for-profit institutions, Businesses or other for-profits

**Percentage of Respondents Reporting Electronically:** 0 %

|  | Requested | Program Change Due to New Statute | Program Change Due to Agency Discretion | Change Due to Adjustment in Agency Estimate | Change Due to Potential Violation of the PRA | Previously Approved |
|---|---|---|---|---|---|---|
| Annual Number of Responses for this IC | 1,000 | 0 | 0 | 0 | 0 | 1,000 |
| Annual IC Time Burden (Hours) | 4,000 | 0 | 0 | 0 | 0 | 4,000 |
| Annual IC Cost Burden (Dollars) | 400,580 | 0 | 0 | 190 | 0 | 400,390 |

**Documents for IC**

| Title | Document | Date Uploaded |
|---|---|---|
| | *No associated records found* | |

Blank fields in records indicate information that was not collected or not collected electronically prior to July 2006.

Disclosure | Accessibility | Privacy Policy | Contact Us