## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,            ) | |
|                           ) | |
|       Plaintiff,             ) | |
|                           ) | No. 1:07cv846-JCC-TRJ |
|       v.                  ) | |
|                           ) | |
| JON W. DUDAS et al.,          ) | |
|                           ) | |
|       Defendants.        ) | |
|                           ) | |
| _____) | |
|                           ) | |
| SMITHKLINE BEECHAM      ) | |
| CORPORATION et al.,          ) | |
|                           ) | |
|       Plaintiffs,          ) | No. 1:07cv1008-JCC-TRJ |
|                           ) | |
|       v.                  ) | |
|                           ) | |
| JON W. DUDAS et al.,          ) | |
|                           ) | |
|       Defendants.        ) | |
|                           ) | |
| _____) | |

### MOTION OF PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

The Pharmaceutical Research and Manufacturers of America ("PhRMA") respectfully moves for leave to file a brief as amicus curiae in support of anticipated motions for summary judgment by the plaintiffs in the above-captioned consolidated cases. Counsel for PhRMA have conferred with counsel for Plaintiff Triantafyllos Tafas, the GlaxoSmithKline plaintiffs ("GSK"), and Defendants regarding this motion. Plaintiffs do not oppose this motion, and Defendants take no position on this motion. All parties agree, however, that the motion should be decided without oral argument.

1

Dockets.Justia.com

As explained in further detail in the accompanying memorandum, PhRMA and its members—the country's leading research-based pharmaceutical and biotechnology companies—have a direct interest in this litigation.  In light of the current schedule and need for expedited resolution of GSK's pending motion for a TRO and preliminary injunction, PhRMA seeks leave to file an amicus brief in connection with the anticipated summary judgment motions and not GSK's currently pending motion.

If the schedule currently in place in the Tafas case is adopted in the GSK case, PhRMA requests that its amicus brief be due on November 14, 2007.  If the Tafas schedule is modified or a different schedule is adopted in the GSK case, PhRMA requests that its brief be due one week after GSK files its summary judgment motion.

Date:  October 26, 2007

Respectfully submitted,

David W. Ogden
William G. McElwain
Randolph D. Moss
Brian M. Boynton
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.: (202) 663-6000
Fax: (202) 663-6363

*Of Counsel for Pharmaceutical Research and Manufacturers of America*

_____/s/_____
James M. Dowd (VSB # 41406)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
James.Dowd@wilmerhale.com

*Attorney for Pharmaceutical Research and Manufacturers of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St. N.W., Suite 1200
Washington, DC  20005
Tel.: (202) 879-5000
Fax: (202) 879-5200
Email: elocke@kirkland.com

Craig Crandall Reilly
Richard McGettigan Reilly & West PC
1725 Duke St., Suite 600
Alexandria, VA  22314
Tel.: (703) 549-5353
Fax: (703) 683-2941
Email: craig.reilly@rmrwlaw.com

*Counsel for GlaxoSmithKline Plaintiffs*

Joseph D. Wilson
Kelley Drye & Warren LLP
3050 K St. N.W., Suite 400
Washington, DC  20007
Tel.: (202) 342-8504
Fax: (202) 342-8451
Email: jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314
Tel.: (703) 299-3752
Fax: (703) 299-3983
Email: Lauren.Wetzler@usdoj.gov

*Counsel for Defendants*

_____/s/_____
James M. Dowd (VSB # 41406)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
James.Dowd@wilmerhale.com

*Attorney for Pharmaceutical Research and Manufacturers of America*

3