# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS et al., <br><br> Defendants. | No. 1:07cv846-JCC-TRJ |
| SMITHKLINE BEECHAM CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON W. DUDAS et al., <br><br> Defendants. | No. 1:07cv1008-JCC-TRJ |

## ORDER

Upon consideration of the motion of the Pharmaceutical Research and Manufacturers of America ("PhRMA") for leave to file a brief as amicus curiae in these consolidated cases, it is hereby **ORDERED** that PhRMA be granted leave to file an amicus brief in connection with summary judgment motions filed by plaintiffs in these cases. PhRMA's amicus brief shall be due one week after the GlaxoSmithKline plaintiffs' summary judgment motion.

Date: October 26, 2007

_____
James C. Cacheris
United States District Judge

Dockets.Justia.com