# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS et al., <br><br> Defendants. | No. 1:07cv846-JCC-TRJ |
| SMITHKLINE BEECHAM CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON W. DUDAS et al., <br><br> Defendants. | No. 1:07cv1008-JCC-TRJ |

## THE PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA'S LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE

Pursuant to Eastern District of Virginia Local Civil Rule 7.1, the Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby makes the following financial disclosure. PhRMA has no parent, subsidiaries, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public, and no publicly held entity (corporate or otherwise) owns 10% of more of its stock. PhRMA is a membership organization, however, and its members include companies that have issued stock or debt securities to the public. A list of PhRMA's members, international affiliates, and associate members is set forth below:

1

## MEMBERS

**Abbott**
Abbott Park, IL

**Amgen Inc.**
Thousand Oaks, CA

**Amylin Pharmaceuticals, Inc.**
San Diego, CA

**Astellas US LLC**
Deerfield, IL

**AstraZeneca LP**
Wilmington, DE

**Bayer HealthCare Pharmaceuticals**
West Haven, CT

**Boehringer Ingelheim Pharmaceuticals, Inc.**
Ridgefield, CT

**Bristol-Myers Squibb Company**
New York, NY
    Bristol-Myers Squibb Company
       Worldwide Medicines Group

**Celgene Corporation**
Summit, NJ

**Cephalon, Inc.**
West Chester, PA

**Daiichi Sankyo, Inc.**
Montvale, NJ

**Eisai Inc.**
Woodcliff Lake, NJ

**EMD Serono**
Rockland, MA

**Genzyme Corporation**
Cambridge, MA

**GlaxoSmithKline**
Research Triangle Park, NC

**Hoffmann-La Roche Inc.**
Nutley, NJ

**Johnson & Johnson**
New Brunswick, NJ
    Advanced Sterilization Products
    ALZA Corporation
    Centocor, Inc.
    Cordis Corporation
    DePuy Inc.
    Ethicon Endo-Surgery, Inc.
    Ethicon, Inc.
- Ethicon Products
- Gynecare
- Johnson & Johnson Wound Management

    Janssen Pharmaceutica Inc.
    Janssen Research Foundation and
    The R.W. Johnson Pharmaceutical
      Research Institute
    Johnson & Johnson Health Care
      Systems, Inc.
    Mitek
    Ortho Biotech Products, L.P.
    Ortho-Clinical Diagnostics
    Ortho-McNeil Pharmaceutical, Inc. OrthoNeutrogena
    Scios Inc.
    Therakos, Inc.
    Vistakon

**Eli Lilly and Company**
Indianapolis, IN

**MedPointe Pharmaceuticals**
Somerset, NJ

**Merck & Co., Inc.**
Whitehouse Station, NJ
    Merck Human Health Division
    Merck Research Laboratories
    Merck Vaccine Division

**Millennium Pharmaceuticals, Inc.**
*Cambridge, MA*

**Novartis Corporation**
E. Hanover, NJ

**Organon USA Inc.**
Roseland, NJ

**Otsuka America, Inc. (OAI)**
San Francisco, CA
    Otsuka America Pharmaceutical, Inc**. (OAPI)**
    Otsuka Pharmaceutical Development & Commercialization, Inc. **(OPDC)**
    Otsuka Maryland Medicinal Laboratories **(OMML)**

**Pfizer Inc**
New York, NY

**The Procter & Gamble Company**
**Procter & Gamble Pharmaceuticals, Inc.**
Mason, OH

**Purdue Pharma L.P.**
Stamford, CT
    The P.F. Laboratories, Inc.
    The Purdue Frederick Company
**sanofi-aventis U.S.**
New York, NY
    sanofi pasteur
    sanofi-aventis
**Schering-Plough Corporation**
Kenilworth, NJ

**Sepracor Inc.**
Marlborough, MA

**Solvay Pharmaceuticals, Inc.**
Marietta, GA
    Unimed Pharmaceuticals, Inc.

**Valeant Pharmaceuticals International**
Costa Mesa, CA

**Wyeth**
Madison, NJ
    Wyeth Pharmaceuticals
    Wyeth Research

### PHARMACEUTICAL AFFILIATES

(None at this time)

### INTERNATIONAL AFFILIATES

**ALTANA Pharma U.S.**
Florham Park,, NJ

**Novo Nordisk, Inc.**
Princeton, NJ

**Sigma-Tau Pharmaceuticals, Inc.**
Gaithersburg, MD

**Takeda Pharmaceuticals North America, Inc.**
Lincolnshire, IL

### ASSOCIATE (1) (Researchers)

**Alkermes, Inc**
Cambridge, MA

**Enzon, Inc.**
Piscataway, NJ

**Idenix Pharmaceuticals, Inc.**
Cambridge, MA

**Ovation Pharmaceuticals, Inc.**
Deerfield, IL

**Reckitt Benckiser Pharmaceuticals, Inc.**
Richmond, VA

**Theravance, Inc.**
South San Francisco, CA

### ASSOCIATE (2) (CROs)

**Quintiles Transnational Corp.**

Research Triangle Park, NC

**ASSOCIATE (3) (CMOs)**

(None at this time)

**ASSOCIATE (4) (Advertising & Communication Services)**

**CommonHealth, L.P.**
Parsippany, NJ

**Harte-Hanks, Inc**.
Shawneee, KS

**HealthSTAR Communications, Inc.**
Woodbridge, NJ
    HealthStar Advertising
    HealthSTAR Public Relations
    Photosound Comunications

**IMS Health**
Plymouth Meeting, PA

**PDI, Inc.**
Upper Saddle River, NJ

**Publicis Healthcare Communications Group**
New York, NY

**Thomson Healthcare**
Montvale, NJ

**ASSOCIATE (5) (Consultants & Drug Discovery Software Firms)**

**Accenture LLP**
Philadelphia, PA

**The Boston Consulting Group, Inc.**
Boston, MA

**Cytel Inc.**
Cambridge, MA

**Dendrite International, Inc.**
Morristown, NJ

**Ernst & Young**
New York, NY

**KPMG LLP**
Short Hills, NJ

**The Mattson Jack Group**
St. Louis, MO

**TargetRx, Inc.**
Horsham, PA

Date:  October 26, 2007                                                   Respectfully submitted,

David W. Ogden                                                              _____/s/_____
William G. McElwain                                                     James M. Dowd (VSB # 41406)
Randolph D. Moss                                                         WILMER CUTLER PICKERING
Brian M. Boynton                                                              HALE AND DORR LLP
WILMER CUTLER PICKERING                                     1875 Pennsylvania Avenue, N.W.
   HALE AND DORR LLP                                               Washington, D.C.  20006
1875 Pennsylvania Avenue, N.W.                                 Tel.: (202) 663-6000
Washington, D.C.  20006                                              Fax: (202) 663-6363
(202) 663-6000                                                                James.Dowd@wilmerhale.com
(202) 663-6363

*Of Counsel for Pharmaceutical Research and*          *Attorney for Pharmaceutical Research and*
*Manufacturers of America*                                           *Manufacturers of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St. N.W., Suite 1200
Washington, DC  20005
Tel.: (202) 879-5000
Fax: (202) 879-5200
Email: elocke@kirkland.com

Craig Crandall Reilly
Richard McGettigan Reilly & West PC
1725 Duke St., Suite 600
Alexandria, VA  22314
Tel.: (703) 549-5353
Fax: (703) 683-2941
Email: craig.reilly@rmrwlaw.com

*Counsel for GlaxoSmithKline Plaintiffs*

Joseph D. Wilson
Kelley Drye & Warren LLP
3050 K St. N.W., Suite 400
Washington, DC  20007
Tel.: (202) 342-8504
Fax: (202) 342-8451
Email: jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22314
Tel.: (703) 299-3752
Fax: (703) 299-3983
Email: Lauren.Wetzler@usdoj.gov

*Counsel for Defendants*

_____/s/_____
James M. Dowd (VSB # 41406)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
James.Dowd@wilmerhale.com

*Attorney for Pharmaceutical Research and Manufacturers of America*