IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER ON MOTION OF *AMICUS CURIAE* BIOTECHNOLOGY INDUSTRY
ORGANIZATION FOR LEAVE TO FILE A BRIEF IN SUPPORT OF
THE PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

The Motion of *Amicus Curiae* Biotechnology Industry Organization for Leave to File to File a Brief in Support of the Plaintiffs' Motions for Summary Judgment is hereby GRANTED. The Biotechnology Industry Organization's *amicus* brief shall be due one week after the GSK plaintiffs' summary judgment motion.

DATED: _____

JAMES C. CACHERIS
United States District Judge

Dockets.Justia.com