IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

The Biotechnology Industry Organization ("BIO") is a 501(c)(6) non-profit organization dedicated to providing advocacy and business development support to the biotechnology industry. The organization's revenue sources include membership dues, sponsorship and registration income from events, advertising in BIO publications and on the bio.org website, income from various services, and interest and investment income. BIO has no parent or subsidiary entities that have issued stock or debt securities to the public, and no publicly held entity (corporate or otherwise) owns a higher than 10% equity stake in BIO (whether in the form

of stock or debt securities).  Many of BIO's members, however, have issued securities to the public.  A list of BIO's more than 1,100 members, affiliates, and associate organizations can be found at www.bio.org.

        Respectfully submitted,

        ARNOLD & PORTER LLP

By: _____/s/_____
    Randall K. Miller
    VA Bar #70672
    *Counsel for* Amicus Curiae
    *Biotechnology Industry Organization*
    1600 Tysons Boulevard
    Suite 900
    McLean, VA  22102
    Telephone:  (703) 720-7030
    Facsimile:   (703) 720-7399
    Randall.Miller@aporter.com

*Of Counsel for* Amicus Curiae
*Biotechnology Industry Organization*:

    Ronald A. Schechter
    David R. Marsh
    Matthew M. Shultz
    ARNOLD & PORTER LLP
    555 12th Street, N.W.
    Washington, D.C.  20004
    Telephone: (202) 942-5000
    Facsimile:  (202) 942-5999


ATTORNEYS FOR *AMICUS CURIAE*
BIOTECHNOLOGY INDUSTRY
ORGANIZATION

October 29, 2007

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of October 2007, I caused a copy of the foregoing Financial Disclosure to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW - Suite 1200
Washington, DC  20005
Email:  elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street - Suite 600
Alexandria, VA  22314
Email:  craig.reilly@rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW -- Suite 400
Washington, DC  20007
Email:  jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
Email:  lauren.wetzler@usdoj.gov

*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC  20004
Email:  to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street, NW
Suite 800
Washington, DC  20005

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James M. Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC  20004

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

                                                  /s/
                                Randall K. Miller
VA Bar #70672
*Counsel for* Amicus Curiae *Biotechnology Industry Organization*
1600 Tysons Boulevard
Suite 900
McLean, VA  22102
Telephone:  (703) 720-7030
Facsimile:   (703) 720-7399
Randall.Miller@aporter.com