**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| ) | |
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE "GSK" PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Elan Pharmaceuticals, Inc., on behalf of itself and its parent and affiliates (herein collectively referred to as "Elan"), by the undersigned counsel, moves for leave to file its brief as *amicus curiæ* in support of SmithKline Beecham Corporation, SmithKline Beecham PLC and Glaxo Group Limited's Motion for a Temporary Restraining Order and Preliminary Injunction ("Brief").

Elan is a biotechnology company that is focused on discovering, developing, manufacturing and marketing advanced therapies in neurology, autoimmune diseases, and severe pain. Elan wishes to submit its *amicus* Brief addressing the likelihood of success on the merits, irreparable harm and public interest prongs of the pending Motion for Temporary Restraining Order and Preliminary Injunction. Elan concurs with GSK's assertion that the "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications," 72 Fed. Reg. 46716 (Aug. 21, 2007) (to be codified at 37 C.F.R. pt. 1) (hereinafter "Final Rules") are *ultra vires*. Elan's Brief expands on GSK's position that the Final Rules improperly shift the burden of examining a patent application from the U.S. Patent and Trademark Office ("PTO") to the applicant. This burden shifting is contrary to law and serves as a basis to overturn the Final Rules.

Elan has contacted counsel for plaintiffs GSK and Tafas who consent to the filing of Elan's *amicus* Brief. Counsel for defendants John Dudas and the PTO oppose Elan's Motion and the filing of its Brief. Elan's Motion is filed a mere 14 days after GSK initially filed its Motion for Preliminary Injunction and is therefore timely.

Elan's proposed Brief is attached as Exhibit A to this Motion and Elan requests that the Court accept the Brief for filing without requiring a separate filing. A proposed Order is attached.

Dated:  October 29, 2007

*Of Counsel*
Vincent J. Napoleon
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

Respectfully submitted,

By:     /s/

Rebecca M. Carr (VSB # 70874)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel:  202-663-8000
Fax: 202-663-8007
e-mail: rebecca.carr@pillsburylaw.com

Scott J. Pivnick (VSB # 48022)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Tel:  703-770-7900
Fax: 703-770-7901
e-mail: scott.pivnick@pillsburylaw.com

ATTORNEYS FOR *AMICUS CURIÆ*
ELAN PHARMACEUTICALS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "**MOTION OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE 'GSK' PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**" using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW – Suite 1200
Washington, DC 20005
e-mail:  elocke@kirkland.com

and

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA 22314
e-mail:  craig.reilly@rmrwlaw.com

*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

and

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
e-mail:  lauren.wetzler@usdoj.gov

*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on this 29th day of October 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 2007
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

    /s/
Rebecca M. Carr (VSB # 70874)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel:  202-663-8000
Fax: 202-663-8007
e-mail: rebecca.carr@pillsburylaw.com