**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| JON W. DUDAS, et al. | ) ) ) | |
| Defendants. | ) ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| JON W. DUDAS, et al. | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM IN SUPPORT OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE "GSK" PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Elan Pharmaceuticals, Inc., on behalf of itself and its parent and affiliates (herein collectively referred to as "Elan") submits this memorandum in support of its Motion for leave to file its brief as *amicus curiæ* in support of SmithKline Beecham Corporation, SmithKline Beecham PLC and Glaxo Group Limited's Motion for a Temporary Restraining Order and Preliminary Injunction ("Brief").

Elan is a biotechnology company that is focused on discovering, developing, manufacturing and marketing advanced therapies in neurology, autoimmune diseases, and severe pain. Elan wishes to submit its *amicus* Brief addressing the likelihood of success on the merits, irreparable harm, and public interest prongs of the pending Motion for Temporary Restraining Order and Preliminary Injunction.

Allowing a non-party to file an *amicus curiæ* brief is within the discretion of the Court. *DeJulio v. Georgia*, 127 F. Supp. 2d 1274, 1284 (N.D. Ga. 2001). The filing of an *amicus* brief should be allowed where the amicus curiæ can "offer insights not available from the parties" or can provide "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007). Here, while Elan concurs with GSK's assertion that the "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications," 72 Fed. Reg. 46716 (Aug. 21, 2007) (to be codified at 37 C.F.R. pt. 1) (hereinafter "Final Rules") are *ultra vires*, Elan's Brief expands on GSK's position that the Final Rules improperly shift the burden of examining a patent application from the U.S. Patent and Trademark Office ("PTO") to the applicant. This burden shifting is contrary to law and serves as a basis to overturn the Final Rules.

Similarly, Elan's Brief supports the irreparable harm prong and provides additional insight into how Elan and other patent applicants would suffer irreparable harm through the implementation of the Final Rules. Some of this harm would result from Elan and other pharmaceutical companies' reluctance to invest heavily in research and development of new drugs since the patent protection on drugs will not be as effective and will not allow Elan to

recoup its development costs.  This would in turn, lead to fewer life saving drugs and higher prices for any drugs that are developed.  This argument also supports the public interest prong of the preliminary injunction test as it establishes that the public interest would be harmed if an injunction did not issue.

Elan's Motion is filed a mere 14 days after GSK initially filed its Motion for Preliminary Injunction and is therefore timely.

As Elan's Brief includes unique and special information not otherwise available to this Court, the Court should exercise its discretion to allow the filing of Elan's Brief.  Elan also requests that the Court deem Elan's Brief filed upon the granting of this motion without requiring a separate filing.

Elan has contacted counsel for plaintiffs GSK and Tafas who consent to the filing of Elan's Brief.  Counsel for defendants John Dudas and the PTO oppose Elan's Motion and the filing of its Brief.

Dated:  October 29, 2007                                       Respectfully submitted,

                                                               By:    /s/                                      
                                                                   Rebecca M. Carr (VSB # 70874)
                                                                   PILLSBURY WINTHROP
                                                                   SHAW PITTMAN, LLP
                                                                   2300 N Street, N.W.
                                                                   Washington, D.C. 20037
                                                                   Tel:  202-663-8000
                                                                   Fax: 202-663-8007
                                                                   e-mail: rebecca.carr@pillsburylaw.com

| | |
|---|---|
| *Of Counsel*<br>Vincent J. Napoleon<br>PILLSBURY WINTHROP<br>SHAW PITTMAN, LLP<br>2300 N Street, N.W.<br>Washington, D.C. 20037 | Scott J. Pivnick (VSB # 48022)<br>PILLSBURY WINTHROP<br>SHAW PITTMAN, LLP<br>1650 Tysons Boulevard<br>McLean, Virginia 22102-4856<br>Tel:  703-770-7900<br>Fax: 703-770-7901<br>e-mail: scott.pivnick@pillsburylaw.com<br><br>ATTORNEYS FOR *AMICUS CURIÆ*<br>ELAN PHARMACEUTICALS, INC. |

4

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "**MEMORANDUM IN SUPPORT OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE 'GSK' PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**" using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW – Suite 1200
Washington, DC 20005
e-mail:  elocke@kirkland.com

and

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA 22314
e-mail:  craig.reilly@rmrwlaw.com

*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

and

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
e-mail:  lauren.wetzler@usdoj.gov

*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on this 29th day of October 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 2007
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

      /s/
Rebecca M. Carr (VSB # 70874)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007
e-mail: rebecca.carr@pillsburylaw.com