# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JON W. DUDAS, et al.  )<br>  )<br>  Defendants.  )<br> ) | Civil Action No. 1:07cv846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM  )<br>CORPORATION, et al.  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>JON W. DUDAS, et al.  )<br>  )<br>  Defendants.  )<br> ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

### NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE *AMICUS CURIÆ* BRIEF

PLEASE TAKE NOTICE that on Wednesday, October 31, 2007 at 10:00 a.m. or at such time as counsel may be heard, *Amicus Curiæ*, Elan Pharmaceuticals, Inc. ("Elan") will move the Court for an order granting leave to file its Brief in Support of the Plaintiff's Motion for a Temporary Restraining Order and Permanent Injunction. Counsel for Elan has conferred with counsel for plaintiffs who consent to Elan's Motion for Leave. Counsel for defendants oppose this motion, however.

Dated: October 29, 2007  Respectfully submitted,

By: /s/
Rebecca M. Carr (VSB # 70874)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007
e-mail: rebecca.carr@pillsburylaw.com

Scott J. Pivnick (VSB # 48022)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Tel: 703-770-7900
Fax: 703-770-7901
e-mail: scott.pivnick@pillsburylaw.com

*Of Counsel*
Vincent J. Napoleon
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037

ATTORNEYS FOR *AMICUS CURIÆ*
ELAN PHARMACEUTICALS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of October 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "Notice of Hearing on Motion for Leave to File *Amicus Curiae* Brief" using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW – Suite 1200
Washington, DC 20005
e-mail:  elocke@kirkland.com

and

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA 22314
e-mail:  craig.reilly@rmrwlaw.com

*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

and

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
e-mail:  lauren.wetzler@usdoj.gov

*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on this 29th day of October 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 2007
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

/s/
Rebecca M. Carr (VSB # 70874)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel: 202-663-8000
Fax: 202-663-8007
e-mail: rebecca.carr@pillsburylaw.com

400660506v1