# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSOLIDATED WITH

| | |
|---|---|
| ) | |
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE

Pursuant to Local Civil Rule 7.2(A)(1)(a) and (b), *amicus curiæ* Elan Pharmaceuticals, Inc. states the following:

(a)  Elan Corporation plc is a publicly traded corporation and owns 50% or more of Elan Pharmaceuticals, Inc. stock.

Dockets.Justia.com

Dated: October 29, 2007                                Respectfully submitted,

                                                       By:_____/s/_____
                                                       Rebecca M. Carr (VSB # 70874)
                                                       PILLSBURY WINTHROP
                                                       SHAW PITTMAN, LLP
                                                       2300 N Street, N.W.
                                                       Washington, D.C. 20037
                                                       Tel: 202-663-8000
                                                       Fax: 202-663-8007
                                                       e-mail: rebecca.carr@pillsburylaw.com

                                                       Scott J. Pivnick (VSB # 48022)
                                                       PILLSBURY WINTHROP
*Of Counsel*                                           SHAW PITTMAN, LLP
Vincent J. Napoleon                                    1650 Tysons Boulevard
PILLSBURY WINTHROP                                     McLean, Virginia 22102-4856
SHAW PITTMAN, LLP                                      Tel: 703-770-7900
2300 N Street, N.W.                                    Fax: 703-770-7901
Washington, D.C. 20037                                 e-mail: scott.pivnick@pillsburylaw.com

                                                       ATTORNEYS FOR *AMICUS CURIÆ*
                                                       ELAN PHARMACEUTICALS, INC.

400660505v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "Local Civil Rule 7.1. Financial Disclosure" using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW – Suite 1200
Washington, DC 20005
e-mail:  elocke@kirkland.com

and

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA 22314
e-mail:  craig.reilly@rmrwlaw.com

*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

and

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
e-mail:  lauren.wetzler@usdoj.gov

*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on this 29th day of October 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 2007
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

　　　　　　　　　　_____/s/_____
　　　　　　　　　　Rebecca M. Carr (VSB # 70874)
　　　　　　　　　　PILLSBURY WINTHROP
　　　　　　　　　　SHAW PITTMAN, LLP
　　　　　　　　　　2300 N Street, N.W.
　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　Tel:  202-663-8000
　　　　　　　　　　Fax: 202-663-8007
　　　　　　　　　　e-mail: rebecca.carr@pillsburylaw.com