# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 (JCC/TRJ) |
| ) | [Consolidated with No. 1:07cv1008] |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to the Parties' Amended Joint Stipulation and Consent Order Regarding Briefing Schedule entered by this Court on October 22, 2007 (Dkt. No. 28), ¶ 3, the hearing on Defendants' Partial Motion to Dismiss that was previously scheduled for November 2, 2007 will now be held on November 9, 2007 at 10 a.m.

        Respectfully submitted,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY

By:    /s/
        LAUREN A. WETZLER
        Assistant United States Attorney
        Attorney for All Defendants
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752

Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph D. Wilson, Esq.
KELLY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007-5108
jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
rebecca.carr@pillsburylaw.com

*Counsel for Putative Amicus Elan Pharmaceuticals, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

I will also cause notice to be sent on this day by electronic mail to:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline in Civil Action No. 1:07cv1008.*

　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　Lauren A. Wetzler
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Attorney for All Defendants
　　　　　　　　　　　　　　　　Justin W. Williams United States Attorney's Building
　　　　　　　　　　　　　　　　2100 Jamieson Avenue
　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　Tel: (703) 299-3752
　　　　　　　　　　　　　　　　Fax: (703) 299-3983
　　　　　　　　　　　　　　　　Lauren.Wetzler@usdoj.gov