**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>        **Defendants.** | **CIVIL ACTION: 1:07cv846 (JCC/TRJ)**<br>**and Consolidated Case (see below)** |
| **SMITHKLINE BEECHAM,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>       **Defendants.** | **CIVIL ACTION: 1:071008(JCC/TRJ)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of October, 2007, he caused to be served true and correct copies of Plaintiff Tafas' Reply to Defendants' Memorandum In Opposition and In Further Support of Entry of Preliminary Injunction with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

1

Dockets.Justia.com

>Lauren A. Wetzler
>Assistant United States Attorney
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Ave.
>Alexandria, VA 22314
>Tel: (703) 299-3752
>Fax: (703) 299-3983
>lauren.wetzler@usdoj.gov
>
>*Counsel for Defendants*

The undersigned also caused a copy of the foregoing to be electronically served via email and overnight parcel service on the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, DC  20005
elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street, Suite 600
Alexandria, VA  22314
craig.reilly@rmrwlaw.com

*Counsel for SmithKline Beecham Corp.,
SmithKline Beecham PLC and
Glaxo Group Lmtd.*

Thomas J. O'Brien
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
to'brien@morganlewis.com
*Counsel for American Intellectual Property Law Ass'n*

>Respectfully submitted:
>
>     /s/ Joseph D. Wilson
>Joseph D. Wilson (VSB # 43693)
>KELLEY DRYE & WARREN LLP
>3050 K Street, N.W., Suite 400
>Washington, DC  20007-5108
>(202) 342-8400 (Tel)
>(202) 342-8451 (Fax)
>jwilson@kelleydrye.com
>
>*Counsel for Plaintiff Triantafyllos Tafas*