IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:07cv846(JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

FILED OCT 30 2007 CLERK, U.S. ... ALEXANDRIA, VA

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07cv1008(JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the order of October 17, 2007, and filing of documents in both cases it is accordingly

ORDERED that all future pleading be filed in the lead case 1:07cv846 and the docket shall reflect the consolidation of all parties and counsel. Member case 1:07cv1008 shall remain open until further order of the Court.

The Clerk is directed to forward copies of this Order to counsel of record.

/s/
James C. Cacheris
United States District Judge

Alexandria, VA
October 30, 2007