## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:07cv846 (JCC/TRJ) |
| | ) |
| JON W. DUDAS, et al. | ) |
| | ) |
| Defendants. | ) |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM | ) |
| CORPORATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:07cv1008 (JCC/TRJ) |
| | ) |
| JON W. DUDAS, et al. | ) |
| | ) |
| Defendants. | ) |

### APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for *amicus curiæ* Elan Pharmaceuticals, Inc.

    I certify that I was admitted to practice in this court on February 14, 2003.

Dockets.Justia.com

Dated:  October 30, 2007

/s/
Scott J. Pivnick (VSB # 48022)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: 703-770-7864
Fax: 703-770-7901
email: scott.pivnick@pillsburylaw.com

ATTORNEY FOR *AMICUS CURIÆ*
ELAN PHARMACEUTICALS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "Appearance" using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
Daniel S. Trainor, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW – Suite 1200
Washington, DC 20005
e-mail:   elocke@kirkland.com
              dtrainor@kirkland.com

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA 22314
e-mail:   craig.reilly@rmrwlaw.com

*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
e-mail:   lauren.wetzler@usdoj.gov

*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

Thomas J. O'Brien, Esq.
MORGAN, LEWIS & BOCKIUS
111 Pennsylvania Ave., NW
Washington, DC  20004
e-mail:   to'brien@morganlewis.com

*Attorney for Amicus American Intellectual Property Law Association*

Dawn-Marie Bey
KING & SPALDING LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC  20006
e-mail:   dbey@kslaw.com

*Attorney for Amicus HEXAS, LLC; The Roskamp Institute; and Tikvah Therapeutics, Inc.*

James M. Dowd, Esq.
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave, NW
Washington, DC  20004
e-mail:    james.dowd@wilmerhale.com

*Attorney for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Boulevard
Suite 900
McLean, VA  22102
e-mail:    randall_miller@aporter.com

*Attorney for Amicus Biotechnology Industry Organization*

I further certify that on this 30th day of October 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC 2007
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas in Civil Action No. 1:07cv846 (JCC/TRJ)*

  /s/
Scott J. Pivnick (VSB # 48022)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
1650 Tysons Boulevard
McLean, Virginia  22102-4859
Tel:  703-770-7864
Fax: 703-770-7901
e-mail: scott.pivnick@pillsburylaw.com

ATTORNEYS FOR *AMICUS CURIÆ*
ELAN PHARMACEUTICALS, INC.