UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>               Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>               Defendants. | CIVIL ACTION: 1:07cv846 (JCC/TRJ)<br>and Consolidated Case |
| SMITHKLINE BEECHAM,<br><br>               Plaintiff,<br><br>v.<br><br>JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>               Defendants. | |

## AMENDMENT TO JOINT STIPULATION
## AND CONSENT ORDER REGARDING BRIEFING SCHEDULE

WHEREAS, counsel for Plaintiff Triantafyllos Tafas ("Plaintiff") and counsel for Defendant Jon W. Dudas ("Defendant") and Defendant United States Patent and Trademark Office ("Defendants;" Plaintiff and Defendants are collectively referenced as the "Parties") have conferred and desire to amend the Amended Joint Stipulation and Consent Order entered by the Court on October 23, 2007 (Docket No. 28)(the "Joint Stipulation and Consent Order") so as to enlarge by one (1) day each of the parties' respective filing deadlines concerning Defendant's Motion to Dismiss;

CT01/NEALJ/247217.1

NOW THEREFORE, the Parties stipulate as follows, and respectfully request that the Court enter the following amendment to the Joint Stipulation and Consent Order by substituting in paragraphs 1 and 2 below in lieu of the existing paragraphs, all other terms remaining the same:

1. Plaintiff will file his opposition to Defendants' motion to dismiss dated October 4, 2007 on or before Friday, October 26, 2007.

2. Defendants will file their reply to any opposition by Plaintiff to Defendants' motion to dismiss on or before Wednesday, November 7, 2007.

Dated: October 25, 2007

| THE DEFENDANTS | THE PLAINTIFF |
|---|---|
| JON W. DUDAS and THE UNITED STATES PATENT AND TRADEMARK OFFICE | TRIANTAFYLLOS TAFAS |
| CHUCK ROSENBERG<br>UNITED STATES ATTORNEY | |
| By: /s/<br>Lauren A. Wetzler<br>Assistant United States Attorney<br>Justin W. Williams United States<br>Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Telephone: (703) 299-3752<br>Facsimile: (703) 299-3983<br>lauren.wetzler@usdoj.gov | By: /s/<br>Joseph D. Wilson (VSB # 43693)<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 342-8400<br>Facsimile: (202) 342-8451<br>E-mail: jwilson@kelleydrye.com |
| *Counsel for Defendant Jon Dudas and The United States Patent and Trademark Office* | *Counsel for Plaintiff Triantafyllos Tafas* |

SO ORDERED this 30th day of October, 2007:

/s/
James C. Cacheris
United States District Judge

CT01/NEALJ/247217.1

/s/