## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

<table>
<tr>
<td>

**TRIANTAFYLLOS TAFAS,**

          **Plaintiff,**

    **v.**

**JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,**

          **Defendants.**

</td>
<td>

**CIVIL ACTION:  1:07cv846 (JCC/TRJ) and Consolidated Case (below)**

</td>
</tr>
<tr>
<td>

**SMITHKLINE BEECHAM CORPORATION,**

          **Plaintiff,**

    **v.**

**JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,**

          **Defendants.**

</td>
<td></td>
</tr>
</table>

## NOTICE OF DEPOSITION

To:  *The Attached Master Service List*

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure and Local Civil Rule 30 of the United States District Court for the Eastern

District of Virginia, the plaintiff, Triantafyllos Tafas ("Dr. Tafas"), will take the deposition by

oral examination of **JOHN J. LOVE,** Deputy Commissioner for Patent Examination Policy for

the United States Patent and Trademark Office, at the offices of KELLEY DRYE & WARREN LLP,

Washington Harbor, Suite 400, 3050 K Street, NW, Washington, DC 20007 commencing at 9:30

Dockets.Justia.com

a.m. on <u>Wednesday</u>, December 12, 2007.

      The oral examination shall be before a notary public or other person authorized by law to administer oaths, for purposes of discovery or use as evidence in this case, or both.  The deposition shall be recorded by stenographic means and audio-and-visual tape.  The deposition will continue from day to day until completed.

      Respectfully submitted,

      _____/s/ Joseph D. Wilson_____
      Joseph D. Wilson (VSB # 43693)
      Steven J. Moore, Esq. *(pro hac vice)*
      James E. Nealon, Esq. *(pro hac vice)*
      KELLEY DRYE & WARREN LLP
      Washington Harbor, Suite 400
      3050 K Street, NW
      Washington, DC 20007
      Telephone: (202) 342-8400
      Facsimile: (202) 342-8451
      E-mail: jwilson@kelleydrye.com

      *Counsel for Plaintiff Triantafyllos Tafas*

<u>*Of Counsel:*</u>

William R. Golden Jr., Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone:  (212) 808-7992
Facsimile:  (212) 808-7897
E-mail:  wgolden@kelleydrye.com

-- and --

David Frulla, Esq.
Shaun Gehan, Esq. (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
Email:  dfrulla@kelleydrye.com
      sgehan@kelleydrye.com

Dated:  November 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email:  elocke@kirkland.com

Craig Crandell Reilly
Richard McGettingan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA  22314
Email:  craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email:  dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp.
d/b/a GlaxoSmithKline, SmithKline Beecham PLC,
and Glaxo Group Limited, d/b/a GlaxoSmithKline*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual
Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street NW
Suite 800
Washington, DC  20005
Email:  dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The
Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue NW
Washington, DC  20004
Email:  james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical
Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA  22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology
Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Putative Amicus Elan
Pharmaceuticals, Inc.*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22134
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*

_____/s/ Joseph D. Wilson_____

Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*