```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100004400
Cashier ID: rbroaden
Transaction Date: 10/30/2007
Payer Name: JERRY SELINGER
------------------------------------
PRO HAC VICE
 For: JERRY SELINGER
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Remitter: MORGAN LEWIS BOCKIUS
 Check/Money Order Num: 1201
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE

107CV846
JERRY SELINGER
```