Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

**Morgan Lewis**
COUNSELORS AT LAW

RECEIVED
2007 OCT 30 P 2: 10
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Thomas J. O'Brien
202.739.5186
to'brien@morganlewis.com

October 30, 2007

VIA MESSENGER

Fernando Galindo, Clerk
US District Court for Eastern
  District of Virginia, Alexandria Division
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *Triantafyllos Tafas v. Jon W. Dudas, et al.*, Case No. 1:07 cv 846 (Consolidated with case
      No. 1:07 cv 1008, *Smithkline Beecham Corporation v. Jon W. Dudas, et al.*

Dear Mr. Galindo:

I represent proposed *Amicus Curiae* American Intellectual Property Law Association. Enclosed for filing in the above-referenced case, please find an original and one copy of an Application to Qualify as a Foreign Attorney Under Local Civil Rule 83.1(d) and Local Criminal Rule 57.4 for Jerry R. Selinger. A check for $50 (application fee) is also enclosed.

Please file stamp the copy of the application and return it to me in the enclosed, self-addressed stamped envelope.

Should you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Sincerely,

*Thomas J. O'Brien* (signature)

Thomas J. O'Brien
Attorney for *Amicus Curiae*
American Intellectual Property Law Association

Enclosures

1-WA/2849724.1