IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NOV - 2 2007

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:07cv846 CA No. 1:07cv1088 Case Name SmithKline Beecham Corp. v. Dudas
Party Represented by Applicant: Elan Pharmaceuticals, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Vincent James Napoleon
Bar Identification Number 010911987    State New Jersey
Firm Name Pillsbury Winthrop Shaw Pittman
Firm Phone # 202-663-8000    Direct Dial # 202-663-8239    FAX #
E-Mail Address vincent.napoleon@pillsburylaw.com
Office Mailing Address 2300 N Street, NW, Washington, DC 20037

Name(s) of federal court(s) in which I have been admitted US District Court for the District of New Jersey, US Court of Federal Claims, US Court of Appeals for the Federal Circuit, US Supreme Court
I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not X a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    October 29, 2007
(Signature)                  (Date)
Scott J. Pivnick
(Typed or Printed Name)

Court Use Only:
Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
James C. Cacheris
United States District Judge
(Judge's Signature)    11/2/07
                       (Date)