**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

1650 Tysons Boulevard | 703.770.7900
McLean, VA 22102-4859 | Fax 703.770.7901
www.pillsburylaw.com

RECEIVED

2007 OCT 30 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

October 30, 2007

Lila C. Boland
Phone: 703.770.7768
lila.boland@pillsburylaw.com

<u>VIA HAND DELIVERY</u>

Attention: Clerk's Office
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *SmithKline Beecham Corp. v. Dudas*
In the U.S. District Court for the Eastern District of Virginia,
Alexandria Division
Civil Action No. 1:07cv1088

Dear Clerk:

Enclosed for filing in the above-referenced case, please find the *Pro Hac Vice* Application of Vincent J. Napoleon, as well as a check for the amount of $50.00 made payable to Clerk, U.S. District Court, to cover the cost of filing.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Best regards,

*Lila Boland*

Lila C. Boland
Legal Secretary

Enclosures

400661016v1