```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100004479
Cashier ID: rbroaden
Transaction Date: 10/30/2007
Payer Name: VINCENT NAPOLEON
------------------------------------
PRO HOC VICE
  For: VINCENT NAPOLEON
  Case/Party: D-VAL-1-08-CK-PROHAC-001
  Amount:      $50.00
------------------------------------
CHECK
  Remitter: VINCENT NAPOLEON
  Check/Money Order Num: 011410
  Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

PRO HAC VICE

107CV1008
VINCENT NAPOLEON
```