AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINA |

(Alexandria Division)

TRIANTAFYLLOS TAFAS,
   v.
JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STAES PATENT AND TRADEMARK OFFICE

SMITHKLINE BEECHAM,
   v.
JON DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE

## APPEARANCE

Case Number: 1:07cv846 (JCC/TRJ) and Consolidated Case 1:07cv1008 (JCC/TRJ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

              Triantafyllos Tafas

I certify that I am admitted to practice in this court.

11/1/2007
Date

[Signature]
Signature

Joanna Elizabeth Baden-Mayer    (VSB #67920)
Print Name                                            Bar Number

3050 K Street, N.W., Suite 400
Address

Washington, D.C.    20007
City                            State                                Zip Code

(202) 342-8548                            (202) 342-8451
Phone Number                                          Fax Number