UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

These consolidated cases arising under the Administrative Procedures Act ("APA"), 5 U.S.C. § 701 <u>et seq.</u>, and review under the APA being confined to the administrative record except in extraordinary circumstances not shown to be present here, it is hereby

**ORDERED** that the Court shall not issue a standard scheduling Order in this case; that discovery shall not be permitted; and that the Notices of Depositions served by Tafas, as well as any other discovery served to date, are quashed.

It is further **ORDERED** that the parties shall proceed directly to summary judgment

briefing pursuant to the following schedule:

1. Plaintiffs and Defendants shall file cross-motions for summary judgment on or before <u>Thursday, December 20, 2007</u>. The parties shall meet and confer to agree upon a page extension for the Court's approval.

2. Any and all *amicus curiae* who wish to file briefs in support of the parties' cross-motions for summary judgment shall file their briefs no later than <u>Thursday, December 20, 2007</u>. Each brief of *amicus curiae* shall not exceed twenty pages in length.

3. Plaintiffs and Defendants shall file briefs in opposition to the opposing parties' cross-motions for summary judgment, and in response to the briefs of *amicus curiae*, on or before <u>Thursday, January 24, 2008</u>. The parties shall meet and confer to agree upon a page extension for the Court's approval.

4. Plaintiffs and Defendants shall file any rebuttal briefs, by <u>Thursday, February 7, 2008</u>. If necessary, the parties shall meet and confer to agree upon a page extension for the Court's approval.

5. The Parties shall notice the hearing on their cross-motions for summary judgment for <u>Friday, February 15, 2007</u>.

6. No summary judgment briefs by the Parties or *amicus curiae* shall be filed other than those specifically authorized by this Order.

Dated: _____                                                       _____
                                                                                                         Hon. James C. Cacheris
                                                                                                          United States District Judge