# Defendants' Exhibit 2

## Wetzler, Lauren

**From:** Wetzler, Lauren
**Sent:** Friday, November 02, 2007 2:18 PM
**To:** 'jdesmarais@kirkland.com'; 'Nealon, James'
**Subject:** Summary Judgment Consent Orderv2.DOC

John and Jim,

Attached please find our proposed summary judgment briefing schedule. You will note that paragraphs 1 and 5 may need some alteration depending on whether you are filing together or separately. I will be traveling this weekend and not in great contact by e-mail, but hopefully we can finalize this on Monday or Tuesday. If you have any questions today, feel free to give me a call.

John, I wasn't sure what names GSK wanted on the briefing schedule, so I left this for you all to fill in.

Have a good weekend.

Lauren

Summary Judgment
Consent Order...

1

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, *et al.*,<br><br>    Defendants. | CIVIL ACTION: 1:07-CV-846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, *et al.*,<br><br>    Defendants. | CIVIL ACTION: 1:07-CV-1008 (JCC/TRJ) |

## CONSENT ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE

**WHEREAS**, counsel for Plaintiffs Triantafyllos Tafas ("Tafas") and Plaintiffs SmithKline Beecham Corp., d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Grouup Limited, d/b/a GlaxoSmithKline ("GSK"; collectively with Tafas, "Plaintiffs") and counsel for Defendants Jon W. Dudas and the United States Patent and Trademark Office ("Defendants"; "Plaintiffs" and "Defendants" are collectively referred to as the "Parties") have conferred and agreed upon a summary judgment briefing schedule to be entered as an

amendment to and/or in substitution for any and all briefing schedules previously entered into among any of the Parties; it is hereby

**ORDERED**:

1.    Plaintiffs shall file their brief(s) in support of their motions for summary judgment on or before <u>Tuesday, November 13, 2007</u>. The brief(s) referenced in this paragraph shall not exceed forty pages in length.

2.    Any and all *amicus curiae* who wish to file briefs in support of Plaintiffs' motions for summary judgment shall file their briefs by <u>Tuesday, November 20, 2007</u>. Each brief of *amicus curiae* shall not exceed twenty pages in length.

3.    Defendants shall file their brief in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motions for summary judgment on or before <u>Friday, December 21, 2007</u>. If they so choose, Defendants may respond to the *amicus curiae* briefs referenced in #2 above in the brief that comprises their cross-motion for summary judgment and opposition to Plaintiffs' motions for summary judgment. The Parties shall consult on the appropriate page length of the brief referenced in this paragraph at a later date and shall attempt to agree upon a page extension for the Court's approval.

4.    Any and all *amicus curiae* who wish to file briefs in support of Defendants' cross-motion for summary judgment shall file their briefs by <u>Thursday, January 4, 2008</u>. Each brief of *amicus curiae* shall not exceed twenty pages in length.

5.    Plaintiffs shall file their brief(s) in opposition to Defendants' cross-motion for summary judgment and in rebuttal in support of Plaintiffs' motion for summary judgment by <u>Monday, January 14, 2008</u>. If they so choose, Plaintiffs may respond to the *amicus curiae* briefs referenced in #4 above in the brief(s) that comprise their opposition to Defendants' cross-motion

2

for summary judgment and rebuttal in support of Plaintiffs' motion for summary judgment. The Parties shall consult on the appropriate page length of the brief(s) referenced in this paragraph at a later date and, if necessary, shall attempt to agree upon page extensions for the Court's approval.

6. Defendants shall file their rebuttal brief in support of their cross-motion for summary judgment on or before <u>Friday, February 1, 2007</u>. The Parties shall consult on the appropriate page length of the brief referenced in this paragraph at a later date and, if necessary, shall attempt to agree upon page extensions for the Court's approval.

7. The Parties shall notice the hearing on their cross-motions for summary judgment for <u>Friday, February 8, 2007.</u>

8. Because this matter arises under the Administrative Procedures Act, 5 U.S.C. §§ 701-706, there shall be no discovery, and the case may be resolved on the cross-motions for summary judgment referenced herein.

9. No briefs by the Parties or by *amicus curiae* shall be filed other than those specifically authorized in this Order.

10. Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motions for summary-judgment shall constitute Defendants' Answer in these consolidated cases, and no further Answer shall be required.

Dated: _____

                                                Hon. James C. Cacheris
United States District Judge

WE AGREE TO THIS:

CHUCK ROSENBERG
UNITED STATES ATTORNEY

| | |
|---|---|
| Lauren A. Wetzler<br>Assistant United States Attorney<br>Justin W. Williams United States<br>Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Telephone: (703) 299-3752<br>Facsimile: (703) 299-3983<br>lauren.wetzler@usdoj.gov | Joseph D. Wilson (VSB # 43693)<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 342-8400<br>Facsimile: (202) 342-8451<br>E-mail: jwilson@kelleydrye.com |
| *Counsel for Defendants Jon Dudas and The United States Patent and Trademark Office* | *Counsel for Plaintiff Triantafyllos Tafas* |

[GSK ADD]

4