# EXHIBIT C

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, : | |
| Plaintiff, : | |
| v. : | 1:07cv846 (JCC/TRJ) |
| JON W. DUDAS, et al., : | |
| Defendants. : | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, et al., : | |
| Plaintiffs, : | |
| v. : | 1:07cv1008 (JCC/TRJ) |
| JON W. DUDAS, et al., : | |
| Defendants. : | |

ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE

**ORDERED** that the parties shall abide by the following schedule for summary judgment briefing:

1. The Defendants shall answer the Complaint of SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, *et al.* on or before <u>Friday, November 30, 2007</u>.

2. The Parties shall file motions for summary judgment and briefs in support thereof on or before <u>Friday, December 7, 2007</u>. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

3. Any and all *amicus curiae* who wish to file briefs in support of any of the Parties' motions for summary judgment shall file their motions for leave to file an *amicus* brief and their *amicus* briefs by <u>Friday, December 14, 2007</u>. Each *amicus curiae* brief shall not exceed twenty pages in length.

4. The Parties shall file their briefs in opposition to the motions for summary judgment on or before <u>Friday, January 11, 2008</u>. If they so choose, the Parties may respond to the *amicus curiae* briefs referenced in #3 above in their opposition briefs. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

5. The Parties shall file their rebuttal briefs in support of their motions for summary judgment on or before <u>Friday, January 18, 2008</u>. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

6. The Parties shall notice the hearing on their motions for summary judgment for <u>Wednesday, January 30, 2008</u>.

Dated: _____                    _____
                                            Hon. James C. Cacheris
                                            United States District Court Judge