# EXHIBIT F

Exhibit F

Chart Comparing Parties' Proposed Schedules for Summary Judgment Briefing

|  | PTO Initial 11/2 Proposal | GSK 11/5 Proposal | PTO 11/8 Proposal | GSK 11/9 Proposal |
|---|---|---|---|---|
| **Parties Move on a Simultaneous or Staggered Briefing Schedule** | Staggered | Simultaneous | Simultaneous | Simultaneous |
| ***Amici* Who Support Plaintiffs and *Amici* Who Support Defendants File at Same Time** | No | Yes | Yes | Yes |
| **Answer Complaint** | No | Yes | Yes | Yes |
| **Restricts Additional Summ. J. Briefs** | Yes | Yes | Yes | No |
| **Addresses "Discovery"** | Yes, bars discovery | Yes, but does not bar | Yes, bars discovery | No |
| **Opening Summ. J. Brief** <br><br> **Page Limit** | 11/13 (no opening brief for PTO) <br><br> 40 | 1/25 <br><br> TBD | 12/20 <br><br> TBD | 1/25 <br><br> TBD |
| **Briefs of *Amici* in Support of Summ. J.** <br><br> **Page Limit** | 11/20 (only for those who support Plaintiffs)[1] <br><br> 20 | 2/1 <br><br> 20 | 12/20 <br><br> 20 | N/A <br><br> N/A |

---

[1] Under the PTO's original schedule, those amici supportive of defendants position were obligated to file briefs on January 4, 2008.

|  | **PTO Initial 11/2 Proposal** | **GSK 11/5 Proposal** | **PTO 11/8 Proposal** | **GSK 11/9 Proposal** |
|---|---|---|---|---|
| **Opposition Summ. J. Brief** | 12/21 (the PTO would file an opposition and "cross-motion") | 3/3 | 1/24 | 3/3 |
| **Page Limit** | 60 | TBD | TBD | TBD |
| **Rebuttal Summ. J. Brief** | 1/14 | 3/21 | 2/7 | 3/21 |
| **Page Limit** | TBD | TBD | TBD | TBD |
| **Defs. Rebuttal Summ. J. Brief** | 2/1 | N/A | N/A | N/A |
| **Page Limit** | TBD |  |  |  |
| **Hearing Date** | 2/4 | 4/11 | 2/15 | 4/4 |