# EXHIBIT G

| | | |
|---|---|---|
| **Christopher Mizzo/Washington DC/Kirkland-Ellis** | To | "Wetzler, Lauren" <Lauren.Wetzler@usdoj.gov> |
| 11/07/2007 03:09 PM | cc | "Price, Andrew \(USAVAE\)" <Andrew.Price@usdoj.gov>, "Nealon, James" <JNealon@KelleyDrye.com>, John Desmarais/New York/Kirkland-Ellis@K&E |
| | bcc | Daniel Trainor/Washington DC/Kirkland-Ellis@K&E, Jeffrey Clark/Washington DC/Kirkland-Ellis@K&E |
| | Subject | Re: 4 p.m. call |

Lauren,

I have received your email. Thank you for letting us know that you are still consulting with the PTO.

We look forward to speaking with you soon and reaching a mutually agreeable schedule.

Best regards,
Chris

F. Christopher Mizzo | Kirkland & Ellis LLP
655 Fifteenth Street, N.W. | Washington, DC 20005
Tel: 202-879-5147 | Direct Fax: 202-654-9447

"Wetzler, Lauren" <Lauren.Wetzler@usdoj.gov>



| | | |
|---|---|---|
| **"Wetzler, Lauren" <Lauren.Wetzler@usdoj.gov>** | To | <cmizzo@kirkland.com>, "Nealon, James" <JNealon@KelleyDrye.com> |
| 11/07/2007 02:58 PM | cc | "Price, Andrew \(USAVAE\)" <Andrew.Price@usdoj.gov> |
| | Subject | 4 p.m. call |

Chris and Jim,

I don't think it will be productive to have a call at 4 p.m. today. We are still in consultation with PTO and therefore, do not have anything to add to yesterday's conversation at this time.

I will be back in touch if/when we think it might be productive to talk again. Please confirm receipt of this e-mail.

Thanks,

Lauren

Lauren A. Wetzler

Assistant United States Attorney

Justin W. Williams United States Attorney's Building

2100 Jamieson Ave.

Alexandria, VA 22314

Tel: (703) 299-3752

Fax: (703) 299-3983

lauren.wetzler@usdoj.gov