# EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON W. DUDAS, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION: 1:07-CV-846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JON W. DUDAS, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION: 1:07-CV-1008 (JCC/TRJ) |

## CONSENT ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE

**WHEREAS**, counsel for Plaintiffs Triantafyllos Tafas ("Tafas") and Plaintiffs SmithKline Beecham Corp., d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline ("GSK"; collectively with Tafas, "Plaintiffs") and counsel for Defendants Jon W. Dudas and the United States Patent and Trademark Office ("Defendants"; "Plaintiffs" and "Defendants" are collectively referred to as the "Parties") have conferred and agreed upon a summary judgment briefing schedule to be entered as an

amendment to and/or in substitution for any and all briefing schedules previously entered into among any of the Parties; it is hereby

**ORDERED**:

    1.    Defendants shall answer the Plaintiffs' amended complaints in the normal course as required by Fed. R. Civ. P. 12(a).

    2.    The Parties shall conduct discovery, including conduct motion practice if the Parties reach an impasse as to the discovery sought, during the months of November and December 2007, and January 2008.

    3.    The Parties shall file their briefs in support of their motions for summary judgment on or before <u>Friday, January 25, 2008</u>. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

    4.    Any and all *amicus curiae* who wish to file briefs in support of any of the Parties' motions for summary judgment shall file their motions for leave to file an *amicus* brief and their *amicus* briefs by <u>Friday, February 1, 2008</u>. Each *amicus curiae* brief shall not exceed twenty pages in length.

    5.    The Parties shall file their briefs in opposition to the motions for summary judgment on or before <u>Monday, March 3, 2008</u>. If they so choose, the Parties may respond to the *amicus curiae* briefs referenced in #4 above in their opposition briefs. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

    6.    The Parties shall file their rebuttal briefs in support of their motions for summary judgment on or before <u>Friday, March 21, 2008</u>. The Parties shall meet and confer to agree upon a page extension for the Court's approval.

7. The Parties shall notice the hearing on their motions for summary judgment for Friday, April 11, 2008.

Dated: _____

_____
Hon. James C. Cacheris
United States District Judge

WE AGREE TO THIS:

CHUCK ROSENBERG
UNITED STATES ATTORNEY

_____
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States
Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
lauren.wetzler@usdoj.gov

*Counsel for Defendants Jon Dudas and The
United States Patent and Trademark Office*

_____
Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

_____
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY
& WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Tel: (703) 549-5353
Email: craig.reilly@rmrwlaw.com
Fax: (703) 683-2941

*Counsel for Plaintiffs SmithKline Beecham
Corporation d/b/a GlaxoSmithKline,
SmithKline Beecham plc, and Glaxo Group
Limited d/b/a GlaxoSmithKline*