# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RECEIVED

2007 NOV -8  P 4: 35

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS, *et al.*, <br><br> Defendants. | CIVIL ACTION: 1:07-CV-846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JON W. DUDAS, *et al.*, <br><br> Defendants. | CIVIL ACTION: 1:07-CV-1008 (JCC/TRJ) |

**CONSENT ORDER VACATING PRIOR BRIEFING SCHEDULES**

In view of this Court's Order of October 31, 2007, and by agreement of the Parties, it is hereby

ORDERED, that the Parties' Amended Joint Stipulation and Consent Order Regarding Briefing

Schedule (Dkt. No. 28), as amended, is vacated.

Dated: _____

_____
Hon. James C. Cacheris
United States District Judge

WE AGREE TO THIS:

CHUCK ROSENBERG
UNITED STATES ATTORNEY

*/s/ Lauren A. Wetzler*
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams United States
Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Facsimile: (703) 299-3983
lauren.wetzler@usdoj.gov

*Counsel for Defendants Jon Dudas and The United States Patent and Trademark Office*

*/s/ Joseph D. Wilson*
Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

*/s/ Craig C. Reilly*
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY
& WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Tel:   (703) 549-5353
Email: craig.reilly@rmrwlaw.com
Fax:   (703) 683-2941

*Counsel for Plaintiffs SmithKline Beecham Corporation d/b/a GlaxoSmithKline, SmithKline Beecham plc, and Glaxo Group Limited d/b/a GlaxoSmithKline*

2