# EXHIBIT 5
# Part 1 of 5

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv846 |
| ) | |
| JON W. DUDAS, in his official capacity as ) | |
| Under Secretary of Commerce and ) | |
| Director of the United States Patent and ) | |
| Trademark Office ) | |
| and ) | |
| ) | |
| The UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE of the filing of the certified administrative record for the final rules published by the United States Patent and Trademark Office at 72 Fed. Reg. 46716 (Aug. 21, 2007). In view of the size of the administrative record, Defendants requested and received permission from the Clerk's Office to file the record in paper form. Appended hereto are the Certification of the Administrative Record by the United States Patent and Trademark Office and the Index of Administrative Record.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _/s/ Lauren A. Wetzler_
LAUREN A. WETZLER
Assistant United States Attorney

Attorney for All Defendants
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel
  and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I caused the foregoing, with attachments, and the administrative record in paper form and on CD-ROM, to be hand-delivered to:

> Joseph D. Wilson, Esq.
> KELLY DRYE & WARREN LLP
> 3050 K Street, NW, Suite 400
> Washington, DC 20007-5108
> jwilson@kelleydrye.com

/s/ Lauren A. Wetzler
Lauren A. Wetzler
Assistant United States Attorney
Attorney for All Defendants
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity<br>as Undersecretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark<br>Office,<br>et al.,<br>    Defendants. | )<br>)<br>)<br>) CIVIL ACTION: 1:07-CV-00846-JCC-TRJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD
## BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

### Declaration of Jennifer M. McDowell

I, Jennifer M. McDowell, hereby declare:

1.  I am employed by the United States Patent and Trademark Office ("USPTO"). During the period from January 3, 2006 through August 21, 2007, I was an attorney in the USPTO's Office of General Counsel, Office of General Law.

2.  As an attorney in the Office of General Law, I was responsible for the administrative clearance of Agency rule makings.

3.  In connection with these duties, I have knowledge of the record-keeping practices of the USPTO relating to rulemakings.

4.  The above-referenced action is a challenge to USPTO final rules, "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications." 72 Fed. Reg. 46716 (Aug. 21, 2007).

5.  The documents listed in the accompanying Index of Administrative Record and filed with the Court are, to the best of my knowledge, a true, correct and complete copy of the administrative record in this matter.

6.  Privileged documents reflecting internal agency deliberations, attorney-client communications, and attorney work product have been excluded from the administrative record. See e.g., Nat'l Courier Ass'n v. Bd. Of Governors of Fed. Reserve Sys., 516 F.2d 1229, 1241-43 (D.C. Cir. 1975); Amfac Resorts, L.L.C. v. U.S. Dep't of the Interior, 143 F. Supp. 2d 7, 13 (D.D.C. 2001). Where only a portion of a document is privileged, the privileged information has been redacted. Any unpublished patent applications or patent application identifiers that were utilized or considered during the rule making process have been excluded or redacted pursuant to 35 U.S.C. § 122. Additionally, information protected by the Privacy Act of 1974, as amended, 5 U.S.C. § 552, has been redacted from the record.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2007

JENNIFER M. MCDOWELL

# INDEX OF ADMINISTRATIVE RECORD

## Tafas v. Dudas, et al.
## Civil Action No. 1:07-cv-00846-JCC-TRJ

| I. | NOTICE OF PROPOSED RULEMAKING | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 01/03/06 | 71 Fed. Reg. 61 – Changes to Practice for the Examination of Claims in Patent Applications | A00001-A00009 |
| 01/03/06 | 71 Fed. Reg. 48 – Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims | A00010-A00023 |
| 01/24/06 | 1302 O.G. 1329 - Changes to Practice for the Examination of Claims in Patent Applications | A00024-A00030 |
| 01/24/06 | 1302 O.G. 1318 - Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims | A00031-A00042 |

| II. | USPTO PRESENTATIONS | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 02/01/06 | USPTO Request For Public Input: Strategic Planning (Chicago Town Hall Meeting) | A00043-A00127 |
| 02/28/06 | The State Of Patent Examination – Background For Rule Proposals Presentation to Open House, University of California at Berkeley (Town Hall Meeting) | A00128-A00190 |
| 03/22/06 | Presentation by Peggy Focarino, Deputy Commissioner for Patent Operations (Houston Town Hall Meeting) | A00191-A00252 |
| 04/25/06 | Town Hall Meeting on Patent Claims and Continuation Practice (Alexandria, VA) | A00253-A00273 |
| 01/22/07 | Present & Future Perspectives of the USPTO – Corporate Patent Update 2007 – January 22, 2007 by John Love, Deputy Commissioner for Patent Examination Policy | A00274-A00286 |

| 01/24/07 | Present & Future Perspectives of the USPTO – Cleveland Intellectual Property Law Association by John Love, Deputy Commissioner for Patent Examination Policy | A00287-A00299 |
| --- | --- | --- |
| 01/26/07 | Recent & Planned Changes to Patent Practice – AIPLA Mid-Winter Institute Relations with the USPTO Committee by John Doll, Commissioner for Patents | A00300-A00316 |
| 02/16/07 | Present & Future Perspectives of the USPTO – Utah IP Summit by John Love, Deputy Commissioner for Patent Examination Policy | A00317-A00333 |
| 03/09/07 | Present & Future Perspectives of the USPTO – Dayton Intellectual Property Law Association by John Doll, Commissioner for Patents | A00334-A00355 |
| 03/15/07 | Present & Future Perspectives of the USPTO – Government Intellectual Property Law Association by John Doll, Commissioner for Patents | A00356-A00377 |
| 04/02/07 | The State Bar of California Intellectual Property Section Visit to the USPTO – An Open Dialogue with Patents | A00378-A00379 |
| 05/00/07 | Present & Future Perspectives of the USPTO – 23rd Annual Joint Patent Practice Seminar May 2007 by John Love, Deputy Commissioner for Patent Examination Policy | A00380-A00401 |
| 05/03/07 | Changes To Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications – NIH Briefing by John Doll, Commissioner for Patents | A00402-A00408 |
| 05/29/07 | Present & Future Perspectives of the USPTO – Northern Virginia Patent Lawyers Club by John Love, Deputy Commissioner for Patent Examination Policy | A00409-A00428 |
| 06/04/07 | Patent Reform by John Doll, Commissioner for Patents | A00429-A00438 |
| 06/04/07 | Present & Future Perspectives of the USPTO – San Diego Intellectual Property Law Association by John Love, Deputy Commissioner for Patent Examination Policy | A00439-A00462 |
| 06/12/07 | Patent Statistics and Strategic Initiatives – Association of Corporate Counsels by John Doll, commissioner for Patents | A00463-A00476 |
| 07/17/07 | Developments at the U.S. Patent & Trademark Office – George Mason University School of Law, Hot Topics in Patent Law by John Doll, Commissioner for Patents | A00477-A00493 |
| 07/17/07 | Present & Future Perspectives of the USPTO – National Association of Patent Practitioners by John Love, Deputy Commissioner for Patent Examination Policy | A00494-A00517 |

| Undated | "The Patent Office Speaks" – The District of Columbia Bar – Intellectual Property Section by John Doll and John Love | A00518-A00539 |
|---|---|---|
| Undated | Hot Topics in Patents at the USPTO – ABA- Intellectual Property Law Section – 22nd Annual Intellectual Property Law Conference by John Doll, Commissioner for Patents | A00540-A00557 |
| Undated | Patents and the USPTO Strategic Plan by John Doll, Commissioner for Patents | A00558-A00590 |

### III. PUBLIC COMMENTS FOR 71 FED. REG. 61 (CLAIMS)

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 01/04/06 | Comments from Jeffrey Sainio | A00591 |
| 01/04/06 | Comments from Alun Palmer | A00592 |
| 01/04/06 | Comments from Judge Cornish | A00593-A00595 |
| 01/05/06 | Comments from Barry Dove | A00596-A00597 |
| 01/05/06 | Comments from Ray Grogan | A00598 |
| 01/06/06 | Comments from Mark Harrington | A00599-A00600 |
| 01/06/06 | Comments from Janal Kalis | A00601-A00602 |
| 01/06/06 | Comments from Edward Steen | A00603 |
| 01/18/06 | Comments from Dan Steinberg | A00604 |
| 01/22/06 | Comments from David Lewis | A00605-A00606 |
| 01/23/06 | Comments from Robert A. Vanderhye | A00607-A00614 |
| 01/24/06 | Comments from Frank Foster | A00615 |
| 01/26/06 | Comments from Immanuel Freedman | A00616-A00621 |
| 01/26/06 | Comments from Lawrence Pope | A00622 |
| 01/28/06 | Comments from Gerald Stanton | A00623 |
| 02/14/06 | Comments from Sam Rimell | A00624 |
| 02/15/06 | Comments from David Maire | A00625 |
| 03/05/06 | Comments from Earle Jennings | A00626-A00627 |
| 03/10/06 | Comments from Alan McDonald | A00628-A00631 |
| 04/27/06 | Comments from the Pabst Patent Group LLP | A00632-A00637 |
| 04/27/06 | Comments from Miller Patent Services | A00638-A00642 |
| 03/13/06 | Comments from Jordany Nunez | A00643 |
| 03/14/06 | Comments from Daniel Polley | A00644-A00645 |
| 03/17/06 | Comments from Judith Lippincott | A00646 |
| 03/20/06 | Comments from Brian Schar | A00647-A00650 |
| 03/28/06 | Comments from Harold Wegner | A00651-A00656 |
| 03/30/06 | Comments from Bruce Lilling | A00657-A00658 |
| 03/31/06 | Comments from Mikio Ishimaru | A00659-A00660 |
| 03/31/06 | Comments from Jim Retter | A00661-A00662 |
| 04/04/06 | Comments from David Pacholok | A00663 |
| 04/20/06 | Comments from Isaac Angres | A00664 |