# EXHIBIT 5
# Part 2 of 5

Dockets.Justia.com

| 04/21/06 | Comments from Adam Cochran | A00665-A00668 |
|---|---|---|
| 04/24/06 | Comments from the American Intellectual Property Law Association (AIPLA) | A00669-A00683 |
| 04/24/06 | Comments from Ralph Jocke | A00684-A00688 |
| 04/26/06 | Comments from Michael Haynes | A00689-A00700 |
| 04/24/06 | Comments from the Office of Advocacy of the U.S. Small Business Administration (SBA) | A00701-A00707 |
| 04/27/06 | Comments from Anne Barschall | A00708-A00709 |
| 04/27/06 | Comments from Paul Alpert | A00710-A00711 |
| 04/27/06 | Comments from Scott Cochran | A00712-A00713 |
| 04/27/06 | Comments from James Fischer | A00714-A00715 |
| 04/27/06 | Comments from Allen Gurrola | A00716-A00717 |
| 04/27/06 | Comments from Maher Kawar | A00718-A00719 |
| 04/27/06 | Comments from Keith Mullin | A00720-A00721 |
| 04/27/06 | Comments from Frank Parise | A00722 |
| 04/27/06 | Comments from Charles Wong | A00723-A00724 |
| 04/27/06 | Comments from Bob Stayton | A00725 |
| 04/27/06 | Comments from the Pennsylvania Intellectual Property Forum | A00726-A00732 |
| 04/28/06 | Comments from Altera Corporation | A00733-A00738 |
| 04/28/06 | Comments from Microsoft Corporation | A00739-A00743 |
| 04/28/06 | Comments from the Wisconsin Alumni Research Foundation (WARF) | A00744-A00762 |
| 04/28/06 | Comments from Michael Davidson | A00763-A00764 |
| 04/28/06 | Comments from Grant Green | A00765-A00767 |
| 04/28/06 | Comments from Edward Lynch | A00768-A00770 |
| 04/28/06 | Comments from James Yang | A00771-A00773 |
| 04/28/06 | Comments from Rudy Moreno | A00774-A00775 |
| 04/28/06 | Comments from Reginald Niles | A00776 |
| 04/28/06 | Comments from Alan Regala | A00777-A00782 |
| 04/30/06 | Comments from Gary Williams | A00783 |
| 04/30/06 | Comments from Margaret Plumly | A00784 |
| 04/30/06 | Comments from David Lamar | A00785 |
| 04/30/06 | Comments from Dan Dettlaff | A00786-A00789 |
| 05/01/06 | Comments from the Intellectual Property Law Section of the North Carolina Bar Association | A00790-A00794 |
| 05/01/06 | Comments from Intellectual Property Law Section of the Ohio State Bar Association | A00795-A00797 |
| 05/01/06 | Comments from the Japan Intellectual Property Association (JIPA) | A00798-A00801 |
| 05/01/06 | Comments from Greenblum & Bernstein, P.L.C. | A00802-A00806 |
| 05/01/06 | Comments from Andrew Anderson | A00807-A00812 |
| 05/01/06 | Comments from Rodney Hodgson | A00813-A00814 |
| 05/01/06 | Comments from Steven Hoffberg | A00815-A00830 |
| 05/01/06 | Comments from John Melius | A00831-A00832 |

| Date | Description | Bates Range |
|---|---|---|
| 04/27/06 | Comments from Steven Moore | A00833-A00840 |
| 05/02/06 | Comments from The Bar Association of the District of Columbia | A00841-A00848 |
| 05/02/06 | Comments from the Chemical and Biotech Practice of the Minnesota Intellectual Property Law Association (MIPLA) | A00849-A00871 |
| 05/02/06 | Comments from the Intellectual Property Law Revisions Committee of the Minnesota Intellectual Property Law Association (MIPLA) | A00872-A00894 |
| 05/02/06 | Comments from the Patent Prosecution Committee of the Minnesota Intellectual Property Law Association (MIPLA) | A00895-A00917 |
| 05/02/06 | Comments from the Council on Government Relations (COGR) | A00918-A00921 |
| 05/02/06 | Comments from Eastman Kodak Company | A00922-A00936 |
| 05/02/06 | Comments from Eli Lilly and Company | A00937-A00954 |
| 05/02/06 | Comments from GlaxoSmithKline (GSK) | A00955-A00961 |
| 05/02/06 | Comments from Human Genome Sciences, Inc. (HGS) | A00962-A00974 |
| 05/02/06 | Comments from the Pharmaceutical Research and Manufacturers of America (PhRMA) | A00975-A00992 |
| 05/02/06 | Comments from SanDisk Corporation | A00993-A01005 |
| 05/02/06 | Comments from Lerner, David, Littenberg, Krumholz & Mentlik, LLP | A01006-A01010 |
| 05/02/06 | Comments from Dale Cook (joined by Fred Kasenburg, Charles Claunch, David Romney, Jonathan Olson, Leif Stordal, Glenn Foster, Corrie Vaa, R. Alan Burnett, Margaret Anderson) | A01011-A01044 |
| 05/02/06 | Comments from Frederick Gibb III | A01045-A01050 |
| 05/02/06 | Comments from Scott Harris | A01051-A01054 |
| 05/02/06 | Comments from Jeffrey Ingerman | A01055-A01056 |
| 05/02/06 | Comments from Robert Lord | A01057-A01061 |
| 05/02/06 | Comments from Barry Farris | A01062 |
| 05/02/06 | Comments from Charles Northrup | A01063 |
| 05/02/06 | Comments from Bryan Ruffner | A01064-A01065 |
| 05/02/06 | Comments from Jahanara Ali | A01066 |
| 05/02/06 | Comments from McManus & Associates | A01067-A01069 |
| 05/02/06 | Comments from Roger Desenberg | A01070-A01117 |
| 05/02/06 | Comments from Daniel Kolker | A01118-A01119 |
| 05/02/06 | Comments from Sheldon Richter | A01120 |
| 05/02/06 | Comments from John McGlew | A01121-A01123 |
| 05/02/06 | Comments from Justin Petruzzelli | A01124-A01132 |
| 05/02/06 | Comments from Deborah Raizen | A01133-A01139 |
| 05/02/06 | Comments from Joel Rarang | A01140-A01146 |
| 05/02/06 | Comments from David Ng | A01147-A01148 |

| | | |
|---|---|---|
| 05/02/06 | Comments from Linda Pollock | A01149-A01150 |
| 05/03/06 | Comments from Jerry Mahurin, Curtis Castleman, Jeffery Thurnau, Paul Dunlap | A01151-A01154 |
| 05/03/06 | Comments from D. Benjamin Borson, Paul Kovelman, Robert Kovelman, William Benman, George Grunebach, R. Dabney Eastham, Thomas Ward | A01155-A01164 |
| 05/03/06 | Comments from the American Bar Association Section of Intellectual Property Law (ABA-IPL) | A01165-A01172 |
| 05/03/06 | Comments from the Boston Patent Law Association (BPLA) | A01173-A01177 |
| 05/03/06 | Comments from the Intellectual Property Owners Association (IPO) | A01178-A01184 |
| 05/03/06 | Comments from the Inventors Alliance | A01185-A01209 |
| 05/03/06 | Comments from the National Association of Patent Practitioners (NAPP) | A01210-A01230 |
| 05/03/06 | Comments from the New York Intellectual Property Law Association (NYIPLA) | A01231-A01240 |
| 05/03/06 | Comments from the Oregon Patent Law Association (OPLA) | A01241-A01251 |
| 05/03/06 | Comments from the Philadelphia Intellectual Property Law Association (PIPLA) | A01252-A01254 |
| 05/03/06 | Comments from the Professional Inventors Alliance (PIA) | A01255-A01264 |
| 05/03/06 | Comments from the San Diego Intellectual Property Law Alliance (SDIPLA) | A01265-A01268 |
| 05/03/06 | Comments from the Washington State Patent Law Association (WSPLA) | A01269-A01274 |
| 05/03/06 | Comments from the Antitrust Division of the United States Department of Justice | A01275-A01285 |
| 05/03/06 | Comments from the Patent Public Advisory Committee of the United States Patent and Trademark Office (PPAC) | A01286-A01308 |
| 05/03/06 | Comments from 3M Innovative Properties Company | A01309-A01319 |
| 05/03/06 | Comments from Amgen | A01320-A01327 |
| 05/03/06 | Comments from Amylin Pharmaceuticals, Inc. | A01328-A01332 |
| 05/03/06 | Comments from Anatomic Research, Inc. | A01333-A01356 |
| 05/03/06 | Comments from Apple Computer, Inc. | A01357-A01358 |
| 05/03/06 | Comments from BASF Aktiengesellschaft (BASF AG) | A01359 |
| 05/03/06 | Comments from Biogen Idec Inc. | A01360-A01369 |
| 05/03/06 | Comments from Brigham and Women's Hospital (BWH) | A01370-A01372 |
| 05/03/06 | Comments from Caterpillar Inc. | A01373-A01374 |
| 05/03/06 | Comments from E.I. Du Pont De Nemours and Company | A01375-A01386 |
| 05/03/06 | Comments from IBM Corporation | A01387-A01393 |
| 05/03/06 | Comments from Intellectual Ventures, LLC (IV) | A01394-A01406 |

| | | |
|---|---|---|
| 05/03/06 | Comments from InterDigital Communications Corporation | A01407-A01417 |
| 05/03/06 | Comments from Massachusetts General Hospital (MGH) | A01418-A01420 |
| 05/03/06 | Comments from Maxygen, Inc. | A01421-A01442 |
| 05/03/06 | Comments from Medarex, Inc. | A01443-A01458 |
| 05/03/06 | Comments from the National Venture Capital Association (NVCA) | A01459-A01464 |
| 05/03/06 | Comments from Novartis Vaccines and Diagnostics, Inc. | A01465-A01468 |
| 05/03/06 | Comments from Pfizer, Inc. | A01469-A01474 |
| 05/03/06 | Comments from Telik, Inc. | A01475-A01477 |
| 05/03/06 | Comments from Texas Instruments Incorporated (TI) | A01478-A01495 |
| 05/03/06 | Comments from Walker Digital Management, LLC | A01496-A01500 |
| 05/03/06 | Comments from Wyeth | A01501-A01510 |
| 05/03/06 | Comments from ZymoGenetics, Inc. | A01511-A01516 |
| 05/03/06 | Comments from the Office of Technology Transfer at the University of California | A01517-A01521 |
| 05/03/06 | Comments from Bachman & LaPointe, P.C. | A01522-A01536 |
| 05/03/06 | Comments from Cantor Colburn LLP | A01537-A01543 |
| 05/03/06 | Comments from Ladas & Parry LLP | A01543.1-A01543.18 |
| 05/03/03 | Comments from Tillman Wright, PLLC | A01544-A01552 |
| 05/03/06 | Comments from "Patent Attorney" at e-mail address uspatentno1@yahoo.com | A01553-A01557 |
| 05/03/06 | Comments from Kerry Broome | A01558-A01560 |
| 05/04/06 | Comments from Terry Callaghan | A01561-A01571 |
| 05/03/06 | Comments from Dean Alderucci | A01572-A01594 |
| 05/03/06 | Comments from Robert Bahrampour | A01595-A01609 |
| 05/03/06 | Comments from Mark Carter | A01610-A01614 |
| 05/03/06 | Comments from Glenn Foster | A01615-A01632 |
| 05/03/06 | Comments from Derek Freyberg | A01633-A01635 |
| 05/03/06 | Comments from Nicholas Godici | A01636-A01642 |
| 05/03/06 | Comments from Paul Haughey | A01643 |
| 05/03/06 | Comments from Lee Hollaar | A01644-A01649 |
| 05/03/06 | Comments from Michael Kirschner | A01650-A01654 |
| 05/03/06 | Comments from Robert Miller | A01655-A01668 |
| 05/03/06 | Comments from Tom Moran | A01669-A01670 |
| 05/03/06 | Comments from James Mullen | A01671-A01675 |
| 05/03/06 | Comments from Kevin Noonan and Paul Reinfelds | A01676-A01684 |
| 05/03/06 | Comments from Elizabeth Nugent, Heather Callahan | A01685 |
| 05/03/06 | Comments from David Orange | A01686 |
| 05/03/06 | Comments from Steven Parmelee | A01687-A01691 |
| 05/03/06 | Comments from Daniel Tanner III | A01692-A01708 |
| 05/03/06 | Comments from Jason Taylor | A01709-A01721 |
| 05/03/06 | Comments from Kurt VanVoorhies | A01722-A01727 |
| 05/03/06 | Comments from Steve Wigmore | A01728-A01730 |
| 05/03/06 | Comments from Mark Wolfe | A01731 |

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 05/03/06 | Comments from Kevin Wolff | A01732-A01740 |
| 05/03/06 | Comments from Lee Wright | A01741-A01743 |
| 05/03/06 | Comments from Byron Hale | A01744-A01746 |
| 05/03/06 | Comments from James Stavoe | A01747 |
| 05/03/06 | Comments from Michael Strathman | A01748-A01749 |
| 05/03/06 | Comments from Richard Breneman | A01750 |
| 05/03/06 | Comments from Lisa Brothers | A01751 |
| 05/03/06 | Comments from Rose Marie Copeland-Carr | A01752-A01754 |
| 05/03/06 | Comments from Mary Jo West | A01755-A01756 |
| 05/03/06 | Comments from "Anonymous" in Sunnyvale, CA | A01757-A01759 |
| 05/03/06 | Comments from Kent Chambers | A01760 |
| 05/03/06 | Comments from Glenn Foster | A01761 |
| 05/03/06 | Comments from Mark Greenstein | A01762-A01766 |
| 05/03/06 | Comments from Daniel Wasil | A01767 |
| 05/04/06 | Comments from Cameron Weiffenbach | A01768-A01770 |

## IV. PUBLIC COMMENTS FOR 71 FED. REG. 48 (CONTINUING APPLICATIONS, REQUESTS FOR CONTINUED EXAMINATION PRACTICE, AND APPLICATIONS CONTAINING PATENTABLY INDISTINCT CLAIMS)

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 01/03/06 | Comments from David Rozenblat | A01771 |
| 01/04/06 | Comments from Alun Palmer | A01772 |
| 01/04/06 | Comments from Valerie Looper | A01773 |
| 01/04/06 | Comments from Mark Harrington | A01774-A01775 |
| 01/04/06 | Comments from Daniel Bestor | A01776 |
| 01/04/06 | Comments from Scott Brient | A01777-A01780 |
| 01/05/06 | Comments from Ray Grogan | A01781 |
| 01/05/06 | Comments from Barry Dove | A01782-A01783 |
| 01/06/06 | Comments from Milton Honig | A01784-A01785 |
| 01/06/06 | Comments from Charles Gaines | A01786 |
| 01/09/06 | Comments from John Janning | A01787-A01788 |
| 01/09/06 | Comments from Edwin Schindler | A01789-A01792 |
| 01/10/06 | Comments from John Simmons | A01793 |
| 01/11/06 | Comments from William Herrick | A01794 |
| 01/18/06 | Comments from Dan Steinberg | A01795-A01797 |
| 01/22/06 | Comments from David Lewis | A01798-A01799 |
| 01/24/06 | Comments from Frank Foster | A01800-A01801 |
| 01/26/06 | Comments from Simon Kahn | A01802 |
| 02/01/06 | Comments from Erik Ericksen | A01803 |
| 02/03/06 | Comments from David Orange | A01804 |
| 02/07/07 | Comments from Chad Huston | A01805 |
| 02/07/07 | Comments from Elaine Rajesh | A01806 |

| | | |
|---|---|---|
| 02/12/07 | Comments from Brian Washburn | A01807 |
| 02/14/07 | Comments from Daniel Polley | A01808-A01809 |
| 02/15/06 | Comments from Blaise Mouttet | A01810 |
| 02/22/07 | Comments from Lee Heiman | A01811-A01812 |
| 02/26/06 | Comments from William Eilberg | A01813-A01815 |
| 02/28/06 | Comments from Nick Bromer | A01816 |
| 03/01/06 | Comments from Tom Brody | A01817 |
| 03/02/06 | Comments from Sheldon Richter | A01818 |
| 03/02/07 | Comments from Thomas Virgil | A01819 |
| 03/02/06 | Comments from Dana LeMoine | A01820-A01821 |
| 03/02/06 | Comments from Kacvinsky LLC | A01822-A01825 |
| 03/02/06 | Comments from Caven & Aghevli LLC | A01826-A01828 |
| 03/03/06 | Comments from James Licata | A01829 |
| 03/07/06 | Comments from Harold Brown | A01830-A01831 |
| 03/08/06 | Comments from Jeffrey Hoekstra | A01832 |
| 03/08/06 | Comments from Steven Cahill | A01833-A01834 |
| 03/09/06 | Comments from Robert Fish | A01835 |
| 03/09/06 | Comments from Michael Brown | A01836-A01839 |
| 03/10/06 | Comments from James Retter | A01840-A01841 |
| 03/10/06 | Comments from Christopher L. Parmelee | A01842-A01843 |
| 03/10/06 | Comments from Alan McDonald | A01844-A01847 |
| 03/13/06 | Comments from Karl Bozicevic | A01848 |
| 03/14/06 | Comments from Harold Wegner | A01849-A01869 |
| 03/16/06 | Comments from Sam Korte | A01870-A01871 |
| 03/16/06 | Comments from Grossman, Tucker, Perreault & Pleger, PLLC | A01872-A01875 |
| 03/16/06 | Comments from Sal Mancuso | A01876 |
| 03/17/06 | Comments from Mario Theriault | A01877 |
| 03/17/06 | Comments from Judith Lippincott | A01878 |
| 03/20/06 | Comments from Brian Schar | A01879-A01882 |
| 03/21/06 | Comments from Lawrence Maxham | A01883 |
| 03/21/06 | Comments from James Mason | A01884 |
| 03/21/06 | Comments from Steven Goldstein | A01885-A01886 |
| 03/22/06 | Comments from Will Hickman | A01887 |
| 03/23/06 | Comments from Andrei Popovici | A01888-A01889 |
| 03/25/06 | Comments from Allen Wood | A01890-A01891 |
| 03/30/06 | Comments from Bruce Lilling | A01892 |
| 03/30/06 | Comments from Anne Barschall | A01893-A01894 |
| 03/31/06 | Comments from Mikio Ishimaru | A01895-A01896 |
| 03/31/06 | Comments from Herbert Goodman | A01897-A01898 |
| 04/04/06 | Comments from David Pacholok | A01899 |
| 04/06/06 | Comments from George Leavell | A01900-A01905 |
| 04/07/06 | Comments from Quine Intellectual Property Law Group, P.C. | A01906-A01912 |
| 04/08/06 | Comments from Christopher Garvey | A01913-A01914 |