# EXHIBIT 5
# Part 3 of 5

| | | |
|---|---|---|
| 04/11/06 | Comments from Richard Lazarus | A01915-A01917 |
| 04/11/06 | Comments from Brian Carlson | A01918 |
| 04/11/06 | Comments from Jeffrey Konicek | A01919 |
| 04/12/06 | Comments from Edwin Taylor and Daniel De Vos | A01920-A01930 |
| 04/14/06 | Comments from Tim Pryor | A01931-A01933 |
| 04/18/06 | Comments from Ted Apple | A01934-A01956 |
| 04/18/06 | Comments from Robert Barton | A01957 |
| 04/20/06 | Comments from Isaac Angres | A01958 |
| 04/20/06 | Comments from Jordany Nunez | A01959- A01960 |
| 04/21/06 | Comments from Adam Cochran | A01961-A01962 |
| 04/21/06 | Comments from Harrison Dillon | A01963 |
| 04/22/06 | Comments from Cecil Quillen | A01964-A02038 |
| 04/24/06 | Comments from the American Intellectual Property Law Association (AIPLA) | A02039-A02058 |
| 04/24/06 | Comments from Brian Hickman | A02059-A02066 |
| 04/24/06 | Comments from Ralph Jocke | A02067-A02070 |
| 04/26/06 | Comments from George Blasiak | A02071-A02072 |
| 04/26/06 | Comments from Michael Haynes | A02073-A02090 |
| 04/27/06 | Comments from the Office of Advocacy of the U.S. Small Business Administration (SBA) | A02091-A02097 |
| 04/27/06 | Comments from the Pabst Patent Group LLP | A02098-A02103 |
| 04/27/06 | Comments from Scott Harris | A02104-A02109 |
| 04/27/06 | Comments from Miller Patent Services | A02110-A02113 |
| 04/27/06 | Comments from Paul Alpert, Scott Cochran, Kelvin Gonzalez, Allen Gurrola, Byron Hale, Daniel Holman, Rudy Moreno, Keith Mullin, David Ng, Reginald Niles, Frank Parise, Frank Plaisted, Linda Pollock, Alan Regala, Richard Sachen, James Stavoe, Michael Strathman | [A00710-A00713 A00716-A00717 A00720-A00722 A00774-A00782 A01147-A01150 A01744-A01749][1] |
| 04/27/06 | Comments from Maher Kawar | A02114-A02115 |
| 04/27/06 | Comments from Rich Rein | A02116-A02117 |
| 04/27/06 | Comments from Bob Stayton | A02118 |
| 04/27/07 | Comments from Mark Pickering | A02119-A02120 |
| 04/27/06 | Comments from Steven Moore | A02121-A02125 |
| 04/28/06 | Comments from the Pennsylvania Intellectual Property Forum | A02126-A02132 |
| 04/28/06 | Comments from Altera Corporation | A02133-A02138 |
| 04/28/06 | Comments from Microsoft Corporation | A02139-A02143 |
| 04/28/06 | Comments from the Wisconsin Alumni Research Foundation (WARF) | [A00744-A00762] |

---

[1] Bates numbers that are bracketed indicate public comments that have already been included in the administrative record under Part III. They are referenced in this Part to reflect that these comments addressed not only the proposed rules on Claims (Part III), but also the proposed rules on Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims (Part IV).

| 04/28/06 | Comments from ZymoGenetics, Inc. | A02144-A02155 |
|---|---|---|
| 04/28/06 | Comments from Reed Intellectual Property Law Group | A02156 |
| 04/28/06 | Comments from Steven Colby | A02157-A02159 |
| 04/28/06 | Comments from Michael Davidson | [A00763-A00764] |
| 04/28/06 | Comments from Grant Green | [A00765-A00767] |
| 04/28/06 | Comments from Edward Lynch | [A00768-A00770] |
| 04/28/06 | Comments from Philip Myers | A02160 |
| 04/28/06 | Comments from Richard Rezek | A02161-A02165 |
| 04/28/06 | Comments from James Yang | A02166-A02167 |
| 04/29/06 | Comments from Sangamo BioSciences, Inc. | A02168-A02177 |
| 04/29/06 | Comments from Brian Dutton | A02178-A02179 |
| 04/30/06 | Comments from Calvin Ashburg | A02180 |
| 04/30/06 | Comments from Dan Dettlaff | A02181 |
| 04/30/06 | Comments from Lawrence Ebert | A02182-A02187 |
| 04/30/06 | Comments from Margaret Plumly | [A00784] |
| 05/01/06 | Comments from the California Healthcare Institute (CHI) | A02188-A02193 |
| 05/01/06 | Comments from the Intellectual Property Law Section of the North Carolina Bar Association | A02194-A02202 |
| 05/01/06 | Comments from the Japan Intellectual Property Association (JIPA) | A02203-A02207 |
| 05/01/06 | Comments from the San Diego Intellectual Property Law Alliance (SDIPLA) | A02208-A02219 |
| 05/01/06 | Comments from Genentech, Inc. | A02220-A02232 |
| 05/01/06 | Comments from Intuitive Surgical Inc. | A02233-A02241 |
| 05/01/06 | Comments from Micron Technology, Inc. | A02242-A02251 |
| 05/01/06 | Comments from Oracle Corporation | A02252-A02254 |
| 05/01/06 | Comments from Procter & Gamble Company (P&G) | A02255-A02268 |
| 05/01/06 | Comments from Greenblum & Bernstein, P.L.C. | A02269-A02276 |
| 05/01/06 | Comments from Andrew Anderson | A02277-A02282 |
| 05/01/06 | Comments from Douglas Crisman and Gary Williams | A02283-A02288 |
| 05/01/06 | Comments from Rodney Hodgson | [A00813-A00814] |
| 05/01/06 | Comments from Michael O'Connell | A02289-A02291 |
| 05/01/06 | Comments from Thomas Robbins | A02292-A02300 |
| 05/01/06 | Comments from Leonard Svensson | A02301-A02308 |
| 05/01/06 | Comments from Charles Wieland III | A02309-A02310 |
| 05/01/06 | Comments from Gary Williams | A02311-A02328 |
| 05/01/06 | Comments from Jim Block | A02329 |
| 05/01/06 | Comments from John Melius | [A00831-A00832] |
| 05/02/06 | Comments from The Bar Association of the District of Columbia | A02330-A02336 |
| 05/02/06 | Comments from the Biotechnology Industry Organization (BIO) | A02337-A02355 |
| 05/02/06 | Comments from the Chemical and Biotech Practice of the Minnesota Intellectual Property Law Association (MIPLA) | [A00849-A00871] |

| 05/02/06 | Comments from the Intellectual Property Law Revisions Committee of the Minnesota Intellectual Property Law Association (MIPLA) | [A00872-A00894] |
|---|---|---|
| 05/02/06 | Comments from the Patent Prosecution Committee of the Minnesota Intellectual Property Law Association (MIPLA) | [A00895-A00917] |
| 05/02/06 | Comments from Biogen Idec Inc. | [A01360-A01369] |
| 05/02/06 | Comments from Ceres, Inc. | A02356-A02359 |
| 05/02/06 | Comments from Clarcor, Inc. | A02360-A02361 |
| 05/02/06 | Comments from the Council on Government Relations (COGR) | [A00918-A00921] |
| 05/02/06 | Comments from Eastman Kodak Company | [A00922-A00936] |
| 05/02/06 | Comments from eBay Inc. | A02362-A02364 |
| 05/02/06 | Comments from Eli Lilly and Company | [A00937-A00954] |
| 05/02/06 | Comments from GlaxoSmithKline (GSK) | A02365-A02377 |
| 05/02/06 | Comments from Human Genome Sciences, Inc. (HGS) | A02378-A02414 |
| 05/02/06 | Comments from Isis Pharmaceuticals, Inc. | A02415-A02426 |
| 05/02/06 | Comments from Neurocrine Biosciences, Inc. | A02427-A02430 |
| 05/02/06 | Comments from the Pharmaceutical Research and Manufacturers of America (PhRMA) | [A00975-A00992] |
| 05/02/06 | Comments from Bozicevic, Field & Francis LLP | A02431-A02443 |
| 05/02/06 | Comments from Greenlee, Winner and Sullivan, P.C. | A02444-A02446 |
| 05/02/06 | Comments from Lerner, David, Littenberg, Krumholz & Mentlik, LLP | A02447-A02453 |
| 05/02/06 | Comments from Sterne, Kessler, Goldstein & Fox P.L.L.C. | A02454-A02464 |
| 05/02/06 | Comments from Thomas Adams, Mark Saralino, Gordon Kinder, M. David Galin, Cynthia Murphy | A02465-A02469 |
| 05/02/06 | Comments form Rich Additon | A02470-A02474 |
| 05/02/06 | Comments from Dale Cook (joined by Fred Kasenburg, Charles Claunch, David Romney, Jonathan Olson, Leif Stordal, Glenn Foster, Corrie Vaa, R. Alan Burnett, Margaret Anderson) | [A01011-A01044] |
| 05/02/06 | Comments from Patrick Doody | A02475-A02486 |
| 05/02/06 | Comments from Brian Duncan | A02487-A02489 |
| 05/02/06 | Comments from Frederick Gibb III | A02490-A02494 |
| 05/02/06 | Comments from Raymond Green | A02495-A02499 |
| 05/02/06 | Comments from William Hall | A02500-A02501 |
| 05/02/06 | Comments from Paul Haughey | A02502-A02503 |
| 05/02/06 | Comments from Jeffrey Ingerman | A02504-A02505 |
| 05/02/06 | Comments from Francis Kirkpatrick | A02506-A02509 |
| 05/02/06 | Comments from Robert Lord | A02510-A02519 |
| 05/02/06 | Comments from Marcella Louke | A02520-A02521 |
| 05/02/06 | Comments from John McGlew | A02522-A2524 |
| 05/02/06 | Comments from Harold Milton | A02525-A02560 |

| 05/02/06 | Comments from Joel Rarang | [A01140-A01146] |
|---|---|---|
| 05/02/06 | Comments from Ron Rohde | A02561-A02562 |
| 05/02/06 | Comments from Paul Tomita | A02563 |
| 05/02/06 | Comments from L. Mark Ye | A02564-A02567 |
| 05/02/06 | Comments from Barry Farris | A02568 |
| 05/02/06 | Comments from Charles Northrup | A02569 |
| 05/02/06 | Comments from Jahanara Ali | [A01066] |
| 05/02/06 | Comments from McManus & Associates | A02570-A02571 |
| 05/02/06 | Comments from Roger Desenberg | [A01070-A01117] |
| 05/03/06 | Comments from the American Bar Association Section of Intellectual Property Law (ABA-IPL) | [A01165-A01172] |
| 05/03/06 | Comments from the Boston Patent Law Association (BPLA) | A02572-A02584 |
| 05/03/06 | Comments from the Houston Intellectual Property Law Association (HIPLA) | A02585-A02589 |
| 05/03/06 | Comments from the Inventors Alliance | [A01185-A01209] |
| 05/03/06 | Comments from the Intellectual Property Owners Association (IPO) | A02590-A02596 |
| 05/03/06 | Comments from the Los Angeles Intellectual Property Law Association | A02597-A02610 |
| 05/03/06 | Comments from the National Association of Patent Practitioners (NAPP) | A02611-A02653 |
| 05/03/06 | Comments from the New York Intellectual Property Law Association (NYIPLA) | [A01231-A01240] |
| 05/03/06 | Comments from the Northern Virginia Patent Lawyers Club (NVPLC) | A02654-A02658 |
| 05/03/06 | Comments from the Oregon Patent Law Association (OPLA) | [A01241-A01251] |
| 05/03/06 | Comments from the Philadelphia Intellectual Property Law Association (PIPLA) | A02659-A02660 |
| 05/03/06 | Comments from Washington State Patent Law Association | A02661-A02662 |
| 05/03/06 | Comments from the Professional Inventors Alliance (PIA) | [A01255-A01264] |
| 05/03/06 | Comments from the Washington State Patent Law Association (WSPLA) | [A01269-A01274] |
| 05/03/06 | Comments from the Antitrust Division of the United States Department of Justice | [A01275-A01285] |
| 05/03/06 | Comments from the Office of Technology Transfer, National Institutes of Health (NIH) | A02663-A02667 |
| 05/03/06 | Comments from the Patent Public Advisory Committee of the United States Patent and Trademark Office (PPAC) | [A01286-A01308] |
| 05/03/06 | Comments from the United States Federal Trade Commission | A02668-A02677 |

| | | |
|---|---|---|
| 05/03/06 | Comments from 3M Innovative Properties Company | A02678-A02689 |
| 05/03/06 | Comments from Affymetrix, Inc. | A02690-A02694 |
| 05/03/06 | Comments from Amgen | [A01320-A01327] |
| 05/03/06 | Comments from Amylin Pharmaceuticals, Inc. | A02695-A02701 |
| 05/03/06 | Comments from Anatomic Research, Inc. | [A01333-A01356] |
| 05/03/06 | Comments from Apple Computer, Inc. | [A01357-A01358] |
| 05/03/06 | Comments from Bally Technologies | A02702-A02707 |
| 05/03/06 | Comments from BASF Aktiengesellschaft (BASF AG) | [A01359] |
| 05/03/06 | Comments from Burnham Institute for Medical Research | A02708-A02714 |
| 05/03/06 | Comments from Caterpillar Inc. | [A01373-A01374] |
| 05/03/06 | Comments from CCIA | A02715-A02717 |
| 05/03/06 | Comments from Cisco Systems, Inc. | A02718-A02721 |
| 05/03/06 | Comments from E.I. Du Pont De Nemours and Company | A02722-A02732 |
| 05/03/06 | Comments from Honda R&D Americas, Inc. | A02733-A02742 |
| 05/03/06 | Comments from IBM Corporation | A02743-A02748 |
| 05/03/06 | Comments from Intel Corporation | A02749-A02762 |
| 05/03/06 | Comments from Intellectual Ventures, LLC (IV) | [A01394-A01406] |
| 05/03/06 | Comments from InterDigital Communications Corporation | A02763-A02778 |
| 05/03/06 | Comments from the General Counsel for the MacLean-Fogg Company | A02779-A02780 |
| 05/03/06 | Comments from the Intellectual Property Counsel for the MacLean-Fogg Company | A02781-A02784 |
| 05/03/06 | Comments from Massachusetts General Hospital (MGH) | A02785-A02787 |
| 05/03/06 | Comments from Maxygen, Inc. | [A01421-A01442] |
| 05/03/06 | Comments from Medarex, Inc. | [A01443-A01458] |
| 05/03/06 | Comments from the Medical Device Manufacturers Association (MDMA) | A02788-A02792 |
| 05/03/06 | Comments from Mendel Biotechnology, Inc. | A02793-A02801 |
| 05/03/06 | Comments from the National Venture Capital Association (NVCA) | [A01459-A01464] |
| 05/03/06 | Comments from Novartis Vaccines and Diagnostics, Inc. | A02802-A02809 |
| 05/03/06 | Comments from Novo Nordisk, Inc. | A02810-A02823 |
| 05/03/06 | Comments from Pfizer, Inc. | [A01469-A01474] |
| 05/03/06 | Comments from Telik, Inc. | [A01475-A01477] |
| 05/03/06 | Comments from Texas Instruments Incorporated (TI) | [A01478-A01495] |
| 05/03/06 | Comments from Walker Digital Management, LLC | A02824-A02833 |
| 05/03/06 | Comments from Wyeth | A02834-A02848 |
| 05/03/06 | Comments from Xencor, Inc. | A02849-A02855 |
| 05/03/06 | Comments from the University of California, Los Angeles Office of Intellectual Property Administration | A02856 |
| 05/03/06 | Comments from the Office of Technology Transfer at the University of California | [A01517-A01521] |
| 05/03/06 | Comments from the University of Texas System | A02857-A02862 |
| 05/03/06 | Comments from Bachman & LaPointe, P.C. | [A01522-A01536] |

| 05/03/06 | Comments from Cantor Colburn LLP | A02863-A02866 |
|---|---|---|
| 05/03/06 | Comments from Ladas & Parry LLP | A02867-A02884 |
| 05/03/06 | Comments from Pearne & Gordon LLP | A02885-A02900 |
| 05/03/06 | Comments from Thomas, Kayden, Horstemeyer & Risley, LLP | A02901-A02923 |
| 05/03/06 | Comments from Tillman Wright, PLLC | [A01544-A01552] |
| 05/03/06 | Comments from Guy Cumberbatch | A02924-A02925 |
| 05/03/06 | Comments from Townsend and Townsend and Crew LLP | A02926-A02929 |
| 05/03/06 | Comments from Wood, Herron & Evans, LLP | A02930-A02935 |
| 05/03/06 | Comments from "Patent Attorney" at e-mail address uspatentno1@yahoo.com | [A01553-A01557] |
| 05/03/06 | Comments from Dick Apley | A02936-A02937 |
| 05/03/06 | Comments from D. Benjamin Borson, Paul Kovelman, Robert Kovelman, William Benman, George Grunebach, R. Dabney Eastham, Thomas Ward | A02938-A02949 |
| 05/03/06 | Comments from Kerry Broome | A02950-A02954 |
| 05/03/06 | Comments from Katrina Leonardi | A02955-A02956 |
| 05/03/06 | Comments from Terry Callahan | A02957-A02965 |
| 05/03/06 | Comments from Dean Alderucci, Robert Bahrampour | [A01572- A01609] |
| 05/03/06 | Comments from Mark Carter | [A01610-A01614] |
| 05/03/06 | Comments from Kent Chambers | A02966-A02967 |
| 05/03/06 | Comments from Clyde Christofferson, Marshall Curtis | A02968-A02971 |
| 05/03/06 | Comments from the Business Software Alliance (BSA) | A02972-A02976 |
| 05/03/06 | Comments from Lawrence Ebert | A02977-A02979 |
| 05/03/06 | Comments from Paul Fenster | A02980-A02983 |
| 05/03/06 | Comments from John Fitzpatrick | A02984-A02992 |
| 05/03/06 | Comments from Glenn Foster | [A01615-A01632] |
| 05/03/06 | Comments from Derek Freyberg | [A01633-A01635] |
| 05/03/06 | Comments from Nicholas Godici | [A01636-A01642] |
| 05/03/06 | Comments from Thomas Kelley | A02993-A02995 |
| 05/03/06 | Comments from Michael Kirschner | [A01650-A01654] |
| 05/03/06 | Comments from David Metzger | A02996-A03000 |
| 05/03/06 | Comments from Steven Lundberg, Ann McCrackin | A03001-A03003 |
| 05/03/06 | Comments from Jerry Mahurin, Curtis Castleman, Jeffery Thurnau, Paul Dunlap | A03004-A03007 |
| 05/03/06 | Comments from Robert Miller | [A01655-A01668] |
| 05/03/06 | Comments from Joseph Milstein | A03008-A03010 |
| 05/03/06 | Comments from Timothy Ball, Grace Bonner, Forchisha Davis, Dennis Hoerner, Lawrence Lavin, Chunping Li, Matthew Madsen, Margarita Unson (Practitioners from Monsanto Company) | A03011-A03034 |
| 05/03/06 | Comments from Tom Moran | [A01669-A01670] |

15

| 05/03/06 | Comments from James Mullen III, Gladys Monroy, Barry Bretschneider, Gregory Einhorn, Kate Murashige, Catherine Polizzi, Steven Durant, Norman Klivans, Jr., Robert Scheid, Daniel Yannuzzi | A03035-A03039 |
|---|---|---|
| 05/03/06 | Comments from Elizabeth Nugent, Heather Callahan | A03040-A03041 |
| 05/03/06 | Comments from Devan Padmanabhan | A03042-A03047 |
| 05/03/06 | Comments from Stephen Pang | A03048-A03057 |
| 05/03/06 | Comments from Steven Parmelee | [A01687-A01691] |
| 05/03/06 | Comments from Robert Resis | A03058-A03075 |
| 05/03/06 | Comments from Mark Sandbaken | A03076-A03083 |
| 05/03/06 | Comments from Suzannah Sundby | A03084-A03091 |
| 05/03/06 | Comments from Michael Wach | A03092-A03093 |
| 05/03/06 | Comments from Seth Watkins | A03094-A03097 |
| 05/03/06 | Comments from Steven Wigmore | A03098-A03102 |
| 05/03/06 | Comments from Mark Wolfe | [A01731] |
| 05/03/06 | Comments from Kevin Wolff | [A01732-A01740] |
| 05/03/06 | Comments from Lee Wright | A03103-A03105 |
| 05/03/06 | Comments from Richard Breneman | [A01750] |
| 05/03/06 | Comments from Lisa Brothers | [A01751] |
| 05/03/06 | Comments from Rose Marie Copeland-Carr | A03106-A03108 |
| 05/03/06 | Comments from Glenn Strawder | A03109-A03111 |
| 05/03/06 | Comments from Edwin Suominen | A03112-A03113 |
| 05/03/06 | Comments from Mary Jo West | A03114 |
| 05/03/06 | Comments from "Anonymous" in Sunnyvale, CA | A03115-A03118 |
| 05/03/06 | Comments from "Anonymous" | A03119-A03123 |
| 05/03/06 | Comments from J. Bonnamy | A03124 |
| 05/03/06 | Comments from G. Foster | A03125 |
| 05/03/06 | Comments from Mark Greenstein | [A01762-A01766] |
| 05/03/06 | Comments from James Kulbaski | A03126-A03127 |
| 05/03/06 | Comments from V. Bryan Lawlis | A03128-A03129 |
| 05/03/06 | Comments from Van Mahamedi | A03130-A03132 |
| 05/03/06 | Comments from Jeff Stewart | A03133-A03137 |
| 05/03/06 | Comments from Jason Taylor | [A01709-A01721] |
| 05/03/06 | Comments from Daniel Wasil | A03138-A03141 |
| 05/04/06 | Comments from Margo Wach | A03142 |
| 05/04/06 | Comments from Fallbrook Technologies Inc. | A03143-A03152 |
| 05/04/06 | Comments from Cameron Weiffenbach | A03153-A03155 |
| 05/06/06 | Comments from Samson Helfgott | A03156-A03164 |
| Undated | Comments from Francis Hand | A03165 |
| Undated | Comments from Steven Hoffberg | A03166-A03190 |
| Undated | Comments from Clifford Kraft | A03191-A03192 |
| Undated | Comments from Justin Petruzzelli | [A01124-A01132] |
| Undated | Comments from Robert Usher | A03193-A03195 |
| Undated | Comments from Robert Vanderhye | A03196-A03199 |
| Undated | Comments from Kurt VanVoorhies | [A01722-A01727] |