# EXHIBIT 5
# Part 4 of 5

Dockets.Justia.com

| V. | DATA | |
|---|---|---|
| DATE | DESCRIPTION | BATES NO. |
| 00/00/03 | AIPLA Report of the Economic Survey 2003 | A03200-A03201 |
| 10/00/03 | To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy, A Report by the Federal Trade Commission, October 2003 | A03202-A03516 |
| 06/00/04 | Appeal Conference Effects – Examiner Actions in Response to Appeal Brief | A03517-A03524 |
| 00/00/05 | Refile Report – Compiled via ExPo for all types of filings | A03525-A03530 |
| 02/09/05 | Re-Work Stats | A03531-A03537 |
| 02/10/05 | FAOM Rework by TC Group for FY 2000-2005 | A03538-A03544 |
| 03/02/05 | Claims breakdown by Tech Center for FY 2000-2005 | A03545-A03553 |
| 03/10/05 | Claims and percentages data for FY 2004 | A03554-A03620 |
| 04/07/05 | Patents Issuing (Utility and Plant Only) for FY 1981-2005 | A03621 |
| 04/25/05 | CPA-RCE-CON Multiple Entries: Small Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications for FY 2002-2005 | A03622-A03623 |
| 04/25/05 | Terminal Disclaimers by Entity | A03624-A03625 |
| 04/26/05 | Refiles by Tech Centers for FY 2002-2005 | A03626-A03638 |
| 04/26/05 | Corrected Refiles by Tech Centers for FY 2002-2005 | A03639-A03651 |
| 05/23/05 | Claims in Application at Filing (Serialized Filings Only) for FY 2001-2005 | A03652-A03653 |
| 05/26/05 | Loss of Revenue Exercise for Patents | A03654 |
| 06/01/05 | Claim Fee Analysis | A03655-A03657 |
| 06/01/05 | Updated Claim Fee Analysis | A03658-A03660 |
| 06/01/05 | Claim Fee Analysis – Claims Ranges Summary for FY 2002-2005, Total Claims Ranges by TC Group | A03661-A03678 |
| 06/03/05 | Data for meeting regarding claims for examination and time/counts | A03679-A03683 |
| 06/08/05 | Appeal brief survey data – IFW cases placed in 124 status by the BPAI in FY 2004 and 2005 | A03684-A03736 |
| 06/08/05 | Appeal brief survey data | A03737-A03763 |
| 06/16/05 | Goals Proposal for Mid-Year FY 2006 | A03764-A03766 |
| 06/27/05 | Claim Fee Analysis for FY 2002-2005 | A03767-A03769 |
| 06/29/05 | Independent Claims Filed by Large Entities, Small Entities and All Entities | A03770-A03771 |
| 06/29/05 | Updated Refiles by Tech Centers for FY 2002-2005 | A03772-A03784 |
| 06/29/05 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications for FY 2002-2005 | A03785-A03788 |

| | | |
|---|---|---|
| 07/08/05 | Independent Claim Analysis | A03789-A03795 |
| 07/14/05 | Briefs – Notice of Appeals by Entity FY 2003-2005 | A03796-A03797 |
| 07/19/05 | Independent Claims Breakdown | A03798-A03804 |
| 07/19/05 | Total Claims Breakdown | A03805-A03821 |
| 07/26/05 | Independent Claims Breakdown by Entity | A03822-A03824 |
| 08/00/05 | U.S. Patent and Trademark Office: Transforming To Meet the Challenges of the 21st Century, A Report by a Panel of the National Academy of Public Administration for the U.S. Congress and the U.S. Patent and Trademark Office | A03825-A04112 |
| 09/00/05 | AIPLA Report of the Economic Survey 2005 Prepared Under Direction of the American Intellectual Property Law Association Law Practice Management Committee | A04113-A04329 |
| 09/22/05 | Data Update regarding Petitions to Make Special | A04330-A04332 |
| 10/13/05 | Independent Claims Breakdown by Entity - Independent Claims in Cases Received 1/1/2005+ | A04333-A04338 |
| 10/13/05 | Refiles by TC – Entity FY 2002-2005 | A04339-A04351 |
| 10/14/05 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications for FY 2002-2005 | A04352-A04355 |
| 10/14/05 | UPR New Hire Examiner Attritions for FY 2000-2005 | A04356 |
| 10/17/05 | Petitions To Make Special (PTMS) – All Data Update | A04357-A04359 |
| 10/18/05 | Priority Claims & First Actions with Analysis for FY 2002-2005 | A04360-A04368 |
| 10/18/05 | Average Claims for Applications Filed, Allowed and Issued During a Fiscal Year and by Fiscal Year of Filing | A04369-A04371 |
| 10/19/05 | Office Action Analysis by Tech Center for FY 2002-2005 | A04372-A04382 |
| 10/19/05 | Appeal Information and Disclaimers by Entity for FY 2004-2005 | A04383-A04384 |
| 10/20/05 | First Action Ratios for FY 2001-2005 | A04385-A04386 |
| 10/23/05 | Continuations/RCEs – 2nd and subsequent for FY 2002-2005 | A04387-A04398 |
| 10/27/05 | Independent Claims Breakdown by Entity | A04399-A04402 |
| 11/30/05 | CPA-RCE-CON Multiple Entries: RCE-R129-CPA Filing Counts in Applications and Continuations Filed in Applications | A04403-A04404 |
| 03/07/06 | 2005 Filings, RCEs, Continuations | A04405-A04407 |
| 03/21/06 | Percent First Action Allowances | A04408-A04411 |
| 03/31/06 | Data regarding second plus continuations | A04412-A04416 |
| 04/04/06 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications | A04417-A04420 |

| | | |
|---|---|---|
| 04/04/06 | USPTO FOIA 06-159 | A04421-A04432 |
| 05/26/06 | E-mail from C. Kirik to R. Fawcett regarding FOIA 06-176 and attaching 2007 President's Budget Report | A04433-A04507 |
| 06/02/05 | Group Patent Case Pendency – TC Group 3620 | A04508 |
| 06/05/06 | Performance and Accountability Report for Fiscal Year 2005 – Table 2: Patent Applications Filed | A04509 |
| 06/13/06 | Claims Analysis on Applications in Status 18-32 | A04510-A04511 |
| 06/14/06 | Updated Claims Analysis on Applications in Status 18-32 | A04512-A04513 |
| 06/22/06 | RCE-CON-DIV After Allowance | A04514-A04515 |
| 07/10/06 | Divisional Analysis – Number Claimed in Applications for FY 2001-2006 | A04516-A04519 |
| 07/13/06 | Final Rejections by Month – Analysis for FY 2005-2006 | A04520-A04521 |
| 07/18/06 | Final Rejections by Month – Analysis for FY 2005-2006 | A04522-A04523 |
| 07/19/06 | Continuing Applications Data for FY 1980-2006 | A04524-A04527 |
| 07/21/06 | Claims Analysis on Applications in Status 18-32 | A04528-A04529 |
| 07/24/06 | Statistics on Continuations for FY 2002-2005 | A04530-A04532 |
| 07/24/06 | Divisional Filings with/without Restrictions in Parent – All TCs for FY 2005-2006 | A04533-A04534 |
| 07/27/06 | Claims Analysis on Applications in Status 18-32 | A04535-A04536 |
| 07/27/06 | Claims Analysis for FY 2005 and 1st Half of FY 2006 | A04537-A04538 |
| 07/27/06 | Claims Analysis for FY 2005, Quarters 2, 3 & 4 of FY 2005 and 1st Half of FY 2006 | A04539-A04541 |
| 07/29/06 | Claims Analysis (Entity Based) for FY 2005, Quarters 2, 3 & 4 of FY 2005 and 1st Half of FY 2006 | A04542-A04545 |
| 08/03/06 | Relevant Data regarding USPTO filings | A04546-A04553 |
| 08/29/06 | Updated Claims Analysis (Entity Based) for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04554-A04557 |
| 08/31/06 | CPA-RCE-CON-CIP 2 Filings for FY 1995-2006 | A04558-A04559 |
| 08/31/06 | CPA-RCE-CON-CIP 2 Filings for FY 1995-2006 | A04560-A04561 |
| 08/31/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Refiles for FY 1995-2006 | A04562-A04564 |
| 09/01/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings for FY 1995-2006 | A04565-A04566 |
| 09/13/06 | Group Patent Case Pendency Slide | A04567-A04568 |
| 09/15/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04569-A04572 |
| 09/15/06 | RCE Count with Post RCE Result – Disposition of Cases Having 1+ RCES/CPSs for FY 1994-2006 | A04573-A04574 |
| 09/26/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04575-A04578 |
| 09/27/06 | Statistics on First Action Allowances, Board Outcomes and RCEs | A04579-A04580 |
| 09/28/06 | Independent Claims Filed in Cases for FY 2005-2006 and Total Claims Filed in Cases for FY 2005-2006 | A04581-A04585 |

| | | |
|---|---|---|
| 09/28/06 | Independent and Total Claims in Application at Filing for FY 1998-2006 | A04586-A04590 |
| 09/29/06 | Claim Counts for FY 2006 | A04591-A04672 |
| 09/30/06 | Biweekly Technology Center 2900 Time And Activity Report | A04673-A04674 |
| 10/12/06 | FY 2005 Statistics on Continuations | A04675 |
| 10/12/06 | Proposed Rule Changes to Focus the Patent Process in the 21st Century | A04676-A04681 |
| 10/12/06 | The State of the Patent System Background for Rule Proposals | A04682-A04686 |
| 10/12/06 | USPTO Request for Public Input: Strategic Panning | A04687-A04704 |
| 10/18/06 | OPQA RCE Review | A04705-A04718 |
| 10/23/06 | PCTs Filed in CY05 with Parent Entity Information | A04719-A04720 |
| 10/23/06 | Patent Examiner Hiring Models | A04721-A04731 |
| 10/25/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04732-A04733 |
| 10/26/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A04734-A04737 |
| 10/26/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A04738-A04742 |
| 12/13/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04743-A04744 |
| 12/13/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04745-A04747 |
| 12/13/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04748-A04752 |
| 01/08/07 | Distribution of claims in FY 2006 filings, newly serialized cases only, PALM Data 1/8/2007 | A04753 |
| 01/08/07 | Distribution of Independent Claims at Filing, PALM Data 1/8/2007 | A04754 |
| 01/08/07 | Distribution of Total Claims at Filing, PALM Data, 1/8/2007 | A04755 |
| 01/08/07 | Total Claims at Filing and Issue, FY06, PALM Data, 1/8/2007 | A04756 |
| 01/11/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04757-A04760 |
| 01/22/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04761-A04764 |
| 01/24/07 | RCE-CONs 4 Plus Filings | A04765-A04766 |
| 01/26/07 | Claim Categories with Continuity | A04767-A04783 |
| 01/29/07 | Terminal Disclaimers in FY 1999-2001 Filings | A04784-A04785 |
| 02/00/07 | 2008 President's Budget | A04786-A04984 |
| 02/07/07 | Issued Claims in Utility Patents Based on PALM Data for FY 2005-2007 | A04985-A04988 |

| | | |
|---|---|---|
| 02/07/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04989-A04992 |
| 02/07/07 | Issued Claims in Utility Patents (PALM Data, FY 2006 Issues) | A04993-A04995 |
| 02/12/07 | Filings by Tech Center & by Entity for FY 2001-2007 | A04996-A04999 |
| 02/13/07 | Issued Claims (by Entity) in Utility Patents Based on PALM Data for FY 2005-2007 | A05000-A05009 |
| 02/15/07 | Divisional Analysis – Number Claimed in Applications for FY 2001-2007 | A05010-A05013 |
| 02/15/07 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2007 | A05014-A05017 |
| 03/05/07 | Pre-Appeal Brief Conference Effects – second half of FY2006 | A05018 |
| 03/06/07 | UPR Filings and Refilings for FY 1980-2007 | A05019-A05020 |
| 03/07/07 | Refilings – 1980-2007 | A05021 |
| 03/15/07 | Number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC as of 3/13/07 | A05022 |
| 03/21/07 | Data Request | A05023-A05027 |
| 03/22/07 | Data re: issued claims over 5/25 | A05028 |
| 03/22/07 | Data re: restriction/election only actions issued in FY 2006 | A05029 |
| 03/22/07 | 3 Plus Design Filings for FY 2006 | A05030-A05031 |
| 03/26/07 | FY 2006 Filings for RoBahr | A05032-A05033 |
| 04/10/07 | Independent & Total Claims in Application at Filing for FY 1998-2007 | A05034 |
| 04/26/07 | Data re: FY 06 applications with more than 5 independent claims | A05035 |
| 05/01/07 | Claims in cases – new rule | A05036-A05037 |
| 05/08/07 | Claims in cases – new rule | A05038-A05039 |
| 05/10/07 | Claims in cases – new rule | A05040-A05041 |
| 05/15/07 | Independent and Total Claims Breakdown by Entity for FY 2006 | A05042-A05052 |
| 05/18/07 | OPQA Error Rate Findings vs. Claims at Filing | A05053-A05060 |
| 06/05/07 | UPR Filings and Refilings for FY 1980-2007 | A05061-A05062 |
| 06/11/07 | Claims in cases – new rule | A05063-A05065 |
| 06/12/07 | Claims in cases – new rule update | A05066-A05070 |
| 06/13/07 | UPR Filings and Refilings for FY 1980-2007 | A05071-A05072 |
| 06/13/07 | RCE-CONs Combined 4 Plus Entity for 2006 Filings | A05073-A05618 |
| 06/19/07 | Independent and Total Claims in Application at Filing for FY 1998-2007 | A05619-A05620 |
| Undated | Reviewer Comments: Examiner Action Not Proper | A05621-A05622 |
| Undated | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A05623-A05625 |
| Undated | Issued Claims in Utility Patents (PALM Data, FY2006 issues) | A05626 |

| | | |
|---|---|---|
| Undated | FY06 Claims Report | A05627 |
| Undated | Claims in patents issued FY 2006, utility patents only | A05628 |
| Undated | Claims in utility patents issued FY 2006 | A05629 |
| Undated | RCE Filings w 3+ Prior | A05630 |
| Undated | Total Claim Counts in U-R Applications for FY 2006 | A05631-A05638 |
| Undated | CONs/CIPs consecutively claimed | A05639 |
| Undated | Petitions to Make Special – Accelerated Examination for FY 2003-2005 | A05640 |
| Undated | OMB Budget Models | A05641-A05721 |
| Undated | 2005 Filings – 12/8/2004 to EOY – Claim fees paid to date; 2006 filings – entire FY – Claim fees paid to date | A05722 |
| Undated | FY 2006 Filings | A05723 |
| Undated | Claims in patents issued 2006 | A05724 |
| Undated | FY06 Claims at Allowance; FY05 Claims at Allowance | A05725 |
| Undated | Average Claims for Applications Filed, Allowed And Issued During a Fiscal Year | A05726 |
| Undated | Targeted RCE Review Results Summary | A05727 |
| Undated | Marked-Up Copy of Targeted RCE Review Results Summary | A05728 |
| Undated | Independent and Effective Claim Count Data for FY 2002-2005 | A05729-A06080 |
| Undated | Independent and Total Claim Count Data for FY 2002-2005 | A06081-A07079 |
| Undated | UPR Filings | A07080 |
| Undated | Utility Patent Count for FY 1962-2007 | A07081 |
| Undated | Attrition Data For Examiners Hired Since FY 2003 With And Without Recruitment Incentive | A07082 |
| Undated | First Action Pendency/Total Pendency (Target and Actual) for FY 2001-2015 | A07083 |
| Undated | Total Pendency Chart | A07084 |
| Undated | Effects on Pendency Chart | A07085 |
| Undated | Error Rate Chart | A07086 |
| Undated | Approval Rate Chart | A07087 |
| Undated | Independent and Total Claims Analysis for FY 2005 - Quarters 2, 3 & 4 of FY 2005 | A07088 |
| Undated | Refile Report – Compiled via ExPo for all types of filings for FY 2005 | A07089 |
| Undated | FY 2006 Filings by Tech Center and 2006 Serialized Filings with Claim Data | A07090 |
| Undated | Refile Report – Compiled via ExPo for all types of filings for FY 2006 | A07091 |
| Undated | RCE Filings in FY 2005 – Business Methods | A07092 |
| Undated | Patent Excess Claims Fees Collected By Year; Excess Claims Fees Paid In FY 2006 Filings | A07093 |

| | | |
|---|---|---|
| Undated | Pendency Reduction Action Plan Charts for FY 1982-2012 | A07094-A07095 |
| Undated | Pendency Savings | A07096 |
| Undated | Demand versus Capacity, Replacement Hiring Only Chart for FY 1989-2012 | A07097 |
| Undated | Patent Applications Filed for FY 2001-2006 | A07098 |
| Undated | Average Claims for Applications Filed, Allowed and Issued During a Fiscal Year for FY 1990-2006 | A07099 |
| Undated | UPR for FY 2005-2006 | A07100 |
| Undated | Examiner Attritions by Class and Service Time | A07101-A07103 |
| Undated | Years Onboard for Attritted Examiners (FY 2000-2006) | A07104 |
| Undated | FY 2000-2006 Hires | A07105 |
| Undated | Patents UPR Filings by Technology Center for FY 1997-2005 | A07106 |
| Undated | GS 12 Equivalent Hours per Production Unit and Rate of Increase per Fiscal Year (FY 1991-2006) | A07107 |
| Undated | Final FY 2006 Quality and Pendency Data | A07108 |
| Undated | Patent Applications Filed (FY 1985-2005) | A07109 |
| Undated | Patents Issued (FY 1985-2005) | A07110 |
| Undated | Without Strategic Plan (Red Diamond) | A07111-A07118 |
| Undated | FY 2005 Claims at Filing | A07119-A07120 |
| Undated | Allowances (NOAs) for FY 2004-2005 | A07121 |
| Undated | USPTO Claims Fee Income | A07122 |
| Undated | Independent and Total Claims in Application at Filing for FY 1998-2005 | A07123-A07124 |
| Undated | Refile Report – Compiled via ExPo for all types of filings for FY 2005 | A07125-A07127 |
| Undated | Description of Continuation Application, Divisional Application, CIP, RCE, CPA | A07128-A07129 |
| Undated | Attrition of Patent Examiners for FY 1990-2005 | A07130 |
| Undated | EOY 05 UPR Actions Per Disposal | A07131 |
| Undated | Years Onboard for Attritted Examiners | A07132-A07134 |
| Undated | Percent FAOM Rework for FY 2000-2005 | A07135-A07138 |
| Undated | Hours Per Application: Complex vs. Non-Complex | A07139-A07140 |
| Undated | Increasing Capacity/Hire and Retain More Examiners | A07141-A07142 |
| Undated | Productivity Gains | A07143 |
| Undated | Technology Centers Rework Statistics for FY 2002-2005 | A07144 |
| Undated | UPR Filings for FY 1980-2005 | A07145 |
| Undated | Comparison of Allowances | A07146 |
| Undated | FY 1981-2004 Patent Data | A07147 |
| Undated | Art Unit Production Profile | A07148 |
| Undated | FY 2006 President's Model Projected 2010 First Action Pendency | A07149 |
| Undated | Average Claims Allowed in Utility-Reissue Applications for FY 1995-2005 | A07150 |

| | | |
|---|---|---|
| Undated | Average Claims Allowed per TC per FY – Utility-Reissue Cases for FY 1997-2005 | A07151 |
| Undated | Applications Abandoned in Response to FAOM for FY 2001-2005 | A07152 |
| Undated | Bush Administration Plan Comparison | A07153-A07154 |
| Undated | FAOM Rework for FY 2002-2005 | A07155-A07158 |
| Undated | First Action on Merits Allowance Rates by Discipline for FY 1983-2005 (FAOMs after RCE/CPA/R129 are not included) | A07159-A07160 |
| Undated | First Action on Merits Allowance Rates by Discipline for FY 1983-2005 (FAOMs after RCE/CPA/R129 are included) | A07161-A07162 |
| Undated | Second Action on Merits Allowance Rates by Discipline for FY 1983-2005 (2nd Actions on Merits after RCE/CPA/R129 are not included) | A07163-A07164 |
| Undated | Patent Applications – Utility, Plant and Reissue; FY 2006 Goal: 414,966 | A07165 |
| Undated | RCEs Filed and Growth in RCEs for FY 2002-2006 | A07166 |
| Undated | UPR – RCE - R129 – CPA Filing Counts in Applications | A07167 |
| Undated | Entire Corps Attrition | A07168 |
| Undated | Final Rejection/Action in Response to Final for FY 2002-2006 | A07169 |
| Undated | Applications Abandoned in Response to FAOM for FY 2001-2006 | A07170 |
| Undated | Pendency to Issue | A07171 |
| Undated | FAOM Allowances | A07172-A07174 |
| Undated | Patents UPR Filings by Technology Center for FY 1993-2004 | A07175 |
| Undated | Final FY 2005 Application filing Information | A07176 |
| Undated | FY 1985-2005 Patent Data | A07177 |
| Undated | Allowances After CPA/RCE for FY 2002-2004 | A07178 |
| Undated | AIPLA Rule Items For Discussion | A07179-A07183 |
| Undated | Patent Application Filing Types Seen in Examination | A07184 |
| Undated | BD's for FY 2004-2005 | A07185 |
| Undated | Disposals for FY 2004-2005 | A07186 |
| Undated | FAOM's for FY 2004-2005 | A07187 |
| Undated | UPR Electronic Filing for FY 2003-2005 | A07188 |
| Undated | Total Monthly Pendency 2B41 for CY 2004-2005 | A07189 |
| Undated | Monthly Pendency 2B41 for CY 2004-2005 | A07190 |
| Undated | Monthly Allowance Rate for CY 2004-2005 | A07191 |
| Undated | Allowances Mailed by Month for CY 2004-2005 | A07192 |
| Undated | Monthly Grant by FY for FY 2003-2005 | A07193 |
| Undated | Pendency Charts | A07194-A07202 |