# EXHIBIT 5
# Part 5 of 5

| VI. | INFORMATION RELATING TO REGULATORY FLEXIBILITY ACT | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 11/00/86 | NBER Working Paper Series – Working Paper No. 2083 - The Value Of Patents As Indicators Of Incentive Activity by Zvi Griliches, Ariel Pakes, Bronwyn Hall | A07203-A07205 |
| 03/00/95 | NBER Working Paper Series – Working Paper No. 5049 – Trade In Ideas: Patenting And Productivity On The OECD by Jonathan Eaton and Samuel Kortum | A07206-A07208 |
| 05/00/00 | Market Value and Patent Citations: A First Look by Bronwyn Hall, Adam Jaffee and Manuel Trajtenberg | A07209-A07211 |
| 06/00/01 | Statement of Financial Accounting Standards No. 142; Goodwill and Other Intangible Assets | A07212-A07321 |
| 05/00/05 | Who enjoys "TRIPs" Abroad? An empirical analysis of intellectual property rights in the Uruguay Round by Phillip McCalman | A07322-A07324 |
| 11/25/05 | Memorandum from B. Knight to T. Sullivan regarding Certification Under 605(b) of the Regulatory Flexibility Act | A07325-A07327 |
| 12/22/05 | Memorandum from S. Brown to D. Rostker regarding submission of a proposed addition of a currently approved collection | A07328-A07477 |
| 00/00/06 | United States Patent and Trademark Office Performance And Accountability Report, Fiscal Year 2006 | A07478-A07479 |
| 09/12/06 | E-mail from E. Gormsen to R. Bahr regarding cost elements question | A07480 |
| 09/20/06 | E-mail from R. Bahr to E. Gormsen regarding request for information, and scheduling a meeting | A07481 |
| 09/28/06 | E-mail from J. Collier to R. Bahr regarding estimating representative claims | A07482 |
| 09/29/06 | E-mail from J. Collier to R. Bahr regarding update on tentative conclusions on AB93/AB94 | A07483 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0411 | A07484-A07560 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0412 | A07561-A07609 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0413 | A07610-A07698 |
| 11/20/06 | 71 Fed. Reg. 67109 – Business Size Standard for Purposes of United States Patent and Trademark Office Regulatory Flexibility Analysis for Patent-Related Regulations | A07699-A07702 |

| 11/21/06 | Request For Reconsideration Of Decision On Petition To Make Special for Application No. 11/549,286 | A07703-A07811 |
|---|---|---|
| 12/00/06 | The Small Business Economy For Data Year 2005 – A Report To The President | A07812-A08091 |
| 12/04/06 | Supplemental Petition To Make Special Under Accelerated Examination Program | A08092-A08208 |
| 03/13/07 | PRA Update | A08209-A08226 |
| 03/14/07 | E-mail from G. Morse to J. Doll regarding number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC, as of 3/13/07 | A08227 |
| 03/28/07 | E-mail from R. Bahr to E. Gormsen regarding cost elements question | A08228-A08230 |
| 04/02/07 | E-mail from R. Bahr to E. Gormsen regarding patenting trends report | A08231 |
| 04/05/07 | E-mail from R. Bahr to E. Gormsen regarding patenting trends report | A08232-A08233 |
| 04/10/07 | E-mail from R. Bahr to E. Gormsen regarding cost elements question | A08234-A08236 |
| 04/25/07 | E-mail from J. Collier to A. Ostrup regarding follow-up to yesterday's call | A08237 |
| 05/03/07 | E-mail from J. Collier to R. Bahr attaching claims data spreadsheet | A08238-A08239 |
| 05/06/07 | E-mail from R. Bahr to J. Collier regarding claims data | A08240 |
| 05/06/07 | E-mail from R. Bahr to J. Collier attaching claims data spreadsheet | A08241-A08242 |
| 05/07/07 | E-mail from J. Collier to R. Bahr regarding applicants affected by claims and continuing application requirements | A08243 |
| 05/08/07 | E-mail from J. Collier to R. Bahr regarding AIPLA definition of "minimal complexity" | A08244-A08247 |
| 05/08/07 | E-mail from E. Gormsen to R. Bahr regarding claims data analysis | A08248 |
| 05/09/07 | E-mail from R. Bahr to J. Collier regarding bottom up analysis of ESD | A08249-A08250 |
| 05/10/07 | E-mail from R. Bahr to E. Gormsen regarding applications and preexamination searches | A08251 |
| 05/11/07 | E-mail from E. Gormsen to R. Bahr regarding data request | A08252-A08254 |
| 05/15/07 | E-mail from R. Bahr to E. Gormsen regarding data request | A08255-A08263 |
| 06/06/07 | E-mail from R. Bahr to J. Collier regarding regulatory alternatives | A08264-A08265 |
| 06/12/07 | E-mail from R. Bahr to E. Gormsen regarding claims data spreadsheet | A08266-A08267 |
| 06/27/07 | E-mail from R. Bahr to J. Collier regarding certification analysis | A08268-A08269 |

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 06/29/07 | Certification Analysis Under The Regulatory Flexibility Act: Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications, Prepared by ICF International | A08270-A08306 |
| 07/10/07 | Memorandum from W. Covey to T. Sullivan regarding Certification Under 605(b) of the Regulatory Flexibility Act | A08307-A08315 |
| 09/18/07 | USPTO Organization Chart | A08316-A08318 |
| 09/20/07 | FY 2007 Fee Schedule from USPTO website | A08319-A08329 |

## VII. ADDITIONAL CORRESPONDENCE

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 11/04/04 | Letter from E. Meltzer to W. Logsdon responding to an invitation extended to J. Dudas to speak to the Patent Bar in Pittsburgh | A08330-A08333 |
| 02/08/06 | Letter from J. Dudas to T. Davis responding to concerns raised with respect to procedures for the examination and reexamination of patents | A08334-A08340 |
| 03/02/06 | Letter from E. Meltzer to C. Stephens responding to an invitation extended to the USPTO to participate in a panel discussion during the New York Biotechnology Association's Annual Meeting | A08341-A08344 |
| 05/01/06 | Letter from T. Dzenitis to B. Boxer responding to concerns over proposed rule changes by the USPTO | A08345-A08364 |
| 05/08/06 | Letter from J. DelPonti to J. Dudas providing comments to the proposed rule changes | A08365-A08368 |
| 05/25/06 | Letter from E. Meltzer to B. Groff responding to an invitation extended to the USPTO for a speaking engagement for the State Bar of Georgia | A08369-A08370 |
| 06/12/06 | Letter from E. Meltzer to M. Dowling responding to an invitation extended to the USPTO for a speaking engagement for the Greater Dallas Chamber's Technology Business Council | A08371-A08375 |
| 06/22/06 | Letter from R. Bahr to M. Voet responding to comments received regarding proposed rule changes | A08376-A08377 |
| 08/17/06 | Letter from C. Gutierrez to S. Crooke responding to comments received regarding proposed rule changes | A08378-A08392 |
| 10/03/06 | Letter from E. Meltzer to E. Lonergan responding to an invitation extended to the USPTO for a speaking engagement in the Upstate New York area | A08393-A08398 |

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 10/04/06 | Letter from D. Sampson to V. Norton responding to comments received regarding proposed rule changes | A08399-A08413 |
| 10/29/06 | Letter from R. Nydegger to S. Pinkos providing comments regarding the proposed rule changes | A08414-A08419 |
| 10/31/06 | Letter from E. Meltzer to P. Thurlow responding to an invitation extended to the USPTO for a speaking engagement for the New York Intellectual Property Law Association | A08420-A08423 |
| 01/10/07 | Letter from E. Meltzer to K. Christensen responding to an invitation extended to the USPTO for a speaking engagement at the Utah IP Summit | A08424-A08427 |
| 04/17/07 | Letter from J. Dudas to P. Wenger responding to comments received regarding proposed rule changes | A08428-A08432 |
| 07/03/07 | Letter from D. Boundy to D. Copley regarding budget effects of two proposed rule changes | A08433-A08442 |
| 07/05/07 | Letter from E. Meltzer to T. Kastelic responding to an invitation extended to the USPTO for a speaking engagement at the 17th Annual Ohio Annual Institute on Intellectual Property in Cleveland | A08443-A08449 |
| 07/05/07 | Letter from E. Meltzer to D. Leo responding to an invitation extended to the USPTO for a speaking engagement at the Corporate Patent Roundtable in Hilton Head Island, South Carolina | A08450-A08451 |
| 08/21/07 | Letter from E. Meltzer to J. Wager responding to an invitation extended to the USPTO for a speaking engagement in Cambridge, Massachusetts | A08452-A08453 |

## VIII.  MISCELLANEOUS

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 10/05/98 | 63 Fed. Reg. 53498 – Changes To Implement the Patent Business Goals | A08454-A08487 |
| 08/30/04 | USPTO Federal Register Publications And Rule Making, And Official Gazette Publications Agency Administrative Order 217-02A | A08488-A08502 |
| 05/16/07 | Meeting Record Regarding: Changes to Practice | A08503-A08504 |
| 06/29/07 | E-mail from C. Barnes to J. McDowell regarding revised AB93 AB94 | A08505 |
| 07/05/07 | E-mail from D. Rostker to J. McDowell regarding budget effect of two Patent Office rules (w/attachment) | A08506-A08515 |
| 08/02/07 | Letter from J. Dudas to Pelosi, Cheney, Gamboa enclosing final rule entitled "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications | A08516-A08524 |

| IX. | ADDITIONAL USPTO PRESENTATIONS | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 01/10/06 | Notice of Proposed Rule Making – Proposed Changes to Practice for continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims (71 Fed. Reg. 48, January 3, 2006) by Robert Spar, Director of Office of Patent Legal Administration | A08525-A08591 |
| 01/11/06 | Proposed Changes to Practice of Continued Examination Practice – Proposed Requirements for Continuing Applications | A08592-A08610 |
| 01/23/06 | Summary of Proposed Rule Changes to Continuations, Double Patenting, and Claims by James Toupin, General Counsel | A08611-A08625 |
| 01/25/06 | Coming Attractions – Los Angeles Intellectual Property Law Association "Washington and the West" Conference by James Toupin, General Counsel | A08626-A08633 |
| 01/25/06 | The State Of The Patent System Background For Rule Proposals - Los Angeles Intellectual Property Law Association "Washington and the West" Conference by James Toupin, General Counsel | A08634-A08648 |
| 02/01/06 | Summary of Proposed Rule Changes to Continuations, Double Patenting, and Claims by James Toupin, General Counsel | A08649-A08687 |
| 02/04/06 | USPTO Request for Public Input: Strategic Planning - AIPLA Mid-Winter Institute by John Doll, Commissioner for Patents | A08688-A08748 |
| 03/02/06 | Rules Proposals On Claims And Continuations And Developments In Appeal Practice – Oregon Patent Law Association by James Toupin | A08749-A08793 |
| 03/14/06 | The Patent Office Speaks – DC Bar Intellectual Property Law Section by John Doll, Jay Lucas and Stewart Levy | A08792-A08868 |
| 03/25/06 | USPTO Rules Proposals: Seeking Focus In The Burgeoning Patent System – Orange County Patent Lawyers Association – San Diego IP Lawyers Association by James Toupin, General Counsel | A08869-A08910 |
| 04/26/06 | Challenges Facing the USPTO Presentation by Peggy Focarino, Deputy Commissioner for Patent Operations | A08911-A08925 |
| 07/17/06 | USPTO 21st Century Strategic Plan Update – National Association of Patent Practitioners (NAPP) by John Doll, Commissioner for Patents | A08926-A08959 |

| 07/18/06 | How the New PTO Regulations Will Impact Your Practice – George Mason University School Of Law Fifth Annual Symposium on Hot Topics in Patent Law by Jay Lucas, Deputy Commissioner for Patent Examination Policy | A08960-A08979 |
|---|---|---|
| 07/22/06 | Intellectual Property Law Summer Institute by John Doll, Commissioner for Patents | A08980-A09029 |
| Undated | Notice of Proposed Rule Making | A09030-A09031 |
| Undated | Chicago Regional Independent Inventors Conference by John Doll, Commissioner for Patents | A09032-A09061 |
| Undated | Notice of Proposed Rule Making – Changes To Practice For The Examination Of Claims In Patent Applications | A09062-A09085 |
| Undated | 11th Annual Independent Inventors Conference by John Doll, Commissioner for Patents | A09086-A09113 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll, Commissioner for Patents | A09114-A09198 |
| Undated | Notice of Proposed Rule Making –Changes to Practice for the Examination of Claims in Patent Applications (71 Fed. Reg. 61, January 3, 2006) by Robert Spar, Director of Office of Patent Legal Administration | A09199-A09255 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll, Commissioner for Patents | A09256-A09314 |
| Undated | Examination of Claims | A09315-A09330 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll and Jay Lucas | A09331-A09389 |

## X. FINAL RULES

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 08/21/07 | 72 Fed. Reg. 46716 - Changes to Practice for Continued Examinations Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications; Final Rule | A9390-A09518 |
| 09/11/07 | 1322 O.G. 76 - Changes to Practice for Continued Examinations Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications | A09519-A09622 |