# EXHIBIT 11

Dockets.Justia.com

**VIDEO TO BE SUPPLIED**