**EXHIBIT 13**

### Entity-Based RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs-R129s Filed |
| --- | --- | --- | --- | --- | --- |
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 28,020 | 5,268 | 1,095 | 389 | 34,772 |
| 2003 | 34,530 | 5,694 | 1,263 | 490 | 41,977 |
| 2004 | 37,409 | 6,750 | 1,324 | 473 | 45,956 |
| 2005 | 42,844 | 7,762 | 1,615 | 545 | 52,766 |

### Entity-Based Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
| --- | --- | --- | --- | --- | --- |
| | | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 291,242 | 19,683 | 3,791 | 2,137 | 25,611 |
| 2003 | 293,542 | 20,623 | 3,408 | 2,103 | 26,134 |
| 2004 | 311,060 | 22,534 | 3,484 | 1,983 | 28,001 |
| 2005 | 317,078 | 23,413 | 3,994 | 2,151 | 29,558 |

### Consecutive Continuations/CIPs Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs/CIPs Filed in FY |
| --- | --- | --- | --- | --- | --- |
| | | First CON/CIP | CON/CIP of a CON/CIP | CON/CIP of a CON/CIP of a CON/CIP+ | |
| 2002 | 291,242 | 28,475 | 6,333 | 5,220 | 40,028 |
| 2003 | 293,542 | 29,608 | 6,254 | 4,836 | 40,698 |
| 2004 | 311,060 | 31,701 | 6,517 | 4,735 | 42,953 |
| 2005 | 317,078 | 32,524 | 6,832 | 4,959 | 44,315 |

### Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
| --- | --- | --- | --- |
| 2002 | 28,020 | 6,752 | 34,772 |
| 2003 | 34,530 | 7,447 | 41,977 |
| 2004 | 37,409 | 8,547 | 45,956 |
| 2005 | 42,844 | 9,922 | 52,766 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
| --- | --- | --- | --- |
| 2002 | 19,683 | 5,928 | 25,611 |
| 2003 | 20,623 | 5,511 | 26,134 |
| 2004 | 22,534 | 5,467 | 28,001 |
| 2005 | 23,413 | 6,145 | 29,558 |

#### Continuations/CIPs Filed in Applications

| FY | First CON/CIP | 2nd+ CON/CIP | All CONs/CIPs Filed in FY |
| --- | --- | --- | --- |
| 2002 | 28,475 | 11,553 | 40,028 |
| 2003 | 29,608 | 11,090 | 40,698 |
| 2004 | 31,701 | 11,252 | 42,953 |
| 2005 | 32,524 | 11,791 | 44,315 |