Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ    Document 66-25    Filed 11/14/2007    Page 1 of 2
Doc. 66 Att. 24

# EXHIBIT 15

Dockets.Justia.com

**REDACTED**

**Relevant data:**

In FY 1980, the USPTO received 93,800 filings of which 15,156 (16.2%) were continued examination filings and 10,607 (11.3%) were continuations or CIPs[2].

In FY 1994[3], the USPTO received 186,123 filings of which 56,073 (30.1%) were continued examination filings and 45,503 (24.5%) were continuations or CIPs.

In FY 2005, the USPTO received 384,228 filings of which 120,337 (31.3%) were continued examination filings and 101,181 (26.3%) were continuations, CIPs, or RCEs.

In FY 2005, the number of continued examination filings (120,337) exceeded the number of total filings received in any fiscal year prior to 1986 (116,731 was the most filings received in any fiscal years prior to 1986).

**Note:** The best estimate is that between 5 and 30 percent of second/subsequent continued examination filings will still be filed now with a petition. Given that the currently yearly filing rate for continued examination filings is about 22,000, this would mean between 1,100 and 6,600 petitions per year.

---

[2] RCEs did not exist until FY 2000.
[3] The last fiscal year before the advent of twenty-year patent term.