# EXHIBIT 18

Dockets.Justia.com

Typical Charges (All Attorneys)

**Paying a Maintenance Fee (Q39n)**

| Expected Charge in 2004 | | Paying a Maintenance Fee | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 548 | $318 | $150 | $200 | $300 |
| Type of Practice | 1-5 Attorneys | 125 | $278 | $175 | $240 | $300 |
| | 6-75 Attorneys | 235 | $361 | $150 | $200 | $300 |
| | 76 or more Attorneys | 59 | $310 | $250 | $300 | $300 |
| | All Corporate | 85 | $315 | $100 | $150 | $250 |
| Location | Boston CMSA | 23 | $235 | $100 | $200 | $300 |
| | NYC CMSA | 34 | $290 | $144 | $250 | $400 |
| | Philadelphia CMSA | 36 | $253 | $200 | $300 | $300 |
| | Washington, DC CMSA | 56 | $284 | $176 | $250 | $348 |
| | Other East | 33 | $434 | $145 | $200 | $313 |
| | Metro Southeast | 21 | $881 | $110 | $250 | $500 |
| | Other Southeast | 15 | $241 | $150 | $240 | $300 |
| | Chicago CMSA | 39 | $238 | $150 | $200 | $300 |
| | Minne.-St. Paul PMSA | 19 | $441 | $100 | $180 | $250 |
| | Other Central | 112 | $325 | $105 | $200 | $291 |
| | Texas | 31 | $368 | $200 | $300 | $500 |
| | Los Angeles CMSA | 26 | $240 | $124 | $200 | $263 |
| | San Francisco CMSA | 23 | $233 | $100 | $200 | $300 |
| | Other West | 67 | $273 | $150 | $200 | $350 |

**Utility Patent Novelty Search, Analysis, and Opinion (Q39o)**

| Expected Charge in 2004 | | Utility Patent Novelty Search, Analysis, and Opinion | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 537 | $2,999 | $1,000 | $1,500 | $2,500 |
| Type of Practice | 1-5 Attorneys | 110 | $2,462 | $1,000 | $1,425 | $2,000 |
| | 6-75 Attorneys | 247 | $2,684 | $1,200 | $1,500 | $2,500 |
| | 76 or more Attorneys | 48 | $4,639 | $1,500 | $2,250 | $5,000 |
| | All Corporate | 95 | $4,097 | $1,000 | $2,000 | $4,000 |
| Location | Boston CMSA | 25 | $3,130 | $1,000 | $2,500 | $5,000 |
| | NYC CMSA | 35 | $2,804 | $1,000 | $2,000 | $3,500 |
| | Philadelphia CMSA | 15 | $2,961 | $1,500 | $2,000 | $3,500 |
| | Washington, DC CMSA | 54 | $3,105 | $1,000 | $1,500 | $2,500 |
| | Other East | 31 | $2,947 | $1,000 | $1,500 | $3,000 |
| | Metro Southeast | 15 | $1,986 | $500 | $750 | $1,500 |
| | Other Southeast | 18 | $2,247 | $1,038 | $1,500 | $3,250 |
| | Chicago CMSA | 43 | $3,292 | $1,200 | $2,000 | $4,000 |
| | Minne.-St. Paul PMSA | 20 | $5,905 | $1,500 | $2,000 | $3,000 |
| | Other Central | 125 | $2,204 | $1,200 | $1,500 | $2,000 |
| | Texas | 35 | $4,197 | $1,500 | $2,500 | $3,000 |
| | Los Angeles CMSA | 22 | $1,826 | $1,150 | $1,500 | $2,125 |
| | San Francisco CMSA | 24 | $4,258 | $1,000 | $1,875 | $3,750 |
| | Other West | 64 | $3,380 | $1,000 | $1,500 | $2,725 |