# EXHIBIT 19

AIPLA                           2005 Economic Survey                              Individuals

TOTAL                                                                              # [0]

**Ethnicity:**
White/Caucasian                                                                    #
Black/African American                                                             #
Hispanic/Latino                                                                    #
Asian/Pacific Islander                                                             #
North American Indian/Native Canadian                                              #
Blended                                                                            #
Other                                                                              #
TOTAL                                                                              # [0]

## Part III. Private Practitioners
*These questions should be answered by private practitioners only.*

31  How many billable hours did you record in 2004?                                [ ] hours

32  What percent of these billable hours were actually billed to clients (hourly or any other basis?)   [ ] %

33  What was your average hourly billing rate in 2004?                             $ [ ]

34  What percent of your services in 2004 were billed (or will be billed) on a basis other than hourly billing?   [ ] %

35  What percent of your services in 2004 were billed (or will be billed) on a predetermined fee basis?   [ ] %

36  What percent of your services in 2004 were billed (or will be billed) on a contingent fee basis?   [ ] %

37  What dollar amount was billed for the legal services you performed in 2004?    $ [ ]

## Part IV. Typical Charges and Costs
*These questions should be answered by both corporate and private practitioners.*

The following questions, covering trademarks, patents, and copyrights, ask for typical charges. Please respond only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (i.e., an attorney in private practice) or as a purchaser of such services (i.e., corporate counsel).

Assuming a typical case with no unusual complications, what would you have expected to charge or be charged, in 2004, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of U.S. matters?

### 38 TRADEMARKS (INCLUDING SERVICE MARKS)

Expected charge in 2004

a.  Trademark Clearance Search, Analysis, and Opinion                              $
b.  Trademark Registration Application (Preparation and Filing)                    $
c.  Trademark Prosecution (Total, including amendments and interviews but not appeals)   $
d.  Trademark Statement of Use (Preparation and Filing)                            $
e.  Trademark Appeal to the Board (Briefed and Argued)                             $
f.  Trademark Section 8 and 15 Declaration (Preparation and Filing)                $
g   Trademark Renewal Application (Preparation and Filing)                         $
h.  Filing of Foreign Origin Trademark Registration Application Received Ready for Filing   $
i.  Filing for an international trademark                                          $

### 39 U.S. UTILITY PATENTS

Expected charge in 2004

AIPLA                                    2005 Economic Survey                                    Individuals

a. Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal complexity, e.g., 10 page specification, 10 claims (Preparation and Filing)    $
b. Provisional Patent Application (Preparation and Filing)    $
c. Original utility application, relatively complex biotechnology/chemical (Preparation and Filing)    $
d. Original utility application, relatively complex electrical/computer (Preparation and Filing)    $
e. Original utility application, relatively complex mechanical (Preparation and Filing)    $
f. Patent application amendment/argument of minimal complexity (Preparation and Filing)    $
g. Patent application amendment/argument, relatively complex, biotechnology/chemical (Preparation and Filing)    $
h. Patent application amendment/argument, relatively complex, electrical computer (Preparation and Filing)    $
i. Patent application amendment/argument, relatively complex, mechanical (Preparation and    $
j. Appeal to Board in utility patent application without oral argument.    $
k. Appeal to Board in utility patent application with oral argument.    $
l. Issuing an allowed application (All post-allowance activity)    $
m. Ex parte re-exam    $
n. Paying a Maintenance Fee    $
o. Utility Patent Novelty Search, Analysis, and Opinion    $
p. Validity/Invalidity Only Opinion, per patent    $
q. Infringement/Non-Infringement Only Opinion, per patent    $
r. Combination Validity and Infringement, per patent    $

**40 FOREIGN ORIGIN AND FOREIGN PATENTS**
*Exclude government, associate, drawing, and similar fees.*

Expected charge in 2004

a. Filing foreign origin utility patent application in U.S. PTO, received ready for filing with formal papers, assignment, and priority documents    $
b. Filing non-PCT patent application abroad (per country, not including associate or government    $
c. Filing previously prepared U.S. patent application as PCT application in U.S. Receiving Office    $
d. Entering National Stage in U.S. Receiving Office from foreign origin PCT application    $
e. Entering National Stage in each foreign Receiving Office from U.S. origin PCT application    $
f. Paying an annuity or maintenance fee    $

**41 OTHER U.S. PATENTS AND COPYRIGHTS**

Expected charge in 2004

a. U.S. design patent application (Preparation and Filing)    $
b. U.S. plant patent application (Preparation and Filing)    $
c. Copyright registration application (Preparation and Filing    $

Respond to each of the following questions only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, "total cost" is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses. Please estimate these based on a single IP asset (i.e., one patent at issue, one trademark, etc.)

**42 What is your estimate of the total cost of a <u>patent infringement</u> suit (i) through the end of discovery, and (ii) inclusive of discovery, motions, pre-trial, trial, post-trial, and appeal?**

**LITIGATION–PATENT INFRINGEMENT**
**Less than $1 million at risk**

a. End of Discovery    $
b. Inclusive, all costs    $

**$1-$25 million at risk**

c. End of Discovery    $
d. Inclusive, all costs    $

**More than $25 million at risk**

e. End of Discovery    $
f. Inclusive, all costs    $