Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ   Document 66-37   Filed 11/14/2007   Page 1 of 8
Doc. 66 Att. 36

# EXHIBIT 21

# PART 2 OF 2

Dockets.Justia.com

**PROJECT PROPOSAL**

VIII    **Appendix A**
           ESD SEARCH TERMS FOR U.S. PATENT _____Redacted_____

| INDEPENDENT CLAIM NUMBER | ELEMENT TO BE SEARCHED |
|---|---|
| 1 | REDACTED |
| 11 | REDACTED |
| 13 | REDACTED |
| 18 | |





**PROJECT PROPOSAL**

| 65 | REDACTED |
|---|---|
|  |  |

**Appendix B**
**Nerac Resources**
Aerospace Database
Aerospace/Defense Markets
British Library Shelfmark
Business & Management Practices
Business and Industry
Business Dateline
Chemical Abstracts Plus
Commerce Business Daily
Computer Database
Conference Papers Index
Corporate Technology Database
D&B Bio Global Directory
D&B Companies
D&B Hot List
D&B's Market Identifiers
Dissertation Abstracts
DTIC
Educational Resources Education Center
Ei Compendex*Plus
Embase
EMBASE Table of Contents
Energy Science and Technology Database
Engineered Materials Abstracts
European Full Text Patent Applications
European Full Text Patents Granted
European Patents Pending
Federal Business Opportunities

## PROJECT PROPOSAL

Federal Register
Federal Research in Progress
Firedoc
Fluidex
French Patent Applications (Full Text)
Funk and Scott Index
Gale Custom Infotrac
GeoRef
German Patent Applications (Full Text)
GlassFile
Global Products
GlobalBase
Great Britain Patent Applications (Full Text)
Imaging Abstracts
Industrial Directory
Inform
Information Service in Mechanical Engineering
INPADOC
Inside Conferences
Inspec
Investext Citations
IP.com
Journal Holdings Database
Knovel
Kosmet
Library and Information Science Abstracts
Magazine Index
Management and Marketing Abstracts
Manufacturing Technology
Market Research
Marketing and Advertising Reference Service
Materials Business File
Mechanical & Transportation Engineering Abstracts
Microcomputer Abstracts
National Aeronautics and Space Administration
National Technical Information Service
Natural Product Updates
Networking Database
New Product Announcements
Newsletter Index
Newspaper Abstracts
Newswire Feed
Official Patent Gazette

## PROJECT PROPOSAL

Official Patent Gazette (Full Text)
Patent Abstracts of Japan
Patent Assignment File
PROMT
SAE Global Mobility Database
Searchable Physics Information Notice
SoftBase - Products, Companies & Reviews
Standards Database
System for Information on Grey Literature in Europe
Table of Contents
Table of Contents - Full Citation
Technology Research Database
Techstreet
Thomas Register
Trade and Industry
Trademark File
Trademark.com
US Patent Applications (Full Text)
Ward's Business Directory
World Business Directory
World Patent Applications (with full text)

**STN®**
ABI-INFORM
ANTE Abstracts in New Technologies and Engineering
COMPENDEX
COMPUAB Computer and Information Systems Abstracts
COMPUSCIENCE
DERWENT WPI
DISSABS
ELCOM Electronic and Communications Abstracts
INFODATA
INSPEC
LISA Library and Information Science Abstracts
PASCAL
PROMT
RDISCLOSURE Research DISCLOSURE
SCISEARCH
TEMA Technology and Management

**Dialog®**
Computers, Electronics, and Telecommunications R&D [COMPSCI]

Company Confidential

## PROJECT PROPOSAL

Databases:
ANTE: Abstracts in New Technologies and Engineering
CMP Computer Fulltext
Computer News Fulltext
Computer and Information Systems
DIALOG Telecommunications Newsletters
Dissertation Abstracts Online
Ei Compendex®
Energy Science and Technology
Gale Group Computer Database™
IHS International Standards and Specifications
Inside Conferences
Inspec (1898-present)
MathSci®
NTIS - National Technical Information Service
PASCAL
SciSearch® - a Cited Reference Science Database - 1974-1989
SciSearch® - a Cited Reference Science Database - 1990-
TEME - Technology and Management
Wilson Applied Science & Technology Abstracts