Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ   Document 66-39   Filed 11/14/2007   Page 1 of 3
Doc. 66 Att. 38

# EXHIBIT 23

Dockets.Justia.com

# Final USPTO Rule on Claims and Continuations

## Overview of Major Issues and Concerns

SDIPLA

October 11, 2007

### Robert J. Spar

Attorney at Law, Former Dir.(Ret'd) of Office of Patent Legal Administration,
Deputy Commissioner for Patent Examination Policy, USPTO

3201 Birchtree Lane, Silver Spring, MD 20906

301-460-1231    bobspar1@comcast.net    301-460-1889 (fax)    301-742-4567 (cell)

# Claims and Continuations Final Rule
## Four Prosecution Burdens Shifted

Situations where examination burdens have been shifted <u>from the examiner <u>to</u> applicant</u>; and the expected results

1. When there is a large number of claims to examine:

   If more than 5/25 claims are presented
   - An ESD will be required to aid in the examination but it is expected that most applicants will not file an ESD,

   <u>so the net effect expected is</u>:
   - compliance with the 5/25 limits; and
   - elimination of almost all applications with very large numbers of claims. Because only a limited number of claims will be prosecuted in an application, practitioners will probably put more emphasis on drafting claims before filing, in meaningfully amending claims and/or traversing rejections, and in advancing prosecution issues with each response.

Oct. 11, 2007                                                                 Robert J. Spar

15