# EXHIBIT 26

# PART 1 OF 4

Dockets.Justia.com

**SF-83 SUPPORTING STATEMENT**
**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Patent Processing (Updating)**
**OMB Control Number 0651-0031**

## A.    JUSTIFICATION

### 1.    Necessity of Information Collection

The United States Patent and Trademark Office (USPTO) is required by 35 U.S.C. § 131 et seq. to examine an application for patent and, when appropriate, issue a patent.   Also, the USPTO is required to publish patent applications, with certain exceptions, promptly after the expiration of a period of eighteen months from the earliest filing date for which a benefit is sought under Title 35, United States Code ("eighteen-month publication").   Certain situations may arise that require additional information to be supplied in order for the USPTO to further process the patent or application.   The USPTO administers the statutes through various sections of the rules of practice in 37 CFR Part 1.

During the processing for an application for a patent, the applicant or applicant's representative may be required or desire to submit additional information to the USPTO concerning the examination of a specific application.   The specific information required or that may be submitted includes: information disclosure statement and citation, examination support documents, requests for extension of time, the establishment of small entity status, abandonment and revival of abandoned applications, disclaimers, appeals, petitions, expedited examination of design applications, transmittal forms, requests to inspect, copy and access patent applications, publication requests, certificates of mailing, transmittals, submission of priority documents and amendments, and examination support documents covering claims and continuations or continuations-in-part applications.

The new information being added into this collection since the previous renewal includes 5 proposed additions for notices of proposed rulemakings, 6 change worksheets, 7 new forms/requirements, and 9 electronic forms.

Table 1 identifies the proposed statutory and regulatory provisions that require the USPTO to collect this information:

**Table 1:  Information Requirements for Patent Processing (Updating)**

| Requirement | Statute | Rule |
|---|---|---|
| Information Disclosure Statements and eIDS | 35 U.S.C. § 2(b)(2) | 37 CFR 1.56, 1.97 and 1.98 |
| Transmittal Form | 35 U.S.C. § 2(b)(2) | 37 CFR 1.4; 1.5, 1.48, 1.111, 1.116, 1.121, 1.125, 1.133 and 1.291 |

| | | |
|---|---|---|
| Petitions for Extension of Time under 37 CFR 1.136(a) & (b) | 35 U.S.C. §§ 2(b)(2), 41(a)(8), 131 and 132 | 37 CFR 1.136 |
| Express Abandonment under 37 CFR 1.138 | 35 U.S.C. §§ 2(b)(2), 131 & 132 | 37 CFR 1.138 |
| Petition for Express Abandonment to Avoid Publication under 1.138(c) | 35 U.S.C. § 122(b) | 37 CFR 1.38(c) and 1.211(a)(1) |
| Disclaimers | 35 U.S.C. § 253 | 37 CFR 1.321 |
| Request for Expedited Examination of a Design Application | 35 U.S.C. § 2(b)(2) | 37 CFR 1.155 |
| Notice of Appeal | 35 U.S.C. § 134 | 37 CFR 1.191 |
| Information Disclosure Citation in a Patent | 35 U.S.C. § 301 | 37 CFR 1.501 |
| Petitions to Revive Unintentionally or Unavoidably Abandoned Applications | 35 U.S.C. §§ 41(a)(7), 111, 133, 151 and 371(d) | 37 CFR 1.137 |
| Petition for Revival of an Application for Patent Abandoned for Failure to Notify the Office of a Foreign or International Filing | 35 U.S.C. § 2(b)(2) | 37 CFR 1.137 and 1.213 |
| Requests to Access, Inspect and Copy | 35 U.S.C. § 122 | 37 CFR 1.14 |
| Deposit Account Order Form | 35 U.S.C. § 2(b)(2) | 37 CFR 1.25 |
| Certificates of Mailing/Transmission | 35 U.S.C. §§ 2(b)(2) and 21(a) | 37 CFR 1.8 |
| Statement under 37 CFR 3.73(b) | 35 U.S.C. § 2(b)(2) | 37 CFR 3.73(b) |
| Non-publication Request | 35 U.S.C. § 122(b)(2)(B)(i) | 37 CFR 1.213(a) |
| Rescission of Previous Non-publication Request (35 U.S.C. § 122(b)(2)(B)(ii)) and, if applicable, Notice of Foreign Filing (35 U.S.C. § 122(b)(2)(B)(iii)) | 35 U.S.C. §§ 122(b)(2)(B)(ii) and 122(b)(2)(B)(iii) | 37 CFR 1.213(b) |
| Electronic Filing System (EFS) Copy of Application for Publication | 35 U.S.C. §§ 122(b) and 122(b)(2)(B)(v) | 37 CFR 1.215, 1.217, 1.219 and 1.221 |
| Copy of File Content Showing Redactions | 35 U.S.C. § 122(b) | 37 CFR 1.217(d) |
| Copy of the Applicant or Patentee's Record of the Application (including copies of the correspondence, list of the correspondence, and statements verifying whether the record is complete or not) | 35 U.S.C. § 2(b)(2) | 37 CFR 1.251 |
| Request for Continued Examination (RCE) Transmittal | 35 U.S.C. § 132(b) | 37 CFR 1.114 |
| Request for Continued Examination (RCE) Transmittal EFS-Web | 35 U.S.C. § 132(b) | 37 CFR 1.114 |
| Written request for an oral appeal hearing before the Board, filed in a separate paper from the appeal itself | 35 U.S.C. § 134 | 37 CFR 1.194(b) |
| Request for Deferral of Examination 37 CFR 1.103(d) | 35 U.S.C. §§ 2(b)(2) and 131 | 37 CFR 1.103(d) |
| Request for Voluntary Publication or Republication | 35 U.S.C. § 2(b)(2) | 37 CFR 1.221 |
| Applicant Initiated Interview Request Form | 35 U.S.C. § 2(b)(2) | 37 CFR 1.133 |
| Petition for Request for Documents in a Form Other Than That Provided by 1.19 | 35 U.S.C. §§ 2(b)(2), 131 and 132 | 37 CFR 1.19(i) and (j) |

| | | |
|---|---|---|
| Petitions under 37 CFR 1.17(f) include:<br>  Petition to Accord a Filing Date under 1.57(a)<br>  Petition to Accord a Filing Date under 1.153(d)<br>  Petition for Decision on a Question Not Specifically<br>    Provided For<br>  Petition to Suspend the Rules | 35 U.S.C. §§ 131 and 132 | 37 CFR 1.17(f), 1.53(e),<br>1.57(e), 1.182 and 1.183 |
| Petitions under 37 CFR 1.17(g) include:<br>  Petition to Access an Assignment Record<br>  Petition for Access to an Application<br>  Petition for Expungement and Return of Information<br>  Petition to Suspend Action in an Application | 35 U.S.C. §§ 131 and 132 | 37 CFR 1.12, 1.14, 1.17(g),<br>1.59 and 1.102 |
| Petitions under 37 CFR 1.17(h) include:<br>  Petition for Accepting Color Drawings or Photographs<br>  Petition for Entry of a Model or Exhibit<br>  Petition to Withdraw an Application from Issue<br>  Petition to Defer Issuance of a Patent | 35 U.S.C. §§ 131 and 132 | 37 CFR 1.17(h), 1.84, 1.91,<br>1.103(d), 1.313 and 1.314 |
| Request for Processing of Replacement Drawings to Include the Drawings in Any Patent Application Publication | 35 U.S.C. §§ 2(b)(2), 131 and 132 | 37 CFR 1.215 |
| Processing Fee under 37 CFR 1.17(i) Transmittal | 35 U.S.C. § 2(b)(2) | 37 CFR 1.17(i) |
| Petition Fee under 37 CFR 1.17(f), (g) and (h) Transmittal | 35 U.S.C. § 2(b)(2) | 37 CFR 1.17(f), (g) and (h) |
| Request to Retrieve Electronic Priority Application(s) under 37 CFR 1.55(d) | 35 U.S.C. § 2(b)(2) | 37 CFR 1.155(d) |
| Authorization for Permit Access to Application by Participating Offices under 37 CFR 1.14(h) | 35 U.S.C. § 2(b)(2) | 37 CFR 1.14(h) |
| Petition for Express Abandonment to Obtain a Refund | 35 U.S.C. § 4(d)(1)(D) | 37 CFR 1.138(d) |
| Pre-Appeal Brief Request for Review | 35 U.S.C. §§ 2(b)(2) and 134 | 37 CFR 41.32 |
| Request for Corrected Filing Receipt | 35 U.S.C. § 2(b)(2) | 37 CFR 1.54, 1.76(a) and 1.48(a) and (c) |
| Request for Corrected Filing Receipt (electronic) | 35 U.S.C. § 2(b)(2) | 37 CFR 1.54, 1.76(a) and 1.48(a) and (c) |
| Petition to Make Special under Accelerated Examination Program | 35 U.S.C. § 2(b)(2) | 37 CFR 1.102 |
| Examination Support Document Transmittal<br>  (examination support document filed in certain non-provisional applications covering the independent claims and the designated dependent claims) | 35 U.S.C. §§ 2(b) and 131 | 37 CFR 1.75(b) |
| Examination Support Document Listing of References 37 CFR 1.265(c)<br>  (examination support document filed in certain non-provisional applications covering the independent claims and the designated dependent claims) | 35 U.S.C. §§ 2(b) and 131 | 37 CFR 1.75(b) |
| Petition for a second continuation or continuation-in-part application showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the prior-filed application | 35 U.S.C. §§ 2(b) and 120 | 37 CFR 1.78(d)(1)(iv) |
| Petition for a second request for continued examination showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the application | 35 U.S.C. §§ 2(b) and 132(b) | 37 CFR 1.114(f) |

| Listing of Commonly Owned Application and Patents 37 CFR 1.78(f) (explanations filed in certain non-provisional applications of either how the claims are patentably distinct or why there are patentably indistinct claims filed in multiple applications) | 35 U.S.C. § 2(b) | 37 CFR 1.78(f)(2) |
| Listing of Commonly Owned Application and Patents 37 CFR 1.78(f) EFS-Web (explanations filed in certain non-provisional applications of either how the claims are patentably distinct or why there are patentably indistinct claims filed in multiple applications) | 35 U.S.C. § 2(b) | 37 CFR 1.78(f)(2) |
| Request for First-Action Interview (Pilot Program) | 35 U.S.C. § 2(b) | 37 CFR 1.133 |
| Petition to Make Special Based on Age for Advancement of Examination under 37 CFR 1.102(c)(1) | 35 U.S.C. § 2(b) | 37 CFR 1.102(c)(1) |
| Request for Streamlined Docketing Procedure | 35 U.S.C. §§ 2(b) and 111(a) | 37 CFR 1.173(d)(1) (proposed) and 1.138 |

## 2.    Needs and Uses

The Information Quality Guidelines from Section 515 of Public Law 106-554, Treasury and General Government Appropriations Act for Fiscal Year 2001, apply to this information collection and comply with all applicable information quality guidelines, i.e., OMB and specific operating unit guidelines.

This proposed collection of information will result in information that will be collected, maintained, and used in a way consistent with all applicable OMB and USPTO Information Quality Guidelines.

Table 2 outlines how this information is used by the public and by the USPTO:

**Table 2:  Needs and Uses for Patent Processing (Updating)**

| Form and Function | Form # | Needs and Uses |
|---|---|---|
| Information Disclosure Statements (Ref. A) | PTO/SB/08a/ 08b and EFS-Web | • Used by the applicant to meet the applicant's duty of disclosure under 37 CFR 1.56. <br> • Used by the USPTO when printing the patent document. |
| Transmittal Form (Ref. B) | PTO/SB/21 | • Used by the applicant to indicate what type of correspondence is being submitted. <br> • Used by the USPTO to determine the specific contents of the communication. <br> • Used by the USPTO to facilitate the routing of papers to the most appropriate USPTO locations. |
| Petitions for Extension of Time (Ref. C) | PTO/SB/22/23 | • Used by the applicant to request an extension of time. <br> • Used by the USPTO to determine whether the reason for requesting an extension is sufficient for granting it. <br> • Used by the USPTO to decide the correct fee, based upon the number of months of extension requested, and whether or not the applicant is entitled to small entity status. |

| Express Abandonment (Ref. D) | PTO/SB/24 | <ul><li>Used by the applicant to expressly abandon an application.</li><li>Used by the USPTO to determine whether the application is expressly abandoned.</li><li>Used by the USPTO to determine whether an application has been expressly abandoned in favor of a continuation or divisional application.</li></ul> |
|---|---|---|
| Petition for express abandonment to avoid publication under 37 CFR 1.138(c) (Ref. E) | PTO/SB/24A | <ul><li>Used by the applicant to expressly request abandonment of an application to avoid publication of the application.</li><li>Used by the USPTO to expressly abandon the application prior to its publication.</li></ul> |
| Disclaimers (Ref. F) | PTO/SB/25/26/43/62/63 | <ul><li>Used by the applicant or assignee to disclaim the entire term or part of a term of a patent or a patent to be granted.</li><li>Used by the USPTO to determine whether all owners have provided the required terminal disclaimer and to determine the length of the patent term to which the patentee is entitled.</li><li>Used by the Certificate of Corrections branch of the USPTO for determining whether regulatory compliance has been met, for recording the disclaimer, and for providing the disclaimer data for printing.</li></ul> |
| Request for Expedited Examination of a Design Application (Ref. G) | PTO/SB/27 | <ul><li>Used by the applicant to request expedited examination of a design application.</li><li>Used by the USPTO to ensure that all of the required information to expedite examination is provided and to process the request.</li></ul> |
| Notice of Appeal (Ref. H) | PTO/SB/31 | <ul><li>Used by the applicant to file a Notice of Appeal.</li><li>Used by the USPTO to ensure that applicants comply with regulations when filing a Notice of Appeal.</li></ul> |
| Information Disclosure Citation (Ref. I) | PTO/SB/42 | <ul><li>Informs the patent owner and the public that the patents or printed publications cited are in existence.</li><li>Used by the examiner in subsequent reissue or reexamination proceedings.</li></ul> |
| Petitions to Revive Unintentionally or Unavoidably Abandoned Applications (Ref. J) | PTO/SB/61/64 | <ul><li>Used by the applicant to request that applications that were unintentionally or unavoidably abandoned be revived.</li><li>Used by the USPTO to ensure that applicants have included all the proper documentation and fees necessary to revive an unintentionally or unavoidably abandoned application.</li></ul> |
| Petition for Revival of an Application for Patent Abandoned for Failure to Notify the Office of a Foreign or International Filing (Ref. K) | PTO/SB/64a | <ul><li>Used by the applicant to revive an application for patent abandoned for failure to timely notify the office of a foreign or international filing.</li><li>Used by the USPTO to revive an application for patent abandoned for failure to timely notify the office of a foreign or international filing.</li></ul> |
| Requests to Access, Inspect and Copy (Ref. L) | PTO/SB/67/68 | <ul><li>Used by the public to request permission to inspect and/or make copies in accordance with regulations.</li><li>Ensures that applications are maintained in confidence in accordance with regulations.</li><li>Used by the USPTO to determine that the persons requesting permission to inspect and/or make copies are authorized to do so.</li><li>Used by the USPTO to verify that the application requested is abandoned and that it has been referred to in the referenced U.S. patent.</li></ul> |
| Deposit Account Order Form (Ref. M) | PTO/SB/91 | <ul><li>Used by the public to order goods or services using an established deposit account.</li><li>Used by the USPTO to process orders for articles or services, and to identify the deposit account to which an order should be charged.</li></ul> |

| Certificate of Mailing/Transmission (Ref. N) | PTO/SB/92/97 | • Used by the applicant as evidence of the date for replies to actions by the USPTO.<br>• Used by the USPTO to determine the timeliness of replies by an applicant to actions by the USPTO. |
|---|---|---|
| Statement under 37 CFR 3.73(b) (Ref. O) | PTO/SB/96 | • Used by the applicant to show that this person has their authority to take actions on their behalf.<br>• Used by the USPTO to determine that the person signing has authority to take action on behalf of an assignee. |
| Non-publication Request (Ref. P) | PTO/SB/35 | • Used by the applicant to request that the USPTO not publish the application under 37 U.S.C. § 122(b).<br>• Used by the USPTO to determine whether the application should be published under 35 U.S.C § 122(b). |
| Notice of Rescission of Previous Non-publication Request (35 U.S.C. § 122 (b)(2)(B)(ii)) and, if applicable, Notice of Foreign Filing (35 U.S.C. § 122 (b)(2)(B)(iii)) (Ref. Q) | PTO/SB/36 | • Used by the applicant to rescind a previously filed request that the USPTO not publish the application under 35 U.S.C. § 122 (b)(2)(B)(ii).<br>• Used by the applicant to provide notice of a foreign or international filing required by 35 U.S.C. § 122 (b)(2)(B)(iii).<br>• Used by the USPTO to determine that the application is subject to eighteen-month publication. |
| Electronic filing system (EFS) copy of application for publication (Ref. R) | Electronic form via EFS | • Used by the applicant to obtain publication of a version of the application different from the application as initially submitted to the USPTO.<br>• Used by the applicant to request publication of an application earlier than as provided for by eighteen-month publication or of an application that is not subject to eighteen-month publication.<br>• Used by the USPTO to create a publication document as part of the USPTO's publication of the application. |
| Copy of file content showing redactions | No Form | • Used by the applicant to show redactions to USPTO actions/notices and the applicant's replies.<br>• Used by the USPTO to confirm what redactions are made to the copy of application file content that is provided to the public. |
| Copy of Applicant or Patentee's Record of the Application (including copies of the correspondence, list of the correspondence, and statements verifying whether the record is complete or not)<br>  Notice Under 37 CFR 1.251 – Pending Application (Ref. S )<br>  Notice Under 37 CFR 1.251 – Abandoned Application (Ref. T)<br>  Notice Under 37 CFR 1.251 – Patent (Ref. U) | <br><br><br><br><br>PTO-2053-A/B<br><br>PTO-2054-A/B<br><br>PTO-2055-A/B | • Used by the applicant to assist the USPTO in reconstructing a current copy of a missing patent or application file.<br>• Used by the USPTO to notify the applicant that the application or patent file is unlocatable and to request a copy of the applicant's or patentee's record of the application or patent file (including copies of the correspondence, list of the correspondence, and statements verifying whether the record is complete or not) in order to reconstruct the file of an unlocatable application or patent. |
| Request for Continued Examination (RCE) (Ref. V) | PTO/SB/30 | • Used by the applicant to request continued examination of a previously submitted application.<br>• Used by the USPTO to process and initiate continued examination of a previously submitted application. |
| Request for Continued Examination (RCE) EFS-Web (Ref. W) | PTO/SB/30EFS | • Used by the applicant to request continued examination of a previously submitted application.<br>• Used by the USPTO to process and initiate continued examination of a previously submitted application. |
| Request for Oral Hearing Before the Board of Patent Appeals and Interferences (Ref. X) | PTO/SB/32 | • Used by the applicant to file a written request in a separate paper for an oral hearing before the Board.<br>• Used by the USPTO to process and consider the request for an oral appeal hearing. |

| | | |
|---|---|---|
| Request for Deferral of Examination 37 CFR 1.103(d) (Ref. Y) | PTO/SB/37 | • Used by the applicant to request deferred examination of a patent application for up to three years from the earliest filing date for which a benefit is claimed.<br>• Used by the USPTO to process and consider this request for deferral of examination. |
| Request for Voluntary Publication or Republication | EFS-Web Only | • Voluntary Publication: Used by the applicant to request publication of an application filed prior to November 29, 2000.<br>• Republication: Used by the applicant to correct prior application publications containing material errors caused by the USPTO, or to correct other data, such as claims that previously published as part of an application publication.<br>• Used by the USPTO to publish an application filed prior to November 29, 2000, or to correct prior application publication errors. |
| Applicant Initiated Interview Request Form (Ref. Z) | PTOL/413A | • Used by the applicant to request an interview.<br>• Used by the applicant to assist in the preparation of a written record of the interview.<br>• Used by the USPTO to allow the examiner to prepare in advance for an applicant initiated interview.<br>• Used by the USPTO to allow the examiner to focus on the issued to be discussed in the applicant initiated interview.<br>• Used by the USPTO to identify whether agreement has been reached. |
| Petition for Request for Documents in a Form Other Than That Provided by 1.19 | No Form | • Used by the applicant to obtain copies of documents that have been submitted in a form other than provided for by the rules of practice.<br>• Used by the USPTO to provide copies of documents that have been submitted in a form other than provided for by the rules of practice. |
| Petitions under 37 CFR 1.17(f) include:<br>Petition to Accord a Filing Date under 1.57(a)<br>Petition to Accord a Filing Date under 1.153(d)<br>Petition for Decision on a Question Not Specifically Provided For<br>Petition to Suspend the Rules | No Form | • Used by the applicant to request agreement to a filing date.<br>• Used by the applicant to request a decision on a question not specifically provided for.<br>• Used by the applicant to ask for suspension of the rules.<br>• Used by the USPTO to agree to a filing date.<br>• Used by the USPTO to grant a decision on a question not specifically provided for.<br>• Used by the USPTO to agree to a suspension of the rules. |
| Petitions under 37 CFR 1.17(g) include:<br>Petition to Access an Assignment Record<br>Petition for Access to an Application<br>Petition for Expungement and Return of Information<br>Petition to Suspend Action in an Application | No Form | • Used by the applicant to request access to an assignment record.<br>• Used by the applicant to request access to an application.<br>• Used by the applicant to request expungement and return of information.<br>• Used by the applicant to request to suspend action in an application.<br>• Used by the USPTO to grant access to an assignment record.<br>• Used by the USPTO to grant access to an application.<br>• Used by the USPTO to expunge and return information.<br>• Used by the USPTO to suspend action on an application. |
| Petitions under 37 CFR 1.17(h) include:<br>Petition for Accepting Color Drawings or Photographs<br>Petition for Entry of a Model or Exhibit<br>Petition to Withdraw an Application from Issue<br>Petition to Defer Issuance of a Patent | No Form | • Used by an applicant to submit color drawings or photographs.<br>• Used by an applicant to submit a model or exhibit.<br>• Used by an applicant to request withdrawal of an application from issue.<br>• Used by an applicant to request permission to defer issuance of a patent.<br>• Used by an applicant to accept color drawings or photographs from an applicant.<br>• Used by the USPTO to accept a model or exhibit.<br>• Used by the USPTO to withdraw an application from issue.<br>• Used by the USPTO to defer issuance of a patent. |

| Request for Processing of Replacement Drawings to Include the Drawings in Any Patent Application Publication | No Form | • Used by applicants to request replacement drawings to be included as the drawings in any patent application publication.<br>• Used by the USPTO to process replacement drawings to be included as the drawings in any patent application publication. |
|---|---|---|
| Processing Fee under 37 CFR 1.17(i) Transmittal<br>(Ref. AA) | PTO/SB/17i | • Used by the applicant to identify the proper fee, and thus reduce the potential for any additional work due to mistakes in payment.<br>• Used by the USPTO to process the appropriate fees. |
| Petition Fee under 37 CFR 1.17(f), (g) and (h) Transmittal<br>(Ref. BB) | PTO/SB/17P | • Used by the applicant to identify the proper fee, and thus reduce the potential for any additional work due to mistakes in payment.<br>• Used by the USPTO to process the appropriate fees. |
| Request to Retrieve Electronic Priority Application(s) under 37 CFR 1.55(d)<br>(Ref. CC) | PTO/SB/38 | • Used by the applicant to request that the USPTO retrieve priority documents from the other participating intellectual property offices.<br>• Used by the USPTO to retrieve priority documents from the other participating intellectual property offices. |
| Authorization for Permit Access to Application by Participating Offices under 37 CFR 1.14(h)<br>(Ref. DD) | PTO/SB/39 | • Used by the applicant to authorize the USPTO to release confidential documents to other participating intellectual property offices that are important to the prosecution of the patent application.<br>• Used by the USPTO to properly release confidential documents to other participating intellectual property offices that are important to the prosecution of the patent application. |
| Petition for Express Abandonment to Obtain a Refund<br>(Ref. EE) | PTO/SB/24B | • Used by the applicant to expressly abandon the application for a refund of the search fee if recognized by an appropriate USPTO official prior to examination of the application.<br>• Used by the USPTO to expressly abandon the application and to refund the search fee to the applicant if recognized by an appropriate USPTO official prior to examination of the application. |
| Pre-Appeal Brief Request for Review<br>(Ref. FF) | PTO/SB/33 | • Used by the applicant to request that a panel of examiners formally review the basis of the rejections in their application prior to filing an appeal brief.<br>• Used by the USPTO to determine whether an appeal should be maintained. |
| Request for Corrected Filing Receipt | No Form | • Used by the applicant to request a corrected filing receipt.<br>• Used by the USPTO to correct errors in application data. |
| Request for Corrected Filing Receipt (electronic) | No Form (possibly capable through private PAIR) | • Used by the applicant to electronically request a corrected filing receipt.<br>• Used by the USPTO to correct errors in application data. |
| Petition to Make Special under Accelerated Examination Program<br>(Ref. GG) | PTO/SB/28 EFS-Web Only | • Used by the applicant to assist in meeting the requirements necessary to request accelerated examination.<br>• Used by the applicant to increase the likelihood of a filing of a grantable application.<br>• Used by the USPTO to assist in the expeditious processing of the petitions to make special. |
| Examination Support Document Transmittal<br>(examination support document filed in certain non-provisional applications covering the independent claims and the designated dependent claims)<br>(Ref. HH) | PTO/SB/216 | • Used by the applicant to prepare a schedule of claims that are patentable (i.e., novel and non-obvious) over the prior art, and to explain how the claims are patentable over the prior art.<br>• Used by the USPTO in determining whether the claims are patentable over the prior art. |

| | | |
|---|---|---|
| Examination Support Document Listing of References 37 CFR 1.265(c) (examination support document filed in certain non-provisional applications covering the independent claims and the designated dependent claims) (Ref. II) | PTO/SB/211 | • Used by the applicant to prepare a schedule of claims that are patentable (i.e., novel and non-obvious) over the prior art, and to explain how the claims are patentable over the prior art.<br>• Used by the USPTO in determining whether the claims are patentable over the prior art. |
| Petition for a second continuation or continuation-in-part application showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the prior-filed application (proposed 37 CFR 1.78(d)(1)(iv)) | No Form | • Used by the applicant to explain how the continuation or continuation-in-part application is a bona fide attempt to advance the application to final agency action.<br>• Used by the USPTO to determine whether the continuation or continuation-in-part application is a bona fide attempt to advance the application to final agency action or is simply being filed to delay examination. |
| Petition for a second request for continued examination showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the application (proposed 37 CFR 1.114(f)) | No Form | • Used by the applicant to explain how the request for continued examination is a bona fide attempt to advance the application to final agency action.<br>• Used by the USPTO to determine whether the request for continued examination is a bona fide attempt to advance the application to final agency action or is simply being filed to delay examination. |
| Listing of Commonly Owned Applications and Patents 37 CFR 1.78(f) (explanations filed in certain non-provisional applications of either how the claims are patentably distinct or why there are patentably indistinct claims filed in multiple applications) (Ref. JJ) | PTO/SB/206 | • Used by the applicant to explain, when multiple applications have been filed on the same day, whether the applications contain only patentably distinct claims or why there are patentably indistinct claims filed in multiple applications.<br>• Used by the USPTO to determine whether double patenting exists and whether the applications should be merged. |
| Listing of Commonly Owned Applications and Patents 37 CFR 1.78(f) EFS-Web (explanations filed in certain non-provisional applications of either how the claims are patentably distinct or why there are patentably indistinct claims filed in multiple applications) (Ref. KK) | PTO/SB/206 EFS-Web | • Used by the applicant to explain, when multiple applications have been filed on the same day, whether the applications contain only patentably distinct claims or why there are patentably indistinct claims filed in multiple applications.<br>• Used by the USPTO to determine whether double patenting exists and whether the applications should be merged. |
| Request for First-Action Interview (Pilot Program) (Ref. LL) | PTOL-413C EFS-Web Only | • Used by the applicant to request a first-action interview prior to the first Office action on the merits to advance prosecution of the application.<br>• Used by the USPTO to grant advancement of examination for the first Office action on the merits. |
| Petition to Make Special Based on Age for Advancement of Examination under 37 CFR 1.102(c)(1) (Ref. MM) | PTO/SB/130 EFS-Web Only | • Used by the applicant to petition that an application be made special for advancement of examination by showing that the applicant is 65 year of age, or more.<br>• Used by the USPTO to assist in the expeditious processing of the petition to make special based on age. |
| Request for Streamlined Docketing Procedure (Ref. NN) | PTO/SB/201 | • Used by the applicant to request a continuation application from a prior-filed application under a final Office action or under appeal.<br>• Used by the USPTO to enable the resulting continuation application to be placed on the examiner's New Special docket. |

## 3.    Use of Information Technology

Generally, the USPTO does not use automated, electronic, mechanical, or other technologies to collect information for this collection. The USPTO allows applicants to use an electronic signature, which is consistent with international standards for

electronic signatures, for patent application and reexamination proceeding documents created with a word processor as well as the fillable forms that can be accessed through the USPTO website.

The USPTO's new web-based electronic filing system, EFS-Web, became available to the public on March 17, 2006. EFS-Web allows customers to file applications and associated documents through their standard web browser and does not require any significant client-side components. EFS-Web permits most patent applications and other patent-related documents to be submitted in portable document file (PDF) format. Accordingly, EFS-Web enables users to streamline processing and filing of patent correspondence, and to better integrate electronic filing into their current computer systems. EFS-Web offers many potential benefits to filers, including form validation to ensure that all required information has been included, immediate notification that a submission has been received, automated processing of requests, and avoidance of postage or other paper delivery costs.

Correspondence officially submitted via EFS-Web is accorded a "receipt date," which is the date the correspondence was received by the USPTO. After a successful submission, an acknowledgement receipt contains the receipt date, the time the correspondence was received at the USPTO, and a full listing of the correspondence submitted.

The USPTO provides restricted Internet access to patent application status for applicants and their designated representatives through the Patent Application Information Retrieval (PAIR) system, which is available at the USPTO website. PAIR provides USPTO customers with secure and immediate access to up-to-date application status and history information by the use of digital certificates, which maintain the confidentiality of the information transmitted electronically over the Internet. In addition to being sent to the customer, acknowledgement receipts for EFS-Web submissions will also be available in PAIR. The USPTO does not intend to disseminate any confidential application information to the general public electronically through PAIR or any other means. However, the general public may use PAIR to access non-private information regarding published applications and granted patents.

## 4.    Efforts to Identify Duplication

This information is collected during the pendency of a patent application. It does not duplicate information or collection of data found elsewhere.

## 5.    Minimizing the Burden to Small Entities

No significant impact is placed on small entities. Small entities simply need to identify themselves as such to obtain the benefits of small entity status.

Pursuant to 35 U.S.C. § 41(h)(1), the USPTO provides a fifty percent (50%) reduction in the fees charged under 35 U.S.C. § 41(a) and (b) for small entities. The USPTO's