# EXHIBIT 27



**UNITED STATES PATENT AND TRADEMARK OFFICE**

OFFICE OF THE CHIEF INFORMATION OFFICER

December 22, 2005

Memorandum

To: David Rostker, Desk Officer
Office of Information and Regulatory Affairs
Office of Management and Budget

From: Susan K. Brown, Records Officer
Office of Data Architecture and Services
Data Administration Division

Subject: Submission of a proposed addition of a currently approved collection

We are submitting information collection package 0651-0031 Patent Processing (Updating), for OMB's consideration in accordance with your guidelines for revisions of existing information collections. This package is being submitted in support of a notice of proposed rulemaking, "Changes to Practice for the Examination of Claims in Patent Applications" (RIN 0651-AB94) and a notice of proposed rulemaking "Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims" (RIN 0651-AB93), which will be forwarded to the *Federal Register* for publication.

**ABSTRACT**

This information is required by 35 U.S.C. § 101 et seq. and administered by the United States Patent and Trademark Office (USPTO) through various sections of the rules of practice in 37 CFR Part 1. The changes being proposed by the USPTO will allow the USPTO to apply the patent examining resources currently absorbed by applications containing an excessive number of claims and multiple continuing applications and requests for continued examination that simply recycle earlier applications to the examination of new applications and thus allow the USPTO to reduce the backlog of unexamined applications. The changes being proposed will mean faster, more efficient examination for the typical applicant without any additional work on the applicant's part, but a small minority of applicants who consume a disproportionate share of USPTO resources will be required to share the burden they place on the agency.

Thank you for your ongoing support.

Attachment