# EXHIBIT 28

View ICR

Page 1 of 1

# ROCIS PRA

Agenda/Regs    PRA    Logout

Inbox ▷ Request ▷ ICR Package ▷ History ▷ Search ▷ Report

ICR Package->Concluded ICR Package->ICR Data

Display additional information by clicking on the following: ☑ All ☑ Brief and OIRA conclusion
☑ Abstract/Justification ☑ Legal Statutes ☑ Rulemaking ☑ FR Notices/Comments ☑ IC List ☑ Burden ☑ Misc. ☑ Certification
View Information Collection (IC) List    View Supporting Statement and Other Documents

## View ICR - OIRA Conclusion

**OMB Control No:** 0651-0031    **ICR Reference No:** 200703-0651-001
**Status:** Active    **Previous ICR Reference No:** 200606-0651-001
**Agency/Subagency:** DOC/PTO    **Agency Tracking No:**
**Title:** Patent Processing (Updating)
**Type of Information Collection:** No material or nonsubstantive change to a currently approved collection
**Type of Review Request:** Regular    **Conclusion Date:** 03/30/2007
**OIRA Conclusion Action:** Approved without change    **Date Received in OIRA:** 03/13/2007
Retrieve Notice of Action (NOA)
**Terms of Clearance:**

|  | Inventory as of this action | Requested | Previously Approved |
|---|---|---|---|
| Expiration Date | 09/30/2007 | 09/2007 | 09/30/2007 |
| Responses | 2,508,139 | 2,508,139 | 2,508,239 |
| Time Burden (Hours) | 3,724,791 | 3,724,791 | 3,527,991 |
| Cost Burden (Dollars) | 114,723,256 | 114,723,256 | 117,603,000 |

**Abstract:** This collection of information is required by 35 U.S.C. sec. 101 et.seq. and is administered through 37 CFR Part 1. During the pendency of a patent application or the period of enforceability of a patent, situations arise that require collection of information for the USPTO to further process the patent or application. This information can be used by the USPTO to continue the processing of the patent or application or to ensure that applicants are complying with the patent regulations. The USPTO is submitting this collection in support of a notice of proposed rulemaking. "Changes to Information Disclosure profit

9/26/2007

A08209