# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| **TRIANTAFYLLOS TAFAS,** | : |
| Plaintiff, | : |
| v. | : 1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

### CONSOLIDATED WITH

|  |  |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** d/b/a **GLAXOSMITHKLINE, et al.,** | : |
| Plaintiffs, | : |
| v. | : 1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

### ORDER

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

**ORDERED** that Plaintiff GlaxoSmithKline's Motion for Entry of an Order Requiring Defendants to Submit a Privilege Log is **GRANTED**.

1

On or before _____, Defendants shall serve a privilege log (or "Vaughn Index") of materials withheld from the administrative record filed herein (No. 1:07cv846, Docket #22), containing the following information (in tabular form, on letter-size paper, in landscape format):

- A. An index number;
- B. Any identifying (or "Bates") number from the Administrative Record;
- C. The author(s) and recipient(s);
- D. The privilege or protection claimed;
- E. Whether the entire document, or some identified portion thereof, should be shielded from disclosure; and
- F. A description of the document (*i.e.*, date, subject matter, content, and context) that, without revealing privileged or protected information, establishes the basis for the privilege or protection claimed and enables other parties and the Court to assess the applicability of the privilege or protection.

Counsel must sign and certify the accuracy of the log, and an affidavit or declaration may be submitted to substantiate any information not known by counsel or verifiable from the face of each document.

Entered this \_\_\_\_ day of November 2007.

Alexandria, Virginia

_____
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge