# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:07cv846 (JCC/TRJ) |
| : | |
| **JON W. DUDAS, et al.,** : | |
| : | |
| Defendants. : | |

**CONSOLIDATED WITH**

| | |
|---|---|
| **SMITHKLINE BEECHAM** : | |
| **CORPORATION,** : | |
| **d/b/a GLAXOSMITHKLINE, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | 1:07cv1008 (JCC/TRJ) |
| : | |
| **JON W. DUDAS, et al.,** : | |
| : | |
| Defendants. : | |

## NOTICE OF HEARING

Please take notice that on Tuesday, November 27, 2007, at 10:00 a.m., at a time specially set by the Court, Plaintiffs SmithKline Beecham plc, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and Glaxo Group, Limited d/b/a GlaxoSmithKline (collectively referred to as "GSK") will move the Court for an order pursuant to Rule 26(b)(5) requiring Defendants to prepare and submit a privilege log (or "Vaughn Index") of materials withheld from the administrative record filed herein (No. 1:07cv846, Docket # 22).

1

Date:   November 19, 2007        Respectfully submitted,
                                                      /s/
                                          Craig C. Reilly VSB # 20942
                                          RICHARDS MCGETTIGAN REILLY & WEST, P.C.
                                          1725 Duke Street, Suite 600
                                          Alexandria, Virginia 22314
                                          Tel:    (703) 549-5353
                                          Email: craig.reilly@rmrwlaw.com
                                          Fax:    (703) 683-2941
                                          *Counsel for Plaintiffs*

                                          *Of Counsel for Plaintiffs:*
                                          John M. Desmarais
                                          Peter J. Armenio
                                          KIRKLAND & ELLIS LLP
                                          Citigroup Center
                                          153 East 53rd Street
                                          New York, New York 10022
                                          Tel:    (212) 446-4800

                                          F. Christopher Mizzo
                                          Jeffrey Bossert Clark
                                          D. Sean Trainor VSB # 43260
                                          KIRKLAND & ELLIS LLP
                                          655 15th Street, N.W.
                                          Washington, D.C. 20005
                                          Tel:    (202) 879-5000


                                          **ATTORNEYS FOR PLAINTIFFS**
                                          **SmithKline Beecham Corporation d/b/a**
                                          **GlaxoSmithKline, SmithKline Beecham plc, and**
                                          **Glaxo Group Limited d/b/a GlaxoSmithKline**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the foregoing pleading was filed electronically this 19th day of November 2007 using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

    CHUCK ROSENBERG
    UNITED STATES ATTORNEY
    Lauren A. Wetzler
    R. Joseph Sher
    Andrew Price
    Assistant United States Attorneys
    Justin W. Williams United States Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Lauren.Wetzler@usdoj.gov
    *Counsel for All Defendants*

    Joseph D. Wilson, Esq.
    KELLY DRYE & WARREN LLP
    3050 K Street, NW, Suite 400
    Washington, DC 20007-5108
    jwilson@kelleydrye.com
    *Counsel for Plaintiff Triantafyllos Tafas (# 1:07cv846)*

    Rebecca Malkin Carr
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    2300 N St NW
    Washington, DC 20037
    rebecca.carr@pillsburylaw.com
     and
    Scott J. Pivnick
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    1650 Tysons Boulevard
    McLean, Virginia 22102-4856
    Scott.pivnick@pillsburylaw.com
    *Counsel for Amicus Elan Pharmaceuticals, Inc.*

    James Murphy Dowd
    WILMER CUTLER PICKERING HALE & DORR LLP
    1455 Pennsylvania Ave NW
    Washington, DC 20004
    james.dowd@wilmerhale.com
    *Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Dawn-Marie Bey
KIRKPATRICK STOCKTON LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005
dbey@kslaw.com
*Counsel for Amici Hexas, LLC, The Roskamp Institute, and
     Tikvah Therapeutics, Inc.*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Amicus Biotechnology Industry Organization*

Thomas J. O'Brien (VA Bar 23628)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 739-5186 (phone)
(202) 739-3001 (fax)
to'brien@morganlewis.com
*Attorneys for Amicus Curae*
*American Intellectual Property Law Association*

/s/
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
TEL:    (703) 549-5353
EMAIL: craig.reilly@rmrwlaw.com
fax:    (703) 683-2941
*Counsel for GSK plaintiffs (# 1:07cv1008)*