# DEFENDANTS' EXHIBIT 1

Dockets.Justia.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
------------------------------:
                              :
TRIANTAFYLLOS TAFAS,          :
            Plaintiff,        :
                              :
 -vs-                         :    Case No. 1:07-cv-846
                              :
                              :
JON W. DUDAS, et al.,         :
            Defendants.       :
                              :
------------------------------:
```

HEARING ON MOTIONS

November 16, 2007

BEFORE:   T. Rawles Jones, Jr., Magistrate Judge

APPEARANCES:

James E. Nealon, Joseph D. Wilson or Steven J. Moore,
Counsel for the Plaintiff

Lauren A. Wetzler, Ralph A. Price, Jr. and R. Joseph Sher,
Counsel for the Defendant

John Desmarais, F. Christopher Mizzo and Michael McGettigan,
Counsel for SKB Corp.

46

```
 1   privilege log issue briefed more thoroughly.
 2           And, Mr. Nealon, I don't need lengthy briefs.
 3           MR. NEALON:  Sure.
 4           THE COURT:  But I need to see the cases and I need a
 5   succinct statement of your positions on what I will call the
 6   privilege log issue.
 7           I would like something from plaintiffs by close of
 8   business Monday.
 9           And I would like something from defendants by close
10   of business Tuesday.
11           I saw you raise your eyebrow, Ms. Wetzler.  Is that
12   a problem?  And you already, you already know what they are
13   going to say.
14           MS. WETZLER:  We do.  We simply don't know what, I
15   couldn't get down quickly the cases for the privilege log.  If
16   it is confined to the privilege log, that shouldn't be a
17   problem.  But if it is more broad, then that might be
18   difficult.
19           THE COURT:  That's the only thing that I need
20   immediate supplemental briefing on.
21           Mr. Nealon, if you want to file a supplemental
22   memorandum, a brief supplemental memorandum on any other
23   aspect of the present dispute, you can do that by Tuesday.
24   And defendants can respond by the close of business on Monday,
25   the 26th.
```