# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

|  |  |
|---|---|
| **TRIANTAFYLLOS TAFAS,** | : |
| Plaintiff, | : |
| v. | : 1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## CONSOLIDATED WITH

|  |  |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, et al.,** | : |
| Plaintiffs, | : |
| v. | : 1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## ORDER

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

**ORDERED** that Plaintiff GlaxoSmithKline's ("GSK's") motion to compel seeking limited discovery from the Defendants to complete the Administrative Record is **GRANTED**, and Defendants shall respond as follows:

1

Dockets.Justia.com

1. Defendants shall respond to GSK's Requests for Production of Documents and Things to Defendants, which are attached as Exhibit A to GSK's Memorandum in Support of its Motion to Compel and produce the documents requested therein.

2. Defendants shall respond to GSK's Requests for Interrogatories to Defendants, which are attached as Exhibit B to GSK's Memorandum in Support of its Motion to Compel.

3. This discovery shall be served by hand on or before December 14, 2007.

Entered this _____ day of November 2007.

Alexandria, Virginia

_____
Hon. Thomas Rawles Jones, Jr.
United States Magistrate Judge