# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,** | : |
| Plaintiff, | : |
| v. | :    1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## CONSOLIDATED WITH

| | |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, et al.,** | : |
| Plaintiffs, | : |
| v. | :    1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## NOTICE OF HEARING

Please take notice that on Tuesday, November 27, 2007, at 10:00 a.m., at a time specially set by the Court, Plaintiffs SmithKline Beecham plc, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and Glaxo Group, Limited d/b/a GlaxoSmithKline (collectively referred to as "GSK") will move the Court for an order compelling Defendants to produce additional documents to complete the administrative record filed herein (No. 1:07cv846, Docket # 22).

1

Date:   November 20, 2007          Respectfully submitted,
                                   /s/
                                   ———————————————
                                   Craig C. Reilly VSB # 20942
                                   RICHARDS MCGETTIGAN REILLY & WEST, P.C.
                                   1725 Duke Street, Suite 600
                                   Alexandria, Virginia 22314
                                   Tel:    (703) 549-5353
                                   Email: craig.reilly@rmrwlaw.com
                                   Fax:    (703) 683-2941
                                   *Counsel for Plaintiffs*

                                   *Of Counsel for Plaintiffs:*
                                   John M. Desmarais
                                   Peter J. Armenio
                                   KIRKLAND & ELLIS LLP
                                   Citigroup Center
                                   153 East 53rd Street
                                   New York, New York 10022
                                   Tel:    (212) 446-4800

                                   F. Christopher Mizzo
                                   Jeffrey Bossert Clark
                                   D. Sean Trainor VSB # 43260
                                   KIRKLAND & ELLIS LLP
                                   655 15th Street, N.W.
                                   Washington, D.C. 20005
                                   Tel:    (202) 879-5000


                                   **ATTORNEYS FOR PLAINTIFFS**
                                   **SmithKline Beecham Corporation d/b/a**
                                   **GlaxoSmithKline, SmithKline Beecham plc, and**
                                   **Glaxo Group Limited d/b/a GlaxoSmithKline**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was filed electronically this 20th day of November 2007 using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

CHUCK ROSENBERG
UNITED STATES ATTORNEY
Lauren A. Wetzler
R. Joseph Sher
Andrew Price
Assistant United States Attorneys
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Lauren.Wetzler@usdoj.gov
*Counsel for All Defendants*

Joseph D. Wilson, Esq.
KELLY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007-5108
jwilson@kelleydrye.com
*Counsel for Plaintiff Triantafyllos Tafas (# 1:07cv846)*

Rebecca Malkin Carr
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N St NW
Washington, DC 20037
rebecca.carr@pillsburylaw.com
    *and*
Scott J. Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com
*Counsel for Amicus Elan Pharmaceuticals, Inc.*

James Murphy Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com
*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Dawn-Marie Bey
KIRKPATRICK STOCKTON LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005
dbey@kslaw.com
*Counsel for Amici Hexas, LLC, The Roskamp Institute, and
    Tikvah Therapeutics, Inc.*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Amicus Biotechnology Industry Organization*

Thomas J. O'Brien (VA Bar 23628)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 739-5186 (phone)
(202) 739-3001 (fax)
to'brien@morganlewis.com
*Attorneys for Amicus Curae*
*American Intellectual Property Law Association*

/s/
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
TEL:    (703) 549-5353
EMAIL: craig.reilly@rmrwlaw.com
fax:    (703) 683-2941
*Counsel for GSK plaintiffs (# 1:07cv1008)*

4