# EXHIBIT C

**Bahr, Robert**

| | |
|---|---|
| From: | Brown, Peter Toby |
| Sent: | Wednesday, February 09, 2005 9:17 AM |
| To: | Bahr, Robert |
| Cc: | Hunter, Daniel |
| Subject: | RE: Re-Work Stats |

This is the original file (run about a month ago). I'm rerunning today (hopefully I'm using the same query to update it as we have about 9 different queries like this), but in reality, the percentages should not change much for FY05. For the record, I'm only updating FY05.

T



FAOM Rework by
TC Group.xls

-----Original Message-----
| | |
|---|---|
| From: | Bahr, Robert |
| Sent: | Wednesday, February 09, 2005 09:13 |
| To: | Brown, Peter Toby |
| Cc: | Hunter, Daniel |
| Subject: | Re-Work Stats |

When you get the "re-work" stats dan requested, could you copy me as well? Thanks

1

A03531

| TC | TC Group | 1st FAOM (No CON-CIP Parent) | 2000 CPA-RCE FAOMs | 1st FAOMS - CON-CIP Parent | 1st FAOM (No CON-CIP Parent) | 2001 CPA-RCE FAOMs |
|---|---|---|---|---|---|---|
| 1600 | 1610 | 4208 | 1008 | 983 | 4593 | 1119 |
| 1600 | 1620 | 5136 | 979 | 922 | 5688 | 1017 |
| 1600 | 1630 | 2940 | 803 | 902 | 3058 | 1133 |
| 1600 | 1640 | 2911 | 1277 | 779 | 3078 | 1255 |
| 1600 | 1650 | 3019 | 648 | 805 | 2773 | 727 |
| 1600 | 1660 | 445 | 24 | 3 | 1136 | 14 |
| 1700 | 1710 | 4573 | 1002 | 703 | 4786 | 951 |
| 1700 | 1720 | 4095 | 493 | 516 | 3867 | 487 |
| 1700 | 1730 | 2912 | 633 | 390 | 3015 | 644 |
| 1700 | 1740 | 5318 | 712 | 692 | 5241 | 897 |
| 1700 | 1750 | 5597 | 1135 | 711 | 4702 | 1178 |
| 1700 | 1760 | 4983 | 1100 | 689 | 4292 | 1313 |
| 1700 | 1770 | 3977 | 674 | 499 | 3530 | 919 |
| 2100 | 2110 | 7 | 6 | 1 | 11 | 6 |
| 2100 | 2120 | 1308 | 360 | 225 | 1487 | 356 |
| 2100 | 2130 | 1050 | 246 | 197 | 996 | 301 |
| 2100 | 2140 | 98 | 27 | 8 | 121 | 71 |
| 2100 | 2150 | 1712 | 670 | 229 | 1357 | 722 |
| 2100 | 2160 | 480 | 155 | 84 | 218 | 97 |
| 2100 | 2170 | 1770 | 627 | 273 | 1959 | 671 |
| 2100 | 2180 | 3274 | 696 | 407 | 2259 | 585 |
| 2600 | 2610 | 1916 | 804 | 234 | 1804 | 761 |
| 2600 | 2620 | 2163 | 873 | 227 | 1457 | 862 |
| 2600 | 2630 | 3161 | 397 | 397 | 2955 | 473 |
| 2600 | 2640 | 2150 | 570 | 312 | 2023 | 590 |
| 2600 | 2650 | 2211 | 474 | 243 | 2412 | 591 |
| 2600 | 2660 | 1990 | 461 | 299 | 2167 | 523 |
| 2600 | 2670 | 2158 | 535 | 310 | 2067 | 756 |
| 2600 | 2680 | 2273 | 527 | 255 | 2020 | 620 |
| 2800 | 2810 | 10336 | 1832 | 801 | 10913 | 2030 |
| 2800 | 2820 | 5395 | 671 | 483 | 6336 | 1116 |
| 2800 | 2830 | 9645 | 1175 | 766 | 9481 | 1319 |
| 2800 | 2840 | 484 | 85 | 46 | 723 | 121 |
| 2800 | 2850 | 7229 | 1197 | 651 | 7858 | 1248 |
| 2800 | 2860 | 1546 | 238 | 129 | 1630 | 235 |
| 2800 | 2870 | 8425 | 1008 | 940 | 8215 | 1141 |
| 2800 | 2880 | 631 | 80 | 96 | 1527 | 104 |
| 3600 | 3610 | 6026 | 483 | 511 | 5562 | 585 |
| 3600 | 3620 | 4696 | 538 | 563 | 4618 | 824 |
| 3600 | 3630 | 4247 | 468 | 506 | 4839 | 403 |
| 3600 | 3640 | 2246 | 231 | 307 | 2612 | 249 |
| 3600 | 3650 | 2985 | 305 | 270 | 2900 | 311 |
| 3600 | 3660 | 2025 | 279 | 237 | 2396 | 303 |
| 3600 | 3670 | 2246 | 188 | 301 | 2925 | 289 |
| 3600 | 3680 | 1896 | 216 | 129 | 2091 | 199 |
| 3700 | 3710 | 2632 | 248 | 359 | 2561 | 338 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3700 | 3720 | | 9938 | 1434 | 1117 | | 8165 | 1532 |
| 3700 | 3730 | | 4699 | 835 | 1249 | | 3985 | 797 |
| 3700 | 3740 | | 9642 | 557 | 793 | | 8194 | 679 |
| 3700 | 3750 | | 4357 | 312 | 428 | | 3946 | 455 |
| 3700 | 3760 | | 3726 | 692 | 783 | | 4328 | 837 |

A03533

| 1st FAOMS - CON-CIP Parent | 2002 1st FAOM (No CON-CIP Parent) | CPA-RCE FAOMs | 1st FAOMS - CON-CIP Parent | 2003 1st FAOM (No CON-CIP Parent) | CPA-RCE FAOMs | 1st FAOMS - CON-CIP Parent |
|---|---|---|---|---|---|---|
| 1269 | 3912 | 1264 | 1254 | 2940 | 1460 | 1138 |
| 1074 | 5367 | 858 | 1093 | 4933 | 831 | 1184 |
| 1015 | 3116 | 1395 | 1251 | 2902 | 1465 | 1108 |
| 934 | 2922 | 1292 | 1047 | 2665 | 1418 | 1121 |
| 817 | 2357 | 642 | 625 | 2136 | 705 | 628 |
| 12 | 1101 | 36 | 11 | 1273 | 25 | 27 |
| 695 | 5191 | 949 | 790 | 4629 | 932 | 761 |
| 523 | 4006 | 537 | 629 | 3987 | 562 | 641 |
| 382 | 3347 | 540 | 534 | 3113 | 576 | 440 |
| 704 | 5368 | 823 | 800 | 4521 | 897 | 750 |
| 689 | 5206 | 1028 | 732 | 5552 | 1065 | 875 |
| 674 | 4425 | 1227 | 736 | 4361 | 1297 | 809 |
| 451 | 4268 | 868 | 598 | 4449 | 1100 | 626 |
| 7 | 146 | 7 | 5 | 845 | 82 | 76 |
| 163 | 2508 | 310 | 254 | 3625 | 599 | 373 |
| 160 | 1167 | 237 | 198 | 2052 | 343 | 228 |
| 25 | 601 | 133 | 91 | 1172 | 330 | 134 |
| 335 | 1344 | 478 | 248 | 1783 | 386 | 264 |
| 36 | 289 | 53 | 22 | 827 | 173 | 73 |
| 253 | 3222 | 642 | 409 | 3226 | 888 | 310 |
| 424 | 3545 | 531 | 418 | 3533 | 701 | 467 |
| 279 | 2587 | 714 | 308 | 3042 | 932 | 283 |
| 231 | 2223 | 663 | 352 | 3015 | 653 | 312 |
| 470 | 3787 | 464 | 488 | 4033 | 550 | 570 |
| 301 | 2341 | 485 | 325 | 2788 | 576 | 384 |
| 261 | 3043 | 617 | 385 | 3261 | 639 | 300 |
| 343 | 3034 | 519 | 286 | 3284 | 635 | 332 |
| 304 | 2810 | 662 | 410 | 3212 | 865 | 361 |
| 237 | 2863 | 519 | 302 | 3024 | 578 | 304 |
| 1070 | 12821 | 2103 | 1213 | 11146 | 2738 | 1283 |
| 631 | 9235 | 1220 | 874 | 8791 | 1612 | 954 |
| 876 | 9759 | 1348 | 878 | 9966 | 1423 | 979 |
| 54 | 754 | 66 | 76 | 650 | 103 | 56 |
| 665 | 8520 | 1114 | 791 | 8270 | 1223 | 869 |
| 162 | 2399 | 182 | 274 | 1848 | 283 | 204 |
| 1112 | 10047 | 1224 | 1334 | 10495 | 1579 | 1387 |
| 162 | 1660 | 149 | 143 | 1888 | 238 | 207 |
| 593 | 4814 | 555 | 574 | 4669 | 559 | 558 |
| 616 | 4648 | 765 | 657 | 4092 | 1191 | 549 |
| 589 | 5185 | 398 | 580 | 4826 | 475 | 626 |
| 313 | 3404 | 261 | 464 | 2880 | 402 | 466 |
| 276 | 3322 | 289 | 345 | 3073 | 414 | 319 |
| 259 | 2633 | 271 | 326 | 2359 | 301 | 342 |
| 378 | 6118 | 444 | 722 | 6223 | 768 | 752 |
| 154 | 3170 | 307 | 214 | 3113 | 425 | 251 |
| 421 | 3441 | 375 | 546 | 3030 | 534 | 631 |

| 1130 | | 9224 | 1247 | 1126 | | 9278 | 1478 | 1202 |
| 1199 | | 4462 | 792 | 1481 | | 4407 | 1073 | 1622 |
| 860 | | 8952 | 728 | 944 | | 8979 | 709 | 1069 |
| 518 | | 3902 | 428 | 488 | | 3616 | 494 | 496 |
| 755 | | 4442 | 705 | 1005 | | 4028 | 940 | 907 |

A03535

| 2004 | | | 2005 | | |
|---|---|---|---|---|---|
| 1st FAOM (No CON-CIP Parent) | CPA-RCE FAOMs | 1st FAOMS - CON-CIP Parent | 1st FAOM (No CON-CIP Parent) | CPA-RCE FAOMs | 1st FAOMS - CON-CIP Parent |
| 2643 | 1122 | 1050 | 568 | 364 | 298 |
| 4579 | 743 | 890 | 1084 | 227 | 263 |
| 2767 | 1498 | 1006 | 926 | 410 | 327 |
| 2425 | 1322 | 1379 | 812 | 390 | 463 |
| 2411 | 723 | 831 | 887 | 219 | 247 |
| 1071 | 24 | 25 | 251 | 8 | 10 |
| 4525 | 802 | 769 | 1332 | 238 | 201 |
| 3954 | 620 | 631 | 1110 | 169 | 194 |
| 3360 | 549 | 542 | 1001 | 157 | 154 |
| 4699 | 811 | 817 | 1280 | 271 | 238 |
| 5840 | 963 | 837 | 1535 | 341 | 253 |
| 4483 | 1287 | 705 | 1199 | 350 | 208 |
| 4051 | 1329 | 658 | 1008 | 393 | 188 |
| 2339 | 316 | 235 | 731 | 133 | 54 |
| 4183 | 834 | 442 | 1189 | 286 | 116 |
| 4173 | 446 | 435 | 1168 | 219 | 104 |
| 2213 | 479 | 310 | 874 | 171 | 77 |
| 2828 | 655 | 350 | 1064 | 250 | 88 |
| 1953 | 498 | 237 | 709 | 245 | 84 |
| 2909 | 975 | 299 | 705 | 244 | 58 |
| 3022 | 687 | 390 | 736 | 240 | 93 |
| 3762 | 1066 | 333 | 1109 | 309 | 143 |
| 3453 | 714 | 356 | 1087 | 199 | 171 |
| 4547 | 611 | 621 | 1472 | 185 | 221 |
| 3132 | 724 | 345 | 1003 | 172 | 97 |
| 3926 | 659 | 307 | 1145 | 164 | 72 |
| 4019 | 778 | 551 | 1129 | 251 | 197 |
| 3041 | 1150 | 245 | 975 | 286 | 123 |
| 3984 | 630 | 396 | 1492 | 194 | 127 |
| 11053 | 2938 | 1333 | 3390 | 841 | 453 |
| 7745 | 1778 | 990 | 2225 | 533 | 306 |
| 9377 | 1390 | 1052 | 2546 | 391 | 341 |
| 669 | 82 | 67 | 219 | 41 | 20 |
| 7955 | 1364 | 1050 | 2170 | 430 | 343 |
| 1750 | 216 | 235 | 479 | 63 | 87 |
| 10218 | 1944 | 1400 | 3003 | 633 | 475 |
| 1928 | 322 | 262 | 594 | 122 | 77 |
| 5128 | 450 | 602 | 1275 | 178 | 171 |
| 4043 | 1598 | 542 | 1167 | 565 | 176 |
| 4659 | 579 | 653 | 1119 | 231 | 152 |
| 2673 | 397 | 417 | 705 | 146 | 108 |
| 2967 | 340 | 339 | 846 | 130 | 84 |
| 2147 | 289 | 333 | 521 | 106 | 96 |
| 5812 | 888 | 770 | 1503 | 312 | 244 |
| 2889 | 507 | 282 | 726 | 174 | 85 |
| 3174 | 579 | 633 | 655 | 162 | 123 |

| | 9187 | 1370 | 1130 | | 2222 | 431 | 318 |
| | 4171 | 1240 | 1649 | | 1220 | 397 | 444 |
| | 9665 | 699 | 1122 | | 2290 | 228 | 325 |
| | 4351 | 390 | 472 | | 1036 | 114 | 145 |
| | 4025 | 758 | 815 | | 1179 | 203 | 245 |