# EXHIBIT F

## Bahr, Robert

**From:** Brown, Peter Toby
**Sent:** Sunday, October 23, 2005 7:22 PM
**To:** Kisliuk, Bruce; Clarke, Robert; Hunter, Daniel; Bahr, Robert
**Cc:** Young, Karen; Oberleitner, Robert; Seidel, Richard
**Subject:** RE: Continuations/RCEs - 2nd & subsequent

All:

The Original Rolla spreadsheet broken down by Tech Center.

Thanks!!

T

> -----Original Message-----
> From: Kisliuk, Bruce
> Sent: Fri 10/21/05 7:54 AM
> To: Brown, Peter Toby; Clarke, Robert; Hunter, Daniel; Bahr, Robert
> Cc: Young, Karen; Oberleitner, Robert; Seidel, Richard
> Subject: Continuations/RCEs - 2nd & subsequent
>
> In regard to the proposed continuation limitation rules, Joe Rolla has asked me to look into the impact of this examiners. For example, we know TC1600 gets the most refiles and would therefore receive the biggest reduction in continuation/RCEs. Actual impact on examiners is yet to be determined.
>
> As a start, I'm looking for some data on how many <u>2nd & subseque</u>nt Continuations/RCEs filed by TC. Not sure if one of you may have already gotten this data for Joe.
>
> Depending on what that shows, may need to go to lower levels.
>
> Thanks for any input or guidance you may have. - Bruce
>
> -----Original Message-----
> From: Brown, Peter Toby
> Sent: Monday, December 20, 2004 8:53 AM
> To: Kisliuk, Bruce; Young, Karen; Hunter, Daniel
> Subject: Refiles by TC - FY98-FY04 FINAL.xls
>
> Bruce:
>
> We agreed on the 355,527 UPR number herein.
>
> I am not sure if Karen finalized the TC numbers, but I did give these numbers to John.
>
> > Karen??
>
> Thanks!!

7/20/07

A04387

T

7/20/07

A04388

### RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|---|---|---|---|---|---|
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 28,020 | 5,268 | 1,095 | 389 | 34,772 |
| 2003 | 34,529 | 5,695 | 1,263 | 490 | 41,977 |
| 2004 | 37,413 | 6,750 | 1,324 | 473 | 45,960 |
| 2005 | 43,328 | 7,863 | 1,636 | 552 | 53,379 |

### Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|---|---|---|---|---|---|
| | | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 290,882 | 19,678 | 3,792 | 2,138 | 25,608 |
| 2003 | 292,939 | 20,598 | 3,405 | 2,101 | 26,104 |
| 2004 | 310,277 | 22,513 | 3,482 | 1,980 | 27,975 |
| 2005 | 321,251 | 24,332 | 4,156 | 2,233 | 30,721 |

## Quick Summary

### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|---|---|---|---|
| 2002 | 28,020 | 6,752 | 34,772 |
| 2003 | 34,529 | 7,448 | 41,977 |
| 2004 | 37,413 | 8,547 | 45,960 |
| 2005 | 43,328 | 10,051 | 53,379 |

### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|---|---|---|---|
| 2002 | 19,678 | 5,930 | 25,608 |
| 2003 | 20,598 | 5,506 | 26,104 |
| 2004 | 22,513 | 5,462 | 27,975 |
| 2005 | 24,332 | 6,389 | 30,721 |

A04389

### 1600 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
| --- | --- | --- | --- | --- | --- |
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 4,713 | 890 | 206 | 90 | 5,899 |
| 2003 | 4,489 | 1,036 | 223 | 90 | 5,838 |
| 2004 | 4,202 | 1,044 | 242 | 77 | 5,565 |
| 2005 | 4,427 | 1,164 | 268 | 105 | 5,964 |

### 1600 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
| --- | --- | --- | --- | --- | --- |
| | | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 35,963 | 5,021 | 1,581 | 771 | 7,373 |
| 2003 | 33,851 | 4,177 | 876 | 539 | 5,592 |
| 2004 | 33,322 | 4,089 | 892 | 459 | 5,440 |
| 2005 | 31,351 | 3,883 | 898 | 530 | 5,311 |

### 1600 Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
| --- | --- | --- | --- |
| 2002 | 4,713 | 1,186 | 5,899 |
| 2003 | 4,489 | 1,349 | 5,838 |
| 2004 | 4,202 | 1,363 | 5,565 |
| 2005 | 4,427 | 1,537 | 5,964 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
| --- | --- | --- | --- |
| 2002 | 5,021 | 2,352 | 7,373 |
| 2003 | 4,177 | 1,415 | 5,592 |
| 2004 | 4,089 | 1,351 | 5,440 |
| 2005 | 3,883 | 1,428 | 5,311 |

A04390

### 1700 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|---|---|---|---|---|---|
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 4,970 | 906 | 169 | 37 | 6,082 |
| 2003 | 5,406 | 932 | 197 | 57 | 6,592 |
| 2004 | 5,370 | 898 | 187 | 64 | 6,519 |
| 2005 | 6,149 | 1,082 | 211 | 60 | 7,502 |

### 1700 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|---|---|---|---|---|---|
| | | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 42,742 | 2,868 | 358 | 175 | 3,401 |
| 2003 | 43,949 | 2,968 | 421 | 216 | 3,605 |
| 2004 | 43,788 | 2,917 | 371 | 176 | 3,464 |
| 2005 | 41,392 | 2,873 | 398 | 204 | 3,475 |

### 1700 Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|---|---|---|---|
| 2002 | 4,970 | 1,112 | 6,082 |
| 2003 | 5,406 | 1,186 | 6,592 |
| 2004 | 5,370 | 1,149 | 6,519 |
| 2005 | 6,149 | 1,353 | 7,502 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|---|---|---|---|
| 2002 | 2,868 | 533 | 3,401 |
| 2003 | 2,968 | 637 | 3,605 |
| 2004 | 2,917 | 547 | 3,464 |
| 2005 | 2,873 | 602 | 3,475 |

A04391

### 2100 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
| --- | --- | --- | --- | --- | --- |
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 1,839 | 437 | 99 | 29 | 2,404 |
| 2003 | 3,195 | 454 | 106 | 32 | 3,787 |
| 2004 | 4,691 | 765 | 122 | 41 | 5,619 |
| 2005 | 7,154 | 1,175 | 204 | 51 | 8,584 |

### 2100 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
| --- | --- | --- | --- | --- | --- |
| | | First CON | CON of a CON | CON of a CON+ | |
| 2002 | 26,233 | 1,403 | 217 | 148 | 1,768 |
| 2003 | 26,280 | 1,570 | 245 | 163 | 1,978 |
| 2004 | 29,695 | 2,189 | 258 | 205 | 2,652 |
| 2005 | 29,086 | 2,662 | 358 | 166 | 3,186 |

## 2100 Quick Summary

### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
| --- | --- | --- | --- |
| 2002 | 1,839 | 565 | 2,404 |
| 2003 | 3,195 | 592 | 3,787 |
| 2004 | 4,691 | 928 | 5,619 |
| 2005 | 7,154 | 1,430 | 8,584 |

### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
| --- | --- | --- | --- |
| 2002 | 1,403 | 365 | 1,768 |
| 2003 | 1,570 | 408 | 1,978 |
| 2004 | 2,189 | 463 | 2,652 |
| 2005 | 2,662 | 524 | 3,186 |

A04392

### 2600 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|---|---|---|---|---|---|
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 3,583 | 908 | 210 | 76 | 4,777 |
| 2003 | 4,510 | 825 | 221 | 94 | 5,650 |
| 2004 | 5,732 | 980 | 191 | 87 | 6,990 |
| 2005 | 6,159 | 1,093 | 257 | 71 | 7,580 |

### 2600 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|---|---|---|---|---|---|
| | | First CON | CON of a CON | CON of a CON+ | |
| 2002 | 36,828 | 2,223 | 371 | 241 | 2,835 |
| 2003 | 36,564 | 2,338 | 364 | 215 | 2,917 |
| 2004 | 42,354 | 3,122 | 416 | 246 | 3,784 |
| 2005 | 49,511 | 4,092 | 582 | 247 | 4,921 |

### 2600 Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|---|---|---|---|
| 2002 | 3,583 | 1,194 | 4,777 |
| 2003 | 4,510 | 1,140 | 5,650 |
| 2004 | 5,732 | 1,258 | 6,990 |
| 2005 | 6,159 | 1,421 | 7,580 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|---|---|---|---|
| 2002 | 2,223 | 612 | 2,835 |
| 2003 | 2,338 | 579 | 2,917 |
| 2004 | 3,122 | 662 | 3,784 |
| 2005 | 4,092 | 829 | 4,921 |

### 2800 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|---|---|---|---|---|---|
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 6,451 | 1,069 | 198 | 68 | 7,786 |
| 2003 | 8,113 | 1,249 | 283 | 116 | 9,761 |
| 2004 | 8,338 | 1,520 | 317 | 118 | 10,293 |
| 2005 | 8,411 | 1,530 | 342 | 143 | 10,426 |

### 2800 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|---|---|---|---|---|---|
| | | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 62,641 | 3,362 | 500 | 325 | 4,187 |
| 2003 | 63,637 | 3,970 | 583 | 352 | 4,905 |
| 2004 | 68,408 | 4,334 | 590 | 334 | 5,258 |
| 2005 | 75,989 | 4,974 | 915 | 502 | 6,391 |

### 2800 Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|---|---|---|---|
| 2002 | 6,451 | 1,335 | 7,786 |
| 2003 | 8,113 | 1,648 | 9,761 |
| 2004 | 8,338 | 1,955 | 10,293 |
| 2005 | 8,411 | 2,015 | 10,426 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|---|---|---|---|
| 2002 | 3,362 | 825 | 4,187 |
| 2003 | 3,970 | 935 | 4,905 |
| 2004 | 4,334 | 924 | 5,258 |
| 2005 | 4,974 | 1,417 | 6,391 |

A04394

### 3600 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|----|---|---|---|---|---|
|    | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 2,964 | 406 | 77 | 33 | 3,480 |
| 2003 | 4,262 | 529 | 99 | 45 | 4,935 |
| 2004 | 4,570 | 736 | 107 | 32 | 5,445 |
| 2005 | 5,545 | 950 | 179 | 54 | 6,728 |

### 3600 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|----|---|---|---|---|---|
|    |   | First CON | CON of a CON | CON of a CON of a CON+ | |
| 2002 | 39,929 | 1,883 | 248 | 147 | 2,278 |
| 2003 | 40,335 | 2,204 | 318 | 220 | 2,742 |
| 2004 | 41,523 | 2,210 | 297 | 148 | 2,655 |
| 2005 | 41,939 | 2,376 | 352 | 215 | 2,943 |

### 3600 Quick Summary

#### RCE - R129 - CPA Filing Counts in Applications

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|----|---|---|---|
| 2002 | 2,964 | 516 | 3,480 |
| 2003 | 4,262 | 673 | 4,935 |
| 2004 | 4,570 | 875 | 5,445 |
| 2005 | 5,545 | 1,183 | 6,728 |

#### Continuations Filed in Applications

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|----|---|---|---|
| 2002 | 1,883 | 395 | 2,278 |
| 2003 | 2,204 | 538 | 2,742 |
| 2004 | 2,210 | 445 | 2,655 |
| 2005 | 2,376 | 567 | 2,943 |

A04395

### 3700 RCE - R129 - CPA Filing Counts in Applications

| FY | Applications Filed with | | | | Total RCEs-CPAs R129s Filed |
|---|---|---|---|---|---|
| | 1st CPA-RCE | 2nd CPA-RCE | 3rd CPA-RCE | 4th+ CPA-RCE | |
| 2002 | 3,500 | 652 | 136 | 56 | 4,344 |
| 2003 | 4,554 | 670 | 134 | 56 | 5,414 |
| 2004 | 4,510 | 807 | 158 | 54 | 5,529 |
| 2005 | 5,483 | 869 | 175 | 68 | 6,595 |

### 3700 Consecutive Continuations Filed in Applications

| FY | Newly Serialized Applications Filed | Continuity Claim: This application is a: | | | All CONs Filed in FY |
|---|---|---|---|---|---|
| | | First CON | CON of a CON | CON of a CON+ | |
| 2002 | 46,546 | 2,918 | 517 | 331 | 3,766 |
| 2003 | 48,323 | 3,371 | 598 | 396 | 4,365 |
| 2004 | 51,187 | 3,652 | 658 | 412 | 4,722 |
| 2005 | 51,983 | 3,472 | 653 | 369 | 4,494 |

### 3700 Quick Summary

**RCE - R129 - CPA Filing Counts in Applications**

| FY | 1st CPA-RCE | 2nd+ CPA-RCE | Total RCEs-CPAs-R129s Filed |
|---|---|---|---|
| 2002 | 3,500 | 844 | 4,344 |
| 2003 | 4,554 | 860 | 5,414 |
| 2004 | 4,510 | 1,019 | 5,529 |
| 2005 | 5,483 | 1,112 | 6,595 |

**Continuations Filed in Applications**

| FY | First CON | 2nd+ CON | All CONs Filed in FY |
|---|---|---|---|
| 2002 | 2,918 | 848 | 3,766 |
| 2003 | 3,371 | 994 | 4,365 |
| 2004 | 3,652 | 1,070 | 4,722 |
| 2005 | 3,472 | 1,022 | 4,494 |

A04396

| TC | FY | CPA Filing Index | 1st CPA/RCE | 2nd CPA/RCE | 3rd CPA/RCE | 4th+ CPA/RCE | TC |
|---|---|---|---|---|---|---|---|
| 1600 | 2002 | 1 | 4,713 | 890 | 206 | 90 | 1600 |
| 1600 | 2003 | 1 | 4,489 | 1,036 | 223 | 90 | 1600 |
| 1600 | 2004 | 1 | 4,202 | 1,044 | 242 | 77 | 1600 |
| 1600 | 2005 | 1 | 4,427 | 1,164 | 268 | 105 | 1600 |
| 1700 | 2002 | 1 | 4,970 | 906 | 169 | 37 | 1700 |
| 1700 | 2003 | 1 | 5,406 | 932 | 197 | 57 | 1700 |
| 1700 | 2004 | 1 | 5,370 | 898 | 187 | 64 | 1700 |
| 1700 | 2005 | 1 | 6,149 | 1,082 | 211 | 60 | 1700 |
| 2100 | 2002 | 1 | 1,839 | 437 | 99 | 29 | 2100 |
| 2100 | 2003 | 1 | 3,195 | 454 | 106 | 32 | 2100 |
| 2100 | 2004 | 1 | 4,691 | 765 | 122 | 41 | 2100 |
| 2100 | 2005 | 1 | 7,154 | 1,175 | 204 | 51 | 2100 |
| 2600 | 2002 | 1 | 3,583 | 908 | 210 | 76 | 2600 |
| 2600 | 2003 | 1 | 4,510 | 825 | 221 | 94 | 2600 |
| 2600 | 2004 | 1 | 5,732 | 980 | 191 | 87 | 2600 |
| 2600 | 2005 | 1 | 6,159 | 1,093 | 257 | 71 | 2600 |
| 2800 | 2002 | 1 | 6,451 | 1,069 | 198 | 68 | 2800 |
| 2800 | 2003 | 1 | 8,113 | 1,249 | 283 | 116 | 2800 |
| 2800 | 2004 | 1 | 8,338 | 1,520 | 317 | 118 | 2800 |
| 2800 | 2005 | 1 | 8,411 | 1,530 | 342 | 143 | 2800 |
| 3600 | 2002 | 1 | 2,964 | 406 | 77 | 33 | 3600 |
| 3600 | 2003 | 1 | 4,262 | 529 | 99 | 45 | 3600 |
| 3600 | 2004 | 1 | 4,570 | 736 | 107 | 32 | 3600 |
| 3600 | 2005 | 1 | 5,545 | 950 | 179 | 54 | 3600 |
| 3700 | 2002 | 1 | 3,500 | 652 | 136 | 56 | 3700 |
| 3700 | 2003 | 1 | 4,554 | 670 | 134 | 56 | 3700 |
| 3700 | 2004 | 1 | 4,510 | 807 | 158 | 54 | 3700 |
| 3700 | 2005 | 1 | 5,483 | 869 | 175 | 68 | 3700 |

| FY | Original Filings | 1st CON/CIP | CON of a CON | CON of a CON of a CON+ | ALL CONS |
|---|---|---|---|---|---|
| 2002 | 35,963 | 5,021 | 1,581 | 771 | 7,373 |
| 2003 | 33,851 | 4,177 | 876 | 539 | 5,592 |
| 2004 | 33,322 | 4,089 | 892 | 459 | 5,440 |
| 2005 | 31,351 | 3,883 | 898 | 530 | 5,311 |
| 2002 | 42,742 | 2,868 | 358 | 175 | 3,401 |
| 2003 | 43,949 | 2,968 | 421 | 216 | 3,605 |
| 2004 | 43,788 | 2,917 | 371 | 176 | 3,464 |
| 2005 | 41,392 | 2,873 | 398 | 204 | 3,475 |
| 2002 | 26,233 | 1,403 | 217 | 148 | 1,768 |
| 2003 | 26,280 | 1,570 | 245 | 163 | 1,978 |
| 2004 | 29,695 | 2,189 | 258 | 205 | 2,652 |
| 2005 | 29,086 | 2,662 | 358 | 166 | 3,186 |
| 2002 | 36,828 | 2,223 | 371 | 241 | 2,835 |
| 2003 | 36,564 | 2,338 | 364 | 215 | 2,917 |
| 2004 | 42,354 | 3,122 | 416 | 246 | 3,784 |
| 2005 | 49,511 | 4,092 | 582 | 247 | 4,921 |
| 2002 | 62,641 | 3,362 | 500 | 325 | 4,187 |
| 2003 | 63,637 | 3,970 | 583 | 352 | 4,905 |
| 2004 | 68,408 | 4,334 | 590 | 334 | 5,258 |
| 2005 | 75,989 | 4,974 | 915 | 502 | 6,391 |
| 2002 | 39,929 | 1,883 | 248 | 147 | 2,278 |
| 2003 | 40,335 | 2,204 | 318 | 220 | 2,742 |
| 2004 | 41,523 | 2,210 | 297 | 148 | 2,655 |
| 2005 | 41,939 | 2,376 | 352 | 215 | 2,943 |
| 2002 | 46,546 | 2,918 | 517 | 331 | 3,766 |
| 2003 | 48,323 | 3,371 | 598 | 396 | 4,365 |
| 2004 | 51,187 | 3,652 | 658 | 412 | 4,722 |
| 2005 | 51,983 | 3,472 | 653 | 369 | 4,494 |

A04398