# EXHIBIT G

## Bahr, Robert

**From:** Brown, Peter Toby
**Sent:** Friday, September 01, 2006 11:44 AM
**To:** Morse, Gregory; Bahr, Robert
**Subject:** CPA-RCE-CON-CIP 2-3 Filings.xls

Greg, Bob:

I think Greg and I need to sit down to go over the logic is all of these queries.

It is very confusing as to what is included, what is being excluded, whether we're double counting, etc.

In this spreadsheet, anything in blue has been done and redone ... I find myself bouncing back and forth between queries thinking one way is right, then coming back 5 minutes later and thinking another way is right.

The good news is that all the queries have been done, redone, thought out, rethought out and the numbers are still coming out about the same.

It appears that the margin for error based on my logic (or flawed logic) is less than the margin for error based on using continuity data which was not designed to yield useful results in queries such as these.

Going to the 4th level will require double the queries (or perhaps a factorial size more), each more complex and convoluted than the ones I'm having trouble grasping right now.

P

7/20/07

A04565

| FY | Number of 2+ CPA/RCE Filings | Number of First CPA/RCE Filings with a CON/CIP Parent | Number of 2+ CONs/CIPs | Single CON/CIP with CPA/RCE in Parent | Total 2+ Filings | Total Filings | Total CPA/RCE Filings | Serialized Filings |
|---|---|---|---|---|---|---|---|---|
| 1995 | 3 | 943 | 10,405 | 267 | 11,618 | 221,304 | 1,612 | 219,692 |
| 1996 | 167 | 3,526 | 6,127 | 242 | 10,062 | 191,018 | 5,018 | 186,000 |
| 1997 | 670 | 2,557 | 7,093 | 590 | 10,910 | 220,773 | 3,737 | 217,036 |
| 1998 | 1,200 | 6,083 | 4,275 | 972 | 12,530 | 240,090 | 20,213 | 219,877 |
| 1999 | 4,113 | 5,095 | 4,164 | 2,018 | 15,391 | 261,013 | 26,521 | 234,492 |
| 2000 | 6,063 | 4,498 | 5,030 | 2,884 | 18,475 | 293,244 | 32,625 | 260,619 |
| 2001 | 6,630 | 4,481 | 5,814 | 4,146 | 21,071 | 326,081 | 35,190 | 290,891 |
| 2002 | 6,755 | 4,662 | 6,725 | 4,537 | 22,679 | 333,688 | 34,950 | 298,738 |
| 2003 | 7,453 | 5,437 | 6,604 | 4,744 | 24,238 | 333,452 | 42,034 | 291,418 |
| 2004 | 8,580 | 5,658 | 6,831 | 4,912 | 25,981 | 355,527 | 46,079 | 309,448 |
| 2005 | 10,569 | 7,125 | 7,449 | 4,958 | 30,101 | 384,228 | 55,198 | 329,030 |
| 2006 | 12,983 | 7,989 | 6,661 | 4,341 | 31,974 | 357,063 | 62,400 | 294,663 |

| FY | Number of 3+ CPA/RCE Filings / No CON/CIP Parent | Number of 2nd CPA/RCE Filings with 1+ CON/CIP Parents | Number of 1st CPA/RCE Filings with 2+ CON/CIP Parents | Number of 1st CPA/RCE Filings with 1 CON/CIP Parent having 1+ CPAS/RCEs | Number of 3+ CONs/CIPs | 2nd CON/CIP with 1+ CPA/RCE in Either Parent | 1st CON/CIP with 2+ CPA/RCE in Parent | Total 3+ Filings | Total Filings | Total CPA/RCE Filings | Serialized Filings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1995 | 0 | 1 | 369 | 15 | 4,700 | 256 | 68 | 5,409 | 221,304 | 1,612 | 219,692 |
| 1996 | 0 | 112 | 1,682 | 39 | 2,116 | 171 | 45 | 4,165 | 191,018 | 5,018 | 186,000 |
| 1997 | 1 | 455 | 1,259 | 172 | 2,478 | 408 | 114 | 4,887 | 220,773 | 3,737 | 217,036 |
| 1998 | 67 | 714 | 2,251 | 300 | 1,802 | 429 | 185 | 5,748 | 240,090 | 20,213 | 219,877 |
| 1999 | 466 | 1,619 | 1,733 | 365 | 1,747 | 810 | 338 | 7,078 | 261,013 | 26,521 | 234,492 |
| 2000 | 1,233 | 1,778 | 1,431 | 542 | 2,082 | 1,219 | 576 | 8,861 | 293,244 | 32,625 | 260,619 |
| 2001 | 1,555 | 1,507 | 1,263 | 777 | 2,354 | 1,656 | 945 | 10,057 | 326,081 | 35,190 | 290,891 |
| 2002 | 1,485 | 1,238 | 1,292 | 943 | 2,983 | 1,930 | 1,094 | 10,965 | 333,688 | 34,950 | 298,738 |
| 2003 | 1,754 | 1,209 | 1,457 | 1,198 | 2,763 | 2,096 | 1,042 | 11,519 | 333,452 | 42,034 | 291,418 |
| 2004 | 1,807 | 1,239 | 1,547 | 1,351 | 2,830 | 2,242 | 1,051 | 12,067 | 355,527 | 46,079 | 309,448 |
| 2005 | 2,311 | 1,496 | 1,971 | 1,789 | 3,159 | 2,238 | 1,070 | 14,034 | 384,228 | 55,198 | 329,030 |
| 2006 | 2,837 | 1,952 | 2,229 | 1,964 | 2,613 | 1,929 | 923 | 14,447 | 357,063 | 62,400 | 294,663 |