# EXHIBIT H

**Bahr, Robert**

From: Morse, Gregory
Sent: Wednesday, March 21, 2007 5:03 PM
To: Bahr, Robert

 

IDs in Cases by Ent   Data Response 3
n TC.xls                    21 07.doc

Let me know what else you need - I still need to get you issued claims over 5/25.

1

A05023

## Data Request

1. For fiscal years 2005 and 2006, the number (by entity) of—
    nonprovisional applications (UPRs, including 371s **but not RCEs**) (including cons, divs, CIPS?),
    continuation applications,
    continuation-in-part applications,
    divisional applications, and
    RCEs.

**All UPRD**

|  | FY 2005 | FY 2006 |
|---|---|---|
| **Nonprovisionals: (Includes CON/CIP/DIV, not RCE)** | | |
| Small e : | 109,642 | 109,838 |
| Non-small : | 244,411 | 260,932 |
| **RCE/CPA/R129:** | | |
| Small e : | 11,172 | 15,347 |
| Non-small : | 44.307 | 59,496 |
| **CONs** | | |
| Small e : | 8174 | 8848 |
| Non-small : | 22726 | 23832 |
| **CIPs** | | |
| Small e : | 8000 | 8031 |
| Non-small : | 7604 | 7657 |
| **DIVs** | | |
| Small e : | 4111 | 4555 |
| Non-small : | 15075 | 16057 |

2. For fiscal year 2006, the number of FAOMs issued. (first actions taking cases out of "new case" status, or FAOMs that get a count? First actions take cases out of pending inventory)

**First actions (UPRD):**
2005  317,395
2006  343,640

3. For fiscal year 2006, the number (by entity) of—

    Applications containing more than 5 independent claims or more than 25 total claims (at filing, presumably, or at issue or allowance?)

**At filing: 25% of small entities and 24% of non-small entities had more than 5/25. Since not all the serialized filings have claim data entered, a raw number that have this many in the database is misleading (318k/345k had data)**

4. The number of applications in the backlog (as some date) and the number of applications in the backlog that contain (??) more than 5/25

**As of 2/28/07, 708,321 UPR cases in the backlog. 29% of the non-small entity cases were over 5 or 25, and 30% of the small entity cases were over 5 and 25. Only about 95% have claims data, so misleading to give a raw number. In addition some cases other than the 95% have not yet been processed enough to determine large/small entity or claims.**

5. For fiscal years 2000-2006, the number of applications (by entity) filed in each fiscal year in which a terminal disclaimer was filed (skewed results – TD often at end of prosecution – TDs filed with the app or within some time?)

**Separate file.**

6. The pendency (average) to FAOM in FY 2006 overall, in the biotech area, computer area, and business method area.

**Pendency is reported to First action rather than FAOM.**
**UPR:                22.6 months**
**1600 (biotech):     23.5 months**
**2100 (computer):    30.8 months**
**3620 and 3690: business methods:  43.9 months (approximate – weighted average of the two groups, not directly reported. TC-level data are from annual report)**

7. The number of examiners hired in fiscal years 2005 and 2006

|            | 2005 | 2006 |
|------------|------|------|
| UPRD hires: | 978  | 1218 |

8. The number of requests for pre-appeal brief conference (since inception), and number of applications in which the prosecutions were reopened after the conference. (decision at conference to reopen, or an action reopening that followed?)

**Life of the program, there have been 7,967 conferences conducted as of 3/20/2007. 4,602 conferences resulted in a decision to proceed to the BPAI, and 3,228 conferences resulted in a decision to reopen or allow the application. The remainder identified the request as defective.**

9. The number of appeal briefs filed after a pre-appeal brief conference and number of answers issued in those cases; and number of appeal briefs filed (without a pre-appeal brief conference) and number of answers issued in those cases.

**Requests for a pre-appeal brief conference must accompany a notice of appeal.**

**For notices of appeal filed in the first half of fiscal 2006 (12,811), 2,947 were accompanied by a request for a pre-appeal brief conference. These resulted in 1,463 decisions to proceed to the BPAI at conference, 990 appeal briefs and 682 examiner's answers.**

**Of the 9,864 notices of appeal with no request for pre-appeal brief conference, 5,458 appeal briefs were filed and 2,267 examiner's answers were written.**

10. How big will the corps be after hiring 1,200 examiner a year until 2012?

**7,751 examiners UPR, 4,773 examiners UPR at the end of FY 06.**

A05026

### Large Entity

| TC | FY 1999 | | | FY 2000 | | | FY 2001 | | | FY 2002 | | | FY 2003 | | | FY 2004 | | | FY 2005 | | | FY 2006 | | | FY 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent |
| 1600 | 17,866 | 1,581 | 8.9% | 19,582 | 1,735 | 8.9% | 23,712 | 1,845 | 8.9% | 23,826 | 1,326 | 5.6% | 21,722 | 810 | 3.7% | 21,598 | 533 | 2.5% | 20,987 | 311 | 1.5% | 21,946 | 84 | 0.4% | 10,310 | 2 | 0.0% |
| 1700 | 29,138 | 2,119 | 7.3% | 31,458 | 2,415 | 7.7% | 35,138 | 2,879 | 8.2% | 32,833 | 2,974 | 9.1% | 33,214 | 3,391 | 10.2% | 33,393 | 2,498 | 7.5% | 33,403 | 1,153 | 3.5% | 34,656 | 249 | 0.7% | 14,555 | 2 | 0.0% |
| 2100 | 14,515 | 984 | 6.8% | 18,673 | 1,068 | 5.7% | 23,036 | 1,204 | 5.2% | 21,066 | 1,119 | 5.3% | 21,291 | 1,033 | 4.9% | 24,745 | 880 | 3.5% | 25,841 | 500 | 2.3% | 25,958 | 230 | 0.9% | 10,529 | 8 | 0.1% |
| 2600 | 25,418 | 1,096 | 4.3% | 28,088 | 1,432 | 5.1% | 32,059 | 1,581 | 4.9% | 29,725 | 1,568 | 5.3% | 29,459 | 1,269 | 4.3% | 34,588 | 1,224 | 3.5% | 41,671 | 1,118 | 2.7% | 45,526 | 358 | 0.9% | 20,452 | 8 | 0.0% |
| 2800 | 40,605 | 1,831 | 4.5% | 44,765 | 1,765 | 4.0% | 52,583 | 2,006 | 3.8% | 50,529 | 2,119 | 4.2% | 51,350 | 2,412 | 4.7% | 54,581 | 2,721 | 5.0% | 60,414 | 2,327 | 3.9% | 64,824 | 757 | 1.2% | 29,206 | 10 | 0.0% |
| 3600 | 15,178 | 715 | 4.4% | 20,208 | 822 | 4.1% | 28,342 | 825 | 3.5% | 21,831 | 834 | 3.8% | 21,688 | 904 | 4.1% | 22,167 | 691 | 3.1% | 22,627 | 518 | 2.3% | 23,446 | 208 | 0.9% | 10,969 | 1 | 0.0% |
| 3700 | 20,387 | 1,243 | 6.1% | 23,244 | 1,365 | 5.9% | 28,694 | 1,718 | 6.0% | 24,602 | 1,452 | 5.9% | 26,268 | 1,293 | 5.1% | 26,691 | 968 | 3.6% | 27,380 | 525 | 1.9% | 29,581 | 160 | 0.5% | 14,280 | 0 | 0.0% |
| 18100 | 184,305 | 9,379 | 0.418 | 195,898 | 10,620 | 0.413 | 221,562 | 11954 | 0.386 | 204412 | 11412 | 0.382 | 204112 | 11112 | 0.371 | 218173 | 9495 | 0.297 | 232323 | 6542 | 0.18 | 245235 | 2065 | 0.055 | 110603 | 2E+08 | |

### Small Entity

| TC | FY 1999 | | | FY 2000 | | | FY 2001 | | | FY 2002 | | | FY 2003 | | | FY 2004 | | | FY 2005 | | | FY 2006 | | | FY 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent |
| 1600 | 7,807 | 738 | 9.5% | 9,150 | 803 | 8.8% | 9,632 | 705 | 7.3% | 12,343 | 655 | 5.3% | 12,352 | 397 | 3.2% | 12,130 | 293 | 2.4% | 12,299 | 127 | 1.0% | 12,229 | 24 | 0.2% | 4,099 | 1 | 0.0% |
| 1700 | 8,843 | 548 | 6.1% | 8,948 | 526 | 5.9% | 8,035 | 538 | 6.7% | 9,877 | 851 | 8.6% | 10,525 | 730 | 6.9% | 10,712 | 548 | 5.1% | 11,071 | 323 | 2.9% | 10,849 | 51 | 0.5% | 3,705 | 0 | 0.0% |
| 2100 | 2,724 | 156 | 5.7% | 4,890 | 205 | 4.2% | 4,608 | 151 | 3.3% | 5,269 | 239 | 4.5% | 4,780 | 155 | 3.2% | 5,138 | 121 | 2.4% | 5,380 | 68 | 1.3% | 5,642 | 27 | 0.5% | 2,193 | 0 | 0.0% |
| 2600 | 4,628 | 251 | 5.4% | 5,055 | 320 | 5.4% | 5,333 | 252 | 4.7% | 6,800 | 306 | 4.5% | 6,763 | 233 | 3.4% | 7,369 | 228 | 3.1% | 8,853 | 139 | 1.5% | 9,182 | 68 | 0.8% | 3,584 | 1 | 0.0% |
| 2800 | 8,457 | 344 | 4.1% | 9,876 | 374 | 3.8% | 9,308 | 380 | 4.1% | 12,223 | 534 | 4.4% | 12,845 | 575 | 4.5% | 13,401 | 619 | 4.6% | 14,166 | 490 | 3.5% | 14,033 | 172 | 1.1% | 5,615 | 1 | 0.0% |
| 3600 | 15,314 | 535 | 3.5% | 18,673 | 615 | 3.3% | 15,078 | 856 | 3.7% | 18,025 | 548 | 3.0% | 18,666 | 525 | 2.8% | 19,363 | 520 | 2.7% | 20,240 | 366 | 1.8% | 19,537 | 145 | 0.7% | 8,823 | 3 | 0.0% |
| 3700 | 19,726 | 917 | 4.6% | 20,232 | 948 | 4.9% | 16,725 | 888 | 5.3% | 21,743 | 1,019 | 4.7% | 23,007 | 957 | 4.2% | 24,175 | 672 | 2.8% | 25,008 | 344 | 1.4% | 24,008 | 108 | 0.4% | 9,058 | 0 | 0.0% |
| 18100 | 67,503 | 3,481 | 0.349 | 77784 | 3823 | 0.361 | 66716 | 3468 | 0.351 | 86320 | 3952 | 0.33 | 88788 | 3572 | 0.283 | 92286 | 3003 | 0.231 | 90856 | 1857 | 0.135 | 97154 | 594 | 0.042 | 35185 | 6 | 0.001 |

### ALL Entity

| TC | FY 1999 | | | FY 2000 | | | FY 2001 | | | FY 2002 | | | FY 2003 | | | FY 2004 | | | FY 2005 | | | FY 2006 | | | FY 2007 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent | Serialized Filings | Appls with 1+ TDs | Percent |
| 1600 | 25,673 | 2,329 | 9.1% | 28,732 | 2,538 | 8.8% | 33,344 | 2,350 | 7.0% | 36,008 | 1,981 | 5.5% | 34,074 | 1,207 | 3.5% | 33,728 | 826 | 2.4% | 33,286 | 438 | 1.3% | 34,165 | 108 | 0.3% | 14,409 | 3 | 0.0% |
| 1700 | 37,981 | 2,639 | 7.0% | 40,396 | 2,941 | 7.3% | 43,171 | 3,417 | 7.9% | 42,710 | 3,825 | 8.5% | 43,739 | 4,121 | 9.4% | 44,105 | 3,047 | 6.9% | 44,474 | 1,476 | 3.3% | 45,299 | 300 | 0.7% | 18,260 | 2 | 0.0% |
| 2100 | 17,241 | 1,140 | 6.6% | 23,553 | 1,273 | 5.4% | 27,642 | 1,355 | 4.9% | 26,335 | 1,358 | 5.2% | 26,071 | 1,188 | 4.6% | 29,881 | 901 | 3.3% | 31,221 | 658 | 2.1% | 31,638 | 248 | 0.8% | 12,012 | 8 | 0.0% |
| 2600 | 30,044 | 1,347 | 4.5% | 34,041 | 1,752 | 5.1% | 37,392 | 1,833 | 4.9% | 36,525 | 1,894 | 5.2% | 36,232 | 1,502 | 4.1% | 42,057 | 1,453 | 3.5% | 50,324 | 1,257 | 2.5% | 54,688 | 457 | 0.8% | 24,136 | 7 | 0.0% |
| 2800 | 49,263 | 1,975 | 4.0% | 54,671 | 2,159 | 3.9% | 61,892 | 2,386 | 3.9% | 62,752 | 2,653 | 4.2% | 64,015 | 2,987 | 4.7% | 68,282 | 3,340 | 4.9% | 74,580 | 2,817 | 3.8% | 78,907 | 929 | 1.2% | 34,901 | 11 | 0.0% |
| 3600 | 31,492 | 1,250 | 4.0% | 38,881 | 1,437 | 3.7% | 41,418 | 1,481 | 3.6% | 39,856 | 1,382 | 3.5% | 40,534 | 1,429 | 3.5% | 41,530 | 1,211 | 2.9% | 42,876 | 884 | 2.1% | 42,983 | 353 | 0.8% | 17,732 | 4 | 0.0% |
| 3700 | 40,113 | 2,160 | 5.4% | 43,476 | 2,345 | 5.4% | 45,419 | 2,604 | 5.7% | 46,545 | 2,471 | 5.3% | 48,215 | 2,250 | 4.7% | 50,866 | 1,640 | 3.2% | 52,418 | 869 | 1.7% | 54,789 | 268 | 0.5% | 23,318 | 0 | 0.0% |
| 18100 | 231,808 | 12,860 | 0.405 | 263760 | 14443 | 0.397 | 290278 | 15429 | 0.378 | 290732 | 15364 | 0.373 | 292900 | 14684 | 0.345 | 310459 | 12498 | 0.271 | 329179 | 8399 | 0.187 | 343389 | 2679 | 0.051 | 145788 | 33 | 0.002 |