# EXHIBIT I

**Bahr, Robert**

| | |
|---|---|
| From: | Morse, Gregory |
| Sent: | Tuesday, May 01, 2007 8:20 AM |
| To: | Bahr, Robert |
| Subject: | FW: Claims in cases - new rule.xls |



Claims in cases - new rule.xls...

```
           Summary at the bottom

-----Original Message-----
From: Brown, Peter Toby
Sent: Tuesday, May 01, 2007 8:06 AM
To: Morse, Gregory
Subject: Claims in cases - new rule.xls
```

1

A05036

|  | Entity | < 15 / < 75 | 16 - 18 / 76 - 120 | >18 / >121 | Total |  |
|---|---|---|---|---|---|---|
| Individual Cases | Large | 234,453 | 1,677 | 698 | 236,828 |  |
|  | Small | 94,363 | 1,102 | 500 | 95,965 |  |
| With NO CON/CIP | Large | 203,681 | 1,288 | 512 | 205,481 |  |
|  | Small | 77,939 | 811 | 370 | 79,120 |  |
| With 1 CON/CIP | Large | 15,688 | 2,117 | 1,091 | 18,896 | 224,377 |
|  | Small | 9,047 | 1,259 | 738 | 11,044 | 90,164 |
| With 2 CON/CIP | Large | 2,230 | 1,209 | 984 | 4,423 | 228,800 |
|  | Small | 1,341 | 682 | 567 | 2,590 | 92,754 |
| With 3 CON/CIP | Large | 429 | 488 | 673 | 1,590 | 230,390 |
|  | Small | 249 | 259 | 434 | 942 | 93,696 |
| With 4 CON/CIP | Large | 131 | 159 | 485 | 775 | 231,165 |
|  | Small | 65 | 97 | 249 | 411 | 94,107 |
| With 5 CON/CIP | Large | 40 | 59 | 314 | 413 | 231,578 |
|  | Small | 16 | 53 | 151 | 220 | 94,327 |
| With 6 CON/CIP | Large | 14 | 17 | 193 | 224 | 231,802 |
|  | Small | 5 | 9 | 91 | 105 | 94,432 |
| With 7 CON/CIP | Large | 7 | 11 | 133 | 151 | 231,953 |
|  | Small | 2 | 6 | 53 | 61 | 94,493 |
| With 8 CON/CIP | Large | 1 | 5 | 56 | 62 | 232,015 |
|  | Small | 0 | 2 | 32 | 34 | 94,527 |
| With 9 CON/CIP | Large | 1 | 1 | 56 | 58 | 232,073 |
|  | Small | 1 | 0 | 18 | 19 | 94,546 |
| With 10+ CON/CIP | Large | 0* | 0* | 388 | 388 | 232,461 |
|  | Small | 0* | 0* | 67 | 67 | 94,613 |
| TOTALS | Large | 222,222 | 5,354 | 4,885 | 232,461 |  |
|  | Small | 88,665 | 3,178 | 2,770 | 94,613 |  |

* assumed
ALL CONs/CIPs consecutively claimed.

A05037