# EXHIBIT J

Dockets.Justia.com

**Bahr, Robert**

| | |
|---|---|
| From: | Bahr, Robert |
| Sent: | Thursday, April 05, 2007 4:26 PM |
| To: | 'Gormsen, Elizabeth' |
| Cc: | Collier, John |
| Subject: | RE: Patenting Trends Report |



0031 CWS re Rule
Comments 2-07...
Some additional information concerning the USPTO's Paperwork Reduction Act submission.

We submitted an update concerning these rule makings--

We changed the time estimate for the ESD to 24 hours (8 hours of paralegal searching and 16 hours of atty time). This was in part based upon your feedback and my own sense that preparing an ESD seemed about 60-80 % as time-consuming as drafting an application.

We changed the petition time for petitions for additional continuations/continuations-in-part and requests for continued examination (RCEs) to 4 hours (atty time). Again, this was in part based upon your feedback.

I have attached the change worksheet attachment.


-----Original Message-----
From: Gormsen, Elizabeth [mailto:EGormsen@icfi.com]
Sent: Monday, April 02, 2007 12:20 PM
To: Bahr, Robert
Cc: Collier, John
Subject: RE: Patenting Trends Report


Bob,

If the file isn't too large, you can email it to us. If it is too large, then you can FedEx it to us. Our mailing address is:

9300 Lee Highway
Fairfax, VA 22031

Thanks.

Liz Gormsen
ICF International
ph: 703-934-3103
fax: 703-934-3740
egormsen@icfi.com

-----Original Message-----
From: Bahr, Robert [mailto:Robert.Bahr@USPTO.GOV]
Sent: Friday, March 30, 2007 12:39 PM
To: Gormsen, Elizabeth
Subject: Patenting Trends Report


I have the Patenting Trends Report you requested. It is on a CD. The report is current only through 2004.

Bob Bahr

1

A08232

ATTACHMENT TO CHANGE WORKSHEET FOR 0651-0031

OTHER CHANGE

Due to program changes, feedback based on the public comments received in response to the Notice of Proposed Rulemakings entitled <u>Changes to Practice for the Examination of Claims in Patent Applications</u> (RIN 0651-AB94) and <u>Proposed Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims</u> (RIN 0651-AB93), and further study, the USPTO is revising its estimates for the examination support document, and petitions for further continued examination. For the examination support documents, the UPSTO now estimated that there will 10,000 received annually, with 24 hour estimated burden at a rate of $218, which is a weighed average of 16 hours of attorney time and 8 hours of a searching professional time. In the final rule, the USPTO is revising the rules to change the criteria of when an examination support document is required to be filed. Accordingly, the USPTO now estimates an increased number of these examination support documents may be filed. The USPTO now estimates the examination support documents will take 24 hours based upon further feedback from the public and further study. Likewise, for the petitions for further continued examination (whether via continuations, continuations-in-part, or requests for continued examination), the USPTO now estimates that fewer such petitions will be filed because the final rule will change the conditions for when such petitions are required. The USPTO now estimates such petitions will take 4 hours based upon further feedback from the public and further study.

The USPTO estimates that there will be an increase in the annual burden for this submission of 196,800 burden hours as a program change, bringing the total annual hours to 3,724,791. The USPTO also estimates that the annual (non-hour) cost burden will decrease by $2,880,039 as a program change, bringing the total annual (non-hour) cost burden to $114,723,256.

A08233