# EXHIBIT L

## Bahr, Robert

**From:** Bahr, Robert
**Sent:** Monday, April 02, 2007 8:25 PM
**To:** 'Gormsen, Elizabeth'
**Cc:** Collier, John
**Subject:** RE: Patenting Trends Report

I had it sent via FedEx.

-----Original Message-----
From: Gormsen, Elizabeth [mailto:EGormsen@icfi.com]
Sent: Monday, April 02, 2007 12:20 PM
To: Bahr, Robert
Cc: Collier, John
Subject: RE: Patenting Trends Report


Bob,

If the file isn't too large, you can email it to us. If it is too large, then you can FedEx it to us. Our mailing address is:

9300 Lee Highway
Fairfax, VA 22031

Thanks.

Liz Gormsen
ICF International
ph: 703-934-3103
fax: 703-934-3740
egormsen@icfi.com

-----Original Message-----
From: Bahr, Robert [mailto:Robert.Bahr@USPTO.GOV]
Sent: Friday, March 30, 2007 12:39 PM
To: Gormsen, Elizabeth
Subject: Patenting Trends Report


I have the Patenting Trends Report you requested. It is on a CD. The report is current only through 2004.

Bob Bahr
571-272-8090

1

A08231