# EXHIBIT M

Dockets.Justia.com

**McDowell, Jennifer**

**From:**       Barnes, Carrol L. [Carrol.Barnes@sba.gov]
**Sent:**       Friday, June 29, 2007 11:26 AM
**To:**         McDowell, Jennifer
**Cc:**         Johnson, Joseph
**Subject:**    RE: Revised AB93 AB94

Jenny,

I have reviewed the new language and think it looks really good. Thank
you for sharing this in advance and Advocacy has no further comments or
changes. Also, from a historical standpoint in dealing with agency
compliance, I would say this is one of the best responses to Section
3(c) of E.O. 13272 that I have seen.

Have a great weekend!

Carrol L. Barnes JD, MHA
Assistant Chief Counsel
Office of Advocacy
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416
Tel:    (202)205-6890
Fax:    (202)205-6928
E:      carrol.barnes@sba.gov

In order to receive:
*       Advocacy's News Releases via email;
*       Advocacy's monthly newsletter "The Small Business Advocate" via
email;
*       Advocacy's Small Business Research and Statistics via email;
*       Advocacy's Regulatory Communications via email;
Visit http://web.sba.gov/list/ to join the lists.
To easily comment on important proposed regulations visit
http://www.sba.gov/advo/laws/law_regalerts.html


-----Original Message-----
From: McDowell, Jennifer [mailto:Jennifer.McDowell@USPTO.GOV]
Sent: Friday, June 29, 2007 9:39 AM
To: Barnes, Carrol L.
Subject: FW: Revised AB93 AB94

Carrol
Please find attached the latest version of the claims and continuations
final rule.

> -----Original Message-----
> From:    Bahr, Robert
> Sent:    Friday, June 29, 2007 8:40 AM
> To: McDowell, Jennifer; Hassan, Shirley
> Subject: Revised AB93 AB94
>
> >   <<AB93&AB94 FR 06-28-2007.pdf>>

1

A08505