# EXHIBIT N

FY 2006 Filings:

419,760 UPR
122,230 1 or more CON, CIP or RCE, 29.1%
    (77,104 exactly 1, 18.4%)
45,126 2 or more CON, CIP or RCE, 10.8%
    (26,564 exactly 2, 6.3%)
18,562 3 or more CON, CIP or RCE, 4.4%
    (about 10,000 exactly 3, about 2.5%)
at least 4,005 4 or more RCE or 4 or more CON/CIP. In cases with 3 or more CON/CIP/RCE, 47% were either 3 or more CON/CIP or 3 or more RCE. Assuming this holds true for 4 or more, **about 8,000 4 or more CON/CIP/RCEs filed.**

---

2,615 exactly 3 CON/CIP
about 8000 4+ CON/CIP/RCE

**about 10,000 filings would have required a petition or change in behavior in a 2 CON/1 RCE scenario (2.4%)**

**Claims: about the same for 05 and 06 data**
about 36% of all applications have more than 1-6 independent claims and 20 total claims
about 25% of all applications have more than 1-5 independent claims and 25 total claims
about 16% of all applications have more than 1-6 independent claims and 30 total claims
about 11% of all applications have more than 1-6 independent claims and 40 total claims

A05723