# EXHIBIT 3

**Proposed Topics for John J. Love - Deputy Commissioner for Patent Examination Policy**

|   | **Broad Lines of Inquiry** | **Exemplar Issues** |
|---|---|---|
| 1. | Good faith basis for data proffered to Office of Management and Budget by USPTO in respect of continuation/claim rules. | • Mr. Love's involvement in the OMB process in respect of the continuation/claim new rules (and proposed rules).<br><br>• Discrepancies noted between USPTO's claimed savings in public paperwork burden and the actual increase in burden.<br><br>• Failure of the USPTO to disclose its assumptions and models to FOIA request by David Boundy of Cantor Fitzgerald. |
| 2. | Good faith basis for the USPTO asserting that it considered alternative methods of resolving its backlog problem. | • USPTO's consideration of satellite offices in promulgating new rules in light of November 2007 statement by John Doll that "It's a really good idea, but right now we're still very much in the preliminary stages."<br><br>• USPTO's full consideration of the idea of deferred examination alternatives in light of its statements in Federal Register that it still considering the idea.<br><br>• Review of petty patent idea and collaborative examination.<br><br>• Efforts undertaken by USPTO to deal with its large attrition rate.<br><br>• Consideration of its backlog problem due to its high examiner attrition rate – consideration of ways to reduce attrition rate. |
| 3. | *Ex officio* communications without confidence pertaining to new | • *Ex officio* communications between Robert Spar, John Love, Joseph Rolla, and others made |

| | | |
|---|---|---|
| | continuation/claim rules. | concerning the continuation/claim rules that were not kept in confidence.<br><br>• Inquiries into certain "form" letters transmitted by several patent firms, including LeMonine Patent, Kacvinsky LLC, and Caven & Aghevli, in support of the new rules posted very early in the comment period – Basis for withdrawal of other such form letters from USPTO comments.<br><br>• Communications about the 5/25 proposal to groups outside of the administrative record (BIO meeting New York October 3, 2007). |
| 4. | Inquiry into the good faith belief of the USPTO in respect of its assertion that the final rules are a logical outgrowth of the proposed rules. | • Statements made by John Love indicating that the new rules are not a logical outgrowth of the proposed rules. |
| 5. | Inquiry into vagueness of USPTO final rules and confusion at the USPTO in respect of its final rules. | • Information given to practitioners that the filing of a demand in an international case would be counted against continuation filings in U.S.<br><br>• Flagging of applications for 5/25 claims prior to effective date of new rules. |