# EXHIBIT 4

Dockets.Justia.com

**Proposed Topics for Robert Bahr – Senior Patent Attorney/Deputy Commissioner for Patent Examination Policy**

| | **Broad Lines of Inquiry** | **Exemplar Issues** |
|---|---|---|
| 1. | Good faith basis for data passed to Office of Management and Budget by USPTO in respect of continuation/claim rules. | • Mr. Bahr's involvement in the OMB process, in particular in the certification of March 13, 2007 ICR.<br><br>• Mr. Bahr's communications with Elizabeth Gormsen of the ICF International, the outside firm contracted to render the Certification Analysis Under the Regulatory Flexibility Act, concerning numbers being supplied to the Office of Management and Budget.<br><br>• March 13, 2007 ICR to OMB – questions on certification of the numbers therein and statistical methodology used to generate such data.<br><br>• Basis for using in March 13, 2007 ICR submission to OMB attorney billing rates published in a 2003 AIPLA report.<br><br>• Basis for asserting no anticipated small entity filings of ESDs or petitions in OMB filings |
| | | |