**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>              **Plaintiff,**<br>     v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>              **Defendants.** | **CIVIL ACTION:  1:07cv846 (JCC/TRJ) and Consolidated Case (below)** |
| **SMITHKLINE BEECHAM CORPORATION,**<br><br>              **Plaintiff,**<br>     v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>              **Defendants.** | |

## PLAINTIFF DR. TAFAS' MOTION TO COMPEL

Plaintiff Dr. Triantafyllos Tafas, by undersigned counsel Kelley Drye & Warren LLP, respectfully requests that the Court issue an order compelling Defendants Jon W. Dudas and the United States Patent and Trademark Office to furnish a privilege log identifying any and all documents and information withheld or redacted from the administrative record Defendants produced in this consolidated action based on any claim of any privilege or protection from disclosure and to include in the administrative record any and all non-privileged documents and materials that were considered or reviewed in connection with the proposed and final patent rules that are subject of this action.  The grounds for this relief were set forth by Dr. Tafas' counsel

during the hearing in this consolidated action on November 16th and in Dr. Tafas' Supplemental Memorandum Addressing Need for Defendants to Furnish a Privilege Log Concerning Matter Withheld from the Administrative Record Based on Privilege (Dckt. # 73).

WHEREFORE, for all the foregoing reasons, as well as those set forth by Dr. Tafas' counsel at the November 17, 2007 hearing and in Dr. Tafas' Supplemental Memorandum Addressing Need for Defendants to Furnish a Privilege Log Concerning Matter Withheld from the Administrative Record Based on Privilege, the Court should grant this Motion, and order Defendants Jon W. Dudas and the United States Patent and Trademark Office to furnish a privilege log identifying any and all documents and information withheld or redacted from the administrative record Defendants produced in this consolidated action based on any claim of any privilege or protection from disclosure and to include in the administrative record any and all documents and materials that were considered or reviewed in connection with the proposed and final patent rules that are subject of this action.   A proposed Order is attached hereto.

<u>Local Rule 37(E) Statement</u>.  Pursuant to Local Rule 37(E), counsel for Dr. Tafas certifies that it has conferred in good faith negotiations with counsel for Defendants in an attempt to resolve this dispute through letters and in person conversations, but have been unable to reach an agreement on the issues noted herein.

                                          Respectfully submitted,

                                          _____/s/ Joseph D. Wilson_____
                                          Joseph D. Wilson (VSB # 43693)
                                          Steven J. Moore, Esq. *(pro hac vice)*
                                          James E. Nealon, Esq. *(pro hac vice)*
                                          KELLEY DRYE & WARREN LLP
                                          Washington Harbor, Suite 400
                                          3050 K Street, NW
                                          Washington, DC 20007
                                          Telephone: (202) 342-8400
                                          Facsimile: (202) 342-8451
                                          E-mail: jwilson@kelleydrye.com

                                          *Counsel for Plaintiff Triantafyllos Tafas*

*Of Counsel:*

William R. Golden Jr., Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7992
Facsimile: (212) 808-7897
E-mail: wgolden@kelleydrye.com
        smoore@kelleydrye.com
        jnealon@kelleydrye.com

David Frulla, Esq.
Shaun Gehan, Esq. (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
Email: dfrulla@kelleydrye.com
        sgehan@kelleydrye.com

Dated: November 20, 2007

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>          **Plaintiff,**<br>     v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>          **Defendants.** | CIVIL ACTION: 1:07cv846 (JCC/TRJ) and Consolidated Case (below) |
| **SMITHKLINE BEECHAM CORPORATION,**<br><br>          **Plaintiff,**<br>     v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>          **Defendants.** | |

## [PROPOSED] ORDER
## GRANTING PLAINTIFF DR. TAFAS' MOTION TO COMPEL

Upon consideration of the Motion by Plaintiff Dr. Tafas' to Compel, the arguments raised by the parties in their briefs and during oral argument, and the entire record in this case, and having found good cause, it is this_____ day of_____, 2007,

**ORDERED** that the aforesaid Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that Defendants Jon W. Dudas and the United States Patent shall office shall furnish a privilege log to Plaintiffs in this action separately identifying any and all documents and information withheld or redacted from the administrative record that Defendants produced in this consolidated action based on any claims of any privilege or

2

protection from disclosure and otherwise comporting with the requirements of Federal Rule of Civil Procedure 26(b)(5)(A)  by_____; and

**IT IS FURTHER ORDERED** that Defendants Jon W. Dudas and the United States Patent Office shall include in the administrative record any and all non-privileged documents and materials that were reviewed and considered, either directly or indirectly, in connection with the proposed and final patent rules that are subject of this action no later than _____.

.

_____
Judge,
United States District Court
For The Eastern District of Virginia

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettingan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA  22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:  to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street NW
Suite 800
Washington, DC  20005
Email: dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue NW
Washington, DC  20004
Email:  james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA  22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Putative Amicus Elan Pharmaceuticals, Inc.*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22134
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*

3

   /s/ Joseph D. Wilson_____
Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*