**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>              **Plaintiff,**<br>    v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>              **Defendants.** | **CIVIL ACTION:  1:07cv846 (JCC/TRJ) and Consolidated Case (below)** |
| **SMITHKLINE BEECHAM CORPORATION,**<br><br>              **Plaintiff,**<br>    v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>              **Defendants.** | |

## **PLAINTIFF DR. TAFAS' NOTICE OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that on Tuesday November 27, 2007, at 10:00 a.m. or at such earlier or other time as counsel may be heard, Plaintiff Dr. Triantafyllos Tafas ("Tafas") by his counsel, Kelley Drye & Warren LLP, will move the Court for an order compelling Defendants Jon W. Dudas and the United States Patent and Trademark Office to furnish a privilege log separately identifying any and all documents and information withheld or redacted from the administrative record that Defendants produced in this consolidated action based on any claims of any privilege or protection from disclosure (*e.g.*, the attorney-client privilege, deliberative process privilege, work production protection, etc.).

Dockets.Justia.com

Additionally, Tafas will move the Court on November 27th to order Defendants to produce any and all non-privileged documents and materials Defendants reviewed and considered, either directly or indirectly, in connection with the proposed and final patent rules that are subject of this action.

The Court has already indicated it will address and resolve Tafas' entitlement to this relief at a hearing previously scheduled for November 27th. Thus, while Tafas' demand for production of a privilege log is already *sub-judice,* Tafas submits this Notice and accompanying Motion to Compel out of an abundance of caution to assure the record in this consolidated action is complete and that there is a procedural vehicle in place for the Court to order the previously requested relief. Counsel for Dr. Tafas raised the request for the relief noted above and in the accompanying Motion to Compel orally before Magistrate Judge Jones at the November 16, 2007 hearing in this matter on Defendants' Motion for Issuance of Expedited Briefing Schedule in Lieu of Standard Initial Scheduling Order (Dckt. # 60). At that hearing, the Court invited Tafas to submit further briefing on the matter, which Tafas has done. *See* Dckt. # 73 (Tafas submission). The Court also invited Defendants to submit briefing in this regard, and Defendants' brief is due today. Furthermore, the Court continued the November 16th hearing to November 27th to address these issues, among others.

Respectfully submitted,

    /s/ Joseph D. Wilson
Joseph D. Wilson (VSB # 43693)
Steven J. Moore, Esq. *(pro hac vice)*
James E. Nealon, Esq. *(pro hac vice)*
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

*Of Counsel:*

William R. Golden Jr., Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178-0002
Telephone: (212) 808-7992
Facsimile: (212) 808-7897
E-mail: wgolden@kelleydrye.com
       smoore@kelleydrye.com
       jnealon@kelleydrye.com

David Frulla, Esq.
Shaun Gehan, Esq. (*pro hac vice*)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
Email: dfrulla@kelleydrye.com
      sgehan@kelleydrye.com

Dated: November 20, 2007

**CERTIFICATE OF SERVICE**

        I hereby certify that on November 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettingan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA  22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC  20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:  to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street NW
Suite 800
Washington, DC  20005
Email: dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue NW
Washington, DC  20004
Email: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA  22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Putative Amicus Elan Pharmaceuticals, Inc.*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22134
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*

4

          ___/s/ Joseph D. Wilson_____
          Joseph D. Wilson (VSB # 43693)
          KELLEY DRYE & WARREN LLP
          Washington Harbor, Suite 400
          3050 K Street, NW
          Washington, DC 20007
          Telephone: (202) 342-8400
          Facsimile: (202) 342-8451
          E-mail: jwilson@kelleydrye.com

          *Counsel for Plaintiff Triantafyllos Tafas*