Tafas v. Dudas et al Doc. 82

# TRANSCRIPT

Dockets.Justia.com