# Proposed Order

Dockets.Justia.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON W. DUDAS, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM )<br>CORPORATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JON W. DUDAS, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

**ORDER**

These consolidated cases arising under the Administrative Procedures Act ("APA"), 5 U.S.C. § 701 et seq., and the Court having denied discovery in this action and quashed the Notices of Deposition issued by Plaintiff Tafas, it is hereby

**ORDERED** that the Court shall not issue a standard scheduling Order in this case;

It is further **ORDERED** that the parties shall proceed directly to summary judgment briefing pursuant to the following schedule:

1. Plaintiffs and Defendants shall file cross-motions for summary judgment on or before Thursday, December 20, 2007. The parties shall meet and confer to agree upon a page extension for the Court's approval.

2. Any and all *amicus curiae* who wish to file briefs in support of the parties' cross-motions for summary judgment shall file their briefs no later than Thursday, December 20, 2007. Each brief of *amicus curiae* shall not exceed twenty pages in length.

3. Plaintiffs and Defendants shall file briefs in opposition to the opposing parties' cross-motions for summary judgment, and in response to the briefs of *amicus curiae*, on or before Tuesday, January 22, 2008. The parties shall meet and confer to agree upon a page extension for the Court's approval.

4. Plaintiffs and Defendants shall file any rebuttal briefs, by Friday, February 1, 2008. If necessary, the parties shall meet and confer to agree upon a page extension for the Court's approval.

5. The Parties shall notice a hearing for Friday, February 8, 2007, at 10 a.m. If, as of January 31, 2007, lead GSK counsel still expects to be trial on February 8, 2007, the parties shall re-notice a hearing for the first Friday following February 15th that he is not in trial or shall agree to have the matter taken on the papers.

6. No summary judgment briefs by the Parties or *amicus curiae* shall be filed other than those specifically authorized by this Order.

Dated: _____

_____

Hon. T. Rawles Jones, Jr.

United States Magistrate Judge