# Defendants' Exhibit 1 (Part 2)

Dockets.Justia.com

| 05/03/06 | Comments from Cantor Colburn LLP | A02863-A02866 |
|---|---|---|
| 05/03/06 | Comments from Ladas & Parry LLP | A02867-A02884 |
| 05/03/06 | Comments from Pearne & Gordon LLP | A02885-A02900 |
| 05/03/06 | Comments from Thomas, Kayden, Horstemeyer & Risley, LLP | A02901-A02923 |
| 05/03/06 | Comments from Tillman Wright, PLLC | [A01544-A01552] |
| 05/03/06 | Comments from Guy Cumberbatch | A02924-A02925 |
| 05/03/06 | Comments from Townsend and Townsend and Crew LLP | A02926-A02929 |
| 05/03/06 | Comments from Wood, Herron & Evans, LLP | A02930-A02935 |
| 05/03/06 | Comments from "Patent Attorney" at e-mail address uspatentno1@yahoo.com | [A01553-A01557] |
| 05/03/06 | Comments from Dick Apley | A02936-A02937 |
| 05/03/06 | Comments from D. Benjamin Borson, Paul Kovelman, Robert Kovelman, William Benman, George Grunebach, R. Dabney Eastham, Thomas Ward | A02938-A02949 |
| 05/03/06 | Comments from Kerry Broome | A02950-A02954 |
| 05/03/06 | Comments from Katrina Leonardi | A02955-A02956 |
| 05/03/06 | Comments from Terry Callahan | A02957-A02965 |
| 05/03/06 | Comments from Dean Alderucci, Robert Bahrampour | [A01572- A01609] |
| 05/03/06 | Comments from Mark Carter | [A01610-A01614] |
| 05/03/06 | Comments from Kent Chambers | A02966-A02967 |
| 05/03/06 | Comments from Clyde Christofferson, Marshall Curtis | A02968-A02971 |
| 05/03/06 | Comments from the Business Software Alliance (BSA) | A02972-A02976 |
| 05/03/06 | Comments from Lawrence Ebert | A02977-A02979 |
| 05/03/06 | Comments from Paul Fenster | A02980-A02983 |
| 05/03/06 | Comments from John Fitzpatrick | A02984-A02992 |
| 05/03/06 | Comments from Glenn Foster | [A01615-A01632] |
| 05/03/06 | Comments from Derek Freyberg | [A01633-A01635] |
| 05/03/06 | Comments from Nicholas Godici | [A01636-A01642] |
| 05/03/06 | Comments from Thomas Kelley | A02993-A02995 |
| 05/03/06 | Comments from Michael Kirschner | [A01650-A01654] |
| 05/03/06 | Comments from David Metzger | A02996-A03000 |
| 05/03/06 | Comments from Steven Lundberg, Ann McCrackin | A03001-A03003 |
| 05/03/06 | Comments from Jerry Mahurin, Curtis Castleman, Jeffery Thurnau, Paul Dunlap | A03004-A03007 |
| 05/03/06 | Comments from Robert Miller | [A01655-A01668] |
| 05/03/06 | Comments from Joseph Milstein | A03008-A03010 |
| 05/03/06 | Comments from Timothy Ball, Grace Bonner, Forchisha Davis, Dennis Hoerner, Lawrence Lavin, Chunping Li, Matthew Madsen, Margarita Unson (Practitioners from Monsanto Company) | A03011-A03034 |
| 05/03/06 | Comments from Tom Moran | [A01669-A01670] |

| 05/03/06 | Comments from James Mullen III, Gladys Monroy, Barry Bretschneider, Gregory Einhorn, Kate Murashige, Catherine Polizzi, Steven Durant, Norman Klivans, Jr., Robert Scheid, Daniel Yannuzzi | A03035-A03039 |
|---|---|---|
| 05/03/06 | Comments from Elizabeth Nugent, Heather Callahan | A03040-A03041 |
| 05/03/06 | Comments from Devan Padmanabhan | A03042-A03047 |
| 05/03/06 | Comments from Stephen Pang | A03048-A03057 |
| 05/03/06 | Comments from Steven Parmelee | [A01687-A01691] |
| 05/03/06 | Comments from Robert Resis | A03058-A03075 |
| 05/03/06 | Comments from Mark Sandbaken | A03076-A03083 |
| 05/03/06 | Comments from Suzannah Sundby | A03084-A03091 |
| 05/03/06 | Comments from Michael Wach | A03092-A03093 |
| 05/03/06 | Comments from Seth Watkins | A03094-A03097 |
| 05/03/06 | Comments from Steven Wigmore | A03098-A03102 |
| 05/03/06 | Comments from Mark Wolfe | [A01731] |
| 05/03/06 | Comments from Kevin Wolff | [A01732-A01740] |
| 05/03/06 | Comments from Lee Wright | A03103-A03105 |
| 05/03/06 | Comments from Richard Breneman | [A01750] |
| 05/03/06 | Comments from Lisa Brothers | [A01751] |
| 05/03/06 | Comments from Rose Marie Copeland-Carr | A03106-A03108 |
| 05/03/06 | Comments from Glenn Strawder | A03109-A03111 |
| 05/03/06 | Comments from Edwin Suominen | A03112-A03113 |
| 05/03/06 | Comments from Mary Jo West | A03114 |
| 05/03/06 | Comments from "Anonymous" in Sunnyvale, CA | A03115-A03118 |
| 05/03/06 | Comments from "Anonymous" | A03119-A03123 |
| 05/03/06 | Comments from J. Bonnamy | A03124 |
| 05/03/06 | Comments from G. Foster | A03125 |
| 05/03/06 | Comments from Mark Greenstein | [A01762-A01766] |
| 05/03/06 | Comments from James Kulbaski | A03126-A03127 |
| 05/03/06 | Comments from V. Bryan Lawlis | A03128-A03129 |
| 05/03/06 | Comments from Van Mahamedi | A03130-A03132 |
| 05/03/06 | Comments from Jeff Stewart | A03133-A03137 |
| 05/03/06 | Comments from Jason Taylor | [A01709-A01721] |
| 05/03/06 | Comments from Daniel Wasil | A03138-A03141 |
| 05/04/06 | Comments from Margo Wach | A03142 |
| 05/04/06 | Comments from Fallbrook Technologies Inc. | A03143-A03152 |
| 05/04/06 | Comments from Cameron Weiffenbach | A03153-A03155 |
| 05/06/06 | Comments from Samson Helfgott | A03156-A03164 |
| Undated | Comments from Francis Hand | A03165 |
| Undated | Comments from Steven Hoffberg | A03166-A03190 |
| Undated | Comments from Clifford Kraft | A03191-A03192 |
| Undated | Comments from Justin Petruzzelli | [A01124-A01132] |
| Undated | Comments from Robert Usher | A03193-A03195 |
| Undated | Comments from Robert Vanderhye | A03196-A03199 |
| Undated | Comments from Kurt VanVoorhies | [A01722-A01727] |

## V. DATA

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 00/00/03 | AIPLA Report of the Economic Survey 2003 | A03200-A03201 |
| 10/00/03 | To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy, A Report by the Federal Trade Commission, October 2003 | A03202-A03516 |
| 06/00/04 | Appeal Conference Effects – Examiner Actions in Response to Appeal Brief | A03517-A03524 |
| 00/00/05 | Refile Report – Compiled via ExPo for all types of filings | A03525-A03530 |
| 02/09/05 | Re-Work Stats | A03531-A03537 |
| 02/10/05 | FAOM Rework by TC Group for FY 2000-2005 | A03538-A03544 |
| 03/02/05 | Claims breakdown by Tech Center for FY 2000-2005 | A03545-A03553 |
| 03/10/05 | Claims and percentages data for FY 2004 | A03554-A03620 |
| 04/07/05 | Patents Issuing (Utility and Plant Only) for FY 1981-2005 | A03621 |
| 04/25/05 | CPA-RCE-CON Multiple Entries: Small Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications for FY 2002-2005 | A03622-A03623 |
| 04/25/05 | Terminal Disclaimers by Entity | A03624-A03625 |
| 04/26/05 | Refiles by Tech Centers for FY 2002-2005 | A03626-A03638 |
| 04/26/05 | Corrected Refiles by Tech Centers for FY 2002-2005 | A03639-A03651 |
| 05/23/05 | Claims in Application at Filing (Serialized Filings Only) for FY 2001-2005 | A03652-A03653 |
| 05/26/05 | Loss of Revenue Exercise for Patents | A03654 |
| 06/01/05 | Claim Fee Analysis | A03655-A03657 |
| 06/01/05 | Updated Claim Fee Analysis | A03658-A03660 |
| 06/01/05 | Claim Fee Analysis – Claims Ranges Summary for FY 2002-2005, Total Claims Ranges by TC Group | A03661-A03678 |
| 06/03/05 | Data for meeting regarding claims for examination and time/counts | A03679-A03683 |
| 06/08/05 | Appeal brief survey data – IFW cases placed in 124 status by the BPAI in FY 2004 and 2005 | A03684-A03736 |
| 06/08/05 | Appeal brief survey data | A03737-A03763 |
| 06/16/05 | Goals Proposal for Mid-Year FY 2006 | A03764-A03766 |
| 06/27/05 | Claim Fee Analysis for FY 2002-2005 | A03767-A03769 |
| 06/29/05 | Independent Claims Filed by Large Entities, Small Entities and All Entities | A03770-A03771 |
| 06/29/05 | Updated Refiles by Tech Centers for FY 2002-2005 | A03772-A03784 |
| 06/29/05 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications for FY 2002-2005 | A03785-A03788 |

17

| Date | Description | Bates Range |
|---|---|---|
| 07/08/05 | Independent Claim Analysis | A03789-A03795 |
| 07/14/05 | Briefs – Notice of Appeals by Entity FY 2003-2005 | A03796-A03797 |
| 07/19/05 | Independent Claims Breakdown | A03798-A03804 |
| 07/19/05 | Total Claims Breakdown | A03805-A03821 |
| 07/26/05 | Independent Claims Breakdown by Entity | A03822-A03824 |
| 08/00/05 | U.S. Patent and Trademark Office: Transforming To Meet the Challenges of the 21st Century, A Report by a Panel of the National Academy of Public Administration for the U.S. Congress and the U.S. Patent and Trademark Office | A03825-A04112 |
| 09/00/05 | AIPLA Report of the Economic Survey 2005 Prepared Under Direction of the American Intellectual Property Law Association Law Practice Management Committee | A04113-A04329 |
| 09/22/05 | Data Update regarding Petitions to Make Special | A04330-A04332 |
| 10/13/05 | Independent Claims Breakdown by Entity - Independent Claims in Cases Received 1/1/2005+ | A04333-A04338 |
| 10/13/05 | Refiles by TC – Entity FY 2002-2005 | A04339-A04351 |
| 10/14/05 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications for FY 2002-2005 | A04352-A04355 |
| 10/14/05 | UPR New Hire Examiner Attritions for FY 2000-2005 | A04356 |
| 10/17/05 | Petitions To Make Special (PTMS) – All Data Update | A04357-A04359 |
| 10/18/05 | Priority Claims & First Actions with Analysis for FY 2002-2005 | A04360-A04368 |
| 10/18/05 | Average Claims for Applications Filed, Allowed and Issued During a Fiscal Year and by Fiscal Year of Filing | A04369-A04371 |
| 10/19/05 | Office Action Analysis by Tech Center for FY 2002-2005 | A04372-A04382 |
| 10/19/05 | Appeal Information and Disclaimers by Entity for FY 2004-2005 | A04383-A04384 |
| 10/20/05 | First Action Ratios for FY 2001-2005 | A04385-A04386 |
| 10/23/05 | Continuations/RCEs – 2nd and subsequent for FY 2002-2005 | A04387-A04398 |
| 10/27/05 | Independent Claims Breakdown by Entity | A04399-A04402 |
| 11/30/05 | CPA-RCE-CON Multiple Entries: RCE-R129-CPA Filing Counts in Applications and Continuations Filed in Applications | A04403-A04404 |
| 03/07/06 | 2005 Filings, RCEs, Continuations | A04405-A04407 |
| 03/21/06 | Percent First Action Allowances | A04408-A04411 |
| 03/31/06 | Data regarding second plus continuations | A04412-A04416 |
| 04/04/06 | CPA-RCE-CON Multiple Entries: Entity-Based RCE-R129-CPA Filing Counts in Applications, Continuations Filed in Applications and Continuations/CIPS Filed in Applications | A04417-A04420 |

| 04/04/06 | USPTO FOIA 06-159 | A04421-A04432 |
|---|---|---|
| 05/26/06 | E-mail from C. Kirik to R. Fawcett regarding FOIA 06-176 and attaching 2007 President's Budget Report | A04433-A04507 |
| 06/02/05 | Group Patent Case Pendency – TC Group 3620 | A04508 |
| 06/05/06 | Performance and Accountability Report for Fiscal Year 2005 – Table 2: Patent Applications Filed | A04509 |
| 06/13/06 | Claims Analysis on Applications in Status 18-32 | A04510-A04511 |
| 06/14/06 | Updated Claims Analysis on Applications in Status 18-32 | A04512-A04513 |
| 06/22/06 | RCE-CON-DIV After Allowance | A04514-A04515 |
| 07/10/06 | Divisional Analysis – Number Claimed in Applications for FY 2001-2006 | A04516-A04519 |
| 07/13/06 | Final Rejections by Month – Analysis for FY 2005-2006 | A04520-A04521 |
| 07/18/06 | Final Rejections by Month – Analysis for FY 2005-2006 | A04522-A04523 |
| 07/19/06 | Continuing Applications Data for FY 1980-2006 | A04524-A04527 |
| 07/21/06 | Claims Analysis on Applications in Status 18-32 | A04528-A04529 |
| 07/24/06 | Statistics on Continuations for FY 2002-2005 | A04530-A04532 |
| 07/24/06 | Divisional Filings with/without Restrictions in Parent – All TCs for FY 2005-2006 | A04533-A04534 |
| 07/27/06 | Claims Analysis on Applications in Status 18-32 | A04535-A04536 |
| 07/27/06 | Claims Analysis for FY 2005 and 1st Half of FY 2006 | A04537-A04538 |
| 07/27/06 | Claims Analysis for FY 2005, Quarters 2, 3 & 4 of FY 2005 and 1st Half of FY 2006 | A04539-A04541 |
| 07/29/06 | Claims Analysis (Entity Based) for FY 2005, Quarters 2, 3 & 4 of FY 2005 and 1st Half of FY 2006 | A04542-A04545 |
| 08/03/06 | Relevant Data regarding USPTO filings | A04546-A04553 |
| 08/29/06 | Updated Claims Analysis (Entity Based) for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04554-A04557 |
| 08/31/06 | CPA-RCE-CON-CIP 2 Filings for FY 1995-2006 | A04558-A04559 |
| 08/31/06 | CPA-RCE-CON-CIP 2 Filings for FY 1995-2006 | A04560-A04561 |
| 08/31/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Refiles for FY 1995-2006 | A04562-A04564 |
| 09/01/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings for FY 1995-2006 | A04565-A04566 |
| 09/13/06 | Group Patent Case Pendency Slide | A04567-A04568 |
| 09/15/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04569-A04572 |
| 09/15/06 | RCE Count with Post RCE Result – Disposition of Cases Having 1+ RCES/CPSs for FY 1994-2006 | A04573-A04574 |
| 09/26/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04575-A04578 |
| 09/27/06 | Statistics on First Action Allowances, Board Outcomes and RCEs | A04579-A04580 |
| 09/28/06 | Independent Claims Filed in Cases for FY 2005-2006 and Total Claims Filed in Cases for FY 2005-2006 | A04581-A04585 |

| 09/28/06 | Independent and Total Claims in Application at Filing for FY 1998-2006 | A04586-A04590 |
|---|---|---|
| 09/29/06 | Claim Counts for FY 2006 | A04591-A04672 |
| 09/30/06 | Biweekly Technology Center 2900 Time And Activity Report | A04673-A04674 |
| 10/12/06 | FY 2005 Statistics on Continuations | A04675 |
| 10/12/06 | Proposed Rule Changes to Focus the Patent Process in the 21st Century | A04676-A04681 |
| 10/12/06 | The State of the Patent System Background for Rule Proposals | A04682-A04686 |
| 10/12/06 | USPTO Request for Public Input: Strategic Panning | A04687-A04704 |
| 10/18/06 | OPQA RCE Review | A04705-A04718 |
| 10/23/06 | PCTs Filed in CY05 with Parent Entity Information | A04719-A04720 |
| 10/23/06 | Patent Examiner Hiring Models | A04721-A04731 |
| 10/25/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04732-A04733 |
| 10/26/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A04734-A04737 |
| 10/26/06 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A04738-A04742 |
| 12/13/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04743-A04744 |
| 12/13/06 | Claims Analysis on Applications in Status 18-32 (New Cases) | A04745-A04747 |
| 12/13/06 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04748-A04752 |
| 01/08/07 | Distribution of claims in FY 2006 filings, newly serialized cases only, PALM Data 1/8/2007 | A04753 |
| 01/08/07 | Distribution of Independent Claims at Filing, PALM Data 1/8/2007 | A04754 |
| 01/08/07 | Distribution of Total Claims at Filing, PALM Data, 1/8/2007 | A04755 |
| 01/08/07 | Total Claims at Filing and Issue, FY06, PALM Data, 1/8/2007 | A04756 |
| 01/11/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04757-A04760 |
| 01/22/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04761-A04764 |
| 01/24/07 | RCE-CONs 4 Plus Filings | A04765-A04766 |
| 01/26/07 | Claim Categories with Continuity | A04767-A04783 |
| 01/29/07 | Terminal Disclaimers in FY 1999-2001 Filings | A04784-A04785 |
| 02/00/07 | 2008 President's Budget | A04786-A04984 |
| 02/07/07 | Issued Claims in Utility Patents Based on PALM Data for FY 2005-2007 | A04985-A04988 |

| | | |
|---|---|---|
| 02/07/07 | Claims Analysis by Entity for FY 2005, Quarters 2, 3 & 4 of FY 2005 and FY 2006-to-Date | A04989-A04992 |
| 02/07/07 | Issued Claims in Utility Patents (PALM Data, FY 2006 Issues) | A04993-A04995 |
| 02/12/07 | Filings by Tech Center & by Entity for FY 2001-2007 | A04996-A04999 |
| 02/13/07 | Issued Claims (by Entity) in Utility Patents Based on PALM Data for FY 2005-2007 | A05000-A05009 |
| 02/15/07 | Divisional Analysis – Number Claimed in Applications for FY 2001-2007 | A05010-A05013 |
| 02/15/07 | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2007 | A05014-A05017 |
| 03/05/07 | Pre-Appeal Brief Conference Effects – second half of FY2006 | A05018 |
| 03/06/07 | UPR Filings and Refilings for FY 1980-2007 | A05019-A05020 |
| 03/07/07 | Refilings – 1980-2007 | A05021 |
| 03/15/07 | Number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC as of 3/13/07 | A05022 |
| 03/21/07 | Data Request | A05023-A05027 |
| 03/22/07 | Data re: issued claims over 5/25 | A05028 |
| 03/22/07 | Data re: restriction/election only actions issued in FY 2006 | A05029 |
| 03/22/07 | 3 Plus Design Filings for FY 2006 | A05030-A05031 |
| 03/26/07 | FY 2006 Filings for RoBahr | A05032-A05033 |
| 04/10/07 | Independent & Total Claims in Application at Filing for FY 1998-2007 | A05034 |
| 04/26/07 | Data re: FY 06 applications with more than 5 independent claims | A05035 |
| 05/01/07 | Claims in cases – new rule | A05036-A05037 |
| 05/08/07 | Claims in cases – new rule | A05038-A05039 |
| 05/10/07 | Claims in cases – new rule | A05040-A05041 |
| 05/15/07 | Independent and Total Claims Breakdown by Entity for FY 2006 | A05042-A05052 |
| 05/18/07 | OPQA Error Rate Findings vs. Claims at Filing | A05053-A05060 |
| 06/05/07 | UPR Filings and Refilings for FY 1980-2007 | A05061-A05062 |
| 06/11/07 | Claims in cases – new rule | A05063-A05065 |
| 06/12/07 | Claims in cases – new rule update | A05066-A05070 |
| 06/13/07 | UPR Filings and Refilings for FY 1980-2007 | A05071-A05072 |
| 06/13/07 | RCE-CONs Combined 4 Plus Entity for 2006 Filings | A05073-A05618 |
| 06/19/07 | Independent and Total Claims in Application at Filing for FY 1998-2007 | A05619-A05620 |
| Undated | Reviewer Comments: Examiner Action Not Proper | A05621-A05622 |
| Undated | CPA-RCE-CON-CIP 2nd and 3rd Generation Filings by Entity for FY 1995-2006 | A05623-A05625 |
| Undated | Issued Claims in Utility Patents (PALM Data, FY2006 issues) | A05626 |

| Undated | FY06 Claims Report | A05627 |
|---|---|---|
| Undated | Claims in patents issued FY 2006, utility patents only | A05628 |
| Undated | Claims in utility patents issued FY 2006 | A05629 |
| Undated | RCE Filings w 3+ Prior | A05630 |
| Undated | Total Claim Counts in U-R Applications for FY 2006 | A05631-A05638 |
| Undated | CONs/CIPs consecutively claimed | A05639 |
| Undated | Petitions to Make Special – Accelerated Examination for FY 2003-2005 | A05640 |
| Undated | OMB Budget Models | A05641-A05721 |
| Undated | 2005 Filings – 12/8/2004 to EOY – Claim fees paid to date; 2006 filings – entire FY – Claim fees paid to date | A05722 |
| Undated | FY 2006 Filings | A05723 |
| Undated | Claims in patents issued 2006 | A05724 |
| Undated | FY06 Claims at Allowance; FY05 Claims at Allowance | A05725 |
| Undated | Average Claims for Applications Filed, Allowed And Issued During a Fiscal Year | A05726 |
| Undated | Targeted RCE Review Results Summary | A05727 |
| Undated | Marked-Up Copy of Targeted RCE Review Results Summary | A05728 |
| Undated | Independent and Effective Claim Count Data for FY 2002-2005 | A05729-A06080 |
| Undated | Independent and Total Claim Count Data for FY 2002-2005 | A06081-A07079 |
| Undated | UPR Filings | A07080 |
| Undated | Utility Patent Count for FY 1962-2007 | A07081 |
| Undated | Attrition Data For Examiners Hired Since FY 2003 With And Without Recruitment Incentive | A07082 |
| Undated | First Action Pendency/Total Pendency (Target and Actual) for FY 2001-2015 | A07083 |
| Undated | Total Pendency Chart | A07084 |
| Undated | Effects on Pendency Chart | A07085 |
| Undated | Error Rate Chart | A07086 |
| Undated | Approval Rate Chart | A07087 |
| Undated | Independent and Total Claims Analysis for FY 2005 - Quarters 2, 3 & 4 of FY 2005 | A07088 |
| Undated | Refile Report – Compiled via ExPo for all types of filings for FY 2005 | A07089 |
| Undated | FY 2006 Filings by Tech Center and 2006 Serialized Filings with Claim Data | A07090 |
| Undated | Refile Report – Compiled via ExPo for all types of filings for FY 2006 | A07091 |
| Undated | RCE Filings in FY 2005 – Business Methods | A07092 |
| Undated | Patent Excess Claims Fees Collected By Year; Excess Claims Fees Paid In FY 2006 Filings | A07093 |

| | | |
|---|---|---|
| Undated | Pendency Reduction Action Plan Charts for FY 1982-2012 | A07094-A07095 |
| Undated | Pendency Savings | A07096 |
| Undated | Demand versus Capacity, Replacement Hiring Only Chart for FY 1989-2012 | A07097 |
| Undated | Patent Applications Filed for FY 2001-2006 | A07098 |
| Undated | Average Claims for Applications Filed, Allowed and Issued During a Fiscal Year for FY 1990-2006 | A07099 |
| Undated | UPR for FY 2005-2006 | A07100 |
| Undated | Examiner Attritions by Class and Service Time | A07101-A07103 |
| Undated | Years Onboard for Attritted Examiners (FY 2000-2006) | A07104 |
| Undated | FY 2000-2006 Hires | A07105 |
| Undated | Patents UPR Filings by Technology Center for FY 1997-2005 | A07106 |
| Undated | GS 12 Equivalent Hours per Production Unit and Rate of Increase per Fiscal Year (FY 1991-2006) | A07107 |
| Undated | Final FY 2006 Quality and Pendency Data | A07108 |
| Undated | Patent Applications Filed (FY 1985-2005) | A07109 |
| Undated | Patents Issued (FY 1985-2005) | A07110 |
| Undated | Without Strategic Plan (Red Diamond) | A07111-A07118 |
| Undated | FY 2005 Claims at Filing | A07119-A07120 |
| Undated | Allowances (NOAs) for FY 2004-2005 | A07121 |
| Undated | USPTO Claims Fee Income | A07122 |
| Undated | Independent and Total Claims in Application at Filing for FY 1998-2005 | A07123-A07124 |
| Undated | Refile Report -- Compiled via ExPo for all types of filings for FY 2005 | A07125-A07127 |
| Undated | Description of Continuation Application, Divisional Application, CIP, RCE, CPA | A07128-A07129 |
| Undated | Attrition of Patent Examiners for FY 1990-2005 | A07130 |
| Undated | EOY 05 UPR Actions Per Disposal | A07131 |
| Undated | Years Onboard for Attritted Examiners | A07132-A07134 |
| Undated | Percent FAOM Rework for FY 2000-2005 | A07135-A07138 |
| Undated | Hours Per Application: Complex vs. Non-Complex | A07139-A07140 |
| Undated | Increasing Capacity/Hire and Retain More Examiners | A07141-A07142 |
| Undated | Productivity Gains | A07143 |
| Undated | Technology Centers Rework Statistics for FY 2002-2005 | A07144 |
| Undated | UPR Filings for FY 1980-2005 | A07145 |
| Undated | Comparison of Allowances | A07146 |
| Undated | FY 1981-2004 Patent Data | A07147 |
| Undated | Art Unit Production Profile | A07148 |
| Undated | FY 2006 President's Model Projected 2010 First Action Pendency | A07149 |
| Undated | Average Claims Allowed in Utility-Reissue Applications for FY 1995-2005 | A07150 |

| Undated | Average Claims Allowed per TC per FY – Utility-Reissue Cases for FY 1997-2005 | A07151 |
|---|---|---|
| Undated | Applications Abandoned in Response to FAOM for FY 2001-2005 | A07152 |
| Undated | Bush Administration Plan Comparison | A07153-A07154 |
| Undated | FAOM Rework for FY 2002-2005 | A07155-A07158 |
| Undated | First Action on Merits Allowance Rates by Discipline for FY 1983-2005 (FAOMs after RCE/CPA/R129 are not included) | A07159-A07160 |
| Undated | First Action on Merits Allowance Rates by Discipline for FY 1983-2005 (FAOMs after RCE/CPA/R129 are included) | A07161-A07162 |
| Undated | Second Action on Merits Allowance Rates by Discipline for FY 1983-2005 (2nd Actions on Merits after RCE/CPA/R129 are not included) | A07163-A07164 |
| Undated | Patent Applications – Utility, Plant and Reissue; FY 2006 Goal: 414,966 | A07165 |
| Undated | RCEs Filed and Growth in RCEs for FY 2002-2006 | A07166 |
| Undated | UPR – RCE – R129 – CPA Filing Counts in Applications | A07167 |
| Undated | Entire Corps Attrition | A07168 |
| Undated | Final Rejection/Action in Response to Final for FY 2002-2006 | A07169 |
| Undated | Applications Abandoned in Response to FAOM for FY 2001-2006 | A07170 |
| Undated | Pendency to Issue | A07171 |
| Undated | FAOM Allowances | A07172-A07174 |
| Undated | Patents UPR Filings by Technology Center for FY 1993-2004 | A07175 |
| Undated | Final FY 2005 Application filing Information | A07176 |
| Undated | FY 1985-2005 Patent Data | A07177 |
| Undated | Allowances After CPA/RCE for FY 2002-2004 | A07178 |
| Undated | AIPLA Rule Items For Discussion | A07179-A07183 |
| Undated | Patent Application Filing Types Seen in Examination | A07184 |
| Undated | BD's for FY 2004-2005 | A07185 |
| Undated | Disposals for FY 2004-2005 | A07186 |
| Undated | FAOM's for FY 2004-2005 | A07187 |
| Undated | UPR Electronic Filing for FY 2003-2005 | A07188 |
| Undated | Total Monthly Pendency 2B41 for CY 2004-2005 | A07189 |
| Undated | Monthly Pendency 2B41 for CY 2004-2005 | A07190 |
| Undated | Monthly Allowance Rate for CY 2004-2005 | A07191 |
| Undated | Allowances Mailed by Month for CY 2004-2005 | A07192 |
| Undated | Monthly Grant by FY for FY 2003-2005 | A07193 |
| Undated | Pendency Charts | A07194-A07202 |

| VI. | INFORMATION RELATING TO REGULATORY FLEXIBILITY ACT | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 11/00/86 | NBER Working Paper Series – Working Paper No. 2083 - The Value Of Patents As Indicators Of Incentive Activity by Zvi Griliches, Ariel Pakes, Bronwyn Hall | A07203-A07205 |
| 03/00/95 | NBER Working Paper Series – Working Paper No. 5049 – Trade In Ideas: Patenting And Productivity On The OECD by Jonathan Eaton and Samuel Kortum | A07206-A07208 |
| 05/00/00 | Market Value and Patent Citations: A First Look by Bronwyn Hall, Adam Jaffee and Manuel Trajtenberg | A07209-A07211 |
| 06/00/01 | Statement of Financial Accounting Standards No. 142; Goodwill and Other Intangible Assets | A07212-A07321 |
| 05/00/05 | Who enjoys "TRIPs" Abroad? An empirical analysis of intellectual property rights in the Uruguay Round by Phillip McCalman | A07322-A07324 |
| 11/25/05 | Memorandum from B. Knight to T. Sullivan regarding Certification Under 605(b) of the Regulatory Flexibility Act | A07325-A07327 |
| 12/22/05 | Memorandum from S. Brown to D. Rostker regarding submission of a proposed addition of a currently approved collection | A07328-A07477 |
| 00/00/06 | United States Patent and Trademark Office Performance And Accountability Report, Fiscal Year 2006 | A07478-A07479 |
| 09/12/06 | E-mail from E. Gormsen to R. Bahr regarding cost elements question | A07480 |
| 09/20/06 | E-mail from R. Bahr to E. Gormsen regarding request for information, and scheduling a meeting | A07481 |
| 09/28/06 | E-mail from J. Collier to R. Bahr regarding estimating representative claims | A07482 |
| 09/29/06 | E-mail from J. Collier to R. Bahr regarding update on tentative conclusions on AB93/AB94 | A07483 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0411 | A07484-A07560 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0412 | A07561-A07609 |
| 09/29/06 | Pre-Examination Search Document for Attorney Docket No. 076376.0413 | A07610-A07698 |
| 11/20/06 | 71 Fed. Reg. 67109 – Business Size Standard for Purposes of United States Patent and Trademark Office Regulatory Flexibility Analysis for Patent-Related Regulations | A07699-A07702 |

| 11/21/06 | Request For Reconsideration Of Decision On Petition To Make Special for Application No. 11/549,286 | A07703-A07811 |
|---|---|---|
| 12/00/06 | The Small Business Economy For Data Year 2005 – A Report To The President | A07812-A08091 |
| 12/04/06 | Supplemental Petition To Make Special Under Accelerated Examination Program | A08092-A08208 |
| 03/13/07 | PRA Update | A08209-A08226 |
| 03/14/07 | E-mail from G. Morse to J. Doll regarding number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC, as of 3/13/07 | A08227 |
| 03/28/07 | E-mail from R. Bahr to E. Gormsen regarding cost elements question | A08228-A08230 |
| 04/02/07 | E-mail from R. Bahr to E. Gormsen regarding patenting trends report | A08231 |
| 04/05/07 | E-mail from R. Bahr to E. Gormsen regarding patenting trends report | A08232-A08233 |
| 04/10/07 | E-mail from R. Bahr to E. Gormsen regarding cost elements question | A08234-A08236 |
| 04/25/07 | E-mail from J. Collier to A. Ostrup regarding follow-up to yesterday's call | A08237 |
| 05/03/07 | E-mail from J. Collier to R. Bahr attaching claims data spreadsheet | A08238-A08239 |
| 05/06/07 | E-mail from R. Bahr to J. Collier regarding claims data | A08240 |
| 05/06/07 | E-mail from R. Bahr to J. Collier attaching claims data spreadsheet | A08241-A08242 |
| 05/07/07 | E-mail from J. Collier to R. Bahr regarding applicants affected by claims and continuing application requirements | A08243 |
| 05/08/07 | E-mail from J. Collier to R. Bahr regarding AIPLA definition of "minimal complexity" | A08244-A08247 |
| 05/08/07 | E-mail from E. Gormsen to R. Bahr regarding claims data analysis | A08248 |
| 05/09/07 | E-mail from R. Bahr to J. Collier regarding bottom up analysis of ESD | A08249-A08250 |
| 05/10/07 | E-mail from R. Bahr to E. Gormsen regarding applications and preexamination searches | A08251 |
| 05/11/07 | E-mail from E. Gormsen to R. Bahr regarding data request | A08252-A08254 |
| 05/15/07 | E-mail from R. Bahr to E. Gormsen regarding data request | A08255-A08263 |
| 06/06/07 | E-mail from R. Bahr to J. Collier regarding regulatory alternatives | A08264-A08265 |
| 06/12/07 | E-mail from R. Bahr to E. Gormsen regarding claims data spreadsheet | A08266-A08267 |
| 06/27/07 | E-mail from R. Bahr to J. Collier regarding certification analysis | A08268-A08269 |

| Date | Description | Bates No. |
|---|---|---|
| 06/29/07 | Certification Analysis Under The Regulatory Flexibility Act: Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications, Prepared by ICF International | A08270-A08306 |
| 07/10/07 | Memorandum from W. Covey to T. Sullivan regarding Certification Under 605(b) of the Regulatory Flexibility Act | A08307-A08315 |
| 09/18/07 | USPTO Organization Chart | A08316-A08318 |
| 09/20/07 | FY 2007 Fee Schedule from USPTO website | A08319-A08329 |

## VII. ADDITIONAL CORRESPONDENCE

| Date | Description | Bates No. |
|---|---|---|
| 11/04/04 | Letter from E. Meltzer to W. Logsdon responding to an invitation extended to J. Dudas to speak to the Patent Bar in Pittsburgh | A08330-A08333 |
| 02/08/06 | Letter from J. Dudas to T. Davis responding to concerns raised with respect to procedures for the examination and reexamination of patents | A08334-A08340 |
| 03/02/06 | Letter from E. Meltzer to C. Stephens responding to an invitation extended to the USPTO to participate in a panel discussion during the New York Biotechnology Association's Annual Meeting | A08341-A08344 |
| 05/01/06 | Letter from T. Dzenitis to B. Boxer responding to concerns over proposed rule changes by the USPTO | A08345-A08364 |
| 05/08/06 | Letter from J. DelPonti to J. Dudas providing comments to the proposed rule changes | A08365-A08368 |
| 05/25/06 | Letter from E. Meltzer to B. Groff responding to an invitation extended to the USPTO for a speaking engagement for the State Bar of Georgia | A08369-A08370 |
| 06/12/06 | Letter from E. Meltzer to M. Dowling responding to an invitation extended to the USPTO for a speaking engagement for the Greater Dallas Chamber's Technology Business Council | A08371-A08375 |
| 06/22/06 | Letter from R. Bahr to M. Voet responding to comments received regarding proposed rule changes | A08376-A08377 |
| 08/17/06 | Letter from C. Gutierrez to S. Crooke responding to comments received regarding proposed rule changes | A08378-A08392 |
| 10/03/06 | Letter from E. Meltzer to E. Lonergan responding to an invitation extended to the USPTO for a speaking engagement in the Upstate New York area | A08393-A08398 |

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 10/04/06 | Letter from D. Sampson to V. Norton responding to comments received regarding proposed rule changes | A08399-A08413 |
| 10/29/06 | Letter from R. Nydegger to S. Pinkos providing comments regarding the proposed rule changes | A08414-A08419 |
| 10/31/06 | Letter from E. Meltzer to P. Thurlow responding to an invitation extended to the USPTO for a speaking engagement for the New York Intellectual Property Law Association | A08420-A08423 |
| 01/10/07 | Letter from E. Meltzer to K. Christensen responding to an invitation extended to the USPTO for a speaking engagement at the Utah IP Summit | A08424-A08427 |
| 04/17/07 | Letter from J. Dudas to P. Wenger responding to comments received regarding proposed rule changes | A08428-A08432 |
| 07/03/07 | Letter from D. Boundy to D. Copley regarding budget effects of two proposed rule changes | A08433-A08442 |
| 07/05/07 | Letter from E. Meltzer to T. Kastelic responding to an invitation extended to the USPTO for a speaking engagement at the 17th Annual Ohio Annual Institute on Intellectual Property in Cleveland | A08443-A08449 |
| 07/05/07 | Letter from E. Meltzer to D. Leo responding to an invitation extended to the USPTO for a speaking engagement at the Corporate Patent Roundtable in Hilton Head Island, South Carolina | A08450-A08451 |
| 08/21/07 | Letter from E. Meltzer to J. Wager responding to an invitation extended to the USPTO for a speaking engagement in Cambridge, Massachusetts | A08452-A08453 |

## VIII. MISCELLANEOUS

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 10/05/98 | 63 Fed. Reg. 53498 – Changes To Implement the Patent Business Goals | A08454-A08487 |
| 08/30/04 | USPTO Federal Register Publications And Rule Making, And Official Gazette Publications Agency Administrative Order 217-02A | A08488-A08502 |
| 05/16/07 | Meeting Record Regarding: Changes to Practice | A08503-A08504 |
| 06/29/07 | E-mail from C. Barnes to J. McDowell regarding revised AB93 AB94 | A08505 |
| 07/05/07 | E-mail from D. Rostker to J. McDowell regarding budget effect of two Patent Office rules (w/attachment) | A08506-A08515 |
| 08/02/07 | Letter from J. Dudas to Pelosi, Cheney, Gamboa enclosing final rule entitled "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications | A08516-A08524 |

| IX. | ADDITIONAL USPTO PRESENTATIONS | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 01/10/06 | Notice of Proposed Rule Making – Proposed Changes to Practice for continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims (71 Fed. Reg. 48, January 3, 2006) by Robert Spar, Director of Office of Patent Legal Administration | A08525-A08591 |
| 01/11/06 | Proposed Changes to Practice of Continued Examination Practice – Proposed Requirements for Continuing Applications | A08592-A08610 |
| 01/23/06 | Summary of Proposed Rule Changes to Continuations, Double Patenting, and Claims by James Toupin, General Counsel | A08611-A08625 |
| 01/25/06 | Coming Attractions – Los Angeles Intellectual Property Law Association "Washington and the West" Conference by James Toupin, General Counsel | A08626-A08633 |
| 01/25/06 | The State Of The Patent System Background For Rule Proposals - Los Angeles Intellectual Property Law Association "Washington and the West" Conference by James Toupin, General Counsel | A08634-A08648 |
| 02/01/06 | Summary of Proposed Rule Changes to Continuations, Double Patenting, and Claims by James Toupin, General Counsel | A08649-A08687 |
| 02/04/06 | USPTO Request for Public Input: Strategic Planning - AIPLA Mid-Winter Institute by John Doll, Commissioner for Patents | A08688-A08748 |
| 03/02/06 | Rules Proposals On Claims And Continuations And Developments In Appeal Practice – Oregon Patent Law Association by James Toupin | A08749-A08793 |
| 03/14/06 | The Patent Office Speaks – DC Bar Intellectual Property Law Section by John Doll, Jay Lucas and Stewart Levy | A08792-A08868 |
| 03/25/06 | USPTO Rules Proposals: Seeking Focus In The Burgeoning Patent System – Orange County Patent Lawyers Association – San Diego IP Lawyers Association by James Toupin, General Counsel | A08869-A08910 |
| 04/26/06 | Challenges Facing the USPTO Presentation by Peggy Focarino, Deputy Commissioner for Patent Operations | A08911-A08925 |
| 07/17/06 | USPTO 21st Century Strategic Plan Update – National Association of Patent Practitioners (NAPP) by John Doll, Commissioner for Patents | A08926-A08959 |

| Date | Description | Bates No. |
|---|---|---|
| 07/18/06 | How the New PTO Regulations Will Impact Your Practice – George Mason University School Of Law Fifth Annual Symposium on Hot Topics in Patent Law by Jay Lucas, Deputy Commissioner for Patent Examination Policy | A08960-A08979 |
| 07/22/06 | Intellectual Property Law Summer Institute by John Doll, Commissioner for Patents | A08980-A09029 |
| Undated | Notice of Proposed Rule Making | A09030-A09031 |
| Undated | Chicago Regional Independent Inventors Conference by John Doll, Commissioner for Patents | A09032-A09061 |
| Undated | Notice of Proposed Rule Making – Changes To Practice For The Examination Of Claims In Patent Applications | A09062-A09085 |
| Undated | 11th Annual Independent Inventors Conference by John Doll, Commissioner for Patents | A09086-A09113 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll, Commissioner for Patents | A09114-A09198 |
| Undated | Notice of Proposed Rule Making –Changes to Practice for the Examination of Claims in Patent Applications (71 Fed. Reg. 61, January 3, 2006) by Robert Spar, Director of Office of Patent Legal Administration | A09199-A09255 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll, Commissioner for Patents | A09256-A09314 |
| Undated | Examination of Claims | A09315-A09330 |
| Undated | USPTO Request for Public Input: Strategic Planning by John Doll and Jay Lucas | A09331-A09389 |

| X. | FINAL RULES | |
|---|---|---|
| DATE | DESCRIPTION | BATES NO. |
| 08/21/07 | 72 Fed. Reg. 46716 - Changes to Practice for Continued Examinations Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications; Final Rule | A9390-A09518 |
| 09/11/07 | 1322 O.G. 76 - Changes to Practice for Continued Examinations Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications | A09519-A09622 |