# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

## CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) <br> CORPORATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

## **DEFENDANTS' OPPOSITION TO PLAINTIFF DR. TAFAS'S MOTION TO COMPEL**

Defendants Jon W. Dudas and the United States Patent and Trademark Office (collectively "USPTO") hereby oppose "Plaintiff Dr. Tafas's Motion to Compel," Dkt. No. 80, which seeks to compel (1) a privilege log on the administrative record, and (2) inclusion in the administrative record of all deliberative materials.

Tafas's motion is a redundancy, and it contravenes the Court's clear directive on briefing at the November 16, 2007 hearing. Prior to Tafas filing this motion, the parties had fully briefed the question of whether the USPTO was required to produce a privilege log. Pursuant to this

Dockets.Justia.com

Court's directive at the hearing, Tafas filed a supplemental brief on the privilege log issue, Dkt. No. 73, and the USPTO filed its response, Dkt. No. 74. See Dkt. No. 74, Ex. 1, p. 46 ("I would like something from plaintiffs by close of Monday. I would like something from defendants by close of business Tuesday."). GlaxoSmithKline ("GSK") filed what it styled a "Motion for an Entry of an Order Requiring Defendants to Submit a Privilege Log,"[1] Dkt. Nos. 70-72, which the USPTO opposed in its response to Tafas's filing. Dkt. No. 73. Tafas has now apparently decided that he liked GSK's approach better and has tried to mimic it, ostensibly "to assure the record in this consolidated action is complete and that there is a procedural vehicle in place for the Court to order the previously requested relief." Motion to Compel, p. 2. In view of the amount of paper Plaintiffs dumped on this Court and the USPTO on the eve of Thanksgiving, these excuses merit no response. The USPTO respectfully relies on its prior brief on the privilege log issue to oppose Tafas's newest request for a privilege log. See Dkt. No. 74.

With respect to the second relief sought – inclusion of all deliberative materials in the administrative record – the USPTO again respectfully relies on the discussion in its privilege log brief of why deliberative materials do not belong in an administrative record and why requiring even just a privilege log of those documents is an undue burden. See Dkt No. 74, pp. 4-8. The USPTO has further addressed the impropriety of including deliberative materials in an administrative record in the omnibus memorandum that it has submitted contemporaneously with this opposition, see Dkt. No. 83, pp. 6-8.

For the reasons stated herein and in the above-referenced memoranda, the Court should

---

[1] The Court should strike any reply memoranda that GSK or Tafas attempts to file in connection with the privilege log issue on the grounds that it evades the Court's briefing order at the November 16, 2007 hearing.

deny "Plaintiff Dr. Tafas's Motion to Compel."

        Respectfully submitted,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY


By:      /s/
        LAUREN A. WETZLER
        RALPH ANDREW PRICE JR.
        R. JOSEPH SHER
        Assistant United States Attorneys
        Attorneys for All Defendants
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752
        Fax: (703) 299-3983
        Lauren.Wetzler@usdoj.gov

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel
  and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
E-mail: jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas, 1:07cv846*

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com


*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th St NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP

2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

        /s/
LAUREN A. WETZLER
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
 2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*