IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE

Monsanto Company states that there is nothing to report under Local Civil Rule

7.1(A)(1)(a) and (b).

                                        Respectfully submitted,

                                        By:              /s/
                                              Randall K. Miller
                                              VA Bar #70672
                                              *Counsel for Amicus Curiae Monsanto Company*
                                              ARNOLD & PORTER LLP
                                              1600 Tysons Boulevard
                                              Suite 900

1

        McLean, VA  22102
        Telephone:  (703) 720-7030
        Facsimile:   (703) 720-7399
        Randall.Miller@aporter.com

*Of Counsel for Amicus Curiae Monsanto Company*:

        Ronald A. Schechter
        David R. Marsh
        Matthew M. Shultz
        ARNOLD & PORTER LLP
        555 12th Street, N.W.
        Washington, D.C.  20004
        Telephone: (202) 942-5000
        Facsimile:  (202) 942-5999

ATTORNEYS FOR *AMICUS CURIAE*
MONSANTO COMPANY

November 26, 2007

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 26th day of November 2007, I caused a copy of the foregoing Financial Disclosure to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW - Suite 1200
Washington, DC  20005
Email:  elocke@kirkland.com

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street - Suite 600
Alexandria, VA  22314
Email:  craig.reilly@rmrwlaw.com

Daniel S. Trainor
Kirkland & Ellis LLP
655 15th Street, NW - Suite 1200
Washington, DC  20005
Email:  dtrainor@kirkland.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW - Suite 400
Washington, DC  20007
Email:  jwilson@kelleydrye.com

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott
3050 K Street, NW - Suite 400
Washington, DC  20007
Email:  jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA  22314
Email:  lauren.wetzler@usdoj.gov

*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC  20004
Email:  to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street, NW - Suite 800
Washington, DC  20005

*Counsel for Amici Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC  20004

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC  20037
Email:  rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, VA  22102
Email:  scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

                                                  /s/
                                      Randall K. Miller
                                      VA Bar #70672
                                      *Counsel for Amicus Curiae Monsanto Company*
                                      ARNOLD & PORTER LLP

1600 Tysons Boulevard
Suite 900
McLean, VA  22102
Telephone:  (703) 720-7030
Facsimile:   (703) 720-7399
Randall.Miller@aporter.com