IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER ON MOTION OF *AMICUS CURIAE* INTELLECTUAL PROPERTY INSTITUTE OF WILLIAM MITCHELL COLLEGE OF LAW FOR LEAVE TO FILE A BRIEF IN SUPPORT OF THE PLAINTIFFS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**

The motion of the Intellectual Property Institute of the William Mitchell College of Law

for leave to file as *amicus curiae* brief in support of the Plaintiffs' anticipated motions for

Dockets.Justia.com

summary judgment is hereby GRANTED.  The Institute's brief shall be due in accordance with the briefing schedule as set by the proceedings in this matter.


DATED:                                              _____

                                                    JAMES C. CACHERIS
                                                    United States District Judge