Tafas v. Dudas et al
Doc. 90
Case 1:07-cv-00846-JCC-TRJ  Document 90  Filed 11/27/2007  Page 1 of 1

Date: 11/27/07

Start: 10:24
Finish: 11:48

Judge: T. Rawles Jones, Jr.
Reporter: FTR

Civil Action Number: 07cv846

Tafas

vs.

Dudas et al

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:
\#60 - △'s motion for issuance of briefing schedule
\#70 - Pltf's motion for privilege log
\#75 - Pltf's motion to compel to complete admin record
\#80 - Pltf's motion to compel

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

pltf's are not entitled to discovery.

pltf's motions - denied.
deft's motion - granted

( ) Report and Recommendation to Follow
(X) Order to Follow
Memo Opn+