IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER ON MOTION OF *AMICUS CURIAE* INTELLECTUAL
PROPERTY INSTITUTE OF WILLIAM MITCHELL COLLEGE OF LAW FOR
LEAVE TO FILE A BRIEF IN SUPPORT OF THE PLAINTIFFS' ANTICIPATED
MOTIONS FOR SUMMARY JUDGMENT**

The motion of the Intellectual Property Institute of the William Mitchell College of Law

for leave to file as *amicus curiae* brief in support of the Plaintiffs' anticipated motions for

summary judgment is hereby GRANTED.  The Institute's brief shall be due in accordance with the briefing schedule as set by the proceedings in this matter.


DATED: _____

JAMES C. CACHERIS
United States District Judge