IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

TRIANTAFYLLOS TAFAS,                        )
                                            )
                    Plaintiff,              )
                                            )
        v.                                  )        Civil Action No.  1:07cv846
                                            )
JON W. DUDAS, et al.,                       )
                                            )
                    Defendants.             )
_____)

CONSOLIDATED WITH

SMITHKLINE BEECHAM                          )
CORPORATION, et al.,                        )
                                            )
                    Plaintiffs,             )
                                            )        Civil Action No.  1:07cv1008
        v.                                  )
                                            )
JOHN W. DUDAS, et al.,                      )
_____)

O R D E R

        The court having found that these consolidated actions are ripe for cross-motions for

summary judgment (see no. 91), it is ORDERED that the parties and *amici curiae* proceed on the

following schedule:

        1.      Plaintiffs and defendants shall file cross-motions for summary judgment on

or before Thursday, December 20, 2007.  Briefs shall not exceed forty pages in length.

        2.      Any and all *amici curiae* who wish to file briefs in support of the parties'

cross-motions for summary judgment shall file their briefs no later than Thursday, December 20,

2007.  Each brief of *amicus curiae* shall not exceed twenty pages in length.

Dockets.Justia.com

3.      Plaintiffs and defendants shall file briefs in opposition to the opposing parties' cross-motions for summary judgment, and in response to the briefs of *amici curiae*, on or before Tuesday, January 22, 2008.  Briefs shall not exceed forty pages in length.

4.      Plaintiffs and defendants shall file any rebuttal briefs by Friday, February 1, 2008.  Briefs shall not exceed twenty-five pages in length.

5.      The Parties shall notice a hearing for Friday, February 8, 2007, at 10:00 a.m. If, as of January 31, 2007, lead GSK counsel still expects to be in trial on February 8, 2007, the parties shall confer with Judge Cacheris's chambers and re-notice a hearing for the first Friday following February 15th that Judge Cacheris is available and GSK counsel is not in trial, or shall agree to have the matter taken on the papers.

6.      No other summary judgment briefs by the parties or *amici curiae* shall be filed without leave of court.

ENTERED this 29th day of November, 2007.

_____/s/_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia