Dockets.Justia.com