**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **TRIANTAFYLLOS TAFAS,** | : | |
| Plaintiff, | : | |
| v. | : | 1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : | |
| Defendants. | : | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** d/b/a **GLAXOSMITHKLINE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | 1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the motion duly filed pursuant to local civil rule 83.1(G), it is hereby

**ORDERED** that the GSK Plaintiffs' Motion for Entry of an Order permitting ELIZABETH MARIE LOCKE leave to withdraw her appearance is **GRANTED**; and it is further

1

**ORDERED** that the Clerk shall remove Ms. Locke from the CM/ECF and NEF system in this matter.

Entered this \_\_\_\_ day of _____ 2007.

Alexandria, Virginia                         _____
                                             Hon. Thomas Rawles Jones, Jr.
                                             United States Magistrate Judge