**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON ELAN PHARMACEUTICALS INC.'S MOTION FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' ANTICIPATED
MOTIONS FOR SUMMARY JUDGMENT**

Elan Pharmaceuticals, Inc.'s Motion for Leave to file an *Amicus Curiae* Brief in Support of Plaintiffs' Motions for Summary Judgment is hereby GRANTED. Elan's Brief shall be filed in accordance with the Court's previously filed scheduling order.

DATED:                                                           _____

                                                                        JAMES C. CACHERIS
                                                                        United States District Judge