**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF PLAINTIFFS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**

Elan Pharmaceuticals, Inc., on behalf of itself and its parent and affiliates (herein collectively referred to as "Elan") submits this memorandum in support of its Motion for Leave to file its Brief as *Amicus Curiæ* in Support of plaintiffs SmithKline Beecham Corporation, SmithKline Beecham PLC and Glaxo Group Limited's (collectively GSK) and plaintiff Triantafyllos Tafas' anticipated Motions for Summary Judgment. No oral argument on Elan's Motion for Leave is requested.

Elan is a biotechnology company that is focused on discovering, developing, manufacturing and marketing advanced therapies in neurology, autoimmune diseases, and severe pain. Elan wishes to submit its *amicus* Brief addressing certain aspects of plaintiffs' arguments to overturn the U.S. Patent Office's "Changes to Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications," 72 Fed. Reg. 46716 (Aug. 21, 2007) (to be codified at 37 C.F.R. pt. 1) (hereinafter "Final Rules"). Elan previously submitted an *amicus* brief during the preliminary injunction stage of these proceedings.

Allowing a non-party to file an *amicus curiæ* brief is within the discretion of the Court. *DeJulio v. Georgia*, 127 F. Supp. 2d 1274, 1284 (N.D. Ga. 2001). The filing of an *amicus* brief should be allowed where the amicus curiæ can "offer insights not available from the parties" or can provide "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007). Here, while Elan concurs with plaintiffs' assertion that the Final Rules are *ultra vires*, Elan's *amicus* Brief, among other things, will likely expand on plaintiffs' position that the Final Rules improperly shift the burden of examining a patent application from the U.S. Patent and Trademark Office ("PTO") to the applicant. This burden shifting is contrary to law and serves as a basis to overturn the Final Rules.

No oral argument is requested on Elan's Motion for Leave and Elan will file its *amicus* Brief according to the schedule previously set by this Court for the filing of *amicus* briefs. Elan has contacted counsel for plaintiffs GSK and Tafas who consent to the filing of Elan's Brief. Counsel for the Defendants has indicated that the Defendants take no position on the filing of

2

Elan's Motion for Leave or the filing of Elan's *amicus* Brief. All parties concur that no oral argument is necessary on Elan's Motion for Leave. As Elan's *amicus* Brief will include unique and special information not otherwise available to this Court, the Court should exercise its discretion to allow the filing of Elan's Brief.

Dated:  December 6, 2007                              Respectfully submitted,

                                                      By:    /s/
                                                      Scott J. Pivnick (VSB # 48022)
                                                      PILLSBURY WINTHROP
*Of Counsel*                                          SHAW PITTMAN, LLP
Vincent J. Napoleon                                   1650 Tysons Boulevard
PILLSBURY WINTHROP                                    McLean, Virginia 22102-4856
SHAW PITTMAN, LLP                                     Tel:  703-770-7900
2300 N Street, N.W.                                   Fax: 703-770-7901
Washington, D.C. 20037                                e-mail: scott.pivnick@pillsburylaw.com

                                                      ATTORNEYS FOR *AMICUS CURIÆ*
                                                      ELAN PHARMACEUTICALS, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of December 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "**MEMORANDUM IN SUPPORT OF *AMICUS CURIÆ* ELAN PHARMACEUTICAL CORPORATION'S MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF PLAINTIFFS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**" using the CM/ECF system and that service was thereby accomplished on:

 Elizabeth M. Locke, Esq.
 KIRKLAND & ELLIS LLP
 655 15th Street, NW – Suite 1200
 Washington, DC 20005
 e-mail:  elocke@kirkland.com

 and

 Craig C. Reilly, Esq.
 RICHARD MCGETTIGAN REILLY & WEST PC
 1725 Duke Street, Suite 600
 Alexandria, VA 22314
 e-mail:  craig.reilly@rmrwlaw.com

*Counsel for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

 Joseph Dale Wilson, III, Esq.
 KELLEY DRYE & WARREN LLP
 Washington Harbour
 3050 K Street NW, Suite 400
 Washington, DC 2007
 e-mail:  jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

 Lauren A. Wetzler, Esq.
 United States Attorney's Office
 2100 Jamison Ave.
 Alexandria, VA 22314
 e-mail:  lauren.wetzler@usdoj.gov

*Counsel for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

 Thomas J. O'Brien
 Morgan, Lewis & Bockius
 1111 Pennsylvania Ave., NW
 Washington, DC  20004
 e-mail: to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, NW Suite 800
Washington, DC  20005
e-mail: dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC  20004
e-mail: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufactures of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA  22102
e-mail: randall_miller@aporter.com

*Counsel for Putative Amici BIO and Monsanto Company*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd, Suite 100 East
Falls Church, Virginia 22042
e-mail: cg@bskb.com

*Counsel for Putative Amicus Intellectual Property Institute of the William Mitchell College of Law*

    /s/
Scott J. Pivnick (VSB # 48022)
PILLSBURY WINTHROP
SHAW PITTMAN, LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Tel:  703-770-7900
Fax: 703-770-7901
e-mail: scott.pivnick@pillsburylaw.com