# EXHIBIT A:
# PROPOSED ORDER

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>    Defendants. | CIVIL ACTION: 1:07cv846 (JCC/TRJ)<br>and Consolidated Case (below) |
| SMITHKLINE BEECHAM CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>    Defendants. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF TRIANTAFYLLOS TAFAS' OBJECTION TO MAGISTRATE JONES' MEMORANDUM OPINION AND ORDER

Having considered Plaintiff Triantafyllos Tafas' Objection to Magistrate Jones' Memorandum Opinion and Order Denying Tafas' Motion to Compel and Quashing Tafas' Notices For Depositions of Senior US PTO Officials dated November 28, 2007, the Memorandum in support of the Objection and all exhibits thereto, all other submissions and arguments concerning the Objection, and the entire record before the Court, it is this

_____ day of _____, 2007,

**ORDERED** that the aforesaid Objection is granted, and it is

**FURTHER ORDERED** that Magistrate Judge Jones' Memorandum Opinion and Order of November 28, 2007 is hereby reversed; and it is

**FURTHER ORDERED** that Defendants' request to quash depositions of US PTO officials and preclude discovery (Docket. Entry # 61) is denied consistent with the other provisions of this Order; and it is

**FURTHER ORDERED** that Defendants produce any and all documents or information directly or indirectly relied upon by Defendants as part of the rule-making that is the subject of the above-captioned action by the ____ day of _____, 2007; and it is

**FURTHER ORDERED** that Defendants provide a detailed privilege log with respect to all claims of privilege to Plaintiffs by the ____ day of _____, 2007; and it is

**FURTHER ORDERED** that the summary judgment filing deadline set by Order dated November 29, 2007 (Docket. Entry # 93) is stayed by thirty (30) days to afford a reasonable but limited amount of time for discovery; and it is

**FURTHER ORDERED** that the discovery and scheduling matters addressed in Plaintiff Tafas' Objection are referred to Magistrate Jones for further proceedings consistent with the Court's ruling herein, along with such other, further and different relief as the Court deems just, equitable and proper.

_____
United States District Court Judge