# EXHIBIT 6

 **United States Patent and Trademark Office**                    **POLICY**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Boards & Counsel > OGC Bios**

**Upcoming Events**

General Counsel
Solicitor
General Law
BPAI
TTAB
OED
Organization Chart

**Information**

Contact Information
Service of Process
Employment Opportunities
OGC Strategic Plan

**Other Resources**

FOIA
Federal Court Cases
Department of Commerce (DOC)
DOC General Counsel

# Office of General Counsel Bios

### James Toupin, General Counsel [back]

James Toupin received his A.B. degree with distinction from Stanford University in 1973, and his J.D. degree from the Boalt Hall School of Law, University of California at Berkeley, in 1977, where he was an editor of the law review. He is a member of the California and District of Columbia Bars.

Mr. Toupin began his professional career at Covington & Burling in Washington, D.C., specializing in intellectual property and unfair competition law and administrative agency litigation. In 1985-1987, he worked for the Washington office of the California law firm of Memel, Jacobs, Pierno, Gersh and Ellsworth, where he concentrated on international trademark registration and licensing.

In 1987, he was appointed Assistant General Counsel for Litigation of the United States International Trade Commission and subsequently to Deputy General Counsel. In those positions, he supervised defense of the Commission's actions in U.S. courts and international tribunals. The domestic court representation included defense of the Commission's determinations on patent and other intellectual property matters in the Federal Circuit and of the Commission's determinations in antidumping and countervailing duty investigations in the U.S. Court of International Trade and the Federal Circuit.

Mr. Toupin also assisted in the negotiations leading to the adoption of dispute settlement mechanisms in the U.S.-Canada Free Trade Agreement, the North American Free Trade Agreement (NAFTA) and the World Trade Organization Agreements, as well as in representation of the United States in proceedings in those fora. He has been a member of the Advisory Committee of the Court of International Trade, as well as of the judicial conference organizing committees of the Court of Appeals for the Federal Circuit.

Mr. Toupin became General Counsel of the United States Patent and Trademark Office in January 2001.

[top]

### John M. Whealan, General Counsel for Intellectual Property and Solicitor [back]

John Whealan is the Deputy General Counsel for Intellectual Property Law and Solicitor for the United States Patent and Trademark Office. John has held this position since January 2001. As the Solicitor, John manages an office of twenty-five people who (i) represent the PTO in all federal court IP litigation, and (ii) provide legal and policy advice to the rest of the PTO on IP matters. John has worked in the Solicitor's Office for over five years, previously holding the positions of Acting Deputy Solicitor and

Associate Solicitor.

John has personally argued and briefed numerous cases before the U.S. Court of Appeals for the Federal Circuit. His staff is typically involved in over fifty such appeals each year. In addition, John and his staff have recently increased their dealings with the Justice Department in filing amicus briefs at the Supreme Court as well as other regional Circuit Courts. For example, in 2001, John's office worked with the Justice Department in filing five Supreme Court amicus briefs (three at the certiorari stage, and two at the merits stage).

John and his office routinely provide legal and policy advice to the rest of the PTO. This can range from implementing the AIPA, to drafting patent examination guidelines, to providing advice on trademark examination in view of recent court decisions.

John is an adjunct professor at two law schools (George Mason and Franklin Pierce) where he teaches an advanced seminar on the Federal Circuit.

Prior to joining the PTO, John worked as a Staff Attorney for the U.S. International Trade Commission (ITC). At the ITC, John litigated several Section 337 cases involving intellectual property matters.

John has clerked both at the appellate and trial court levels, serving as law clerk to Judge Randall R. Rader of the Federal Circuit, and Judge James T. Turner of the U.S. Court of Federal Claims. Prior to entering government service, John worked in private practice for Fish & Neave in New York.

John received his J.D. from Harvard Law School, and holds both graduate and undergraduate degrees in Electrical Engineering. John worked as a design engineer for General Electric prior to attending law school.

**[top]**

---

**William Covey, Office of the General Counsel for General Law [back]**

William R. Covey is the Deputy General Counsel for General Law. Mr. Covey provides legal counsel to the Under Secretary and represents the USPTO generally in matters other than those involving intellectual property issues. As the Deputy General Counsel for General Law at the United States Patent and Trademark Office, Mr. Covey manages an office of nineteen people who provide advice and written legal opinion on areas concerning the administration and management of the USPTO.

Prior to joining the USPTO in 2000, Mr. Covey served at the Pentagon in Arlington, Virginia in the U.S. Army's Judge Advocate General's Corp in the Office of General Counsel. He continues to serve in reserve and is assigned as a Deputy Legal Counsel to the Chairman, Joint Chiefs of Staff.

Mr. Covey received his undergraduate degree from Fordham University and earned his juris doctor degree from Fordham University Law School in 1991, he graduated from Harvard University 's JFK School of Government in 2005. Mr. Covey was appointed to the Senior Executive Service in 2007 after completing the Department of Commerce's two-year Senior Executive Service Career Development Program.