# EXHIBIT 8

# Webcasts, Audio, and Video

All our webcasts can be viewed with the free Real Player. Audio recordings are in downloadable MP3 format.

Click to jump to recent webcasts or the audio podcast.

## Displaying matches on 'John Whealan' (View all):

### Webcasts

**The Fifth Annual Hot Topics in Intellectual Property Law Symposium - Part 1**
February 17, 2006 - Opening Remarks - Zheng Bao, Dean Katharine Bartlett

Patent Reform Presentations:
*Rochelle Dreyfuss - Unique Works/Unique Challenges at the Intellectual Property/Competition Law Interface
*Brian Kahin - Patent Reform and the Case for a Post-Unitary System
*John Whealan - Patent Reform; A More Focused Examination; The PTO's Proposed Rules on (i) Preventing Unlimited Continuation Applications, and (ii) Initially Examining Representative Claims
*Ed Ergenzinger - The Patent Reform Act of 2005: The Good, the Bad and the Ugly
*Wendy Haller Verlander - Increased Certainty Through Patent Reform?
Brian Kahin | Ed Ergenzinger | Hot Topics | Intellectual Property & Cyberlaw Society | John Whealan | Rochelle Dreyfuss | Wendy Haller Verlander

**The Fifth Annual Hot Topics in Intellectual Property Law Symposium - Part 2**
February 17, 2006 - Discussion and Q & A with Patent Reform Panel
Moderated by Arti Rai

Panelists: Rochelle Dreyfuss, Brian Kahin, John Whealan, Ed Ergenzinger, and Wendy Haller Verlander
Arti Rai | Brian Kahin | Ed Ergenzinger | Hot Topics | Intellectual Property & Cyberlaw Society | John Whealan | Rochelle Dreyfuss |

Subscribe to our "Upcoming Webcasts" newsfeed:

- Click on this link to add to many Web browsers
- Copy the link above for a local newsfeed or podcast aggregator (use right-click in Windows)
- Use "Add to Any" for any online newsfeed service

Webcasts, Audio, and Video                                                                 Page 2 of 2

Wendy Haller Verlander

                                                                                Duke University School of Law