# EXHIBIT 10

Dockets.Justia.com



# Proposed Reform of Continuation Practice and the use of Representative Claims

# Two Rules Packages Published
## January 3, 2006

- Continuation practice (71 Fed Reg 48)
- Representative claims (71 Fed Reg 61)
  – Town Hall meetings around the country
  - D.C. meeting (USPTO campus) April 2006
  – Comments due by May 3, 2006

2

# Rules Won't Significantly Impact a Large Majority of Applications

- Goal is to
  - Prevent outliers from affecting best practitioners
  - Produce more "focused" examination
- Will also help reduce backlog

3

# Let's Look at Some Numbers

- 317,000 applications filed in fiscal 2005
  - 44,500 were continuations/CIPs
  - 11,800 were 2nd or higher in a cont chain
- 52,000 Requests for Continued Examination
  - 10,000 were 2nd or higher RCEs in a series
- Thus 6-7% of applications (21,800/317,000) have already been through two or more complete examinations

4





# FY 05 Patent Pendency

| Technology Center | Average 1st Action Pendency (months) | Average Total Pendency (months) |
|---|---|---|
| 1600 - Biotechnology and Organic Chemistry | 23.0 | 32.3 |
| 1700 - Chemical and Materials Engineering |  | 29.7 |
| 2100 - Computer Architecture Software and Information Security |  | 43.5 |
| 2600 - Communications | 30.5 | 42.3 |
| 2800 - Semiconductor, Electrical, Optical Systems | 14.5 | 24.9 |
| 3600 - Transportation, Construction, Electronic Commerce | 18.4 |  |
| 3700 - Mechanical Engineering, Manufacturing and Products | 18.3 | 26.3 |
| UPR Total (as of 10/1/2005) | 21.1 | 29.1 |
| FY 05 Target | 20.7* | 31.0 |

[1] "Average 1st action pendency" is the average age from filing to first action for a newly filed application, completed during July-September FY 2005.

[2] "Average total pendency" is the average age from filing to issue or abandonment of a newly filed application, completed during July-September FY 2005.

* Assuming current input and output estimates, the agency should achieve first action pendency of 21.3 months by the end of FY 2005 and total pendency of 30.2 months.

7

# FY 05 Patent Pendency

| Technology Center | Average 1st Action Pendency (months) | Average Total Pendency (months) |
|---|---|---|
| 1600 - Biotechnology and Organic Chemistry | 23.0 | 32.3 |
| 1700 - Chemical and Materials Engineering | | 29.7 |
| 2100 - Computer Architecture Software and Information Security | | 43.5 |
| 2600 - Communications | 30.5 | 42.3 |
| 2800 - Semiconductor, Electrical, Optical Systems | 14.5 | 24.9 |
| 3600 - Transportation, Construction, Electronic Commerce | 18.4 | |
| 3700 - Mechanical Engineering, Manufacturing and Products | 18.3 | 26.3 |
| UPR Total (as of 10/1/2005) | 21.1 | 29.1 |
| FY 05 Target | 20.7* | 31.0 |

[1] "Average 1st action pendency" is the average age from filing to first action for a newly filed application, completed during July-September FY 2005.

[2] "Average total pendency" is the average age from filing to issue or abandonment of a newly filed application, completed during July-September FY 2005.

* Assuming current input and output estimates, the agency should achieve first action pendency of 21.3 months by the end of FY 2005 and total pendency of 30.2 months.

8

# Technology Centers Rework* Statistics

| TC Summary | FY 2002 % FAOM Rework | FY 2003 % FAOM Rework | FY 2004 % FAOM Rework | FY 2005 % FAOM Rework |
|---|---|---|---|---|
| 1600 | 36.4% | 39.7% | 40.3% | 42.4% |
| 1700 | 25.2% | 26.9% | 27.1% | 28.0% |
| 2100 | 23.9% | 24.0% | 24.6% | 28.2% |
| 2600 | 24.8% | 24.1% | 24.3% | 25.4% |
| 2800 | 19.1% | 22.0% | 24.9% | 24.1% |
| 3600 | 17.7% | 21.2% | 23.1% | 28.5% |
| 3700 | 22.2% | 25.1% | 24.0% | 28.1% |
| **UPR** | **23.2%** | **25.3%** | **26.1%** | **28.3%** |

\* Rework first actions are those actions that are in a Continuing (CONs and CIPs), RCE, CPA or 129(a) applications (excludes Divisionals).

9

# 1. Set reasonable limits on continuation practice

- One continuation or RCE as of right
- For 2nd and subsequent continuations
  – Petition and show why it is needed "to obtain consideration of an amendment, argument, or evidence that could not have been submitted" earlier in series
- No first action finals (4 bites at the apple)
- Office-ordered divisionals (i.e. restricted cases) treated as separate applications

10

# 1. Limits on continuation practice --cont'd

- No voluntary divisionals
  - Presumption of double patenting when two applications
    - Filed same day
    - Same assignee
    - Common inventors
    - Substantial overlap in disclosure
  - Rebut presumption by showing that claims are patentably distinct

11

# Effective Date

- Effective Date of Final Rule
  - Continuation limits apply to any application filed on or after the effective date of the final rule (not yet determined)
  - Thus a continuation application or RCE filed after the effective date would have to comply with these rules

12



# Alternative: Appeal

13