# EXHIBIT 10-a



# APPEAL PENDENCY
# FY01 – FY05



Inventory Reduction Measure — Time to Renew from Docketing

- Inventory: 11.8 (FY01), 7.7 (FY02), 6 (FY03), 3.5 (FY04), 3.8 (FY05)
- Time to Decision: 14.5 (FY03), 9.9 (FY04), 4.8 (FY05)

14

# Appeal Conference Initiatives

- **Pre-Brief Appeal Conference Pilot Program**
  – 1296 Off. Gaz. Pat. Office 67 (July 12, 2005)
  – The USPTO is extending the program until further notice.

- **Post-Brief Appeal Conference**
  – Applies to all appeals

15

## 2. Representative Claims

- Board uses Representative Claims
- District Court uses Representative Claims
- CAFC uses Representative Claims
- Examiner and Applicants will now use 10 representative claims to focus initial examination

16

# Let's Look at Some More Numbers

17

## Minimal effect on Typical Case: Average Number of Claims at Filing

18



Distribution of Total Claims at Filing

## 2. Representative Claims – cont'd

- No claim will issue without complete examination!
- Initial examination will focus on 10 representative claims
  - all independent claims
  - others as selected by applicant
  - remaining claims held in abeyance until representative claims ready for allowance
- Applicants who want immediate examination of all claims will have to:
  - Conduct a Search
  - File Examination Support Document showing patentability of all claims over closest art

20

## 2. Representative Claims – cont'd

- Comment sought on Markush-type claims
  - Should each alternative in the claim count as a separate claim?
  - Should each alternative count unless the applicant shows that each alternative includes a common structure/property/activity?
  - Office does not want to disturb appropriate use of Markush claims
  - Office does not want to create incentives to couch every claim in the alternative

21

# Effective Date

- Effective Date of Final Rule
  - Representative claims apply to any application filed on or after the effective date of the final rule (not yet determined)
  - Representative Claims will also be used in all cases without a first office action as of the effective date of final rule
- Applicants on file before the effective date will be given a chance to amend claims and select the representative 10

22

# Comments?

- Comments accepted until May 3, 2006
- Continuation Rules
  - AB93Comments@uspto.gov
- Representative Claims
  - AB94Comments@uspto.gov

23

## 3. IDS Reform Coming Soon

- Will have little effect on the typical application
- At a certain point applicants will be required to discuss materiality of submitted references, e.g. when
  – Large references (over 30 pages)
  – Lots of references (over 25)
  – References submitted late in the application process

24

# Constructive Comments Please

- Current system is not working and it cannot continue without changes
  - Most applicants use "best" practices and will be minimally affected
  - Those that don't will have to comply with the new rules
- PTO welcomes
  - Constructive criticism, suggestions, and alternatives
  - Warnings on how applicants will attempt to game the new rules
  - But simply saying don't change anything isn't helpful

25

# Thank You

- Contact information:
  - John M. Whealan, Solicitor
    - John.whealan@uspto.gov
    - (571)272-9035

26