# EXHIBIT 11

Dockets.Justia.com

# The Summer IPL Conference

The 13th Annual Summer IPL Conference was held June 21-24, 2006, at the Marriott Copley Place Hotel in Boston. This year's conference was presented in cooperation with the Boston Bar Association Intellectual Property Section, Intellectual Property Law Section of the Connecticut Bar Association, Boston Patent Law Association, and the Intellectual Property and Entertainment Committee of the International Bar Association Section of Business Law.

More than 300 attendees enjoyed four days of excellent CLE programming. High-quality presentations were given in such areas as IP licensing, online content and video gaming, software patents, pro bono activities and export controls. Lawyers from around the globe were in attendance to provide insight into international topics in trademarks, litigation, and patent prosecution as well as IP ownership risks abroad. A special thank-you goes out to the moderators, speakers, cosponsors, hosts, and attendees of this year's Summer IPL Conference.

Those at the conference enjoyed listening to the Honorable William G. Young, U.S. district court judge for the District of Massachusetts deliver a keynote address on the rule of law. Attendees also had the privilege to hear the Thursday and Friday luncheon addresses by U.S. Attorney General Alberto Gonzales and Commissioner of Patents John Doll.

ABA President Michael Greco provided introductory remarks as well as an overview of the Section's participation in the ABA. ABA President-Elect Karen Mathis was one of several excellent speakers at the Section's Friday breakfast program on the economic case for diversity. We thank them both for joining us and look forward to seeing them in August 2007 when this conference joins the ABA Annual Meeting in San Francisco.

At the Section's Business Session, Section members debated various resolutions concerning pressing issues in intellectual property law prepared at the committee level. As always, the Business Session provided an excellent opportunity for Section members to hear many of the country's top intellectual property lawyerss debate Section policy and current issues in intellectual property law. As a special addition, an open forum with the USPTO solicitor, John M. Whealan, was conducted to address the controversial proposed USPTO rules changes concerning continuation application and patent claim practices. The revised rules are projected to have a major effect on patent prosecution.

This year's social activities included a special culinary presentation by a former White House chef and a culinary tour in Boston's North End. There was also a splendid tour of the Harvard Botanical Museum. Although thunder and heavy rain were heard during the Friday afternoon CLE sessions, an enjoyable night out with the Green Monster at Fenway Park was had with only a 45-minute rain delay, after which the AL division-leading Red Sox demonstrated the meaning of home field advantage to the visiting NL Phillies. And there was also great attendance at a reception with a number of IP bloggers — giving attendees the opportunity to meet them in person.

A special congratulations to Lauren Haller and Kimberly Thomas, who were awarded a Sidney B. Williams Jr. Intellectual Property Law Scholarship. We were pleased that both recipients were able to join us for the conference, and we look forward to following their successes in the coming years.

Be sure to mark your calendars now for next year's ABA Annual Meeting to be held Aug. 9-14, 2007, in San Francisco. The Section hotel is the Hotel Nikko, and registration will be available in the next few months. There will be high-quality CLE programming, interesting tours, and the opportunity to network with both old and new friends. If you are interested in assisting with the CLE programming, please contact the cochairs of the conference, Tom Smegal (tomsmegal@smegallaw.com or phone 415/217-8383) or Kate Spelman (kate@campcobalt.com or phone 510/841-9800). For sponsorship opportunities please contact Mike Winkler (WinklerM@staff.abanet.org or phone 312/988-5639).

We look forward to seeing you in San Francisco next August!