# EXHIBIT 15



# The Institute of Continuing Legal Education
*Call toll-free (877) 229-4350*



Seminars | Store | For New Lawyers | Directories | MI Law News | My ICL

Home : Seminars : Current Seminars



Cancellation Policy

## 2007 Intellectual Property Spring Seminar
Cosponsored by: The Intellectual Property Law Section of the State Bar of Michigan
CLE hours: 5.25  Level: Intermediate

Register now to hear USPTO officials cover the latest developments, including the new p continuation and claims practice, tactics to deal with the shifts in appeals practice, and m walk away knowing how to use customs registrations to immediately address counterfeit pirating concerns, how to enforce patents in "difficult" foreign countries like China, and h effective internet investigations on trademark, trade dress, trade secret, and related IP is latest on licensing and e-discovery, as well as key drafting pointers in several IP areas.

Call ICLE toll-free at (877) 229-4350 to register.

Discounted registration fee for law students: $15.

Live Seminars: 3/19/07, East Lansing   Videos:   Not available

Webcast:   Not available

**Seminar Details**

**Faculty**

**Moderators**
Gregory P. Bondarenko
David L. Wisz

| | |
|---|---|
| 9:00 AM - 10:00 AM | Track One: The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective<br>John Joseph Love<br>Deputy Commissioner for Patent Examination Policy<br>US Patent and Trademark Office; Alexandria, VA |
| 9:00 AM - 10:00 AM | Track Two: How to Use Customs Registrations Processes to Address Counterfeiting and Pirated Goods: In the United States, European Community, and China<br>Jennifer Sheehan Anderson<br>Honigman Miller Schwartz & Cohn LLP; Bloomfield Hills |
| 10:05 AM - 11:00 AM | Track One: PTO Appeal Practice: Tactics in a Shifting Environment |

|  |  |
|---|---|
|  | Hon. Linda E. Horner<br>Administrative Patent Judge<br>US Patent and Trademark Office Board of Patent Appeals and Interfaces; Alexandria, VA |
| 10:05 AM - 11:00 AM | Track Two: TTAB-Focused Practice Updates and Strategies<br>Hon. Gerard F. Rogers<br>US Patent and Trademark Office, Trademark Trial and Appeal Board; Alexandria, VA |
| 11:15 AM - 12:10 PM | Track One: Options for Patent Enforcement in "Difficult" Foreign Countries Such as China<br>Stephen G. Kunin<br>Oblon Spivak McClelland Maier & Neustadt PC; Alexandria, VA |
| 11:15 AM - 12:10 PM | Track Two: Hot Topics in Licensing and Trademarks<br>Dick Rademaker, CEO<br>Licensing Resource Group Inc; Holland<br><br>Mark H. Zietlow<br>Butzel Long; Holland |
| 11:15 AM - 12:10 PM | Student Track: Roundtable Discussions with Law Students<br>Denise M. Glassmeyer<br>Young & Basile PC; Troy<br><br>Jennifer S. Warren<br>Linwood |
| 12:15 PM - 1:30 PM | Luncheon and Keynote: Electronic Discovery in Intellectual Property Litigation in Michigan's Federal District Courts<br>Hon. Avern Cohn<br>Eastern District of Michigan<br>US District Court; Detroit |
| 1:35 PM - 3:00 PM | Track One: Claim Drafting Practice Pointers in View of Recent Federal Circuit Case Law, and USPTO Rules<br>Bryan C. Diner<br>Finnegan Henderson Farabow Garrett & Dunner LLP; Washington, DC |
| 1:35 PM - 3:00 PM | Track Two: Performing Internet Investigations on Counterfeiting, Trade Secret, Trademark, Trade Dress, and Related IP Issues<br>Kevin Ripa<br>Advanced Surveillance Group Inc; Mount Clemens<br><br>Peter Psarouthakis<br>EWI & Associates Inc; Grass Lake |

| | |
|---|---|
| 3:15 PM - 4:15 PM | Track One: Advanced Patent and Technology License Drafting<br>Margaret A. Dobrowitsky<br>Brinks Hofer Gilson & Lione; Ann Arbor |
| 3:15 PM - 4:15 PM | Track Two: Latest Tactics and Tricks in E-Commerce, Internet, and Trademark Litigation<br>Daniel D. Frohling<br>Loeb & Loeb LLP; Chicago, IL |

© Copyright 2007 The Institute of Continuing Legal Education  Please read our Privacy Statement and Disclaimer and Terms and Conditions
Phone: (877) 229-4350 or (734) 764-0533    Fax: (877) 229-4351 or (734) 763-2412    Hours: M-F 8am-5pm
1020 Greene Street, Ann Arbor, MI 48109-1444    icle@umich.edu