# EXHIBIT 16

# Track One: The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective

*John Joseph Love*
*US Patent and Trademark Office*
*Alexandria, VA*

PowerPoint Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

**PowerPoint Presentation**



**Present & Future Perspectives of the USPTO**
*Institute of Continuing Legal Education (ICLE)*
*Spring Seminar 2007 - March 19, 2007*

**John Love**
**Deputy Commissioner for Patent Examination Policy**



## Topics

- **Recent Changes – which resulted in success**
  - Quality –
    - Fulfilling the goal of continuous improvement
  - Statistical Update –
    - Why FY 2006 was a record-breaking year

- **Strategic Planning & the Future of the USPTO**

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# QUALITY

*Fulfilling the goal of continuous improvement*



# On-Going Quality Initiatives

- Interviews before First Action
- Second Pair of Eyes
- In Process Reviews
- Appeal Specialists
- Pre-Appeal Brief Conferences
- Appeal Conferences

- GS 12 Certification Exam
- Primary Examiner Recertification
- TC Targeted Areas of Review
- New Patent Examiner Training Academy
- Central Reexamination Unit
- Accelerated Examination

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*


### Interviews Before 1st Office Action

- Normally granted in continuing or substitute applications
- In all other applications interview will be granted if the examiner determines that such an interview would advance prosecution of the application
- Examiner may require applicant requesting interview to provide a paper with a general statement of the prior art and no more than three references believed to be the closest prior art and how the broadest claim is distinguished over these.


### Second Pair of Eyes

- Focuses on reviewing work product throughout examination
- Tool to gather information for creating training modules
- May be performed throughout a TC or in specific areas

*2007 Intellectual Property Spring Seminar, March 19, 2007*



## In Process Reviews

- Initiated formally in FY 2003
- Statistically significant randomly selected applications are reviewed
- Focus of evaluation:
  - Whether rejections are proper
  - Whether a proper rejection has not been made
  - Evaluate search quality



## Appeal Specialists

- TQAS position in each TC
- May be a conferee for pre appeal and appeal conferences
- Major duties include coordinating appeal matters throughout the TC
- Identify trends and training needs

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

---

 **Pre-appeal brief conferences**

- Program began July 12, 2005
- Extended February 7, 2006
- Over 5,600 conferences conducted
  - For the last three months of 2006, we decided to proceed to the Board over 65% of the time.

---

**Pre-appeal brief conferences**



Percentage of Pre-Appeal Conference Panel Decisions (Rejection Withdrawn, Defective Request, Proceed to BPAI, Reopen Prosecution) by Year/Month of Panel Decision.

*2007 Intellectual Property Spring Seminar, March 19, 2007*



## Appeal Conferences

- Appeal conference required in every application having a brief
- Conferees include:
  - Examiner
  - SPE
  - Appeal Conferee (appeal specialist, another primary or QAS)



## GS 12 Certification Exam

- Implemented in FY 2004
- Ensures that examiners have up to date knowledge of Office procedures and policies
- Confirms through testing that examiners have achieved skills to merit the grant of legal competency and negotiation that occurs with a promotion to GS-13

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



## Primary Examiner Recertification

- Established in FY 2004
- Applicable to all GS-13 through 15 examiners
- Requirements:
  - Attendance of legal training
  - Testing based on the legal training
  - Periodic expanded review of work product



## TC Targeted Areas of Review

- Technology Centers focus on areas where greatest area of impact is made
- May Include:
  - Augmenting in-process reviews
  - Target second pair of eyes review in specific art areas
  - Target specific actions for review (first office action, finals, etc.)

*2007 Intellectual Property Spring Seminar, March 19, 2007*


## Training academy

- Six classes hired through training academy in 2006, totaling over 600 new examiners
- Four classes planned in the first half of '07
- Each Tech Center will send new hires through the training academy in '07


## Training academy

- Evaluating existing processes, including:
  - Training delivery
  - Program effectiveness
  - Administrative oversight/structure
- Seeking input on future program development and a permanent structure

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



# Central Reexam Unit (CRU)

- Initiated in July 2005 to improve quality & timeliness of patent reexaminations
- Over 1500 cases have been assigned
- CRU Staff
  - 3 Managers (SPREs)
  - 30 Primary Examiners
  - 5 Paralegals (support)
  - 5 LIEs (support)
  - Centralized support staff



# Central Reexam Unit (CRU)

- **30 Primary Examiners**
  - Varied technical expertise
  - Reexam experience
  - Additional legal training
  - Motivated and collegiate
  - Quality focused

*2007 Intellectual Property Spring Seminar, March 19, 2007*



## Accelerated Examination

- Change in practice effective since August 25, 2006
- Over 200 AE applications received
- Guidance provided on the USPTO web site at http://www.uspto.gov/web/patents/accelerated/



## STATISTICAL UPDATE

### Why FY 2006 Was a Record-Breaking Year!