Tafas v. Dudas et al
Doc. 99 Att. 27

# EXHIBIT 16-a

Dockets.Justia.com

# FY 2006 Quality Results

- Improving Quality is our Highest Priority

| 2006 Goal | 2006 Result |
|---|---|
| 4% allowance error | 3.5% allowance error |
| 86% in process compliance | 90% in process compliance |

# Quality

- 2006 goals: <=4% allowance error and >=86% in-process compliance
- 2006 results: 3.5% allowance error and 90.0% in-process compliance
- 2007 goals: <=4% allowance error and >=88% in-process compliance

| FY 2006 | % allowance error | % compliant in-process examination |
|---|---|---|
| Target | 4.0% | 86.0% |
| USPTO | 3.5% | 90.0% |
| TC 1600 (Biotech) | 4.8% | 86.6% |
| TC 1700 (Chemical Eng.) | 4.8% | 86.6% |
| TC 2100 (Computers) | 2.8% | 90.0% |
| TC 2600 (Communications) | 2.8% | 90.0% |
| TC 2800 (Semiconductors) | 4.0% | 91.1% |
| TC 3600 (Transport. & BM) | 3.9% | 92.0% |
| TC 3700 (Mechanical Eng.) | 3.9% | 92.0% |

*2007 Intellectual Property Spring Seminar, March 19, 2007*

Allowance Error Rate
8.0
7.0
6.0
5.0
4.0
3.0
2.0
1.0
0.0
1975
1980
1985
1990
1995
2000
2005
Fiscal Year

Allowance Rate
75.0
70.0
65.0
60.0
55.0
50.0
1975
1980
1985
1990
1995
2000
2005
Fiscal Year

The Institute of Continuing Legal Education 1-14





*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

Error and Allowance Rates
% Allowed of Disposals
% Allowance Error
75.0
70.0
65.0
60.0
55.0
50.0
8.0
7.0
6.0
5.0
4.0
3.0
2.0
1.0
0.0
1975
1980
1985
1990
1995
2000
2005
Fiscal Year
% Allowed of Disposals
% Allowance Error

Performance Measures
FY02-FY06
Patents Performance since FY 2002
100%
90%
80%
70%
60%
50%
40%
2002
2003
2004
2005
2006

1-15 The Institute of Continuing Legal Education





## End-of-year statistics

As of September 30, 2006 (including design):

- 701,147 applications awaiting first action by the examiner
- 4883 patent examiners
- 397 supervisors
- 29 patent academy trainers
- 22 TC directors

## Patent Operations update

- FY 2006 filings
- FY 2006 goals and results
  - Quality
  - Production
  - Pendency
  - Hiring and attrition
  - Electronic filing

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

UPR filings
450000
400000
350000
300000
250000
200000
150000
100000
50000
0
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
• FY 05 384,228
• FY 06 419,760
• Filings growth of 9.2%

UPR Production

- 2006 goal: 348,691 Balanced Disposals (BDs)
- 2006 results: 351,664 BDs
- 2007 goal: 363,900 BDs

| FY 2006 | BDs Produced | % of Target |
|---|---|---|
| USPTO | 351664 | 100.8% |
| 1600 Biotech | 37580 | 103.6% |
| 1700 Chemical Eng. | 42227 | 100.7% |
| 2100 Computers | 38238 | 103.4% |
| 2600 Communications | 46577 | 100.4% |
| 2800 Electrical, Optics | 73170 | 97.6% |
| 3600 Mechical | 39279 | 100.4% |
| 3700 Mechanical Eng. | 47819 | 99.0% |

1-17 The Institute of Continuing Legal Education

*2007 Intellectual Property Spring Seminar, March 19, 2007*

Patent pendency

| Technology Center | Average 1st Action Pendency (months)[1] | Average Total Pendency (months)[2] |
|---|---|---|
| 1600 - Biotechnology and Organic Chemistry | 23.5 | 34.4 |
| 1700 - Chemical and Materials Engineering | 22.7 | 32.1 |
| 2100 - Computer Architecture Software and Information Security | 30.8 | 44.0 |
| 2600 – Communications | 30.4 | 42.9 |
| 2800 - Semiconductor, Electrical, Optical Systems | 16.4 | 25.4 |
| 3600 - Transportation, Construction, Electronic Commerce | 21.7 | 29.6 |
| 3700 - Mechanical Engineering, Manufacturing and Products | 20.2 | 28.2 |
| UPR Total | 22.6 | 31.1 |
| FY 06 Target | 22.0 | 31.3 |

[1] "Average 1st action pendency" is the average age from filing to first action for a newly filed application.
[2] "Average total pendency" is the average age from filing to issue or abandonment of a newly filed application.

Hires and attritions

| | 1600 | 1700 | 2100 | 2600 | 2800 | 3600 | 3700 | Corps |
|---|---|---|---|---|---|---|---|---|
| FY 04 EOY Staff | | | | | | | | |
| FY 05 EOY Staff | | | | | | | | |
| FY 06 Hiring Goal | 75 | 35 | 690 | | | 100 | 100 | 1000* |
| FY 06 Hiring | 96 | 88 | 259 | 228 | 226 | 144 | 152 | 1193 |
| FY 06 Attrits | 53 | 56 | 96 | 84 | 96 | 49 | 76 | 510 |
| FY 06 EOY Staff | | | | | | | | |
| FY06 Hires as percent of FY 05 EOY Staff | 19% | 18% | 35% | 29% | 25% | 30% | 28% | 27% |

Staff includes Examiners, SPEs and academy trainers.

*As originally planned. Hiring target raised to 1200 during FY 2006.

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

## Electronic filing

New EFS-Web system launched March 2006
- allows PDF-based submissions
- replaced XML-based system

2005 result: 2.2% of applications filed electronically
2006 goal: 10% of applications filed electronically
2006 result: 14.1% of applications filed electronically

FY 2007 results to date: almost 50% of applications filed weekly are received through EFS-Web

## STRATEGIC PLANNING AND THE FUTURE OF THE USPTO

http://www.uspto.gov/web/offices/com/strat2007/

1-19 The Institute of Continuing Legal Education

# Improving Quality

- Quality improvement initiatives include:
  - Improving Search Quality
    - Additional Examiner Resources for Search
  - Peer Review Pilot
    - Third Party Submission / Comment
  - Develop Quality Metrics
    - Seeking Input from Public
  - External Validation
    - Quasi-Governmental, Attorneys on Sabbatical, or an Independent Search Firm



# Notice of Proposed Rules Changes

- Claims
- Continuing Applications
- Information Disclosure Statements

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

## Policy/Practice Initiatives

- Alternative Examination Products
  - ➢ Patentee / Trade Organization / User Input
    - Wants and Needs for IP Protection
      - Different Levels of Examination / Protection
      - Deferred Examination
      - Peer Review
      - Collaborative Examination
- Markush / Generic Claims
  - ➢ Notice of Proposed Rule Making
  - ➢ Input on Potential Solutions

## Patent eGovernment - Future

- eOffice Action Pilot
- Electronic Signatures for Patent Corps

1-21 The Institute of Continuing Legal Education

*2007 Intellectual Property Spring Seminar, March 19, 2007*

## Employees - Location of Work

- Developing a Nationwide Workforce
  - Regional
  - Local
- Hoteling
  - Over 500 Patent Examiners currently participate in Patent Hoteling Program (PHP)
  - Goal for FY 2007 – add 500 examiners

## Outsourcing

- Reclassification
- PCT Outsourcing Search Pilot
- Pre-Grant Publications - Classification

The Institute of Continuing Legal Education 1-22

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

## Patent Prosecution Highway – Pilot Program

- Pilot program commenced on July 3, 2006 for a period of 1 year; period may be extended for up to one additional year
- USPTO has received approximately 25 requests; JPO approximately 80 requests

## Contact Information

- John Love

Deputy Commissioner for Patent Examination Policy

e-mail: john.love@uspto.gov

Phone: 571-272-8800

1-23 The Institute of Continuing Legal Education