# EXHIBIT 17

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT PUBLIC ADVISORY COMMITTEE MEETING

PUBLIC SESSION

Alexandria, Virginia

Thursday, November 9, 2006

Anderson Court Reporting
706 Duke Street, Suite 100
Alexandria, Virginia
Tel. (703) 519-7180   Fax (703) 519-7190

```
                                                          2

 1    PARTICIPANTS:

 2        KEVIN RIVETTE

 3        ROBERT BUDENS

 4        CATHY FAINT

 5        MAXIMILIAN GRANT

 6        CARL GULBRANDSEN

 7        DEAN KAMEN

 8        JOHN LOVE

 9        GERALD MOSSINGHOFF

10        LISA NORTON

11        DOUGLAS PATTON

12        ANDREA RYAN

13        DAVID WESTERGARD

14        JON DUDAS

15        JOHN DOLL

16        BARRY HUDSON

17

18                      *   *   *   *   *

19

20

21

22
```

                                            3

1                P R O C E E D I N G S
2                                       (2:40 p.m.)
3            CHAIRMAN RIVETTE: Welcome,
4    everybody here. Since it's a small group,
5    could we go around and kind of state who's
6    here? Can we start on this side?
7            MR. WALSH: Hi, my name is Chris
8    Walsh. I'm an attorney here in Washington
9    with Stern Kessler.
10           MR. KEY: Hi, my name is Stephen
11   Key, and I'm with Searching.
12           MR. NOY: I'm Steve Noy with AIPLA.
13           MR. KAZENSKE: Kaz Kazenske,
14   Microsoft.
15           MS. ASAKI: I'm Yoko Asaki,
16   Washington Core.
17           MR. BARRETT: I'm Glen Barrett,
18   Exxon Mobil.
19           CHAIRMAN RIVETTE: Over on that
20   side?
21           MR. RILEY: I'm Ron Riley. I'm the
22   president of the Professional Inventors

4

1   Alliance, and the executive director of
2   Inventor Ed.
3           CHAIRMAN RIVETTE:  Perfect.
4           MR. HAJEC:  I'm Don Hajec.  I'm a
5   group director in TC 3600.
6           MR. STERN:  I'm Ron Stern, and I
7   help out with POPA.
8           CHAIRMAN RIVETTE:  Good.
9           MR. MORSE:  Greg Morse, SPE on
10  detail with John Doll's office.
11          MR. JOHNSON:  Bob Johnson.  OCIO,
12  PTO.
13          Ms. Alston:  Donnetta Alston Office
14  Manager, Commissioner for Patents.
15          MS. AUSTIN:  Chaunte Austin, Staff
16  Assistant, Office of the Under Secretary
17  and Director.
18          MR. SEWELL:  Al Sewell, Acting
19  Director (off mike).
20                  OPENING REMARKS
21          CHAIRMAN RIVETTE:  Perfect.  So,
22  what I'd like to do now is start going

5

1   through -- John, if you wouldn't mind, some
2   strategic overview.  Or we can go with the
3   patent operations -- whichever one you feel
4   like.  Then we'll kind of go through a recap
5   of what we've done today.
6           COMMISSIONER DOLL:  Why don't we do
7   operations first, because I think that will
8   set the stage on where we were last year,
9   where we'd like to go this year.  And then
10  I'll talk about where we want to go two,
11  three five years from now.
12          CHAIRMAN RIVETTE:  Before we start
13  that, is there anyone here that wants to make
14  a statement, wants to say anything?  Raise
15  your hand now or forever hold your peace.  Is
16  there anybody that came in?
17          COMMISSIONER DOLL:  Darn -- we're
18  actually going to have to talk the whole
19  time.
20          CHAIRMAN RIVETTE:  Okay.  My name's
21  Kevin Rivette, if anybody wanted to know.
22  Carl, are you still there on the phone?

6

1       (No response)

2       CHAIRMAN RIVETTE:  I guess not.

3       COMMISSIONER DOLL:  He went with
4   Dean.

5       CHAIRMAN RIVETTE:  That's what I'm
6   wondering.  So we lost two members at the
7   break.  So why don't we start in.

8       PATENT OPERATIONS OVERVIEW

9       MR. LOVE:  My name is John Love.
10  But for the next 40 minutes, if you can
11  imagine me being Peggy Focarino, that would
12  help.

13      (Laughter)

14      CHAIRMAN RIVETTE:  John -- let's
15  back that one up.  Peggy's not able to be
16  here today, so I'm going to present to you
17  some of the facts and figures and goals, and
18  give you an idea of where we are in terms of
19  pendency, and number of examiners, and so
20  forth -- for this year, or if you want to go
21  to next year -- in our operations.  There
22  should be a copy of the PowerPoint that was

7

1   handed out as part of your packet.  And I
2   think we have paper copies for the public
3   session.  I'll just go through it very
4   quickly. If you have questions, please
5   interrupt, and we can talk about it.  And
6   I'll try not to use too many acronyms.
7         At the end of the year -- and we've
8   had a lot of talk about this -- the backlog
9   of applications that are awaiting first
10  action -- that means they have not had a
11  first office action on the merits yet, did
12  surpass the 700,000 number, hence the concern
13  about the backlog and where we are with that.
14  With the hiring of 1,200 examiners, we are up
15  to 4,883 patent examiners; we have 397
16  supervisors -- and these include what we call
17  "SPEs" -- special program examiners -- and
18  quality assurance examiners.  We have 29
19  Patent Academy trainers.  That's in the new
20  training academy; and 22 TC group directors.
21        CHAIRMAN RIVETTE:  How large is
22  that academy?  How many people are we running

8

```
 1    through it?
 2            MR. LOVE:  This past year I think
 3    we ran about half of our hires through, with
 4    about 600.
 5            CHAIRMAN RIVETTE:  About 600?  And
 6    where is it located?
 7            MR. LOVE:  Throughout the campus.
 8    We've had to basically -- really find space
 9    in all areas.  And actually we went out and
10    got some new space, too, that's adjacent to
11    the campus.  Okay -- so let's in the
12    operations, we're going to talk about the
13    2006 filings, the 2006 goals and results, and
14    then some of the initiatives that we
15    undertook in 2006.
16                    (Slide)
17            CHAIRMAN RIVETTE:  What's it?  UPR
18    filings?  That's utility --
19            MR. LOVE:  Plant and reissue
20    filings.  You can see we've had a steady
21    increase.  And in '06 -- a rough number, but
22    pretty accurate -- is 417,000 filings.  And
```

9

1   since what we've put out was in the 300,000
2   area, so you can see again that we're not
3   able to keep up with what's coming in the
4   door each year, let alone get to the backlog
5   from the previous year. (Slide.) And the
6   filing growth rate was over 8 percent for
7   this past year.
8           CHAIRMAN RIVETTE: What was it?
9           COMMISSIONER DOLL: 8.7.
10          MR. LOVE: 8.7.
11          MR. MORSE: Preliminary 8.7. I
12  think there's another 2,000 filings. I think
13  it's up around --
14          MR. LOVE: How many precincts have
15  reported in?
16                  (Laughter)
17          MR. LOVE: 9 percent of the --
18          CHAIRMAN RIVETTE: Are we pretty
19  close to 9? Or closer to --
20          MR. MORSE: My best guess is 9.1.
21  (Slide.)
22          MR. LOVE: The next slide shows you

10

```
 1    the continuation filing rates.  The top graph
 2    there is the continuations, which includes
 3    straight continuations, continuing
 4    prosecutions applications which are phased
 5    out; requests for continued examinations; and
 6    divisionals.
 7            CHAIRMAN RIVETTE:  Why are we
 8    seeing such an increase, John?
 9            MR. LOVE:  Well, I think --
10            (Laughs.)
11            CHAIRMAN RIVETTE:  No, I'm serious.
12            MR. LOVE:  Well, there's a lot of
13    reasons.  We think that people are -- one of
14    the things that the rules package was
15    addressing was the increase in the number of
16    continuations being filed.  And there's
17    various reasons and strategies why our users
18    are doing that.  Some of the reasons that are
19    out there is that applicants want to keep the
20    case pending longer so that they have more
21    options, so that they can understand where
22    they are in terms of what the real embodiment
```