IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON. W. DUDAS, et al. )<br>)<br>Defendants. ) | 1:07cv846(JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al.)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JON W. DUDAS, et al. )<br>)<br>Defendants. ) | 1:07cv1008(JCC/TRJ) |

**ORDER ON MOTION FOR LEAVE OF *AMICUS CURIAE*
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
TO FILE A BRIEF ON THE ISSUE OF RETROACTIVITY OF THE NEW RULES**

The Motion of *Amicus Curiae* American Intellectual Property Law Association for Leave to File a Brief On The Issue Of Retroactivity Of The New Rules is hereby GRANTED. AIPLA's brief shall be filed in accordance with the briefing schedule set by the proceedings in this matter.

DATED:                                                            _____
                                                                           James C. Cacheris
                                                                           UNITED STATES DISTRICT JUDGE