# Defendants' Exhibit 2

# INDEX OF ADMINISTRATIVE RECORD

## Tafas v. Dudas, et al.
## Civil Action No. 1:07-cv-00846-JCC-TRJ

| I. | NOTICE OF PROPOSED RULEMAKING | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 01/03/06 | 71 Fed. Reg. 61 – Changes to Practice for the Examination of Claims in Patent Applications | A00001-A00009 |
| 01/03/06 | 71 Fed. Reg. 48 – Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims | A00010-A00023 |
| 01/24/06 | 1302 O.G. 1329 - Changes to Practice for the Examination of Claims in Patent Applications | A00024-A00030 |
| 01/24/06 | 1302 O.G. 1318 - Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims | A00031-A00042 |

| II. | USPTO PRESENTATIONS | |
|---|---|---|
| **DATE** | **DESCRIPTION** | **BATES NO.** |
| 02/01/06 | USPTO Request For Public Input: Strategic Planning (Chicago Town Hall Meeting) | A00043-A00127 |
| 02/28/06 | The State Of Patent Examination – Background For Rule Proposals Presentation to Open House, University of California at Berkeley (Town Hall Meeting) | A00128-A00190 |
| 03/22/06 | Presentation by Peggy Focarino, Deputy Commissioner for Patent Operations (Houston Town Hall Meeting) | A00191-A00252 |
| 04/25/06 | Town Hall Meeting on Patent Claims and Continuation Practice (Alexandria, VA) | A00253-A00273 |
| 01/22/07 | Present & Future Perspectives of the USPTO – Corporate Patent Update 2007 – January 22, 2007 by John Love, Deputy Commissioner for Patent Examination Policy | A00274-A00286 |

| Date | Description | Bates |
|---|---|---|
| 01/24/07 | Present & Future Perspectives of the USPTO – Cleveland Intellectual Property Law Association by John Love, Deputy Commissioner for Patent Examination Policy | A00287-A00299 |
| 01/26/07 | Recent & Planned Changes to Patent Practice – AIPLA Mid-Winter Institute Relations with the USPTO Committee by John Doll, Commissioner for Patents | A00300-A00316 |
| 02/16/07 | Present & Future Perspectives of the USPTO – Utah IP Summit by John Love, Deputy Commissioner for Patent Examination Policy | A00317-A00333 |
| 03/09/07 | Present & Future Perspectives of the USPTO – Dayton Intellectual Property Law Association by John Doll, Commissioner for Patents | A00334-A00355 |
| 03/15/07 | Present & Future Perspectives of the USPTO – Government Intellectual Property Law Association by John Doll, Commissioner for Patents | A00356-A00377 |
| 04/02/07 | The State Bar of California Intellectual Property Section Visit to the USPTO – An Open Dialogue with Patents | A00378-A00379 |
| 05/00/07 | Present & Future Perspectives of the USPTO – 23rd Annual Joint Patent Practice Seminar May 2007 by John Love, Deputy Commissioner for Patent Examination Policy | A00380-A00401 |
| 05/03/07 | Changes To Practice for Continued Examination Filings, Patent Applications Containing Patentably Indistinct Claims, and Examination of Claims in Patent Applications – NIH Briefing by John Doll, Commissioner for Patents | A00402-A00408 |
| 05/29/07 | Present & Future Perspectives of the USPTO – Northern Virginia Patent Lawyers Club by John Love, Deputy Commissioner for Patent Examination Policy | A00409-A00428 |
| 06/04/07 | Patent Reform by John Doll, Commissioner for Patents | A00429-A00438 |
| 06/04/07 | Present & Future Perspectives of the USPTO – San Diego Intellectual Property Law Association by John Love, Deputy Commissioner for Patent Examination Policy | A00439-A00462 |
| 06/12/07 | Patent Statistics and Strategic Initiatives – Association of Corporate Counsels by John Doll, commissioner for Patents | A00463-A00476 |
| 07/17/07 | Developments at the U.S. Patent & Trademark Office – George Mason University School of Law, Hot Topics in Patent Law by John Doll, Commissioner for Patents | A00477-A00493 |
| 07/17/07 | Present & Future Perspectives of the USPTO – National Association of Patent Practitioners by John Love, Deputy Commissioner for Patent Examination Policy | A00494-A00517 |

| Date | Description | Bates No. |
|---|---|---|
| Undated | "The Patent Office Speaks" – The District of Columbia Bar – Intellectual Property Section by John Doll and John Love | A00518-A00539 |
| Undated | Hot Topics in Patents at the USPTO – ABA- Intellectual Property Law Section – 22nd Annual Intellectual Property Law Conference by John Doll, Commissioner for Patents | A00540-A00557 |
| Undated | Patents and the USPTO Strategic Plan by John Doll, Commissioner for Patents | A00558-A00590 |

## III. PUBLIC COMMENTS FOR 71 FED. REG. 61 (CLAIMS)

| DATE | DESCRIPTION | BATES NO. |
|---|---|---|
| 01/04/06 | Comments from Jeffrey Sainio | A00591 |
| 01/04/06 | Comments from Alun Palmer | A00592 |
| 01/04/06 | Comments from Judge Cornish | A00593-A00595 |
| 01/05/06 | Comments from Barry Dove | A00596-A00597 |
| 01/05/06 | Comments from Ray Grogan | A00598 |
| 01/06/06 | Comments from Mark Harrington | A00599-A00600 |
| 01/06/06 | Comments from Janal Kalis | A00601-A00602 |
| 01/06/06 | Comments from Edward Steen | A00603 |
| 01/18/06 | Comments from Dan Steinberg | A00604 |
| 01/22/06 | Comments from David Lewis | A00605-A00606 |
| 01/23/06 | Comments from Robert A. Vanderhye | A00607-A00614 |
| 01/24/06 | Comments from Frank Foster | A00615 |
| 01/26/06 | Comments from Immanuel Freedman | A00616-A00621 |
| 01/26/06 | Comments from Lawrence Pope | A00622 |
| 01/28/06 | Comments from Gerald Stanton | A00623 |
| 02/14/06 | Comments from Sam Rimell | A00624 |
| 02/15/06 | Comments from David Maire | A00625 |
| 03/05/06 | Comments from Earle Jennings | A00626-A00627 |
| 03/10/06 | Comments from Alan McDonald | A00628-A00631 |
| 04/27/06 | Comments from the Pabst Patent Group LLP | A00632-A00637 |
| 04/27/06 | Comments from Miller Patent Services | A00638-A00642 |
| 03/13/06 | Comments from Jordany Nunez | A00643 |
| 03/14/06 | Comments from Daniel Polley | A00644-A00645 |
| 03/17/06 | Comments from Judith Lippincott | A00646 |
| 03/20/06 | Comments from Brian Schar | A00647-A00650 |
| 03/28/06 | Comments from Harold Wegner | A00651-A00656 |
| 03/30/06 | Comments from Bruce Lilling | A00657-A00658 |
| 03/31/06 | Comments from Mikio Ishimaru | A00659-A00660 |
| 03/31/06 | Comments from Jim Retter | A00661-A00662 |
| 04/04/06 | Comments from David Pacholok | A00663 |
| 04/20/06 | Comments from Isaac Angres | A00664 |

3

| | | |
|---|---|---|
| 04/21/06 | Comments from Adam Cochran | A00665-A00668 |
| 04/24/06 | Comments from the American Intellectual Property Law Association (AIPLA) | A00669-A00683 |
| 04/24/06 | Comments from Ralph Jocke | A00684-A00688 |
| 04/26/06 | Comments from Michael Haynes | A00689-A00700 |
| 04/24/06 | Comments from the Office of Advocacy of the U.S. Small Business Administration (SBA) | A00701-A00707 |
| 04/27/06 | Comments from Anne Barschall | A00708-A00709 |
| 04/27/06 | Comments from Paul Alpert | A00710-A00711 |
| 04/27/06 | Comments from Scott Cochran | A00712-A00713 |
| 04/27/06 | Comments from James Fischer | A00714-A00715 |
| 04/27/06 | Comments from Allen Gurrola | A00716-A00717 |
| 04/27/06 | Comments from Maher Kawar | A00718-A00719 |
| 04/27/06 | Comments from Keith Mullin | A00720-A00721 |
| 04/27/06 | Comments from Frank Parise | A00722 |
| 04/27/06 | Comments from Charles Wong | A00723-A00724 |
| 04/27/06 | Comments from Bob Stayton | A00725 |
| 04/27/06 | Comments from the Pennsylvania Intellectual Property Forum | A00726-A00732 |
| 04/28/06 | Comments from Altera Corporation | A00733-A00738 |
| 04/28/06 | Comments from Microsoft Corporation | A00739-A00743 |
| 04/28/06 | Comments from the Wisconsin Alumni Research Foundation (WARF) | A00744-A00762 |
| 04/28/06 | Comments from Michael Davidson | A00763-A00764 |
| 04/28/06 | Comments from Grant Green | A00765-A00767 |
| 04/28/06 | Comments from Edward Lynch | A00768-A00770 |
| 04/28/06 | Comments from James Yang | A00771-A00773 |
| 04/28/06 | Comments from Rudy Moreno | A00774-A00775 |
| 04/28/06 | Comments from Reginald Niles | A00776 |
| 04/28/06 | Comments from Alan Regala | A00777-A00782 |
| 04/30/06 | Comments from Gary Williams | A00783 |
| 04/30/06 | Comments from Margaret Plumly | A00784 |
| 04/30/06 | Comments from David Lamar | A00785 |
| 04/30/06 | Comments from Dan Dettlaff | A00786-A00789 |
| 05/01/06 | Comments from the Intellectual Property Law Section of the North Carolina Bar Association | A00790-A00794 |
| 05/01/06 | Comments from Intellectual Property Law Section of the Ohio State Bar Association | A00795-A00797 |
| 05/01/06 | Comments from the Japan Intellectual Property Association (JIPA) | A00798-A00801 |
| 05/01/06 | Comments from Greenblum & Bernstein, P.L.C. | A00802-A00806 |
| 05/01/06 | Comments from Andrew Anderson | A00807-A00812 |
| 05/01/06 | Comments from Rodney Hodgson | A00813-A00814 |
| 05/01/06 | Comments from Steven Hoffberg | A00815-A00830 |
| 05/01/06 | Comments from John Melius | A00831-A00832 |

| 04/27/06 | Comments from Steven Moore | A00833-A00840 |
|---|---|---|
| 05/02/06 | Comments from The Bar Association of the District of Columbia | A00841-A00848 |
| 05/02/06 | Comments from the Chemical and Biotech Practice of the Minnesota Intellectual Property Law Association (MIPLA) | A00849-A00871 |
| 05/02/06 | Comments from the Intellectual Property Law Revisions Committee of the Minnesota Intellectual Property Law Association (MIPLA) | A00872-A00894 |
| 05/02/06 | Comments from the Patent Prosecution Committee of the Minnesota Intellectual Property Law Association (MIPLA) | A00895-A00917 |
| 05/02/06 | Comments from the Council on Government Relations (COGR) | A00918-A00921 |
| 05/02/06 | Comments from Eastman Kodak Company | A00922-A00936 |
| 05/02/06 | Comments from Eli Lilly and Company | A00937-A00954 |
| 05/02/06 | Comments from GlaxoSmithKline (GSK) | A00955-A00961 |
| 05/02/06 | Comments from Human Genome Sciences, Inc. (HGS) | A00962-A00974 |
| 05/02/06 | Comments from the Pharmaceutical Research and Manufacturers of America (PhRMA) | A00975-A00992 |
| 05/02/06 | Comments from SanDisk Corporation | A00993-A01005 |
| 05/02/06 | Comments from Lerner, David, Littenberg, Krumholz & Mentlik, LLP | A01006-A01010 |
| 05/02/06 | Comments from Dale Cook (joined by Fred Kasenburg, Charles Claunch, David Romney, Jonathan Olson, Leif Stordal, Glenn Foster, Corrie Vaa, R. Alan Burnett, Margaret Anderson) | A01011-A01044 |
| 05/02/06 | Comments from Frederick Gibb III | A01045-A01050 |
| 05/02/06 | Comments from Scott Harris | A01051-A01054 |
| 05/02/06 | Comments from Jeffrey Ingerman | A01055-A01056 |
| 05/02/06 | Comments from Robert Lord | A01057-A01061 |
| 05/02/06 | Comments from Barry Farris | A01062 |
| 05/02/06 | Comments from Charles Northrup | A01063 |
| 05/02/06 | Comments from Bryan Ruffner | A01064-A01065 |
| 05/02/06 | Comments from Jahanara Ali | A01066 |
| 05/02/06 | Comments from McManus & Associates | A01067-A01069 |
| 05/02/06 | Comments from Roger Desenberg | A01070-A01117 |
| 05/02/06 | Comments from Daniel Kolker | A01118-A01119 |
| 05/02/06 | Comments from Sheldon Richter | A01120 |
| 05/02/06 | Comments from John McGlew | A01121-A01123 |
| 05/02/06 | Comments from Justin Petruzzelli | A01124-A01132 |
| 05/02/06 | Comments from Deborah Raizen | A01133-A01139 |
| 05/02/06 | Comments from Joel Rarang | A01140-A01146 |
| 05/02/06 | Comments from David Ng | A01147-A01148 |

| | | |
|---|---|---|
| 05/02/06 | Comments from Linda Pollock | A01149-A01150 |
| 05/03/06 | Comments from Jerry Mahurin, Curtis Castleman, Jeffery Thurnau, Paul Dunlap | A01151-A01154 |
| 05/03/06 | Comments from D. Benjamin Borson, Paul Kovelman, Robert Kovelman, William Benman, George Grunebach, R. Dabney Eastham, Thomas Ward | A01155-A01164 |
| 05/03/06 | Comments from the American Bar Association Section of Intellectual Property Law (ABA-IPL) | A01165-A01172 |
| 05/03/06 | Comments from the Boston Patent Law Association (BPLA) | A01173-A01177 |
| 05/03/06 | Comments from the Intellectual Property Owners Association (IPO) | A01178-A01184 |
| 05/03/06 | Comments from the Inventors Alliance | A01185-A01209 |
| 05/03/06 | Comments from the National Association of Patent Practitioners (NAPP) | A01210-A01230 |
| 05/03/06 | Comments from the New York Intellectual Property Law Association (NYIPLA) | A01231-A01240 |
| 05/03/06 | Comments from the Oregon Patent Law Association (OPLA) | A01241-A01251 |
| 05/03/06 | Comments from the Philadelphia Intellectual Property Law Association (PIPLA) | A01252-A01254 |
| 05/03/06 | Comments from the Professional Inventors Alliance (PIA) | A01255-A01264 |
| 05/03/06 | Comments from the San Diego Intellectual Property Law Alliance (SDIPLA) | A01265-A01268 |
| 05/03/06 | Comments from the Washington State Patent Law Association (WSPLA) | A01269-A01274 |
| 05/03/06 | Comments from the Antitrust Division of the United States Department of Justice | A01275-A01285 |
| 05/03/06 | Comments from the Patent Public Advisory Committee of the United States Patent and Trademark Office (PPAC) | A01286-A01308 |
| 05/03/06 | Comments from 3M Innovative Properties Company | A01309-A01319 |
| 05/03/06 | Comments from Amgen | A01320-A01327 |
| 05/03/06 | Comments from Amylin Pharmaceuticals, Inc. | A01328-A01332 |
| 05/03/06 | Comments from Anatomic Research, Inc. | A01333-A01356 |
| 05/03/06 | Comments from Apple Computer, Inc. | A01357-A01358 |
| 05/03/06 | Comments from BASF Aktiengesellschaft (BASF AG) | A01359 |
| 05/03/06 | Comments from Biogen Idec Inc. | A01360-A01369 |
| 05/03/06 | Comments from Brigham and Women's Hospital (BWH) | A01370-A01372 |
| 05/03/06 | Comments from Caterpillar Inc. | A01373-A01374 |
| 05/03/06 | Comments from E.I. Du Pont De Nemours and Company | A01375-A01386 |
| 05/03/06 | Comments from IBM Corporation | A01387-A01393 |
| 05/03/06 | Comments from Intellectual Ventures, LLC (IV) | A01394-A01406 |

| | | |
|---|---|---|
| 05/03/06 | Comments from InterDigital Communications Corporation | A01407-A01417 |
| 05/03/06 | Comments from Massachusetts General Hospital (MGH) | A01418-A01420 |
| 05/03/06 | Comments from Maxygen, Inc. | A01421-A01442 |
| 05/03/06 | Comments from Medarex, Inc. | A01443-A01458 |
| 05/03/06 | Comments from the National Venture Capital Association (NVCA) | A01459-A01464 |
| 05/03/06 | Comments from Novartis Vaccines and Diagnostics, Inc. | A01465-A01468 |
| 05/03/06 | Comments from Pfizer, Inc. | A01469-A01474 |
| 05/03/06 | Comments from Telik, Inc. | A01475-A01477 |
| 05/03/06 | Comments from Texas Instruments Incorporated (TI) | A01478-A01495 |
| 05/03/06 | Comments from Walker Digital Management, LLC | A01496-A01500 |
| 05/03/06 | Comments from Wyeth | A01501-A01510 |
| 05/03/06 | Comments from ZymoGenetics, Inc. | A01511-A01516 |
| 05/03/06 | Comments from the Office of Technology Transfer at the University of California | A01517-A01521 |
| 05/03/06 | Comments from Bachman & LaPointe, P.C. | A01522-A01536 |
| 05/03/06 | Comments from Cantor Colburn LLP | A01537-A01543 |
| 05/03/06 | Comments from Ladas & Parry LLP | A01543.1-A01543.18 |
| 05/03/03 | Comments from Tillman Wright, PLLC | A01544-A01552 |
| 05/03/06 | Comments from "Patent Attorney" at e-mail address uspatentno1@yahoo.com | A01553-A01557 |
| 05/03/06 | Comments from Kerry Broome | A01558-A01560 |
| 05/04/06 | Comments from Terry Callaghan | A01561-A01571 |
| 05/03/06 | Comments from Dean Alderucci | A01572-A01594 |
| 05/03/06 | Comments from Robert Bahrampour | A01595-A01609 |
| 05/03/06 | Comments from Mark Carter | A01610-A01614 |
| 05/03/06 | Comments from Glenn Foster | A01615-A01632 |
| 05/03/06 | Comments from Derek Freyberg | A01633-A01635 |
| 05/03/06 | Comments from Nicholas Godici | A01636-A01642 |
| 05/03/06 | Comments from Paul Haughey | A01643 |
| 05/03/06 | Comments from Lee Hollaar | A01644-A01649 |
| 05/03/06 | Comments from Michael Kirschner | A01650-A01654 |
| 05/03/06 | Comments from Robert Miller | A01655-A01668 |
| 05/03/06 | Comments from Tom Moran | A01669-A01670 |
| 05/03/06 | Comments from James Mullen | A01671-A01675 |
| 05/03/06 | Comments from Kevin Noonan and Paul Reinfelds | A01676-A01684 |
| 05/03/06 | Comments from Elizabeth Nugent, Heather Callahan | A01685 |
| 05/03/06 | Comments from David Orange | A01686 |
| 05/03/06 | Comments from Steven Parmelee | A01687-A01691 |
| 05/03/06 | Comments from Daniel Tanner III | A01692-A01708 |
| 05/03/06 | Comments from Jason Taylor | A01709-A01721 |
| 05/03/06 | Comments from Kurt VanVoorhies | A01722-A01727 |
| 05/03/06 | Comments from Steve Wigmore | A01728-A01730 |
| 05/03/06 | Comments from Mark Wolfe | A01731 |


| Date | Description | Bates No. |
|---|---|---|
| 05/03/06 | Comments from Kevin Wolff | A01732-A01740 |
| 05/03/06 | Comments from Lee Wright | A01741-A01743 |
| 05/03/06 | Comments from Byron Hale | A01744-A01746 |
| 05/03/06 | Comments from James Stavoe | A01747 |
| 05/03/06 | Comments from Michael Strathman | A01748-A01749 |
| 05/03/06 | Comments from Richard Breneman | A01750 |
| 05/03/06 | Comments from Lisa Brothers | A01751 |
| 05/03/06 | Comments from Rose Marie Copeland-Carr | A01752-A01754 |
| 05/03/06 | Comments from Mary Jo West | A01755-A01756 |
| 05/03/06 | Comments from "Anonymous" in Sunnyvale, CA | A01757-A01759 |
| 05/03/06 | Comments from Kent Chambers | A01760 |
| 05/03/06 | Comments from Glenn Foster | A01761 |
| 05/03/06 | Comments from Mark Greenstein | A01762-A01766 |
| 05/03/06 | Comments from Daniel Wasil | A01767 |
| 05/04/06 | Comments from Cameron Weiffenbach | A01768-A01770 |

### IV. PUBLIC COMMENTS FOR 71 FED. REG. 48 (CONTINUING APPLICATIONS, REQUESTS FOR CONTINUED EXAMINATION PRACTICE, AND APPLICATIONS CONTAINING PATENTABLY INDISTINCT CLAIMS)

| Date | Description | Bates No. |
|---|---|---|
| 01/03/06 | Comments from David Rozenblat | A01771 |
| 01/04/06 | Comments from Alun Palmer | A01772 |
| 01/04/06 | Comments from Valerie Looper | A01773 |
| 01/04/06 | Comments from Mark Harrington | A01774-A01775 |
| 01/04/06 | Comments from Daniel Bestor | A01776 |
| 01/04/06 | Comments from Scott Brient | A01777-A01780 |
| 01/05/06 | Comments from Ray Grogan | A01781 |
| 01/05/06 | Comments from Barry Dove | A01782-A01783 |
| 01/06/06 | Comments from Milton Honig | A01784-A01785 |
| 01/06/06 | Comments from Charles Gaines | A01786 |
| 01/09/06 | Comments from John Janning | A01787-A01788 |
| 01/09/06 | Comments from Edwin Schindler | A01789-A01792 |
| 01/10/06 | Comments from John Simmons | A01793 |
| 01/11/06 | Comments from William Herrick | A01794 |
| 01/18/06 | Comments from Dan Steinberg | A01795-A01797 |
| 01/22/06 | Comments from David Lewis | A01798-A01799 |
| 01/24/06 | Comments from Frank Foster | A01800-A01801 |
| 01/26/06 | Comments from Simon Kahn | A01802 |
| 02/01/06 | Comments from Erik Ericksen | A01803 |
| 02/03/06 | Comments from David Orange | A01804 |
| 02/07/07 | Comments from Chad Huston | A01805 |
| 02/07/07 | Comments from Elaine Rajesh | A01806 |

| | | |
|---|---|---|
| 02/12/07 | Comments from Brian Washburn | A01807 |
| 02/14/07 | Comments from Daniel Polley | A01808-A01809 |
| 02/15/06 | Comments from Blaise Mouttet | A01810 |
| 02/22/07 | Comments from Lee Heiman | A01811-A01812 |
| 02/26/06 | Comments from William Eilberg | A01813-A01815 |
| 02/28/06 | Comments from Nick Bromer | A01816 |
| 03/01/06 | Comments from Tom Brody | A01817 |
| 03/02/06 | Comments from Sheldon Richter | A01818 |
| 03/02/07 | Comments from Thomas Virgil | A01819 |
| 03/02/06 | Comments from Dana LeMoine | A01820-A01821 |
| 03/02/06 | Comments from Kacvinsky LLC | A01822-A01825 |
| 03/02/06 | Comments from Caven & Aghevli LLC | A01826-A01828 |
| 03/03/06 | Comments from James Licata | A01829 |
| 03/07/06 | Comments from Harold Brown | A01830-A01831 |
| 03/08/06 | Comments from Jeffrey Hoekstra | A01832 |
| 03/08/06 | Comments from Steven Cahill | A01833-A01834 |
| 03/09/06 | Comments from Robert Fish | A01835 |
| 03/09/06 | Comments from Michael Brown | A01836-A01839 |
| 03/10/06 | Comments from James Retter | A01840-A01841 |
| 03/10/06 | Comments from Christopher L. Parmelee | A01842-A01843 |
| 03/10/06 | Comments from Alan McDonald | A01844-A01847 |
| 03/13/06 | Comments from Karl Bozicevic | A01848 |
| 03/14/06 | Comments from Harold Wegner | A01849-A01869 |
| 03/16/06 | Comments from Sam Korte | A01870-A01871 |
| 03/16/06 | Comments from Grossman, Tucker, Perreault & Pleger, PLLC | A01872-A01875 |
| 03/16/06 | Comments from Sal Mancuso | A01876 |
| 03/17/06 | Comments from Mario Theriault | A01877 |
| 03/17/06 | Comments from Judith Lippincott | A01878 |
| 03/20/06 | Comments from Brian Schar | A01879-A01882 |
| 03/21/06 | Comments from Lawrence Maxham | A01883 |
| 03/21/06 | Comments from James Mason | A01884 |
| 03/21/06 | Comments from Steven Goldstein | A01885-A01886 |
| 03/22/06 | Comments from Will Hickman | A01887 |
| 03/23/06 | Comments from Andrei Popovici | A01888-A01889 |
| 03/25/06 | Comments from Allen Wood | A01890-A01891 |
| 03/30/06 | Comments from Bruce Lilling | A01892 |
| 03/30/06 | Comments from Anne Barschall | A01893-A01894 |
| 03/31/06 | Comments from Mikio Ishimaru | A01895-A01896 |
| 03/31/06 | Comments from Herbert Goodman | A01897-A01898 |
| 04/04/06 | Comments from David Pacholok | A01899 |
| 04/06/06 | Comments from George Leavell | A01900-A01905 |
| 04/07/06 | Comments from Quine Intellectual Property Law Group, P.C. | A01906-A01912 |
| 04/08/06 | Comments from Christopher Garvey | A01913-A01914 |

| | | |
|---|---|---|
| 04/11/06 | Comments from Richard Lazarus | A01915-A01917 |
| 04/11/06 | Comments from Brian Carlson | A01918 |
| 04/11/06 | Comments from Jeffrey Konicek | A01919 |
| 04/12/06 | Comments from Edwin Taylor and Daniel De Vos | A01920-A01930 |
| 04/14/06 | Comments from Tim Pryor | A01931-A01933 |
| 04/18/06 | Comments from Ted Apple | A01934-A01956 |
| 04/18/06 | Comments from Robert Barton | A01957 |
| 04/20/06 | Comments from Isaac Angres | A01958 |
| 04/20/06 | Comments from Jordany Nunez | A01959-A01960 |
| 04/21/06 | Comments from Adam Cochran | A01961-A01962 |
| 04/21/06 | Comments from Harrison Dillon | A01963 |
| 04/22/06 | Comments from Cecil Quillen | A01964-A02038 |
| 04/24/06 | Comments from the American Intellectual Property Law Association (AIPLA) | A02039-A02058 |
| 04/24/06 | Comments from Brian Hickman | A02059-A02066 |
| 04/24/06 | Comments from Ralph Jocke | A02067-A02070 |
| 04/26/06 | Comments from George Blasiak | A02071-A02072 |
| 04/26/06 | Comments from Michael Haynes | A02073-A02090 |
| 04/27/06 | Comments from the Office of Advocacy of the U.S. Small Business Administration (SBA) | A02091-A02097 |
| 04/27/06 | Comments from the Pabst Patent Group LLP | A02098-A02103 |
| 04/27/06 | Comments from Scott Harris | A02104-A02109 |
| 04/27/06 | Comments from Miller Patent Services | A02110-A02113 |
| 04/27/06 | Comments from Paul Alpert, Scott Cochran, Kelvin Gonzalez, Allen Gurrola, Byron Hale, Daniel Holman, Rudy Moreno, Keith Mullin, David Ng, Reginald Niles, Frank Parise, Frank Plaisted, Linda Pollock, Alan Regala, Richard Sachen, James Stavoe, Michael Strathman | [A00710-A00713 A00716-A00717 A00720-A00722 A00774-A00782 A01147-A01150 A01744-A01749][1] |
| 04/27/06 | Comments from Maher Kawar | A02114-A02115 |
| 04/27/06 | Comments from Rich Rein | A02116-A02117 |
| 04/27/06 | Comments from Bob Stayton | A02118 |
| 04/27/07 | Comments from Mark Pickering | A02119-A02120 |
| 04/27/06 | Comments from Steven Moore | A02121-A02125 |
| 04/28/06 | Comments from the Pennsylvania Intellectual Property Forum | A02126-A02132 |
| 04/28/06 | Comments from Altera Corporation | A02133-A02138 |
| 04/28/06 | Comments from Microsoft Corporation | A02139-A02143 |
| 04/28/06 | Comments from the Wisconsin Alumni Research Foundation (WARF) | [A00744-A00762] |

---

[1] Bates numbers that are bracketed indicate public comments that have already been included in the administrative record under Part III. They are referenced in this Part to reflect that these comments addressed not only the proposed rules on Claims (Part III), but also the proposed rules on Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims (Part IV).

10

| Date | Description | Pages |
|---|---|---|
| 04/28/06 | Comments from ZymoGenetics, Inc. | A02144-A02155 |
| 04/28/06 | Comments from Reed Intellectual Property Law Group | A02156 |
| 04/28/06 | Comments from Steven Colby | A02157-A02159 |
| 04/28/06 | Comments from Michael Davidson | [A00763-A00764] |
| 04/28/06 | Comments from Grant Green | [A00765-A00767] |
| 04/28/06 | Comments from Edward Lynch | [A00768-A00770] |
| 04/28/06 | Comments from Philip Myers | A02160 |
| 04/28/06 | Comments from Richard Rezek | A02161-A02165 |
| 04/28/06 | Comments from James Yang | A02166-A02167 |
| 04/29/06 | Comments from Sangamo BioSciences, Inc. | A02168-A02177 |
| 04/29/06 | Comments from Brian Dutton | A02178-A02179 |
| 04/30/06 | Comments from Calvin Ashburg | A02180 |
| 04/30/06 | Comments from Dan Dettlaff | A02181 |
| 04/30/06 | Comments from Lawrence Ebert | A02182-A02187 |
| 04/30/06 | Comments from Margaret Plumly | [A00784] |
| 05/01/06 | Comments from the California Healthcare Institute (CHI) | A02188-A02193 |
| 05/01/06 | Comments from the Intellectual Property Law Section of the North Carolina Bar Association | A02194-A02202 |
| 05/01/06 | Comments from the Japan Intellectual Property Association (JIPA) | A02203-A02207 |
| 05/01/06 | Comments from the San Diego Intellectual Property Law Alliance (SDIPLA) | A02208-A02219 |
| 05/01/06 | Comments from Genentech, Inc. | A02220-A02232 |
| 05/01/06 | Comments from Intuitive Surgical Inc. | A02233-A02241 |
| 05/01/06 | Comments from Micron Technology, Inc. | A02242-A02251 |
| 05/01/06 | Comments from Oracle Corporation | A02252-A02254 |
| 05/01/06 | Comments from Procter & Gamble Company (P&G) | A02255-A02268 |
| 05/01/06 | Comments from Greenblum & Bernstein, P.L.C. | A02269-A02276 |
| 05/01/06 | Comments from Andrew Anderson | A02277-A02282 |
| 05/01/06 | Comments from Douglas Crisman and Gary Williams | A02283-A02288 |
| 05/01/06 | Comments from Rodney Hodgson | [A00813-A00814] |
| 05/01/06 | Comments from Michael O'Connell | A02289-A02291 |
| 05/01/06 | Comments from Thomas Robbins | A02292-A02300 |
| 05/01/06 | Comments from Leonard Svensson | A02301-A02308 |
| 05/01/06 | Comments from Charles Wieland III | A02309-A02310 |
| 05/01/06 | Comments from Gary Williams | A02311-A02328 |
| 05/01/06 | Comments from Jim Block | A02329 |
| 05/01/06 | Comments from John Melius | [A00831-A00832] |
| 05/02/06 | Comments from The Bar Association of the District of Columbia | A02330-A02336 |
| 05/02/06 | Comments from the Biotechnology Industry Organization (BIO) | A02337-A02355 |
| 05/02/06 | Comments from the Chemical and Biotech Practice of the Minnesota Intellectual Property Law Association (MIPLA) | [A00849-A00871] |

| 05/02/06 | Comments from the Intellectual Property Law Revisions Committee of the Minnesota Intellectual Property Law Association (MIPLA) | [A00872-A00894] |
|---|---|---|
| 05/02/06 | Comments from the Patent Prosecution Committee of the Minnesota Intellectual Property Law Association (MIPLA) | [A00895-A00917] |
| 05/02/06 | Comments from Biogen Idec Inc. | [A01360-A01369] |
| 05/02/06 | Comments from Ceres, Inc. | A02356-A02359 |
| 05/02/06 | Comments from Clarcor, Inc. | A02360-A02361 |
| 05/02/06 | Comments from the Council on Government Relations (COGR) | [A00918-A00921] |
| 05/02/06 | Comments from Eastman Kodak Company | [A00922-A00936] |
| 05/02/06 | Comments from eBay Inc. | A02362-A02364 |
| 05/02/06 | Comments from Eli Lilly and Company | [A00937-A00954] |
| 05/02/06 | Comments from GlaxoSmithKline (GSK) | A02365-A02377 |
| 05/02/06 | Comments from Human Genome Sciences, Inc. (HGS) | A02378-A02414 |
| 05/02/06 | Comments from Isis Pharmaceuticals, Inc. | A02415-A02426 |
| 05/02/06 | Comments from Neurocrine Biosciences, Inc. | A02427-A02430 |
| 05/02/06 | Comments from the Pharmaceutical Research and Manufacturers of America (PhRMA) | [A00975-A00992] |
| 05/02/06 | Comments from Bozicevic, Field & Francis LLP | A02431-A02443 |
| 05/02/06 | Comments from Greenlee, Winner and Sullivan, P.C. | A02444-A02446 |
| 05/02/06 | Comments from Lerner, David, Littenberg, Krumholz & Mentlik, LLP | A02447-A02453 |
| 05/02/06 | Comments from Sterne, Kessler, Goldstein & Fox P.L.L.C. | A02454-A02464 |
| 05/02/06 | Comments from Thomas Adams, Mark Saralino, Gordon Kinder, M. David Galin, Cynthia Murphy | A02465-A02469 |
| 05/02/06 | Comments form Rich Additon | A02470-A02474 |
| 05/02/06 | Comments from Dale Cook (joined by Fred Kasenburg, Charles Claunch, David Romney, Jonathan Olson, Leif Stordal, Glenn Foster, Corrie Vaa, R. Alan Burnett, Margaret Anderson) | [A01011-A01044] |
| 05/02/06 | Comments from Patrick Doody | A02475-A02486 |
| 05/02/06 | Comments from Brian Duncan | A02487-A02489 |
| 05/02/06 | Comments from Frederick Gibb III | A02490-A02494 |
| 05/02/06 | Comments from Raymond Green | A02495-A02499 |
| 05/02/06 | Comments from William Hall | A02500-A02501 |
| 05/02/06 | Comments from Paul Haughey | A02502-A02503 |
| 05/02/06 | Comments from Jeffrey Ingerman | A02504-A02505 |
| 05/02/06 | Comments from Francis Kirkpatrick | A02506-A02509 |
| 05/02/06 | Comments from Robert Lord | A02510-A02519 |
| 05/02/06 | Comments from Marcella Louke | A02520-A02521 |
| 05/02/06 | Comments from John McGlew | A02522-A2524 |
| 05/02/06 | Comments from Harold Milton | A02525-A02560 |

| 05/02/06 | Comments from Joel Rarang | [A01140-A01146] |
|---|---|---|
| 05/02/06 | Comments from Ron Rohde | A02561-A02562 |
| 05/02/06 | Comments from Paul Tomita | A02563 |
| 05/02/06 | Comments from L. Mark Ye | A02564-A02567 |
| 05/02/06 | Comments from Barry Farris | A02568 |
| 05/02/06 | Comments from Charles Northrup | A02569 |
| 05/02/06 | Comments from Jahanara Ali | [A01066] |
| 05/02/06 | Comments from McManus & Associates | A02570-A02571 |
| 05/02/06 | Comments from Roger Desenberg | [A01070-A01117] |
| 05/03/06 | Comments from the American Bar Association Section of Intellectual Property Law (ABA-IPL) | [A01165-A01172] |
| 05/03/06 | Comments from the Boston Patent Law Association (BPLA) | A02572-A02584 |
| 05/03/06 | Comments from the Houston Intellectual Property Law Association (HIPLA) | A02585-A02589 |
| 05/03/06 | Comments from the Inventors Alliance | [A01185-A01209] |
| 05/03/06 | Comments from the Intellectual Property Owners Association (IPO) | A02590-A02596 |
| 05/03/06 | Comments from the Los Angeles Intellectual Property Law Association | A02597-A02610 |
| 05/03/06 | Comments from the National Association of Patent Practitioners (NAPP) | A02611-A02653 |
| 05/03/06 | Comments from the New York Intellectual Property Law Association (NYIPLA) | [A01231-A01240] |
| 05/03/06 | Comments from the Northern Virginia Patent Lawyers Club (NVPLC) | A02654-A02658 |
| 05/03/06 | Comments from the Oregon Patent Law Association (OPLA) | [A01241-A01251] |
| 05/03/06 | Comments from the Philadelphia Intellectual Property Law Association (PIPLA) | A02659-A02660 |
| 05/03/06 | Comments from Washington State Patent Law Association | A02661-A02662 |
| 05/03/06 | Comments from the Professional Inventors Alliance (PIA) | [A01255-A01264] |
| 05/03/06 | Comments from the Washington State Patent Law Association (WSPLA) | [A01269-A01274] |
| 05/03/06 | Comments from the Antitrust Division of the United States Department of Justice | [A01275-A01285] |
| 05/03/06 | Comments from the Office of Technology Transfer, National Institutes of Health (NIH) | A02663-A02667 |
| 05/03/06 | Comments from the Patent Public Advisory Committee of the United States Patent and Trademark Office (PPAC) | [A01286-A01308] |
| 05/03/06 | Comments from the United States Federal Trade Commission | A02668-A02677 |

| | | |
|---|---|---|
| 05/03/06 | Comments from 3M Innovative Properties Company | A02678-A02689 |
| 05/03/06 | Comments from Affymetrix, Inc. | A02690-A02694 |
| 05/03/06 | Comments from Amgen | [A01320-A01327] |
| 05/03/06 | Comments from Amylin Pharmaceuticals, Inc. | A02695-A02701 |
| 05/03/06 | Comments from Anatomic Research, Inc. | [A01333-A01356] |
| 05/03/06 | Comments from Apple Computer, Inc. | [A01357-A01358] |
| 05/03/06 | Comments from Bally Technologies | A02702-A02707 |
| 05/03/06 | Comments from BASF Aktiengesellschaft (BASF AG) | [A01359] |
| 05/03/06 | Comments from Burnham Institute for Medical Research | A02708-A02714 |
| 05/03/06 | Comments from Caterpillar Inc. | [A01373-A01374] |
| 05/03/06 | Comments from CCIA | A02715-A02717 |
| 05/03/06 | Comments from Cisco Systems, Inc. | A02718-A02721 |
| 05/03/06 | Comments from E.I. Du Pont De Nemours and Company | A02722-A02732 |
| 05/03/06 | Comments from Honda R&D Americas, Inc. | A02733-A02742 |
| 05/03/06 | Comments from IBM Corporation | A02743-A02748 |
| 05/03/06 | Comments from Intel Corporation | A02749-A02762 |
| 05/03/06 | Comments from Intellectual Ventures, LLC (IV) | [A01394-A01406] |
| 05/03/06 | Comments from InterDigital Communications Corporation | A02763-A02778 |
| 05/03/06 | Comments from the General Counsel for the MacLean-Fogg Company | A02779-A02780 |
| 05/03/06 | Comments from the Intellectual Property Counsel for the MacLean-Fogg Company | A02781-A02784 |
| 05/03/06 | Comments from Massachusetts General Hospital (MGH) | A02785-A02787 |
| 05/03/06 | Comments from Maxygen, Inc. | [A01421-A01442] |
| 05/03/06 | Comments from Medarex, Inc. | [A01443-A01458] |
| 05/03/06 | Comments from the Medical Device Manufacturers Association (MDMA) | A02788-A02792 |
| 05/03/06 | Comments from Mendel Biotechnology, Inc. | A02793-A02801 |
| 05/03/06 | Comments from the National Venture Capital Association (NVCA) | [A01459-A01464] |
| 05/03/06 | Comments from Novartis Vaccines and Diagnostics, Inc. | A02802-A02809 |
| 05/03/06 | Comments from Novo Nordisk, Inc. | A02810-A02823 |
| 05/03/06 | Comments from Pfizer, Inc. | [A01469-A01474] |
| 05/03/06 | Comments from Telik, Inc. | [A01475-A01477] |
| 05/03/06 | Comments from Texas Instruments Incorporated (TI) | [A01478-A01495] |
| 05/03/06 | Comments from Walker Digital Management, LLC | A02824-A02833 |
| 05/03/06 | Comments from Wyeth | A02834-A02848 |
| 05/03/06 | Comments from Xencor, Inc. | A02849-A02855 |
| 05/03/06 | Comments from the University of California, Los Angeles Office of Intellectual Property Administration | A02856 |
| 05/03/06 | Comments from the Office of Technology Transfer at the University of California | [A01517-A01521] |
| 05/03/06 | Comments from the University of Texas System | A02857-A02862 |
| 05/03/06 | Comments from Bachman & LaPointe, P.C. | [A01522-A01536] |