# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,** | : |
| Plaintiff, | : |
| v. | : 1:07cv846 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## CONSOLIDATED WITH

| | |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** d/b/a **GLAXOSMITHKLINE, et al.,** | : |
| Plaintiffs, | : |
| v. | : 1:07cv1008 (JCC/TRJ) |
| **JON W. DUDAS, et al.,** | : |
| Defendants. | : |

## THE GLAXOSMITHKLINE PLAINTIFFS' RESPONSE TO PLAINTIFF TAFAS' RULE 72(a) OBJECTIONS

Plaintiff in the lead case (No. 1:07cv846), Triantafyllos Tafas ("Tafas"), has filed objections (Docket # 98) to the Magistrate Judge's rulings (*Order*, Docket # 93, corrected and amended Docket # 102). Plaintiffs in the consolidated case (No. 1:07cv1008), collectively referred in this case to as "GSK," take no position on Tafas' objections to the Magistrate Judge's rulings.

1

Date:   December 12, 2007                Respectfully submitted,

/s/ _____
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY
 & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Tel:    (703) 549-5353
Email: craig.reilly@rmrwlaw.com
Fax:    (703) 683-2941
*Counsel for Plaintiffs*

*Of Counsel for Plaintiffs:*
John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel:    (212) 446-4800

F. Christopher Mizzo
Jeffrey Bossert Clark
D. Sean Trainor VSB # 43260
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Tel:    (202) 879-5000

**ATTORNEYS FOR PLAINTIFFS**
**SmithKline Beecham Corporation d/b/a**
**GlaxoSmithKline, SmithKline Beecham plc,**
**and Glaxo Group Limited d/b/a**
**GlaxoSmithKline**

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading was filed electronically this 12th day of December 2007 using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

>CHUCK ROSENBERG
>UNITED STATES ATTORNEY
>Lauren A. Wetzler
>R. Joseph Sher
>Andrew Price
>Assistant United States Attorneys
>Justin W. Williams United States Attorney's Building
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Lauren.Wetzler@usdoj.gov
>*Counsel for All Defendants*
>
>Joseph D. Wilson, Esq.
>KELLY DRYE & WARREN LLP
>3050 K Street, NW, Suite 400
>Washington, DC 20007-5108
>jwilson@kelleydrye.com
>*Counsel for Plaintiff Triantafyllos Tafas (# 1:07cv846)*
>
>Rebecca Malkin Carr
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N St NW
>Washington, DC 20037
>rebecca.carr@pillsburylaw.com
>          *and*
>Scott J. Pivnick
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>1650 Tysons Boulevard
>McLean, Virginia 22102-4856
>Scott.pivnick@pillsburylaw.com
>*Counsel for Amicus Elan Pharmaceuticals, Inc.*
>
>James Murphy Dowd
>WILMER CUTLER PICKERING HALE & DORR LLP
>1455 Pennsylvania Ave NW
>Washington, DC 20004
>james.dowd@wilmerhale.com
>*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Dawn-Marie Bey
KIRKPATRICK STOCKTON LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005
dbey@kslaw.com
*Counsel for Amici Hexas, LLC, The Roskamp Institute, and
    Tikvah Therapeutics, Inc.*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Amicus Biotechnology Industry Organization
        and
Counsel for Amicus Monsanto Company*

Thomas J. O'Brien
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 739-5186 (phone)
(202) 739-3001 (fax)
to'brien@morganlewis.com
*Counsel for Amicus American Intellectual Property
Law Association*

Charles Gorenstein
BIRCH, STEWART, KOLASCH AND BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22042
cg@bskb.com
*Counsel for Amicus Intellectual Property Institute
William Mitchell College of Law*

/s/
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
TEL:   (703) 549-5353
EMAIL: craig.reilly@rmrwlaw.com
fax:   (703) 683-2941
*Counsel for GSK plaintiffs (# 1:07cv1008)*

4