Date: 12|14|07

Judge: <u>Cacheris</u>
Reporter: <u>R. Montgomery</u>

Start: 10:53 am
Finish: 11:44 am

Civil Action Number: 1:07cv846

<u>Triantafyllos Tafas, et al</u> vs. <u>Jon Dudas, et al</u>

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| James Nealon (Pro Hac) & Others | Lauren Wetzler & Others |

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
[98] Plaintiff's Objection to Mag Jones' Memorandum & Opinion and Order DENYING Tafas' Motion to Compel & Quashing Tafas' Notices For Depositions of Senior US PTO Officials
Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
(✓) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow