UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>Plaintiff,<br><br>v.<br><br>JON W. DUDAS, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>Defendants. | CIVIL ACTION: 1:07cv846 (JCC/TRJ)<br>and Consolidated Case |

## PROPOSED ORDER

**WHEREAS,** Plaintiff Triantafyllos Tafas ("Tafas") has requested that the Court modify paragraph 1 of Magistrate Thomas Rawles Jones, Jr.'s Amended Scheduling Order dated December 5, 2007 to increase the page limitation for Tafas on the initial summary judgment brief from a maximum of 40 pages to a maximum of 50 pages, and Defendants Jon W. Dudas and the United States Patent and Trademark Office ("Defendants") and plaintiff GSK do not oppose this request;

**WHEREAS,** Tafas seeks this increase in the page limitation because Tafas has numerous claims to be briefed, including, without limitation, 16 statutory claims, three (3) constitutional claims, and a Regulatory Flexibility Act claim;

**NOW THEREFORE,** the Court enters the following amendment to the Amended Scheduling Order by striking the summary judgment briefing schedule as follows:

1. Paragraph 1 of the Amended Order dated December 5, 2007 is hereby modified so as to permit Plaintiff Triantafyllos Tafas to file an initial summary judgment brief not to exceed 50 pages.

DC01/BADEJ/320816.1

Dockets.Justia.com

2

SO ORDERED this ____ day of December 2007:

_____
Thomas Rawles Jones, Jr.
U.S. Magistrate Judge