IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
TRIANTAFYLLOS TAFAS              )
                                 )
     Plaintiff,                  )
                                 )
         v.                      )     1:07cv846 (JCC)
                                 )
JON W. DUDAS, et al.,            )
                                 )
     Defendants.                 )
                                 )
```

CONSOLIDATED WITH

```
                                 )
SMITHKLINE BEECHAM               )
CORPORATION, et al.              )
                                 )
     Plaintiffs                  )
                                 )
         v.                      )     1:07cv1008 (JCC)
                                 )
JON W. DUDAS, et al.,            )
                                 )
     Defendants.                 )
```

**O R D E R**

Upon consideration of the several motions for leave to file briefs as *amici curiae* in these consolidated cases, it is hereby ORDERED that:

1) the Motions of Pharmaceutical Research and Manufactures of America, Biotechnology Industry Organization, Monsanto Company, Intellectual Property Institute of William Mitchell College of Law, and Elan Pharmaceutical Corporation for Leave to File Briefs as *Amici Curiae* in Support of Plaintiffs'

Anticipated Motions for Summary Judgment are GRANTED;

  2) the Motion of American Intellectual Property Law Association for Leave to File a Brief as *Amicus Curiae* on the Issue of Retroactivity of the New Rules is GRANTED;

  3) any brief of *amicus curiae* shall be filed by December 27, 2007, and shall not exceed twenty (20) pages in length; and

  4) the Clerk shall forward a copy of this Order to all Counsel of Record.

December 18, 2007        _____/s/_____
Alexandria, Virginia        James C. Cacheris
            UNITED STATES DISTRICT COURT JUDGE