## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, *et al*. ) | |
| ) | |
| Defedants. ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, in his official capacity as, ) | |
| Under-Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| *et al*., ) | |
| ) | |
| ) | |
| Defendants. ) | |

### MOTION OF *AMICUS CURIAE* HUMAN GENOME SCIENCES, INC.
### FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF
### <u>THE "GSK" PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

Human Genome Sciences, Inc. ("HGS"), by undersigned counsel, moves for leave to file its brief as *amicus curiae* in support of plaintiffs Smithkline Beecham Corporation, Smithkline Beecham PLC and Glaxo Group Limited's Motions for Summary Judgment.

HGS is a small biopharmaceutical company dedicated to discovery, development, manufacture and marketing of innovative drug products for patients with unmet medical needs

1

including lupus, hepatitis C and anthrax. Since its founding in 1992 over 500 patents have been issued to HGS. Currently HGS has more than 200 patent applications pending at the USPTO. Unlike GSK, HGS has not yet introduced any products into the market.

HGS wishes to submit a brief addressing how the retroactive impact of the new Rules will adversely impact small innovative companies like HGS who are trying to maximize their as yet un-recouped capital investment in cutting edge biopharmaceutical innovations by consolidating patent applications.

Pursuant to this Court's Order of December 5, 2007, HGS respectfully requests leave of this Court to file the enclosed *Amicus* Brief explaining the especially dramatic impact the retroactive application of the new rules would have on HGS and similar small biopharmaceutical companies. HGS believes its special situation provides it with a unique perspective that will be useful to the Court in adjudicating the parties' cross motions for summary judgment.

HGS is authorized to state that GSK Plaintiffs and Mr. Tafas have consented to the filing of this brief. Additionally, The United States Patent and Trademark Office takes no position in response to the filing of this brief. Accompanying this Motion is a proposed order granting HGS leave to file the enclosed *Amicus* Brief.

WHEREFORE, for good cause shown, Human Genome Sciences, Inc. requests that the Court grant leave to file the attached *Amicus* Brief and deem the brief filed as of the date of this motion without need to refile.

Dated: This 19th day of December, 2007.    Respectfully Submitted,

                                                      /s/
Robert E. Scully Jr.
VA Bar No. 19218
Counsel for *Amicus Curiae* Human
Genome Sciences, Inc.
STITES & HARBISON PLLC

        1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax: (703) 739-9577
rscully@stites.com


James H. Davis, Ph.D., J.D.
*Executive Vice President*
*General Counsel*
Michele M. Wales, Ph.D., J.D.
*Vice President of Intellectual Property*
Jared S. Cohen, Ph.D., J.D.
*Patent Attorney*
**Human Genome Sciences, Inc**.
14200 Shady Grove Road
Rockville, MD 20850

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2007, the foregoing pleading was filed electronically using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

>Joseph D. Wilson, Esq.
>Kelley Drye & Warren LLP
>3050 K. Street, NW, Suite 400
>Washington, D.C. 20007-5108
>Email: jwilson@kelleydrye.com
>***Attorney for Plaintiff in Case No. 1:07cv846***
>
>Elizabeth M. Locke, Esq.
>Kirkland & Ellis LLP
>655 15th Street, NW, Suite 1200
>Washington, D.C. 20005
>Email: elocke@kirkland.com
>
>and
>
>Craig C. Reilly, Esq.
>Richard McGettigan Reilly & West PC
>1725 Duke Street, Suite 600
>Alexandria, Virginia 22314
>Email: craig.reilly@rmrwlaw.com
>***Attorneys for Plaintiffs in Case No. 1:07cv1008***
>
>Chuck Rosenberg, Esq.
>United States Attorney
>Lauren A. Wetzler, Esq.
>R. Joseph Sher, Esq.
>Andrew Price, Esq.
>Assistant United States Attorneys
>United States Attorney's Office
>2100 Jamison Avenue
>Alexandria, Virginia 22314
>Email: lauren.wetzler@usdoj.gov
>***Attorneys for Defendants in Case Nos. 1:07cv846 and 1:07cv1008***

Rebecca Malkin Carr, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, D.C. 20037
Email: Rebecca.carr@pillsburylaw.com

and

Scott J. Pivnick, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: scott.pivnick@pillsburylaw.com
***Attorneys for Amicus Elan Pharmaceuticals, Inc.***

James Murphy Dowd, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: james.dowd@wilmerhale.com
***Attorney for Amicus Pharmaceutical Research and Manufacturers of America***

Dawn-Marie Bey, Esq.
Kirkpatrick Stockton LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Email: dbey@kslaw.com
***Attorney for Amicus Hexas, LLC, The Roskamp Institute and Tikvah Therapeutics, Inc.***

Randall Karl Miller, Esq.
Arnold & Porter, LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia 22102
Email: randall_miller@aporter.com
***Attorney for Amicus Biotechnology Industry Organization and Amicus Monsanto Company***

Charles Gorenstin, Esq.
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, Virginia 22042
email: cg@bskb.com
***Attorney for Amicus Intellectual Property Institute Williams Mitchell College of Law***

Thomas J. O'Brien, Esq.
Morgan Lewis & Blockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: to'brien@morganlewis.com
*Attorney for Amicus American Intellectual Property Law Association*

                                                     /s/
Robert E. Scully Jr.
VA Bar No. 19218
Counsel for *Amicus Curiae* Human Genome Sciences, Inc.
STITES & HARBISON PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax: (703) 739-9577
rscully@stites.com