# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, *et al*. ) | |
| ) | |
| Defedants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, in his official capacity as, ) | |
| Under-Secretary of Commerce for ) | |
| Intellectual Property and Director of the ) | |
| United States Patent and Trademark Office, ) | |
| *et al*., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION OF *AMICUS CURIAE*
## HUMAN GENOME SCIENCES, INC. FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Motion of *Amicus Curie* Human Genome Sciences, Inc. ("HGS") for Leave to File its Brief in Support of Plaintiffs' Motion for Summary Judgment GRANTED. The brief is deemed to have been filed as of the date of the filing of the motion for leave without the need to refile.

DATED:                                                  _____
                                                        JAMES C. CACHERIS
                                                        United States District Judge