## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, *et al*.       ) | |
| ) | |
| Defedants.       ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM       ) | |
| CORPORATION, *et al*.,       ) | |
| ) | |
| Plaintiffs,       ) | |
| ) | |
| v.       ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, in his official capacity as,       ) | |
| Under-Secretary of Commerce for       ) | |
| Intellectual Property and Director of the       ) | |
| United States Patent and Trademark Office,       ) | |
| *et al*.,       ) | |
| ) | |
| Defendants.       ) | |

### LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE

*Amicus Curie* Human Genome Sciences, Inc. ("HGS") states that there is nothing to

report under Local Rule 7.1(A)(1)(a) and (b).

Dated: This 19th day of December, 2007.       Respectfully Submitted,

                                            /s/ _____

                                            Robert E. Scully Jr.

                                            VA Bar No. 19218

                                            Counsel for *Amicus Curiae* Human

                                            Genome Sciences, Inc.

                                            STITES & HARBISON PLLC

                                            1199 North Fairfax Street, Suite 900

Dockets.Justia.com

Alexandria, Virginia 22314
(703) 739-4900
Fax:  (703) 739-9577
rscully@stites.com


James H. Davis, Ph.D., J.D.
*Executive Vice President*
*General Counsel*
Michele M. Wales, Ph.D., J.D.
*Vice President of Intellectual Property*
Jared S. Cohen, Ph.D., J.D.
*Patent Attorney*
**Human Genome Sciences, Inc**.
14200 Shady Grove Road
Rockville, MD 20850

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2007, the foregoing pleading was filed electronically using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

Joseph D. Wilson, Esq.
Kelley Drye & Warren LLP
3050 K. Street, NW, Suite 400
Washington, D.C. 20007-5108
Email: jwilson@kelleydrye.com
***Attorney for Plaintiff in Case No. 1:07cv846***

Elizabeth M. Locke, Esq.
Kirkland & Ellis LLP
655 15th Street, NW, Suite 1200
Washington, D.C. 20005
Email: elocke@kirkland.com

and

Craig C. Reilly, Esq.
Richard McGettigan Reilly & West PC
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Email: craig.reilly@rmrwlaw.com
***Attorneys for Plaintiffs in Case No. 1:07cv1008***

Chuck Rosenberg, Esq.
United States Attorney
Lauren A. Wetzler, Esq.
R. Joseph Sher, Esq.
Andrew Price, Esq.
Assistant United States Attorneys
United States Attorney's Office
2100 Jamison Avenue
Alexandria, Virginia 22314
Email: lauren.wetzler@usdoj.gov
***Attorneys for Defendants in Case Nos. 1:07cv846
and 1:07cv1008***

Rebecca Malkin Carr, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, D.C. 20037
Email: Rebecca.carr@pillsburylaw.com

and

Scott J. Pivnick, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: scott.pivnick@pillsburylaw.com
*Attorneys for Amicus Elan Pharmaceuticals, Inc.*

James Murphy Dowd, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: james.dowd@wilmerhale.com
*Attorney for Amicus Pharmaceutical Research
and Manufacturers of America*

Dawn-Marie Bey, Esq.
Kirkpatrick Stockton LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Email: dbey@kslaw.com
*Attorney for Amicus Hexas, LLC, The Roskamp
Institute and Tikvah Therapeutics, Inc.*

Randall Karl Miller, Esq.
Arnold & Porter, LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia 22102
Email: randall_miller@aporter.com
*Attorney for Amicus Biotechnology Industry
Organization and Amicus Monsanto Company*

Charles Gorenstin, Esq.
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, Virginia 22042
email: cg@bskb.com
*Attorney for Amicus Intellectual Property Institute
Williams Mitchell College of Law*

Thomas J. O'Brien, Esq.
Morgan Lewis & Blockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: to'brien@morganlewis.com
***Attorney for Amicus American Intellectual
Property Law Association***

/s/
Robert E. Scully Jr.
VA Bar No. 19218
Counsel for *Amicus Curiae* Human
Genome Sciences, Inc.
STITES & HARBISON PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax:  (703) 739-9577
rscully@stites.com