IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

## **LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

Public Patent Foundation states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Computer & Communications Industry Association states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

AARP states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Consumer Federation of America states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Essential Action states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Foundation for Taxpayer and Consumer Rights states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Initiative for Medicines, Access & Knowledge states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Knowledge Ecology International states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Prescription Access Litigation states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Public Knowledge states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Research on Innovation states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Software Freedom Law Center states that there is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Respectfully submitted,

*Of Counsel*

/s/

Daniel B. Ravicher
PUBLIC PATENT FOUNDATION, INC.
1375 Broadway, Suite 600
New York, New York 10018
Tel.: (212) 796-0570
Fax: (212) 591-6038
ravicher@pubpat.org

Matthew Schruers (VSB # 48752)
COMPUTER & COMMUNICATIONS
 INDUSTRY ASSOCIATION
900 17th Street, NW, Suite 1100
Washington, DC 20006
Tel.: (202) 783-0070
Fax: (202) 783-0534

mschruers@ccianet.org

David Balto
2600 Virginia Ave. N.W. Suite 1111
Washington, D.C. 20037
Tel.: 202-577-5424
david.balto@yahoo.com



Dated: December 20, 2007

*Counsel for Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of December 2007, I caused a copy of the foregoing LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
Email: lauren.wetzler@usdoj.gov

*Counsel for the Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, NW, Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufactures of America*

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
Email: rebecca.carr@pillsburylaw.com

and

Scott Jeffrey Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd, Suite 400
McLean, VA 22102
Email: scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Amicus Monsanto Company*

Charles Gorenstein

Michael K. Mutter
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Rd., Suite 100 East
Falls Church, Virginia 22042
Email: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Robert E. Scully Jr.
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
Email: rscully@stites.com

*Counsel for Amicus Human Genome Sciences, Inc.*

                                                          /s/
Matthew Schruers (VSB # 48752)
COMPUTER & COMMUNICATIONS
 INDUSTRY ASSOCIATION
900 17th Street, NW, Suite 1100
Washington, DC 20006
Tel.: (202) 783-0070
Fax: (202) 783-0534
mschruers@ccianet.org

*Counsel for Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*