## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **1:07cv846 (JCC/TRJ)** |
| | : | |
| JON W. DUDAS, et al., | : | |
| | : | |
| **Defendants.** | : | |

## CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, et al., | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **1:07cv1008 (JCC/TRJ)** |
| | : | |
| JON W. DUDAS, et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiff GlaxoSmithKline's ("GSK's") unopposed motion for

leave to file an opening brief of forty-five (45) pages, it is hereby

**ORDERED** that said motion is **GRANTED.**

Entered this _____ day of December 2007.

Alexandria, Virginia            _____

           Hon. Thomas Rawles Jones, Jr.
           United States Magistrate Judge

1

Dockets.Justia.com