IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>    Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>    Defendants. | 1:07cv846 JCC/TRJ<br>Judge Cacheris |
| SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>    Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>    Defendants. | 1:07cv1008 (JCC/TRJ)<br>Judge Cacheris |

## **PROPOSED ORDER**

The motion of CFPH, LLC for leave to file an *amicus curiae* brief is hereby GRANTED.

CFPH's brief shall be filed in accordance with the Court's scheduling Order of November 29,

2007.

DATE: _____        _____

                                                            James C. Cacheris
                                                            United States District Judge

61237701 v1