IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>      Plaintiff,<br><br>  - against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>      Defendants. | 1:07cv846 JCC/TRJ<br>Judge Cacheris |
| SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>      Plaintiff,<br><br>  - against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>      Defendants. | 1:07cv1008 (JCC/TRJ)<br>Judge Cacheris |

**LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

Pursuant to Local Civil Rule 7.1, a*micus curiae* CFPH, LLC ("Cantor Fitzgerald Patent Holdings") states that:

(1)  Cantor Fitzgerald L.P. owns 100% of Cantor Fitzgerald Patent Holdings; and

(2)  eSpeed, Inc. is a publicly-traded corporation affiliated with Cantor Fitzgerald Patent Holdings.

**December 20, 2007**                              Respectfully submitted,


By:  _____/s/_____
        Richard S. Meyer (VSB #66236)
        TOWSEND AND TOWNSEND AND CREW LLP
        1301 K Street, N.W., Ninth Floor, East Tower
        Washington, DC  20005
        Telephone:  (202) 481-9900
        Facsimile:  (202) 481-3972
        e-mail:  rmeyer@townsend.com

        Jonathan D. Link (VSB #42951)
        TOWNSEND AND TOWNSEND AND CREW LLP
        1301 K Street, N.W., Ninth Floor, East Tower
        Washington, DC  20005
        Telephone:  (202) 481-9900
        Fax:  (202) 481-3972
        e-mail:  jlink@townsend.com

        ATTORNEYS FOR *AMICUS CURIAE*
        CFPH, LLC

        *Of Counsel*
        Dean Alderucci, Esq.
        Vice President and Assistant General Counsel
          CFPH, LLC
        110 East 59th Street
        New York, NY  10022
        Telephone:  (212) 829-7009
        Facsimile:  (212) 308-7505
        e-mail:  dalderucci@cantor.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRJ) the foregoing "**LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE** using the CM/ECF system and that service was thereby accomplished on:

Elizabeth M. Locke, Esq.
KIRKLAND & ELLIS LLP
655 15th Street, NW - Suite 1200
Washington, DC  20005
e-mail:  elocke@kirkland.com

and

Craig C. Reilly, Esq.
RICHARD MCGETTIGAN REILLY & WEST PC
1725 Duke Street, Suite 600
Alexandria, VA  22314
e-mail:  craig.reilly@rmrwlaw.com

*Counsel for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

Joseph Dale Wilson, III, Esq.
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street, NW, Suite 400
Washington, DC  20007
e-mail:  jwilson@kelleydrye.com

*Counsel for Plaintiff in Civil Action No. 1:A07cv846 (JCC/TRJ)*

Lauren A. Wetzler, Esq.
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
e-mail:  lauren.wetzler@usdoj.gov

*Counsel for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC  20004
e-mail:  to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, NW Suite 800
Washington, DC  20005
e-mail:  dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC  20004
e-mail:  james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA  22102
e-mail:  randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd, Suite 100 East
Falls Church, Virginia  22042
e-mail:  cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, DC  20037
e-mail:  rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

By: _____/s/_____
    Jonathan D. Link (VSB #42951)
    TOWNSEND AND TOWNSEND AND CREW LLP
    1301 K Street, N.W., Ninth Floor, East Tower
    Washington, DC  20005
    Telephone:  (202) 481-9900
    Fax:  (202) 481-3972
    e-mail:  jlink@townsend.com

61237371 v1

5