# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| JON W. DUDAS, et al. | ) ) | |
| Defendants. | ) ) | |

## MOTION OF CROPLIFE AMERICA
## FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF

Pursuant to the Court's December 18, 2007 Order, CropLife America (CLA) respectfully moves for leave to file a brief as *amicus curiae* in support of the Plaintiffs in the above-captioned case. As per the Court's December 18, 2007 Order, CLA's Brief would be due on December 27, 2007.

Counsel for CLA have conferred with Counsel for Plaintiff Triantafyllos Tafas, the GlazoSmithKline Plaintiffs, and Defendants regarding this Motion and are authorized

Dockets.Justia.com

to state that the Plaintiffs do not oppose this Motion. Defendants take no position on this Motion.

As explained in the accompanying memorandum, CLA's members are the world's leaders in the development of plant science and crop protection technologies. CLA and its members have a direct interest in the outcome of this litigation. CLA seeks leave to participate as an *amicus* based on its interest in avoiding changes to the U.S. patent rules that will irreparably damage the plant science and crop protection industry, CLA members, and the public.

For the foregoing reasons, CLA respectfully moves for leave to file a brief as *amicus curiae* in support of the Plaintiffs on December 27, 2007.

Respectfully submitted,

December 20, 2007

_____/s/_____
John C. Maginnis
Virginia Bar # 16757
1350 Connecticut Ave. NW, Suite 301
Washington, DC 20036
(202) 659-4420 (phone)
(202) 775-2463 (fax)
maginnisdclaw@msn.com

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036
Phone: (202) 822-6760
Fax: (202) 822-6760
roger@marzulla.com
nancie@marzulla.com

*Attorneys for Amicus Curiae*
*Croplife America*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th Day of December, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Joseph Dale Wilson, III**
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
202-342-8504
Fax: 202-342-8451
Email: jwilson@kelleydrye.com

**Joanna Elizabeth Baden-Mayer**
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
202-342-8400
Fax: 202-342-8451
Email: jbaden-mayer@kelleydrye.com

*Counsel for the Plaintiff Tafas*

**Craig Crandall Reilly**
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
(703) 549-5353
Email: craig.reilly@rmrwlaw.com

**Daniel Sean Trainor**
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5229
Email: dtrainor@kirkland.com

**Elizabeth Marie Locke**
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: elocke@kirkland.com

*Counsel for GSK Plaintiffs*

**Lauren A. Wetzler**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*Counsel for Defendants*

**James Murphy Dowd**
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
(202) 942-8400
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

**Randall Karl Miller**
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
(703) 720-7000
Email: randall_miller@aporter.com

*Counsel for Amicus Biotechnology Industry Organization and the Monsanto Company*

**Scott Jeffrey Pivnick**
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102

2

(703) 770-7864
Email: scott.pivnick@pillsburylaw.com

**Rebecca Malkin Carr**
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
202-663-8000
Fax: 202-663-8007
Email: rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

**Thomas J. O'Brien**
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
202-739--5186
Fax: (202) 739-3001
Email: to'brien@morganlewis.com

*Counsel for American Intellectual Property Law Institute*

**Dawn-Marie Bey**
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
(202) 626-8978
Fax: 202 626-3737
Email: dbey@kslaw.com

*Counsel for Amicus HEXAS, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc.*

**Charles Gorenstein**
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
(703) 205-8000
Email: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of William Mitchell College of Law*

**Robert Emmett Scully, Jr.**
Stites & Harbison, PLLC

3

1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
(703) 739- 4900
Fax: (703) 739- 9577
Email: rscully@stites.com

*Counsel for Amicus Human Genome Sciences, Inc.*

**Craig James Franco**
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
(703) 218-2100
Email: craig.franco@ofplaw.com


*Counsel for Amicus Polestar Capital Associates, LLC and Norseman Group, LLC*

**Matthew Christian Schruers**
Computer & Communications Industry Association
900 17th St NW
Suite 1100
Washington, DC 20006
(202) 470-3620
Email: MSchruers@ccianet.org

*Counsel for Computer and Communications Industry Association; AARP; Consumer Federation of America; Essential Action; Foundation for Taxpayer and Consumer Rights; Initiative for Medicines, Access and Knowledge; Knowledge Ecology International; Prescription Access Litigation; Public Knowledge; Research on Innovation; and Software Freedom Law Center*


                                                                                  /s/
                                    John C. Maginnis
                                    Virginia Bar # 16757
                                    ATTORNEY FOR *AMICUS CURIAE*
                                    CROPLIFE AMERICA
                                    1350 Connecticut Ave. NW, Suite 301
                                    Washington, DC 20036
                                    (202) 659-4420 (phone)
                                    (202) 775-2463 (fax)
                                    maginnislaw2@verizon.net