# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER ON MOTION OF CROPLIFE AMERICA
### FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF

The Motion of CropLife America for Leave to File a brief as *amicus curiae* in support of Plaintiffs is hereby GRANTED. CropLife America's brief will be due on December 27, 2007.

DATED: _____        _____
                                JAMES C. CACHERIS
                                United States District Judge