IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS            )<br>                               )<br>     Plaintiff,              )<br>                               )<br>          v.                  )<br>                               )<br>JON W. DUDAS, et al.,         )<br>                               )<br>     Defendants.             )<br>_____) | 1:07cv846 (JCC) |

CONSOLIDATED WITH

| | |
|---|---|
| _____<br>                               )<br>SMITHKLINE BEECHAM            )<br>CORPORATION, et al.           )<br>                               )<br>     Plaintiffs             )<br>                               )<br>          v.                  )<br>                               )<br>JON W. DUDAS, et al.,         )<br>                               )<br>     Defendants.             ) | 1:07cv1008 (JCC) |

**O R D E R**

Upon consideration of Plaintiff Triantafyllos Tafas's Unopposed Motion for Amendment of Summary Judgment Briefing Schedule and Request for Expedited Consideration, it is hereby ORDERED that:

1) paragraph 1 of the Amended Order dated December 5, 2007 is hereby modified so as to permit Plaintiff Triantafyllos Tafas to file an initial summary judgment brief not to exceed fifty (50) pages; and

      2) the Clerk shall forward a copy of this Order to all Counsel of Record.

```
December 19, 2007                  _____/s/_____
Alexandria, Virginia                       James C. Cacheris
                                   UNITED STATES DISTRICT COURT JUDGE
```