# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., ) | |
| d/b/a GLAXOSMITHKLINE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## AGAINST PLAINTIFF TRIANTAFYLLOS TAFAS

Defendants Jon W. Dudas, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the United States Patent and Trademark Office, respectfully move this Court for an Order entering summary judgment against Plaintiff Triantafyllos Tafas.  See Fed. R. Civ. P. 56(c).  The grounds for this motion are set forth in the contemporaneously-filed Memorandum in Support of Defendants' Motions for Summary Judgment, which, in the interest of economy, combines Defendants' briefs in support of this motion and in support of Defendants' Motion for Summary

Judgment Against the "GlaxoSmithKline" Plaintiffs.[1]

                              Respectfully submitted,

                              CHUCK ROSENBERG
                              UNITED STATES ATTORNEY

By:      /s/
           Lauren A. Wetzler
           Ralph Andrew Price, Jr.
           R. Joseph Sher
           Assistant United States Attorneys
           Attorneys for All Defendants
           Justin W. Williams U.S. Attorney's Building
           2100 Jamieson Avenue
           Alexandria, Virginia 22314
           Tel: (703) 299-3752
           Fax: (703) 299-3983
           Lauren.Wetzler@usdoj.gov

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel and Solicitor

---

[1] In these consolidated cases, there are two pending complaints, raising differing claims, for which the plaintiffs are submitting two separate summary judgment motions. See Dkt. No. 108 ("Tafas seeks this modest increase in the page limitation because Tafas has substantially more claims than the other plaintiff (*i.e.,* GSK), including, without limitation, approximately twice as many statutory claims (*i.e.* 16), three (3) constitutional claims, as well as a Regulatory Flexibility Act claim."). The Court previously authorized the filing of briefs of forty pages in support of the parties' motions for summary judgment. See Dkt. No. 102, Am. Order, Dec. 5, 2007. Plaintiff Tafas and the GlaxoSmithKline Plaintiffs have since sought page extensions to fifty and forty-five pages, respectively. See Dkt. Nos. 108, 116. The brief filed in support of the present Motion is combined with that filed in support of Defendants' Motion for Summary Judgment Against the GlaxoSmithKline Plaintiffs. The combined brief contains fewer pages (seventy) than the total pages permitted by the Court's Order (eighty). For that reason, no motion to exceed the page limitation was thought necessary. To the extent the Court may consider it appropriate to seek leave to file a single brief of seventy pages in lieu of two briefs of forty pages each, the USPTO hereby respectfully moves for such leave for good cause shown.

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
Nathan Kelley
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
E-mail: jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas, 1:07cv846*

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline, 1:07cv1008*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th St NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd.
P.O. Box 747
Falls Church, VA 22040-0747
cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of William Mitchell College of Law*

Craig James Franco
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com

*Counsel for Putative Amicus Polestar Capital Associates, LLC and Norseman Group, LLC*

Robert Emmett Scully, Jr.
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com

*Counsel for Putative Amicus Human Genome Sciences, Inc.*

Matthew Christian Schruers
Morrison & Foerster
2000 Pennsylvania Ave NW
Suite 5500
Washington, DC 20006-1888
Mschruers@ccianet.org

*Counsel for Putative Amicus Public Patent Foundation et al.*

                                                /s/
                                       LAUREN A. WETZLER
                                       Assistant United States Attorney
                                       Justin W. Williams U.S. Attorney's Building
                                       2100 Jamieson Avenue
                                       Alexandria, Virginia 22314
                                       Tel: (703) 299-3752
                                       Fax: (703) 299-3983

Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*