# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> JON W. DUDAS, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP.,  )<br> d/b/a GLAXOSMITHKLINE, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br> JON W. DUDAS, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

## **ORDER**

Defendants having promulgated lawful rules that are consistent with the United States Constitution, the Patent Act, 35 U.S.C. § 1 et seq., the Administrative Procedure Act, 5 U.S.C. §§ 553, 701-706, and the Regulatory Flexibility Act, 5 U.S.C. §§ 601-612, it is hereby

ORDERED that Defendants' Motion for Summary Judgment Against Plaintiff Triantafyllos Tafas is GRANTED.

Dated:_____                                             _____
                                                            Hon. James C. Cacheris
                                                            United States District Judge