# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,           ) | |
| Plaintiff,           ) | |
| v.           ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| JON W. DUDAS, et al.,           ) | |
| Defendants.           ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP.,           ) | |
| d/b/a GLAXOSMITHKLINE, et al.,           ) | |
| Plaintiffs,           ) | |
| v.           ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| JON W. DUDAS, et al.,           ) | |
| Defendants.           ) | |

## **ORDER**

Defendants having promulgated lawful rules that are consistent with the United States Constitution, the Patent Act, 35 U.S.C. § 1 <u>et seq.</u>, and the Administrative Procedure Act, 5 U.S.C. §§ 553, 701-706, it is hereby

ORDERED that Defendants' Motion for Summary Judgment Against the "GlaxoSmithKline" Plaintiffs is GRANTED.

Dated:_____                                                       _____
                                                                                    Hon. James C. Cacheris
                                                                                    United States District Judge

Dockets.Justia.com