# Defendants' Exhibit 4b

Dockets.Justia.com

# Electronic Patent Searching

## and

# Navigating the USPTO Internet Site

2

# Why search?

- To see if any Prior Art related to your invention exists

- Helps determine if you want to file an application

- Helps to determine the appropriate claim scope when drafting claims

# What Documents are Available to be Searched?

- US Patents and US Published Applications

- Foreign Patent Documents (e.g., EPO and JPO)

- Non-Patent Literature (any published documents publicly available other than Patents or Published Patent Applications)

  - Internet Searches (Goggle, Yahoo, etc.)

  - Trade Publications and Databases (e.g., ACM, IEEE, CHEMnetBASE, MechanicalEngineeringnetBASE)

4

# Where Can Patent Searches Be Performed?

- The USPTO Public Search Room

- Patent and Trademark Depository Libraries (PTDL's)

  – Located in 50 states, Washington D.C. and Puerto Rico

- World Wide Web Search Engines

  – USPTO (www.uspto.gov)

  – EPO (http://ep.espacenet.com)

  – JPO (http://www.jpo.go.jp)

- Commercial Available Patent Databases

- Private Patent Search Firms

# Internet Searching Using uspto.gov



## World Wide Web Searching Using

### www.uspto.gov

# Features of the Website







- Apply Online for a Patent or Trademark
- Check Status of a Patent or Trademark Online
- Search US Patent and Trademark Databases
- Search Patent and Trademark Classification Manuals
- Download Forms and Fee Schedules
- Patent and Trademark Help Resources
- Access Details of Currently Pending Published Patent Applications (Public PAIR)

# Overview of Website

Welcome to the only official Website of the

## UNITED STATES PATENT AND TRADEMARK OFFICE
### An Agency Of The United States Department Of Commerce

For | Site Overview - New Users ▾ | Go | Search

Text Only | Site Index | FAQ | Glossary | How To Guides | eBusiness | eBiz Alerts | News | Help | How To Search | Resources

**About USPTO**

Patents

Trademarks

Copyrights

Policy & Law

Products & Services

Strategic Planning

How To

Inventor Support

Emergency Notices

Contact Us

## TOP NEWS





Dr. Forrest Bird

John Doll

Louis Foreman

### Hall of Fame Inventor Forrest Bird to Speak at Independent Inventor Conference
Space Limited...Register Now

Dr. Forrest Bird, whose invention of the "Baby Bird" respirator has saved the lives of millions of infants over the years, has joined the roster of speakers for the Chicago Regional Inventors Conference on July 28-29. Dr. Bird was inducted into the National Inventors Hall of Fame in 1995.

The Conference is co-sponsored by the United States Patent and Trademark Office (USPTO), Northwestern University School of Law and the National Inventors Hall of Fame. It will be held at the Northwestern School of Law, 375 E. Chicago Avenue.

Other speakers at the event include Commissioner for Patents John Doll and Louis Foreman, CEO of Enventys, a product design and manufacturing firm. Foreman is also executive producer of the upcoming PBS series, "Everyday Edisons." The series, which features the inventions of 14 independent inventors, will premiere in September.


USPTO JOBS


STOP FAKES .GOV
SMALL BUSINESS
Intellectual Property Help from the United States Patent and Trademark Office


W·A·N·T·E·D
Registered Practitioners' E-mail Addresses


More news and notices

Kids' Page


Department of Commerce

# Overview of Website

- Downloading Forms from the Website

- Click on "Patents" , then click on "Forms"



# Downloading Forms

| Forms Number [F.D.F] | Last Updated | Title |
|---|---|---|
| | | **General Business Transactions** |
| PTO 2038 | 2000/06 | Credit Card Payment Form and Instructions |
| | | **Patent Related Forms** |
| PTO/SB/01 | 2001/03 | Declaration for Utility or Design Patent Application [2 pages]. To appoint an attorney or agent, use form PTO/SB/81 |
| PTO/SB/01a | 2000/10 | Declaration (37 CFR 1.63) for Utility or Design Patent Application Using An Application Data Sheet (37 CFR 1.76). To appoint an attorney or agent, use form PTO/SB/81 |
| PTO/SB/02 | 2000/11 | Declaration (Additional Inventors) [2 pages]. |
| PTO/SB/03 | 2001/03 | Plant Patent Application (35 USC '161) Declaration [2 pages]. To appoint an attorney or agent, use form PTO/SB/81 |
| PTO/SB/03a | 2000/10 | Declaration (37 CFR 1.63) for Plant Application Using An Application Data Sheet (37 CFR 1.76). To appoint an attorney or agent, use form PTO/SB/81 |
| PTO/SB/04 | 2001/03 | Supplemental Declaration for Utility or Design Patent Application [2 pages]. To appoint an attorney or agent, use form PTO/SB/81 |
| PTO/SB/05 | 2001/03 | New Utility Patent Application Transmittal |
| PTO/SB/06 | 2000/08 | Patent Application Fee Determination Record |
| PTO/SB/07 | 2000/08 | Multiple Dependent Claim Fee Calculation Sheet |
| PTO/SB/08 | 2000/08 | Information Disclosure Statement by Applicant [2 pages]. **Click Here** for a listing of kind codes used on U.S. patent documents |
| PTO/SB/09 | 1997/12 | No longer required, therefore deleted. Verified Statement Claiming Small Entity Status (37 CFR 1.9 (f) & 1.27(b))--Independent Inventor. See **Simplified Small Entity Status**, 37 CFR 1.27. |

9

10

# Patents Overview - Searching



About USPTO

Patents

Main
About Patents
eBusiness
View in PAIR
Search
File on EFS-Web
EFS-Web Help & Tutorial
Fees
Forms
Guides & Manuals
Help
Search Aids
Resources
BPAI
Laws & Regulations
International Protection

Trademarks

Copyrights

Policy & Law

Products & Services

Strategic Planning

How To



# Searching US Patents

### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patent Electronic Business Center > Patent Full-Text and Full-Page Image Databases

**Issued Patents** (PatFT)
(full-text since 1976, full-page images since 1790)

- Quick Search
- Advanced Search
- Patent Number Search

- View Patent Full-Page Images
  How to View Patent Images

- Status & Event History
- Database Contents
- Help Files

**Published Applications** (AppFT)
(published since 15 March 2001)

- Quick Search
- Advanced Search
- Publication Number Search

- View Publication Full-Page Images
  How to View Published Application Images

- Status & Event History
- Help Files

## Information Applicable to Both Databases

Important Notices and Policies -- *Please read!*
How to Access and View Full-Page Images
Problems Using the Databases?
Report Errors in Data Content

## Related USPTO Services

Tools to Help in Searching by Patent Classification

Patent Application Information Retrieval (PAIR)
Patent Assignment Database
Downloadable Published Sequence Listings

11

12

# Searching US Patents

- Three Types of Searches
  - Quick
  - Advanced
  - Patent Number
  - Or Application Number

- Two Different Databases to Search
  - Issued patents
  - Published Applications

13

# Quick Search



## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]
[View Cart]

### Data current through 07/19/2005

**Query [Help]**

**Term 1:** "tennis racket"    in Field 1: Title

        AND
        AND
        OR
        ANDNOT

**Term 2:** ball$                Abstract

**Select years [Help]**

[1976 to present [full-text]]

[Search]  [Reset]

Patents from 1790 through 1975 are searchable only by Patent Number and Current US Classification!

14

# Advanced Search



- • Query Search
  - – Nested Boolean
    - •Tel evision or (Cathode and Tube)
  - – Phrase Searching
    - • " Tennis Racket"
  - – Right Truncation
    - •El ec$

15

# Advanced Search

- Fields and Indexes

  – Examples are:

  - Pat ent Number (PN)
  - C lass (CCL)
  - Tit le (TTL)
  - Abst ract (ABST)



- Enables Retrieval of Patents Based on a Selected Portion of the Patent

16

# Performing a Text Search

**Query [Help]**

**Select Years [Help]**
1976 to present [full-text]

[Search] [Reset]

Examples:
ttl/(tennis and (racquet or racket))
isd/1/8/2002 and motorcycle
in/newmar-julie

Patents from 1790 through 1975 are searchable only by Patent Number and Current US Classification

| Field Code | Field Name | Field Code | Field Name |
|---|---|---|---|
| PN | Patent Number | IN | Inventor Name |
| ISD | Issue Date | IC | Inventor City |
| TTL | Title | IS | Inventor State |
| ABST | Abstract | ICN | Inventor Country |
| ACLM | Claim(s) | LREP | Attorney or Agent |
| SPEC | Description/Specification | AN | Assignee Name |
| CCL | Current US Classification | AC | Assignee City |
| ICL | International Classification | AS | Assignee State |
| APN | Application Serial Number | ACN | Assignee Country |
| APD | Application Date | EXP | Primary Examiner |
| PARN | Parent Case Information | EXA | Assistant Examiner |
| RLAP | Related US App. Data | REF | Referenced By |
| REIS | Reissue Data | FREF | Foreign References |

# Classification Overview

- The USPC provides for the storage and retrieval of every U.S. patent document that a patent examiner needs to review when examining patent applications



18

# Patent Classification



- Hierarchical Structure

- Technology divided into three major disciplines:

  – Chemical

  – Electrical

  – Mechanical

# Patent Classification



- Each Discipline is Further Divided into Sub-Technologies

  – Electrical

    • Com munications

    • Com puters

    • Phys ics, Optics

    • Syst em Components

19

# Patent Classification

- Each Sub-Technology is Divided into Classes

  - Electrical

    - Communications

      - Class 379  Telephony
      - Class 382  Image Analysis
      - Class 455  Telecommunications
      - Class 348  Television

20

21

# Patent Classification

- Each Class is Broken Down into Subclasses which are the Smallest Division

- Class 348 Television has Subclasses such as
  - TV Displays
  - Bandwidth Compression
  - Transmitters
  - Receivers
  - Etc.

# Advantages of the MOC

- The Title and Definition of each Class and Subclass are Text Searchable

- Benefit of Organized Classification System

  – Text Searching can be Tightly Focused

  – Combination of Word Searching and Class/Subclass Searching Yields Better Results

# Manual of Classification

- To get to the Manual of Classification on the Website, click on "Guides and Manuals" on the top left half of the Home Page

- On the following screen, click on "Manual of Patent Classification"

# Manual of Classification



**PATENTS**

24

**United States Patent and Trademark Office**

Home | site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents

Check NEWS & NOTICES for the latest Patent news, announcements and official notices

*Patenting ...*

Basic facts about patents
How to get a patent ⚜
Types of patents
Registered patent attorneys & agents 🔗

You can APPLY for a patent online *(EFS-Web)* 🔗

Corresponding re: patenting *(rules for)*
see
• Responding to office actions (§700)
• Customer requested actions (all)
• Assignment🔗 of ownership (§300)
>> more about assignments
Manual of Patent Examining Procedure - *MPEP*🔗

FEES and payments ⚜
Lookup & Pay Patent Maintenance Fees ⚜

FORMS - printable & fillable 🔗

Mailing Addresses ⚜

Patent Appeals & Interferences - procedures & proceedings 🔗
*(Board of Patent Appeals and Interferences)*

*eBusiness*
*what you can do online ...*

**Use Patent Electronic Business Center** 🔗
to file, search, check status, view documents, and more...

*Help ...*
⚜ FAQ - questions & answers
- Glossary
⚜ How to search patents & more
⚜ Inventor Assistance Center
⚜ Inventor Resources - Basics for new inventors
- Musicians, Artists & Authors
- Patents Organization Chart (org chart, advanced resources & phones)
⚜ PCT Help *(international patenting)*

*Search Aids ...*
🔗 Patents OG (eOG:P) - browse recent week of patents
- OG (Official Gazette) - regular & special notices
- Manual of Patent Classification - search tip - after retrieving a class listing, click the 🔲 icon for any class in the online manual to automatically search and retrieve patents for that classification code
- Search Templates describe search resources for the classified areas of science and technology found in the USPTO Manual of Classification.
The templates provide more structure to the search activity and set a standard to measure the completeness of any search.

See How to Search *for more search tools and tips*

# Manual of Classification (Web)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Guidance, Tools, and Manuals > Classification Main Menu

Class Numbers & Titles  | Class Numbers Only  | Index to the U.S. Patent Classification (USPC) System  | International  | HELP  | Office of Patent Classification

Site D

**A.  Access Classification Info by Class/Subclass HELP**

1.   Enter a US Patent Classification...

[            ] [            ]
Class (required)/Subclass (optional)
e.g., 704/1 or 482/1

2.   Select what you want....
 ⦿ Class Schedule (HTML)
 ○ Printable Version of Class Schedule (PDF)
 ○ Class Definition (HTML)
 ○ Printable Version of Class Definition (PDF)
 ○ US-to-IPC8 Concordance (HTML)
 ○ US-to-IPC8 Concordance (PDF)
 ○ US-to-Locarno Concordance

3.   [Submit]   [Reset]

**B.  Search**

Can't find what
you want? Try...

[FirstGov]

Search for:

[            ]

[Search] FirstGov Search Tips

**C.  Classification Information**
 • Information on E-Subclasses
 • Documents and Reports Related to the Manual of Classification
 • Classification Orders New!

26

# Searching the Manual of Classification

- Text search through the Manual of Classification to find the Class and subclass number of the subject matter

- For example, to search for "fishing nets":

  - Type "fishing nets" in the "Search For" box on the right hand side of the page

  - Click "Search"

  - The result returns Class 43 "Fishing, Trapping and Vermin Destroying"

# Search for "fishing nets"



# "Fishing Nets" Results

United States Patent and Trademark Office

Home | site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Search spaced by  y¡vívísimo

"fishing nets" site:http://www.uspto.gov/go/classification    [Search]    Advanced Search
                                                                          Search Tips

Web results by **msn** Search

1 results for "fishing nets" site:http://www.uspto.gov/go/classification ( Details )

## Class Definition for Class 43 - FISHING, TRAPPING, AND VERMIN ...  [new window] [preview]

SECTION I - CLASS DEFINITION. This class includes inventions which deal with the trapping of wild animals, the catching of fish, especially food fish, and the destruction of all animal life obnoxious or ...
www.uspto.gov/go/classification/uspc043/defs043.htm - Cached - More from Patent and Trademark Office

"fishing nets" site:http://www.uspto.gov/go/classification    [Search]    Advanced Search
                                                                          Search Tips

KEY: Symbols to Help Find Content

... (preview) ... (new window) ... (clear) ...

©vivísimo business systems. ® clear ® preview [thesaurus (translation) (translation) (preview) (preview)] ® preview (definition) (glossary)

# "Fishing Nets" Example

- Clicking on the hyperlink to Class 43 shows all the subclasses in this Class

- Note that subclasses 7 through 14 are directed to "Fishing Nets"

- Clicking on the red "**P**" on any subclass to automatically retrieve all the US patents in the chosen subclass, known as a Classification Search (not limited)

  – Allows for a complete search of all patents issued in a particular subclass

  – The only way to view patents that were issued prior to 1976

# Class 43

**Nets:**

This subclass is indented under subclass 4. Those open fabrics of twine or equivalent material, woven or tied with meshes of any size, designed and used for capturing fish or other aquatic animals in their native element and improvements closely allied to nets, such as net-stakes, and not provided for in other subclasses.

SEE OR SEARCH THIS CLASS, SUBCLASS:

| | |
|---|---|
| 43.1+, | for floats and sinkers. |
| 100+, | for fish traps constructed largely of netting and for fish traps which are towed like certain nets. |

SEE OR SEARCH CLASS:

| | |
|---|---|
| 87, | Textiles: Braiding, Netting, and Lace Making,    subclasses 1 through 13for such fabrics, particularly subclasses 3+ and subclass 12 for intertwisted strand and knotted mesh types. |
| 114, | Ships,  subclass 241 for nets used to protect ships from torpedoes, mines, etc. |
| 245, | Wire Fabrics and Structure,  appropriate subclasses, for wire-netting. |
| 428, | Stock Material or Miscellaneous Articles,    subclasses 175+ , 190, 193, and 196+ for a stock material product in the form of a web or sheet embodying mechanically interengaged strands or strand-portions (e.g., weave, knit). |
| 442, | Fabric (Woven, Knitted, or Nonwoven Textile or Cloth, etc.),    subclasses 181+ and 304+ for a woven or knit fabric and especially subclasses 43+ and 58 for a coated or impregnated net or open mesh. |

**Handling apparatus:**

This subclass is indented under subclass 7.  Devices special to the art of fishing for handling, hoisting, pulling, and otherwise manipulating fish nets where the invention lies in the handling apparatus by itself and not in the net.

    (1) Note. where the invention resides in the net chiefly, appropriate subclasses below should be searched.

SEE OR SEARCH THIS CLASS, SUBCLASS:

| | |
|---|---|
| 15, | for apparatus for manipulating fishing-lines. |

SEE OR SEARCH CLASS:

| | |
|---|---|
| 54, | Harness for Working Animal,    subclasses 80.4+ for animal protecting nets. |
| 242, | Winding, Tensioning, or Guiding,    subclasses 370+ and 520+ for apparatus for winding a web material which may include a net. |
| 254, | Implements or Apparatus for Applying Pushing or Pulling Force,    subclasses 264+ for cable-pulling devices which are in some instances disclosed as pulling in nets or purse lines, but have no special structure adapting them to handle the nets or controls adapting them to manipulate the nets or lines for fishing purposes. |
| 414, | Material or Article Handling,    especially subclasses 137.7+ for means for loading or unloading a marine vessel directly from the sea, generally. |

7

8

30

# Class Number and Titles

- To view all the classes in the Manual of Classification, click on "Class Number and Titles" in the upper left hand corner of the page

- A list of all the classes will appear below

# Class Numbers and Titles

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Tools and Guidance >> Classification >>> US Classes by Number with Title Menu

Class Numbers & Titles  | Class Numbers Only  | USPC Index  | International  | HELP  | Office of Patent Classification

1.  Select what you want...

   ⊙  **Class Schedule (HTML)**            ○  **Class Schedule (PDF)**
   ○  **Class Definition (HTML)**          ○  **Class Definition (PDF)**
   ○  **US-to-IPC Concordance**
   ○  **US-to-Locarno Concordance**

2.  Select a class or Search within this page with your browser.

| Class Number and Title |
|---|
| Go  002  Apparel |
| Go  004  Baths, closets, sinks, and spittoons |
| Go  005  Beds |
| Go  007  Compound tools |
| Go  008  Bleaching and dyeing; fluid treatment and chemical modification of textiles and fibers |
| Go  012  Boot and shoe making |

# Class Numbers and Titles

- Clicking on the "Go" button for Class 2 will show all the subclasses under Class 2 "Apparel"

# Class 2 "Apparel"

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Tools and Guidance >> Classification >>> Class Schedule

| Class Numbers & Titles | Class Numbers Only | USPC Index | International | HELP |

You are viewin

## Class 2    APPAREL

Click here for a printable version of this file

| | |
|---|---|
| 1 | **MISCELLANEOUS** |
| 455 | **GUARD OR PROTECTOR** |
| 456 | . Body cover |
| 457 | .. Hazardous material body cover |
| 458 | .. Thermal body cover |
| 2.11 | .. Astronaut`s body cover |
| 2.12 | ... Having relatively rotatable coaxial coupling component |
| 2.13 | ... Having convoluted component |
| 2.14 | .. Aviator`s body cover |
| 2.15 | .. Underwater diver`s body cover |
| 2.16 | ... Having an insulation layer |
| 2.17 | ... Having a garment closure (e.g., zipper, velcro, etc.) |
| 459 | .. Shoulder protector |
| 460 | .. Strap protector |
| 461 | .. Both shoulders |
| 462 | ... Vest type |
| 463 | . Chest protector |
| 464 | . Abdomen protector |
| 465 | . Side impact torso protector |
| ... | |

# Performing a Text Search
# An Example of Searching

U.S. Patent      Feb. 3, 1998      Sheet 1 of 4      5,715,323



*Fig. 1*

*Fig. 2*

## Radio Sunglasses

35

# Performing a Text Search

- Logic for Advanced Search

  - Search "Radio" and "Sunglasses" Concepts Separately

    ("Building Block" Method)

  - "AND" Together Results



37

# Performing a Text Search

- First Search Statement:

  – radio or receiver or tuner

- Use Synonyms (with the "or" operator)

- Search Returns <u>346,000</u>* + Patents

* as of August, 2006

38

# Performing a Text Search

- Second Search Statement
  – sunglass$ or eyeglass$ or spectacl$
- Use Synonyms and Truncation
- Search returns ~13,000* + Patents

\* as of August, 2006

# Performing a Text Search

- "AND" together the first and second searches

- Returns 1559* Patents

- This represents the intersection between the two ideas

- The result set contains all the patents that have the two concepts in the same patent

* as of August, 2006

40

# Performing a Text Search

- Scan Titles of the Patents

- Note Class/Subclass of the Pertinent Patents

- Three Classes Regularly Appear:

  – Class 381  Audio

  – Class 455  Telecommunications

  – Class 351  Eye Examination and Vision Correction





# Performing a Text Search

- Consult Manual of Classification and Patent Class Definitions for Class 381, 455 and 351

- Do Additional Word Searching in the Pertinent Class/Subclasses Identified

- Check Cited References of Pertinent Patents Found



# Summary -Text Searching Tips

- Combination of the Following Yields Good Results:
  - Use Synonyms
  - Use Truncation
  - Use Selected Fields/Indexes
  - Use Manual of Classification Class/Subclasses

43

# More Text Searching Tips

- Constantly Evaluate Your Results

- Remember: Text Searching is an Iterative Process

- Start with a "Big Net" and Refine Your Results Step-by-Step

