# Defendants' Exhibit 4e

Dockets.Justia.com

 **United States Patent and Trademark Office**

**PATENTS**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Guidance, Tools, and Manuals > Search Templates > Search Templates By Class > Search Templates Class 514 > Subclass 63.000 - 772.000

Search Templates Class 514/63.000 - 772.000

**Search Templates:**

Search Templates Home
Search Templates by Class
Commissioner for Patents

# DRUG, BIO-AFFECTING AND BODY TREATING COMPOSITIONS

## Classification 514/63.000 - 772.000 >> view this class definition

## U. S. PATENT RESOURCES

As general guidance, a complete search of U. S. patents in this art area will include the following:

1. A classified search of the original classification class and subclass for the subject matter and the other highly relevant art areas in the US patent documents
2. A text search of the US patent documents; patents, PG PUB, and OCR databases:
   - Broad text search for the general inventive concept(s), not limited by classification
   - Narrow text search for the specific claimed invention
   - Boolean text search employing the relevant inventive terms

The resources listed below are internal USPTO search tools. However, the information that they cover is available either commercially, on the USPTO web site, or in the Public Search Facility on the USPTO Headquarters campus and the **Patent and Trademark Depository Libraries**.

**EAST/WEST**
  EAST Coverage: 1971 - present, Full Text: 1971 - present
  WEST Coverage: 1971 - present, Full Text: 1971 - present
    Full text patent and inventor searching.

    EAST or WEST is used for full text and inventor searching. Queries may include classification parameters when combined with other terms to be searched in the technical content of the application.

**BRS Search/USOCR Database**
  EAST Coverage: 1920 - 1970, Full Text: 1920 - 1970
  WEST Coverage: 1920 - 1970, Full Text: 1920 - 1970
    Full text of U.S. patent grants.

    Includes the ability to formulate queries by classification.
    EAST or WEST is used for text and inventor searching.

**PALM (Patent Application Locating and Monitoring)**
  USPTO Coverage: - Current, Full Text: - Current
    Pending patent applications, recent patents, and abandoned files.

The Patent Application Locating and Monitoring (PALM) system is a large database system that maintains records for each patent application. PALM is designed to provide on-line access to information on all pending applications, as well as most recently patented and abandoned files. Useful for searching related applications by inventor name.

**PGPUBS**

EAST Coverage: 2001 - present, Full Text: 2001 - present
WEST Coverage: 2001 - present, Full Text: 2001 - present

U.S. published applications.

EAST or WEST is used for full text and inventor searching. Queries may include classification parameters when combined with other terms to be searched in the technical content of the application.

## FOREIGN PATENT RESOURCES

Searched separately from the U.S. Patent Search. These databases consist of abstract documents. Text searching abstracts requires the use of different search logic e.g. the use of broad Boolean and/or operators instead of narrow proximity operators.

Derwent World Patents Index and the contents of the EPO Abstracts and JPO Abstracts are available commercially.

**Derwent World Patents Index, Classification and Text Search**

EAST Coverage: 1963 - present, Full Text: - N/A
WEST Coverage: 1963 - present, Full Text: - N/A

English abstracts database of patent documents from more than 40 patent-issuing authorities.

EAST or WEST is used for text and assignee/inventor searching. Queries may include classification parameters when combined with other terms to be searched in the technical content of the application.

**EPO Abstracts, Text and Classification Search**

EAST Coverage: 1978 - present, Full Text: - N/A
WEST Coverage: 1978 - present, Full Text: - N/A

English abstracts database of patents and published applications from EPO, WO/PCT, United Kingdom, France, Germany, and Switzerland. USPC searching is limited to documents added to the database from 1978 to September 30, 1995.

EPO patent documents in a USPC or an IPC classification are viewed for relevance to the patent application being searched. Used for full text and assignee/inventor searching, and document retrieval.

**EPO esp@cenet**

esp@cenet Coverage: 1920 - present, Full Text: 1920 - present

National patent information from all member states of the
EPO as well as bibliographic data from patents worldwide.

Provides PDF images for the full text of patents from a
number of countries. Has text search capabilities in the
title and abstract fields as well as retrieval by IPC and
ECLA classification numbers. While it can be used for
searching, it is primarily used as a foreign document
retrieval system.

**FPAS3**
> Coverage: 1980 - present, Full Text: -
> USPTO foreign patent document retrieval system.

**JPO Abstracts, Text and Classification Search**
> EAST Coverage: 1976 - present, Full Text: - N/A
> WEST Coverage: 1976 - present, Full Text: - N/A
> English abstracts database of Japanese published
> unexamined applications. USPC searching is limited to
> documents added to the database from 1978 to
> September 30, 1995.
>
> JPO patent documents in a USPC or an IPC classification
> are viewed for relevance to the patent application being
> searched. Used for full text and assignee/inventor
> searching to obtain Japanese patents, and for document
> retrieval.

**JPO Industrial Property Digital Library**
> NCIPI Coverage: 1976 - present, Full Text: 1976 - present
> Japanese patent information.
>
> Has text search capabilities in the title and abstract fields
> as well as retrieval by FI classifications and F-Terms. This
> resource is used primarily as a source for machine
> translations of Japanese patent documents from 1993 to
> present.

# NON-PATENT LITERATURE RESOURCES

The resources listed are those that USPTO staff have found consistently yield
the most relevant search results. Commercial databases available through a
single vendor can generally be searched simultaneously, although it is
preferable to search full text and bibliographic databases in separate
groupings. In addition to the use of subscription databases and public Internet
sites, it is recommended that books, manuals, standards and specifications be
considered in the search for prior art.

**BIOSIS Previews**
> Dialog Coverage: 1969 - present, Full Text: - N/A
> STN Coverage: 1969 - present, Full Text: - N/A
> Comprehensive worldwide coverage of research in the
> biological and biomedical sciences.
>
> Contains information on life sciences, including biological
> and biomedical areas. Access to nucleotide or protein

sequence information. Used for text and inventor
searching, registry number searching and searching exact
sequence strings, subsequences, and functionally similar
sequences using motif and pattern search capabilities.

**CA SEARCH: Chemical Abstracts**
Dialog Coverage: 1967 - present, Full Text: - N/A
Questel Orbit Coverage: 1967 - present, Full Text: - N/A
STN Coverage: 1907 - present, Full Text: - N/A
Database of the worldwide literature of chemistry and its
applications. Abstracts available via STN.

Useful in text, inventor and registry number searching and
a broad range of areas including chemical engineering,
electrochemistry, biochemistry, and applied,
macromolecular, organic, physical, inorganic,
environmental and analytical chemistry.

**CAOLD (Pre-1967 Chemical Abstracts File)**
STN Coverage: 1907 - 1966, Full Text: - N/A
Chemical Abstracts (CA) references from 1907 through
1966.

Searchable by Registry number, CA reference numbers,
authors, patent assignees and title keywords. Structure
diagrams are available.

**CAplus**
STN Coverage: 1907 - present, Full Text: - N/A
Chemistry bibliographic database.

Contains early access to bibliographic information and
patent family information for the documents in the process
of being indexed. Useful in text, inventor and registry
number searching and a broad range of areas including
chemical engineering, electrochemistry, biochemistry, and
applied, macromolecular, organic, physical, inorganic,
environmental and analytical chemistry.

**Dissertation Abstracts Online**
Dialog Coverage: 1861 - present, Full Text: - N/A
STN Coverage: 1861 - present, Full Text: - N/A
Subject, title, and author guide to virtually every American
dissertation accepted at an accredited institution.

**Dissertations and Theses - Full Text**
ProQuest Coverage: 1861 - present, Full Text: Dates - vary
Doctoral dissertations and Master's theses.

Dissertations published from 1980 forward include 350-
word abstracts written by the author. Master's theses
published from 1988 forward include 150-word abstracts.
More than 600,000 are available in native or image PDF
formats.

**EMBASE**
Dialog Coverage: 1993 - present, Full Text: - N/A

STN Coverage: 1974 - present, Full Text: - N/A
> Index of the world's literature on human medicine and related disciplines.
>
> Produced by Elsevier Science. Comprehensive bibliographic database covering biomedical and pharmaceutical literature worldwide. Used for text and inventor searching.

**MEDLINE (Medical Literature, Analysis, and Retrieval System Online)**
Dialog Coverage: 1951 - present, Full Text: - N/A
STN Coverage: 1950 - present, Full Text: - N/A
> Bibliographic database containing references to journal articles in life sciences with a concentration on biomedicine.
>
> Contains information on every area of medicine. Corresponds to Index Medicus. Useful for antisense-base technology, gene expression, methods of use in vitro or in vivo and for therapy. Used for text and inventor searching.

**REGISTRY**
STN Coverage: - Current, Full Text: - Current
> Substance database containing records for substances identified by the Chemical Abstracts Service (CAS) Registry System.
>
> Chemical structure and dictionary database that contains unique substance records. Protein and nucleic acid sequences may be retrieved using codes for the amino acids and nucleotides. Useful for searching sequences, registry numbers and chemical compounds/structures.

**SciSearch: A Cited Reference Science Database**
Dialog Coverage: 1974 - 1989, Full Text: - N/A
STN Coverage: 1974 - present, Full Text: - N/A
> Cited reference index.
>
> Used for text and inventor searching, citation searching, and also to identify publication dates.

**Adis Clinical Trials Insight**
Dialog Coverage: 2000 - present, Full Text: 2000 - present
STN Coverage: 1983 - present, Full Text: 1983 - present
> Drugs, drug therapy, adverse drug reactions and pharmacoeconomics.
>
> Used for text and inventor searching.

**Adis R&D Insight**
Dialog Coverage: 1986 - present, Full Text: 1986 - present
STN Coverage: 1986 - present, Full Text: 1986 - present
> Full text reports on drugs in active research and development by the international pharmaceutical industry.
>
> Used for text and inventor searching.

**AGRICOLA (AGRICultural OnLine Access)**
Dialog Coverage: 1970 - present, Full Text: - N/A
STN Coverage: 1970 - present, Full Text: - N/A
Bibliographic database consisting of records for literature citations of journal articles, monographs, theses, patents, translations, microforms, audiovisuals, software, and technical reports.

Database of books and journal articles covering all aspects of agriculture compiled by the National Agricultural Library. Used for text and inventor searching.

**Beilstein Facts**
Dialog Coverage: 1771 - present, Full Text: - N/A
STN Coverage: 1779 - present, Full Text: - N/A
Structures and properties for about 9 million heterocyclic, acyclic and isocyclic compounds.

Structure and factual database in organic chemistry.

**BIOTECHNO (BIOTECHNOBASE)**
STN Coverage: 1980 - 2003, Full Text: - N/A
Coverage of scientific, technological, and professional biotechnology literature, from fundamental research to industrial applications.

Covers biotechnology from genetic manipulation through biochemical engineering and fermentation to downstream processing. Used for text and inventor searching. Some patent publications.

**CANCERLIT**
Dialog Coverage: 1963 - present, Full Text: - N/A
Bibliographic records referencing cancer research publications.

Database of biomedical and other aspects of cancer literature. Produced by the National Cancer Institute.

**Cecil textbook of medicine**
STIC online catalog Coverage: - , Full Text: Dates - vary
Cecil, Russell L.

This book provides information on the scientific and biological basis of disease processes, pathophysiology, clinical practice protocols, clinical manifestations, diagnostic procedures, and treatment strategies for disorders of all major organ systems.

**Coloring of foods, drugs, and cosmetics**
STIC online catalog Coverage: - , Full Text: - 1999
Otterstatter, Gisbert and Axel Mixa

This book provides information on the composition, utilization, and evaluation of colorants and pigments in food, pharmaceuticals, and cosmetic products.

**CONFSCI (Conference Papers Index)**
> STN Coverage: 1973 - present, Full Text: - N/A
>> Bibliographic database that provides access to international research papers and findings presented at scientific and technical conferences and meetings throughout the world.
>>
>> This resource may provide relevant information on the latest technology.

**Dictionary.com**
> Lexico Publishing Group, LLC Coverage: - N/A, Full Text: - N/A
>> Multi-source dictionary search service.

**Drug Information Fulltext**
> Dialog Coverage: Current - year, Full Text: Current - year
>> Corresponds to two printed publications: The American Hospital Formulary Service and The Handbook on Injectable Drugs.
>>
>> Evaluative descriptions of investigational and commercially available drugs in use in the United States. Used to obtain physical properties of drugs.

**Goodman and Gilman's the pharmacological basis of therapeutics**
> STIC online catalog Coverage: - , Full Text: 10th ed. - 2001
>> Goodman, Louis Sanford and Alfred Goodman Gilman
>>
>> This book provides information on medical pharmacology.

**Inside Conferences**
> Dialog Coverage: 1993 - present, Full Text: - N/A
>> Contains details of all papers given at every congress, symposium, conference, exposition, workshop, and meeting received at the British Library Document Supply Centre.
>>
>> This resource may provide relevant information.

**International cosmetic ingredient dictionary and handbook**
> STIC online catalog Coverage: - , Full Text: 9th ed. - 2002
>> Wenninger, John A., et al.

**JICST-EPlus - Japanese Science & Technology**
> Dialog Coverage: 1985 - present, Full Text: - N/A
> STN Coverage: 1985 - present, Full Text: - N/A
>> English citations and abstracts covering the literature published in Japan on all fields of science, technology, and medicine.
>>
>> Index to Japanese literature on chemistry and the chemistry industry, engineering, pharmacology, life sciences and medical science. Used for text and inventor searching.

**LIFESCI (Life Sciences Collection)**

Case 1:07-cv-00846-JCC-TRJ   Document 127-12   Filed 12/20/2007   Page 9 of 12

STN Coverage: 1978 - present, Full Text: - N/A
Bibliographic database from Cambridge Scientific
Abstracts.

International scientific research in life sciences, including
biochemistry, biotechnology, genetics, and immunology.
Used for text and inventor searching.

**Manual of antibiotics and infectious diseases**
STIC online catalog Coverage: - , Full Text: 8th ed. - 1995
Conte, John E.

**MARPAT (CAS Patent Markush)**
STN Coverage: 1988 - present, Full Text: - N/A
Markush search service.

Contains the Markush structures found in the claims and
often the disclosure of the patent, the bibliographic
information, patent family information, cited references, in-
depth substance and subject indexing including CAS
Registry Numbers®, and an abstract, all of which are
displayable. The structures are structure-searchable.

**Merck Index OnlineSM**
CambridgeSoft Coverage: - , Full Text: 13th ed. - 2001
Dialog Coverage: 2001 - 2001, Full Text: 2001 - 2001
STIC online catalog Coverage: - , Full Text: -
STN Coverage: 2001 - 2001, Full Text: 2001 - 2001
13th edition of The Merck Index.

Descriptions of chemicals, drugs, biologicals, and
agricultural and natural products.

**Merck manual**
Merck & Co., Inc. Coverage: - , Full Text: Current - edition
STIC online catalog Coverage: - , Full Text: 17th ed. - 1999
Beers, Mark H. and Andrew J. Fletcher

Used to identify drugs, patent numbers, and any literature
about the drug.

**MeSH Browser**
NLM Coverage: - N/A, Full Text: - N/A
Online vocabulary look-up aid available for use with
MeSH® (Medical Subject Headings).

**NAPRALERT (NAtural PRoducts ALERT)**
STN Coverage: 1650 - present, Full Text: - N/A
Contains bibliographic and factual data on natural
products.

Covers natural products, including plant, microbial, and
animal (including marine) extracts.

**Pharmaceutical and Healthcare Industry News Database (PHIND)**
Dialog Coverage: 1980 - present, Full Text: 1980 - present

STN Coverage: 1980 - present, Full Text: 1980 - present
Full text newsletter articles.

**Physicians' desk reference : PDR**
STIC online catalog Coverage: - , Full Text: Various - editions
Thomson Coverage: - , Full Text: Current - edition
Medical Economics Co.

**PubMed**
NLM Coverage: 1950 - current, Full Text: - N/A
National Library of Medicine search service.

**Remington's pharmaceutical sciences**
STIC online catalog Coverage: - , Full Text: 18th ed. - 1990
Remington, Joseph Price

**RxList**
RxList Inc. Coverage: - N/A, Full Text: - N/A
Internet drug index.

Used to locate compilation of inserts from drug packages.

**Stedman's medical dictionary**
STIC online catalog Coverage: - , Full Text: 27th ed. - 2000
xreferplus Coverage: - , Full Text: Current - edition
Stedman, T.

Older editions useful.

**TOXCENTER (Toxicology Center)**
STN Coverage: 1907 - present, Full Text: - N/A
Bibliographic database that covers effects of drugs and
other chemicals.

Covers the pharmacological, biochemical, physiological
and toxicological effects of drugs and other chemicals.
Occasionally used for scope enablement.

**ToxFile**
Dialog Coverage: 1964 - present, Full Text: - N/A
Covers pharmacological, biochemical, physiological, and
toxicological effects of drugs and other chemicals.

**USP Dictionary of USAN and International Drug Names**
Dialog Coverage: 1996 - 1996, Full Text: 1996 - 1996
Drug dictionary.

Dictionary of official, nonproprietary and trade drug
names. Since 1961 for U.S. Adopted Names and 1953 for
international non-proprietary names.

## INTERNET SEARCH TOOLS

An Internet search should be considered when a search of the resources listed

above fails to locate relevant prior art. A preliminary Internet search may be performed to obtain an overview of the technology, and to identify additional search terms and related product information.

**Google TM**
Google Coverage: - N/A, Full Text: - N/A
Internet search engine.

**Teoma**
Ask Jeeves, Inc. Coverage: - N/A, Full Text: - N/A
Internet search engine.

**Yahoo!**
Yahoo! Inc. Coverage: - N/A, Full Text: - N/A
Internet search engine.

This resource may provide information on topics, specific companies, individuals, materials, and properties.

---

**Public Comments on the Search Templates**

Public comments on the search templates are invited. Comments should address the points enumerated in the **Criteria for Evaluating Recommended Search Resources.** Comments can be submitted via the **Search Template Project** e-mail link on each template page or by mail addressed to:

Mail Stop Patents Search Template Comments
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
Electronic submission is preferred. The Office will respond to comments in writing.

Submit general comments and suggestions to **Search Template Project**

KEY: ☜=online business system ⊛=fees ▦=forms ⊛=help ▦=laws/regulations ▦=definition (glossary)

The **Inventors Assistance Center** *is available to help you on patent matters. Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions *will be considered and may lead to other improvements on the website.*

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 03/22/2007 12:28:44