# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,                )  | |
|                                      )  | |
| Plaintiff,                           )  | |
|                                      )  | |
| v.                                   )  | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
|                                      )  | |
| JON W. DUDAS, et al.,                )  | |
|                                      )  | |
| Defendants.                          )  | |
|                                      )  | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP.,            )  | |
| d/b/a GLAXOSMITHKLINE, et al.,       )  | |
|                                      )  | |
| Plaintiffs,                          )  | |
|                                      )  | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v.                                   )  | |
|                                      )  | |
| JON W. DUDAS, et al.,                )  | |
|                                      )  | |
| Defendants.                          )  | |
|                                      )  | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that pursuant to this Court's Amended Order of December 5, 2007, ¶ 5, on February 8, 2008 at 10 a.m., Defendants shall bring on for hearing before this Court the following two motions:

1. Defendants' Motion for Summary Judgment Against Plaintiff Triantafyllos Tafas

2. Defendants' Motion for Summary Judgment Against the "GlaxoSmithKline" Plaintiffs.

         Respectfully submitted,

         CHUCK ROSENBERG
         UNITED STATES ATTORNEY

    By:   /s/
         Lauren A. Wetzler
         Ralph Andrew Price, Jr.
         R. Joseph Sher
         Assistant United States Attorneys
         Attorneys for All Defendants
         Justin W. Williams U.S. Attorney's Building
         2100 Jamieson Avenue
         Alexandria, Virginia 22314
         Tel: (703) 299-3752
         Fax: (703) 299-3983
         Lauren.Wetzler@usdoj.gov

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
Nathan Kelley
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
E-mail: jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas, 1:07cv846*

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline, 1:07cv1008*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th St NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd.
P.O. Box 747
Falls Church, VA 22040-0747
cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of William Mitchell College of Law*

Craig James Franco
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com

*Counsel for Putative Amicus Polestar Capital Associates, LLC and Norseman Group, LLC*

Robert Emmett Scully, Jr.
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com

*Counsel for Putative Amicus Human Genome Sciences, Inc.*

Matthew Christian Schruers
Morrison & Foerster
2000 Pennsylvania Ave NW
Suite 5500
Washington, DC 20006-1888
Mschruers@ccianet.org

*Counsel for Putative Amicus Public Patent Foundation et al.*

                                                                    /s/
                                       LAUREN A. WETZLER
                                       Assistant United States Attorney
                                       Justin W. Williams U.S. Attorney's Building
                                       2100 Jamieson Avenue
                                       Alexandria, Virginia 22314
                                       Tel: (703) 299-3752

        Fax: (703) 299-3983
        Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*