IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>                    Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>                    Defendants. | 1:07cv846 JCC/TRJ<br>Judge Cacheris |
| SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>                    Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>                  Defendants. | 1:07cv1008 (JCC/TRJ)<br>Judge Cacheris |

## **PROPOSED ORDER**

The motion of CFPH, LLC for leave to file a substitute *amicus curiae* brief if needed is hereby GRANTED. CFPH's brief shall be filed by December 27, 2007 in accordance with the Court's scheduling Order of December 18, 2007.

DATE: _____      _____
                                                                           James C. Cacheris
                                                                           United States District Judge

61240657 v1

Dockets.Justia.com