# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>    Plaintiff,<br><br>v.<br><br>JON W. DUDAS, et al.,<br>    Defendants. | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br>    Plaintiffs,<br><br>v.<br><br>JON W. DUDAS, et al.,<br>    Defendants. | Civil Action No. 1:07cv1008 (JCC/TRJ) |

### MOTION OF *AMICUS CURIAE* MICRON TECHNOLOGY, INC. FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE DEFENDANT'S ANTICIPATED MOTION FOR SUMMARY JUDGMENT

Micron Technology, Inc. ("Micron"), by counsel, pursuant to the Court's Orders of November 29, 2007 and December 5, 2007 allowing the filing of briefs by "any and all *amici curiae* who wish to file briefs in support of the parties' cross-motions for summary judgment," hereby moves for leave to file its brief as *Amicus Curiae* in support of Defendant's Motion for Summary Judgment. Accordingly, for the reasons more particularly set forth in its Memorandum in support of this Motion, Micron respectfully requests that the Court enter the accompanying proposed order allowing the filing of Micron's *Amicus Curiae* Brief as of the day that this Motion is being filed.

1

dockets.Justia.com

Respectfully submitted,

MICRON TECHNOLOGY INC.

Dated: December 20, 2007

_____/s/_____
M. F. Connell Mullins, Jr. (VSB #47213)
Email: cmullins@spottsfain.com
Hugh M. Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
Attorneys for Micron Technology, Inc.
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Joseph D. Wilson, Esq.
Kelley Drye & Warren LLP
3050 K. Street, NW, Suite 400
Washington, D.C. 20007-5108
Email: jwilson@kelleydrye.com
*Attorney for Plaintiff in Case No. 1:07cv846*

Elizabeth M. Locke, Esq.
Kirkland & Ellis LLP
655 l5th Street, NW, Suite 1200
Washington, D.C. 20005
Email: elocke@kirkland.com

and

Craig C. Reilly, Esq.
Richard McGettigan Reilly & West PC
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Email: craig.reilly@rmrwlaw.com
*Attorneys for Plaintiffs in Case No. 1:07cv1008*

Chuck Rosenberg, Esq.
United States Attorney
Lauren A. Wetzler, Esq.
R. Joseph Sher, Esq.
Andrew Price, Esq.
Assistant United States Attorneys
United States Attorney's Office
2100 Jamison Avenue
Alexandria, Virginia 22314
Email: lauren.wetzler@usdoj.gov
*Attorneys for Defendants in Case Nos. 1:07cv846
and 1:07cv1008*

Rebecca Malkin Carr, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, D.C. 20037
Email: Rebecca.carr@pillsburylaw.com

and

Scott J. Pivnick, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: scott.pivnick@pillsburylaw.com
***Attorneys for Amicus Elan Pharmaceuticals, Inc.***

James Murphy Dowd, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: james.dowd@wilmerhale.com
***Attorney for Amicus Pharmaceutical Research and Manufacturers of America***

Dawn-Marie Bey, Esq.
Kirkpatrick Stockton LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Email: dbey@kslaw.com
***Attorney for Amicus Hexas, LLC, The Roskamp Institute and Tikvah Therapeutics, Inc.***

Randall Karl Miller, Esq.
Arnold & Porter, LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia 22102
Email: randall_miller@aporter.com
***Attorney for Amicus Biotechnology Industry Organization and Amicus Monsanto Company***

Charles Gorenstin, Esq.
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Road, Suite 100 East
FaUs Church, Virginia 22042
Email: cg@bskb.com
***Attorney for Amicus Intellectual Property Institute***

Thomas J. O'Brien, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: to'brien@morganlewis.com
***Attorney for Amicus American Intellectual***
***Property Law Association***

Robert E. Scully, Jr.
VA Bar No. 19218
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax: (703) 739-9577
rscully@stites.com
***Counsel for Amicus Curiae Human***
***Genome Sciences, Inc.***

                                   /s/
                      M. F. Connell Mullins, Jr. (VSB #47213)
                      Attorney for Micron Technology, Inc.
                      Spotts Fain PC
                      411 East Franklin Street, Suite 600
                      P.O. Box 1555
                      Richmond, Virginia 23218-1555
                      Telephone: (804) 697-2000
                      Facsimile: (804) 697-2100
                      Email: cmullins@spottsfain.com