# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>    Plaintiff,<br><br>    v.<br><br>JON W. DUDAS, et al.,<br>    Defendants. | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JON W. DUDAS, et al.,<br>    Defendants. | Civil Action No. 1:07cv1008 (JCC/TRJ) |

**ORDER GRANTING MOTION OF *AMICUS CURIAE* MICRON TECHNOLOGY, INC. FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE DEFENDANT'S ANTICIPATED MOTION FOR SUMMARY JUDGMENT**

The Motion of *Amicus Curiae* Micron Technology, Inc. for Leave to File Its Brief in Support of the Defendant's Anticipated Motion for Summary Judgment is hereby GRANTED.

Micron's *Amicus Curiae* Brief is deemed to have been filed as of the date of the filing of the motion for leave, without the need to re-file the brief.

DATED:_____     _____
                                                                                     James C. Cacheris
                                                                                     United States District Judge