# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JON W. DUDAS, et al.,<br>　　　　Defendants. | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JON W. DUDAS, et al.,<br>　　　　Defendants. | Civil Action No. 1:07cv1008 (JCC/TRJ) |

### MEMORANDUM IN SUPPORT OF MOTION OF *AMICUS CURIAE* MICRON TECHNOLOGY, INC. FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF THE DEFENDANT'S <u>ANTICIPATED MOTION FOR SUMMARY JUDGMENT</u>

Micron Technology, Inc. ("Micron"), by counsel, states as follows as its Memorandum in Support of its Motion as Amicus Curiae for Leave to File its Brief in Support of the Defendant's Anticipated Motion for Summary Judgment:

Micron is one of the world's leading providers of advanced semiconductor solutions. Micron's DRAM and Flash memory components are used in today's most advanced computing, networking, and communications products, including computers, workstations, servers, cell phones, wireless devices, digital cameras, and gaming systems. Micron also provides CMOS image sensor solutions to the handset camera, digital still camera, and PC video camera markets.

1

Micron is driven by an unwavering commitment to be the most efficient and innovative global provider of semiconductor solutions.

Micron is also a significant stakeholder in the patent system and, accordingly, has a keen interest in its improvement. Micron's investment in research and development, and the company's focus on innovation, has led to a portfolio of over 18,000 issued U.S. patents and pending applications.

Micron wishes to submit a brief in support of the US Patent and Trademark Office's authority to issue the Final Rules.  Micron recognizes that the current rules permit applicants to file broad disclosures in an initial application and then tailor claims after monitoring the industry's development and adoption of the disclosed technology.  This practice is inconsistent with sound public policy, informed by the Constitutional purpose of the patent system to promote the progress of useful arts, and creates public uncertainty as to the territory staked out by the inventor as her own.  Micron believes any rules that attempt to encourage earlier public awareness of the metes and bounds of that territory are not only justified, but also well within USPTO's rule-making authority.

WHEREFORE, Micron respectfully requests that the Court grant its Motion and allow the filing of its *Amicus Curiae* Brief and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

MICRON TECHNOLOGY INC.

Dated: December 20, 2007

_____/s/_____
M. F. Connell Mullins, Jr. (VSB #47213)
Email: cmullins@spottsfain.com
Hugh M. Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
Attorneys for Micron Technology, Inc.
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Joseph D. Wilson, Esq.
Kelley Drye & Warren LLP
3050 K. Street, NW, Suite 400
Washington, D.C. 20007-5108
Email: jwilson@kelleydrye.com
***Attorney for Plaintiff in Case No. 1:0 7cv846***

Elizabeth M. Locke, Esq.
Kirkland & Ellis LLP
655 l5th Street, NW, Suite 1200
Washington, D.C. 20005
Email: elocke@kirkland.com

and

Craig C. Reilly, Esq.
Richard McGettigan Reilly & West PC
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Email: craig.reilly@rmrwlaw.com
***Attorneys for Plaintiffs in Case No. 1:07cv1008***

Chuck Rosenberg, Esq.
United States Attorney
Lauren A. Wetzler, Esq.
R. Joseph Sher, Esq.
Andrew Price, Esq.
Assistant United States Attorneys
United States Attorney's Office
2100 Jamison Avenue
Alexandria, Virginia 22314
Email: lauren.wetzler@usdoj.gov
***Attorneys for Defendants in Case Nos. 1:07cv846 and 1:07cv1008***

Rebecca Malkin Carr, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, D.C. 20037
Email: Rebecca.carr@pillsburylaw.com

and

Scott J. Pivnick, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: scott.pivnick@pillsburylaw.com
***Attorneys for Amicus Elan Pharmaceuticals, Inc.***

James Murphy Dowd, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1455 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: james.dowd@wilmerhale.com
***Attorney for Amicus Pharmaceutical Research and Manufacturers of America***

Dawn-Marie Bey, Esq.
Kirkpatrick Stockton LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005
Email: dbey@kslaw.com
***Attorney for Amicus Hexas, LLC, The Roskamp Institute and Tikvah Therapeutics, Inc.***

Randall Karl Miller, Esq.
Arnold & Porter, LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia 22102
Email: randall_miller@aporter.com
***Attorney for Amicus Biotechnology Industry Organization and Amicus Monsanto Company***

Charles Gorenstin, Esq.
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Road, Suite 100 East
FaUs Church, Virginia 22042
Email: cg@bskb.com
***Attorney for Amicus Intellectual Property Institute***

Thomas J. O'Brien, Esq.
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Email: to'brien@morganlewis.com
*Attorney for Amicus American Intellectual Property Law Association*

Robert E. Scully, Jr.
VA Bar No. 19218
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax: (703) 739-9577
rscully@stites.com
*Counsel for Amicus Curiae Human Genome Sciences, Inc.*

                                                     /s/
                           M. F. Connell Mullins, Jr. (VSB #47213)
                           Attorney for Micron Technology, Inc.
                           Spotts Fain PC
                           411 East Franklin Street, Suite 600
                           P.O. Box 1555
                           Richmond, Virginia 23218-1555
                           Telephone: (804) 697-2000
                           Facsimile: (804) 697-2100
                           Email: cmullins@spottsfain.com