# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

|  |  |  |
|---|---|---|
| **TRIANTAFYLLOS TAFAS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 1:07cv846 (JCC/TRJ) |
| | : | |
| **JON W. DUDAS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### CONSOLIDATED WITH

|  |  |  |
|---|---|---|
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION,** | : | |
| **d/b/a GLAXOSMITHKLINE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | 1:07cv1008 (JCC/TRJ) |
| | : | |
| **JON W. DUDAS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, February 8, 2008, at 10:00 a.m., as has been ordered by the Court (Docket ## 93 & 102), or on such other date and time specially set by the Court pursuant to the orders previously entered, Plaintiffs in case No. 1:07cv1008, SmithKline Beecham plc, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, and Glaxo Group Limited d/b/a GlaxoSmithKline (collectively referred to as "GSK"), will move the Court for entry of an order granting summary judgment to GSK.

1

Date:   December 20, 2007        Respectfully submitted,
/s/
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
Tel:    (703) 549-5353
Email: craig.reilly@rmrwlaw.com
Fax:    (703) 683-2941
*Counsel for Plaintiffs*

*Of Counsel for Plaintiffs:*
John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Tel:    (212) 446-4800

F. Christopher Mizzo
Jeffrey Bossert Clark
D. Sean Trainor VSB # 43260
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
Tel:    (202) 879-5000

**ATTORNEYS FOR PLAINTIFFS**
**SmithKline Beecham Corporation d/b/a**
**GlaxoSmithKline, SmithKline Beecham plc, and**
**Glaxo Group Limited d/b/a GlaxoSmithKline**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the foregoing pleading was filed electronically this 20th day of December 2007 using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

CHUCK ROSENBERG
UNITED STATES ATTORNEY
Lauren A. Wetzler
R. Joseph Sher
Andrew Price
Assistant United States Attorneys
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Lauren.Wetzler@usdoj.gov
*Counsel for All Defendants*

Joseph D. Wilson, Esq.
KELLY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007-5108
jwilson@kelleydrye.com
*Counsel for Plaintiff Triantafyllos Tafas (# 1:07cv846)*

Rebecca Malkin Carr
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N St NW
Washington, DC 20037
rebecca.carr@pillsburylaw.com
  *and*
Scott J. Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com
*Counsel for Amicus Elan Pharmaceuticals, Inc.*

James Murphy Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com
*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Dawn-Marie Bey
KIRKPATRICK STOCKTON LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005
dbey@kslaw.com
*Counsel for Amici Hexas, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc.*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Amicus Biotechnology Industry Organization*
  *and*
*Counsel for Amicus Monsanto Company*

Thomas J. O'Brien
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington D.C. 20004
(202) 739-5186 (phone)
(202) 739-3001 (fax)
to'brien@morganlewis.com
*Counsel for Amicus American Intellectual Property Law Association*

Charles Gorenstein
BIRCH, STEWART, KOLASCH AND BIRCH, LLP
8110 Gatehouse Road
Suite 100 East
Falls Church, Virginia 22042
cg@bskb.com
*Counsel for Amicus Intellectual Property Institute William Mitchell College of Law*

Notice through the CM/ECF system also will be sent to the proposed *amicus curiae* parties whose motions for leave to appear are still pending.

/s/
Craig C. Reilly VSB # 20942
RICHARDS MCGETTIGAN REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia 22314
TEL:     (703) 549-5353
EMAIL: craig.reilly@rmrwlaw.com
fax:     (703) 683-2941
*Counsel for GSK plaintiffs (# 1:07cv1008)*