# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS<br><br>    Plaintiff,<br><br>    v.<br><br>JON W. DUDAS, ET AL.,<br><br>    Defendants. | Case No. 1:07cv846 (JCC/TRJ) |
| CONSOLIDATED WITH | |
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>JON W. DUDAS, ET AL.,<br><br>    Defendants. | Case No. 1:07cv1008 (JCC/TRJ) |

**ORDER ON AMICUS CURIAE FÉDÉRATION INTERNATIONALE DES CONSEILS EN PROPRIÉTÉ INDUSTRIELLE'S MOTION FOR LEAVE TO FILE A BRIEF IN SUPPORT OF THE PLAINTIFFS' ANTICIPATED <u>MOTIONS FOR SUMMARY JUDGMENT</u>**

The Motion of Amicus Curiae Fédération Internationale Des Conseils En Propriété Industrielle ("FICPI") for Leave to File a Brief In Support Of The Plaintiffs' Anticipated Motions For Summary Judgment is hereby GRANTED. FICPI's brief shall be filed in accordance with the briefing schedule set by the proceedings in this matter.

DATED: _____

                                                                     James C. Cacheris
                                                                     UNITED STATES DISTRICT JUDGE