# EXHIBIT 3



November 15, 2007

Tom Irving
Finnegan Henderson Farabow Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

Dear Tom:

Thank you so much for all you have done for my campaign. Your continued and successful fundraising efforts are greatly appreciated, especially as we move into the critical early primary season.

As you know, I have continuously advocated a strong U.S. economy. I firmly believe that part of the underpinnings of our strong economy is the protection offered by a strong U.S. patent system.

In that regard, thank you for sending the legal briefs and the October 31, 2007 decision of James C. Cacheris, United States District Court Judge in the Eastern District of Virginia, in the case of *SmithKline Beecham Corporation v. Jon W. Dudas*. Through your discussion with my policy staff, I am aware that Judge Cacheris granted a preliminary injunction in the *SmithKline* decision against the United States Patent and Trademark Office (PTO), to stay the implementation of the highly controversial August 21, 2007 final rules until the resolution of the lawsuit. I understand that you and many others strongly oppose the final rules as weakening the patent system. Numerous amicus briefs were filed in this lawsuit, all opposing the implementation of the new rules by the PTO.

With his preliminary injunction against the PTO, Judge Cacheris emphasized the importance of a dependable patent system to protect the significant investment capital of innovators. I applaud his decision. If I am privileged to serve as President of the United States, a tenet of my administration will be to strengthen the U.S. patent system and immunize it from the type of anti-innovation governmental meddling duly enjoined by Judge Cacheris.

In particular, I have the following initial goals:

(1) Ensure that the Undersecretary of Commerce and Director of the PTO will be a distinguished U.S. patent lawyer with many years of experience.

(2) Propose to Congress and/or support only such patent reform legislation as will strengthen the U.S. patent system.

(3) Carefully consider appointing to the United States Court of Appeals for the Federal Circuit, as vacancies arise, excellent lawyers who have experience practicing U.S. patent law, particularly since all decisions in patent cases by the United States district courts are appealable to the Federal Circuit.

I look forward to working with you and others in these important areas.

Best regards,

Mitt Romney

Paid for by Romney for President, Inc.
www.MittRomney.com