# EXHIBIT 18

Dockets.Justia.com



**Patent Reform**
June 4, 2007

**John Doll**
**Commissioner for Patents**

 # Patent Reform

- Examination reform through rule making to focus examination & enhance information exchange

1

A00429



# UPR filings

- FY '06 419,760
- Growth of 9.2% from '05
- Mid '07: 217,233
- FY '07 expected filings 445,900



# UPR Production

- 2006 goal: 311,913 Balanced Disposals (BDs)
- 2006 results: 315,019 BDs
- 2007 goal: 323,900 BDs

| FY 2006 | BDs Produced | % of Target |
|---|---|---|
| USPTO | 315019 | 101.0% |
| 1600 Biotech | 34155 | 109.6% |
| 1700 Chemical Eng. | 40578 | 102.7% |
| 2100 Computers | 37476 | 104.0% |
| 2600 Communications | 45072 | 100.3% |
| 2800 Electrical, Optics | 71935 | 97.9% |
| 3600 Mechical | 37836 | 101.4% |
| 3700 Mechanical Eng. | 45451 | 100.0% |

2

A00430



# Patent Pendency -
# EOY FY 2006 / Mid-Year FY 2007

| Technology Center | Average 1st Action Pendency (months)[1] EOYFY06 /Mid-Year FY07 | Average Total Pendency (months)[2] EOYFY06/Mid-Year FY07 |
|---|---|---|
| 1600 - Biotechnology and Organic Chemistry | 23.5/22.7 | 34.4/34.7 |
| 1700 - Chemical and Materials Engineering | 22.7/24.6 | 32.1/33.3 |
| 2100 - Computer Architecture Software and Information Security | 30.8/31.2 | 44.0/43.3 |
| 2600 – Communications | 30.4/35.6 | 42.9/43.0 |
| 2800 - Semiconductor, Electrical, Optical Systems | 16.4/17.9 | 25.4/25.8 |
| 3600 - Transportation, Construction, Electronic Commerce | 21.7/24.2 | 29.6/30.2 |
| 3700 - Mechanical Engineering, Manufacturing and Products | 20.2/22.0 | 28.2/28.9 |
| UPR Total FY06 | 22.6 | 31.1 |
| FY 06 Target | 22.0 | 31.3 |
| UPR Total Mid-year FY 2007 | 24.7 | 31.5 |

[1] "Average 1st action pendency" is the average age from filing to first action for a newly filed application.

[2] "Average total pendency" is the average age from filing to issue or abandonment of a newly filed application.



# Hires and attritions

|  | 1600 | 1700 | 2100 | 2600 | 2800 | 3600 | 3700 | Corps |
|---|---|---|---|---|---|---|---|---|
| FY 06 Hiring Goal | 75 | 35 | 690 | | | 100 | 100 | 1000* |
| FY 06 Hiring | 96 | 88 | 259 | 228 | 226 | 144 | 152 | 1193 |
| FY 06 Attrits | 53 | 56 | 96 | 84 | 96 | 49 | 76 | 510 |
| FY 06 EOY Staff | 545 | 526 | 908 | 925 | 1045 | 582 | 549 | 5150 |
| FY 07 Hiring Goal | | | | | | | | |
| FY 07 Hiring (Mid-Year) | | | | | | | | |
| FY 07 Attrits (Mid-Year) | | | | | | | | |

Staff includes Examiners, SPEs and academy trainers.

*As originally planned. Hiring target raised to 1200 during FY 2006.

3

A00431

 **We Can't Hire Our Way Out**

- Proportion and volume of continuations has seen tremendous growth
- Resources needed to train new hires takes away from examination
  - Significant time investment to properly train new examiners
- Examiners take time to come up to speed and work independently
- Additional management resources needed to maintain uniformity of quality and procedures

 **Why Limit Continuations?**

- USPTO has a huge backlog of applications
  - Over 1,000,000 pending
  - Over 700,000 awaiting first action
  - Average time to first action is between 16 and 31 months, depending on Technology
  - Filings continue to increase
    - Over 9.2% growth in 2006

4

A00432

 **Improved Efficiency, Effectiveness and Quality**

- Limits continuations and RCEs

- Focuses interaction during initial actions in prosecution

- Focuses examining resources on new applications

- Reduces work redundancy – improves pendency

 **Improved Efficiency, Effectiveness and Quality**

- 384,228 Total filings in 2005

- About 419,000 in FY 2006 – over 9.2% growth

- Significant FTEs needed to do continuations

5

A00433



# Double Patenting Issues

- Reduces examiner searches for co-pending applications

- Provides assistance to examiner in resolving double patenting issues



# Why Limit Claims?

- Average number of claims per application

- Will contribute to enhanced quality

- Limited resources

6



# Improved Examination Efficiency

- The fewer the claims in a <u>given</u> application...
  - ➢ The less time it takes to examine it
  - ➢ Claims drafted to the heart of the invention
  - ➢ More focused search
  - ➢ Fewer claims to analyze initially for compliance with 101, 102, 103, and 112
  - ➢ Fewer rejections to write up in the Office action
  - ➢ Time to prepare Office actions will be reduced
  - ➢ Not all applications will be affected equally
    - Varies by technology



# Improved Examination Efficiency

- **What are we trying to accomplish?**
  - ➢ **Increase in quality**
  - ➢ **Increase in examiner productivity**

7

A00435

 **Patent Reform - Quality Issues**

- Applicant Quality Submissions (AQSs)

- Micro-Entity Status

- Inequitable Conduct - Unenforceability

 **Applicant Quality Submissions**

- Quality is Shared Responsibility

- Full Disclosure Benefits All

- Current Barriers:
  - Inequitable Conduct Doctrine
  - Unenforceabiliy

8

A00436

 **Micro-Entity Status**

- Exemption from AQSs
- Based on Activity Level and Income
- Future Applications

 **Inequitable Conduct - Unenforceability**

- Current Standard Uncertain
- Drives Counterproductive Behavior
- Target True Fraud

9

A00437



**Thank You**

A00438