# EXHIBIT 19

Dockets.Justia.com



# Town Hall Meeting on Patent Claims and Continuation Practice

Alexandria, VA
April 25, 2006

A00253



John J. Doll

Commissioner for Patents



# Proposed Rules Presentations

- This is the last in a series of public presentations on the proposed rules packages

- USPTO-sponsored Town Hall meetings have been held in Chicago, Berkeley, Houston

- USPTO representatives have also made presentations on the proposed rules at 13 other events around the country

- Comment period ends May 3, 2006

3



# Today's Meeting - Agenda

- **Brief overview of the proposed rules packages**

- **Invited guest panelists**

  AIPLA - Charles E. Van Horn

  Federal Trade Commission - Suzanne T. Michel

  Georgetown University - Jay R. Thomas

  IPO - Herbert C. Wamsley

- **Open microphone session**

- **Closing remarks**

A00256



# Jay P. Lucas

## Deputy Commissioner for Patent Examination Policy

A00257

# The Need for Change



- **USPTO has an unacceptable backlog of applications**

  - About 1,000,000 pending Utility, Plant and Reissue applications

  - About 625,000 have not received a first action

  - Average time to first action is between 18 and 33 months, depending on Technology Center

  - Filings continue to increase

6

# UPR Applications Filed





- FY 06 plan 414,966 (8% above FY 05)
- 199,922 as of 3/31/2006
- Current projection 0.8% under plan

A00259



# We can't hire our way out...

- Hired nearly 1,000 examiners in FY 2005

- Hiring 1,000 again in FY 2006

  - Improved hiring and training practices to reach these targets

- Even with these hires, pendency doesn't turn around

A00260



A00261

# Hires and Attritions



| | 1600 | 1700 | 2100 | 2600 | 2800 | 3600 | 3700 | Corps | Design |
|---|---|---|---|---|---|---|---|---|---|
| FY 05 BOY Examiner Staff | 417 | 440 | 563 | 658 | 742 | 422 | 439 | 3681 | 72 |
| FY 05 Hiring | 101 | 58 | 225 | 169 | 184 | 91 | 131 | 959 | 19 |
| FY 05 Attrits | 42 | 39 | 93 | 92 | 54 | 55 | 50 | 425 | 10 |
| FY 06 Hiring Goal | 75 | 35 | 256 | 256 | 178 | 100 | 100 | 1000 | 20 |
| FY 06 hires (3/31/06) | 51 | 26 | 76 | 64 | 66 | 37 | 35 | 355 | 0 |
| FY05 Hires as a Percent of Examiner Staffing in the TC | 24% | 13% | 40% | 26% | 25% | 22% | 30% | 26% | 26% |

10

A00262



# Claims Rule Package

- Focuses initial examination on applicant-designated representative claims

- No limit on the number of claims filed or allowed

- Applicant may select up to 10 representative claims, including all independent claims

- If an application requires more than 10 representative claims, applicant must submit an examination support document that covers all the representative claims designated for examination

- *71 Fed. Reg. 61 (03 January 2006)*

11

A00263

# Continuations Rule Package



- Limits the number of continuations and RCEs that may be filed by right

- Focuses interaction between applicants and examiners on the initial actions in prosecution

- Allows filing of additional continuations or RCEs with appropriate showing

- Focuses examining resources on new applications

- 71 *Fed. Reg.* 48 (03 January 2006)

12

A00264



# Related changes

- **Forthcoming rule packages**
  - IDS practice
  - Markush claims

- **Internal procedural changes to follow**
  - Change MPEP and other policies to improve examination practice
  - Internal changes will complement the final rules

13



# Feedback

- Comment period on the proposed rules closes May 3, 2006

- Open to alternative solutions that fix these problems

- Need constructive suggestions rather than simple complaints about these proposed solutions

- Comments addresses:

Continuations: AB93Comments@uspto.gov

Claims: AB94Comments@uspto.gov

14

A00266

15



# Guest Panelists

**AIPLA**

**Charles E. Van Horn**

**Federal Trade Commission**

**Suzanne T. Michel**

Georgetown University

**Jay R. Thomas**

**IPO**

**Herbert C. Wamsley**

A00267

16



# Guest Panelists

## Other Solutions

1. If you disagree with the proposed rule changes to continuations and claims as the solution to the current challenges facing the USPTO, then, other than hiring, what regulatory or procedural solutions would you recommend?

A00268

17



# Guest Panelists

2. Continuations/Balance of rights

Continuation practice is viewed by some members of the Patent community as the proper way to ensure that applicants obtain full protection for the most desirable implementations of their ultimate commercial products. What should be the proper balance between applicants maximizing their return on their invention and the notice function of patent claims?

A00269

# Guest Panelists

3. Examination Focus

The USPTO proposal includes focusing the initial examination on a representative set of claims. Do you feel this will positively impact the quality of examination? If not, why not?

18

A00270

# Open Microphone

**John J. Doll**

Commissioner for Patents

**James A. Toupin**

General Counsel

**Jay P. Lucas**

Deputy Commissioner for Patent Examination Policy

**Margaret A. Focarino**

Deputy Commissioner for Patent Operations

19



John J. Doll

Commissioner for Patents



Thank You

A00273