# EXHIBIT 20

## Pendency Savings



| Proposal | 2008 Pendency | 2008 Savings | 2011 Pendency | 2011 Savings |
|---|---|---|---|---|
| Without Bush Administration Plan | 37.3 mos | 0 mos | 47 mos | 0 mos |
| 1,000 Hires & Low Attrits | 33.4 mos | 3.9 mos | 32.9 mos | 14.1 mos |
| Plus Claims & Continuations Limits | 32.9 mos | 4.4 mos | 29.3 mos | 17.7 mos |
| Plus Patentability Reports | 25.6 mos | 11.7 mos | 14.0 mos | 33.0 mos |

**Key Model Assumptions**

**Without Bush Administration Plan (Red Diamond)**
Bush Administration Plan - Proposed with:
  Increased Filings - 6% instead of 5.5%
  Hiring at attrition level only - FY 05/10 8%
  Attrition Rate FY 05/10 8%
  Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
  Adjusted for Complexity Creep
  No PCT or US Search Outsourcing

**1,000 Hires & Low Attrits (Gold Square)**
  Increased Hiring Level - 1,000 Examiners
  Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 06 8%; FY 07/11 7%
  PCT Outsourcing Savings FY 06/11
  Outsourcing of the US Search - Goal Adjustment Shifted to
    Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
  Increased Filings - 6% instead of 5.5%
  Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
  Adjusted for Complexity Creep

**Plus Claims and Continuation Limits (Blue Circle)**
  Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
  5% Reduction in Filings from Limits on Continuations
  Increased Hiring Level - 1,000 Examiners
  Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 06 8%; FY 07/11 7%
  PCT Outsourcing Savings FY 06/11
  Outsourcing of the US Search - Goal Adjustment Shifted to
    Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
  Increased Filings - 6% instead of 5.5%
  Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
  Adjusted for Complexity Creep

**Plus Patentability Report (Purple X)**
  Patentability Reports - 15% Gain Beginning in FY 07
  10% Drop in Inventory; 10% Reduction in Filings
  No Outsourcing of the US Search
  Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
  5% Reduction in Filings from Limits on Continuations
  Increased Hiring Level - 1,000 Examiners
  Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 06 8%; FY 07/11 7%
  PCT Outsourcing Savings FY 06/11
  Increased Filings - 6% instead of 5.5%
  Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
  Adjusted for Complexity Creep

A07096