Tafas v. Dudas et al
Doc. 142 Att. 28


# EXHIBIT 21

Dockets.Justia.com


Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
Without Strategic Plan
Historic


Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
1,000 Hires & Low Attrits
Without Strategic Plan
Historic


Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
1,000 Hires & Low Attrits
Plus Claims & Continuation Limits
Without Strategic Plan
Historic


Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
1,000 Hires & Low Attrits
Plus Claims & Continuation Limits
Plus Patentability Report
Without Strategic Plan
Historic


Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
1,000 Hires & Low Attrits
Plus Claims & Continuation Limits
Plus Patentability Report
Without Strategic Plan
1,000 Hires&Low Attrits&> Filings
Plus Claims & Continuation Limits&> Filings
Plus Patentability Report&> Filings
Historic



Pendency
Overall Pendency
50.0
40.0
30.0
20.0
10.0
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004
2006
2008
2010
Fiscal Year
1,000 Hires & Low Attrits
Plus Claims & Continuation Limits
Plus Patentability Report
Without Strategic Plan
1,000 Hires&Low Attrits&> Filings
Plus Claims & Continuation Limits&> Filings
Plus Patentability Report&> Filings
Historic

**Without Bush Admin Plan (Red Diamond)**
Increased Filings - 6% instead of 5.5%
Hiring at attrition level only - FY 05/10 296
Attrition Rate FY 05/10 8%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep
No PCT or US Search Outsourcing

**1,000 Hires & Low Attrits** (Gold Square)
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
Outsourcing of the US Search - Goal Adjustment Shifted to
Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
Increased Filings - 6% instead of 5.5%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep

**Plus Claims and Continuation Limits (Blue Circle)**
Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
5% Reduction in Filings from Limits on Continuations
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
Outsourcing of the US Search - Goal Adjustment Shifted to
Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
Increased Filings - 6% instead of 5.5%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep

**Plus Patentability Report (Purple X)**
Patentability Reports - 15% Gain Beginning in FY 07
10% Drop in Inventory; 10% Reduction in Filings
No Outsourcing of the US Search
Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
5% Reduction in Filings from Limits on Continuations
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
Increased Filings - 6% instead of 5.5%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep

**Filings: FY97 15.6%; FY98 8.7%; FY99 8.7%: FY00 12.3%; FY01 11.2%**

**1,000 Hires & Low Attrits & > Filings*** (Gold Square Dashed)
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
Outsourcing of the US Search - Goal Adjustment Shifted to
Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
**>Filings** - FY05/06 8%; FY07 15.6%; FY08/09 8.7%; FY10 12.3%; FY11 11.2%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep

**Plus Claims & Continuation Limits & > Filings* (Blue Circle Dashed)**
Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
5% Reduction in Filings from Limits on Continuations
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
Outsourcing of the US Search - Goal Adjustment Shifted to
Begin in FY 09 instead of FY 08 at 1/2 the level and 1/2 the gain
**>Filings** - FY05/06 8%; FY07 15.6%; FY08/09 8.7%; FY10 12.3%; FY11 11.2%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep

**Plus Patentability Report & > Filings* (Purple X Dashed)**
Patentability Reports - 15% Gain Beginning in FY 07
10% Drop in Inventory; 10% Reduction in Filings
No Outsourcing of the US Search
Claims Reduction - 2.5% in FY 06 - Additional 2.5% in FY 07 (5% Total)
5% Reduction in Filings from Limits on Continuations
Increased Hiring Level - 1,000 Examiners
Decreased Attrition Rate - FY 06 10%; FY 07 9%; FY 08 8%; FY 09/11 7%
PCT Outsourcing Savings FY 06/11
**>Filings** - FY05/06 8%; FY07 15.6%; FY08/09 8.7%; FY10 12.3%; FY11 11.2%
Decrease in Overtime Usage - 90 hrs/FTE instead of 100 hrs/FTE
Adjusted for Complexity Creep


Pendency Reduction
Pendency
50.0
40.0
30.0
20.0
10.0
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
Fiscal Year
Historic
Without Bush Plan
1,000 Hires & Low Attrits
Plus Claims & Continuation Limits
Plus Patentability Report



# Pendency Savings

| Proposal | 2008 Pendency | 2008 Savings | 2011 Pendency | 2011 Savings |
|---|---|---|---|---|
| Without Bush Administration Plan | 37.3 mos | 0 mos | 47 mos | 0 mos |
| 1,000 Hires & Low Attrits | 33.4 mos | 3.9 mos | 32.9 mos | 14.1 mos |
| Plus Claims & Continuations Limits | 32.9 mos | 4.4 mos | 29.3 mos | 17.7 mos |
| Plus Patentability Reports | 25.6 mos | 11.7 mos | 14.0 mos | 33.0 mos |