# EXHIBIT 22

Dockets.Justia.com

Management-eyes-only

DRAFT 6/16/05

## Goals Proposal

This proposal would be effective mid-year FY2006, contingent upon the implementation of the final rules package on claim limitations, IDS practice, and continuing applications.

1. **Examiner Production Goals**

   A. The GS-12 Hours per Production Unit Goals are set by the attached listing by class and subclass.

   B. **[Is this part necessary?]** The Relative Complexity For the Technology Centers shall be:

   | TC | GS-12 AVG. | Rel. Complex. (Volume Weighted) |
   |---|---|---|
   | TC1600 | 22.5 | .974 |
   | TC1700 | 21.0 | .909 |
   | TC2100 | 31.1 | 1.346 |
   | TC2600 | 27.1 | 1.173 |
   | TC2800 | 21.1 | .913 |
   | TC3600 | 20.4 | .883 |
   | TC3700 | 18.5 | .801 |
   | Corps Avg | 23.1 | 1.000 |

   Note : Corps volume weighted average for **FY04 = 22.1**

   Note:  Above does not include Plant and Design Cases

   > Plants – GS-12 goal is 11.6 hrs/PU
   > Designs – GS-12 goal is 6.6 hrs/PU

   C. The Productivity factors for grades and authority levels for GS-1224 examiner shall be:

   | | | | |
   |---|---|---|---|
   | GS-5 | .55 | | |
   | GS-7 | .70 | GS-14 (PSA) | 1.25 |
   | GS-9 | .80 | GS-14 (PSA + Sr) | 1.30 |
   | GS-11 | .90 | GS-14 (FSA) | 1.35 |
   | GS-12 | 1.00 | GS-15 (FSA +Sr +M) | 1.40 |
   | GS-13 | 1.15 | GS-15 (FSA + PhD) | 1.50 |
   | GS-13 (PSA) | 1.25 | GS-15 (FSA + Generalist) | 1.50 |
   | GS-13 (PSA) | 1.25 | GS-15 (FSA + Expert) | 1.50 |

A03764

Management-eyes-only                                         DRAFT 6/16/05

D. The Productivity factors for grades and authority levels for GS-1226 examiners shall be:

| GS-5 | .48 | GS-12 | 1.0 |
|------|-----|-------|-----|
| GS-7 | .64 | GS-13 (PSA) | 1.14 |
| GS-9 | .80 | GS-14 (FSA) | 1.24 |
| GS-11 | .88 | | |

E. The examiner's goal for each case is set by dividing the GS-12 goal by their current productivity factor.

F. **[Is this part necessary, or part of something else?]** An achievement at least halfway between the goal for the next higher grade and the goal for the present grade over a period of six months shall be deemed prima facie evidence of performance in productivity qualifying for promotion.

G. **[Is this part necessary, or part of something else?]** In any of the last three biweeks of a promotion period, if the employee's production achievement is equal to, or greater than, 3 times the expectancy for their grade level (i.e. end loading situation) the promotion period may be extended to ensure the employee's ability to achieve the goals of the promotion level.

H. **[Is this part necessary, or part of something else?]** Achievement of at least 95% of an assigned goal shall be deemed prima facie evidence of an acceptable level of competence in the area of productivity for purposes of granting a within-grade increase. An achievement below 95% of an assigned goal shall be deemed prima facie evidence that the level of competence in the area of productivity is not acceptable for purposes of granting a within-grade increase unless there are extenuating circumstances, which justify the achieved production level.

A03765

| WkGrp | GS12 Hrs/PU FY04 | Total claims <10 | Total claims >21 | Pus FY04 | claims adj | Hrs/PU chng | PU gain/loss | new Hrs/PU |
|---|---|---|---|---|---|---|---|---|
| 1640 | 26.3 | 16.2% | 55.5% | 6,559.3 | -0.100 | 0.900 | 728.8 | 23.7 |
| 1610 | 18.8 | 15.3% | 54.9% | 5,619.5 | -0.100 | 0.900 | 624.4 | 16.9 |
| 1630 | 26.7 | 15.0% | 53.8% | 7,081.0 | -0.100 | 0.900 | 786.8 | 24.0 |
| 1650 | 24.0 | 16.3% | 52.1% | 4,749.0 | -0.100 | 0.900 | 527.7 | 21.6 |
| 3620 | 31.6 | 14.8% | 50.7% | 6,234.0 | -0.100 | 0.900 | 692.7 | 28.4 |
| 2140 | 32.8 | 8.7% | 50.6% | 2,432.0 | -0.100 | 0.900 | 270.2 | 29.5 |
| 2170 | 32.5 | 10.2% | 49.7% | 6,356.8 | -0.100 | 0.900 | 706.3 | 29.3 |
| 3730 | 19.3 | 16.7% | 48.9% | 7,283.3 | -0.100 | 0.900 | 809.3 | 17.4 |
| 2150 | 33.4 | 11.9% | 48.9% | 3,256.8 | -0.100 | 0.900 | 361.9 | 30.1 |
| 2660 | 29.7 | 13.7% | 47.6% | 5,386.3 | -0.070 | 0.930 | 405.4 | 27.6 |
| 2120 | 31.1 | 12.2% | 47.5% | 5,189.5 | -0.070 | 0.930 | 390.6 | 28.9 |
| 2130 | 32.2 | 12.2% | 46.0% | 4,103.0 | -0.070 | 0.930 | 308.8 | 29.9 |
| 1620 | 18.9 | 21.8% | 45.5% | 6,978.8 | -0.070 | 0.930 | 525.3 | 17.6 |
| 2160 | | 10.2% | 45.2% | 0.0 | -0.070 | 0.930 | | |
| 2180 | 32.4 | 12.1% | 44.9% | 4,371.0 | -0.070 | 0.930 | 329.0 | 30.1 |
| 2680 | 26.9 | 16.5% | 44.2% | 4,870.5 | -0.070 | 0.930 | 366.6 | 25.0 |
| 1710 | 19.5 | 19.9% | 42.9% | 6,408.8 | -0.070 | 0.930 | 482.4 | 18.1 |
| 2110 | 32.4 | 14.3% | 42.6% | 2,157.5 | -0.070 | 0.930 | 162.4 | 30.1 |
| 1760 | 21.9 | 19.8% | 42.6% | 6,718.0 | -0.070 | 0.930 | 505.7 | 20.4 |
| 2890 | 0.0 | 17.4% | 42.3% | 0.0 | -0.070 | 0.930 | | |
| 1750 | 21.0 | 20.2% | 41.8% | 7,783.3 | -0.070 | 0.930 | 585.8 | 19.5 |
| 2630 | 26.1 | 18.7% | 41.7% | 5,803.3 | -0.070 | 0.930 | 436.8 | 24.3 |
| 2680 | 21.2 | 19.6% | 40.7% | 2,323.5 | -0.040 | 0.960 | 96.8 | 20.4 |
| 1770 | 22.5 | 21.2% | 40.3% | 6,358.8 | -0.040 | 0.960 | 264.9 | 21.6 |
| 3760 | 18.7 | 22.4% | 40.2% | 6,077.0 | -0.040 | 0.960 | 253.2 | 18.0 |
| 2640 | 26.6 | 18.8% | 39.4% | 4,102.0 | -0.040 | 0.960 | 170.9 | 25.5 |
| 3660 | 24.0 | 21.3% | 39.0% | 3,069.0 | -0.040 | 0.960 | 127.9 | 23.0 |
| 2620 | 29.9 | 19.0% | 38.4% | 4,323.8 | -0.040 | 0.960 | 180.2 | 28.7 |
| 2670 | 29.9 | 19.8% | 37.3% | 4,398.0 | -0.040 | 0.960 | 183.3 | 28.7 |
| 2610 | 27.8 | 25.5% | 37.2% | 4,878.3 | -0.040 | 0.960 | 203.3 | 26.7 |
| 1740 | 20.3 | 22.6% | 37.0% | 6,518.0 | -0.040 | 0.960 | 271.6 | 19.5 |
| 1720 | 20.9 | 24.9% | 36.2% | 5,482.0 | -0.040 | 0.960 | 228.4 | 20.1 |
| 3710 | 20.2 | 25.5% | 36.0% | 4,437.8 | -0.040 | 0.960 | 184.9 | 19.4 |
| 2810 | 22.0 | 21.7% | 35.8% | 15,750.3 | -0.040 | 0.960 | 656.3 | 21.1 |
| 2870 | 21.6 | 23.4% | 35.7% | 14,071.8 | -0.040 | 0.960 | 586.3 | 20.7 |
| 2850 | 21.8 | 23.9% | 35.4% | 10,630.5 | -0.040 | 0.960 | 442.9 | 20.9 |
| 2820 | 22.2 | 23.3% | 35.2% | 11,293.8 | -0.040 | 0.960 | 470.6 | 21.3 |
| 1730 | 21.8 | 25.0% | 34.2% | 4,494.5 | -0.010 | 0.990 | 45.4 | 21.6 |
| 2860 | 24.4 | 29.8% | 33.6% | 2,392.5 | -0.010 | 0.990 | 24.2 | 24.2 |
| 2650 | 25.7 | 23.7% | 33.4% | 4,679.0 | -0.010 | 0.990 | 47.3 | 25.4 |
| 3650 | 20.7 | 27.7% | 32.2% | 3,685.5 | -0.010 | 0.990 | 37.2 | 20.5 |
| 3670 | 17.5 | 27.0% | 31.3% | 7,774.0 | -0.010 | 0.990 | 78.5 | 17.3 |
| 2190 | | 13.0% | 30.3% | 0.0 | -0.010 | 0.990 | | |
| 2840 | 20.1 | 28.6% | 29.5% | 784.5 | -0.010 | 0.990 | 7.9 | 19.9 |
| 3750 | 18.2 | 27.8% | 29.5% | 5,202.8 | -0.010 | 0.990 | 52.6 | 18.0 |
| 3640 | 18.1 | 27.8% | 29.3% | 3,649.0 | -0.010 | 0.990 | 36.9 | 17.9 |
| 3720 | 18.0 | 31.1% | 28.7% | 11,616.5 | -0.010 | 0.990 | 117.3 | 17.8 |
| 3630 | 17.1 | 29.4% | 28.6% | 5,864.5 | -0.010 | 0.990 | 59.2 | 16.9 |
| 3740 | 19.6 | 27.6% | 28.5% | 10,990.5 | -0.010 | 0.990 | 111.0 | 19.4 |
| 2830 | 19.6 | 29.0% | 26.4% | 12,316.3 | 0.000 | 1.000 | 0.0 | 19.6 |
| 3610 | 17.9 | 30.3% | 24.6% | 6,163.3 | 0.000 | 1.000 | 0.0 | 17.9 |
| 3680 | 19.9 | 34.0% | 20.5% | 3,641.0 | 0.000 | 1.000 | 0.0 | 19.9 |
| 1680 | 12.2 | 100.0% | 0.0% | 1,197.0 | 0.000 | 1.000 | 0.0 | 19.9 |
| 2690 | 26.7 | 0.0% | 0.0% | 27.5 | 0.000 | 1.000 | 0.0 | 12.2 |
| 2900 | 6.6 | 0.0% | 0.0% | 0.0 | 0.000 | 1.000 | 0.0 | 26.7 |
| 3690 | 0.0 | 0.0% | 0.0% | 0.0 | 0.000 | 1.000 | | |
| Corps | 20.8 | | | 297,533.8 | | 1.000 | 14,945.7 | 5.02% |

A03766