# EXHIBIT A

Dockets.Justia.com

VIDEO TO BE SUPPLIED