# EXHIBIT G

## Part 3 of 8

Dockets.Justia.com

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6810190 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 36 | |
| US6810064 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6809856 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6809679 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 20 | |
| US6808875 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6808838 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6808522 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6807802 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6806467 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6806358 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6806299 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6806227 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6806080 | 2004-10-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 14 | |
| US6805970 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6805744 | 2004-10-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 56 | |
| US6804045 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6804009 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6803719 | 2004-10-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 56 | |
| US6803371 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6803233 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 218 | |
| US6803141 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | +5 |
| US6801107 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 12 | |
| US6800733 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6800591 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6800487 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6800481 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 | |
| US6800321 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6800296 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6800212 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6799466 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6798817 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6798562 | 2004-09-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6797495 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6797325 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6795397 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6795021 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6794522 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6794150 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6794128 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | +5 |
| US6794109 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6794052 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6793899 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6793790 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6792867 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6792017 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6791756 | 2004-09-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6791747 | 2004-09-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6791743 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6791735 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6791432 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6791337 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6790615 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6790430 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6790030 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6789291 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 63 | |
| US6788417 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6787655 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6787642 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | +5 |
| US6787571 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6787365 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6787322 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6787300 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 48 | |
| US6787232 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6787104 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6787018 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6786896 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6786877 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6786105 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6785432 | 2004-08-31 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 10 | +5 |
| US6784796 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | |
| US6784346 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6783943 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6783914 | 2004-08-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6783814 | 2004-08-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6783401 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6782295 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6781855 | 2004-08-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6781426 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6781134 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6780975 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6780818 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6780418 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6780379 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6780320 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6779803 | 2004-08-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6777200 | 2004-08-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 67 | +5 |
| US6777170 | 2004-08-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6776987 | 2004-08-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6775053 | 2004-08-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6774560 | 2004-08-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |
| US6774361 | 2004-08-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6773918 | 2004-08-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6773706 | 2004-08-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6772069 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6772062 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 88 | |
| US6770478 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6770477 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6770448 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6770131 | 2004-08-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 22 | +5 |
| US6768120 | 2004-07-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6767712 | 2004-07-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6767662 | 2004-07-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6767515 | 2004-07-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6766183 | 2004-07-20 | MEDTRONIC MINIMED INC. | x | 46 | |
| US6766141 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6766114 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6765569 | 2004-07-20 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 52 | |
| US6764830 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| US6764673 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6764583 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6764187 | 2004-07-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | |
| US6763339 | 2004-07-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 +5 |
| US6763050 | 2004-07-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 |
| US6762329 | 2004-07-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 |
| US6761894 | 2004-07-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 75 |
| US6761811 | 2004-07-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6761809 | 2004-07-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6760549 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6760356 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6759554 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 80 |
| US6759530 | 2004-07-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 85 |
| US6759141 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 |
| US6759128 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6759044 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6758983 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6758146 | 2004-07-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 |
| US6757787 | 2004-06-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 28 |
| US6757496 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6757495 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6756210 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6756139 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6756091 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 +5 |
| US6756039 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6755886 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6755083 | 2004-06-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6754449 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6754091 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6753446 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6753154 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6753036 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6752993 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6752987 | 2004-06-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |
| US6751368 | 2004-06-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6751256 | 2004-06-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6750960 | 2004-06-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6750311 | 2004-06-15 | MINIMED INC. | | 13 | |
| US6750010 | 2004-06-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6749826 | 2004-06-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6749734 | 2004-06-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 22 | +5 |
| US6748083 | 2004-06-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6747179 | 2004-06-08 | NORTH CAROLINA STATE UNIVERSITY | | 16 | |
| US6746870 | 2004-06-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6746594 | 2004-06-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6746503 | 2004-06-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6745050 | 2004-06-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US6744174 | 2004-06-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6743614 | 2004-06-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6743607 | 2004-06-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6743578 | 2004-06-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6741388 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6740875 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | |
| US6740507 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6740441 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6740194 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6740094 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6739728 | 2004-05-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6738537 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6738044 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6737939 | 2004-05-18 | CALIFORNIA INSTITUTE OF TECHNOLOGY | x | 53 | |
| US6737652 | 2004-05-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US6737627 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6737279 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6737160 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6736000 | 2004-05-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6735468 | 2004-05-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6734964 | 2004-05-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6734454 | 2004-05-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6733984 | 2004-05-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6733569 | 2004-05-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6733172 | 2004-05-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6730805 | 2004-05-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6730551 | 2004-05-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US6730410 | 2004-05-04 | ELECTRIC POWER RESEARCH INSTITUTE, INC. | | 18 | |
| US6730301 | 2004-05-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6730256 | 2004-05-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | +5 |
| US6730204 | 2004-05-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | |
| US6730072 | 2004-05-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | +5 |
| US6728205 | 2004-04-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 22 | |
| US6728129 | 2004-04-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 99 | |
| US6727490 | 2004-04-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | +5 |
| US6727407 | 2004-04-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6724783 | 2004-04-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 109 | |
| US6724782 | 2004-04-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6724125 | 2004-04-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6723893 | 2004-04-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6723840 | 2004-04-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6723497 | 2004-04-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6723378 | 2004-04-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6721733 | 2004-04-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US6721664 | 2004-04-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6721587 | 2004-04-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6720355 | 2004-04-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6719988 | 2004-04-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6719948 | 2004-04-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 63 | |
| US6718753 | 2004-04-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6718054 | 2004-04-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6717717 | 2004-04-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 48 | |
| US6717104 | 2004-04-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | |
| US6716597 | 2004-04-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6716596 | 2004-04-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6716475 | 2004-04-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 | |
| US6716410 | 2004-04-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6716378 | 2004-04-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6716328 | 2004-04-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6714573 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 61 | |
| US6714572 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |

| Patent | Date | Assignee | | Count | Extra |
|---|---|---|---|---|---|
| US6714566 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6713456 | 2004-03-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6713274 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6713078 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6713044 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6712917 | 2004-03-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6711539 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6710926 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | +5 |
| US6710200 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | |
| US6710073 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6709830 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6709827 | 2004-03-23 | STANFORD UNIVERSITY | | 24 | |
| US6709645 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6709600 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6708502 | 2004-03-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6707560 | 2004-03-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6707035 | 2004-03-16 | NEWTON SCIENTIFIC, INC. | x | 47 | |
| US6706509 | 2004-03-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6706032 | 2004-03-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 90 | |
| US6705125 | 2004-03-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6704694 | 2004-03-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6704341 | 2004-03-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6704331 | 2004-03-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6704112 | 2004-03-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6703228 | 2004-03-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6701050 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6701048 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6700906 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6699723 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6699713 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 | |
| US6699687 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6699505 | 2004-03-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6699482 | 2004-03-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6699470 | 2004-03-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 55 | |
| US6698287 | 2004-03-02 | BOEING COMPANY | | 16 | |
| US6697665 | 2004-02-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |

| Patent | Date | Assignee | X | Count | +5 |
|---|---|---|---|---|---|
| US6697652 | 2004-02-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 48 | |
| US6697192 | 2004-02-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6696853 | 2004-02-24 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 24 | |
| US6696576 | 2004-02-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6696559 | 2004-02-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 6 | +5 |
| US6696441 | 2004-02-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6696382 | 2004-02-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6694196 | 2004-02-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6694104 | 2004-02-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6693943 | 2004-02-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6693281 | 2004-02-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6693277 | 2004-02-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6693201 | 2004-02-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6693178 | 2004-02-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6693130 | 2004-02-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6692911 | 2004-02-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 39 | +5 |
| US6692741 | 2004-02-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6690966 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6690474 | 2004-02-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 84 | |
| US6689575 | 2004-02-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6689564 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6689356 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6689293 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 16 | +5 |
| US6689192 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6688187 | 2004-02-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6687281 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6686860 | 2004-02-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6686458 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 22 | +5 |
| US6686450 | 2004-02-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6686446 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6686443 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US6686207 | 2004-02-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | +5 |
| US6685897 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6685812 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6685810 | 2004-02-03 | CALIFORNIA INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6685743 | 2004-02-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |

| Patent | Date | Assignee | | Count | Notes |
|---|---|---|---|---|---|
| US6685518 | 2004-02-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 54 | |
| US6684318 | 2004-01-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6684003 | 2004-01-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6682938 | 2004-01-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | |
| US6682842 | 2004-01-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 26 | |
| US6682216 | 2004-01-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6681648 | 2004-01-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6680485 | 2004-01-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6680425 | 2004-01-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | +5 |
| US6680365 | 2004-01-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | |
| US6680178 | 2004-01-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 112 | |
| US6680157 | 2004-01-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6678658 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6677913 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6677569 | 2004-01-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6677125 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6677011 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6676813 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6676402 | 2004-01-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US6675164 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | +5 |
| US6674930 | 2004-01-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6674282 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6674121 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6674103 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 9 | |
| US6673625 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6673602 | 2004-01-06 | GENERAL HOSPITAL CORPORATION | x | 40 | |
| US6673332 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6673130 | 2004-01-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6671821 | 2003-12-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6671427 | 2003-12-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6670578 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6670451 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6670438 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US6670286 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6670024 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6668554 | 2003-12-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |