Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ   Document 143-15   Filed 12/21/2007   Page 1 of 10
Doc. 143 Att. 14

# EXHIBIT G

Part 4 of 8

Dockets.Justia.com

| Patent | Date | Assignee | X | Count |
|---|---|---|---|---|
| US6668277 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 |
| US6666936 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6666935 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6666831 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6666095 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6666033 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6666016 | 2003-12-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6664880 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6664740 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6664706 | 2003-12-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 |
| US6664426 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6664230 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 61 |
| US6664086 | 2003-12-16 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 |
| US6664057 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6663886 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 |
| US6663821 | 2003-12-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6661860 | 2003-12-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 |
| US6661558 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6660995 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6660846 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6660767 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6660715 | 2003-12-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 |
| US6660531 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6660530 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 |
| US6660493 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6658862 | 2003-12-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6657884 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 |
| US6657344 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6657160 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6656963 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6656465 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6656390 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6656336 | 2003-12-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6654445 | 2003-11-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 66 |
| US6654103 | 2003-11-25 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 23 |
| US6653959 | 2003-11-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 +5 |

| Patent # | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6653158 | 2003-11-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 55 | |
| US6653100 | 2003-11-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6652837 | 2003-11-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6652833 | 2003-11-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6652822 | 2003-11-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 85 | |
| US6652808 | 2003-11-25 | NANOTRONICS, INC. | x | 126 | |
| US6649977 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6649902 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6649654 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6649594 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6649376 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6649364 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6649078 | 2003-11-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| USRE038307 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 141 | |
| US6647285 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6647208 | 2003-11-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | |
| US6647166 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6647158 | 2003-11-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 22 | +5 |
| US6647035 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6646525 | 2003-11-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 17 | +5 |
| US6646084 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6645748 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6645323 | 2003-11-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | +5 |
| US6644119 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6644118 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6644028 | 2003-11-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6643005 | 2003-11-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6642437 | 2003-11-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6642154 | 2003-11-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6642085 | 2003-11-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6641893 | 2003-11-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 56 | |
| US6641268 | 2003-11-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6640191 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6640040 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 55 | |
| US6639739 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6639056 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |

| Patent | Date | Assignee | Mark | Number |
|---|---|---|---|---|
| US6638654 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6638238 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |
| US6637211 | 2003-10-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6636781 | 2003-10-21 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 38 |
| US6636046 | 2003-10-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6635803 | 2003-10-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6635391 | 2003-10-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6635369 | 2003-10-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6634813 | 2003-10-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 |
| US6634760 | 2003-10-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6633217 | 2003-10-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 |
| US6632922 | 2003-10-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6631154 | 2003-10-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 57 |
| US6631032 | 2003-10-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6630793 | 2003-10-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 |
| US6629559 | 2003-10-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 84 |
| US6629503 | 2003-10-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6628844 | 2003-09-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 |
| US6628740 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6628388 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 |
| US6628387 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 |
| US6628298 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6627923 | 2003-09-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 |
| US6627891 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6627809 | 2003-09-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6627522 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6627449 | 2003-09-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6624993 | 2003-09-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6624890 | 2003-09-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 |
| US6624783 | 2003-09-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6624452 | 2003-09-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6623939 | 2003-09-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6623738 | 2003-09-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6621633 | 2003-09-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 18 |
| US6621448 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 |
| US6621395 | 2003-09-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 +5 |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| US6621040 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6620629 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6620458 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6620333 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6618132 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6617583 | 2003-09-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 |
| US6617331 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6617228 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6617113 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6616825 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 |
| US6616353 | 2003-09-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 |
| US6615075 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 74 |
| US6613972 | 2003-09-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 3 |
| US6613809 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6613771 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6613751 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 |
| US6613518 | 2003-09-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 |
| US6613276 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |
| US6612269 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 88 |
| US6611339 | 2003-08-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 |
| US6610806 | 2003-08-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 78 |
| US6610661 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 |
| US6610488 | 2003-08-26 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 22 |
| US6610334 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6610144 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 |
| US6608774 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 |
| US6608585 | 2003-08-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6608189 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6607877 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6607829 | 2003-08-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 +5 |
| US6607487 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6606625 | 2003-08-12 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 |
| US6606624 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6605772 | 2003-08-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 |
| US6605453 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6605316 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6605282 | 2003-08-12 | UNIVERSITY OF FLORIDA RESEARCH FOUNDATI | x | 38 | |
| US6605274 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6605202 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6603911 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 | |
| US6603588 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6603112 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6602680 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6602672 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6602671 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6602505 | 2003-08-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6602473 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US6600766 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6600076 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6600017 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6599962 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 | |
| US6599726 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6599715 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6599510 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6599509 | 2003-07-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 25 | +5 |
| US6599502 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6598014 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6597851 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6597820 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6597664 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | +5 |
| US6596705 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6596544 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6596479 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6596422 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6596277 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6596271 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6596224 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 56 | |
| US6596182 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6593706 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6593275 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6593103 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6592979 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6592764 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 167 | |
| US6590209 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6589975 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6589957 | 2003-07-08 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 25 | |
| US6589531 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6589457 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6589235 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6588812 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6587492 | 2003-07-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6586781 | 2003-07-01 | CREE LIGHTING COMPANY | x | 41 | |
| US6586734 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6586655 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6586233 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6584204 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6583933 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6583863 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6583436 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6583425 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6583033 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | |
| US6582960 | 2003-06-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 21 | +5 |
| US6582936 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6582838 | 2003-06-24 | PRINCETON UNIVERSITY | | 2 | |
| US6582717 | 2003-06-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6582657 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6580389 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6579974 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6579899 | 2003-06-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6579695 | 2003-06-17 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | | 3 | |
| US6579684 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6579682 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | +5 |
| US6579677 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 15 | |
| US6576863 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6576463 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6576459 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6576432 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6576420 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |

| Patent | Date | Assignee | X | Count | Extra |
|---|---|---|---|---|---|
| US6576291 | 2003-06-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 28 | |
| US6576116 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | |
| US6575965 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 27 | |
| US6574398 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6574383 | 2003-06-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6573997 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6573813 | 2003-06-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6573510 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6573236 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6573101 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6573044 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6572937 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6572935 | 2003-06-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6571005 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6570702 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6570646 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6570069 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | +5 |
| US6570040 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6570022 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6569995 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6569952 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6569654 | 2003-05-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 61 | |
| US6569431 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6569293 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6569263 | 2003-05-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US6567209 | 2003-05-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6567167 | 2003-05-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6566541 | 2003-05-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6566324 | 2003-05-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6566076 | 2003-05-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6565889 | 2003-05-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6565526 | 2003-05-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6564552 | 2003-05-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6564151 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6564087 | 2003-05-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6563895 | 2003-05-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |

| Patent | Date | Assignee | | | |
|---|---|---|---|---|---|
| US6563620 | 2003-05-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6563144 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6562819 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6562606 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6562404 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6562341 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6560970 | 2003-05-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6560958 | 2003-05-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6560736 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6560493 | 2003-05-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 | |
| US6560018 | 2003-05-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6559952 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6559737 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6559413 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 70 | |
| US6559058 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6558910 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6558523 | 2003-05-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6556860 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 54 | |
| US6555828 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6555500 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6555347 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6555116 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | +5 |
| US6555107 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US6555017 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6554968 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6553930 | 2003-04-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6553420 | 2003-04-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 50 | |
| US6552348 | 2003-04-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6552256 | 2003-04-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6552103 | 2003-04-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6552006 | 2003-04-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6551989 | 2003-04-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6549660 | 2003-04-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6548836 | 2003-04-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | +5 |
| US6548820 | 2003-04-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6548817 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6548630 | 2003-04-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6548521 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6548246 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6547946 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6547899 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6546938 | 2003-04-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6545299 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6545199 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6545184 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6545034 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6544956 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6544528 | 2003-04-08 | UNIVERSITY OF FLORIDA RESEARCH FOUNDATI | | 33 | |
| US6543149 | 2003-04-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 48 | |
| US6542857 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6542555 | 2003-04-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | +5 |
| US6541868 | 2003-04-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 4 | |
| US6541683 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6541676 | 2003-04-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6541671 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6541539 | 2003-04-01 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | | 17 | |
| US6541316 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6541195 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 12 | +5 |
| US6541136 | 2003-04-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6538777 | 2003-03-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 62 | |
| US6538739 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 61 | +5 |
| US6538262 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6537778 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6537768 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6537761 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6537567 | 2003-03-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6537548 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6537350 | 2003-03-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6537211 | 2003-03-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6535837 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6534332 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6534329 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |