# EXHIBIT G

## Part 5 of 8

Dockets.Justia.com

| Patent No. | Date | Assignee | X | No. | +5 |
|---|---|---|---|---|---|
| US6534314 | 2003-03-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 | |
| US6534283 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6534062 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6532806 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 | |
| US6532759 | 2003-03-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6531506 | 2003-03-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6531454 | 2003-03-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6530958 | 2003-03-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6530287 | 2003-03-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6529927 | 2003-03-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6529573 | 2003-03-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6528814 | 2003-03-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6528706 | 2003-03-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6528675 | 2003-03-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6526833 | 2003-03-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 18 | +5 |
| US6526551 | 2003-02-25 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 35 | +5 |
| US6526481 | 2003-02-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6526168 | 2003-02-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6525744 | 2003-02-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US6525182 | 2003-02-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6525062 | 2003-02-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 97 | |
| US6524532 | 2003-02-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6522447 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6522411 | 2003-02-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6522407 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6521897 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6521615 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6521462 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6521198 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6521181 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6521101 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6520402 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6520197 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6520034 | 2003-02-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6518930 | 2003-02-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6518539 | 2003-02-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6518480 | 2003-02-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6517855 | 2003-02-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6517808 | 2003-02-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6516294 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6516045 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US6515792 | 2003-02-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6515737 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6515298 | 2003-02-04 | PRINCETON UNIVERSITY | x | 57 | |
| US6515113 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6514948 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 14 | +5 |
| US6514875 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6514745 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6514727 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US6514697 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6514695 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6514470 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6514432 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6514069 | 2003-02-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6512866 | 2003-01-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 73 | |
| US6512242 | 2003-01-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6512097 | 2003-01-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6512091 | 2003-01-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6512004 | 2003-01-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 85 | |
| US6511943 | 2003-01-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6511829 | 2003-01-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6511811 | 2003-01-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6509968 | 2003-01-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 55 | |
| US6509138 | 2003-01-21 | SEMICONDUCTOR RESEARCH CORPORATION | | 23 | |
| US6508980 | 2003-01-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 | |
| US6508559 | 2003-01-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6507033 | 2003-01-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6507012 | 2003-01-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6506577 | 2003-01-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6506505 | 2003-01-14 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 8 | |
| US6504605 | 2003-01-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | +5 |
| US6504288 | 2003-01-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6503750 | 2003-01-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6502983 | 2003-01-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6501091 | 2002-12-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6501008 | 2002-12-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6501006 | 2002-12-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6500669 | 2002-12-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6500108 | 2002-12-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6498148 | 2002-12-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6498078 | 2002-12-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6496918 | 2002-12-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US6495868 | 2002-12-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6495588 | 2002-12-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6495586 | 2002-12-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6495370 | 2002-12-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6495356 | 2002-12-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 15 | +5 |
| US6494859 | 2002-12-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6493484 | 2002-12-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6492945 | 2002-12-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6492328 | 2002-12-10 | UNIVERSITY OF IOWA RESEARCH FOUNDATION | x | 27 | |
| US6492052 | 2002-12-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6491737 | 2002-12-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6491685 | 2002-12-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6490469 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US6490374 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6489992 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6489772 | 2002-12-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6489537 | 2002-12-03 | UNIVERSITY OF PENNSYLVANIA | | 18 | |
| US6489532 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6489179 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6489134 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6489066 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6488837 | 2002-12-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6486697 | 2002-11-26 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 60 | |
| US6486480 | 2002-11-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6486384 | 2002-11-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6485928 | 2002-11-26 | STANFORD UNIVERSITY | | 18 | |

| Patent No. | Date | Assignee | X | Number | Note |
|---|---|---|---|---|---|
| US6485565 | 2002-11-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6484306 | 2002-11-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6484052 | 2002-11-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 87 | |
| US6483735 | 2002-11-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6480730 | 2002-11-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6480334 | 2002-11-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6479708 | 2002-11-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6479626 | 2002-11-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6479028 | 2002-11-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6476910 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6476296 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6476037 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6475791 | 2002-11-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6475782 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6475749 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6475720 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6475508 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6475150 | 2002-11-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6472695 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6472541 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6472205 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US6472197 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6472155 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 15 | +5 |
| US6471993 | 2002-10-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6471967 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6471922 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6470756 | 2002-10-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6469787 | 2002-10-22 | OHIO AEROSPACE INSTITUTE | | 15 | |
| US6469649 | 2002-10-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 31 | |
| US6469154 | 2002-10-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | |
| US6469055 | 2002-10-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6468712 | 2002-10-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 33 | |
| US6468657 | 2002-10-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 71 | |
| US6467350 | 2002-10-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6466874 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | |
| US6466713 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6465803 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6465793 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6465780 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6465716 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6465693 | 2002-10-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6465664 | 2002-10-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 51 | |
| US6465627 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6465617 | 2002-10-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6465612 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6465357 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6465255 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6465193 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6465182 | 2002-10-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6463566 | 2002-10-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6463426 | 2002-10-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6463200 | 2002-10-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US6461806 | 2002-10-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6460436 | 2002-10-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6458937 | 2002-10-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6458766 | 2002-10-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 26 | |
| US6458536 | 2002-10-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 16 | |
| US6458479 | 2002-10-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6457347 | 2002-10-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6456339 | 2002-09-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 91 | |
| US6455838 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6455757 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6455751 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6455689 | 2002-09-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 58 | |
| US6455398 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6455250 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6455027 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6454939 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6454922 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6454759 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6454711 | 2002-09-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 60 | |
| US6452375 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |

| Patent | Date | Assignee | | | |
|---|---|---|---|---|---|
| US6452220 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6452206 | 2002-09-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6452124 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6451759 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6451742 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6451455 | 2002-09-17 | PRINCETON UNIVERSITY | x | 17 | +5 |
| US6451176 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6451009 | 2002-09-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6449023 | 2002-09-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6448409 | 2002-09-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6448045 | 2002-09-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6447993 | 2002-09-10 | UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INCORPORATED | | 11 | |
| US6447988 | 2002-09-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6445470 | 2002-09-03 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 21 | |
| US6445457 | 2002-09-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6444896 | 2002-09-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6444697 | 2002-09-03 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 17 | |
| US6444695 | 2002-09-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6444645 | 2002-09-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6444336 | 2002-09-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6444256 | 2002-09-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6444143 | 2002-09-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6442694 | 2002-08-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 16 | +5 |
| US6442226 | 2002-08-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6441764 | 2002-08-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6441269 | 2002-08-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6441089 | 2002-08-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6440672 | 2002-08-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6440213 | 2002-08-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6438151 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6438101 | 2002-08-20 | AT&T CORP. | x | 27 | |
| US6437551 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6437342 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6437328 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6437215 | 2002-08-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6436739 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |

| Patent | Date | Assignee | | Count | Note |
|---|---|---|---|---|---|
| US6436667 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6436358 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6436275 | 2002-08-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6434372 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6433137 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US6433136 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6432918 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 96 | |
| US6432705 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6432652 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6432650 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 69 | |
| US6432610 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6432471 | 2002-08-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6432410 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6431281 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6430917 | 2002-08-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6430618 | 2002-08-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US6429402 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6429282 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6429208 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6428994 | 2002-08-06 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6428963 | 2002-08-06 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 26 | |
| US6428959 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6428531 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6428408 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6428307 | 2002-08-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 | |
| US6427039 | 2002-07-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6426831 | 2002-07-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6426513 | 2002-07-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6426506 | 2002-07-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6426421 | 2002-07-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6426336 | 2002-07-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6426314 | 2002-07-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6423935 | 2002-07-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6423551 | 2002-07-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6421390 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | |
| US6421166 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |

| Patent No | Date | Name | | Count | |
|---|---|---|---|---|---|
| US6421164 | 2002-07-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6421130 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6420826 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6420712 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6420428 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6420344 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6420242 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6420179 | 2002-07-16 | SYMYX TECHNOLOGIES, INC. | x | 81 | |
| US6420122 | 2002-07-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6420112 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6419916 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6419484 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6419404 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6418955 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6418252 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6417967 | 2002-07-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6417754 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6417506 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6416759 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6416672 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6415329 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 66 | |
| US6414647 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6414320 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6414221 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6413802 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6413781 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | +5 |
| US6413656 | 2002-07-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 18 | |
| US6413077 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6412377 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| USRE037770 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6411752 | 2002-06-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6411418 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6411389 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6410884 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6410516 | 2002-06-25 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | x | 203 | +5 |
| US6410331 | 2002-06-25 | SYMYX TECHNOLOGIES, INC. | x | 46 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6410249 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6409990 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6409648 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6408978 | 2002-06-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6408526 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | +5 |
| US6408028 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6407535 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6407221 | 2002-06-18 | CELL GENESYS, INC. | | 10 | |
| US6406864 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6406847 | 2002-06-18 | STANFORD UNIVERSITY | | 12 | |
| US6406669 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6406297 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6404526 | 2002-06-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6404497 | 2002-06-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6403874 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6403544 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6403374 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6402960 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6402881 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6402817 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6400826 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 45 | |
| US6400495 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 51 | |
| US6399700 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6399516 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6399215 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6398384 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6398374 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6397922 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6396937 | 2002-05-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 72 | |
| US6396900 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6396186 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6396061 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6395916 | 2002-05-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6395882 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6395562 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6395561 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |