# EXHIBIT G

## Part 6 of 8

Dockets.Justia.com

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6395093 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6394022 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6393159 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6392792 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6392313 | 2002-05-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6391590 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | +5 |
| US6391574 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6388247 | 2002-05-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6388172 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6387945 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6387614 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6387544 | 2002-05-14 | PRINCETON UNIVERSITY | | 32 | |
| US6387397 | 2002-05-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | +5 |
| US6387278 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | |
| US6385358 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 48 | |
| US6385228 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6384945 | 2002-05-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6384915 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6384191 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6383989 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6383778 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6383764 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6383761 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 78 | |
| US6383640 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6383388 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US6382957 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6382025 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6381169 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 93 | |
| US6381018 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6380627 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6380372 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6380371 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6379741 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6379472 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6379325 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6378321 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6377919 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 12 | +5 |
| US6377011 | 2002-04-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6376978 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6376636 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6375925 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6374595 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6373253 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6372328 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6372214 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6372103 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6371992 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6370955 | 2002-04-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6370784 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6370757 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6370681 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6370622 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6370412 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | +5 |
| US6370297 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6369879 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6369834 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6369097 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6369095 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6368877 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6368592 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6368318 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 47 | +5 |
| US6366873 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6366268 | 2002-04-02 | PRINCETON UNIVERSITY | | 16 | |
| US6365901 | 2002-04-02 | BRITISH NUCLEAR FUELS PLC | | 19 | |
| US6365406 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6365401 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6365359 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6365355 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6365138 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6361964 | 2002-03-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 10 | +5 |
| US6361901 | 2002-03-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6361671 | 2002-03-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6361507 | 2002-03-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6360021 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6359716 | 2002-03-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 17 | +5 |
| US6359288 | 2002-03-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6359280 | 2002-03-19 | BRITISH NUCLEAR FUELS PLC | | 20 | |
| US6358567 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6358523 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6358339 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6357332 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6356677 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6356433 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6356349 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US6355931 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6355863 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6355840 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 7 | +5 |
| US6355790 | 2002-03-12 | UNIVERSITY OF ROCHESTER | | 17 | |
| US6355440 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6355224 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US6355146 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6355120 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 102 | |
| US6354361 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US6353822 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6353688 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6353658 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6353230 | 2002-03-05 | BRITISH NUCLEAR FUELS PLC | | 18 | |
| US6352838 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6352803 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6351983 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6351579 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6351484 | 2002-02-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6351307 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 80 | |
| US6351280 | 2002-02-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6351254 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6350933 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6350769 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6350593 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6350578 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6349649 | 2002-02-26 | SCHLUMBERGER TECHNOLOGY CORPORATION | x | 40 | +5 |
| US6349477 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |
| USRE037552 | 2002-02-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 12 | |
| US6348898 | 2002-02-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6348683 | 2002-02-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| US6348493 | 2002-02-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6347109 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 47 | |
| US6347106 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6347002 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6346918 | 2002-02-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6346652 | 2002-02-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 70 | |
| US6346461 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6346290 | 2002-02-12 | SYMYX TECHNOLOGIES, INC. | x | 52 | |
| US6346187 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6345497 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6345058 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6344554 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 | +5 |
| US6344548 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6344544 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6344404 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 | |
| US6344334 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6344330 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6344315 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6342656 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6342595 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6342395 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6342380 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6342379 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6342358 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6341183 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6341150 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6341067 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6341015 | 2002-01-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6340946 | 2002-01-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6340566 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 100 | |

| Patent | Date | Assignee | X | No. | +5 |
|---|---|---|---|---|---|
| US6340497 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6340403 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6339608 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6339195 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6339148 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6339020 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6338824 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6337213 | 2002-01-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6335318 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | |
| US6335303 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 14 | +5 |
| US6335180 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6335167 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 53 | |
| US6335010 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6333521 | 2001-12-25 | PRINCETON UNIVERSITY | | 8 | |
| US6333317 | 2001-12-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6332990 | 2001-12-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6332030 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6331974 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 47 | |
| US6331873 | 2001-12-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 | |
| US6331707 | 2001-12-18 | BRITISH NUCLEAR FUELS PLC | | 22 | |
| US6331706 | 2001-12-18 | BRITISH NUCLEAR FUELS PLC | | 14 | |
| US6330827 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6330262 | 2001-12-11 | PRINCETON UNIVERSITY | X | 38 | |
| US6329738 | 2001-12-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 37 | |
| US6329553 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | +5 |
| US6329506 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 21 | |
| US6329357 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6329156 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6329155 | 2001-12-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6329085 | 2001-12-11 | PRINCETON UNIVERSITY | | 6 | |
| US6327292 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6327102 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6326166 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 60 | |
| US6326157 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6326144 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 72 | |
| US6326090 | 2001-12-04 | SYMYX TECHNOLOGIES, INC. | | 18 | |

| Patent | Date | Assignee | | Count |
|---|---|---|---|---|
| US6326007 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6325351 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6325184 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6324091 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 |
| US6323414 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 |
| US6323372 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6323366 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 88 |
| US6323309 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 |
| US6323244 | 2001-11-27 | MILLENNIUM PHARMACEUTICALS, INC. | | 4 |
| US6323233 | 2001-11-27 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 7 |
| US6323201 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6322969 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6322901 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 |
| US6322802 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6321111 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 |
| US6320037 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6319669 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 71 |
| US6319635 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |
| US6319495 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6319474 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6319426 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 |
| US6319379 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6319367 | 2001-11-20 | E. I. DU PONT DE NEMOURS AND COMPANY | | 14 |
| US6318880 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6318442 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6317716 | 2001-11-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 |
| US6316668 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6316601 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6316209 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6313239 | 2001-11-06 | BAYER CORPORATION | | 10 |
| US6312947 | 2001-11-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 |
| US6312836 | 2001-11-06 | PRINCETON UNIVERSITY | | 21 |
| US6312819 | 2001-11-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 |
| US6312664 | 2001-11-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6311100 | 2001-10-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 27 |
| US6310906 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |

| Patent No. | Date | Assignee | X | No. | +5 |
|---|---|---|---|---|---|
| US6310700 | 2001-10-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 28 | |
| US6310273 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6309886 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6309705 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6309651 | 2001-10-30 | THE MCW RESEARCH FOUNDATION, INC. | | 4 | |
| US6309643 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6309641 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6309638 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6309635 | 2001-10-30 | CHILDREN'S MEDICAL CENTER CORPORATION | | 16 | |
| US6309634 | 2001-10-30 | AVIGEN INCORPORATED | | 2 | |
| US6309532 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | |
| US6308093 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 42 | +5 |
| US6307635 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | +5 |
| US6307241 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | +5 |
| US6307087 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 84 | +5 |
| US6307075 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6306830 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |
| US6306736 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | |
| US6306623 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6306610 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 57 | |
| US6306598 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6306200 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6305884 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6304584 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 42 | |
| US6303901 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6303638 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6303446 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6303317 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6302682 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6301931 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6301007 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6300755 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6300470 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6300327 | 2001-10-09 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 10 | |
| US6300285 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6300265 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6300111 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6300104 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6300084 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6300066 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6299897 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6297189 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6297059 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6296964 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6296779 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6296749 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6294392 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6294379 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6293163 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6291820 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6291743 | 2001-09-18 | SEMINIS VEGETABLE SEEDS, INC. | | 5 | |
| US6291652 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6291637 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6291501 | 2001-09-18 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, | x | 12 | +5 |
| US6291162 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6289695 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6289502 | 2001-09-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | +5 |
| US6288402 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6288394 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6288392 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6288305 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6288240 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6287851 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6287792 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6287790 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6287766 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6287712 | 2001-09-11 | PRINCETON UNIVERSITY | x | 38 | |
| US6287575 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6287569 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6287556 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6287340 | 2001-09-11 | TRUSTEES OF TUFTS COLLEGE | x | 72 | |
| US6285969 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |

| Patent | Date | Assignee | X | No. | Note |
|---|---|---|---|---|---|
| US6284536 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6284474 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6284317 | 2001-09-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 21 | +5 |
| US6284197 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6283440 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6282537 | 2001-08-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6282011 | 2001-08-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6280964 | 2001-08-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6280929 | 2001-08-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6278764 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6278040 | 2001-08-21 | SALK INSTITUTE FOR BIOLOGICAL STUDIES | | 4 | |
| US6277970 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6277586 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6277585 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6277563 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6277489 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6277256 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6274600 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6274119 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6274116 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6273478 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6270995 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6270984 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6270979 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6270972 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6270962 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 63 | |
| US6270954 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6270747 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6269435 | 2001-07-31 | STANFORD UNIVERSITY | | 8 | |
| US6269311 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6268586 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6268352 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6268348 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | +5 |
| US6268194 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6268184 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6267872 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |