Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ   Document 143-18   Filed 12/21/2007   Page 1 of 8
Doc. 143 Att. 17

# EXHIBIT G

Part 7 of 8

Dockets.Justia.com

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6266760 | 2001-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 30 | +5 |
| US6266622 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6266379 | 2001-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | |
| US6266353 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6266147 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6265653 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6265615 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6265563 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6265165 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6264882 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6264880 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6263918 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6263189 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6262826 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6262523 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6262495 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6262254 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6261961 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6261931 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6261760 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6261484 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6260005 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6259085 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6258567 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6255642 | 2001-07-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6255485 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6255012 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6254890 | 2001-07-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | +5 |
| US6254869 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 12 | +5 |
| US6252851 | 2001-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6252203 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 22 | +5 |
| US6251903 | 2001-06-26 | COCENSYS INC. | | 11 | |
| US6250928 | 2001-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | |
| US6250848 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6250230 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6250156 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6248937 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6248916 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6248592 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6248542 | 2001-06-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6248539 | 2001-06-19 | THE SCRIPPS RESEARCH INSTITUTE | | 10 | |
| US6248535 | 2001-06-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 32 | |
| US6248467 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246687 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 | |
| US6246504 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246500 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6245899 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6245510 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6245509 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6245393 | 2001-06-12 | PRINCETON UNIVERSITY | x | 34 | |
| US6243149 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6242253 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6242222 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6242115 | 2001-06-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 | |
| US6240630 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6239878 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6239428 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6239258 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 13 | +5 |
| US6237452 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6237292 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6236037 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6235936 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6235871 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6235615 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6235340 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 50 | |
| US6235309 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6235067 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 | |
| US6235061 | 2001-05-22 | PENN STATE RESEARCH FOUNDATION, INC. | | 8 | |
| US6233479 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 57 | |
| US6233347 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 20 | |
| US6233056 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | +5 |
| US6232138 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6231980 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | +5 |
| US6231852 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6231783 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6231779 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | +5 |
| US6231744 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6230566 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6230102 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6230071 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229652 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | |
| US6229619 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 34 | |
| US6229617 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6229612 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229068 | 2001-05-08 | COLD SPRING HARBOR LABORATORY | x | 44 | |
| US6229064 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6228989 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6228646 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6228583 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6228512 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6228330 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6226346 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6225635 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | +5 |
| US6225445 | 2001-05-01 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 17 | |
| US6225198 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6225070 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6224893 | 2001-05-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6223656 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6222872 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6222095 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US6221908 | 2001-04-24 | SCIENTIFIC LEARNING CORPORATION | | 8 | |
| US6221877 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6221861 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6221726 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6221663 | 2001-04-24 | GENERAL HOSPITAL CORPORATION | | 22 | |
| US6221622 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | +5 |
| US6221614 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6221401 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| USRE037134 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 58 |
| US6218668 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 |
| US6218526 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6218512 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 |
| US6218506 | 2001-04-17 | NORTHWESTERN UNIVERSITY | | 8 |
| US6218437 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6217864 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6217863 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6217722 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6216020 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 26 |
| US6214565 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 |
| US6214562 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6214388 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6214301 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 |
| US6214262 | 2001-04-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6214202 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6214090 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6212215 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6211148 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6210918 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6210917 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6210649 | 2001-04-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6210131 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6209928 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6208997 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6208679 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6208553 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 56 |
| US6208415 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6208007 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6207957 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6207749 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 |
| US6207704 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 |
| US6207412 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6207403 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6207310 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6207159 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| US6206966 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6205819 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6205195 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6204926 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 |
| US6204595 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6204391 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6204245 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6204189 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 |
| US6203924 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6202407 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6202181 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6201980 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6201870 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 |
| US6201232 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6200745 | 2001-03-13 | PENN STATE RESEARCH FOUNDATION, INC. | | 5 |
| US6200515 | 2001-03-13 | CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE - CNRS | | 9 |
| US6198860 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 |
| US6198655 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6198417 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6198293 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 |
| US6198069 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6197928 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 |
| US6197541 | 2001-03-06 | COR THERAPEUTICS, INC. | x | 73 |
| US6197247 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6195485 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6195197 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6195169 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6194635 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6193965 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6193963 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 |
| US6193870 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6192384 | 2001-02-20 | STANFORD UNIVERSITY | x | 29 |
| US6192062 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6191515 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6191486 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6191269 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |

| Patent | Date | Assignee | | Col | +5 |
|---|---|---|---|---|---|
| US6190920 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6190894 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 82 | |
| US6190893 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 59 | |
| US6190723 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | +5 |
| US6190378 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US6189286 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| USRE037053 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| US6187814 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6187756 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6186632 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | |
| US6185309 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 41 | |
| US6184215 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6183961 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 18 | +5 |
| US6183772 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6181274 | 2001-01-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6180135 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6179611 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6177993 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6177794 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6175669 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6175433 | 2001-01-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6175326 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6175057 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6174872 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6174871 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6174749 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6173604 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6173001 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | +5 |
| US6171862 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6171833 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6171576 | 2001-01-09 | ORGANIX, INC. | | 30 | +5 |
| US6171301 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6169176 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6168967 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6168779 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6168737 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |

| Patent | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6167888 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6167069 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6166295 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6166226 | 2000-12-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6166187 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6166085 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6165719 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6165438 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6165417 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6165356 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6164073 | 2000-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6163581 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6162810 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| US6162707 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6162430 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6162396 | 2000-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6162191 | 2000-12-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 | |
| US6160934 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6160826 | 2000-12-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6160158 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |
| US6160128 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | +5 |
| US6159936 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6159731 | 2000-12-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6159685 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6159444 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6158244 | 2000-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6156879 | 2000-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6156505 | 2000-12-05 | UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO | x | 13 | +5 |
| US6156503 | 2000-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6156435 | 2000-12-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6154276 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6154119 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6154026 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6153269 | 2000-11-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6153200 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6153194 | 2000-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |