# EXHIBIT J

Dockets.Justia.com

# Final USPTO Rule on Claims and Continuations

## Overview of Major Issues and Concerns

SDIPLA

October 11, 2007

### Robert J. Spar

Attorney at Law, Former Dir.(Ret'd) of Office of Patent Legal Administration,
Deputy Commissioner for Patent Examination Policy, USPTO

3201 Birchtree Lane, Silver Spring, MD 20906

301-460-1231   bobspar1@comcast.net   301-460-1889 (fax)   301-742-4567 (cell)

# Claims and Continuations Final Rule
# Four Prosecution Burdens Shifted

Situations where examination burdens have been shifted <u>from the examiner <u>to</u> applicant</u>; and the expected results

1. When there is a large number of claims to <u>examine</u>:

- If more than 5/25 claims are presented
  - An ESD will be required to aid in the examination but it is expected that most applicants will not file an ESD, so <u>the net effect expected is:</u>
    - compliance with the 5/25 limits; and
    - elimination of almost all applications with very large numbers of claims.
- Because only a limited number of claims will be prosecuted in an application, practitioners will probably put more emphasis on drafting claims before filing, in meaningfully amending claims and/or traversing rejections, and in advancing prosecution issues with each response.

Oct. 11, 2007

Robert J. Spar

15