# EXHIBIT M

## Part 1 of 4

Dockets.Justia.com

 

McDonnell Boehnen
Hulbert & Berghoff LLP
SPONSOR

**AUTHOR**

Dennis Crouch
Associate Professor of Law
University of Missouri School of Law
dcrouch@patentlyo.co

**CATEGORIES**

Academic Studies
All Elements
Anticipation
Articles and Publications
Attorney Fees
Blogroll
Book Review
BPAI
Business Developments
CAFC
Chemical
Claim Construction
Claim Drafting Tips
Conference or CLE
Contributory Infringement
Damages
Declaratory Judgment
Design Patent
Doctrine of Equivalents
EFiling
En Banc
Enablement
Gaming
Graham Factors
Indefinite
Inducement
Injunctions
Inventors
Jurisdiction
Lear Doctrine
License
Means Plus Function
Medical Device
Method Claims
Motivation to Combine
Obviousness
On Sale
Patent Cases 2004

« 'Comprised of' is an open-ended transition | Main | Patent Law Jobs »

OCT 15, 2007

### Ethical Duties to Comply with the New Rules

Harry Moatz is the Director of the PTO's office of Enrollment and Discipline. At the most recent IPO meeting in New York, Mr. Moatz reviewed several principles regarding compliance with the new PTO rules:

- Failure to comply with the new rules will subject attorneys and agents to OED discipline. *See* 35 USC 32.
- Attorneys and agents have a duty of inquiry to ensure that all assertions made to the office must be "legally warranted" and not made for an "improper purpose." 37 CFR 10.18(b).
- Practitioners must read each and every paper submitted to the office in its entirety.
- Of course, the duty to disclose material information continues until prosecution concludes. This duty applies to anyone involved in prosecution – including the inventors.

Links:

- Moatz.PPT
- IPJur
- Moatz Bio

Posted by Dennis Crouch | Permalink

**PATENTLY-O JOBS**

Patently-O Job Board

Employers Post a Job

**SUBSCRIBE**

GET THE PATENTLY-O DAILY E-MAIL (STILL FREE)

Patently-O is the most popular patent law blog and a daily read for over ten thousand patent law professionals from every major innovative corporation, IP Law Firm and world patent office. Click the link above to receive an automatic Patently-O e-mail each morning with the freshest posts.

**GOOGLE SEARCH**

○ Web ⦿ patentlyo.co
search

**RECENT COMMENTS**

SF on Continued Vitiation of The Doctrine of Equivalents

SF on Continued Vitiation of The Doctrine of Equivalents

Alan McDonald on Continued Vitiation of The Doctrine of Equivalents

anonymous on Continued Vitiation of The Doctrine of Equivalents

Michael L. Slonecker on MercExchange v. eBay: Injunction Denied Again

SF on Continued Vitiation of The Doctrine of Equivalents

Dennis Crouch on Continued Vitiation of The Doctrine of Equivalents

anonymous on Continued Vitiation of The Doctrine of Equivalents

SF on MercExchange v. eBay: Injunction Denied Again

EG on MercExchange v. eBay: Injunction Denied Again