Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ    Document 143-31    Filed 12/21/2007    Page 1 of 2
Doc. 143 Att. 30

# EXHIBIT N

Dockets.Justia.com

Bahr, Robert

**From:** Morse, Gregory
**Sent:** Wednesday, March 14, 2007 3:43 PM
**To:** Doll, John
**Cc:** Love, John; Focarino, Margaret (Peggy); Fleisher, Mindy; Bahr, Robert; Mielcarek, John
**Subject:** RE: Numbers

Number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC, as of 3/13/07:

I apologize that these were not available when you asked.

(2006 numbers, 2006 filings 419,760 UPR, all based on analysis of PALM data)

| TC | Filings | 3 CON or 4+ | Percent |
|---|---|---|---|
| 1600 | 41,756 | 2,356 | 5.6% |
| 1700 | 57,368 | 1,189 | 2.1% |
| 2100 | 44,425 | 1,295 | 2.9% |
| 2600 | 65,974 | 1,401 | 2.1% |
| 2800 | 94,851 | 1,927 | 2.0% |
| 3600 | 51,661 | 1,131 | 2.2% |
| 3700 | 63,725 | 2,027 | 3.2% |
| UPR | 419,760 | 11,326 | 2.7% |

Of the 11326, 2621 were 3rd CON/CIP filings, and 8705 were 4+ of any combination.

In discussions with Undersecretary Dudas, we previously estimated the 8,705 as "about 8,000" and the overall number as "about 10,000".

-----Original Message-----
From: Doll, John
Sent: Monday, March 12, 2007 4:07 PM
To: Morse, Gregory
Subject: Numbers

Do we have the distribution of 3+ CONs / RCEs by TC ?!?

.
.
.

BlackBerry Wireless

A08227

1