# Exhibit B

Dockets.Justia.com

## ROBERT N. FENILI
**Office: (202) 945-6677**
**Home: (703) 425-3636**

## EDUCATION:

**Virginia Polytechnic Institute and State University,** Blacksburg, VA
Ph.D. Economics, 1975

**Illinois State University, Normal,** IL
M.S. Economics, 1971; B.S. Economics, 1970

## PROFESSIONAL EXPERIENCE:

**Georgetown Economic Services, Washington, DC, 1987 – Present**
*Consultant on matters involving litigation and regulation, including quantitative analyses and economic theory. Matters include general economic impact analyses involving issues related to antitrust, consumer protection ,advertising, intellectual property, and the impact of regulations.*

- Develop economic analysis for liability and damage claims in civil litigation cases, including antitrust, Lanham Act, RICO, consumer protection, and commercial litigation, including statistical and econometric analyses.

- Critique theories, quantitative analyses, and data offered by other experts (both for plaintiffs and defendants).

- Prepare industry studies, evidence assessments, expert witness reports and testimony.

**Synergy, Inc., Washington, DC, 1982 - 1987**
*Senior Analyst on matters involving the impact of procurements on wartime sortie capability.*

- Designed computer models to assist budget analysts in estimating the impact of budget changes on the purchases of air-to-air missiles on the U.S. Air Force sortie and mission capability.

- Assisted in the modification and updating of air-to-ground munitions sustainability models which provide estimates of the impact of changes in procurement of air-to-ground munitions to war fighting capability for the Air Force and Navy.

- Assisted programmers in developing software so that models can be used on personal computers.

**Independent Consultant, Fairfax, VA, 1981 - 1987**
*Economic consultant in matters related to competition in the gasoline marketing industry.*

- Prepared economic studies involving the impact of regulation (or its absence) on competition in the gasoline marketing industry.

- Testified in civil litigation matters related to gasoline marketing.

**U.S. Department of Energy, Office of Competition, Washington, DC, 1978 – 1981**
*In-house expert on matters related to competition in the refining and marketing segments of the petroleum industry.*

- Co-directed a study mandated by Congress on the state of competition in gasoline marketing. The project resulted in two reports to Congress: <u>The State of Competition in Gasoline Marketing: The Effects of Refiner Operations at Retail</u>, Part I, DOE/PE-0019, with James. B. Delaney (Washington, DC: U.S. Department of Energy, May 1980) and "Trends in Company Stores: A Preliminary Analysis," with James B. Delaney, <u>Gasoline Marketing Practices, Part C. Hearing before the Subcommittee on Antitrust and Restraint of Trade Activities Affecting Small Business</u>, (Washington, DC: 96th Congress, 1st Session, October 1979).

- Evaluated antitrust and economic implications on competition in the gasoline industry of current and proposed policy initiatives.

- Prepared position papers involving the effect of federal energy regulations on petroleum prices and competition in the oil industry.

**U.S. Department of Energy, Energy Information Administration, Washington, DC, 1977 - 1978**
*Assisted in the development and preparation of the Financial Reporting System.*

- Assisted in development of the coal industry financial and operations section of the Financial Reporting System.

- Assessed policy issues involving the impact of horizontally integrated petroleum companies on competition and resource development in the coal industry.

- Made recommendations on including questions and data on the FRS survey of energy companies.

**U.S. General Accounting Office, Energy and Minerals Division, Washington, DC, 1976 - 1977**
*Developed economic analyses on the impact of federal energy policies on the coal industry.*

- Assessed the state of competition in the U.S. coal industry and determined whether there was significant potential for horizontally integrated petroleum companies to monopolize coal markets.

- Prepared GAO report on coal industry: <u>The State of Competition in the Coal Industry</u>, EMD-7822 (Washington, D.C.: U.S. General Accounting Office, December 1977).

**U.S. Federal Trade Commission, Bureau of Economics, Washington, DC, 1975 - 1976**
*Served as economist in Division of Economic Evidence.*

- Conducted economic investigations regarding the impact upon competition of mergers and joint ventures, primarily in the chemical industry.

- Advised senior management on the benefits and costs of pursuing cases to litigation.

## TEACHING EXPERIENCE:

**Central Michigan University,  Washington DC Program, 1977 - 1987**
Labor Economics, Managerial Economics, and Economic Theory

**Virginia Polytechnic Institute and State University, Blacksburg, VA, 1973 - 1975**
Labor Economics, Principles of Economics, Transportation Economics, and Managerial Economics

**Illinois State University, Normal, IL, 1972 – 1973**
Principles of Economics, Economic Statistics, and Operations Research

## APPENDIX

## PARTICIPATION in LITIGATION and ECONOMIC STUDIES – SELECTED CASES

- Recent Cases Include:

    - ○ *Free Speech Coalition -* prepared industry analyses of impact of proposed U.S. Department of Justice rules on small businesses in the adult entertainment industry. Prepared written comments to the DOJ.

    - ○ *Alaska Non-Pollack Groundfish* – prepare analysis and written testimony of the impact of North Pacific Fishery Management Council's proposed regulations on product prices and fishing fleets.

    - ○ *Colgate Toothpaste* – prepare quantitative analyses demonstrating that Colgate's advertising claims are not supported by clinical laboratory studies; prepare analyses and meet with Federal Trade Commission officials regarding my findings.

    - ○ *P&G v. Ultreo* – review and assess the merits of report of expert witness regarding damage claims.

    - ○ *Nano v. Canon* – review and assess damage case of contract dispute between parties; conducted various event studies and valuation analyses; prepare economic expert for trial.

    - ○ *The Imaging Center et al. v. Western Maryland Health System* – Reviewed patient data bases to determine impact of hospital merger and subsequent behavior on out-patient referrals to a independent radiology clinic; estimated market definition using patient-medical facility addresses (Elzinga-Hogarty technique); assessed market shares under various product and geographic market definitions; assisted economic expert in estimating damages pertaining to monopolization and tortuous interference claims.

    - ○ *BellSouth v. Hawk Communications* – Prepared report on BellSouth's damages to its DSL business due to Hawk's (false) advertising billboard campaign touting that its dial-up internet provider services were as fast as DSL.

    - ○ *Blanchard and Company, Inc. v. Premiere Radio Networks, Inc.* – Prepared economic report assessing Blanchard's economic expert's opinion alleging that Blanchard's sales were negatively affected by Premiere's radio advertisement campaign on the *Rush Limbaugh* show.

    - ○ *Intelli-Check, Inc. v. TriCom Card Technologies, Inc.* – Prepared economic report rebutting plaintiff's economic expert estimates of damages; prepared estimate of the amount of damages suffered by Intelli-Check due to TriCom's alleged patent infringement and false advertising.

- Other Matters Include:

  o Tobacco - The federal tobacco case *(United States v. Philip Morris, Inc., et al)*, the Joe Camel case *(U.S. FTC v. R. J. Reynolds, et al.)*, and the Blue Cross-Blue Shield case *(BCBS of New Jersey et al. v. Philip Morris, et al.)*, among others..

    - Highlights include: Showing that federal government experts' research failed to show the relevance to teenage smoking uptake, and failed to support the proposition that tobacco companies' advertising was undertaken with the intent to create teenage smokers. Provided detailed assessments of the flaws in the research that the Federal Trade Commission's experts relied on in its case alleging that the Joe Camel advertising campaign targeted underage smokers.

    - Reviewed data bases, documents, and the quantitative analyses relied on by plaintiffs' economic, health, and social psychological experts who testified that cigarette advertising was a causal factor in teenage smoking prevalence. Assisted attorneys in the preparation for and the depositions of plaintiffs' witnesses. Assisted defendant's experts in preparation of their research and expert reports.

  o *Petroleum* – Involvement in a variety of antitrust and petroleum marketing practices act cases involving retail marketing of gasoline including:

    - *Cumberland Farms PMPA* cases - Assisted attorneys in a series of cases regarding the sale of Chevron petroleum assets to Cumberland Farms: Developed data bases, provided quantitative analyses showing that Gulf retail dealers were not damaged by the sale of Gulf brand outlets to Cumberland Farms; developed deposition outlines for plaintiff dealers; assisted in economic expert preparation.

    - *Rebel v. Arco* - Assisted attorneys in large scale data projects involved with the pricing of gasoline in Los Angeles and Las Vegas retail markets; developed large data bases showing the impact of refiner actions on retail prices at gasoline retail outlets in Las Vegas; provided affidavits on findings.

    - *Frank's Gulf v. Cumberland Farms* - Developed data bases and prepared expert report showing that Cumberland's wholesale prices to retail outlets were not consistent with price discrimination and that plaintiff was not injured by Cumberland's wholesale prices; testified at deposition.

    - *Pennzoil v. Carlson* - Developed economic report to show that Pennzoil's pricing was consistent with competitive pricing and that Carlson was not damaged by Pennzoil's wholesale prices; testified at trial.

    - *Quality Oil* – Demonstrated that Wolverine Pipeline's economic submission was based on flawed data and that its alternative shipping modes to cities located at Lake Michigan would not provide significant competition to a pipeline.

- *Sheetz Oil* – Developed price data base and model to show that petroleum product prices in the Philadelphia area could not support the view that Philadelphia was part of a larger geographic market including the Gulf Coast.

- *Bogosian v. Gulf Oil Corp. et al.* – Consultant to Chevron and Gulf Oil in a class action lawsuit involving gasoline lessee-dealers suing their suppliers, the largest petroleum companies in the United States in a case involving allegations of tying the lease of gasoline retail outlets to the purchase of branded gasoline.

- *Conoco v. Mobil* – Consultant to Conoco in its antitrust case against Mobil.

- *Nehi v. Kellam* – A case involving price fixing on the Delmarva Peninsula. Provided expert testimony at deposition and trial.

- Prepared a study on the effect of state sales-below-cost laws on the price of self-serve and full-serve gasoline prices. "The Effect of State Sales-Below-Cost Laws on Retail Prices," Regulation, October, 1985 and Minimum Markup Laws in Gasoline Marketing: An Economic Analysis and a Legal, Economic, and Legislative Review, U.S. Department of Energy, with William C. Lane, March 1984.

o Co-authored studies examining the impact of petroleum price and allocation deregulation on rack and dealer prices. "The Impact of Decontrol on Gasoline Wholesalers and Retailers," Contemporary Policy Issues, Spring, 1985; Gasoline Marketing at the Crossroads: Competition or Regulation, Report to the American Petroleum Institute, with William C. Lane, April 1985; Gasoline Marketing in the 1980s: A Return to the Competitive Marketplace, Report to the American Petroleum Institute, February 1982; The Effects of Price Controls: State and Local Experiences, Report to the American Petroleum Institute (February 1982).

o Examined the effect of refiner geographic consolidations on competition in "Do Refiner Pullouts Threaten Rural America?" With James B. Delaney, Lundberg Letter, Vol. 8, No. 46 (September 18, 1981).

- Mergers and Acquisitions – Reviewed data, business documents, and public information to assess the likelihood of and identify potential problems with various mergers and acquisitions; assisted industry and economic experts and attorneys in the development of white papers and position papers. Clients include: Tyson Foods, Inc., Ford Motor Co., Dupont, and International Paper among others.

- Price Fixing – Provided economic and quantitative estimates showing likelihood of price fixing and resulting damages. Clients include: General Mills (related to vitamins), Masonite, North American Salt, and Olin Corp.

- <u>Other antitrust matters include</u>:

    - Development of data bases to show the damages involved in United Food and Commercial Workers Union pickets of supermarkets in the Cleveland, Ohio region were significantly less than plaintiff's experts claimed.

    - Preparation of testimony regarding impact of baseball antitrust exemption on minor leagues and player development.

    - Assessing the impact of tournament pricing on chicken grower operations.

- <u>Telecom</u> – For GTE, assisted attorneys and prepared expert testimony on economic issues involving the 1996 Telecommunication Act.

# Exhibit C

**U.S. PATENT AND TRADEMARK OFFICE**
Electronic Information Products Division
Patent Technology Monitoring Team (PTMT)

# Patents By Country, State, and Year - All Patent Types (December 2006)

Granted: 01/01/1977 - 12/31/2006
*A Patent Technology Monitoring Team Report*

## Description of the Report

This report displays the number of U.S. patents distributed by state and country of origin. The origin of a patent is determined by the residence of the first-named inventor.

This report counts documents of the following type(s):

**utility patents (i.e., "patents for invention"), design patents, plant patents, reissue patents, statutory invention registrations, defensive publications** granted by the U.S. Patent and Trademark Office during the period **01/01/1977 - 12/31/2006**. These profiled documents hereafter will be referred to as "patents".

the source of the data used for this report is the TAF database maintained by the U.S. Patent and Trademark Office.

## Report Printing and the Use of Spreadsheet Software

This report can be printed from an Internet browser - for such printing, optimal results are usually obtained by printing in landscape orientation with minimal margins and a small text font. Microsoft Internet Explorer, version 7, works particularly well for printing this report using its "Shrink to Fit" option.

Additionally, a user may import this report file into spreadsheet software such as Microsoft Excel to facilitate printing. Such spreadsheet software also may facilitate sorting and further manipulation of the data.

http://www.uspto.gov/web/offices/ac/ido/oeip/taf/cst_all.htm

**Number of Patents Granted as Distributed by Year of Patent Grant**
**Breakout by U.S. State and Foreign Country of Origin**

PART A1- Table A1-1a. Breakout by Country of Origin
Number of Patents Granted as Distributed by Year of Patent Grant.
Granted: 01/01/1977 - 12/31/2006

| Origin | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total, U.S. And Foreign Origin | 1272937 | 109890 | 113704 | 113955 | 121805 | 124147 | 163205 | 169145 | 176083 | 184046 | 184424 | 187048 | 181320 | 157741 | 196436 |
| Subtotal -- U.S. Origin | 725823 | 61221 | 64345 | 64510 | 69419 | 69923 | 90697 | 94089 | 97011 | 98655 | 97125 | 98590 | 94129 | 82586 | 102267 |
| Subtotal -- Foreign Origin | 547114 | 48669 | 49359 | 49445 | 52386 | 54224 | 72508 | 75056 | 79072 | 85391 | 87299 | 88458 | 87191 | 75155 | 94169 |
| ALABAMA | 4262 | 323 | 338 | 359 | 336 | 345 | 422 | 473 | 395 | 452 | 441 | 459 | 412 | 359 | 430 |
| ALASKA | 404 | 59 | 55 | 49 | 50 | 60 | 76 | 66 | 56 | 58 | 50 | 43 | 49 | 36 | 45 |
| ARIZONA | 9745 | 930 | 1054 | 1120 | 1153 | 1162 | 1677 | 1623 | 1756 | 1701 | 1700 | 1716 | 1730 | 1598 | 1893 |
| ARKANSAS | 1661 | 159 | 159 | 143 | 164 | 152 | 184 | 226 | 247 | 223 | 213 | 176 | 160 | 153 | 185 |
| CALIFORNIA | 105609 | 9574 | 10406 | 10824 | 11957 | 12915 | 17827 | 18860 | 19845 | 20859 | 21235 | 22074 | 21602 | 19662 | 25043 |
| COLORADO | 10414 | 1058 | 1182 | 1207 | 1320 | 1345 | 1916 | 1987 | 2074 | 2112 | 2130 | 2305 | 2290 | 1972 | 2349 |
| CONNECTICUT | 22520 | 1750 | 1834 | 1768 | 1684 | 1644 | 2070 | 2026 | 2085 | 2069 | 1991 | 1844 | 1723 | 1677 | 1857 |
| DELAWARE | 5685 | 525 | 452 | 442 | 472 | 370 | 424 | 444 | 426 | 424 | 385 | 372 | 406 | 341 | 396 |
| FLORIDA | 21963 | 2117 | 2298 | 2465 | 2509 | 2552 | 3117 | 3040 | 3129 | 3149 | 2854 | 3120 | 2991 | 2707 | 3263 |
| GEORGIA | 7913 | 862 | 963 | 1047 | 1135 | 1112 | 1496 | 1544 | 1541 | 1600 | 1532 | 1534 | 1492 | 1358 | 1719 |
| HAWAII | 797 | 106 | 99 | 84 | 104 | 93 | 93 | 97 | 93 | 107 | 91 | 96 | 86 | 58 | 101 |
| IDAHO | 1793 | 359 | 370 | 329 | 393 | 597 | 897 | 1263 | 1616 | 1737 | 1877 | 1850 | 1822 | 1549 | 1717 |
| ILLINOIS | 46527 | 3321 | 3321 | 3479 | 3674 | 3539 | 4364 | 4308 | 4514 | 4272 | 3937 | 3961 | 3754 | 3297 | 4053 |
| INDIANA | 15993 | 1105 | 1166 | 1281 | 1417 | 1331 | 1561 | 1707 | 1702 | 1594 | 1745 | 1679 | 1485 | 1246 | 1499 |
| IOWA | 5860 | 434 | 459 | 486 | 485 | 450 | 720 | 817 | 676 | 815 | 681 | 711 | 736 | 629 | 732 |
| KANSAS | 4163 | 316 | 327 | 319 | 348 | 322 | 404 | 495 | 475 | 383 | 503 | 491 | 540 | 456 | 581 |
| KENTUCKY | 4557 | 323 | 339 | 341 | 397 | 350 | 404 | 509 | 517 | 547 | 496 | 497 | 463 | 377 | 471 |
| LOUISIANA | 6103 | 482 | 442 | 413 | 444 | 408 | 543 | 519 | 578 | 561 | 484 | 439 | 387 | 298 | 365 |
| MAINE | 1390 | 143 | 140 | 137 | 113 | 109 | 143 | 145 | 152 | 156 | 168 | 164 | 138 | 159 | 156 |

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MARYLAND | 12660 | 1086 | 1178 | 1100 | 1208 | 1264 | 1575 | 1642 | 1485 | 1641 | 1612 | 1579 | 1440 | 1284 | 1558 |
| MASSACHUSETTS | 29202 | 2502 | 2644 | 2427 | 2713 | 2831 | 3735 | 3819 | 3835 | 3973 | 3837 | 4191 | 3906 | 3303 | 4369 |
| MICHIGAN | 37905 | 3111 | 3218 | 3046 | 3457 | 3075 | 3824 | 4030 | 4112 | 4233 | 4234 | 4222 | 4122 | 3665 | 4179 |
| MINNESOTA | 17979 | 1771 | 1965 | 1943 | 2000 | 2060 | 2780 | 2902 | 2990 | 2926 | 2976 | 3260 | 2996 | 2582 | 3268 |
| MISSISSIPPI | 1413 | 141 | 163 | 138 | 167 | 182 | 202 | 225 | 213 | 230 | 180 | 185 | 160 | 127 | 153 |
| MISSOURI | 10028 | 749 | 759 | 819 | 762 | 870 | 1049 | 1087 | 970 | 968 | 962 | 946 | 895 | 732 | 863 |
| MONTANA | 1026 | 108 | 98 | 141 | 141 | 141 | 148 | 142 | 143 | 162 | 152 | 125 | 131 | 119 | 136 |
| NEBRASKA | 2069 | 190 | 185 | 150 | 187 | 185 | 233 | 229 | 299 | 253 | 248 | 241 | 229 | 205 | 239 |
| NEVADA | 1759 | 183 | 212 | 216 | 233 | 226 | 332 | 356 | 404 | 371 | 368 | 456 | 443 | 472 | |
| NEW HAMPSHIRE | 3713 | 404 | 456 | 460 | 469 | 503 | 649 | 692 | 680 | 671 | 657 | 731 | 681 | 538 | 657 |
| NEW JERSEY | 50086 | 3245 | 3258 | 3065 | 3386 | 3461 | 4204 | 4371 | 4397 | 4289 | 4097 | 3922 | 3354 | 2868 | 3629 |
| NEW MEXICO | 2385 | 261 | 261 | 280 | 242 | 281 | 363 | 357 | 347 | 392 | 388 | 405 | 383 | 273 | 354 |
| NEW YORK | 63390 | 5359 | 5447 | 5266 | 5815 | 5421 | 7113 | 6903 | 7038 | 7178 | 7075 | 6919 | 6618 | 5307 | 6407 |
| NORTH CAROLINA | 10466 | 1069 | 1191 | 1255 | 1454 | 1501 | 1842 | 1956 | 2196 | 2267 | 2141 | 2171 | 2075 | 1839 | 2233 |
| NORTH DAKOTA | 726 | 67 | 61 | 63 | 72 | 50 | 69 | 76 | 98 | 107 | 86 | 62 | 66 | 81 | 77 |
| OHIO | 40521 | 2980 | 3101 | 2986 | 3173 | 3295 | 3897 | 4003 | 4028 | 3996 | 3973 | 3893 | 3418 | 2731 | 3295 |
| OKLAHOMA | 10206 | 681 | 621 | 545 | 542 | 453 | 542 | 545 | 616 | 633 | 518 | 563 | 490 | 429 | 584 |
| OREGON | 7383 | 821 | 782 | 870 | 965 | 1103 | 1560 | 1386 | 1463 | 1503 | 1716 | 1867 | 1967 | 1849 | 2536 |
| PENNSYLVANIA | 43335 | 3003 | 3086 | 2926 | 3226 | 2934 | 3763 | 4076 | 4007 | 3841 | 3642 | 3560 | 3224 | 2546 | 3191 |
| RHODE ISLAND | 2577 | 276 | 278 | 263 | 291 | 303 | 357 | 341 | 389 | 334 | 311 | 325 | 368 | 312 | 354 |
| SOUTH CAROLINA | 5128 | 502 | 510 | 521 | 518 | 499 | 682 | 654 | 629 | 644 | 711 | 651 | 581 | 539 | 691 |
| SOUTH DAKOTA | 563 | 44 | 47 | 44 | 49 | 53 | 57 | 78 | 98 | 85 | 90 | 89 | 88 | 79 | |
| TENNESSEE | 7100 | 638 | 685 | 708 | 719 | 745 | 912 | 1018 | 963 | 962 | 1003 | 973 | 874 | 713 | 817 |
| TEXAS | 40259 | 3744 | 4269 | 4314 | 4511 | 4449 | 5980 | 6425 | 6788 | 6764 | 6341 | 6380 | 6241 | 5526 | 6717 |
| UTAH | 4304 | 473 | 483 | 554 | 603 | 666 | 731 | 748 | 793 | 803 | 747 | 725 | 784 | 644 | 800 |
| VERMONT | 1515 | 153 | 172 | 171 | 282 | 290 | 343 | 363 | 415 | 507 | 509 | 466 | 428 | 411 | 486 |
| VIRGINIA | 10401 | 984 | 972 | 944 | 967 | 917 | 1163 | 1151 | 1284 | 1280 | 1302 | 1246 | 1182 | 1030 | 1232 |
| WASHINGTON | 10984 | 1073 | 1150 | 1257 | 1330 | 1510 | 1998 | 2038 | 2047 | 2256 | 2300 | 2516 | 2442 | 2482 | 3620 |

Patents By Country, State, and Year - All Patent Types (December 2006)

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEST VIRGINIA | 2405 | 182 | 164 | 151 | 139 | 165 | 211 | 166 | 159 | 161 | 166 | 141 | 111 | 98 | 111 |
| WISCONSIN | 15230 | 1339 | 1390 | 1426 | 1522 | 1527 | 1880 | 1996 | 2079 | 2253 | 2119 | 2083 | 1975 | 1756 | 2151 |
| WYOMING | 573 | 43 | 53 | 75 | 45 | 60 | 49 | 58 | 67 | 59 | 61 | 84 | 55 | 55 | 56 |
| CANAL ZONE | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISTRICT OF COLUMBIA | 822 | 61 | 48 | 63 | 42 | 59 | 85 | 63 | 65 | 73 | 65 | 50 | 80 | 59 | 69 |
| GUAM | 6 | 1 | 0 | 2 | 2 | 2 | 5 | 4 | 2 | 5 | 2 | 0 | 0 | 0 | 0 |
| PUERTO RICO | 298 | 24 | 29 | 24 | 25 | 14 | 21 | 33 | 31 | 12 | 22 | 29 | 20 | 33 | 26 |
| U.S. PACIFIC IS. | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| UNITED STATES | 12 | 4 | 3 | 1 | 2 | 5 | 2 | 5 | 1 | 1 | 0 | 0 | 0 | 2 | 2 |
| VIRGIN (U.S.) ISLANDS | 33 | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 3 | 3 | 1 | 3 | 2 | 4 | 1 |
| NORTHERN MARIANA ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| JAPAN | 213749 | 23411 | 23517 | 22871 | 24059 | 24191 | 32118 | 32514 | 32922 | 34890 | 36339 | 37248 | 37032 | 31834 | 39411 |
| GERMANY | 107995 | 7186 | 6989 | 6874 | 7125 | 7292 | 9582 | 9895 | 10824 | 11894 | 11957 | 12140 | 11367 | 9575 | 10889 |
| UNITED KINGDOM | 42496 | 2530 | 2472 | 2685 | 2676 | 2906 | 3729 | 3904 | 4092 | 4358 | 4202 | 4037 | 3905 | 3560 | 4329 |
| FRANCE | 40584 | 3155 | 2985 | 3010 | 3016 | 3202 | 3991 | 4097 | 4173 | 4456 | 4421 | 4126 | 3686 | 3106 | 3856 |
| TAIWAN | 5884 | 1510 | 1814 | 2087 | 2419 | 2597 | 3805 | 4526 | 5806 | 6545 | 6730 | 6676 | 7207 | 5993 | 7919 |
| CANADA | 24697 | 2231 | 2380 | 2447 | 2638 | 2817 | 3537 | 3678 | 3925 | 4063 | 3857 | 3894 | 3781 | 3177 | 4094 |
| SOUTH KOREA | 1975 | 830 | 1008 | 1240 | 1567 | 1965 | 3362 | 3678 | 3472 | 3763 | 4009 | 4132 | 4671 | 4591 | 6509 |
| ITALY | 16643 | 1453 | 1361 | 1242 | 1385 | 1417 | 1821 | 1686 | 1967 | 1978 | 1962 | 2022 | 1946 | 1591 | 1899 |
| SWITZERLAND | 20653 | 1198 | 1244 | 1187 | 1192 | 1179 | 1374 | 1390 | 1458 | 1557 | 1532 | 1433 | 1405 | 1106 | 1388 |
| SWEDEN | 13899 | 742 | 800 | 914 | 971 | 970 | 1346 | 1542 | 1738 | 1933 | 1824 | 1629 | 1388 | 1189 | 1360 |
| NETHERLANDS | 13169 | 944 | 998 | 894 | 886 | 895 | 1382 | 1396 | 1410 | 1494 | 1681 | 1570 | 1537 | 1200 | 1647 |
| AUSTRALIA | 6474 | 470 | 564 | 548 | 566 | 568 | 830 | 832 | 860 | 1032 | 992 | 1049 | 1093 | 1032 | 1538 |
| ISRAEL | 3129 | 358 | 388 | 432 | 525 | 577 | 820 | 792 | 836 | 1031 | 1108 | 1260 | 1092 | 976 | 1325 |
| BELGIUM | 4639 | 377 | 392 | 419 | 516 | 561 | 755 | 718 | 756 | 796 | 801 | 727 | 678 | 577 | 720 |
| FINLAND | 3346 | 311 | 341 | 387 | 453 | 468 | 629 | 695 | 649 | 769 | 856 | 944 | 954 | 751 | 1005 |
| AUSTRIA | 5169 | 340 | 316 | 359 | 387 | 393 | 408 | 505 | 537 | 632 | 559 | 639 | 575 | 492 | 626 |

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DENMARK | 3142 | 261 | 313 | 314 | 334 | 432 | 500 | 588 | 509 | 556 | 559 | 611 | 530 | 473 | 546 |
| CHINA, HONG KONG S.A.R. | 1425 | 182 | 220 | 248 | 247 | 261 | 413 | 373 | 548 | 621 | 589 | 681 | 641 | 596 | 753 |
| SPAIN | 1658 | 184 | 172 | 168 | 187 | 193 | 308 | 265 | 318 | 340 | 358 | 358 | 312 | 318 | 381 |
| NORWAY | 1730 | 127 | 130 | 138 | 150 | 157 | 232 | 246 | 266 | 282 | 261 | 279 | 255 | 242 | 272 |
| CHINA P.REP. | 289 | 53 | 48 | 63 | 48 | 66 | 88 | 99 | 162 | 265 | 390 | 424 | 597 | 565 | 970 |
| U.S.S.R. | 3735 | 67 | 57 | 12 | 16 | 4 | 6 | 3 | | 0 | 1 | | | | |
| SINGAPORE | 158 | 44 | 59 | 61 | 97 | 100 | 136 | 152 | 242 | 304 | 421 | 460 | 485 | 377 | 469 |
| SOUTH AFRICA | 1524 | 101 | 109 | 127 | 116 | 114 | 132 | 127 | 125 | 137 | 123 | 131 | 115 | 108 | 127 |
| INDIA | 223 | 30 | 28 | 38 | 37 | 48 | 94 | 114 | 131 | 180 | 267 | 356 | 376 | 403 | 506 |
| NEW ZEALAND | 904 | 51 | 54 | 60 | 78 | 109 | 145 | 134 | 136 | 160 | 173 | 165 | 192 | 143 | 173 |
| HUNGARY | 1586 | 62 | 48 | 51 | 43 | 25 | 52 | 39 | 38 | 61 | 48 | 72 | 52 | 48 | 49 |
| IRELAND | 527 | 50 | 49 | 55 | 86 | 76 | 100 | 137 | 137 | 164 | 142 | 182 | 197 | 169 | 198 |
| RUSSIAN FEDERATION | 0 | 3 | 38 | 99 | 118 | 112 | 194 | 185 | 185 | 239 | 203 | 203 | 173 | 154 | 176 |
| BRAZIL | 510 | 59 | 61 | 70 | 69 | 67 | 88 | 98 | 113 | 125 | 112 | 161 | 148 | 98 | 148 |
| MEXICO | 654 | 50 | 52 | 45 | 46 | 57 | 77 | 94 | 100 | 87 | 105 | 93 | 102 | 95 | 88 |
| LUXEMBOURG | 471 | 41 | 44 | 34 | 27 | 42 | 46 | 35 | 55 | 48 | 52 | 53 | 55 | 49 | 49 |
| ARGENTINA | 326 | 25 | 37 | 32 | 32 | 38 | 46 | 46 | 63 | 58 | 58 | 70 | 50 | 29 | 47 |
| CZECHOSLOVAKIA | 740 | 15 | 20 | 15 | 9 | 10 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MALAYSIA | 61 | 19 | 16 | 8 | 24 | 29 | 35 | 34 | 47 | 56 | 62 | 63 | 93 | 98 | 131 |
| VENEZUELA | 242 | 34 | 28 | 31 | 30 | 26 | 29 | 34 | 32 | 28 | 32 | 20 | 23 | 10 | 15 |
| POLAND | 312 | 8 | 9 | 8 | 16 | 11 | 19 | 13 | 13 | 16 | 13 | 19 | 19 | 25 | 31 |
| LIECHTENSTEIN | 233 | 11 | 17 | 18 | 12 | 12 | 16 | 21 | 19 | 24 | 17 | 15 | 21 | 10 | 20 |
| GREECE | 188 | 8 | 16 | 8 | 18 | 12 | 17 | 24 | 18 | 26 | 22 | 23 | 15 | 17 | 23 |
| THAILAND | 28 | 17 | 8 | 10 | 11 | 11 | 21 | 29 | 30 | 47 | 61 | 47 | 28 | 25 | 42 |
| BULGARIA | 338 | 5 | 4 | 1 | 1 | 5 | 4 | 3 | 1 | 5 | 3 | 11 | 4 | 6 | 4 |
| CZECH REPUBLIC | 0 | 0 | 1 | 1 | 5 | 14 | 17 | 25 | 51 | 30 | 31 | 44 | 32 | 28 | 37 |
| YUGOSLAVIA | 227 | 25 | 15 | 6 | 6 | 6 | 4 | 3 | 4 | 4 | 4 | 2 | 1 | 4 | 2 |
| PHILIPPINES | 91 | 5 | 1 | 4 | 4 | 21 | 19 | 21 | 12 | 15 | 19 | 25 | 21 | 18 | 35 |

Patents By Country, State, and Year - All Patent Types (December 2006)

| Country | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAUDI ARABIA | 59 | 4 | 11 | 10 | 12 | 14 | 14 | 13 | 19 | 12 | 10 | 19 | 15 | 18 | 20 |
| MONACO | 92 | 5 | 7 | 4 | 6 | 8 | 7 | 15 | 15 | 20 | 21 | 10 | 12 | 8 | 13 |
| PORTUGAL | 85 | 3 | 7 | 3 | 4 | 8 | 12 | 6 | 12 | 16 | 12 | 12 | 17 | 13 | 17 |
| CHILE | 57 | 10 | 8 | 7 | 4 | 6 | 17 | 12 | 16 | 16 | 13 | 12 | 18 | 12 | 14 |
| UKRAINE | 0 | 0 | 9 | 8 | 15 | 8 | 17 | 20 | 17 | 28 | 15 | 15 | 21 | 19 | 25 |
| ICELAND | 36 | 5 | 4 | 4 | 4 | 3 | 7 | 12 | 18 | 21 | 15 | 16 | 21 | 22 | 24 |
| SLOVENIA | 0 | 3 | 11 | 5 | 13 | 7 | 20 | 13 | 18 | 21 | 16 | 19 | 24 | 14 | 24 |
| INDONESIA | 37 | 5 | 9 | 7 | 2 | 13 | 10 | 5 | 14 | 10 | 15 | 12 | 23 | 23 | 16 |
| COSTA RICA | 61 | 5 | 7 | 10 | 6 | 7 | 5 | 11 | 8 | 12 | 8 | 10 | 10 | 13 | 26 |
| COLOMBIA | 77 | 6 | 5 | 5 | 6 | 10 | 4 | 6 | 11 | 14 | 8 | 11 | 11 | 10 | 7 |
| THE BAHAMAS | 69 | 3 | 2 | 4 | 3 | 10 | 10 | 11 | 14 | 10 | 13 | 11 | 8 | 8 | 7 |
| TURKEY | 37 | 0 | 2 | 2 | 3 | 5 | 2 | 4 | 6 | 14 | 18 | 32 | 19 | 10 | 25 |
| ROMANIA | 88 | 2 | 1 | 3 | 4 | 1 | 3 | 4 | 4 | 10 | 4 | 7 | 9 | 7 | 9 |
| CROATIA | 0 | 2 | 1 | 6 | 4 | 10 | 14 | 16 | 6 | 8 | 12 | 13 | 9 | 12 | 14 |
| URUGUAY | 85 | 0 | 0 | 2 | 2 | 4 | 3 | 4 | 1 | 0 | 3 | 2 | 0 | 2 | 2 |
| KUWAIT | 18 | 2 | 1 | 1 | 2 | 2 | 6 | 13 | 8 | 6 | 8 | 7 | 4 | 3 | 7 |
| EGYPT | 24 | 1 | 4 | 3 | 3 | 1 | 1 | 3 | 8 | 6 | 5 | 6 | 4 | 7 | 4 |
| PERU | 32 | 2 | 2 | 3 | 4 | 2 | 5 | 3 | 3 | 6 | 1 | 4 | 4 | 3 | 3 |
| BERMUDA | 34 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 4 | 5 | 8 | 1 | 2 | 2 |
| CAYMAN ISLANDS | 13 | 1 | 1 | 2 | 3 | 6 | 6 | 2 | 8 | 4 | 12 | 6 | 1 | 2 | 0 |
| CUBA | 12 | 2 | 4 | 0 | 0 | 4 | 5 | 3 | 3 | 4 | 9 | 7 | 2 | 3 | 2 |
| KENYA | 4 | 2 | 1 | 0 | 2 | 1 | 1 | 2 | 3 | 4 | 1 | 10 | 2 | 10 | 3 |
| ARAB EMIRATES | 14 | 1 | 1 | 1 | 1 | 0 | 1 | 3 | 2 | 6 | 6 | 3 | 16 | 5 | 9 |
| VIRGIN (BRITISH) ISLANDS | 8 | 1 | 2 | 0 | 0 | 3 | 3 | 3 | 0 | 1 | 3 | 7 | 8 | 7 | 5 |
| BELARUS | 0 | 0 | 2 | 3 | 4 | 2 | 8 | 5 | 3 | 7 | 2 | 5 | 2 | 2 | 5 |
| SRI LANKA | 8 | 1 | 0 | 1 | 2 | 2 | 2 | 0 | 5 | 3 | 15 | 4 | 3 | 1 | 3 |
| ECUADOR | 16 | 1 | 2 | 0 | 0 | 1 | 6 | 4 | 0 | 4 | 0 | 5 | 3 | 2 | 3 |
| LEBANON | 16 | 1 | 1 | 1 | 0 | 1 | 3 | 2 | 4 | 2 | 2 | 6 | 3 | 1 | 2 |

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRINIDAD/TOBAGO | 25 | 0 | 4 | 0 | 2 | 1 | 2 | | 0 | 4 | 0 | 2 | 0 | 0 | 3 |
| SLOVAKIA | 0 | 0 | 0 | | 1 | 3 | 2 | | 4 | 1 | 9 | 6 | 5 | 0 | 4 |
| GUATEMALA | 18 | 1 | 2 | | 2 | 2 | 2 | | 2 | 0 | 5 | 3 | 0 | 1 | 4 |
| LITHUANIA | 0 | 0 | 0 | 3 | 0 | 2 | 3 | | 2 | 4 | 5 | | 3 | 5 | 11 |
| CYPRUS | 13 | 1 | 3 | 3 | 0 | 2 | 0 | | 1 | 1 | 1 | 0 | 2 | 6 | 4 |
| IRAN | 23 | 1 | 2 | 2 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 1 | |
| MOROCCO | 17 | 1 | 0 | 2 | 1 | 0 | 2 | 0 | 2 | 1 | 0 | 0 | 1 | 1 | 3 |
| PAKISTAN | 6 | 1 | 1 | 0 | 2 | 0 | 2 | 0 | 5 | 2 | 1 | 0 | 4 | 4 | 1 |
| PANAMA | 17 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 2 | 1 | 1 | 3 | 2 | 0 | 0 |
| ESTONIA | 0 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 4 | 2 | 6 | 3 | 2 | 5 | 0 |
| NIGERIA | 12 | 0 | 1 | 0 | 0 | 0 | 2 | 2 | 0 | 1 | 4 | 4 | 1 | 0 | 2 |
| ZIMBABWE | 15 | 1 | 4 | 1 | 1 | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 1 | 1 | 0 |
| JAMAICA | 15 | 0 | 1 | 2 | 1 | 2 | 1 | 0 | 1 | 1 | 2 | 1 | 1 | 2 | 0 |
| DOMINICAN REPL. | 11 | 1 | 1 | 0 | 0 | 0 | 1 | 3 | 5 | 0 | 1 | 0 | 0 | 2 | 2 |
| BARBADOS | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 2 | 0 | 0 | 3 |
| EL SALVADOR | 9 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 0 | 3 | 0 | 2 | 1 | 3 | 0 |
| GEORGIA (REPUBLIC OF) | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 2 | 5 | 1 | 4 | 3 | 3 |
| HONDURAS | 5 | 0 | 1 | 1 | 1 | 1 | 4 | 0 | 1 | 0 | 2 | 0 | 0 | 1 | 1 |
| JORDAN | 4 | 0 | 0 | 0 | 1 | 4 | 3 | 0 | 0 | 3 | 1 | 0 | 2 | 0 | 0 |
| MALTA | 3 | 1 | 1 | 1 | 0 | 1 | 2 | 0 | 2 | 2 | 1 | 3 | 1 | 1 | 1 |
| KAZAKHSTAN | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 4 | 3 | 2 | 1 | 2 | 2 | 0 |
| SYRIA | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 1 | 0 | 4 | 1 | 0 | 3 |
| LATVIA | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 1 | 1 | 0 | 2 | 2 | 2 | 0 |
| TUNISIA | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| TURKS AND CAICOS ISLANDS | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 3 | 0 | 7 | 1 |
| BOLIVIA | 9 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 0 | 1 | 0 | 0 | 0 | 0 |
| MACAU | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 6 | 0 | 2 | 2 |

Patents By Country, State, and Year - All Patent Types (December 2006)

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NETH. ANTILLES | 7 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 2 | 0 | 3 | 0 | 0 | 0 | 0 |
| HAITI | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UZBEKISTAN | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| ANDORRA | 1 | 1 | 1 | 1 | 0 | 0 | 2 | 2 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| VIET NAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 4 | 2 | 1 | 2 | 2 |
| ARMENIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| MOLDOVA, REPUBLIC OF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 1 | 4 | 1 | 0 |
| ANTIGUA AND BARBUDA | 3 | 0 | 1 | 2 | 2 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| IRAQ | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SAINT KITTS AND NEVIS | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 2 | 2 | 0 | 1 | 0 | 1 |
| AZERBAIJAN | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| NORFOLK ISLAND | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PARAGUAY | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ARUBA | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 1 | 0 | 0 |
| FIJI | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 3 | 1 | 0 | 1 |
| FR. POLYNESIA | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MAURITIUS | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| ALGERIA | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| BAHRAIN | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| QATAR | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 2 |
| TANZANIA | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 |
| UGANDA | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| IVORY COAST | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| MADAGASCAR | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| NICARAGUA | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| SENEGAL | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case ... Document ... Filed ... Page 9 of 31

Patents By Country, State, and Year - All Patent Types (December 2006)

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOMINICA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GHANA | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GUYANA | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KYRGYZSTAN | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| MYANMAR | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NEW GUINEA | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| SURINAME | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| YEMEN | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| ANGUILLA | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| BOSNIA AND HERZEGOVINA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| BRUNEI | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| CONGO, DEMOCRATIC REPUBLIC OF THE | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GIBRALTAR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| GREENLAND | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| GUADELOUPE | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| LIBERIA | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| MARSHALL ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| NEW CALEDONIA | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| OMAN | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PALAU | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| SAN MARINO | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SEYCHELLES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| ALBANIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| ANGOLA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 |
| BANGLADESH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| CHAD | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COCOS ISLANDS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 1:07-cv-00846-JCC-TRJ    Document    Filed    Page 11 of

http://www.uspto.gov/web/offices/ac/ido/oeip/taf/cst_all.htm

12/19/2007

| | Pre 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COOK ISLANDS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FAROE ISLANDS | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FRENCH GUIANA | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GUINEA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| MACEDONIA, FORMER YUGOSLAV REP. OF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| MALAWI | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MARTINIQUE | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MAURITANIA | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NAMIBIA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| NORTH KOREA | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SOLOMON ISLANDS | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST. VINCENT/GRENADINES | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SWAZILAND | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| VANUATU (NEW HEBRIDES) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Patents By Country, State, and Year - All Patent Types (December 2006)

**Patents By Country, State, and Year - All Patent Types (December 2006)**

**PARTS A1**

**Granted: 01/01/1977 - 12/31/2006**

*A Patent Technology Monitoring Team Report*

## Contact Information -

Questions regarding these reports should be directed to:

U.S. Patent and Trademark Office
Electronic Information Products Division - PTMT
MDW 4C18; P.O. Box 1450
Alexandria, VA 22313-1450

tel: (571) 272-5600
FAX: (571) 273-0110
e-mail:oeip@uspto.gov

address of PTMT pages at the USPTO Web Site: http://www.uspto.gov/web/offices/ac/ido/oeip/taf/tafp.html
ftp download of selected PTMT reports and materials from : ftp.uspto.gov/pub/taf/

**Top**
**Home** > **Listing of Viewable PTMT Reports**

*Last Modified : 12/19/2007 12:42:40*

# Exhibit D

**Bahr, Robert**

| | |
|---|---|
| **From:** | Bahr, Robert |
| **Sent:** | Tuesday, May 15, 2007 7:37 PM |
| **To:** | 'Gormsen, Elizabeth' |
| **Cc:** | Collier, John |
| **Subject:** | RE: Data request |

.iz,

 The data you requested:

)ob

-----Original Message-----
**From:** Gormsen, Elizabeth [mailto:EGormsen@icfi.com]
**Sent:** Friday, May 11, 2007 2:58 PM
**To:** Bahr, Robert
**Cc:** Collier, John
**Subject:** Data request

Bob,

We have thought about our data needs, and have decided that we need the following from you:

1. For 2006, the distribution of initial applications (total and small entity) by the number of independent claims
2. For 2006, the distribution of total patent filings (total and small entity) by the number of independent claims
3. For 2006, the distribution of initial applications (total and small entity) by the number of total claims
4. For 2006, the distribution of total patent filings (total and small entity) by the number of total claims

The presentation of this data may be similar to the attached file (covering 2005), which you gave us on a previous occasion.

Thanks.

Liz Gormsen
ICF International
ph: 703-934-3103
fax: 703-934-3740
egormsen@icfi.com

7/16/07

## Total Claim Counts in U - R Applications

| | FY 06 All Applications | | | FY 06 Initial Applications | |
|---|---|---|---|---|---|
| Total Claims | Large Entity | Small Entity | Total Claims | Large Entity | Small Entity |
| 1 | 3,420 | 2,410 | 1 | 1,313 | 1,759 |
| 2 | 1,753 | 1,464 | 2 | 1,428 | 1,267 |
| 3 | 2,394 | 1,896 | 3 | 1,996 | 1,673 |
| 4 | 3,852 | 2,057 | 4 | 3,336 | 1,822 |
| 5 | 4,201 | 2,157 | 5 | 3,714 | 1,897 |
| 6 | 5,418 | 2,402 | 6 | 4,784 | 2,098 |
| 7 | 5,427 | 2,384 | 7 | 4,780 | 2,087 |
| 8 | 6,617 | 2,786 | 8 | 5,856 | 2,426 |
| 9 | 6,330 | 2,446 | 9 | 5,615 | 2,118 |
| 10 | 8,367 | 3,233 | 10 | 7,491 | 2,807 |
| 11 | 6,739 | 2,514 | 11 | 6,023 | 2,155 |
| 12 | 7,851 | 2,896 | 12 | 6,979 | 2,436 |
| 13 | 6,493 | 2,272 | 13 | 5,782 | 1,917 |
| 14 | 7,229 | 2,652 | 14 | 6,373 | 2,197 |
| 15 | 7,235 | 2,787 | 15 | 6,377 | 2,333 |
| 16 | 7,751 | 2,832 | 16 | 6,860 | 2,363 |
| 17 | 7,133 | 2,582 | 17 | 6,281 | 2,135 |
| 18 | 9,024 | 3,343 | 18 | 7,925 | 2,773 |
| 19 | 8,844 | 3,390 | 19 | 7,771 | 2,791 |
| 20 | 39,858 | 13,991 | 20 | 35,545 | 11,517 |
| 21 | 8,115 | 2,879 | 21 | 7,151 | 2,344 |
| 22 | 7,156 | 2,525 | 22 | 6,311 | 2,030 |
| 23 | 5,765 | 2,103 | 23 | 5,041 | 1,705 |
| 24 | 5,930 | 2,159 | 24 | 5,208 | 1,724 |
| 25 | 4,910 | 1,786 | 25 | 4,241 | 1,431 |
| 26 | 4,383 | 1,569 | 26 | 3,821 | 1,272 |
| 27 | 3,769 | 1,368 | 27 | 3,269 | 1,102 |
| 28 | 3,510 | 1,371 | 28 | 2,994 | 1,090 |
| 29 | 2,995 | 1,144 | 29 | 2,592 | 934 |
| 30 | 3,769 | 1,368 | 30 | 3,250 | 1,044 |
| 31 | 2,454 | 995 | 31 | 2,109 | 806 |
| 32 | 2,374 | 975 | 32 | 2,026 | 765 |
| 33 | 2,004 | 836 | 33 | 1,693 | 660 |
| 34 | 1,969 | 816 | 34 | 1,653 | 640 |
| 35 | 1,774 | 754 | 35 | 1,531 | 605 |

| | | | | | |
|---|---|---|---|---|---|
| 36 | 1,736 | 723 | 36 | 1,448 | 590 |
| 37 | 1,341 | 615 | 37 | 1,159 | 495 |
| 38 | 1,346 | 553 | 38 | 1,120 | 441 |
| 39 | 1,095 | 556 | 39 | 933 | 439 |
| 40 | 1,290 | 538 | 40 | 1,061 | 404 |
| 41 | 926 | 437 | 41 | 775 | 347 |
| 42 | 961 | 450 | 42 | 796 | 342 |
| 43 | 703 | 372 | 43 | 583 | 280 |
| 44 | 788 | 341 | 44 | 652 | 272 |
| 45 | 742 | 384 | 45 | 621 | 296 |
| 46 | 679 | 309 | 46 | 567 | 244 |
| 47 | 555 | 300 | 47 | 455 | 235 |
| 48 | 644 | 280 | 48 | 520 | 207 |
| 49 | 470 | 265 | 49 | 368 | 204 |
| 50 | 510 | 303 | 50 | 422 | 231 |
| 51 | 415 | 221 | 51 | 340 | 181 |
| 52 | 414 | 226 | 52 | 330 | 177 |
| 53 | 346 | 209 | 53 | 279 | 167 |
| 54 | 350 | 197 | 54 | 278 | 143 |
| 55 | 294 | 145 | 55 | 238 | 112 |
| 56 | 275 | 178 | 56 | 223 | 140 |
| 57 | 268 | 157 | 57 | 215 | 119 |
| 58 | 282 | 144 | 58 | 225 | 114 |
| 59 | 225 | 117 | 59 | 188 | 85 |
| 60 | 269 | 139 | 60 | 216 | 96 |
| 61 | 195 | 116 | 61 | 154 | 91 |
| 62 | 197 | 104 | 62 | 161 | 79 |
| 63 | 188 | 104 | 63 | 155 | 76 |
| 64 | 209 | 96 | 64 | 182 | 77 |
| 65 | 175 | 90 | 65 | 137 | 71 |
| 66 | 145 | 108 | 66 | 118 | 80 |
| 67 | 127 | 71 | 67 | 103 | 48 |
| 68 | 159 | 82 | 68 | 120 | 68 |
| 69 | 129 | 70 | 69 | 97 | 51 |
| 70 | 126 | 80 | 70 | 98 | 61 |
| 71 | 114 | 74 | 71 | 100 | 56 |
| 72 | 101 | 74 | 72 | 82 | 53 |
| 73 | 68 | 69 | 73 | 59 | 50 |
| 74 | 74 | 55 | 74 | 60 | 36 |

| | | | | | |
|---|---|---|---|---|---|
| 75 | 90 | 55 | 75 | 69 | 43 |
| 76 | 87 | 54 | 76 | 65 | 40 |
| 77 | 69 | 45 | 77 | 52 | 36 |
| 78 | 72 | 54 | 78 | 50 | 42 |
| 79 | 78 | 43 | 79 | 58 | 34 |
| 80 | 66 | 47 | 80 | 53 | 33 |
| 81 | 60 | 39 | 81 | 52 | 30 |
| 82 | 63 | 44 | 82 | 54 | 32 |
| 83 | 47 | 43 | 83 | 36 | 37 |
| 84 | 58 | 48 | 84 | 41 | 31 |
| 85 | 53 | 30 | 85 | 40 | 21 |
| 86 | 59 | 27 | 86 | 49 | 17 |
| 87 | 40 | 37 | 87 | 33 | 32 |
| 88 | 38 | 39 | 88 | 30 | 24 |
| 89 | 49 | 26 | 89 | 38 | 19 |
| 90 | 57 | 28 | 90 | 37 | 17 |
| 91 | 42 | 25 | 91 | 33 | 22 |
| 92 | 37 | 29 | 92 | 29 | 22 |
| 93 | 36 | 18 | 93 | 28 | 18 |
| 94 | 33 | 23 | 94 | 27 | 19 |
| 95 | 21 | 20 | 95 | 16 | 15 |
| 96 | 43 | 25 | 96 | 34 | 16 |
| 97 | 24 | 19 | 97 | 19 | 17 |
| 98 | 20 | 27 | 98 | 18 | 18 |
| 99 | 22 | 12 | 99 | 18 | 5 |
| 100 | 27 | 22 | 100 | 17 | 15 |
| 101 | 20 | 23 | 101 | 15 | 21 |
| 102 | 30 | 14 | 102 | 22 | 13 |
| 103 | 26 | 9 | 103 | 18 | 7 |
| 104 | 36 | 16 | 104 | 24 | 13 |
| 105 | 27 | 17 | 105 | 18 | 12 |
| 106 | 18 | 12 | 106 | 10 | 10 |
| 107 | 15 | 14 | 107 | 13 | 8 |
| 108 | 11 | 13 | 108 | 8 | 6 |
| 109 | 19 | 14 | 109 | 13 | 9 |
| 110 | 16 | 16 | 110 | 13 | 13 |
| 111 | 18 | 12 | 111 | 15 | 12 |
| 112 | 15 | 13 | 112 | 12 | 8 |
| 113 | 15 | 4 | 113 | 11 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 114 | 18 | 5 | 114 | 13 | 5 |
| 115 | 9 | 7 | 115 | 8 | 5 |
| 116 | 11 | 8 | 116 | 10 | 6 |
| 117 | 12 | 9 | 117 | 9 | 4 |
| 118 | 9 | 10 | 118 | 7 | 9 |
| 119 | 5 | 7 | 119 | 4 | 5 |
| 120 | 5 | 11 | 120 | 3 | 8 |
| 121 | 12 | 8 | 121 | 8 | 6 |
| 122 | 8 | 5 | 122 | 5 | 3 |
| 123 | 11 | 6 | 123 | 9 | 3 |
| 124 | 6 | 8 | 124 | 4 | 6 |
| 125 | 7 | 4 | 125 | 6 | 1 |
| 126 | 9 | 5 | 126 | 5 | 3 |
| 127 | 6 | 4 | 127 | 5 | 4 |
| 128 | 7 | 9 | 128 | 6 | 8 |
| 129 | 6 | 8 | 129 | 5 | 7 |
| 130 | 10 | 11 | 130 | 10 | 6 |
| 131 | 12 | 4 | 131 | 6 | 4 |
| 132 | 6 | 9 | 132 | 5 | 7 |
| 133 | 5 | 9 | 133 | 5 | 5 |
| 134 | 2 | 6 | 134 | 1 | 4 |
| 135 | 8 | 4 | 135 | 6 | 2 |
| 136 | 8 | 5 | 136 | 7 | 5 |
| 137 | 6 | 6 | 137 | 4 | 3 |
| 138 | 6 | 3 | 138 | 4 | 2 |
| 139 | 4 | 4 | 139 | 1 | 2 |
| 140 | 7 | 6 | 140 | 6 | 5 |
| 141 | 5 | 4 | 141 | 2 | 3 |
| 142 | 8 | 7 | 142 | 5 | 6 |
| 143 | 3 | 4 | 143 | 2 | 3 |
| 144 | 5 | 5 | 144 | 5 | 2 |
| 145 | 2 | 2 | 145 | 2 | 2 |
| 146 | 8 | 1 | 146 | 7 | 0 |
| 147 | 3 | 2 | 147 | 1 | 1 |
| 148 | 3 | 4 | | 0 | 2 |
| 149 | 7 | 3 | 149 | 5 | 3 |
| 150 | 4 | 1 | 150 | 4 | 1 |
| 151 | 4 | 3 | 151 | 4 | 1 |
| 152 | 2 | 3 | 152 | 2 | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 153 | 7 | 3 | 153 | 5 | 2 |
| 154 | 7 | 3 | 154 | 5 | 3 |
| 155 | 4 | 2 | 155 | 1 | 1 |
| 156 | 4 | 4 | 156 | 2 | 2 |
| 157 | 5 | 3 | 157 | 3 | 3 |
| 158 | 1 | 3 | | 0 | 1 |
| 159 | 4 | 1 | 159 | 3 | 1 |
| 160 | 3 | 3 | 160 | 3 | 2 |
| 161 | 1 | 0 | 161 | 1 | 0 |
| 162 | 5 | 5 | 162 | 3 | 2 |
| 163 | 5 | 1 | 163 | 1 | 1 |
| 164 | 0 | 2 | | 0 | 1 |
| 165 | 3 | 1 | 165 | 1 | 1 |
| 166 | 2 | 1 | 166 | 2 | 0 |
| 167 | 1 | 3 | 167 | 1 | 0 |
| 168 | 6 | 3 | 168 | 4 | 2 |
| 169 | 0 | 2 | | 0 | 2 |
| 170 | 4 | 3 | 170 | 2 | 3 |
| 171 | 1 | 0 | 171 | 1 | 0 |
| 172 | 2 | 3 | 172 | 1 | 3 |
| 173 | 2 | 3 | 173 | 1 | 2 |
| 174 | 1 | 4 | | 0 | 3 |
| 175 | 2 | 4 | 175 | 2 | 4 |
| 176 | 0 | 4 | | 0 | 3 |
| 177 | 1 | 0 | 177 | 1 | 0 |
| 178 | 3 | 1 | 178 | 2 | 1 |
| 179 | 1 | 2 | 179 | 1 | 2 |
| 180 | 2 | 3 | 180 | 2 | 1 |
| 182 | 1 | 2 | 182 | 1 | 2 |
| 183 | 1 | 0 | | 0 | 0 |
| 184 | 2 | 3 | 184 | 2 | 2 |
| 185 | 1 | 2 | | 0 | 1 |
| 186 | 3 | 1 | 186 | 2 | 1 |
| 187 | 0 | 3 | | 0 | 1 |
| 188 | 1 | 0 | 188 | 1 | 0 |
| 189 | 1 | 0 | | 0 | 0 |
| 190 | 2 | 0 | 190 | 1 | 0 |
| 191 | 1 | 2 | 191 | 1 | 1 |
| 192 | 3 | 1 | 192 | 3 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 193 | 1 | 0 | 193 | 1 | 0 |
| 194 | 1 | 1 | | 0 | 1 |
| 195 | 1 | 1 | | 0 | 1 |
| 197 | 0 | 1 | | 0 | 1 |
| 198 | 3 | 1 | 198 | 3 | 0 |
| 200 | 2 | 2 | 200 | 2 | 1 |
| 201 | 1 | 2 | | 0 | 2 |
| 202 | 0 | 2 | | 0 | 2 |
| 205 | 1 | 0 | 205 | 1 | 0 |
| 207 | 0 | 1 | | 0 | 0 |
| 208 | 1 | 1 | 208 | 1 | 0 |
| 210 | 1 | 1 | 210 | 1 | 1 |
| 211 | 1 | 1 | | 0 | 1 |
| 212 | 2 | 2 | 212 | 2 | 2 |
| 213 | 3 | 2 | 213 | 1 | 2 |
| 214 | 1 | 0 | 214 | 1 | 0 |
| 216 | 1 | 1 | 216 | 1 | 0 |
| 217 | 1 | 1 | | 0 | 1 |
| 218 | 2 | 1 | 218 | 2 | 0 |
| 219 | 1 | 1 | 219 | 1 | 1 |
| 220 | 2 | 1 | 220 | 1 | 1 |
| 221 | 1 | 0 | | 0 | 0 |
| 223 | 1 | 0 | 223 | 1 | 0 |
| 224 | 0 | 1 | | 0 | 0 |
| 225 | 0 | 1 | | 0 | 1 |
| 226 | 0 | 2 | | 0 | 2 |
| 227 | 1 | 0 | 227 | 1 | 0 |
| 228 | 2 | 0 | 228 | 2 | 0 |
| 229 | 1 | 0 | 229 | 1 | 0 |
| 230 | 1 | 3 | | 0 | 2 |
| 231 | 1 | 0 | | 0 | 0 |
| 232 | 2 | 1 | 232 | 1 | 1 |
| 233 | 2 | 0 | 233 | 1 | 0 |
| 235 | 1 | 0 | 235 | 1 | 0 |
| 236 | 0 | 1 | 237 | 1 | 1 |
| 237 | 1 | 0 | | 0 | 0 |
| 238 | 1 | 0 | 238 | 1 | 0 |
| 239 | 0 | 1 | | 0 | 1 |
| 240 | 1 | 3 | 240 | 1 | 3 |

| 241 | 1 | 1 | 241 | 1 | 1 |
|-----|---|---|-----|---|---|
| 242 | 2 | 0 | 242 | 2 | 0 |
| 243 | 1 | 0 | 243 | 1 | 0 |
| 244 | 2 | 1 | 244 | 2 | 0 |
| 245 | 1 | 0 |     | 0 | 0 |
| 246 | 0 | 2 |     | 0 | 1 |
| 250 | 1 | 1 |     | 0 | 1 |
| 251 | 0 | 1 |     | 0 | 0 |
| 252 | 1 | 1 | 252 | 1 | 1 |
| 253 | 1 | 0 | 253 | 1 | 0 |
| 254 | 1 | 1 |     | 0 | 1 |
| 255 | 0 | 1 |     | 0 | 1 |
| 256 | 1 | 0 | 256 | 1 | 0 |
| 257 | 1 | 0 |     | 0 | 0 |
| 260 | 0 | 1 |     | 0 | 1 |
| 262 | 0 | 1 |     | 0 | 1 |
| 265 | 1 | 0 | 265 | 1 | 0 |
| 266 | 1 | 0 | 266 | 1 | 0 |
| 267 | 0 | 2 |     | 0 | 2 |
| 268 | 0 | 1 |     | 0 | 1 |
| 269 | 1 | 1 | 269 | 1 | 1 |
| 271 | 1 | 0 | 271 | 1 | 0 |
| 272 | 1 | 1 |     | 0 | 1 |
| 273 | 1 | 3 | 273 | 1 | 3 |
| 278 | 0 | 1 |     | 0 | 1 |
| 279 | 0 | 1 |     | 0 | 1 |
| 280 | 1 | 0 |     | 0 | 0 |
| 286 | 1 | 0 | 286 | 1 | 0 |
| 293 | 0 | 1 |     | 0 | 1 |
| 295 | 0 | 1 |     | 0 | 1 |
| 297 | 1 | 0 | 297 | 1 | 0 |
| 299 | 1 | 0 | 299 | 1 | 0 |
| 304 | 0 | 1 |     | 0 | 1 |
| 306 | 1 | 0 | 306 | 1 | 0 |
| 311 | 1 | 0 | 311 | 1 | 0 |
| 315 | 2 | 0 |     | 0 | 0 |
| 316 | 1 | 1 | 316 | 1 | 1 |
| 318 | 0 | 1 |     | 0 | 1 |
| 319 | 1 | 0 | 319 | 1 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 323 | 0 | 1 | | 0 | 0 |
| 328 | 1 | 0 | 328 | 1 | 0 |
| 330 | 0 | 1 | | 0 | 1 |
| 332 | 1 | 0 | 332 | 1 | 0 |
| 336 | 1 | 0 | | 0 | 0 |
| 344 | 1 | 1 | 344 | 1 | 0 |
| 348 | 2 | 0 | 348 | 2 | 0 |
| 350+ | 18 | 22 | 374 | 14 | 17 |
| Total | 237,758 | 95,938 | | 206,274 | 79,050 |
| Max = | 1,065 | 1,247 | | 1,065 | 1,247 |

A08263