# EXHIBIT 2

Dockets.Justia.com

| 2004 | 1700 | 68 | 5 | 7 |
|------|------|----|----|----|
| 2004 | 1700 | 68 | 6 | 9 |
| 2004 | 1700 | 68 | 7 | 8 |
| 2004 | 1700 | 68 | 8 | 5 |
| 2004 | 1700 | 68 | 10 | 3 |
| 2004 | 1700 | 68 | 11 | 1 |
| 2004 | 1700 | 68 | 14 | 1 |
| 2004 | 1700 | 68 | 16 | 1 |
| 2004 | 1700 | 69 | 20 | 1 |
| 2004 | 1700 | 69 | 1 | 6 |
| 2004 | 1700 | 69 | 2 | 4 |
| 2004 | 1700 | 69 | 3 | 8 |
| 2004 | 1700 | 69 | 4 | 7 |
| 2004 | 1700 | 69 | 5 | 14 |
| 2004 | 1700 | 69 | 6 | 4 |
| 2004 | 1700 | 69 | 7 | 8 |
| 2004 | 1700 | 69 | 8 | 2 |
| 2004 | 1700 | 69 | 9 | 3 |
| 2004 | 1700 | 69 | 11 | 1 |
| 2004 | 1700 | 69 | 13 | 1 |
| 2004 | 1700 | 70 | 20 | 1 |
| 2004 | 1700 | 70 | 1 | 2 |
| 2004 | 1700 | 70 | 2 | 3 |
| 2004 | 1700 | 70 | 3 | 9 |
| 2004 | 1700 | 70 | 4 | 9 |
| 2004 | 1700 | 70 | 5 | 10 |
| 2004 | 1700 | 70 | 6 | 12 |
| 2004 | 1700 | 70 | 7 | 9 |
| 2004 | 1700 | 70 | 8 | 5 |
| 2004 | 1700 | 70 | 9 | 3 |
| 2004 | 1700 | 70 | 10 | 2 |
| 2004 | 1700 | 70 | 11 | 4 |
| 2004 | 1700 | 70 | 12 | 1 |
| 2004 | 1700 | 70 | 13 | 1 |
| 2004 | 1700 | 70 | 14 | 1 |
| 2004 | 1700 | 70 | 18 | 1 |
| 2004 | 1700 | 71 | 19 | 1 |
| 2004 | 1700 | 71 | 1 | 3 |
| 2004 | 1700 | 71 | 2 | 3 |
| 2004 | 1700 | 71 | 3 | 3 |
| 2004 | 1700 | 71 | 4 | 11 |
| 2004 | 1700 | 71 | 5 | 7 |
| | | | 6 | 7 |