# EXHIBIT 3

Dockets.Justia.com

## Bahr, Robert

**From:** Morse, Gregory
**Sent:** Wednesday, July 19, 2006 8:08 AM
**To:** Bahr, Robert
**Subject:** RE: Continuing applications data



Refile Analysis.xls

-----Original Message-----
**From:** Bahr, Robert
**Sent:** Wednesday, July 19, 2006 5:49 AM
**To:** Morse, Gregory
**Subject:** Continuing applications data

Could you obtain for me a chart showing the number of applications filed from FY 1982-2005 and also showing the number and percentage of continuation, divisional, continuation-in-part, and total continuing applications filed each of these FYs?

1

| Fiscal Year | UPR Filings | Continuations | CPAs | RCEs | R129s | Total CON-type Refiles | % CONs of Total Filings | % Total CONs of Total Filings |
|---|---|---|---|---|---|---|---|---|
| FY80 | 93,800 | 6,022 | 0 | 0 | 0 | 6,022 | 6.4% | 6.4% |
| FY81 | 107,513 | 8,192 | 0 | 0 | 0 | 8,192 | 7.6% | 7.6% |
| FY82 | 116,731 | 9,097 | 0 | 0 | 0 | 9,097 | 7.8% | 7.8% |
| FY83 | 97,448 | 6,764 | 0 | 0 | 0 | 6,764 | 6.9% | 6.9% |
| FY84 | 109,539 | 9,509 | 0 | 0 | 0 | 9,509 | 8.7% | 8.7% |
| FY85 | 116,427 | 11,882 | 0 | 0 | 0 | 11,882 | 10.2% | 10.2% |
| FY86 | 121,611 | 14,036 | 0 | 0 | 0 | 14,036 | 11.5% | 11.5% |
| FY87 | 126,407 | 15,466 | 0 | 0 | 0 | 15,466 | 12.2% | 12.2% |
| FY88 | 137,069 | 16,923 | 0 | 0 | 0 | 16,923 | 12.3% | 12.3% |
| FY89 | 151,331 | 19,184 | 0 | 0 | 0 | 19,184 | 12.7% | 12.7% |
| FY90 | 163,561 | 19,962 | 0 | 0 | 0 | 19,962 | 12.2% | 12.2% |
| FY91 | 167,715 | 22,346 | 0 | 0 | 0 | 22,346 | 13.3% | 13.3% |
| FY92 | 172,539 | 26,086 | 0 | 0 | 0 | 26,086 | 15.1% | 15.1% |
| FY93 | 174,553 | 28,067 | 0 | 0 | 0 | 28,067 | 16.1% | 16.1% |
| FY94 | 186,123 | 31,750 | 0 | 0 | 0 | 31,750 | 17.1% | 17.1% |
| FY95 | 221,304 | 37,563 | 0 | 0 | 1,612 | 39,175 | 17.0% | 17.7% |
| FY96 | 191,016 | 23,735 | 0 | 0 | 5,016 | 28,751 | 12.4% | 15.1% |
| FY97 | 220,773 | 28,673 | 0 | 0 | 3,737 | 32,410 | 13.0% | 14.7% |
| FY98 | 240,090 | 14,016 | 17,461 | 0 | 2,356 | 33,833 | 5.8% | 14.1% |
| FY99 | 261,013 | 13,239 | 25,258 | 0 | 949 | 39,446 | 5.1% | 15.1% |
| FY2000 | 293,244 | 17,613 | 30,888 | 1,033 | 444 | 49,978 | 6.0% | 17.0% |
| FY2001 | 326,081 | 21,436 | 22,406 | 12,438 | 206 | 56,486 | 6.6% | 17.3% |
| FY2002 | 333,688 | 25,613 | 8,978 | 25,680 | 118 | 60,389 | 7.7% | 18.1% |
| FY2003 | 333,452 | 26,141 | 2,333 | 39,572 | 87 | 68,133 | 7.8% | 20.4% |
| FY2004 | 355,527 | 27,981 | 0 | 46,014 | 42 | 74,037 | 7.9% | 20.8% |
| FY2005 | 384,228 | 30,756 | 0 | 54,964 | 8 | 85,728 | 8.0% | 22.3% |
| FY2006 | 229,219 | 17,212 | 0 | 38,259 | 9 | 55,480 | 7.5% | 24.2% |