# EXHIBIT

4-a

EXCERPT



# The Role of the Solicitor's Office

John M. Whealan

Deputy General Counsel for IP Law and Solicitor

# Major Responsibilities of the Solicitor's Office

1. <u>Litigation</u>: Represent the agency in federal court litigation & advise DOJ on I.P. cases where PTO is not a party
2. <u>Advice</u>: Provide legal & policy advice to senior management on complex legal/technical issues
3. <u>OED</u>: Prosecute practitioners who violate OED rules and assist in the administration of the registration exam

## 2. Legal Advice

- Promulgate and implement rules – e.g., proposed rules regarding continuations, claims and IDS
- Guidelines – e.g., 101 guidelines, utility guidelines
- Review petition decisions likely to be litigated
- Review patent/trademark applications raising important or unique legal questions
- Advise on complex policy questions

# Latest Rules Proposals

- Latest rules proposals address (i) continuations, (ii) claims, and (iii) IDS practice (coming soon)
  - Solicitor's Office brought in early
    - Importance of rules to practitioners
    - Anticipated legal challenges
- Minimal impact on majority of cases
- Make examination more focused/efficient
- Reduce effect of atypical cases
- Will also help reduce backlog

# Let's Look at the Numbers

- 384,228 applications filed in fiscal 2005
  - 30,767 were continuations (non-CIP)
  - 6,411 were 2nd or higher in a cont chain
- 54,495 Requests for Continued Examination
  - 10,370 were 2nd or higher RCEs in a series
- Thus 4-5% of applications (16,781/384,228) have already been through two or more complete examinations

## a. Set reasonable limits on continuation practice

- One continuation or RCE as of right
- For 2nd and subsequent continuations
  - Petition and show why it is needed "to obtain consideration of an amendment, argument, or evidence that could not have been submitted" earlier in series
- No first action finals (4 bites at the apple)
- Office-ordered divisionals treated as separate applications

a. Limits on continuation practice --cont'd

- No voluntary divisionals
  - Presumption of double patenting when two applications
    - Filed same day
    - Same assignee
    - Common inventors
    - Substantial overlap in disclosure
  - Rebut presumption by showing that claims are patentably distinct

## b. Representative Claims

- Patent Board uses Rep Claims
- District Court uses Rep Claims
- CAFC uses Rep Claims
- Examiner and Applicants will use 10 representative claims
  – Consider how much examiner time is wasted when applicants amend all independent claims in response to first office action

## b. Representative Claims – cont'd

- No claim will issue without complete examination!
- Initial examination will focus on 10 representative claims
  - all independent claims
  - others as selected by applicant
  - remaining claims held in abeyance until representative claims ready for allowance
- Applicants who want immediate examination of all claims will have to:
  - Conduct a Search
  - File Examination Support Document showing patentability of all claims over closest art