# EXHIBIT

4-b

Dockets.Justia.com

# Comments and Effective Dates

- Comments accepted until May 3, 2006
  - AB93Comments@uspto.gov (Cont Reform)
  - AB94Comments@uspto.gov (Rep Claims)
- Effective Date of Final Rule
  - Continuation limits apply to any application filed on or after the effective date of the final rule
  - Representative Claims used in all cases without a first office action as of the effective date of final rule

# c. IDS Reform Coming Soon

- Will have little effect on the typical application

- At a certain point applicants will be required to discuss materiality of submitted references, e.g. when
  - Large references (over 30 pages)
  - Lots of references (over 25)
  - References submitted late in the application process

# 2. Legal Advice (cont.)

- Reexamination questions
- Reissue questions
- Interference questions
- Petitions questions

# Summary: Unique Aspects About the Work of the Solicitor's Office

- Involved in both litigation and policy

- Diverse docket

- Work with, and learn from, bright people both within the USPTO and other government agencies.

# Thank You

- Contact information:
  - John M. Whealan, Solicitor
    - john.whealan@uspto.gov
    - (571)272-9035