# EXHIBIT

## 7-a

Dockets.Justia.com



# Appeal Conference Initiatives

- Pre-Brief Appeal Conference Pilot Program
  - 1296 Off. Gaz. Pat. Office 67 (July 12, 2005)
  - The USPTO is extending the program until further notice.

- Post-Brief Appeal Conference
  - Applies to all appeals

15

# 2. Representative Claims

- Board uses Representative Claims
- District Court uses Representative Claims
- CAFC uses Representative Claims
- Examiner and Applicants will now use 10 representative claims to focus initial examination

16

# Let's Look at Some More Numbers

17



Minimal effect on Typical Case:
Average Number of Claims at Filing



# 2. Representative Claims –cont'd

- No claim will issue without complete examination!
- Initial examination will focus on 10 representative claims
  - all independent claims
  - others as selected by applicant
  - remaining claims held in abeyance until representative claims ready for allowance
- Applicants who want immediate examination of all claims will have to:
  - Conduct a Search
  - File Examination Support Document showing patentability of all claims over closest art

20

# 2. Representative Claims –cont'd

- Comment sought on Markush-type claims

  – Should each alternative in the claim count as a separate claim?

  – Should each alternative count unless the applicant shows that each alternative includes a common structure/property/activity?

  – Office does not want to disturb appropriate use of Markush claims

  – Office does not want to create incentives to couch every claim in the alternative

21

# Effective Date

- Effective Date of Final Rule

  - Representative claims apply to any application filed on or after the effective date of the final rule (not yet determined)

  - Representative Claims will also be used in all cases without a first office action as of the effective date of final rule

    - Applicants on file before the effective date will be given a chance to amend claims and select the representative 10

22

# Comments?

- Comments accepted until May 3, 2006
- Continuation Rules
  - AB93Comments@uspto.gov
- Representative Claims
  - AB94Comments@uspto.gov

23

# 3. IDS Reform Coming Soon

- Will have little effect on the typical application

- At a certain point applicants will be required to discuss materiality of submitted references, e.g. when

  - Large references (over 30 pages)
  - Lots of references (over 25)
  - References submitted late in the application process

24

# Constructive Comments Please

- Current system is not working and it cannot continue without changes
  - Most applicants use "best" practices and will be minimally affected
  - Those that don't will have to comply with the new rules
- PTO welcomes
  - Constructive criticism, suggestions, and alternatives
  - Warnings on how applicants will attempt to game the new rules
  - But simply saying don't change anything isn't helpful

25

# Thank You

- Contact information:
  - John M. Whealan, Solicitor
    - John.whealan@uspto.gov
    - (571)272-9035

26