# EXHIBIT 10

Dockets.Justia.com



AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

## 2006 ANNUAL MEETING – WASHINGTON, DC

## CD-ROM ORDER FORM

## OCTOBER 19-21

### THURSDAY, OCTOBER 19, 2006

*UNLESS OTHERWISE NOTED, EACH SPEAKER LISTED SUBMITTED BOTH A PAPER AND SLIDES*

### Morning Sessions

**CONCURRENT TRACK 1 – *CHANGES IN THE DEFINITION OF STATUTORY SUBJECT MATTER, AND IN THE RULES AFFECTING THE USE OF REPRESENTATIVE CLAIMS AND CONTINUING APPLICATIONS***
*Moderator: Michael D.Stein*
How Will the Revised #37 CFR 1.78 Make the Examination Process More Efficient and Reduce the Load on Examiners
-John J. Doll (No Materials)
Describe Strategy for Optimizing Patent Protection Under the New Continuation Rules
-Charles E. Van Horn (Slides Only)
How Will the Use of "Representative" Claims Increase Efficiency of the Examination Process
-John Love (No Materials)
Discuss Applicant's Strategy to Use New "Representative Claims" to Optimize Patent Protection
-Stephen G. Kunin
How Will Lab Corp. and the Interim Guidelines Affect Prosecution Before the USPTO
-Michael R. Fleming (Slides Only)
How to Advise Your Clients About the Effect of Lab Corp. and the Interim Guidelines on Prosecution Strategy in the USPTO
-Kenneth N. Nigon
On-Line Peer Review of Published Applications: The Proposed USPTO Pilot
-Beth S. Noveck
Harnessing Collaborative Web-Based Technology to Bring Prior Art to the Patent Process-An Inventor's Perspective
-Bruce D. Sunstein

**CONCURRENT TRACK 2 – *TRADEMARK – DOMAIN NAME BEST PRACTICES***
*Moderator: Kristine Dorraine*
Get Trendy - Introduction and Interesting Trends re: UDRP Filings
-Jeffrey M. Samuels
Cornering the Complex Cybersquatter – Ideas to Implement and Pitfalls to Avoid When Drafting a UDRP Complaint:
-James R. Davis
To UDRP or Not UDRP – That is the (Civil Action) Question
-David Kelly (Paper Only)
-Fabricio Vayra (Paper Only)
-Dee Ann Weldon-Wilson (Paper Only)

**CONCURRENT TRACK 3 –*TRADE SECRETS – PROTECTIVE ORDERS, EMPLOYEES ISSUES, NON-COMPETES: "HOW TO" WITH EXAMPLES***
*Moderator: Ann Viksnins*
New Federal Rules of Civil Procedures-Preservation of Electronic Discovery
-Gregory N. Stillman

The Use of Protective Orders to Limit Disclosure of Trade Secrets in Litigation
-Anais V. Viksnins
Good and Not-So-Good Trade Secret Agreement Provisions – How to Avoid Drafting Trade Secrets Away
-Kevin Tottis
Civil and Criminal Options with Regards to Employee Theft or Misappropriation of Trade Secrets
-Brian Daley
In-House Corporate View of Trade Secrets
-Paul H. McDowall
Luncheon – Law Firm and IP Paradigms: Keeping Pace in a Changing World
-Sharon R. Barner (Paper Only)

### Afternoon Sessions

**CONCURRENT TRACK 1 – *WILLFUL PATENT TRADEMARK INFRINGEMENT – COUNSELING, DISCOVERY AND TRIAL***
*Moderator: Ann Mueting*
Willfulness Issues in Patents
-John B. Pegram
Issues Regarding Enhanced Damages for Trademarks
-Griffith B. Price, Jr.
Ethics and Opinions Letters
-David Hricik
Enhanced Damages and Willfulness From A Judge's View
-Honorable Sharon Prost (No Materials)
-Honorable Kent A. Jordan (No Materials)

**CONCURRENT TRACK 2 - *INVENTORSHIP***
*Moderator: Stephen E. Belisle*
Inventorship Basics
-Mark L. Whitaker
What Happens When You Don't Get Inventorship Right
-Donald A. Degnan
Biotech Inventions, Multinational Inventions and Inventions in Cyberspace
-Stephana Patton

**CONCURRENT TRACK 3 – *TRADEMARK APPEALS***
*Moderator: Michael Boudett*
An Overview of Ex parte Appeals to the TTAB and How to Prepare One
-Helen K. Minsker
Appeals From An Adverse TTAB Decision – Pro-Football V. Harjo and Beyond
-Stephen R. Baird
Trademark Appeals and the Supreme Court
-Beth S. Brinkmann (Paper Only)



AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

Thursday Afternoon Sessions Continued

**COMMITTEE EDUCATIONAL SESSION – *CORPORATE PRACTICE/LICENSING AND MANAGEMENT OF IP ASSETS (JOINT SESSION)***
*Moderator: Kevin Wolff*
(Only Papers Available for This Session)
Overview of IP Due Diligence
-Charles Calkins
Level of Due Diligence Needed and Prior Agreements
-Charles Calkins
Standards Boards and Open Standardization – Commitments to Licensing Terms and their Effect on Licensing and Due Diligence
-Gustav Brismark
Treatment of Transferability of IP Rights and License Agreements for Due Diligence
-Mike Miotkowski
The Attorney-Client Priviledge, Waiver, and the Common Interest Doctrine as They Relate to Due Diligence
-Mark J. Thronson
BioTech and Clinical Trial Considerations for Due Diligence
-Beverly W. Lubit
Copyrights Considerations for Due Diligence
-James J. Johnston

**COMMITTEE EDUCATIONAL SESSION – *INDUSTRIAL DESIGNS***
-Patricia E. McQueeney (Paper Only)
-Tracy-Gene G. Durkin (Paper Only)
-Christopher V. Carani (Paper Only)
***Panel Discussion on Hague Agreement Featuring:***
-Marcus Hopperger (Paper Only)
-Gerhard R. Bauer

### FRIDAY, OCTOBER 20, 2006

#### Morning Sessions

**CONCURRENT TRACK 1 –*BLOOD, SWEAT, TOIL, AND TEARS: LICENSING AND THE ART OF THE DEAL***
*Moderator: William R. Cohrs*
History Is Written by Successful Negotiators
-John Dondrea (Paper Only)
-Edward D. Manzo
Bringing Order to the Chaos of Licensing Negotiation
-Robert S. Weisbein
-James Bollinger
Truth, The Whole Truth, and Nothing But the Truth: the Ethical Boundaries of License-Speak
-Genie (Eugenia S.) Hansen
Competitive Licensing – Demonstration and Critique
-John Dondrea and Edward D. Manzo (No Materials)
-Robert S. Weisbein and James Bollinger (No Materials)
Review and Commentary
-Lisa K. Jorgenson (No Materials)
-Wayne P. Sobon (No Materials)
-Michael Noonan (No Materials)

**CONCURRENT TRACK 2 –*UPDATE ON THE EXTRATERRITORIAL ENFORCEMENT OF PATENTS, TRADEMARKS AND COPY RIGHTS***
*Moderator: Neil A. Smith*

Form Over Substance: The Importance of Claim Language in Patent Enforcement, Method vs. Systems Claims
-James Wallace
Tag Team....What Does History Teach, and the Future Hold, for Extraterritorial Enforcement of US Patents
-Alan Fisch (Paper Only)
-T. Andrew Culbert (Paper Only)
US International Trade Commission: Extraterritorial Rights of US Patents Against Imports
-Alice A. Kipel (Paper only)
Contrasting the Extraterritorial Enforcement of Trademark and Patent Rights
-Timothy Holbrook
Copyright Laws Across the Border: Extraterritorial Enforcement
-Doris Estelle Long

**CONCURRENT TRACK 3 – *MOVIES, MUSIC AND DEAD CELEBRITIES***
*Moderator: Kate Spelman*
Celebrities – The Past and the Future
-Mark Roesler (Paper Only)
Implications of Library Asset Sales
-Juliette Youngblood (Paper Only)
Virtual Superstars and the Right of Publicity in Motion Pictures
-Mark Lee (No Materials)
Surviving the Minefield of Dead Celebrities
-Jonathan Jennings (Paper Only)

#### Afternoon Sessions

**CONCURRENT TRACK 1 – *§112 LEGAL DEVELOPMENTS AND PRACTICE POINTERS***
*Moderator: Margo Bagley*
Developments in the Law of Steps Plus Function Claims
-Paul Kitch (Slides Only)
LizardTech V. Resources Mapping and its Implications for the Written Description Requirement
-Esther Kepplinger
"Testing, Testing...": Perils and Pratfalls in Test Parameter Claim Drafting
-John E. Schneider

**CONCURRENT TRACK 2 - *FOREIGN COUNSEL DEVELOPING US CLIENTS: HOW SHOULD FOREIGN COUNSEL DEVELOP US CLIENTS AND ADVICE FROM US CORPORATE COUNCEL ON HOW FOREIGN COUNSEL SHOULD DEVELOP US CLIENTS***
*Moderator: Raymond Van Dyke*
US Corporate Practice Viewpoint
-Chen Wang (Slides Only)
-Mark A. Guetlich (Slides Only)
German Private Practice Viewpoint
-Martin Kohler
China Private Practice Viewpoint
-George Ribeiro (No Materials)
UK Private Practice Viewpoint
-Tibor Gold (Slides Only)
Korea Private Practice Viewpoint
-Chun Y. Yang



# AIPLA
## AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

### Friday Afternoon Sessions Continued

**)NCURRENT TRACK 3 –PRACTITIONERS' STRATEGIES**
**)R SECTION 337 PROCEEDINGS AS THE ITC**
*Moderator: Nancy Lee Carter*
Section 337 and the US International Trade Commission
-Spence Chubb
So You Say You Want an Exclusion Order. Top Strategies for
Winning (or not Losing) Your Case at the ITC
-Raymond A. Kurz
Invited to the ITC? How to Defend Your Client
–John F. Rabena (No Materials)
Life on the Inside: Introduction to the ITC and an ITC Lawyer's
Perspective On What Parties Do Wrong (and Right) at the ITC
-Spence Chubb (No Materials)

**)MMITTEE EDUCATIONAL SESSION – INTERNATIONAL**
**\D FOREIGN LAW/IP PRACTICE IN EUROPE/IP PRACTICE**
**' THE FAR EAST/IP PRACTICE IN JAPAN/PATENT**
**TIGATION (JOINT SESSION)**
*Moderator: Mark Shuman*
Comparative Evidence Gathering Mechanisms
-Mark Shuman (No Materials)
Evidence Gathering Mechanisms in the United States
-Kenneth Adamo (No Materials)
Evidence Gathering Mechanisms in Germany
-Thomas Reimann (Paper Only)
Evidence Gathering Mechanisms in France
-Grégoire Triet
Evidence Gathering in the United Kingdom
-Katherine Stephens (Slides Only)
Evidence Gathering Mechanism in China
-Ying Tuo
Evidence Gathering Mechanisms in Korea
-Jae Hoon Kim (Paper Only)

### SATURDAY, OCTOBER 21, 2006

**.ENARY SESSION – YEAR IN REVIEW/ETHICS**
**'ALPRACTICE)**
*Moderator: Jay Zhang*
Patent Law Review
–John R. Thomas
Copyrights Review
-Kenneth M. Kaufman (Paper Only)
Trade Secret Review
-Gordon T. Arnold (Paper Only)
Trademark Review
-Brian B. Darville (Paper Only)
Ethics and Loss Prevention Issues in Intellectual Property
Practice
-George M. Kryder (Paper Only)



**AIPLA**

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

## 2006 ANNUAL MEETING –WASHINGTON, DC – CD-ROM ORDER FORM

Total cost for the 2006 Annual Meeting CD-ROM is $100 plus $5.00 shipping and handling for each CD-ROM. Overseas orders will be invoiced at cost for additional shipping charges.

To ensure safe delivery, all orders will be shipped via United Parcel Service. Be sure to include full street address, suite or apartment number, zip code, and contact phone number. **No P.O. Box Numbers.**

Please indicate if RUSH delivery is needed.  Additional fees for rushed orders will added to total charges.

**\*\*ALL ORDERS <u>MUST</u> BE PREPAID\*\***

NAME: _____     MEMBER #: _____

ADDRESS: _____

CITY: _____     STATE: _____

PHONE: _____     EMAIL: _____

# OF COPIES REQUESTED: _____     ENCLOSED IS PAYMENT IN THE AMOUNT
                                         OF: $_____

PLEASE CHARGE: $_____ TO MY

AMEX          MASTERCARD          VISA

CARD #: _____     EXP. DATE _____

NAME ON CARD: _____

SIGNATURE: _____

IF PAYING BY CHECK, MAKE CHECKS PAYABLE TO: AIPLA
ALL ORDER FORMS AND PAYMENTS SHOULD BE SENT TO:

AIPLA, 241 18TH STREET SOUTH, SUITE 700 ARLINGTON, VA, 22202
703-415-0786 (FAX) FOR CREDIT CARD ORDERS ONLY.
PLEASE CONTACT US AT 703-415-0780 WITH ANY QUESTIONS