# EXHIBIT 13

Dockets.Justia.com

# Track One: The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective

*John Joseph Love*
*US Patent and Trademark Office*
*Alexandria, VA*

PowerPoint Presentation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

**PowerPoint Presentation**



**Present & Future Perspectives of the USPTO**
*Institute of Continuing Legal Education (ICLE)*
*Spring Seminar 2007 - March 19, 2007*

**John Love**
Deputy Commissioner for Patent Examination Policy

---

 **Topics**

- **Recent Changes – which resulted in success**
  - **Quality –**
    - Fulfilling the goal of continuous improvement
  - **Statistical Update –**
    - Why FY 2006 was a record-breaking year

- **Strategic Planning & the Future of the USPTO**

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# QUALITY

*Fulfilling the goal of continuous improvement*



# On-Going Quality Initiatives

- Interviews before First Action
- Second Pair of Eyes
- In Process Reviews
- Appeal Specialists
- Pre-Appeal Brief Conferences
- Appeal Conferences

- GS 12 Certification Exam
- Primary Examiner Recertification
- TC Targeted Areas of Review
- New Patent Examiner Training Academy
- Central Reexamination Unit
- Accelerated Examination

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

 **Interviews Before 1st Office Action**

- Normally granted in continuing or substitute applications

- In all other applications interview will be granted if the examiner determines that such an interview would advance prosecution of the application

- Examiner may require applicant requesting interview to provide a paper with a general statement of the prior art and no more than three references believed to be the closest prior art and how the broadest claim is distinguished over these.

 **Second Pair of Eyes**

- Focuses on reviewing work product throughout examination

- Tool to gather information for creating training modules

- May be performed throughout a TC or in specific areas

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# In Process Reviews

- Initiated formally in FY 2003
- Statistically significant randomly selected applications are reviewed
- Focus of evaluation:
  - ➤ Whether rejections are proper
  - ➤ Whether a proper rejection has not been made
  - ➤ Evaluate search quality



# Appeal Specialists

- TQAS position in each TC
- May be a conferee for pre appeal and appeal conferences
- Major duties include coordinating appeal matters throughout the TC
- Identify trends and training needs

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



## Pre-appeal brief conferences

- **Program began July 12, 2005**

- **Extended February 7, 2006**

- **Over 5,600 conferences conducted**
  - ➤ **For the last three months of 2006, we decided to proceed to the Board over 65% of the time.**



The Institute of Continuing Legal Education

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# Appeal Conferences

- Appeal conference required in every application having a brief
- Conferees include:
  - Examiner
  - SPE
  - Appeal Conferee (appeal specialist, another primary or QAS)



# GS 12 Certification Exam

- Implemented in FY 2004
- Ensures that examiners have up to date knowledge of Office procedures and policies
- Confirms through testing that examiners have achieved skills to merit the grant of legal competency and negotiation that occurs with a promotion to GS-13

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



# Primary Examiner Recertification

- Established in FY 2004
- Applicable to all GS-13 through 15 examiners
- Requirements:
  - ➤ Attendance of legal training
  - ➤ Testing based on the legal training
  - ➤ Periodic expanded review of work product



# TC Targeted Areas of Review

- Technology Centers focus on areas where greatest area of impact is made
- May Include:
  - ➤ Augmenting in-process reviews
  - ➤ Target second pair of eyes review in specific art areas
  - ➤ Target specific actions for review (first office action, finals, etc.)

*2007 Intellectual Property Spring Seminar, March 19, 2007*

 **Training academy**

- Six classes hired through training academy in 2006, totaling over 600 new examiners
- Four classes planned in the first half of '07
- Each Tech Center will send new hires through the training academy in '07

 **Training academy**

- Evaluating existing processes, including:
  - Training delivery
  - Program effectiveness
  - Administrative oversight/structure
- Seeking input on future program development and a permanent structure

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



# Central Reexam Unit (CRU)

- ■ **Initiated in July 2005 to improve quality & timeliness of patent reexaminations**
- ■ **Over 1500 cases have been assigned**
- ■ **CRU Staff**
  - ■ 3 Managers (SPREs)
  - ■ 30 Primary Examiners
  - ■ 5 Paralegals (support)
  - ■ 5 LIEs (support)
  - ■ Centralized support staff



# Central Reexam Unit (CRU)

- ■ **30 Primary Examiners**
  - • **Varied technical expertise**
  - • **Reexam experience**
  - • **Additional legal training**
  - • **Motivated and collegiate**
  - • **Quality focused**

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# Accelerated Examination

- Change in practice effective since August 25, 2006

- Over 200 AE applications received

- Guidance provided on the USPTO web site at http://www.uspto.gov/web/patents/accelerated/



# STATISTICAL UPDATE

## *Why FY 2006 Was a*

## *Record-Breaking Year!*