# EXHIBIT

## 13-a

Dockets.Justia.com

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



# FY 2006 Quality Results

- **Improving Quality is our Highest Priority**

| 2006 Goal | 2006 Result |
|---|---|
| 4% allowance error | 3.5% allowance error |
| 86% in process compliance | 90% in process compliance |



## Quality

- 2006 goals: <=4% allowance error and >=86% in-process compliance
- 2006 results: 3.5% allowance error and 90.0% in-process compliance
- 2007 goals: <=4% allowance error and >=86% in-process compliance

| FY 2006 | % allowance error | % compliant in-process examination |
|---|---|---|
| Target | 4.0% | 86.0% |
| USPTO | 3.5% | 90.0% |
| TC 1600 (Biotech) | 4.3% | 86.5% |
| TC 1700 (Chemical Eng.) | 4.3% | 86.5% |
| TC 2100 (Computers) | 2.3% | 90.8% |
| TC 2600 (Communications) | 2.3% | 90.8% |
| TC 2800 (Semiconductors) | 4.0% | 91.1% |
| TC 3600 (Transport. & BM) | 3.0% | 92.0% |
| TC 3700 (Mechanical Eng.) | 3.0% | 92.0% |

*2007 Intellectual Property Spring Seminar, March 19, 2007*





*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*





*2007 Intellectual Property Spring Seminar, March 19, 2007*


## End-of-year statistics

As of September 30, 2006 (including design):

- ➤ 701,147 applications awaiting first action by the examiner
- ➤ 4883 patent examiners
- ➤ 397 supervisors
- ➤ 29 patent academy trainers
- ➤ 22 TC directors


## Patent Operations update

- FY 2006 filings
- FY 2006 goals and results
  - ➤ Quality
  - ➤ Production
  - ➤ Pendency
  - ➤ Hiring and attrition
  - ➤ Electronic filing

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*





*2007 Intellectual Property Spring Seminar, March 19, 2007*


### Patent pendency

| Technology Center | Average 1st Action Pendency (months)[1] | Average Total Pendency (months)[2] |
|---|---|---|
| 1600 - Biotechnology and Organic Chemistry | 23.5 | 34.4 |
| 1700 - Chemical and Materials Engineering | 22.7 | 32.1 |
| 2100 - Computer Architecture Software and Information Security | 30.8 | 44.0 |
| 2600 — Communications | 30.4 | 42.9 |
| 2800 - Semiconductor, Electrical, Optical Systems | 16.4 | 25.4 |
| 3600 - Transportation, Construction, Electronic Commerce | 21.7 | 29.6 |
| 3700 - Mechanical Engineering, Manufacturing and Products | 20.2 | 28.2 |
| UPR Total | 22.6 | 31.1 |
| FY 06 Target | 22.0 | 31.3 |

[1] "Average 1st action pendency" is the average age from filing to first action for a newly filed application.
[2] "Average total pendency" is the average age from filing to issue or abandonment of a newly filed application.


### Hires and attritions

| | 1600 | 1700 | 2100 | 2600 | 2800 | 3600 | 3700 | Corps |
|---|---|---|---|---|---|---|---|---|
| FY 04 EOY Staff | | | | | | | | |
| FY 05 EOY Staff | | | | | | | | |
| FY 06 Hiring Goal | 75 | 35 | | 690 | | 100 | 100 | 1000[a] |
| FY 06 Hiring | 98 | 88 | 259 | 228 | 226 | 144 | 152 | 1193 |
| FY 06 Attrits | 53 | 56 | 96 | 84 | 96 | 48 | 78 | 510 |
| FY 06 EOY Staff | | | | | | | | |
| FY06 Hires as percent of FY 05 EOY Staff | 19% | 18% | 35% | 29% | 25% | 30% | 28% | 27% |

Staff includes Examiners, SPEs and academy trainers.
[a] As originally planned. Hiring target raised to 1200 during FY 2006.

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



### Electronic filing

New EFS-Web system launched March 2006
- allows PDF-based submissions
- replaced XML-based system

2005 result: 2.2% of applications filed electronically
2006 goal: 10% of applications filed electronically
2006 result: 14.1% of applications filed electronically

FY 2007 results to date: almost 50% of applications filed weekly are received through EFS-Web



# STRATEGIC PLANNING

# AND

# THE FUTURE OF THE USPTO

http://www.uspto.gov/web/offices/com/strat2007/

*2007 Intellectual Property Spring Seminar, March 19, 2007*



# Improving Quality

- Quality improvement initiatives include:
    - Improving Search Quality
        - Additional Examiner Resources for Search
    - Peer Review Pilot
        - Third Party Submission / Comment
    - Develop Quality Metrics
        - Seeking Input from Public
    - External Validation
        - Quasi-Governmental, Attorneys on Sabbatical, or an Independent Search Firm



# Notice of Proposed Rules Changes

- Claims
- Continuing Applications
- Information Disclosure Statements

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*



## Policy/Practice Initiatives

- **Alternative Examination Products**
  - Patentee / Trade Organization / User Input
    - Wants and Needs for IP Protection
      - Different Levels of Examination / Protection
      - Deferred Examination
      - Peer Review
      - Collaborative Examination
- **Markush / Generic Claims**
  - Notice of Proposed Rule Making
  - Input on Potential Solutions



## Patent eGovernment - Future

- eOffice Action Pilot
- Electronic Signatures for Patent Corps

*2007 Intellectual Property Spring Seminar, March 19, 2007*



## Employees – Location of Work

- **Developing a Nationwide Workforce**
  - Regional
  - Local

- **Hoteling**
  - Over 500 Patent Examiners currently participate in Patent Hoteling Program (PHP)
  - Goal for FY 2007 – add 500 examiners



## Outsourcing

- **Reclassification**
- **PCT Outsourcing Search Pilot**
- **Pre-Grant Publications – Classification**

*The New Patent Rules on Continuation and Claims Practice from the USPTO's Perspective*

## Patent Prosecution Highway – Pilot Program

- Pilot program commenced on July 3, 2006 for a period of 1 year; period may be extended for up to one additional year
- USPTO has received approximately 25 requests; JPO approximately 80 requests

## Contact Information

- John Love

Deputy Commissioner for Patent Examination Policy

e-mail: john.love@uspto.gov

Phone: 571-272-8800