Tafas v. Dudas et al

Doc. 143 Att. 51

# EXHIBIT 14

Dockets.Justia.com

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT PUBLIC ADVISORY COMMITTEE MEETING

PUBLIC SESSION

Alexandria, Virginia

Thursday, November 9, 2006

Anderson Court Reporting
706 Duke Street, Suite 100
Alexandria, Virginia
Tel. (703) 519-7180    Fax (703) 519-7190

2

PARTICIPANTS:

KEVIN RIVETTE

ROBERT BUDENS

CATHY FAINT

MAXIMILIAN GRANT

CARL GULBRANDSEN

DEAN KAMEN

JOHN LOVE

GERALD MOSSINGHOFF

LISA NORTON

DOUGLAS PATTON

ANDREA RYAN

DAVID WESTERGARD

JON DUDAS

JOHN DOLL

BARRY HUDSON

* * * * *

Anderson Court Reporting
706 Duke Street, Suite 100
Alexandria, Virginia
Tel. (703) 519-7180 Fax (703) 519-7190

P R O C E E D I N G S

(2:40 p.m.)

CHAIRMAN RIVETTE: Welcome, everybody here. Since it's a small group, could we go around and kind of state who's here? Can we start on this side?

MR. WALSH: Hi, my name is Chris Walsh. I'm an attorney here in Washington with Stern Kessler.

MR. KEY: Hi, my name is Stephen Key, and I'm with Searching.

MR. NOY: I'm Steve Noy with AIPLA.

MR. KAZENSKE: Kaz Kazenske, Microsoft.

MS. ASAKI: I'm Yoko Asaki, Washington Core.

MR. BARRETT: I'm Glen Barrett, Exxon Mobil.

CHAIRMAN RIVETTE: Over on that side?

MR. RILEY: I'm Ron Riley. I'm the president of the Professional Inventors

Alliance, and the executive director of Inventor Ed.

CHAIRMAN RIVETTE: Perfect.

MR. HAJEC: I'm Don Hajec. I'm a group director in TC 3600.

MR. STERN: I'm Ron Stern, and I help out with POPA.

CHAIRMAN RIVETTE: Good.

MR. MORSE: Greg Morse, SPE on detail with John Doll's office.

MR. JOHNSON: Bob Johnson. OCIO, PTO.

Ms. Alston: Donnetta Alston Office Manager, Commissioner for Patents.

MS. AUSTIN: Chaunte Austin, Staff Assistant, Office of the Under Secretary and Director.

MR. SEWELL: Al Sewell, Acting Director (off mike).

OPENING REMARKS

CHAIRMAN RIVETTE: Perfect. So, what I'd like to do now is start going

through -- John, if you wouldn't mind, some strategic overview. Or we can go with the patent operations -- whichever one you feel like. Then we'll kind of go through a recap of what we've done today.

COMMISSIONER DOLL: Why don't we do operations first, because I think that will set the stage on where we were last year, where we'd like to go this year. And then I'll talk about where we want to go two, three five years from now.

CHAIRMAN RIVETTE: Before we start that, is there anyone here that wants to make a statement, wants to say anything? Raise your hand now or forever hold your peace. Is there anybody that came in?

COMMISSIONER DOLL: Darn -- we're actually going to have to talk the whole time.

CHAIRMAN RIVETTE: Okay. My name's Kevin Rivette, if anybody wanted to know. Carl, are you still there on the phone?

(No response)

CHAIRMAN RIVETTE: I guess not.

COMMISSIONER DOLL: He went with Dean.

CHAIRMAN RIVETTE: That's what I'm wondering. So we lost two members at the break. So why don't we start in.

PATENT OPERATIONS OVERVIEW

MR. LOVE: My name is John Love. But for the next 40 minutes, if you can imagine me being Peggy Focarino, that would help.

(Laughter)

CHAIRMAN RIVETTE: John -- let's back that one up. Peggy's not able to be here today, so I'm going to present to you some of the facts and figures and goals, and give you an idea of where we are in terms of pendency, and number of examiners, and so forth -- for this year, or if you want to go to next year -- in our operations. There should be a copy of the PowerPoint that was

handed out as part of your packet. And I think we have paper copies for the public session. I'll just go through it very quickly. If you have questions, please interrupt, and we can talk about it. And I'll try not to use too many acronyms.

At the end of the year -- and we've had a lot of talk about this -- the backlog of applications that are awaiting first action -- that means they have not had a first office action on the merits yet, did surpass the 700,000 number, hence the concern about the backlog and where we are with that. With the hiring of 1,200 examiners, we are up to 4,883 patent examiners; we have 397 supervisors -- and these include what we call "SPEs" -- special program examiners -- and quality assurance examiners. We have 29 Patent Academy trainers. That's in the new training academy; and 22 TC group directors.

CHAIRMAN RIVETTE: How large is that academy? How many people are we running

through it?

MR. LOVE: This past year I think we ran about half of our hires through, with about 600.

CHAIRMAN RIVETTE: About 600? And where is it located?

MR. LOVE: Throughout the campus. We've had to basically -- really find space in all areas. And actually we went out and got some new space, too, that's adjacent to the campus. Okay -- so let's in the operations, we're going to talk about the 2006 filings, the 2006 goals and results, and then some of the initiatives that we undertook in 2006.

(Slide)

CHAIRMAN RIVETTE: What's it? UPR filings? That's utility --

MR. LOVE: Plant and reissue filings. You can see we've had a steady increase. And in '06 -- a rough number, but pretty accurate -- is 417,000 filings. And

since what we've put out was in the 300,000 area, so you can see again that we're not able to keep up with what's coming in the door each year, let alone get to the backlog from the previous year. (Slide.) And the filing growth rate was over 8 percent for this past year.

CHAIRMAN RIVETTE: What was it?

COMMISSIONER DOLL: 8.7.

MR. LOVE: 8.7.

MR. MORSE: Preliminary 8.7. I think there's another 2,000 filings. I think it's up around --

MR. LOVE: How many precincts have reported in?

(Laughter)

MR. LOVE: 9 percent of the --

CHAIRMAN RIVETTE: Are we pretty close to 9? Or closer to --

MR. MORSE: My best guess is 9.1. (Slide.)

MR. LOVE: The next slide shows you

the continuation filing rates. The top graph there is the continuations, which includes straight continuations, continuing prosecutions applications which are phased out; requests for continued examinations; and divisionals.

CHAIRMAN RIVETTE: Why are we seeing such an increase, John?

MR. LOVE: Well, I think --

(Laughs.)

CHAIRMAN RIVETTE: No, I'm serious.

MR. LOVE: Well, there's a lot of reasons. We think that people are -- one of the things that the rules package was addressing was the increase in the number of continuations being filed. And there's various reasons and strategies why our users are doing that. Some of the reasons that are out there is that applicants want to keep the case pending longer so that they have more options, so that they can understand where they are in terms of what the real embodiment