# EXHIBIT 16




# .egInfo.gov
Where to find Federal Regulatory Information

Unified Agenda and Regulatory Plan | EO 12866 Regulatory Review | Information Collection Review
2866 Regulatory Review | Advanced Search | Historical Reports | Review Counts | Letters | XML Reports

## OIRA Conclusion of EO 12866 Regulatory Review

IN: 0651-AB94
itle: Changes to Practice for the Examination of Claims in Patent Applications
gency/Subagency: DOC / PTO
oncluded Action: Consistent with Change
egal Deadline: None
ublication Date: 01/03/2006
lajor: No
egulatory Flexibility Analysis Required: No
ederalism Implications: No

Received Date: 07/15/2005
Stage: Proposed Rule
Concluded Date: 10/11/2005
Economically Significant: No
Unfunded Mandates: No
Related To Homeland Security: No
Small Entities Affected: No

Disclosure | Accessibility | Privacy Policy | Contact Us

# RegInfo.gov
Where to find Federal Regulatory Information

Unified Agenda and Regulatory Plan | E.O. 12866 Regulatory Review | Information Collection Review
12866 Regulatory Review | Advanced Search | Historical Reports | Review Counts | Letters | XML Reports

## View Rule

**RIN:** 0651-AB94  
**Agenda Cycle:** 200604  
**Title:** Changes to Practice for the Examination of Claims in Patent Applications  

**Abstract:** A small but significant minority of applications contain an excessive number of claims, which makes effective examination of such applications problematic. The U.S. Patent and Trademark Office (Office) revises the rules of practice to share the burden of examining applications containing an excessive number of claims. Specifically, the Office amends the rules to provide that if an application contains more than ten independent claims, the applicant must provide a patentability report that covers all of the independent claims in the application. In addition, the Office amends the rules to provide that the Office will give a separate examination only to those dependent claims expressly elected for separate examination, and that the applicant must provide a patentability report that covers all of the independent claims and elected dependent claims in the application if the number of independent claims plus the number of dependent claims elected for examination is greater than ten. The changes would allow the Office to apply the patent examining resources currently absorbed by applications that contain an excessive number of claims to the examination of new applications, and thus allow the Office to reduce the backlog of unexamined applications. This would mean faster more effective examination for the typical applicant without any additional work on the applicant's part, but a small minority of applicants who consume a disproportionate share of agency resources will be required to share the burden they place on the agency.

**Agency:** Department of Commerce(DOC)  
**Priority:** Other Significant  
**Major:** No  
**Unfunded Mandates:** No  
**CFR Citation:** 37 CFR Part 1 (To search for a specific CFR, visit the Code of Federal Regulations.)  
**Legal Authority:** 35 USC 2(b)(2)  

**Legal Deadline:**

| Action | Source | Date |
|---|---|---|
| None | None | |

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 01/03/2006 | 71 FR 61 |
| NPRM Comment Period End | 05/03/2006 | |

**Additional Information:**  
**Regulatory Flexibility Analysis Required:** No  
**Small Entities Affected:**  
**Energy Effects:** No  
**Government Levels Affected:** None  
**Federalism:** No  

**RIN Information URL:**  
**Public Compliance Cost:**  
**Public Comment URL:**  
**Sectors Affected:**  

**Related RINs:**  

**Agency Contact:**  
Robert W. Bahr  
P. O. Box 1450  
Alexandria, VA 22313  
Phone: 571 272-8800  
Email: robert.bahr@uspto.gov  

Disclosure | Accessibility | Privacy Policy | Contact Us

AGENCY: DOC-PTO
RIN: 0651-AB94
TITLE: Changes to Practice for the Examination of Claims in Patent Applications
STAGE: Proposed Rule
ECONOMICALLY SIGNIFICANT: No
RECEIVED DATE: 07/15/2005
LEGAL DEADLINE: None
COMPLETED: 10/11/2005
COMPLETED ACTION: Consistent with Change
PUBLICATION DATE: 01/03/2006

**REDACTED**

### Relevant data:

Of the 607,347 backfile applications for which claims data is available, 304,365 (50.1%) have 3 or fewer independent claims and 20 or fewer total claims, and 302,982 (49.9%) have more than 3 independent claims or more than 20 total claims. Thus, it appears that 324,350 (49.9% of 650,000) applicants would be affected by a requirement (in an application containing more than 3 independent claims or more than 20 total claims) to select which dependent claims (if any) are representative claims.

Costs to applicants: It is estimated that a reply to a notice to designate which dependent claims (if any) are representative claims will on average take 1 hour of attorney time at $286/hour. Thus, the total cost to all patent applicants to select which dependent claims (if any) are representative claims would be $92,764,100 (324,350 hours at $286/hour).

**REDACTED**

### Relevant data:

Of the 607,347 backfile applications for which claims data is available, 475,627 (78.3%) have 6 or fewer independent claims and 30 or fewer total claims, and 131,720 (21.7%) have more than 6 independent claims or more than 30 total claims. Thus, it appears that 140,970 (21.7% of 650,000) applicants would be affected by a requirement (in an application containing more than 6 independent claims or more than 30 total claims) to select which dependent claims (if any) are representative claims.

Costs to applicants: It is estimated that a reply to a notice to designate which dependent claims (if any) are representative claims will on average take 1 hour of attorney time at $286/hour. Thus, the total cost to all patent applicants to select which dependent claims (if any) are representative claims would be $40,317,420 (140,970 hours at $286/hour).

### Comparison Chart

|  | 10 Representative Claims | 3/20 Representative Claims | 6/30 Representative Claims |
|---|---|---|---|
| # of Claims | Independent: 1-10<br>Total: 1-10 | Independent: 1-3<br>Total: 1-20 | Independent: 1-6<br>Total: 1-30 |
| % of Applicants Required to Select | 82.1% | 49.9% | 21.7% |
| Costs to Applicants | $158.3 M | $92.8 M | $40.3 M |

3

8/3/06