# EXHIBIT 17

Dockets.Justia.com

**VIDEO TO BE SUPPLIED**