# EXHIBIT 22

Dockets.Justia.com

# Final USPTO Rule on Claims and Continuations

## Overview of Major Issues and Concerns

SDIPLA

October 11, 2007

### Robert J. Spar

Attorney at Law, Former Dir.(Ret'd) of Office of Patent Legal Administration, Deputy Commissioner for Patent Examination Policy, USPTO

3201 Birchtree Lane, Silver Spring, MD 20906

301-460-1231   bobspar1@comcast.net   301-460-1889 (fax)   301-742-4567 (cell)

# Claims and Continuations Final Rule
## Some Current Claiming Concepts Affected

- Types of patent coverage to be sought in the <u>initial</u> patent application, and the <u>later</u> applications, should be reassessed ivo limits on claims and continuations.

  Importance of broad vs. narrow claims, and the plan to get them.
  What features <u>are</u> important, and need protection?
  What features <u>may</u> be important?

  <u>New Ground rule</u>: max of 3 patents, with 15/75 claims per invention!
  What will be your strategy to get maximum protection?

- Is claim protection for different aspects and classes of invention important, or desirable? Process(es) and apparatus; Combination and subcombination. Think involuntary divisionals.

Oct. 11, 2007

Robert J. Spar

23