# EXHIBIT 24

Dockets.Justia.com



# RegInfo.gov   Where to find Federal Regulatory Information



 ome    Unified Agenda and Regulatory Plan        EO 12866 Regulatory Review      Information Collection Review

Information Collection Review                                Advanced Search

                                                                                XML Reports

---

Display additional information by clicking on the following: ☑ All ☑ Brief and OIRA conclusion
☑ Abstract/Justification ☑ Legal Statutes ☑ Rulemaking ☑ FR Notices/Comments ☑ IC List ☑ Burden ☑ Misc. ☑ Certification
View Information Collection (IC) List                    View Supporting Statement and Other Documents

---

Please note that the OMB number and expiration date may not have been determined when this Information Collection Request and associated Information Collection forms were submitted to OMB. The approved OMB number and expiration date may be found by clicking on the Notice of Action link below.

## View ICR - OIRA Conclusion

OMB Control No: 0651-0031                          ICR Reference No: 200706-0651-004
Status: Historical Inactive                        Previous ICR Reference No: 200703-0651-001
Agency/Subagency: DOC/PTO                           Agency Tracking No:
Title: Patent Processing (Updating)
Type of Information Collection: No material or nonsubstantive change to a currently approved collection
Type of Review Request: Regular
OIRA Conclusion Action: Disapproved and continue       Conclusion Date: 07/26/2007
Retrieve Notice of Action (NOA)                        Date Received in OIRA: 06/22/2007
Terms of Clearance: The requested change is material and substantive and cannot be in this action.

|                      | Inventory as of this Action | Requested    | Previously Approved |
|----------------------|-----------------------------|--------------|---------------------|
| Expiration Date      | 09/30/2007                  | 09/30/2007   | 11/30/2007          |
| Responses            | 2,508,139                   | 2,509,139    | 2,508,139           |
| Time Burden (Hours)  | 3,724,791                   | 3,727,291    | 3,724,791           |
| Cost Burden (Dollars)| 114,723,256                 | 114,723,256  | 114,723,256         |

---

**Abstract:** This collection of information is required by 35 U.S.C. sec. 101 et.seq. and is administered through 37 CFR Part 1. During the pendency of a patent application or the period of enforceability of a patent, situations arise that require collection of information for the USPTO to further process the patent or application. This information can be used by the USPTO to continue the processing of the patent or application or to ensure that applicants are complying with the patent regulations.

---

**Authorizing Statute(s):** US Code: 35 USC 101 Name of Law: null
**Citations for New Statutory Requirements:** None

---

**Associated Rulemaking Information**
RIN:                    Stage of Rulemaking:          Federal Register Citation:      Date:
                        Not associated with rulemaking

---

**Federal Register Notices & Comments**
Did the Agency receive public comments on this ICR? No

**Number of Information Collection (IC) in this ICR:** 5

| IC Title | Form No. | Form Name |
|---|---|---|
| Patent Processing (Updating) | PTO/SB/08/08A/, 08B, PTO/SB/171, PTO/SB/17P, PTO/SB/21-27, PTO/SB/24B, PTO/SB/30-32, PTO/SB/35-39, PTO/SB/42-43, PTO/SB/61-64 | Information Disclosure Statement by Applicant , Information Disclosure Statement by Applicant , Processing Fee Under 37 CFR 1.17(i) Transmittal , Petition Fee Under 37 CFR 1.17(f), (g) & (h) Transmittal , Transmittal Form , Petition for Express Abandonment to Obtain a Refund , Request for Continued Examination (RCE) Transmittal , Nonpublication Request Under 35 U.S.C. 122(b)(2)(B)(i) , Information Disclosure Citation in a Patent , Petition for Revival of an Application for Patent Abandoned Unavoidably under 37 CFR 1.137 (a) |
| Petition for a second request for continued examination showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the application | | |
| Petition for a second continuation or continuation-in-part application showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution | | |
| Examination support document filed in certain nonprovisional applications covering the independent claims and the designated dependent claims (proposed 37 CFR 1.75(b) | | |
| Request for First-Action Interview (Pilot Program) | PTOL-413C | Request for First-Action Interview (Pilot Program) |

**Burden increases because of Program Change due to Agency Discretion:** Yes

**Burden Increase Due to:** Miscellaneous Actions

**Burden decreases because of Program Change due to Agency Discretion:** No

**Burden Reduction Due to:**

**Short Statement:** The USPTO proposes to accelerate a petition activity relevant to existing form PTOL-413A Applicant Initiated Interview Request by allowing the applicant to submit a new form, PTOL-413C Request for First Action Interview, to request a pre-first Office Action interview and attest to the concurrent submission of form PTO/SB/08a Information Disclosure Statement By Applicant. See attached statement.

**Annual Cost to Federal Government:** $0

**Does this IC contain surveys, censuses, or employ statistical methods?** No

**Is the Supporting Statement intended to be a Privacy Impact Assessment required by the E-Government Act of 2002?** No

**Agency Contact:** Samual Broda 5712727711

---

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9 and the related provisions of 5 CFR 1320.8(b)(3).

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

- ☑ (a) It is necessary for the proper performance of agency functions;
- ☑ (b) It avoids unnecessary duplication;
- ☑ (c) It reduces burden on small entities;
- ☑ (d) It uses plain, coherent, and unambiguous language that is understandable to respondents;
- ☑ (e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;
- ☑ (f) It indicates the retention periods for recordkeeping requirements;
- ☑ (g) It informs respondents of the information called for under 5 CFR 1320.8 (b)(3) about:
    - (i) Why the information is being collected;
    - (ii) Use of information;
    - (iii) Burden estimate;
    - (iv) Nature of response (voluntary, required for a benefit, or mandatory);
    - (v) Nature and extent of confidentiality; and
    - (vi) Need to display currently valid OMB control number;
- ☑ (h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected.
- ☑ (i) It uses effective and efficient statistical survey methodology (if applicable); and
- ☑ (j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item by leaving the box unchecked and explain the reason in the Supporting Statement.

**Certification Date:** 06/22/2007

---



# RegInfo.gov

Where to find Federal Regulatory Information



ome ■   Unified Agenda and Regulatory Plan     EO 12866 Regulatory Review     Information Collection Review
        Information Collection Review                 Advanced Search                              XML Reports

## Information Collection List

| IC Title | Status | Responses | Hours | Dollars | Document Type | Form No. | Form Name |
|---|---|---|---|---|---|---|---|
| | | | | | Form | PTO/SB/08/08A/ | Information Disclosure Statement by Applicant |
| | | | | | Form | 08B | Information Disclosure Statement by Applicant |
| | | | | | Form | PTO/SB/171 | Processing Fee Under 37 CFR 1.17(i) Transmittal |
| | | | | | Form | PTO/SB/17P | Petition Fee Under 37 CFR 1.17(f), (g) & (h) Transmittal |
| | | | | | Form | PTO/SB/21-27 | Transmittal Form |
| Patent Processing (Updating) | Unchanged | 2495139 | 3472791 | 113518186 | Form | PTO/SB/24B | Petition for Express Abandonment to Obtain a Refund |
| | | | | | Form | PTO/SB/30-32 | Request for Continued Examination (RCE) Transmittal |
| | | | | | Form | PTO/SB/35-39 | Nonpublication Request Under 35 U.S.C. 122 (b)(2)(B)(i) |
| | | | | | Form | PTO/SB/42-43 | Information Disclosure Citation in a Patent |
| | | | | | Form | PTO/SB/61-64 | Petition for Revival of an Application for Patent Abandoned Unavoidably under 37 CFR 1.137(a) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Petition for a second request for continued examination showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution in the application | Unchanged | 1000 | 4000 | 400390 | | | |
| Petition for a second continuation or continuation-in-part application showing why the amendment, argument, or evidence could not have been submitted prior to the close of prosecution | Unchanged | 2000 | 8000 | 800780 | | | |
| Examination support document filed in certain nonprovisional applications covering the independent claims and the designated dependent claims (proposed 37 CFR 1.75(b) | Unchanged | 10000 | 240000 | 3900 | | | |
| Request for First-Action Interview (Pilot Program) | New | 1000 | 2500 | 0 | Form and Instruction | PTOL-413C | Request for First-Action Interview (Pilot Program) |

**Total burden requested under this ICR:**    2509139 3727291 114723256

To view an IC, click on IC Title

Disclosure   |   Accessibility   |   Privacy Policy   |   Contact Us

NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date 07/26/2007

Department of Commerce
Patent and Trademark Office
FOR CERTIFYING OFFICIAL: Barry West
FOR CLEARANCE OFFICER: Diana Hynek

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 06/22/2007

ACTION REQUESTED: No material or nonsubstantive change to a currently approved collection
TYPE OF REVIEW REQUESTED: Regular
ICR REFERENCE NUMBER: 200706-0651-004
AGENCY ICR TRACKING NUMBER:
TITLE: Patent Processing (Updating)

OMB ACTION: Disapproved and continue
OMB Control Number: 0651-0031
The agency is required to display the OMB Control Number and inform respondents of its legal significance in accordance with 5 CFR 1320.5(b).

EXPIRATION DATE: 09/30/2007    DISCONTINUE DATE:

COMMENT: Terms of the previous clearance remain in effect. The requested change is material and substantive and cannot be in this action.

OMB Authorizing Official:              John F. Morrall III
                                       Acting Deputy Administrator,
                                       Office Of Information And Regulatory Affairs