# EXHIBIT 27

Dockets.Justia.com

## STATEMENT OF

## THE HONORABLE JON W. DUDAS

### UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY
### AND
### DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

### BEFORE THE

### SUBCOMMITTEE ON COURTS, THE INTERNET, AND INTELLECTUAL PROPERTY
### COMMITTEE ON THE JUDICIARY
### United States House of Representatives

**Oversight Hearing**
on
**"Patent Quality Enhancement in the Information-Based Economy"**

**APRIL 5, 2006**

**luction**

nan Smith, Ranking Member Berman, and Members of the Subcommittee:

: you for inviting me to testify today on this important issue. Patent quality is our top priority at the United States
: and Trademark Office (USPTO) and is the central focus in everything from our day-to-day operations to our
gic planning. We have already implemented several initiatives to improve quality, and will continue to evaluate
nplement additional initiatives. We also have proposed changes to our rules of procedure, and we plan to propose
in the future -- that will have a positive impact on patent quality.

**round**

nportance of intellectual property (IP) is growing -- within the business community, the United States economy,
ound the world. According to a recent USA for Innovation Report, U.S. intellectual property today is now worth
en $5 trillion and $5.5 trillion, equivalent to about 45 percent of the U.S. GDP -- and greater than the GDP

## mer Panel Quality Survey

:t of our effort to build quality into examiner work product, we are considering an effort to broaden customer
oy conducting quarterly customer surveys on patent examination quality. The surveys would be administered
entative customer panel and would focus on key examination quality issues.

## JSPTO Patent Training Academy

ear our patent organization has implemented a new university-style training program for almost two-thirds of
new hires expected this year. This training program is intended to not only provide more intensive technolog
training following an aggressive curriculum, but also free supervisors from this responsibility so they can foc
of their time to mentor and train the junior employees already in their units.

:aining program will last for eight months and is intended to return new hires to the examining corps who are
le of writing complete office actions for supervisory review. It is our intention to increase this training progra
er all incoming employees in fiscal year 2007. This new training model will create a higher quality, better-
d new examiner who will be able to examine applications more accurately and thoroughly than our traditiona
n-one training model provides.

## iner Certification and Recertification

SPTO has implemented a thorough certification process for any employee seeking to be promoted from the C
el to the GS-13 level. This process includes a review of the work product of the examiner and a certification
similar to the patent bar exam that patent attorneys and agents must pass. In order to help examiners prepare
rtification exam, we offer a one-week patent law and evidence class, which also assists them in their day-to-d
nation practice. In 2004, 178 examiners passed the certification exam; in 2005 we improved, with 275 exam
g the exam. The promotion to GS-13 represents a level of independence in which the supervisor is no longer
isible for day-to-day intensive review of the examiner's work product. In order for the examiner to achieve t
of independence, we are ensuring that they have the skills required to perform their job requirements with a h
of quality.

ition to the certification process, we are also currently recertifying our primary examiners. Every three years
the quality of our most senior employees by a thorough review of their written work. This process involves
:d review of both allowances and rejections written by the examiner, continuing education on patent practice
lure. By the end of FY 2006, over 1200 primary examiners will have undergone recertification. About 95%
ners have been successfully recertified in each of 2004 and 2005. The 5% of examiners who were not recerti
ubject to an improvement period and repetition of the recertification review process the following year.

two programs ensure that those employees who are ready to be promoted are promoted, while others who m;
e additional coaching and training are provided that opportunity.

## sed Rules Changes to Improve Patent Quality

applications that are complete, clear, well-drafted with well-identified, pertinent references take less time to
ly examine. Better application input contributes directly to more efficient processing and to quality, thereby
ting both the examiner and the applicant.

ve proposed a new patent rules package that encourages patent applicants to be more open and rigorous
hout the application process. Specifically, our rules package proposes to instill more discipline in filing
uations on patent applications and to focus examiners on representative claims in complex patent application

uations

'estimony of Jon Dudas                                                                         Page 5 of (

ay's legal system, parties in a dispute do not have an infinite number of appeals.      Currently, our patent system
s for almost unlimited reworking of applications through "continuations."

al year 2005, more than 85,000 of the USPTO's 400,000 new patent applications were a continued prosecution of
lication that had previously been before an examiner in the examination process.  That is, almost one-quarter of
plications that examiners had to review were ones they had previously rejected, that the applicant had then
ed in the hope that they now would be acceptable.  Our proposed changes will not limit the ability of an applicant
one continuation.  However, second and subsequent requests for continuations would be subject to a more
ent review process before the requests are granted.  It is the second and subsequent continuations that account for
20,000 of the 85,000 total continuations we receive each year.

## sentative Claims

er critical part of the patent application is "the claims," which of course define what is being patented.  Every
a small number of applications are filed with an extraordinary number of claims.

ive proposed rules that will help us find the right balance between allowing inventors to submit such applications
needed, while making it feasible for examiners to effectively examine such a high volume of claims.  We have
sed a system in which the applicant and examiner can focus on a set of representative claims initially.  In other
, if we received an application with 50 claims, we might look only at the first 10 claims throughout the process of
ions and amendments.  Then, assuming the representative claims were accepted – but before the final patent was
l -- we would examine **all** the claims.  We think this approach will improve efficiency and quality.

## lative Initiatives

are two proposals pending before the Subcommittee that are widely supported throughout the intellectual
rty community and would directly improve patent quality: a post-grant review procedure and a new procedure for
ssion of prior art.  The USPTO continues to review other proposals before the Subcommittee.

## Grant Review Procedure

/ post-grant review procedure, recommended by the USPTO and under consideration in this Subcommittee, is
led to improve upon existing administrative reexamination alternatives.  It would serve as a quicker, lower cost
ative to expensive litigation in reviewing patent validity questions.  Such a procedure would complement rather
isplace ongoing quality-focused initiatives at USPTO, which include measures to address the hiring, training,
cation and retention of an adequate number of examiners.

ok forward to working with the Subcommittee in developing a post-grant review procedure that effectively serves
erests of the patent community.

## ission of Prior Art

the USPTO currently has a procedure for submission of prior art after publication, which allows submission by
arties within two months of publication, the procedure does not allow explanations or other information about
tents or publications.   This Subcommittee is examining a procedure for the submission of third-party prior art as
' H.R. 2795, the Patent Reform Act of 2005.

courage consideration of a change to the statute governing this procedure to allow protests or oppositions by
arties after pre-grant publication.  Such a change would allow those interested parties to explain why the prior art
have a negative impact on the patentability of the claims.  This process, which would provide the examiner with
iation he or she might not otherwise obtain, should result in a higher quality, more reliable patent.

ok forward to working with the Subcommittee to develop a submission procedure that

# CITATION INDEX

| | |
|---|---|
| Tab M | Appalachian Power Co. v. Environmental Protection Agency v. Environmental Protection Agency v. William D. Ruckelshaus |
| Tab B | Breon, Mahlon  v. Coca-Cola Bottling Co. of New England |
| Tab F | Citizens to Preserve Overton Park Inc. v. John A. Volpe |
| Tab H | Franklin Savings Association v. T. Timothy Ryan v. M. Danny Wall |
| Tab A | Great American Insurance Co. v. Alfred W. Gross |
| Tab G | Maritime Management Inc. v. US |
| Tab P | National Medical Enterprises, Inc. v. Donna Shalala, Health/ Human Services |
| Tab S | National Women, Infants, "Children Grocers Assoc. v. Food and Nutrition Service |
| Tab K | Pamlico-Tar River Foundation v. U.S. Army Corps of Engineers |
| Tab E | Public Power Council v. Peter Johnson |
| Tab N | Puerto Rico Public Housing Administration v. US. Dept. of Housing & Urban Development |
| Tab O | Rydeen, Robert J.  v. Donald J. Quigg |
| Tab D | Save our Wetlands, Inc. v. Col. William Conner |
| Tab T | Stoddard, A.F.  & Co., Ltd. v. C. Marshall Dann |
| Tab C | Tafas v. Jon W. Dudas |
| Tab J | Tenneco Oil co. v. Department of Energy |
| Tab I | The Fund For Animals v. Steven Williams |
| Tab L | US v. Shaffer Equipment Co. v. Berwind Land Co. |
| Tab R | Wakefield, Lynn B.  and F. C. Foster |
| Tab Q | Webster, William H.  v. John Doe |