# EXHIBIT

## 33-a

Dockets.Justia.com

| Number | Patent No. | Title | Applied Date | Pending Patents | Pending Claims | Claims over 25? | No. of Ind Claims |
|---|---|---|---|---|---|---|---|
| 1 | 90646 | Electrographic Vote-Recorder | 10/28/1868 | 1 | 3 | | 3 |
| 2 | 91527 | Printing-Telegraphs | 2/17/1869 | 2 | 4 | | 1 |
| 3 | 96567 | Printing-Telegraph Apparatus | 8/27/1869 | 1 | 2 | | 2 |
| 4 | 96681 | Automatic Electrical Switch for Telegraph Apparatus | 9/4/1869 | 2 | 4 | | 2 |
| 5 | 102320 | Printing-Telegraph Apparatus (with Franklin L. Pope) | 10/27/1869 | 3 | 12 | | 8 |
| 6 | 103035 | Electro-Motor Escapements | 4/11/1870 | 2 | 12 | | 4 |
| 7 | 103924 | Printing-Telegraph Instruments (with Franklin L. Pope) | 4/14/1870 | 3 | 21 | | 9 |
| 8 | 128608 | Printing-Telegraph Instruments (with Franklin L. Pope) | 5/27/1870 | 3 | 13 | | 4 |
| 9 | 114656 | Telegraphic Transmitting Instruments | 6/28/1870 | 2 | 5 | | 1 |
| 10 | 114658 | Electro-Magnets for Telegraph Instruments | 6/28/1870 | 3 | 7 | | 2 |
| 11 | 111112 | Governors for Electro-Motors | 7/6/1870 | 4 | 5 | | 2 |
| 12 | 114657 | Relay-Magnets for Telegraph Instruments | 9/21/1870 | 5 | 8 | | 1 |
| 13 | 113033 | Printing-Telegraph Apparatus | 11/22/1870 | 6 | 11 | | 3 |
| 14 | 113034 | Printing-Telegraph Apparatus | 1/14/1871 | 7 | 18 | | 7 |
| 15 | 123005 | Telegraph Apparatus | 8/4/1871 | 2 | 23 | | 5 |
| 16 | 123006 | Printing-Telegraphs | 8/4/1871 | 3 | 16 | | 12 |
| 17 | 123984 | Telegraph Apparatus | 8/4/1871 | 4 | 19 | | 3 |
| 18 | 124800 | Telegraphic Recording Instruments | 8/18/1871 | 5 | 22 | | 3 |
| 19 | 121601 | Machinery for Perforating Paper for Telegraph Purposes | 8/16/1871 | 6 | 25 | | 3 |
| 20 | 126535 | Printing-Telegraphs | 11/18/1871 | 7 | 45 x | | 20 |
| 21 | 133441 | Type-Writing Machines | 11/18/1871 | 8 | 49 x | | 4 |
| 22 | 126532 | Printing-Telegraphs | 11/18/1871 | 8 | 57 x | | 8 |
| 23 | 126531 | Printing-Telegraphs | 1/12/1872 | 8 | 47 x | | 10 |
| 24 | 126534 | Printing-Telegraphs | 1/24/1872 | 7 | 35 x | | 3 |
| 25 | 126528 | Type-Wheels for Printing-Telegraphs | 1/24/1872 | 8 | 40 x | | 5 |
| 26 | 126529 | Type-Wheels for Printing-Telegraphs | 1/30/1872 | 9 | 42 x | | 5 |
| 27 | 126530 | Printing-Telegraphs | 1/30/1872 | 10 | 43 x | | 2 |
| 28 | 126533 | Printing-Telegraphs | 2/19/1872 | 11 | 47 x | | 1 |
| 29 | 132456 | Apparatus for Perforating Paper for Telegraphic Use | 2/19/1872 | 12 | 49 x | | 4 |
| 30 | 132455 | Paper for Chemical Telegraphs etc. | 3/22/1872 | 11 | 48 x | | 2 |
| 31 | 133019 | Electrical Printing-Machines | 4/16/1872 | 12 | 49 x | | 5 |
| 32 | 126131 | Printing-Telegraphs | 4/25/1872 | 13 | 51 x | | 1 |
| 33 | 128604 | Printing-Telegraphs | 5/7/1872 | 6 | 21 | | 2 |
| 34 | 128605 | Printing-Telegraphs | 5/7/1872 | 7 | 22 | | 1 |
| 35 | 128606 | Printing-Telegraphs | 5/7/1872 | 8 | 23 | | 1 |
| 36 | 128607 | Printing-Telegraphs | 5/7/1872 | 9 | 24 | | 1 |
| 37 | 131334 | Rheostomes or Circuit-Directors | 6/6/1872 | 10 | 25 | | 1 |
| 38 | 134867 | Automatic Telegraph Instruments | 6/6/1872 | 11 | 27 x | | 2 |
| 39 | 134868 | Electro-Magnetic Adjusters | 6/6/1872 | 12 | 29 x | | 2 |
| 40 | 130795 | Electro-Magnets | 6/6/1872 | 13 | 30 x | | 1 |
| 41 | 131342 | Printing-Telegraph Instruments | 6/6/1872 | 14 | 31 x | | 1 |
| 42 | 131341 | Printing-Telegraph Instruments | 6/6/1872 | 15 | 33 x | | 2 |
| 43 | 131337 | Printing-Telegraphs | 7/9/1872 | 16 | 36 x | | 3 |
| | | | | 11 | 33 x | | 6 |

| # | Patent No. / Title | Date | | | |
|---|---|---|---|---|---|
| 44 | 131340 Printing-Telegraphs | 7/9/1872 | 12 | 36 x | 3 |
| 45 | 131343 Transmitters and Circuits for Printing-Telegraphs | 7/9/1872 | 13 | 39 x | 3 |
| 46 | 131335 Printing-Telegraphs | 7/9/1872 | 14 | 40 x | 1 |
| 47 | 131336 Printing-Telegraphs | 7/9/1872 | 15 | 41 x | 1 |
| 48 | 131338 Printing-Telegraphs | 7/9/1872 | 16 | 43 x | 2 |
| 49 | 131339 Printing-Telegraphs | 7/9/1872 | 17 | 44 x | 1 |
| 50 | 131344 Unison-Stops for Printing-Telegraphs | 7/9/1872 | 18 | 46 x | 2 |
| 51 | 134866 Printing-Telegraph Instruments | 10/22/1872 | 5 | 15 | 2 |
| 52 | 138869 Printing-Telegraphs | 10/22/1872 | 6 | 18 | 2 |
| 53 | 142999 Galvanic Batteries | 11/5/1872 | 7 | 18 | 3 |
| 54 | 141772 Circuits for Automatic or Chemical Telegraphs | 11/9/1872 | 8 | 19 | 1 |
| 55 | 135531 Circuits for Chemical Telegraphs | 11/11/1872 | 9 | 20 | 1 |
| 56 | 146812 Telegraph-Signal Boxes | 12/3/1872 | 9 | 21 | 2 |
| 57 | 141773 Circuits for Automatic Telegraphs | 1/15/1873 | 9 | 21 | 3 |
| 58 | 141776 Circuits for Automatic Telegraphs | 1/15/1873 | 6 | 11 | 1 |
| 59 | 150848 Chemical or Automatic Telegraphs | 1/15/1873 | 7 | 12 | 1 |
| 60 | 139128 Printing-Telegraphs | 2/18/1873 | 8 | 13 | 1 |
| 61 | 139129 Printing-Telegraphs | 2/18/1873 | 8 | 15 | 3 |
| 62 | 140487 Printing-Telegraphs | 2/18/1873 | 9 | 17 | 2 |
| 63 | 140488 Circuits for Printing-Telegraphs | 2/18/1873 | 10 | 19 | 2 |
| 64 | 138670 Printing-Telegraphs | 3/13/1873 | 11 | 20 | 1 |
| 65 | 141774 Chemical Telegraphs | 3/13/1873 | 12 | 21 | 1 |
| 66 | 141775 Perforators for Automatic Telegraphs | 3/13/1873 | 13 | 22 | 1 |
| 67 | 141777 Relay-Magnets | 3/13/1873 | 14 | 23 | 1 |
| 68 | 142668 Electrical Regulators for Transmitting-Instruments | 3/13/1873 | 15 | 24 | 1 |
| 69 | 156843 Duplex Chemical Telegraphs | 3/13/1873 | 16 | 25 | 1 |
| 70 | 147312 Perforators for Automatic Telegraphy | 7/29/1873 | 17 | 26 x | 2 |
| 71 | 147314 Circuits for Chemical Telegraphs | 7/29/1873 | 12 | 16 | 1 |
| 72 | 150847 Receiving Instruments for Chemical Telegraphs | 7/29/1873 | 13 | 17 | 1 |
| 73 | 162633 Duplex Telegraphs | 7/29/1873 | 14 | 18 | 3 |
| 74 | 140488 Printing-Telegraphs | 4/26/1873 | 21 | 33 x | 6 |
| 75 | 147917 Duplex Telegraphs | 5/16/1873 | 20 | 35 x | 1 |
| 76 | 150846 Telegraph-Relays | 6/27/1873 | 19 | 31 x | 2 |
| 77 | 147311 Electric Telegraphs | 6/27/1873 | 20 | 33 x | 1 |
| 78 | 147313 Chemical Telegraphs | 7/29/1873 | 18 | 25 | 2 |
| 79 | 160405 Adjustable Electro-Magnets for Relays, etc. | 7/29/1873 | 19 | 27 x | 1 |
| 80 | 151209 Automatic Telegraphy and Perforators Therefor | 7/29/1873 | 20 | 28 x | 2 |
| 81 | 160402 Solutions for Chemical Telegraph-Paper | 9/2/1873 | 15 | 22 | 1 |
| 82 | 160404 Solutions for Chemical Telegraph-Paper | 6/1/1874 | 4 | 6 | 1 |
| 83 | 160560 Solutions for Chemical Telegraph-Paper | 6/1/1874 | 5 | 7 | 1 |
| 84 | 160403 Solutions for Chemical Telegraph-Paper | 6/1/1874 | 6 | 8 | 1 |
| 85 | 154788 District Telegraph Signal-Boxes | 5/11/1874 | 7 | 9 | 3 |
| 86 | 168004 Printing-Telegraphs | 6/1/1874 | 12 | 18 | 2 |
| 87 | 166859 Chemical Telegraphy | 7/25/1874 | 9 | 14 | 2 |

| # | Patent No. & Title | Date | | | |
|---|---|---|---|---|---|
| 88 | 166860 Chemical Telegraphy | 7/25/1874 | 11 | 17 x | 1 |
| 89 | 166861 Chemical Telegraphy | 7/25/1874 | 12 | 18 x | 1 |
| 90 | 158787 Telegraph Apparatus | 8/31/1874 | 13 | 22 x | 4 |
| 91 | 172305 Automatic Roman-Character Telegraphs | 1/15/1875 | 12 | 19 x | 1 |
| 92 | 173718 Automatic Telegraphy | 1/15/1875 | 13 | 20 x | 1 |
| 93 | 168465 Solutions for Chemical Telegraphs | 1/15/1875 | 14 | 21 x | 1 |
| 94 | 178221 Duplex Telegraphs | 9/1/1874 | 17 | 27 x | 2 |
| 95 | 178222 Duplex Telegraphs | 9/1/1874 | 18 | 28 x | 1 |
| 96 | 178223 Duplex Telegraphs | 9/1/1874 | 19 | 31 x | 3 |
| 97 | 180858 Duplex Telegraphs | 9/1/1874 | 20 | 33 x | 2 |
| 98 | 207723 Duplex Telegraphs | 9/1/1874 | 21 | 34 x | 1 |
| 99 | 480567 Duplex Telegraph | 9/1/1874 | 22 | 39 x | 5 |
| 100 | 207724 Duplex Telegraphs | 12/28/1874 | 21 | 37 x | 2 |
| 101 | 168242 Transmitters and Receivers for Automatic Telegraphs | 1/26/1875 | 21 | 36 x | 3 |
| 102 | 168243 Automatic Telegraphs | 1/26/1875 | 22 | 38 x | 2 |
| 103 | 168385 Duplex Telegraphs | 1/26/1875 | 23 | 39 x | 1 |
| 104 | 168466 Solutions for Chemical Telegraphs | 1/26/1875 | 24 | 40 x | 1 |
| 105 | 168467 Recording-Points for Chemical Telegraphs | 1/26/1875 | 25 | 41 x | 2 |
| 106 | 195751 Automatic Telegraphs | 1/27/1875 | 26 | 43 x | 2 |
| 107 | 195752 Automatic Telegraphs | 1/27/1875 | 27 | 45 x | 2 |
| 108 | 171273 Telegraph Apparatus | 2/16/1875 | 28 | 47 x | 4 |
| 109 | 169972 Electro-Signalling Instruments | 3/23/1875 | 24 | 46 x | 2 |
| 110 | 209241 Quadruplex-Telegraph Repeaters | 3/23/1875 | 25 | 48 x | 6 |
| 111 | 180857 Autographic Printing | 3/13/1876 | 11 | 28 x | 5 |
| 112 | 198088 Telephonic Telegraphs | 4/6/1876 | 12 | 33 x | 3 |
| 113 | 198089 Telephonic or Electro-Harmonic Telegraphs | 4/6/1876 | 13 | 36 x | 7 |
| 114 | 182996 Acoustic Telegraphs | 5/16/1876 | 14 | 43 x | 8 |
| 115 | 186330 Acoustic Electric Telegraphs | 5/16/1876 | 15 | 51 x | 4 |
| 116 | 198087 Telephonic Telegraphs | 5/16/1876 | 16 | 55 x | 5 |
| 117 | 186548 Telegraphic Alarm and Signal Apparatus | 5/18/1876 | 17 | 60 x | 13 |
| 118 | 185507 Electro-Harmonic Multiplex Telegraphs | 8/31/1876 | 13 | 59 x | 5 |
| 119 | 200993 Acoustic Telegraphs | 9/18/1876 | 14 | 64 x | 1 |
| 120 | 235142 Acoustic Telegraph | 9/30/1876 | 15 | 65 x | 2 |
| 121 | 200032 Synchronous Movements for Electric Telegraphs | 11/11/1876 | 15 | 60 x | 4 |
| 122 | 200994 Automatic-Telegraph Perforator and Transmitter | 11/11/1876 | 16 | 64 x | 8 |
| 123 | 213554 Automatic Telegraphs | 3/26/1877 | 14 | 46 x | 2 |
| 124 | 205370 Pneumatic Stencil-Pens | 3/26/1877 | 15 | 49 x | 1 |
| 125 | 196747 Stencil-Pens | 4/23/1877 | 16 | 49 x | 3 |
| 126 | 203329 Perforating Pens | 4/23/1877 | 17 | 52 x | 2 |
| 127 | 474230 Speaking-Telegraph | 4/27/1877 | 18 | 54 x | 1 |
| 128 | 230621 Addressing-Machine | 5/10/1877 | 19 | 55 x | 1 |
| 129 | 217781 Sextuplex Telegraphs | 5/14/1877 | 20 | 56 x | 3 |
| 130 | 377374 Telegraphy | 5/14/1877 | 21 | 59 x | 1 |
| 131 | 452913 Sextuplex Telegraph | 6/21/1877 | 22 | 63 x | 3 |

| # | Patent No. & Title | Date | | | |
|---|---|---|---|---|---|
| 132 | 453601 Sextuplex Telegraph | 6/2/1877 | 23 | 67 x | 4 |
| 133 | 512872 Sextuplex Telegraph | 6/2/1877 | 24 | 73 x | 6 |
| 134 | 474231 Speaking-Telegraph | 7/20/1877 | 25 | 74 x | 1 |
| 135 | 203014 Speaking-Telegraphs | 7/20/1877 | 26 | 76 x | 2 |
| 136 | 208299 Speaking-Telephones | 7/20/1877 | 27 | 79 x | 3 |
| 137 | 420594 Quadruplex Telegraph | 8/22/1877 | 28 | 83 x | 4 |
| 138 | 203015 Speaking-Telegraphs | 8/28/1877 | 29 | 91 x | 8 |
| 139 | 492789 Speaking-Telegraph | 9/5/1877 | 30 | 94 x | 3 |
| 140 | 203013 Speaking-Telegraphs | 9/5/1877 | 25 | 81 x | 4 |
| 141 | 203018 Telephones or Speaking-Telegraphs | 12/13/1877 | 25 | 82 x | 1 |
| 142 | 200521 Phonograph or Speaking Machines | 12/13/1877 | 26 | 66 x | 1 |
| 143 | 203019 Circuits for Acoustic or Telephonic Telegraphs | 12/24/1877 | 27 | 81 x | 1 |
| 144 | 201760 Speaking-Machines | 2/21/1878 | 26 | 83 x | 2 |
| 145 | 203017 Telephone Call-Signal | 3/4/1878 | 27 | 86 x | 3 |
| 146 | 203016 Speaking-Telephones | 3/4/1878 | 28 | 79 x | 2 |
| 147 | 210767 Vocal Engines | 3/7/1878 | 27 | 44 x | 1 |
| 148 | 214636 Electric Lights | 11/27/1878 | 14 | 48 x | 2 |
| 149 | 222390 Carbon-Telephones | 10/14/1878 | 16 | 49 x | 3 |
| 150 | 217782 Duplex Telegraphs | 11/11/1878 | 16 | 51 x | 2 |
| 151 | 214637 Thermal Regulators for Electric Lights | 11/14/1878 | 17 | 52 x | 1 |
| 152 | 218166 Magneto-Electric Machines | 11/18/1878 | 18 | 53 x | 1 |
| 153 | 218866 Electric Lighting Apparatus | 12/9/1878 | 19 | 55 x | 2 |
| 154 | 219628 Electric Lights | 12/9/1878 | 20 | 58 x | 3 |
| 155 | 295990 Type-Writer | 12/9/1878 | 21 | 59 x | 1 |
| 156 | 218167 Apparatus for Electric Lights | 12/9/1878 | 22 | 59 x | 2 |
| 157 | 224329 Electric-Lighting Apparatus | 1/10/1879 | 22 | 60 x | 2 |
| 158 | 227228 Electric Light | 2/3/1879 | 23 | 62 x | 2 |
| 159 | 227227 Electric Light | 2/3/1879 | 24 | 64 x | 7 |
| 160 | 224665 Autographic Stencils for Printing | 2/10/1879 | 25 | 71 x | 3 |
| 161 | 227679 Phonograph | 3/17/1879 | 26 | 74 x | 8 |
| 162 | 221957 Telephones | 3/29/1879 | 26 | 74 x | 4 |
| 163 | 227229 Electric Light | 3/31/1879 | 27 | 78 x | 5 |
| 164 | 264643 Magneto-Electric Machine | 4/21/1879 | 28 | 83 x | 5 |
| 165 | 219393 Dynamo-Electric Machine | 5/12/1879 | 27 | 82 x | 2 |
| 166 | 231704 Electro-Chemical Receiving-Telephone | 7/10/1879 | 28 | 85 x | 3 |
| 167 | 266022 Telephone | 7/25/1879 | 27 | 85 x | 3 |
| 168 | 252442 Telephone | 8/6/1879 | 26 | 83 x | 1 |
| 169 | 222881 Magneto-Electric Machines | 8/6/1879 | 27 | 84 x | 1 |
| 170 | 223898 Electric Lamp | 9/10/1879 | 26 | 80 x | 1 |
| 171 | 230255 Method of Manufacturing Electric Lamps | 11/4/1879 | 26 | 81 x | 4 |
| 172 | 265311 Electric Lamp and Holder for the Same | 2/5/1880 | 23 | 71 x | 2 |
| 173 | 369280 System of Electrical Distribution | 2/5/1880 | 24 | 77 x | 6 |
| 174 | 248425 Apparatus for Producing High Vacuums | 2/5/1880 | 25 | 85 x | 6 |
| 175 | 228617 Brake for Electro-Magnetic Motors | 3/29/1880 | 24 | 86 x | 6 |
| | | 3/20/1880 | 25 | 89 x | 3 |

| No. | Patent | Title | Date | | | |
|---|---|---|---|---|---|---|
| 176 | 251545 | Electric Meter | 3/20/1880 | 26 | 92 x | 3 |
| 177 | 523808 | Manufacture of Carbons for Electric Lights | 3/20/1880 | 27 | 98 x | 6 |
| 178 | 227226 | Safety-Conductor for Electric Machine | 3/25/1880 | 28 | 100 x | 2 |
| 179 | 264649 | Dynamo or Magneto Electric Machine | 4/7/1880 | 29 | 105 x | 5 |
| 180 | 228329 | Magnetic Ore-Separator | 5/24/1880 | 30 | 108 x | 3 |
| 181 | 238868 | Manufacture of Carbons for Incandescent Electric Lamps | 6/30/1880 | 26 | 83 x | 2 |
| 182 | 238868 | Manufacture Light | 6/30/1880 | 26 | 84 x | 3 |
| 183 | 237732 | Electric Light | 7/3/1880 | 27 | 86 x | 2 |
| 184 | 248417 | Manufacturing Carbons for Electric Lights | 7/22/1880 | 27 | 87 x | 3 |
| 185 | 298679 | Method of Treating Carbons for Electric Lights | 7/22/1880 | 28 | 90 x | 3 |
| 186 | 248430 | Electro-Magnetic Railway-Engine | 8/6/1880 | 28 | 93 x | 4 |
| 187 | 265778 | Electro-Magnetic Brake | 8/6/1880 | 29 | 95 x | 2 |
| 188 | 248432 | Magnetic Separator | 8/6/1880 | 29 | 97 x | 2 |
| 189 | 239150 | Electric Lamp | 8/6/1880 | 30 | 100 x | 3 |
| 190 | 251540 | Carbon for Electric Lamps | 8/9/1880 | 31 | 105 x | 5 |
| 191 | 263139 | Manufacture of Carbons for Electric Lamps | 8/9/1880 | 32 | 109 x | 4 |
| 192 | 239372 | Manufacture of Electric-Light Carbons | 8/9/1880 | 33 | 114 x | 1 |
| 193 | 434585 | Testing-Relay | 8/11/1880 | 34 | 115 x | 2 |
| 194 | 263140 | Telegraph-Relay | 8/9/1880 | 35 | 117 x | 2 |
| 195 | 248423 | Dynamo-Electric Machine | 8/9/1880 | 36 | 119 x | 6 |
| 196 | 239147 | Carbonizer | 8/9/1880 | 37 | 125 x | 1 |
| 197 | 248434 | System of Electric Lighting | 9/9/1880 | 38 | 128 x | 3 |
| 198 | 264642 | Governor for Electric Engines | 8/17/1880 | 39 | 129 x | 4 |
| 199 | 293433 | Electric Distribution and Translation System | 8/17/1880 | 40 | 132 x | 1 |
| 200 | 239373 | Insulation of Railroad-Tracks Used for Electrical Circuits | 8/17/1880 | 41 | 136 x | 2 |
| 201 | 239745 | Electric Lamp | 8/27/1880 | 42 | 137 x | 3 |
| 202 | 263135 | Electric Lamp | 8/27/1880 | 43 | 139 x | 3 |
| 203 | 251546 | Electric Lamp | 10/1/1880 | 44 | 142 x | 2 |
| 204 | 239153 | Electric Lamp | 8/19/1880 | 45 | 142 x | 1 |
| 205 | 351855 | Electric Lamp | 10/7/1880 | 45 | 147 x | 5 |
| 206 | 248435 | Utilizing Electricity as a Motive Power | 10/7/1880 | 47 | 145 x | 1 |
| 207 | 263132 | Electro-Magnetic Railway | 10/20/1880 | 47 | 150 x | 1 |
| 208 | 264645 | System of Conductors for the Distribution of Electricity | 10/30/1880 | 48 | 151 x | 3 |
| 209 | 240678 | Webermeter | 10/30/1880 | 49 | 152 x | 1 |
| 210 | 239148 | System of Electric Lighting | 11/5/1880 | 50 | 155 x | 3 |
| 211 | 239152 | System of Electric Lighting for Electric Lamps | 11/11/1880 | 51 | 156 x | 2 |
| 212 | 251556 | Treating Carbons for Magneto or Dynamo Electric Machines | 11/24/1880 | 52 | 159 x | |
| 213 | 238098 | Regulating Carbons for Electric Lamps | 11/24/1880 | 53 | 160 x | |
| 214 | 242900 | Magneto Signal Apparatus | 11/30/1880 | 54 | 162 x | 2 |
| 215 | 239151 | Manufacturing Carbons for Electric Lamps | 12/15/1880 | 55 | 163 x | 2 |
| 216 | 242896 | Apparatus for Treating Enlarged Ends on Carbon Filaments | 12/15/1880 | 56 | 164 x | 2 |
| 217 | 12631 | Design for an Incandescent Electric Lamp | 12/15/1880 | 56 | 166 x | |
| 218 | 239149 | Incandescent Electric Lamp | | 57 | 166 x | |
| 219 | 242897 | Incandescent Electric Lamp | | 58 | 168 x | |

| # | Patent No. & Title | Date | | | |
|---|---|---|---|---|---|
| 220 | 248565 Webermeter | 12/15/1880 | 170 x | 59 | 2 |
| 221 | 263876 Electric Lamp | 12/15/1880 | 173 x | 60 | 3 |
| 222 | 239154 Relay for Telegraphs | 12/14/1880 | 174 x | 61 | 1 |
| 223 | 248431 Preserving Fruit | 12/14/1880 | 176 x | 62 | 2 |
| 224 | 242898 Magneto or Dynamo Electric Machine | 12/15/1880 | 180 x | 63 | 4 |
| 225 | 265777 Method of Treating Carbons for Electric Lamps | 12/15/1880 | 182 x | 64 | 2 |
| 226 | 239374 Regulating the Generation of Electric Currents | 1/11/1881 | 185 x | 65 | 3 |
| 227 | 248428 Manufacture of Incandescent Electric Lamps | 1/11/1881 | 188 x | 66 | 3 |
| 228 | 248427 Apparatus for Treating Carbons for Electric Lamps | 1/11/1881 | 190 x | 67 | 2 |
| 229 | 248437 Apparatus for Treating Carbons for Electric Lamps | 1/11/1881 | 192 x | 68 | 2 |
| 230 | 248416 Manufacture of Carbons for Electric Lamps | 1/11/1881 | 195 x | 69 | 3 |
| 231 | 242899 Electric Lighting | 1/28/1881 | 200 x | 70 | 5 |
| 232 | 248418 Electric Lamp | 1/31/1881 | 203 x | 71 | 3 |
| 233 | 246433 Vacuum Apparatus | 1/31/1881 | 205 x | 72 | 2 |
| 234 | 251548 Incandescent Electric Lamp | 1/31/1881 | 207 x | 73 | 2 |
| 235 | 406024 Electric Meter | 1/31/1881 | 212 x | 74 | 5 |
| 236 | 248422 System of Electric Lighting | 1/31/1881 | 216 x | 75 | 4 |
| 237 | 431018 Dynamo or Magneto-Electric Machine | 2/21/1881 | 215 x | 75 | 2 |
| 238 | 242901 Electric Meter | 3/3/1881 | 217 x | 75 | 5 |
| 239 | 248429 Electric Motor | 3/3/1881 | 218 x | 76 | 1 |
| 240 | 248421 Current-Regulator for Dynamo-Electric Machines | 3/5/1881 | 223 x | 77 | 5 |
| 241 | 251550 Magneto or Dynamo Electric Machine | 3/3/1881 | 225 x | 78 | 2 |
| 242 | 251555 Regulator for Dynamo-Electric Machines | 5/27/1881 | 195 x | 65 | 2 |
| 243 | 482549 Means for Controlling Electric Generation | 3/12/1881 | 228 x | 80 | 1 |
| 244 | 248420 Fixture and Attachment for Electric Lamps | 3/26/1881 | 228 x | 72 | 10 |
| 245 | 251553 Electric Chandelier | 3/26/1881 | 223 x | 73 | 7 |
| 246 | 251554 Electric Lamp and Socket or Holder | 3/26/1881 | 230 x | 74 | 6 |
| 247 | 248424 Fitting and Fixture for Electric Lamps | 3/26/1001 | 236 x | 75 | 5 |
| 248 | 248419 Electric Lamp | 4/15/1881 | 241 x | 72 | 2 |
| 249 | 251542 System of Electric Lighting | 4/26/1881 | 231 x | 72 | 2 |
| 250 | 263145 Process of Making Incandescents | 4/26/1881 | 228 x | 73 | 1 |
| 251 | 266447 Electric Incandescent Lamp | 4/26/1001 | 229 x | 74 | 2 |
| 252 | 251552 Underground Conductors | 4/26/1881 | 231 x | 75 | 5 |
| 253 | 476531 Electric-Lighting System | 4/26/1881 | 236 x | 76 | 5 |
| 254 | 248436 Depositing Coil for Plating the Connections of Electric Lamps, | 5/27/1881 | 239 x | 77 | 3 |
| 255 | 251539 Electric Lamp | 5/27/1881 | 241 x | 78 | 2 |
| 256 | 263136 Regulator for Dynamo or Magneto Electric Machines | 5/27/1881 | 242 x | 78 | 1 |
| 257 | 251557 Webermeter | 5/27/1881 | 247 x | 79 | 5 |
| 258 | 263134 Regulator for Dynamo or Magneto Electric Machines | 5/27/1881 | 251 x | 80 | 4 |
| 259 | 251541 Electro-Magnetic Motor | 5/28/1881 | 255 x | 81 | 4 |
| 260 | 251549 Electric Lamp and the Manufacture Thereof | 5/31/1881 | 257 x | 82 | 4 |
| 261 | 341644 Incandescent Electric Lamp | 5/31/1881 | 259 x | 83 | 2 |
| 262 | 251544 Manufacture of Electric Lamps | 6/22/1881 | 262 x | 84 | 3 |
| 263 | 251558 Webermeter | 6/30/1881 | 244 x | 79 | 1 |
| | | | 248 x | 80 | 4 |

| | | | | | |
|---|---|---|---|---|---|
| 264 | 263141 Straightening Carbons of Electric Incandescent Lamps | 6/24/1881 | 250 x | 81 | 2 |
| 265 | 251551 System of Electric Lighting | 8/30/1881 | 252 x | 82 | 2 |
| 266 | 263137 Electric Chandelier | 8/30/1881 | 253 x | 83 | 1 |
| 267 | 264657 Incandescent Electric Lamp | 8/30/1881 | 257 x | 84 | 4 |
| 268 | 251543 Electric Lamp | 8/30/1881 | 258 x | 85 | 1 |
| 269 | 251538 Electric Light | 5/28/1881 | 281 x | 92 | 4 |
| 270 | 251547 Electrical Governor | 6/24/1881 | 265 x | 87 | 3 |
| 271 | 263150 Magneto or Dynamo Electric Machine | 6/22/1881 | 271 x | 88 | 6 |
| 272 | 425760 Measurement of Electricity in Distribution Systems | 6/22/1881 | 274 x | 89 | 3 |
| 273 | 263131 Magnetic Ore-Separator | 6/22/1881 | 276 x | 90 | 2 |
| 274 | 435687 Means for Charging and Using Secondary Batteries | 9/3/1881 | 279 x | 91 | 3 |
| 275 | 263143 Magneto or Dynamo Electric Machine | 8/30/1881 | 283 x | 92 | 4 |
| 276 | 251537 Dynamo-Electric Machine | 8/30/1881 | 285 x | 93 | 2 |
| 277 | 263147 Vacuum Apparatus | 8/30/1881 | 289 x | 94 | 4 |
| 278 | 438399 Electric-Lighting System | 8/30/1881 | 291 x | 95 | 2 |
| 279 | 263149 Commutator for Dynamo or Magneto Electric Machines | 10/4/1881 | 296 x | 96 | 5 |
| 260 | 479104 Fac-simile Telegraph | 12/6/1881 | 239 x | 74 | 12 |
| 281 | 400317 Ore-Separator | 8/25/1882 | 131 x | 37 | 3 |
| 282 | 425763 Commutator for Dynamo-Electric Machines | 11/15/1881 | 243 x | 76 | 1 |
| 283 | 263142 Electrical Distribution System | 10/4/1881 | 316 x | 100 | 4 |
| 284 | 264647 Dynamo or Magneto Electric Machine | 10/4/1881 | 325 x | 101 | 9 |
| 285 | 404902 Electrical-Distribution System | 10/4/1881 | 327 x | 102 | 2 |
| 286 | 263133 Dynamo or Magneto Electric Machine | 11/11/1881 | 263 x | 80 | 5 |
| 287 | 257677 Telephone | 10/17/1881 | 336 x | 104 | 4 |
| 288 | 266021 Telephone | 10/17/1881 | 341 x | 105 | 5 |
| 289 | 263144 Mold for Carbonizing Incandescents | 11/11/1881 | 276 x | 83 | 4 |
| 290 | 265774 Method of Maintaining Temperature in Webermeters | 11/11/1881 | 277 x | 84 | 1 |
| 291 | 264648 Dynamo or Magneto Electric Machine | 11/11/1881 | 279 x | 85 | 2 |
| 292 | 265776 Electric-Lighting System | 11/11/1881 | 282 x | 86 | 3 |
| 293 | 524136 Regulator for Dynamo-Electric Machines | 11/11/1881 | 285 x | 87 | 3 |
| 294 | 273715 Art of Malleableizing Iron | 8/7/1882 | 221 x | 63 | 4 |
| 295 | 281352 Webermeter | 11/11/1881 | 292 x | 89 | 2 |
| 296 | 446667 Locomotive for Electric Railways | 8/7/1882 | 227 x | 65 | 7 |
| 297 | 288318 Regulator for Dynamo or Magneto Electric Machines | 11/11/1881 | 301 x | 91 | 2 |
| 298 | 251559 Electrical Drop-Light | 11/11/1881 | 306 x | 92 | 5 |
| 299 | 263148 Dynamo or Magneto Electric Machine | 11/29/1881 | 312 x | 93 | 6 |
| 300 | 264646 Dynamo or Magneto Electric Machine | 11/29/1881 | 315 x | 94 | 6 |
| 301 | 266793 Electric Distribution System | 12/9/1881 | 321 x | 95 | 3 |
| 302 | 358599 Incandescent Electric Lamp | 11/28/1881 | 322 x | 96 | 6 |
| 303 | 264673 Regulator for Dynamo-Electric Machines | 11/28/1881 | 325 x | 97 | 1 |
| 304 | 263136 Electric-Arc Light | 11/28/1881 | 326 x | 98 | 3 |
| 305 | 265775 Electric-Arc Light | 11/28/1881 | 329 x | 99 | 1 |
| 306 | 297580 Electric-Arc Light | 11/28/1881 | 331 x | 100 | 3 |
| 307 | 263146 Dynamo Magneto Electric Machine | 11/29/1881 | 335 x | 101 | 2 |

| | Patent No. & Title | Date | | | | |
|---|---|---|---|---|---|---|
| 308 | 317631 Incandescent Electric Lamp | 11/29/1881 | 102 | 338 | x | 3 |
| 309 | 266588 Vacuum Apparatus | 12/6/1881 | 103 | 341 | x | 3 |
| 310 | 251536 Vacuum-Pump | 12/7/1881 | 104 | 342 | x | 1 |
| 311 | 264650 Manufacture of Incandescing Electric Lamps | 12/9/1881 | 105 | 345 | x | 3 |
| 312 | 379770 Incandescent Electric Lamp | 12/9/1881 | 106 | 347 | x | 2 |
| 313 | 264660 Regulator for Dynamo-Electric Machines | 8/7/1882 | 80 | 279 | x | 5 |
| 314 | 293434 Incandescent Electric Lamp | 8/7/1882 | 81 | 281 | x | 2 |
| 315 | 439391 Junction-Box for Electric Wires | 8/7/1882 | 82 | 290 | x | 9 |
| 316 | 454558 Incandescent Electric Lamp | 8/7/1882 | 83 | 291 | x | 1 |
| 317 | 264653 Incandescent Electric Lamp | 8/7/1882 | 84 | 293 | x | 2 |
| 318 | 358600 Incandescing Electric Lamp | 8/7/1882 | 85 | 296 | x | 3 |
| 319 | 264652 Incandescent Electric Lamp | 8/7/1882 | 86 | 297 | x | 1 |
| 320 | 278419 Dynamo-Electric Machine | 8/7/1882 | 87 | 300 | x | 3 |
| 321 | 265779 Regulator for Dynamo-Electric Machines | 8/7/1882 | 88 | 304 | x | 4 |
| 322 | 264654 Incandescent Electric Lamp | 8/7/1882 | 89 | 307 | x | 3 |
| 323 | 264661 Regulator for Dynamo-Electric Machines | 8/7/1882 | 90 | 314 | x | 7 |
| 324 | 264664 Regulator for Dynamo-Electric Machines | 8/7/1882 | 91 | 317 | x | 3 |
| 325 | 264668 Regulator for Dynamo-Electric Machines | 8/7/1882 | 92 | 320 | x | 3 |
| 326 | 264669 Regulator for Dynamo-Electric Machines | 8/7/1882 | 93 | 325 | x | 5 |
| 327 | 264671 Regulator for Dynamo-Electric Machines | 8/7/1882 | 94 | 330 | x | 5 |
| 328 | 275613 Incandescing Electric Lamp | 8/7/1882 | 95 | 334 | x | 4 |
| 329 | 401646 Incandescing Electric Lamp | 8/7/1882 | 96 | 335 | x | 1 |
| 330 | 264658 Regulator for Dynamo-Electric Machines | 5/7/1882 | 97 | 338 | x | 3 |
| 331 | 264659 Regulator for Dynamo-Electric Machines | 8/7/1882 | 98 | 343 | x | 5 |
| 332 | 265780 Regulator for Dynamo-Electric Machines | 8/7/1882 | 99 | 345 | x | 2 |
| 333 | 265781 Regulator for Dynamo-Electric Machines | 8/7/1882 | 100 | 354 | x | 9 |
| 334 | 276416 Manufacture of Incandescing Electric Lamps | 8/7/1882 | 101 | 358 | x | 4 |
| 335 | 379771 Regulator for Dynamo-Electric Machines | 8/7/1882 | 102 | 361 | x | 3 |
| 336 | 272034 Telephone | 10/6/1882 | 60 | 201 | x | 1 |
| 337 | 274576 Transmitting-Telephone | 10/6/1882 | 61 | 208 | x | 7 |
| 338 | 274577 Telephone | 10/6/1882 | 62 | 212 | x | 4 |
| 339 | 268205 Dynamo or Magneto Electric Machine | 5/17/1882 | 106 | 377 | x | 4 |
| 340 | 264662 Regulator for Dynamo-Electric Machines | 8/7/1882 | 107 | 380 | x | 3 |
| 341 | 264663 Regulator for Dynamo-Electric Machines | 8/7/1882 | 108 | 382 | x | 2 |
| 342 | 264665 Regulator for Dynamo-Electric Machines | 8/7/1882 | 109 | 385 | x | 3 |
| 343 | 264666 Regulator for Dynamo-Electric Machines | 8/7/1882 | 110 | 388 | x | 3 |
| 344 | 273488 Regulator for Dynamo-Electric Machines | 8/7/1882 | 111 | 390 | x | 2 |
| 345 | 460122 Process of and Apparatus for Generating Electricity | 5/26/1882 | 112 | 397 | x | 7 |
| 346 | 466460 Art of Electrolytic Decomposition | 5/26/1882 | 113 | 399 | x | 2 |
| 347 | 273492 Secondary Battery | 6/26/1882 | 114 | 400 | x | 1 |
| 348 | 264667 Regulator for Dynamo-Electric Machines | 8/7/1882 | 115 | 404 | x | 4 |
| 349 | 264672 Regulator for Dynamo-Electric Machines | 8/7/1882 | 116 | 407 | x | 3 |
| 350 | 265786 Apparatus for the Electrical Transmission of Power | 8/7/1882 | 117 | 412 | x | 5 |
| 351 | 273828 System of Underground Conductors for Electrical Distribution | 8/7/1882 | 118 | 415 | x | 3 |

| | Patent / Title | Date | | | |
|---|---|---|---|---|---|
| 352 | 379772 System of Electrical Distribution | 8/7/1882 | 119 | 419 x | 4 |
| 353 | 274292 Secondary Battery | 8/7/1882 | 120 | 421 x | 2 |
| 354 | 365509 Filament for Incandescent Electric Lamps | 8/7/1882 | 121 | 423 x | 2 |
| 355 | 446668 Electric-Arc Light | 8/7/1882 | 122 | 427 x | 4 |
| 356 | 543985 Incandescent Conductor for Electric Lamps | 8/7/1882 | 123 | 431 x | 4 |
| 357 | 281353 Dynamo or Magneto Electric Machine | 9/13/1882 | 103 | 361 x | 5 |
| 358 | 287523 Dynamo or Magneto Electric Machine | 9/13/1882 | 104 | 365 x | 4 |
| 359 | 264651 Incandescent Electric Lamp | 8/7/1882 | 126 | 441 x | 1 |
| 360 | 264635 Incandescing Electric Lamp | 8/7/1882 | 127 | 443 x | 2 |
| 361 | 264670 Regulator for Dynamo-Electric Machines | 8/7/1882 | 128 | 449 x | 6 |
| 362 | 273489 Turn-Table for Electric Railways | 8/7/1882 | 129 | 453 x | 4 |
| 363 | 273490 Electro-Magnetic Railway System | 8/7/1882 | 130 | 456 x | 3 |
| 364 | 401486 System of Electric Lighting | 8/7/1882 | 131 | 458 x | 2 |
| 365 | 476527 System of Electric Lighting | 8/7/1882 | 132 | 466 x | 8 |
| 366 | 439390 System of Electric Lighting | 6/26/1882 | 133 | 476 x | 10 |
| 367 | 446666 System of Electric Lighting | 6/26/1882 | 134 | 485 x | 9 |
| 368 | 464822 System of Distributing Electricity | 6/28/1882 | 135 | 489 x | 4 |
| 369 | 304082 Electrical Meter | 8/14/1882 | 136 | 497 x | 8 |
| 370 | 274296 Manufacture of Incandescents | 8/14/1882 | 137 | 498 x | 1 |
| 371 | 264656 Incandescent Electric Lamp | 8/14/1882 | 138 | 500 x | 2 |
| 372 | 265782 Regulator for Dynamo-Electric Machines | 8/14/1882 | 139 | 503 x | 3 |
| 373 | 265783 Regulator for Dynamo-Electric Machines | 8/14/1882 | 140 | 507 x | 4 |
| 374 | 265784 Regulator for Dynamo-Electric Machines | 8/14/1882 | 141 | 509 x | 2 |
| 375 | 265785 Dynamo-Electric Machine | 8/14/1882 | 142 | 515 x | 6 |
| 376 | 273494 Electrical Railroad | 8/14/1882 | 143 | 518 x | 3 |
| 377 | 278418 Apparatus for Translating Electric Currents From High to Low | 8/14/1882 | 144 | 523 x | 5 |
| 378 | 293435 Electrical Meter | 8/14/1882 | 145 | 528 x | 5 |
| 379 | 334853 Mold for Carbonizing | 8/14/1882 | 146 | 531 x | 3 |
| 380 | 339278 Electric Railway | 8/14/1882 | 147 | 534 x | 3 |
| 381 | 273714 Magneto-Electric Signaling Apparatus | 8/7/1882 | 148 | 538 x | 4 |
| 382 | 282287 Magneto-Electric Signaling Apparatus | 8/7/1882 | 149 | 540 x | 2 |
| 383 | 448778 Electric Railway | 8/7/1882 | 150 | 547 x | 7 |
| 384 | 439392 Electric-Lighting System | 8/22/1882 | 131 | 477 x | 2 |
| 385 | 271613 Manufacture of Incandescing Electric Lamps | 9/13/1882 | 131 | 478 x | 4 |
| 386 | 287518 Method of Manufacturing Incandescing Electric Lamps | 9/13/1882 | 132 | 481 x | 3 |
| 387 | 406825 Electric Meter | 9/13/1882 | 133 | 485 x | 4 |
| 388 | 439393 Carbonizing-Chamber | 9/13/1882 | 134 | 489 x | 4 |
| 389 | 273487 Regulator for Dynamo-Electric Machines | 9/22/1882 | 104 | 384 x | 4 |
| 390 | 297581 Incandescent Electric Lamp | 9/22/1882 | 105 | 385 x | 1 |
| 391 | 395962 Method of Manufacturing Electric Lamps | 9/22/1882 | 106 | 388 x | 3 |
| 392 | 287525 Regulator for Systems of Electrical Distribution | 10/20/1882 | 91 | 334 x | 5 |
| 393 | 365465 Valve-Gear | 10/20/1882 | 94 | 345 x | 5 |
| 394 | 307029 Filament for Incandescent Lamps | 10/12/1882 | 95 | 346 x | 1 |
| 395 | 268206 Incandescing Electric Lamp | 10/12/1882 | 96 | 350 x | 4 |

| | | | | | |
|---|---|---|---|---|---|
| 396 | 273486 Incandescing Electric Lamp | 10/20/1882 | 95 | 348 x | 4 |
| 397 | 274293 Electric Lamp | 10/20/1882 | 96 | 349 x | 1 |
| 398 | 275612 Manufacture of Incandescing Electric Lamps | 10/20/1882 | 97 | 351 x | 2 |
| 399 | 430932 Manufacture of Incandescent Lamps | 10/20/1882 | 98 | 355 x | 4 |
| 400 | 271616 Regulator for Dynamo-Electric Machines | 10/20/1882 | 99 | 359 x | 4 |
| 401 | 543986 Process of Treating and Products Derived from Vegetable Fibr | 10/20/1882 | 100 | 362 x | 3 |
| 402 | 543987 Filament for Incandescent Lamps | 10/20/1882 | 101 | 365 x | 3 |
| 403 | 271614 Shafting | 10/20/1882 | 102 | 366 x | 1 |
| 404 | 411016 Manufacture of Carbon Filaments | 10/20/1882 | 103 | 370 x | 4 |
| 405 | 273491 Regulator for Driving Engines of Electrical Generators | 10/26/1882 | 102 | 372 x | 7 |
| 406 | 273493 Valve-Gear for Electrical Generator-Engines | 10/26/1882 | 103 | 377 x | 5 |
| 407 | 492150 Process of Coating Conductors for Incandescent Lamps | 10/26/1882 | 104 | 379 x | 2 |
| 408 | 271615 Governor for Dynamo-Electric Machines | 11/9/1882 | 104 | 376 x | 3 |
| 409 | 273485 Incandescing Electric Lamp | 11/9/1882 | 105 | 378 x | 2 |
| 410 | 317632 Incandescent Electric Lamp | 11/9/1882 | 106 | 381 x | 3 |
| 411 | 317633 Incandescent Electric Lamp | 11/9/1882 | 107 | 384 x | 3 |
| 412 | 287520 Incandescing Conductor for Electric Lamps | 11/9/1882 | 108 | 385 x | 1 |
| 413 | 353783 Incandescent Electric Lamp | 11/9/1882 | 109 | 388 x | 3 |
| 414 | 430933 Filament for Incandescent Lamps | 11/9/1882 | 110 | 394 x | 6 |
| 415 | 274294 Incandescing Electric Lamp | 11/23/1882 | 111 | 389 x | 5 |
| 416 | 281350 Regulator for Dynamo-Electric Machines | 11/23/1882 | 112 | 403 x | 4 |
| 417 | 274295 Incandescent Electric Lamp | 11/23/1882 | 113 | 408 x | 5 |
| 418 | 276233 Electrical Generator and Motor | 11/23/1882 | 114 | 420 x | 12 |
| 419 | 274290 System of Electrical Distribution | 11/27/1882 | 115 | 424 x | 4 |
| 420 | 274291 Mold for Carbonizing | 12/8/1882 | 114 | 421 x | 5 |
| 421 | 276413 Regulator for Dynamo-Electric Machines | 12/8/1882 | 115 | 425 x | 4 |
| 422 | 276414 Regulator for Dynamo-Electric Machines | 12/8/1882 | 116 | 428 x | 3 |
| 423 | 287519 Incandescing Electric Lamp | 12/8/1882 | 117 | 431 x | 3 |
| 424 | 287524 Regulator for Dynamo-Electric Machines | 12/8/1882 | 118 | 439 x | 8 |
| 425 | 438298 Manufacture of Incandescent Electric Lamps | 12/8/1882 | 119 | 443 x | 4 |
| 426 | 276232 Means for Operating and Regulating Electrical Generators | 1/8/1883 | 120 | 456 x | 13 |
| 427 | 276415 Manufacture of Incandescing Electric Lamps | 1/22/1883 | 121 | 458 x | 2 |
| 428 | 276417 Manufacture of Incandescing Electric Lamps | 1/22/1883 | 122 | 461 x | 3 |
| 429 | 281349 Regulator for Dynamo-Electric Machines | 1/22/1883 | 123 | 464 x | 3 |
| 430 | 283985 System of Electrical Distribution | 1/22/1883 | 124 | 467 x | 3 |
| 431 | 283986 System of Electrical Distribution | 1/22/1883 | 125 | 470 x | 3 |
| 432 | 459835 Manufacture of Incandescent Electric Lamps | 1/22/1883 | 126 | 472 x | 2 |
| 433 | 13940 Design for Incandescing Electric Lamp | 1/23/1883 | 109 | 416 x | 2 |
| 434 | 280727 System of Electrical Distribution | 3/16/1883 | 110 | 426 x | 10 |
| 435 | 395123 Circuit-Controller for Dynamo-Electric Machines | 3/16/1883 | 111 | 432 x | 6 |
| 436 | 287521 Dynamo or Magneto Electric Machine | 3/16/1883 | 112 | 434 x | 2 |
| 437 | 287522 Mold for Carbonizing | 3/16/1883 | 113 | 441 x | 7 |
| 438 | 438299 Manufacture of Carbon Filaments | 3/16/1883 | 114 | 444 x | 3 |
| 439 | 446669 Manufacture of Filaments for Incandescent Electric Lamps | 3/16/1883 | 115 | 447 x | 3 |