# EXHIBIT

33-b

Dockets.Justia.com

| | | | | | |
|---|---|---|---|---|---|
| 440 | 476528 Incandescent Electric Lamp | 3/16/1883 | 116 | 450 x | 3 |
| 441 | 281351 Electrical Generator | 3/16/1883 | 117 | 462 x | 12 |
| 442 | 283984 System of Electrical Distribution | 3/16/1883 | 118 | 466 x | 4 |
| 443 | 287517 System of Electrical Distribution | 3/16/1883 | 119 | 470 x | 4 |
| 444 | 283983 System of Electrical Distribution | 4/17/1883 | 109 | 436 x | 6 |
| 445 | 354310 Manufacture of Carbon Conductors | 4/17/1883 | 110 | 439 x | 3 |
| 446 | 370123 Electric Meter | 4/17/1883 | 111 | 445 x | 6 |
| 447 | 411017 Carbonizing-Flask | 4/17/1883 | 112 | 447 x | 2 |
| 448 | 370124 Manufacture of Filaments for Incandescing Electric Lights | 4/20/1883 | 113 | 449 x | 2 |
| 449 | 287516 System of Electrical Distribution | 5/14/1883 | 112 | 427 x | 3 |
| 450 | 341839 Incandescing Electric Lamp | 5/14/1883 | 113 | 432 x | 5 |
| 451 | 398774 Incandescent Electric Lamp | 5/14/1883 | 114 | 436 x | 4 |
| 452 | 370125 Electrical Transmission of Power | 6/7/1883 | 107 | 415 x | 5 |
| 453 | 370126 Electrical Transmission of Power | 6/7/1883 | 108 | 417 x | 2 |
| 454 | 370127 Electrical Transmission of Power | 6/7/1883 | 109 | 419 x | 2 |
| 455 | 370128 Electrical Transmission of Power | 6/7/1883 | 110 | 421 x | 2 |
| 456 | 370129 Electrical Transmission of Power | 6/7/1883 | 111 | 427 x | 6 |
| 457 | 370130 Electrical Transmission of Power | 6/7/1883 | 112 | 431 x | 4 |
| 458 | 370131 Electrical Transmission of Power | 6/7/1883 | 113 | 433 x | 2 |
| 459 | 438300 Gage for Testing Fibers for Incandescent-Lamp Carbons | 6/7/1883 | 114 | 436 x | 3 |
| 460 | 287511 Electric Regulator | 6/29/1883 | 115 | 444 x | 8 |
| 461 | 287512 Dynamo-Electric Machine | 6/29/1883 | 116 | 450 x | 6 |
| 462 | 287513 Dynamo-Electric Machine | 6/29/1883 | 117 | 452 x | 2 |
| 463 | 287514 Dynamo-Electric Machine | 6/29/1883 | 118 | 462 x | 10 |
| 464 | 287515 System of Electrical Distribution | 6/29/1883 | 119 | 467 x | 5 |
| 465 | 297582 Dynamo-Electric Machine | 6/29/1883 | 120 | 470 x | 3 |
| 466 | 328572 Commutator for Dynamo-Electric Machines | 6/29/1883 | 121 | 478 x | 8 |
| 467 | 430934 Electric-Lighting System | 6/29/1883 | 122 | 484 x | 6 |
| 468 | 438301 System of Electric Lighting | 6/29/1883 | 123 | 489 x | 5 |
| 469 | 297583 Dynamo-Electric Machine | 10/10/1883 | 113 | 441 x | 8 |
| 470 | 304083 Dynamo-Electric Machine | 10/10/1883 | 114 | 444 x | 3 |
| 471 | 304084 Device for Protecting Electric-Light Systems from Lightning | 10/10/1883 | 115 | 448 x | 4 |
| 472 | 438302 Commutator for Dynamo-Electric Machines | 10/10/1883 | 116 | 451 x | 3 |
| 473 | 476529 System of Electrical Distribution | 10/10/1883 | 117 | 454 x | 3 |
| 474 | 297584 Dynamo-Electric Machine | 10/10/1883 | 118 | 466 x | 12 |
| 475 | 307030 Electrical Meter | 10/10/1883 | 119 | 472 x | 6 |
| 476 | 435688 Process of and Apparatus for Generating Electricity | 9/19/1883 | 120 | 489 x | 17 |
| 477 | 297585 Incandescing Conductor for Electric Lamps | 10/10/1883 | 121 | 496 x | 7 |
| 478 | 297586 Electrical Conductor | 10/10/1883 | 122 | 499 x | 3 |
| 479 | 470922 Manufacture of Filaments for Incandescent Lamps | 10/10/1883 | 123 | 503 x | 4 |
| 480 | 490953 Art of Generating Electricity | 11/1/1883 | 109 | 441 x | 9 |
| 481 | 293432 Electrical Generator or Motor | 10/18/1883 | 125 | 516 x | 4 |
| 482 | 307031 Electrical Indicator | 11/15/1883 | 110 | 446 x | 8 |
| 483 | 337254 Telephone | 11/13/1883 | 111 | 453 x | 7 |

| | | | | | |
|---|---|---|---|---|---|
| 484 | 297587 Dynamo-Electric Machine | 12/12/1883 | 112 | 459 x | 6 |
| 485 | 298954 Dynamo-Electric Machine | 12/12/1883 | 113 | 465 x | 6 |
| 486 | 298955 Dynamo-Electric Machine | 12/12/1883 | 114 | 470 x | 5 |
| 487 | 304085 System of Electrical Distribution | 12/12/1883 | 115 | 477 x | 7 |
| 488 | 509517 System of Electrical Distribution | 12/12/1883 | 116 | 479 x | 2 |
| 489 | 425761 Incandescent Lamp | 11/22/1883 | 117 | 482 x | 3 |
| 490 | 534206 Filament for Incandescent Lamps | 1/4/1884 | 118 | 485 x | 3 |
| 491 | 304086 Incandescent Electric Lamp | 1/24/1884 | 119 | 487 x | 2 |
| 492 | 298956 Mode of Operating Dynamo-Electric Machines | 1/24/1884 | 120 | 492 x | 5 |
| 493 | 304087 Electrical Conductor | 1/24/1884 | 121 | 495 x | 3 |
| 494 | 526147 Art of Plating One Material with Another | 1/28/1884 | 122 | 499 x | 4 |
| 495 | 395963 Incandescent-Lamp Filament | 4/5/1884 | 118 | 485 x | 1 |
| 496 | 339279 System of Electrical Distribution | 4/5/1884 | 119 | 488 x | 3 |
| 497 | 314115 Chemical Stock Quotation Telegraph | 3/19/1884 | 121 | 524 x | 35 |
| 498 | 436968 Method of and Apparatus for Drawing Wire | 6/10/1884 | 109 | 467 x | 4 |
| 499 | 436969 Method of and Apparatus for Drawing Wire | 6/10/1884 | 110 | 471 x | 4 |
| 500 | 438303 Arc Lamp | 6/10/1884 | 111 | 473 x | 2 |
| 501 | 343017 System of Electrical Distribution | 8/7/1884 | 112 | 481 x | 8 |
| 502 | 391595 System of Electric Lighting | 8/7/1884 | 113 | 488 x | 7 |
| 503 | 328573 System of Electric Lighting | 10/2/1884 | 108 | 466 x | 5 |
| 504 | 328574 System of Electric Lighting | 10/2/1884 | 109 | 470 x | 4 |
| 505 | 328575 System of Electric Lighting | 10/2/1884 | 110 | 473 x | 3 |
| 506 | 391596 Incandescent Electric Lamp | 10/2/1884 | 111 | 475 x | 2 |
| 507 | 438304 Electric Signaling Apparatus | 12/15/1884 | 109 | 462 x | 2 |
| 508 | 422577 Apparatus for Speaking-Telephones | 12/1/1884 | 110 | 465 x | 3 |
| 509 | 329030 Telephone | 12/15/1884 | 111 | 467 x | 2 |
| 510 | 340707 Telephonic Repeater | 12/15/1884 | 112 | 472 x | 5 |
| 511 | 422578 Telephonic Repeater | 12/15/1884 | 113 | 475 x | 3 |
| 512 | 422579 Telephonic Repeater | 12/15/1884 | 114 | 491 x | 16 |
| 513 | 340708 Electrical Signaling Apparatus | 1/12/1885 | 115 | 494 x | 3 |
| 514 | 347097 Electrical Signaling Apparatus | 1/12/1885 | 116 | 499 x | 5 |
| 515 | 478743 Telephone-Repeater | 10/14/1885 | 113 | 468 x | 13 |
| 516 | 340709 Telephone-Circuit | 10/14/1885 | 114 | 470 x | 2 |
| 517 | 378044 Telephone-Transmitter | 10/14/1885 | 115 | 474 x | 4 |
| 518 | 348114 Electrode for Telephone-Transmitters | 10/14/1885 | 116 | 479 x | 5 |
| 519 | 438305 Fuse-Block | 10/14/1885 | 117 | 481 x | 2 |
| 520 | 350234 System of Railway Signaling | 4/7/1885 | 121 | 497 x | 7 |
| 521 | 486634 System of Railway Signaling | 4/7/1885 | 122 | 505 x | 8 |
| 522 | 333289 Telegraphy | 5/8/1885 | 123 | 517 x | 12 |
| 523 | 333290 Duplex Telegraphy | 5/8/1885 | 124 | 523 x | 6 |
| 524 | 333291 Way-Station Quadruplex Telegraphy | 5/16/1885 | 122 | 519 x | 5 |
| 525 | 465971 Means for Transmitting Signals Electrically | 5/23/1885 | 123 | 524 x | 5 |
| 526 | 422072 Telegraphy | 10/23/1885 | 120 | 509 x | 5 |
| 527 | 437422 Telegraphy | 10/23/1885 | 121 | 519 x | 10 |

| | | | | | |
|---|---|---|---|---|---|
| 528 | 422073 Telegraphy | 11/24/1885 | 121 | 529 x | 12 |
| 529 | 422074 Telegraphy | 2/19/1886 | 118 | 507 x | 4 |
| 530 | 435689 Telegraphy | 2/19/1886 | 119 | 510 x | 3 |
| 531 | 438306 Telephone | 2/19/1886 | 120 | 514 x | 4 |
| 532 | 350235 Railway-Telegraphy | 1/13/1886 | 122 | 522 x | 5 |
| 533 | 406567 Telephone | 2/19/1886 | 122 | 522 x | 3 |
| 534 | 474232 Speaking-Telegraph | 2/18/1886 | 123 | 523 x | 1 |
| 535 | 370132 Telegraphy | 5/15/1886 | 116 | 503 x | 11 |
| 536 | 411018 Manufacture of Incandescent Electric Lamps | 7/17/1886 | 116 | 498 x | 3 |
| 537 | 438307 Manufacture of Incandescent Electric Lamps | 7/17/1886 | 117 | 505 x | 7 |
| 538 | 448779 Telegraph | 7/19/1886 | 118 | 508 x | 3 |
| 539 | 411019 Manufacture of Incandescent Electric Lamps | 7/29/1886 | 119 | 516 x | 8 |
| 540 | 406130 Manufacture of Incandescent Electric Lamps | 8/11/1886 | 119 | 515 x | 4 |
| 541 | 351856 Incandescent Electric Lamp | 10/5/1886 | 117 | 499 x | 1 |
| 542 | 454262 Incandescent-Lamp Filament | 10/27/1886 | 118 | 502 x | 3 |
| 543 | 466400 Cut-Out for Incandescent Lamps | 10/27/1886 | 119 | 509 x | 7 |
| 544 | 484184 Manufacture of Carbon Filaments | 10/27/1886 | 120 | 511 x | 2 |
| 545 | 490954 Manufacture of Carbon Filaments for Electric Lamps | 11/6/1886 | 119 | 509 x | 2 |
| 546 | 438308 System of Electrical Distribution | 12/6/1886 | 120 | 512 x | 3 |
| 547 | 524378 System of Electrical Distribution | 12/6/1886 | 121 | 513 x | 1 |
| 548 | 365978 System of Electrical Distribution | 11/29/1886 | 122 | 524 x | 11 |
| 549 | 369439 System of Electrical Distribution | 12/6/1886 | 123 | 530 x | 6 |
| 550 | 384830 Railway Signaling | 11/29/1886 | 124 | 534 x | 4 |
| 551 | 379944 Commutator for Dynamo-Electric Machines | 12/6/1886 | 125 | 538 x | 4 |
| 552 | 411020 Manufacture of Carbon Filaments | 12/6/1886 | 126 | 540 x | 2 |
| 553 | 485615 Manufacture of Carbon Filaments | 12/15/1886 | 125 | 537 x | 3 |
| 554 | 485616 Manufacture of Carbon Filaments | 12/15/1886 | 126 | 539 x | 2 |
| 555 | 525007 Manufacture of Carbon Filaments | 12/15/1886 | 127 | 541 x | 2 |
| 556 | 369441 System of Electrical Distribution | 12/16/1886 | 128 | 557 x | 16 |
| 557 | 369442 System of Electrical Distribution | 12/22/1886 | 129 | 562 x | 5 |
| 558 | 369443 System of Electrical Distribution | 12/27/1886 | 130 | 569 x | 7 |
| 559 | 484185 Manufacture of Carbon Filaments | 12/27/1886 | 131 | 573 x | 4 |
| 560 | 534207 Manufacture of Carbon Filaments | 12/27/1886 | 132 | 576 x | 3 |
| 561 | 373584 Dynamo-Electric Machine | 12/28/1886 | 133 | 583 x | 7 |
| 562 | 468949 Converter System for Electric Railways | 3/8/1887 | 132 | 582 x | 3 |
| 563 | 380100 Pyromagnetic Motor | 6/13/1887 | 133 | 593 x | 11 |
| 564 | 476983 Pyromagnetic Generator | 6/13/1887 | 134 | 610 x | 17 |
| 565 | 476530 Incandescent Electric Lamp | 6/4/1887 | 135 | 615 x | 5 |
| 566 | 377518 Magnetic Separator | 7/6/1887 | 133 | 602 x | 5 |
| 567 | 470923 Railway-Signaling | 8/19/1887 | 134 | 604 x | 2 |
| 568 | 545405 System of Electrical Distribution | 8/29/1887 | 135 | 609 x | 5 |
| 569 | 380101 System of Electrical Distribution | 9/23/1887 | 121 | 532 x | 7 |
| 570 | 380102 System of Electrical Distribution | 9/23/1887 | 122 | 536 x | 4 |
| 571 | 470924 Electric Conductor | 9/30/1887 | 123 | 539 x | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 572 | 563462 Method of and Apparatus for Drawing Wire | 10/21/1887 | 124 | 546 x | 7 |
| 573 | 385173 System of Electrical Distribution | 12/9/1887 | 124 | 549 x | 10 |
| 574 | 506215 Method of Making Plate Glass | 11/11/1887 | 126 | 558 x | 2 |
| 575 | 382414 Burnishing Attachment for Phonographs | 11/26/1887 | 126 | 556 x | 5 |
| 576 | 386974 Phonograph | 11/26/1887 | 127 | 584 x | 28 |
| 577 | 430570 Phonogram-Blank | 11/26/1887 | 128 | 586 x | 2 |
| 578 | 382416 Feed and Return Mechanism for Phonographs | 1/5/1888 | 129 | 595 x | 9 |
| 579 | 382415 System of Electrical Distribution | 12/27/1887 | 130 | 599 x | 4 |
| 580 | 382462 Phonogram-Blank | 1/5/1888 | 131 | 602 x | 3 |
| 581 | 484582 Duplicating Phonograms | 1/30/1888 | 132 | 606 x | 4 |
| 582 | 434586 Electric Generator | 1/30/1888 | 133 | 614 x | 8 |
| 583 | 434587 Thermo-Electric Battery | 1/30/1888 | 134 | 621 x | 7 |
| 584 | 382417 Process of Making Phonogram-Blanks | 2/4/1888 | 135 | 623 x | 2 |
| 585 | 389369 Incandescing Electric Lamp | 2/6/1888 | 136 | 633 x | 10 |
| 586 | 382418 Phonogram-Blank | 3/2/1888 | 134 | 624 x | 3 |
| 587 | 390462 Process of Making Carbon Filaments | 3/2/1888 | 135 | 625 x | 1 |
| 588 | 394105 Phonograph-Recorder | 3/2/1888 | 136 | 631 x | 6 |
| 589 | 394106 Phonograph-Reproducer | 3/2/1888 | 137 | 636 x | 5 |
| 590 | 382419 Process of Duplicating Phonograms | 3/8/1888 | 138 | 638 x | 2 |
| 591 | 425762 Cut-Out for Incandescent Electric Lamps | 3/8/1888 | 139 | 643 x | 5 |
| 592 | 396356 Magnetic Separator | 3/29/1888 | 133 | 615 x | 7 |
| 593 | 393462 Process of Making Phonogram-Blanks | 5/7/1888 | 134 | 618 x | 3 |
| 594 | 393463 Machine for Making Phonogram-Blanks | 5/7/1888 | 135 | 621 x | 3 |
| 595 | 393464 Machine for Making Phonogram-Blanks | 5/7/1888 | 136 | 627 x | 6 |
| 596 | 534208 Induction-Converter | 5/21/1888 | 130 | 605 x | 6 |
| 597 | 476991 Method of and Apparatus for Separating Ores | 5/21/1888 | 131 | 610 x | 5 |
| 598 | 400646 Phonograph Recorder and Reproducer | 6/7/1888 | 132 | 614 x | 4 |
| 599 | 488190 Phonograph-Reproducer | 6/7/1888 | 133 | 618 x | 4 |
| 600 | 488189 Phonograph | 5/29/1888 | 134 | 623 x | 5 |
| 601 | 470925 Manufacture of Filaments for Incandescent Lamps | 7/2/1888 | 133 | 613 x | 4 |
| 602 | 393465 Method of Preparing Phonograph Recording-Surfaces | 7/7/1888 | 134 | 615 x | 2 |
| 603 | 400647 Phonograph | 7/7/1888 | 135 | 620 x | 5 |
| 604 | 448780 Device for Turning Off Phonogram-Blanks | 7/7/1888 | 136 | 622 x | 2 |
| 605 | 393466 Phonograph-Recorder | 7/17/1888 | 137 | 629 x | 7 |
| 606 | 393966 Method of Recording and Reproducing Sounds | 7/17/1888 | 138 | 634 x | 5 |
| 607 | 393967 Method of Recording and Reproducing Sounds | 7/17/1888 | 139 | 636 x | 2 |
| 608 | 437423 Phonograph | 7/17/1888 | 140 | 640 x | 4 |
| 609 | 450740 Phonograph-Recorder | 7/17/1888 | 141 | 643 x | 3 |
| 610 | 485617 Incandescent-Lamp Filament | 7/17/1888 | 142 | 647 x | 4 |
| 611 | 430274 Phonogram-Blank | 7/30/1888 | 143 | 650 x | 3 |
| 612 | 448781 Turning-Off Device for Phonographs | 7/30/1888 | 144 | 655 x | 5 |
| 613 | 400648 Phonogram-Blank | 7/30/1888 | 145 | 659 x | 4 |
| 614 | 499879 Phonograph | 7/30/1888 | 146 | 688 x | 29 |
| 615 | 397705 Method of Winding Field-Magnets | 9/15/1888 | 145 | 652 x | 2 |

| | | | | | |
|---|---|---|---|---|---|
| 616 | 435690 Method of Making Armatures for Dynamo-Electric Machines | 9/15/1888 | 146 | 661 x | 9 |
| 617 | 430275 Magnetic Separator | 9/20/1888 | 147 | 666 x | 5 |
| 618 | 474591 Process of Extracting Gold from Sulphide Ores | 9/20/1888 | 148 | 669 x | 3 |
| 619 | 397280 Phonograph Recorder and Reproducer | 9/27/1888 | 149 | 680 x | 11 |
| 620 | 397706 Phonograph | 10/11/1888 | 149 | 683 x | 4 |
| 621 | 400649 Method of Making Phonogram-Blanks | 10/11/1888 | 150 | 684 x | 1 |
| 622 | 400650 Method of Making Phonogram-Blanks | 10/17/1888 | 151 | 688 x | 4 |
| 623 | 406568 Phonograph | 10/17/1888 | 152 | 693 x | 5 |
| 624 | 437424 Phonograph | 10/17/1888 | 153 | 698 x | 5 |
| 625 | 393968 Phonograph-Recorder | 11/5/1888 | 152 | 693 x | 4 |
| 626 | 406569 Phonogram-Blank | 1/19/1889 | 139 | 636 x | 3 |
| 627 | 488191 Phonogram-Blank | 1/19/1889 | 140 | 640 x | 4 |
| 628 | 430276 Phonograph | 1/15/1889 | 141 | 656 x | 16 |
| 629 | 406570 Phonograph | 2/11/1889 | 141 | 647 x | 2 |
| 630 | 406571 Process of Treating Phonogram-Blanks | 2/11/1889 | 142 | 649 x | 2 |
| 631 | 406572 Automatic Determining Device for Phonographs | 2/11/1889 | 143 | 654 x | 5 |
| 632 | 406573 Automatic Determining Device for Phonographs | 2/11/1889 | 144 | 657 x | 3 |
| 633 | 406574 Automatic Determining Device for Phonographs | 2/11/1889 | 145 | 661 x | 4 |
| 634 | 406575 Automatic Determining Device for Phonographs | 2/11/1889 | 146 | 665 x | 4 |
| 635 | 430277 Automatic Determining Device for Phonographs | 2/11/1889 | 147 | 672 x | 7 |
| 636 | 437425 Phonograph-Recorder | 2/11/1889 | 148 | 675 x | 3 |
| 637 | 406576 Phonogram-Blank | 2/16/1889 | 147 | 679 x | 10 |
| 638 | 414759 Phonogram-Blank | 3/25/1889 | 147 | 679 x | 4 |
| 639 | 462540 Incandescent Electric Lamp | 3/25/1889 | 148 | 681 x | 2 |
| 640 | 414760 Phonograph | 3/30/1889 | 148 | 683 x | 5 |
| 641 | 430278 Phonograph | 4/10/1889 | 144 | 697 x | 32 |
| 642 | 438309 Method of Insulating Electrical Conductors | 5/11/1889 | 143 | 699 x | 5 |
| 643 | 423039 Phonograph for Dolls or other Toys | 7/2/1889 | 142 | 705 x | 12 |
| 644 | 426527 Automatic Determining Device for Phonographs | 7/2/1889 | 143 | 712 x | 7 |
| 645 | 430279 Voltaic Battery | 7/2/1889 | 144 | 718 x | 6 |
| 646 | 506216 Apparatus for Making Glass | 7/2/1889 | 145 | 723 x | 5 |
| 647 | 414761 Phonogram-Blank | 8/10/1889 | 134 | 676 x | 3 |
| 648 | 430280 Magnetic Separator | 7/29/1889 | 135 | 685 x | 9 |
| 649 | 437426 Phonograph | 8/10/1889 | 136 | 694 x | 9 |
| 650 | 465972 Phonograph | 11/18/1889 | 129 | 700 x | 37 |
| 651 | 443507 Phonograph | 12/27/1889 | 130 | 705 x | 5 |
| 652 | 513095 Phonograph | 12/27/1889 | 131 | 709 x | 4 |
| 653 | 434588 Magnetic Ore-Separator | 1/20/1890 | 132 | 718 x | 9 |
| 654 | 437427 Method of Making Phonogram-Blanks | 2/17/1890 | 132 | 718 x | 4 |
| 655 | 465250 Process of Extracting Copper Pyrites | 2/17/1890 | 133 | 722 x | 4 |
| 656 | 434589 Propelling Mechanism for Electric Vehicles | 2/20/1890 | 134 | 728 x | 6 |
| 657 | 438310 Lamp-Base | 5/5/1890 | 123 | 661 x | 7 |
| 658 | 437428 Propelling Device for Electric Cars | 5/5/1890 | 124 | 670 x | 9 |
| 659 | 437429 Phonogram-Blank | 5/9/1890 | 125 | 674 x | 4 |

| | | | | | |
|---|---|---|---|---|---|
| 660 | 454941 Phonograph Recorder or Reproducer | 5/24/1890 | 126 | 677 x | 3 |
| 661 | 436127 Electric Motor | 5/24/1890 | 127 | 683 x | 6 |
| 662 | 484583 Phonograph Cutting-Tool | 5/27/1890 | 128 | 686 x | 3 |
| 663 | 484584 Phonograph-Reproducer | 5/27/1890 | 129 | 689 x | 3 |
| 664 | 436970 Apparatus for Transmitting Power | 6/10/1890 | 130 | 699 x | 10 |
| 665 | 453741 Phonograph | 7/30/1890 | 119 | 607 x | 6 |
| 666 | 454942 Phonograph | 7/30/1890 | 120 | 613 x | 6 |
| 667 | 456301 Phonograph-Doll | 7/30/1890 | 121 | 623 x | 10 |
| 668 | 484585 Phonograph | 7/30/1890 | 122 | 628 x | 5 |
| 669 | 456302 Phonograph | 8/12/1890 | 123 | 634 x | 6 |
| 670 | 476984 Expansible Pulley | 8/28/1890 | 119 | 602 x | 2 |
| 671 | 493858 Transmission of Power | 8/28/1890 | 120 | 608 x | 6 |
| 672 | 457343 Magnetic Belting | 9/10/1890 | 116 | 577 x | 7 |
| 673 | 444530 Leading-In Wire for Incandescent Lamps | 9/15/1890 | 117 | 582 x | 5 |
| 674 | 534209 Incandescent Electric Lamp | 9/17/1890 | 118 | 583 x | 1 |
| 675 | 476985 Trolley for Electric Railways | 11/21/1890 | 90 | 447 x | 7 |
| 676 | 500280 Phonograph | 11/21/1890 | 91 | 452 x | 5 |
| 677 | 541923 Phonograph | 11/21/1890 | 92 | 462 x | 10 |
| 678 | 457344 Smoothing-Tool for Phonogram-Blanks | 11/21/1890 | 93 | 467 x | 5 |
| 679 | 460123 Phonogram-Blank Carrier | 11/21/1890 | 94 | 474 x | 7 |
| 680 | 500281 Phonograph | 11/21/1890 | 95 | 480 x | 6 |
| 681 | 541924 Phonograph | 12/3/1890 | 96 | 486 x | 6 |
| 682 | 500282 Phonograph | 12/3/1890 | 97 | 492 x | 6 |
| 683 | 575151 Phonograph | 12/3/1890 | 98 | 495 x | 3 |
| 684 | 605667 Phonograph | 12/3/1890 | 99 | 508 x | 13 |
| 685 | 610706 Phonograph | 12/3/1890 | 100 | 524 x | 16 |
| 686 | 622843 Phonograph | 12/3/1890 | 101 | 527 x | 3 |
| 687 | 609268 Phonograph | 12/15/1890 | 102 | 543 x | 16 |
| 688 | 493425 Electric Locomotive | 1/19/1891 | 101 | 545 x | 12 |
| 689 | 476992 Incandescent Electric Lamp | 1/24/1891 | 102 | 548 x | 3 |
| 690 | 496191 Phonograph | 2/9/1891 | 103 | 554 x | 6 |
| 691 | 470926 Dynamo-Electric Machine or Motor | 2/24/1891 | 100 | 547 x | 11 |
| 692 | 476986 Means for Propelling Electric Cars | 3/2/1891 | 101 | 553 x | 6 |
| 693 | 476987 Electric Locomotive | 3/2/1891 | 102 | 555 x | 2 |
| 694 | 465973 Armature for Dynamos or Motors | 3/23/1891 | 103 | 561 x | 6 |
| 695 | 470927 Driving Mechanism for Cars | 3/26/1891 | 100 | 551 x | 7 |
| 696 | 465970 Armature Connection for Motors or Generators | 3/26/1891 | 101 | 555 x | 4 |
| 697 | 468950 Commutator-Brush for Electric Motors and Dynamos | 4/4/1891 | 102 | 561 x | 6 |
| 698 | 475491 Electric Locomotive | 6/9/1891 | 99 | 550 x | 6 |
| 699 | 475492 Electric Locomotive | 6/9/1891 | 100 | 552 x | 2 |
| 700 | 475493 Electric Locomotive | 6/9/1891 | 101 | 558 x | 6 |
| 701 | 475494 Electric Railway | 6/9/1891 | 102 | 561 x | 3 |
| 702 | 476988 Lightning-Arrester | 8/14/1891 | 95 | 524 x | 4 |
| 703 | 476989 Conductor for Electric Railways | 8/14/1891 | 96 | 530 x | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 704 | 509518 Electric Railway | 8/14/1891 | 97 | 540 x | 10 |
| 705 | 465251 Method of Bricking Fine Ores | 8/24/1891 | 98 | 545 x | 5 |
| 706 | 485840 Method of Bricking Fine Iron Ores | 8/24/1891 | 99 | 549 x | 4 |
| 707 | 493426 Apparatus for Exhibiting Photographs of Moving Objects | 8/24/1891 | 100 | 562 x | 13 |
| 708 | 589168 Kinelographic Camera | 8/24/1891 | 101 | 568 x | 6 |
| 709 | 470928 Alternating-Current Generator | 8/25/1891 | 102 | 576 x | 8 |
| 710 | 476990 Electric Meter | 8/25/1891 | 103 | 585 x | 9 |
| 711 | 484183 Electrical Depositing-Meter | 9/2/1891 | 104 | 591 x | 6 |
| 712 | 476993 Electric-Arc Lamp | 10/1/1891 | 102 | 578 x | 3 |
| 713 | 470929 Magnetic Separator | 10/1/1891 | 103 | 583 x | 5 |
| 714 | 471268 Ore-Conveyer and Method of Arranging Ore Thereon | 10/1/1891 | 104 | 591 x | 8 |
| 715 | 472288 Dust-Proof Bearing for Shafts | 10/1/1891 | 105 | 593 x | 2 |
| 716 | 472752 Dust-Proof Journal-Bearing | 10/1/1891 | 106 | 595 x | 2 |
| 717 | 472753 Ore-Screening Apparatus | 10/1/1891 | 107 | 598 x | 3 |
| 718 | 474592 Ore-Conveying Apparatus | 10/1/1891 | 108 | 607 x | 9 |
| 719 | 498385 Roller for Crushing Ore or Other Material | 10/1/1891 | 109 | 610 x | 3 |
| 720 | 474593 Dust-Proof Swivel Shaft-Bearing | 10/6/1891 | 110 | 613 x | 3 |
| 721 | 470930 Dynamo-Electric Machine | 10/10/1891 | 111 | 616 x | 3 |
| 722 | 476532 Ore-Screening Apparatus | 10/15/1891 | 112 | 621 x | 5 |
| 723 | 491992 Cut-Out for Incandescent Electric Lamps | 11/12/1891 | 112 | 628 x | 9 |
| 724 | 491993 Stop Device | 4/11/1892 | 91 | 492 x | 4 |
| 725 | 564423 Process of Separating Ores | 7/2/1892 | 63 | 363 x | 3 |
| 726 | 485841 Method of Magnetically Separating Ores | 7/20/1892 | 62 | 340 x | 2 |
| 727 | 485842 Method of Magnetic-Ore Separation | 7/20/1892 | 63 | 342 x | 2 |
| 728 | 513096 Method of and Apparatus for Mixing Materials | 8/29/1892 | 63 | 346 x | 9 |
| 729 | 509428 Composition Brick and Method of Making Same | 3/17/1893 | 38 | 230 x | 4 |
| 730 | 513097 Phonograph | 5/24/1893 | 37 | 224 x | 6 |
| 731 | 567187 Crushing-Roll | 12/19/1893 | 28 | 154 x | 2 |
| 732 | 602064 Conveyer | 12/19/1893 | 29 | 160 x | 6 |
| 733 | 865367 Fluorescent Electric Lamp | 5/19/1896 | 11 | 81 x | 6 |
| 734 | 604740 Governor for Motors | 1/27/1897 | 8 | 73 x | 7 |
| 735 | 607588 Phonograph | 1/27/1897 | 9 | 78 x | 5 |
| 736 | 675056 Magnetic Separator | 6/12/1897 | 10 | 91 x | 13 |
| 737 | 637327 Rolls | 7/16/1897 | 11 | 100 x | 9 |
| 738 | 672616 Method of Breaking Rock | 7/16/1897 | 12 | 102 x | 2 |
| 739 | 676618 Magnetic Separator | 7/16/1897 | 13 | 104 x | 2 |
| 740 | 605475 Drying Apparatus | 6/29/1897 | 14 | 110 x | 6 |
| 741 | 605668 Mixer | 6/29/1897 | 15 | 115 x | 5 |
| 742 | 667201 Flight Conveyer | 6/29/1897 | 16 | 120 x | 5 |
| 743 | 671314 Lubricating Journal-Bearings | 6/29/1897 | 17 | 129 x | 9 |
| 744 | 671315 Conveyer | 6/29/1897 | 18 | 134 x | 5 |
| 745 | 675057 Apparatus for Screening Pulverized Material | 6/29/1897 | 19 | 139 x | 5 |
| 746 | 713209 Process of Duplicating Phonograms | 3/5/1898 | 19 | 151 x | 18 |
| 747 | 703774 Reproducer for Phonographs | 3/24/1898 | 20 | 159 x | 8 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 748 | 626460 | Filament for Incandescent Lamps and Process of | 3/31/1898 | 21 | 168 x | 9 |
| 749 | 648933 | Drier | 5/23/1898 | 21 | 171 x | 9 |
| 750 | 661238 | Machine for Forming Pulverized Material into Briquets | 5/23/1898 | 22 | 191 x | 20 |
| 751 | 674057 | Grinding or Crushing Rolls | 5/23/1898 | 23 | 194 x | 3 |
| 752 | 703562 | Apparatus for Bricking Pulverized Material | 5/23/1898 | 24 | 196 x | 2 |
| 753 | 704010 | Apparatus for Concentrating Magnetic Iron Ores | 5/23/1898 | 25 | 202 x | 6 |
| 754 | 659389 | Electric Meter | 9/24/1898 | 19 | 149 x | 15 |
| 755 | 648934 | Process of Screening or Sizing Very Fine Materials | 3/17/1899 | 20 | 150 x | 1 |
| 756 | 663015 | Electric Meter | 3/17/1899 | 21 | 158 x | 8 |
| 757 | 688610 | Phonograph Recording Apparatus | 3/17/1899 | 22 | 165 x | 7 |
| 758 | 643764 | Method of Reheating Compressed Air for Industrial Purposes | 2/27/1899 | 23 | 166 x | 1 |
| 759 | 660293 | Electric Meter | 9/16/1899 | 22 | 168 x | 14 |
| 760 | 641281 | Expanding Pulley | 4/24/1899 | 24 | 188 x | 11 |
| 761 | 727116 | Grinding-Rolls | 7/1/1899 | 24 | 183 x | 4 |
| 762 | 652457 | Phonograph | 9/21/1899 | 25 | 192 x | 9 |
| 763 | 648935 | Apparatus for Duplicating Phonograph-Records | 10/28/1899 | 26 | 205 x | 13 |
| 764 | 685911 | Apparatus for Reheating Compressed Air for Industrial Purpos | 12/6/1899 | 26 | 204 x | 8 |
| 765 | 657922 | Apparatus for Reheating Compressed Air for Industrial Purpos | 12/12/1899 | 27 | 205 x | 1 |
| 766 | 676840 | Magnetic Separating Apparatus | 1/9/1900 | 28 | 207 x | 2 |
| 767 | 660845 | Apparatus for Sampling, Averaging, Mixing, and Storing Materi | 1/11/1900 | 29 | 215 x | 8 |
| 768 | 662063 | Process of Sampling, Averaging, Mixing, and Storing Materials | 1/11/1900 | 30 | 233 x | 18 |
| 769 | 679500 | Apparatus for Screening or Sizing Very Fine Materials | 1/31/1900 | 30 | 228 x | 6 |
| 770 | 671316 | Apparatus for Screening or Rescreening Fine Materials | 3/7/1900 | 30 | 229 x | 2 |
| 771 | 671317 | Method of Screening or Rescreening Fine Materials | 3/31/1900 | 31 | 230 x | 1 |
| 772 | 759356 | Method of Burning Portland-Cement Clinker, &c. | 4/19/1900 | 32 | 231 x | 1 |
| 773 | 759357 | Apparatus for Burning Portland-Cement Clinker &c. | 4/19/1900 | 33 | 243 x | 12 |
| 774 | 655480 | Phonographic Reproducing Device | 5/3/1900 | 34 | 251 x | 8 |
| 775 | 657527 | Process of Making Metallic Duplicate Phonograph-Records | 5/4/1900 | 35 | 260 x | 9 |
| 776 | 667202 | Apparatus for Duplicating Phonograph-Records | 5/8/1900 | 33 | 247 x | 10 |
| 777 | 667662 | Process of Duplicating Phonograph-Records | 5/8/1900 | 34 | 256 x | 9 |
| 778 | 713863 | Process of Coating Phonograph-Records | 6/16/1900 | 35 | 263 x | 7 |
| 779 | 759358 | Magnetic Separating Apparatus | 6/21/1900 | 36 | 265 x | 2 |
| 780 | 676841 | Magnetic Separating Apparatus | 7/2/1900 | 36 | 264 x | 8 |
| 781 | 680520 | Process of Making Duplicate Phonograph-Records | 8/18/1900 | 36 | 260 x | 4 |
| 782 | 672617 | Apparatus for Breaking Rock | 8/9/1900 | 37 | 267 x | 7 |
| 783 | 676225 | Phonographic Recording Apparatus | 8/18/1900 | 38 | 273 x | 6 |
| 784 | 703051 | Electric Meter | 10/15/1900 | 36 | 264 x | 16 |
| 785 | 684204 | Reversible Galvanic Battery | 10/31/1900 | 35 | 248 x | 6 |
| 786 | 871214 | Reversible Galvanic Battery | 10/31/1900 | 36 | 252 x | 4 |
| 787 | 704303 | Reversible Galvanic Battery | 1/8/1901 | 34 | 211 x | 5 |
| 788 | 700136 | Reversible Galvanic Battery | 3/5/1901 | 32 | 198 x | 11 |
| 789 | 704304 | Reversible Galvanic Battery | 3/1/1901 | 33 | 217 x | 19 |
| 790 | 700137 | Reversible Galvanic Battery | 3/5/1901 | 34 | 228 x | 11 |
| 791 | 704305 | Electrode for Batteries | 5/17/1901 | 28 | 209 x | 10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 792 | 678722 | Reversible Galvanic Battery | 6/20/1901 | 23 | 199 x | 26 |
| 793 | 684205 | Reversible Galvanic Battery | 6/20/1901 | 24 | 209 x | 10 |
| 794 | 692507 | Reversible Galvanic Battery | 6/20/1901 | 25 | 219 x | 10 |
| 795 | 701804 | Reversible Galvanic Battery | 6/20/1901 | 26 | 238 x | 19 |
| 796 | 704306 | Reversible Galvanic Battery | 6/20/1901 | 27 | 256 x | 18 |
| 797 | 705829 | Reproducer for Sound-Records | 11/8/1901 | 22 | 204 x | 8 |
| 798 | 831606 | Sound-Recording Apparatus | 11/8/1901 | 23 | 213 x | 9 |
| 799 | 827089 | Calcining-Furnace | 1/2/1902 | 23 | 226 x | 20 |
| 800 | 734522 | Process of Nickel-Plating | 2/14/1902 | 23 | 220 x | 4 |
| 801 | 727117 | Reversible Galvanic Battery | 10/3/1902 | 12 | 110 x | 23 |
| 802 | 727118 | Process of Manufacturing Electrolytically-Active Finely-Divided | 10/21/1902 | 13 | 118 x | 8 |
| 803 | 721682 | Reversible Galvanic Battery | 11/28/1902 | 12 | 108 x | 15 |
| 804 | 721870 | Funnel for Filling Storage-Battery Cans or Analogous Purpose: | 11/28/1902 | 13 | 111 x | 3 |
| 805 | 723449 | Electrode for Storage Batteries | 11/28/1902 | 14 | 123 x | 12 |
| 806 | 723450 | Reversible Galvanic Battery | 11/28/1902 | 15 | 139 x | 16 |
| 807 | 754755 | Compressing-Dies | 11/28/1902 | 16 | 147 x | 8 |
| 808 | 754858 | Storage-Battery Tray | 11/28/1902 | 17 | 159 x | 12 |
| 809 | 754859 | Reversible Galvanic Battery | 11/28/1902 | 18 | 165 x | 6 |
| 810 | 764183 | Method of Separating Mechanically-Entrained Globules from G | 11/28/1902 | 19 | 171 x | 6 |
| 811 | 852424 | Secondary Battery | 11/28/1902 | 20 | 181 x | 10 |
| 812 | 802631 | Apparatus for Burning Portland-Cement Clinker | 12/5/1902 | 21 | 202 x | 21 |
| 813 | 722502 | Means for Handling Cable-Drawn Cars on Inclines | 1/9/1903 | 22 | 206 x | 4 |
| 814 | 724089 | Means for Operating Motors in Dust-Laden Atmospheres | 1/9/1903 | 23 | 214 x | 8 |
| 815 | 750102 | Electrical Automobile | 1/9/1903 | 24 | 222 x | 8 |
| 816 | 758432 | Stock-House Conveyer | 1/9/1903 | 25 | 232 x | 10 |
| 817 | 832046 | Automatic Weighing and Mixing Apparatus | 1/9/1903 | 26 | 235 x | 3 |
| 818 | 873219 | Feed-Regulator for Grinding-Machines | 1/13/1903 | 27 | 244 x | 9 |
| 819 | 1014818 | Giant Rolls | 1/13/1903 | 28 | 260 x | 16 |
| 820 | 841677 | Apparatus for Grinding and Separating Fine Materials | 1/29/1903 | 29 | 266 x | 6 |
| 821 | 790351 | Process of Duplicating Phonographic Records | 2/11/1903 | 30 | 271 x | 5 |
| 822 | 772647 | Photographic Film for Moving-Picture Machines | 3/5/1903 | 29 | 265 x | 12 |
| 823 | 831269 | Storage-Battery Electrode-Plate | 3/5/1903 | 30 | 273 x | 8 |
| 824 | 775965 | Dry Separator | 5/4/1903 | 27 | 234 x | 1 |
| 825 | 754756 | Process of Separating Ores from Magnetic Gangue | 5/29/1903 | 25 | 203 x | 4 |
| 826 | 775600 | Rotary Cement-Kiln | 7/22/1903 | 26 | 209 x | 6 |
| 827 | 767216 | Apparatus for Vacuously Depositing Metals | 8/1/1903 | 26 | 215 x | 10 |
| 828 | 796629 | Lamp-Guard | 8/1/1903 | 27 | 217 x | 2 |
| 829 | 772648 | Vehicle-Wheel | 8/28/1903 | 28 | 222 x | 5 |
| 830 | 850912 | Process of Making Articles by Electroplating | 10/5/1903 | 29 | 229 x | 7 |
| 831 | 857041 | Can or Receptacle for Storage Batteries | 10/5/1903 | 30 | 230 x | 1 |
| 832 | 962081 | Apparatus for Recording Sounds | 11/13/1903 | 31 | 254 x | 24 |
| 833 | 766815 | Primary Battery | 11/18/1903 | 32 | 257 x | 3 |
| 834 | 943664 | Sound-Recording Apparatus | 11/18/1903 | 33 | 272 x | 15 |
| 835 | 873220 | Reversible Galvanic Battery | 11/23/1903 | 34 | 277 x | 5 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 836 | 898633 | Filling Apparatus for Storage-Battery Jars & c. | 12/10/1903 | 35 | 282 x | 5 |
| 837 | 767554 | Method of Rendering Storage-Battery Gases Non-Explosive | 6/13/1904 | 27 | 222 x | 3 |
| 838 | 861241 | Portland Cement and Process of Manufacturing the Same | 6/28/1904 | 28 | 231 x | 9 |
| 839 | 800800 | Phonograph-Record and Method of Making the Same | 6/29/1904 | 29 | 238 x | 7 |
| 840 | 821622 | Process of Cleaning Metallic Surfaces | 6/29/1904 | 30 | 241 x | 3 |
| 841 | 879612 | Alkaline Storage Battery | 6/29/1904 | 31 | 246 x | 5 |
| 842 | 880484 | Process of Producing Very Thin Sheet Metal | 6/29/1904 | 32 | 250 x | 4 |
| 843 | 797845 | Sheet Metal for Perforated Pockets of Storage Batteries | 7/21/1904 | 32 | 245 x | 1 |
| 844 | 827297 | Alkaline Battery | 7/21/1904 | 33 | 246 x | 1 |
| 845 | 847746 | Electrical Welding Apparatus | 7/21/1904 | 34 | 280 x | 34 |
| 846 | 785297 | Gas-Separator for Storage Batteries | 8/16/1904 | 32 | 270 x | 6 |
| 847 | 861242 | Can or Receptacle for Storage Batteries | 8/16/1904 | 33 | 272 x | 2 |
| 848 | 821032 | Storage Battery | 9/28/1904 | 34 | 273 x | 1 |
| 849 | 970615 | Method and Apparatus for Making Sound-Records | 8/30/1904 | 35 | 288 x | 15 |
| 850 | 817162 | Process of Treating Alkaline Storage Batteries | 9/29/1904 | 36 | 290 x | 2 |
| 851 | 948542 | Method of Treating Cans of Alkaline Storage Batteries | 9/29/1904 | 37 | 292 x | 2 |
| 852 | 813490 | Cement-Kiln | 11/2/1904 | 36 | 280 x | 5 |
| 853 | 821624 | Gas-Separator for Storage Batteries | 11/2/1904 | 37 | 288 x | 8 |
| 854 | 821625 | Process of Treating Alkaline Storage Batteries | 11/5/1904 | 38 | 296 x | 8 |
| 855 | 821623 | Storage-Battery-Filling Apparatus | 11/2/1904 | 39 | 306 x | 10 |
| 856 | 879859 | Apparatus for Producing Very Thin Sheet Metal | 3/1/1905 | 38 | 301 x | 2 |
| 857 | 804799 | Apparatus for Perforating Sheet Metal | 3/20/1905 | 39 | 305 x | 4 |
| 858 | 870024 | Apparatus for Producing Perforated Strips | 3/24/1905 | 39 | 323 x | 24 |
| 859 | 821626 | Process of Making Metallic Films or Flakes | 3/30/1905 | 40 | 331 x | 8 |
| 860 | 821627 | Process of Making Metallic Flakes or Scales | 3/30/1905 | 41 | 334 x | 3 |
| 861 | 827717 | Process of Making Composite Metals | 3/30/1905 | 42 | 339 x | 5 |
| 862 | 839371 | Method of Coating Active Material with Flake-Like Conducting | 3/30/1905 | 43 | 347 x | 8 |
| 863 | 854200 | Process of Making Storage-Battery Electrodes | 3/30/1905 | 44 | 350 x | 3 |
| 864 | 857929 | Storage-Battery Electrode | 3/30/1905 | 45 | 356 x | 6 |
| 865 | 882144 | Storage-Battery Electrode | 3/30/1905 | 46 | 382 x | 26 |
| 866 | 860195 | Storage-Battery Electrode | 4/28/1905 | 47 | 387 x | 5 |
| 867 | 862145 | Process of Making Seamless Tubular Pockets or Receptacles | 4/28/1905 | 48 | 390 x | 3 |
| 868 | 976791 | Storage-Battery Electrode | 4/28/1905 | 49 | 401 x | 11 |
| 869 | 839372 | Phonograph Record or Blank | 4/29/1905 | 50 | 404 x | 3 |
| 870 | 813491 | Pocket-Filling Machine | 5/16/1905 | 51 | 432 x | 28 |
| 871 | 943663 | Horn for Talking-Machines | 5/24/1905 | 51 | 429 x | 2 |
| 872 | 950226 | Phonographic Recording Apparatus | 5/24/1905 | 52 | 438 x | 9 |
| 873 | 963362 | Apparatus for Recording or Reproducing Sounds | 5/24/1905 | 53 | 444 x | 6 |
| 874 | 821628 | Process for Making Conducting-Films | 5/26/1905 | 54 | 455 x | 11 |
| 875 | 1012250 | Recording-Telephone | 9/15/1905 | 53 | 458 x | 6 |
| 876 | 1152613 | Method of Burning Portland-Cement Clinker | 9/29/1905 | 54 | 464 x | 6 |
| 877 | 950227 | Apparatus for Making Metallic Films or Flakes | 10/12/1905 | 54 | 474 x | 17 |
| 878 | 936433 | Tube-Filling and Tamping Machine | 10/14/1905 | 55 | 491 x | 17 |
| 879 | 956317 | Tube-Sealing Machine | 10/14/1905 | 56 | 497 x | 6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 880 | 967178 | Tube-Forming Machine | 10/17/1905 | 57 | 506 x | 9 |
| 881 | 880978 | Electrode Element for Storage Batteries | 11/2/1905 | 57 | 494 x | 9 |
| 882 | 880979 | Method of Making Storage-Battery Electrodes | 11/2/1905 | 58 | 502 x | 8 |
| 883 | 850913 | Secondary Battery | 12/7/1905 | 58 | 501 x | 3 |
| 884 | 914342 | Storage Battery | 12/7/1905 | 59 | 508 x | 7 |
| 885 | 858862 | Primary and Secondary Battery | 1/10/1906 | 60 | 518 x | 10 |
| 886 | 850881 | Composite Metal | 1/20/1906 | 61 | 520 x | 2 |
| 887 | 1065597 | Cement-Burning Kiln | 1/27/1906 | 62 | 523 x | 3 |
| 888 | 964096 | Process of Electroplating | 3/19/1906 | 61 | 493 x | 3 |
| 889 | 1059661 | Manufacture of Portland Cement | 5/8/1906 | 61 | 498 x | 7 |
| 890 | 914372 | Process for Making Thin Metallic Flakes | 7/14/1906 | 54 | 449 x | 3 |
| 891 | 962822 | Crushing-Roll | 9/7/1906 | 52 | 425 x | 2 |
| 892 | 923633 | Shaft-Coupling | 9/13/1906 | 53 | 432 x | 7 |
| 893 | 962823 | Crushing-Rolls | 9/18/1906 | 53 | 426 x | 2 |
| 894 | 930946 | Apparatus for Burning Portland Cement | 10/24/1906 | 52 | 419 x | 5 |
| 895 | 898404 | Process of Making Articles by Electroplating | 11/3/1906 | 53 | 421 x | 2 |
| 896 | 930948 | Apparatus for Burning Portland Cement | 11/26/1906 | 54 | 437 x | 16 |
| 897 | 930949 | Apparatus for Burning Portland Cement | 11/26/1906 | 55 | 443 x | 6 |
| 898 | 890625 | Apparatus for Grinding Coal | 11/27/1906 | 56 | 454 x | 11 |
| 899 | 948558 | Storage-Battery Electrode | 12/3/1906 | 57 | 460 x | 6 |
| 900 | 964221 | Sound-Record | 1/3/1907 | 56 | 454 x | 5 |
| 901 | 1024839 | Phonographic Recording-Stylus | 1/3/1907 | 57 | 459 x | 5 |
| 902 | 936267 | Feed Mechanism for Phonographs and Other Machines | 1/17/1907 | 58 | 467 x | 8 |
| 903 | 865688 | Process of Making Metallic Films or Flakes | 1/19/1907 | 59 | 484 x | 17 |
| 904 | 936525 | Process of Making Metallic Films or Flakes | 1/18/1907 | 60 | 491 x | 7 |
| 905 | 865687 | Process of Making Nickel Films | 1/19/1907 | 61 | 496 x | 5 |
| 906 | 939817 | Cement-Kiln | 3/8/1907 | 61 | 494 x | 4 |
| 907 | 855562 | Diaphragm for Talking-Machines | 3/6/1907 | 62 | 502 x | 8 |
| 908 | 975339 | Process of Duplicating Talking-Machine Records | 4/4/1907 | 62 | 472 x | 4 |
| 909 | 939992 | Phonographic Recording and Reproducing Machine | 3/16/1907 | 64 | 512 x | 6 |
| 910 | 1078264 | Phonographic Recording or Reproducing Apparatus | 3/16/1907 | 65 | 525 x | 13 |
| 911 | 941630 | Process and Apparatus for Artificially Aging or Seasoning Port | 4/2/1907 | 65 | 498 x | 7 |
| 912 | 876445 | Electrolyte for Alkaline Storage Batteries | 5/10/1907 | 62 | 479 x | 3 |
| 913 | 914343 | Process of Making Storage-Battery Electrodes | 5/17/1907 | 63 | 501 x | 22 |
| 914 | 1163329 | Filament for Incandescent Electric Lamps | 5/31/1907 | 63 | 509 x | 11 |
| 915 | 861819 | Discharging Apparatus for Belt Conveyers | 6/14/1907 | 63 | 506 x | 5 |
| 916 | 991433 | Bucket Conveyer | 6/14/1907 | 64 | 508 x | 2 |
| 917 | 954789 | Sprocket-Chain Drive | 6/26/1907 | 63 | 504 x | 3 |
| 918 | 909877 | Telegraphy | 6/20/1907 | 65 | 519 x | 9 |
| 919 | 1041756 | Conveyer | 11/22/1907 | 54 | 430 x | 7 |
| 920 | 1106444 | Fuel-Feeding Apparatus | 11/29/1907 | 55 | 436 x | 6 |
| 921 | 896811 | Metallic Film for Use with Storage-Battery Electrodes and Proc | 2/6/1908 | 53 | 425 x | 6 |
| 922 | 909167 | Waterproofing-Paint for Portland-Cement Buildings | 2/6/1908 | 54 | 431 x | 6 |
| 923 | 940635 | Electrode Element for Storage Batteries | 2/6/1908 | 55 | 433 x | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 924 | 1182897 | Apparatus for Recording and Reproducing Motion and Sounds | 2/8/1908 | 56 | 443 x | 10 |
| 925 | 896812 | Storage Battery | 3/18/1908 | 51 | 396 x | 7 |
| 926 | 996625 | Phonograph-Reproducer | 3/18/1908 | 52 | 399 x | 3 |
| 927 | 999762 | Storage Battery and Process of Treating the Same | 3/20/1908 | 53 | 410 x | 11 |
| 928 | 944481 | Process and Apparatus for Artificially Aging or Seasoning Port | 3/23/1908 | 54 | 423 x | 13 |
| 929 | 946540 | Storage Battery | 3/23/1908 | 55 | 430 x | 7 |
| 930 | 975340 | Phonograph-Reproducer | 3/23/1908 | 56 | 434 x | 4 |
| 931 | 1013869 | Bearing | 3/23/1908 | 57 | 436 x | 2 |
| 932 | 947806 | Automobile | 4/17/1908 | 58 | 442 x | 6 |
| 933 | 909168 | Waterproofing Fibers and Fabrics | 6/1/1908 | 59 | 445 x | 3 |
| 934 | 909169 | Waterproofing-Paint for Portland-Cement Structures | 6/1/1908 | 60 | 453 x | 8 |
| 935 | 993294 | Device for Feeding Pulverulent Material | 6/11/1908 | 61 | 459 x | 6 |
| 936 | 1019440 | Phonograph-Reproducer | 6/11/1908 | 62 | 462 x | 3 |
| 937 | 1046159 | Phonograph-Reproducer | 6/11/1908 | 63 | 470 x | 8 |
| 938 | 1219272 | Process of Constructing Concrete Buildings | 8/13/1908 | 63 | 466 x | 7 |
| 939 | 970616 | Flying-Machine | 11/16/1908 | 60 | 451 x | 5 |
| 940 | 996070 | Rotary Kiln | 10/14/1908 | 61 | 453 x | 2 |
| 941 | 1078265 | Process of Making Phonograph-Records | 10/14/1908 | 62 | 455 x | 2 |
| 942 | 964097 | Device for Viewing Moving Pictures | 11/19/1908 | 63 | 457 x | 2 |
| 943 | 1148832 | Means for Utilizing the Waste Heat in Kilns | 11/25/1908 | 64 | 467 x | 10 |
| 944 | 1020485 | Phonograph-Reproducer | 12/29/1908 | 65 | 471 x | 4 |
| 945 | 1123261 | Mold for Concrete Construction | 12/29/1908 | 66 | 475 x | 4 |
| 946 | 1002504 | Crushing and Separating Fine Materials | 2/6/1909 | 63 | 459 x | 10 |
| 947 | 930947 | Gas-Purifier | 3/27/1909 | 61 | 435 x | 8 |
| 948 | 1158659 | Phonograph-Record | 3/3/1909 | 62 | 443 x | 8 |
| 949 | 1158660 | Phonograph-Record | 3/3/1909 | 63 | 447 x | 4 |
| 950 | 1050355 | Phonograph | 8/12/1909 | 60 | 412 x | 1 |
| 951 | 40527 | Design for a Phonograph-Cabinet | 9/13/1909 | 60 | 407 x | 1 |
| 952 | 1052656 | Phonograph-Reproducer | 10/28/1909 | 58 | 379 x | 4 |
| 953 | 1099346 | Phonograph-Reproducer | 10/28/1909 | 59 | 388 x | 9 |
| 954 | 1099347 | Phonograph-Reproducer | 10/28/1909 | 60 | 391 x | 3 |
| 955 | 1099348 | Phonograph-Reproducer | 10/29/1909 | 61 | 395 x | 4 |
| 956 | 1036470 | Phonographic Apparatus | 11/3/1909 | 62 | 396 x | 1 |
| 957 | 1056517 | Means for Reproducing Sound | 12/8/1909 | 59 | 385 x | 8 |
| 958 | 1152614 | Phonographic Recording Apparatus | 1/27/1910 | 56 | 354 x | 6 |
| 959 | 1110428 | Process of Forming Phonograph-Styli | 3/23/1910 | 51 | 316 x | 3 |
| 960 | 1019441 | Sound-Recording Apparatus | 4/20/1910 | 51 | 326 x | 13 |
| 961 | 1041983 | Phonograph-Stylus | 5/12/1910 | 51 | 325 x | 5 |
| 962 | 1207382 | Primary Battery | 5/24/1910 | 52 | 334 x | 9 |
| 963 | 976792 | Storage Battery | 5/24/1910 | 53 | 338 x | 4 |
| 964 | 1012828 | Storage Battery | 5/24/1910 | 54 | 344 x | 6 |
| 965 | 1046414 | Phonograph Determining Device | 6/2/1910 | 55 | 352 x | 8 |
| 966 | 1036471 | Storage Battery | 6/6/1910 | 56 | 355 x | 3 |
| 967 | 1178062 | Moving-Picture Apparatus | 6/6/1910 | 57 | 365 x | 10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 968 | 1126428 | Sound-Recording Apparatus | 6/9/1910 | 58 | 379 x | 14 |
| 969 | 1115463 | Electrode Element | 6/17/1910 | 59 | 389 x | 10 |
| 970 | 1050436 | Apparatus for Producing Rubber Strips | 7/1/1910 | 57 | 371 x | 10 |
| 971 | 1083353 | Production of Perforated Strips | 7/1/1910 | 58 | 376 x | 5 |
| 972 | 1167637 | Method of Utilizing Waste Heat in Kilns | 7/7/1910 | 58 | 373 x | 3 |
| 973 | 1099241 | Rectifier | 10/7/1910 | 53 | 346 x | 12 |
| 974 | 1142507 | Sound-Recording Apparatus | 10/20/1910 | 54 | 350 x | 4 |
| 975 | 1119141 | Sound-Reproducer | 11/14/1910 | 53 | 353 x | 11 |
| 976 | 1184332 | Phonograph or Talking-Machine | 12/7/1910 | 52 | 379 x | 41 |
| 977 | 1110382 | Sound-Modifier | 12/9/1910 | 53 | 387 x | 8 |
| 978 | 1002505 | Composition for Sound-Records and Other Objects | 1/27/1911 | 54 | 394 x | 7 |
| 979 | 1034002 | Storage Battery | 1/27/1911 | 55 | 399 x | 5 |
| 980 | 1034003 | Battery-Cell Container | 1/27/1911 | 56 | 412 x | 13 |
| 981 | 1083354 | Insulating Compound | 1/27/1911 | 57 | 428 x | 16 |
| 982 | 1184333 | Phonograph or Talking-Machine | 2/17/1911 | 58 | 469 x | 41 |
| 983 | 1204420 | Sound-Box | 3/24/1911 | 59 | 476 x | 7 |
| 984 | 1078266 | Sound-Box | 4/5/1911 | 60 | 493 x | 17 |
| 985 | 1119142 | Sound-Record | 4/5/1911 | 61 | 497 x | 4 |
| 986 | 1083355 | Art of Forming Chemical Compounds | 4/8/1911 | 62 | 504 x | 7 |
| 987 | 1083356 | Storage Battery | 4/8/1911 | 63 | 511 x | 7 |
| 988 | 1167484 | Production of Nickel Hydroxid | 4/8/1911 | 64 | 522 x | 11 |
| 989 | 1050629 | Art of Separating Copper from Other Metals | 5/9/1911 | 64 | 549 x | 29 |
| 990 | 1050630 | Art of Separating Copper from Other Metals | 5/18/1911 | 65 | 571 x | 22 |
| 991 | 1055621 | Reproducer | 5/18/1911 | 66 | 590 x | 19 |
| 992 | 1118114 | Method of Making Molds for Sound-Records | 6/10/1911 | 66 | 592 x | 8 |
| 993 | 1016874 | Means and Method for Preventing Depletion of Electrolyte | 6/21/1911 | 67 | 597 x | 5 |
| 994 | 1130156 | Machine for Shaving Sound Records or Blanks | 6/22/1911 | 68 | 610 x | 13 |
| 995 | 1016875 | Electroplating Apparatus | 7/28/1911 | 67 | 615 x | 10 |
| 996 | 1055524 | Dumping Mechanism | 12/1/1911 | 65 | 591 x | 4 |
| 997 | 1221981 | Alternating-Current Rectifier | 12/30/1911 | 64 | 584 x | 5 |
| 998 | 1146413 | Method of Producing Tablets for Sound-Records | 12/20/1911 | 66 | 602 x | 12 |
| 999 | 1275232 | Production of Finely-Divided Metals | 12/22/1911 | 67 | 613 x | 11 |
| 1000 | 1073107 | Storage Battery | 1/11/1912 | 66 | 607 x | 2 |
| 1001 | 1099349 | Method of Making Sound-Record Molds | 1/6/1912 | 68 | 624 x | 15 |
| 1002 | 1143818 | Charging Storage Batteries | 1/17/1912 | 67 | 612 x | 6 |
| 1003 | 1111999 | Phonograph-Record | 1/20/1912 | 68 | 626 x | 14 |
| 1004 | 1190133 | Means for Recording Sounds | 2/16/1912 | 67 | 625 x | 14 |
| 1005 | 1167485 | Storage Battery | 4/30/1912 | 64 | 616 x | 16 |
| 1006 | 1192400 | Electrical System for Automobiles | 5/23/1912 | 65 | 627 x | 11 |
| 1007 | 1167638 | Means for Concentrating Ores | 5/23/1912 | 66 | 632 x | 5 |
| 1008 | 1178063 | Receptacle-Filling Machine | 6/7/1912 | 67 | 662 x | 30 |
| 1009 | 1152615 | Alternating-Current-Rectifying System | 6/13/1912 | 68 | 674 x | 12 |
| 1010 | 1152616 | Contact for Electrical Apparatus | 6/13/1912 | 69 | 678 x | 4 |
| 1011 | 1266778 | Process of Making Screens for Projection | 6/24/1912 | 70 | 687 x | 9 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1012 | 42934 | Design for a Cabinet | 7/13/1912 | 71 | 688 x | 1 |
| 1013 | 1255517 | Starting and Current-Supplying System for Automobiles | 7/31/1912 | 70 | 681 x | 11 |
| 1014 | 1184334 | Phonograph or Talking-Machine | 8/12/1912 | 71 | 709 x | 28 |
| 1015 | 1158661 | Phonograph or Talking-Machine | 9/16/1912 | 69 | 710 x | 6 |
| 1016 | 1234450 | Celluloid Record-Blank | 9/16/1912 | 70 | 715 x | 5 |
| 1017 | 1197723 | Coating Apparatus | 10/26/1912 | 69 | 717 x | 14 |
| 1018 | 1201448 | Coating Apparatus | 10/26/1912 | 70 | 729 x | 12 |
| 1019 | 1234451 | Mold or Transfer Plate | 10/26/1912 | 71 | 731 x | 2 |
| 1020 | 1207383 | Sound-Record Tablet | 1/30/1913 | 66 | 671 x | 18 |
| 1021 | 1286259 | Means for Recording Sounds | 3/6/1913 | 66 | 674 x | 7 |
| 1022 | 1138360 | Method of Presenting the Illusion of Scenes in Colors | 6/16/1913 | 63 | 642 x | 6 |
| 1023 | 1290138 | Friction Speed-Governor | 12/2/1913 | 59 | 617 x | 12 |
| 1024 | 1201449 | Sound-Modifying Device | 4/25/1914 | 56 | 597 x | 15 |
| 1025 | 1299693 | Storage Battery | 8/10/1914 | 52 | 582 x | 28 |
| 1026 | 1146414 | Method of Making Phonograph-Records | 8/27/1914 | 53 | 592 x | 10 |
| 1027 | 1198426 | Production of Electrode Elements | 8/31/1914 | 54 | 603 x | 11 |
| 1028 | 1326330 | Mold for Sound-Records | 10/13/1914 | 51 | 578 x | 6 |
| 1029 | 1266779 | Electric Safety-Lantern | 10/16/1914 | 52 | 584 x | 6 |
| 1030 | 1342326 | Composition of Matter for Sound-Records or the Like and Proc | 8/26/1915 | 40 | 488 x | 16 |
| 1031 | 1364358 | Battery-Tray | 12/13/1915 | 33 | 458 x | 27 |
| 1032 | 1297294 | Projectile | 1/24/1916 | 30 | 431 x | 8 |
| 1033 | 1323218 | Method and Means for Improving the Rendition of Musical Con | 1/17/1916 | 31 | 444 x | 13 |
| 1034 | 1300709 | Projectile | 2/12/1916 | 32 | 456 x | 12 |
| 1035 | 1300708 | Projectile | 2/12/1916 | 33 | 465 x | 9 |
| 1036 | 1311955 | Tube Filling and Tamping Machine | 3/6/1916 | 34 | 474 x | 9 |
| 1037 | 1283706 | Para-phenylene-di-amin Substance and Process Relating Thei | 10/2/1916 | 25 | 271 x | 7 |
| 1038 | 1326854 | Apparatus for the Production of Concrete Structures | 1/18/1917 | 21 | 219 x | 9 |
| 1039 | 1266780 | Storage Battery | 1/20/1917 | 22 | 226 x | 7 |
| 1040 | 1248468 | Celluloid Record-Blank | 6/7/1917 | 21 | 219 x | 5 |
| 1041 | 1292277 | Swaging-Machine | 6/29/1917 | 22 | 237 x | 18 |
| 1042 | 1425183 | Transmitter | 10/26/1918 | 15 | 188 x | 7 |
| 1043 | 1377192 | Production of Molded Articles | 1/18/1919 | 13 | 179 x | 17 |
| 1044 | 1377193 | Production of Molded Articles | 1/23/1919 | 13 | 180 x | 19 |
| 1045 | 1411425 | Production of Molded Articles | 4/30/1919 | 10 | 132 x | 9 |
| 1046 | 1371414 | Nickel-Plating | 6/17/1919 | 11 | 142 x | 10 |
| 1047 | 1359972 | Electroplating | 6/21/1919 | 12 | 157 x | 15 |
| 1048 | 1369271 | Cleaning of Metallic Surfaces | 7/3/1919 | 13 | 164 x | 7 |
| 1049 | 1417463 | Mold | 7/3/1919 | 14 | 176 x | 12 |
| 1050 | 1369272 | Process of Molding | 8/5/1919 | 14 | 171 x | 4 |
| 1051 | 1402751 | Storage-Battery Electrode and the Production of Same | 9/5/1919 | 15 | 181 x | 10 |
| 1052 | 1379088 | Storage Battery | 9/16/1919 | 16 | 193 x | 12 |
| 1053 | 1364359 | Protecting-Varnish for Electrodes of Electrolytic Cells | 9/29/1919 | 17 | 195 x | 2 |
| 1054 | 1379089 | Production of Thin Metallic Sheets or Foils | 10/4/1919 | 18 | 221 x | 26 |
| 1055 | 1386095 | Electrode Element for Galvanic Batteries and Method of Produ | 11/6/1919 | 19 | 253 x | 32 |

| | | | | | |
|---|---|---|---|---|---|
| 1056 | 1410391 Protective Coating for Steel and Iron | 12/2/1919 | 19 | 242 x | 2 |
| 1057 | 1425458 Stylus Mounting | 12/11/1919 | 20 | 246 x | 4 |
| 1058 | 1456687 Stylus Mounting | 12/11/1919 | 21 | 257 x | 11 |
| 1059 | 1377194 Storage Battery | 6/16/1920 | 19 | 254 x | 28 |
| 1060 | 1417464 Production of Thin Metal Sheets or Foils | 7/16/1920 | 20 | 265 x | 11 |
| 1061 | 1425184 Production of Thin Metal Sheets or Foils | 8/26/1920 | 21 | 297 x | 32 |
| 1062 | 1489240 Voltaic Battery and the Production of Electrode Elements Ther | 1/5/1921 | 19 | 267 x | 14 |
| 1063 | 1488480 Regeneration of Alkaline Storage-Battery Elements | 9/28/1921 | 11 | 126 x | 14 |
| 1064 | 1492023 Sound Record | 2/11/1922 | 11 | 120 x | 4 |
| 1065 | 1488481 Regeneration of Storage-Battery Elements | 4/26/1922 | 10 | 122 x | 13 |
| 1066 | 1678246 Production of Alkali-Metal Compounds from Silicates Containir | 6/28/1922 | 9 | 104 x | 5 |
| 1067 | 1495580 Method of Producing Chlorinated Rubber | 2/8/1923 | 7 | 72 x | 11 |
| 1068 | 1651196 Storage Battery | 5/14/1923 | 8 | 84 x | 12 |
| 1069 | 1546573 Production of Disk Phonograph Records | 5/25/1923 | 9 | 89 x | 5 |
| 1070 | 1559562 Storage Battery | 5/25/1923 | 10 | 97 x | 8 |
| 1071 | 1600722 Mounting for Diamonds and the Like | 7/6/1923 | 10 | 104 x | 18 |
| 1072 | 1583783 Centrifugal Speed Governor | 11/14/1923 | 11 | 114 x | 10 |
| 1073 | 1599121 Production of Depolarizing Agent for Voltaic Battery | 2/26/1924 | 12 | 120 x | 6 |
| 1074 | 1526326 Storage Battery | 3/12/1924 | 13 | 128 x | 8 |
| 1075 | 66227 Design for a Grille for Phonograph Cabinets | 10/17/1924 | 9 | 73 x | 1 |
| 1076 | 66228 Design for a Grille for Phonograph Cabinets | 10/17/1924 | 10 | 74 x | 1 |
| 1077 | 69068 Design for a Phonograph Cabinet | 10/17/1924 | 11 | 75 x | 1 |
| 1078 | 69688 Design for a Phonograph Cabinet | 10/17/1924 | 12 | 76 x | 1 |
| 1079 | 69689 Design for a Phonograph Cabinet | 10/17/1924 | 13 | 77 x | 1 |
| 1080 | 1644670 Cabinet | 1/31/1925 | 12 | 77 x | 2 |
| 1081 | 1702935 Receiving Apparatus for Radio and Telephone Circuits | 2/13/1925 | 13 | 91 x | 14 |
| 1082 | 1744533 Mounting for Diaphragms of Sound Boxes | 4/30/1925 | 13 | 85 x | 2 |
| 1083 | 1649579 Storage-Battery Electrode Element and Production Thereof | 7/24/1925 | 13 | 94 x | 14 |
| 1084 | 1744534 Production of Molded Articles | 1/29/1926 | 12 | 92 x | 7 |
| 1085 | 1711265 Phonograph Reproducer | 2/10/1926 | 13 | 119 x | 27 |
| 1086 | 1708692 Phonograph | 2/13/1926 | 14 | 130 x | 11 |
| 1087 | 1836066 Electroplating Apparatus | 8/14/1926 | 12 | 123 x | 5 |
| 1088 | 1690159 Method of Producing Sound-Record Tablets | 10/5/1926 | 11 | 105 x | 6 |
| 1089 | 1723609 Apparatus for Producing Storage-Battery Electrode Elements | 10/12/1927 | 11 | 107 x | 4 |
| 1090 | 1740079 Extraction of Rubber from Plants | 11/30/1927 | 10 | 91 x | 10 |
| 1091 | 1862740 Production of Molded Articles | 10/6/1928 | 10 | 89 x | 3 |
| 1092 | 1829856 Dynamo-Electric Machine | 12/15/1928 | 10 | 88 x | 5 |
| 1093 | 1908830 Holder for Article to be Electroplated | 1/9/1931 | 4 | 17 | 4 |