# EXHIBIT

## 35-a

GOVERNMENT FUNDED UNIVERSITY PATENTS: RULE 75(B) VIOLATORS

COVERING: California Universities and Massachusetts Institute of Technology patents issued since 2000

34.4% VIOLATION RATE (870 of 2531)

| Patent No.: | Date: | Assignee (first named): | Rule 75(b) Violation | Total Claims: | Ind. in 1st 25 |
|---|---|---|---|---|---|
| US7282557 | 2007-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7282329 | 2007-10-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7279237 | 2007-10-09 | PRINCETON UNIVERSITY | | 11 | |
| US7279235 | 2007-10-09 | PRINCETON UNIVERSITY | | 20 | |
| US7279143 | 2007-10-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US7278298 | 2007-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US7277521 | 2007-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7276352 | 2007-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7276335 | 2007-10-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US7276331 | 2007-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7275468 | 2007-10-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 68 | |
| US7274451 | 2007-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7273968 | 2007-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US7273711 | 2007-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7272285 | 2007-09-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US7271468 | 2007-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7270967 | 2007-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7270956 | 2007-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US7270815 | 2007-09-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US7267994 | 2007-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US7267958 | 2007-09-11 | RENSSELEAR POLYTECHNIC INSTITUTE | x | 36 | |
| US7267947 | 2007-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7267859 | 2007-09-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 49 | |
| US7267779 | 2007-09-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US7265091 | 2007-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7265037 | 2007-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7262282 | 2007-08-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US7261954 | 2007-08-28 | PRINCETON UNIVERSITY | x | 47 | |
| US7261871 | 2007-08-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US7260746 | 2007-08-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 68 | +5 |
| US7259236 | 2007-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US7258687 | 2007-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US7256107 | 2007-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7255846 | 2007-08-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| US7254199 | 2007-08-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US7253452 | 2007-08-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US7253275 | 2007-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7252950 | 2007-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7252819 | 2007-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7251893 | 2007-08-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US7250559 | 2007-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | +5 |
| US7250555 | 2007-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7250304 | 2007-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US7250134 | 2007-07-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US7249881 | 2007-07-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 10 | +5 |
| US7249019 | 2007-07-24 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 27 | +5 |
| US7248909 | 2007-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US7247731 | 2007-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7247701 | 2007-07-24 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 11 | |
| US7247445 | 2007-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 5 | |
| US7246240 | 2007-07-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US7244826 | 2007-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US7244584 | 2007-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7242484 | 2007-07-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US7242269 | 2007-07-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US7241571 | 2007-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US7239769 | 2007-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US7239752 | 2007-07-03 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 16 | +5 |
| US7238779 | 2007-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7238525 | 2007-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7238475 | 2007-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US7235361 | 2007-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7235236 | 2007-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US7235045 | 2007-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US7233430 | 2007-06-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 49 | |

| Patent # | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US7232685 | 2007-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7232626 | 2007-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7230269 | 2007-06-12 | PRINCETON UNIVERSITY | | 17 | |
| US7230268 | 2007-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7230161 | 2007-06-12 | PIONEER HI-BRED INTERNATIONAL, INC. | x | 43 | |
| US7230086 | 2007-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US7229848 | 2007-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US7229770 | 2007-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US7229690 | 2007-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US7229634 | 2007-06-12 | CALIFORNIA INSTITUTE OF TECHNOLOGY | x | 20 | +5 |
| US7229497 | 2007-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US7226746 | 2007-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7226609 | 2007-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US7226530 | 2007-06-05 | AEROSPACE CORPORATION | | 1 | |
| US7225217 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US7225129 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US7225027 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7224868 | 2007-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US7224463 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US7223879 | 2007-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7223726 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7223628 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US7223406 | 2007-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7221455 | 2007-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US7220452 | 2007-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7219122 | 2007-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | |
| US7216067 | 2007-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 65 | |
| US7217882 | 2007-05-15 | CORNELL RESEARCH FOUNDATION INC. | x | 33 | |
| US7217785 | 2007-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7217601 | 2007-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US7217513 | 2007-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 64 | |
| US7217411 | 2007-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US7217386 | 2007-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7216214 | 2007-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7214545 | 2007-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US7214510 | 2007-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |

| Patent No. | Date | Assignee | Mark | Count | Note |
|---|---|---|---|---|---|
| US7214489 | 2007-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US7214346 | 2007-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US7212703 | 2007-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 53 | |
| US7211926 | 2007-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7211599 | 2007-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US7211271 | 2007-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7211247 | 2007-05-01 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 5 | |
| US7211143 | 2007-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US7208478 | 2007-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US7206517 | 2007-04-17 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 15 | |
| US7205450 | 2007-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | +5 |
| US7203639 | 2007-04-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US7203191 | 2007-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | |
| US7202712 | 2007-04-10 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 15 | |
| US7200111 | 2007-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US7199285 | 2007-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US7199102 | 2007-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 67 | |
| US7197691 | 2007-03-27 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 16 | |
| US7196242 | 2007-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7196119 | 2007-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US7195670 | 2007-03-27 | CALIFORNIA INSTITUTE OF TECHNOLOGY | | 19 | |
| US7194891 | 2007-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 58 | +5 |
| US7194769 | 2007-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 | |
| US7193034 | 2007-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7192914 | 2007-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7192735 | 2007-03-20 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | | 15 | |
| US7190870 | 2007-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US7189892 | 2007-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7189503 | 2007-03-13 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | | 13 | |
| US7187871 | 2007-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 50 | |
| US7187330 | 2007-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7187169 | 2007-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US7186521 | 2007-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US7183388 | 2007-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US7183089 | 2007-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US7181266 | 2007-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US7181097 | 2007-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 45 | |
| US7179986 | 2007-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | +5 |
| US7179897 | 2007-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | +5 |
| US7179784 | 2007-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US7179598 | 2007-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7177792 | 2007-02-13 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 18 | |
| US7176712 | 2007-02-13 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 21 | |
| US7176469 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7176280 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7176201 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 85 | |
| US7176179 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7176005 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US7175990 | 2007-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7173245 | 2007-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 47 | |
| US7173007 | 2007-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US7172880 | 2007-02-06 | THE BURNHAM INSTITUTE FOR MEDICAL RESEA | x | 29 | +5 |
| US7172877 | 2007-02-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7169611 | 2007-01-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7169601 | 2007-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US7168953 | 2007-01-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US7168292 | 2007-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US7166578 | 2007-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 127 | |
| US7166477 | 2007-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7165030 | 2007-01-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US7163806 | 2007-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7163798 | 2007-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7163713 | 2007-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 75 | |
| US7162699 | 2007-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 49 | |
| US7161168 | 2007-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US7160637 | 2007-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7160613 | 2007-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | +5 |
| US7158545 | 2007-01-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US7158228 | 2007-01-02 | CALIFORNIA INSTITUTE OF TECHNOLOGY | x | 30 | |
| US7157629 | 2007-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7155698 | 2006-12-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US7154134 | 2006-12-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |

| Patent No. | Date | Assignee | X | Count | Notes |
|---|---|---|---|---|---|
| US7153949 | 2006-12-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 30 | |
| US7153652 | 2006-12-26 | STANFORD UNIVERSITY | x | 21 | |
| US7153454 | 2006-12-26 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 17 | |
| US7151277 | 2006-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US7151139 | 2006-12-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US7151000 | 2006-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7150971 | 2006-12-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US7150910 | 2006-12-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US7148778 | 2006-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7148480 | 2006-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7148460 | 2006-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US7148201 | 2006-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US7148197 | 2006-12-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 85 | |
| US7147958 | 2006-12-12 | CALIFORNIA INSTITUTE OF TECHNOLOGY | | 8 | |
| US7146059 | 2006-12-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US7144950 | 2006-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US7144949 | 2006-12-05 | AEROSPACE CORPORATION | | 20 | |
| US7144862 | 2006-12-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 48 | |
| US7141600 | 2006-11-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US7139349 | 2006-11-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7138520 | 2006-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US7138510 | 2006-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US7138098 | 2006-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US7138075 | 2006-11-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 40 | |
| US7136757 | 2006-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | |
| US7135621 | 2006-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US7135544 | 2006-11-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 8 | |
| US7135310 | 2006-11-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US7133783 | 2006-11-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US7133132 | 2006-11-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 60 | |
| US7132015 | 2006-11-07 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 2 | |
| US7129335 | 2006-10-31 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US7128850 | 2006-10-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7127513 | 2006-10-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US7127172 | 2006-10-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 32 | |
| US7125969 | 2006-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |

| Patent | Date | Assignee | X | Count | +5 |
|---|---|---|---|---|---|
| US7125965 | 2006-10-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US7125839 | 2006-10-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 8 | +5 |
| US7125605 | 2006-10-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US7125388 | 2006-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |
| US7124038 | 2006-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| US7122714 | 2006-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7122703 | 2006-10-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7122635 | 2006-10-17 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 3 | |
| US7122152 | 2006-10-17 | UNIVERSITY OF FLORIDA | x | 62 | |
| US7120157 | 2006-10-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7119105 | 2006-10-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 35 | |
| US7118745 | 2006-10-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US7117133 | 2006-10-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US7116102 | 2006-10-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US7115784 | 2006-10-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 86 | |
| US7113594 | 2006-09-26 | STANFORD UNIVERSITY | x | 82 | |
| US7112566 | 2006-09-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US7112361 | 2006-09-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 27 | |
| US7109394 | 2006-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7109019 | 2006-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7107842 | 2006-09-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US7107430 | 2006-09-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 60 | |
| US7105334 | 2006-09-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 47 | |
| US7105330 | 2006-09-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 74 | |
| US7105183 | 2006-09-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7105171 | 2006-09-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US7102023 | 2006-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US7101975 | 2006-09-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 17 | |
| US7101692 | 2006-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | +5 |
| US7101643 | 2006-09-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7099404 | 2006-08-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US7098306 | 2006-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US7098028 | 2006-08-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US7097998 | 2006-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7097835 | 2006-08-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7096328 | 2006-08-22 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 38 | |

| Patent No. | Date | Assignee | Mark | Count | Flag |
|---|---|---|---|---|---|
| US7095542 | 2006-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 17 | +5 |
| US7094597 | 2006-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US7094553 | 2006-08-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US7094543 | 2006-08-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US7091530 | 2006-08-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7091514 | 2006-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7090988 | 2006-08-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US7090785 | 2006-08-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 34 | +5 |
| US7090752 | 2006-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 50 | |
| US7090733 | 2006-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US7089666 | 2006-08-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7087648 | 2006-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 38 | |
| US7087213 | 2006-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7086350 | 2006-08-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | |
| US7084867 | 2006-08-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 33 | +5 |
| US7084407 | 2006-08-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 23 | +5 |
| US7083970 | 2006-08-01 | THE SCRIPPS RESEARCH INSTITUTE | | 12 | |
| US7083937 | 2006-08-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 36 | |
| US7082570 | 2006-07-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US7081561 | 2006-07-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US7081474 | 2006-07-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7078705 | 2006-07-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 64 | |
| US7078364 | 2006-07-18 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 12 | |
| US7077991 | 2006-07-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US7075699 | 2006-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7074902 | 2006-07-11 | WISCONSIN ALUMNI RESEARCH FOUNDATION | | 5 | |
| US7074697 | 2006-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US7074639 | 2006-07-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7074519 | 2006-07-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US7074016 | 2006-07-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 47 | +5 |
| US7073157 | 2006-07-04 | CALIFORNIA INSTITUTE OF TECHNOLOGY | X | 62 | |
| US7072539 | 2006-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 39 | |
| US7072045 | 2006-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7071302 | 2006-07-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US7070971 | 2006-07-04 | SYNTEX (USA) LLC | | 5 | |
| US7070771 | 2006-07-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US7070592 | 2006-07-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 29 | |
| US7068742 | 2006-06-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |
| US7067909 | 2006-06-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 19 | |
| US7067653 | 2006-06-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US7064055 | 2006-06-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US7063819 | 2006-06-20 | VADETEC S.A. | x | 27 | |
| US7062384 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US7062066 | 2006-06-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US7061791 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 56 | |
| US7061237 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 | |
| US7060869 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US7060733 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | +5 |
| US7060686 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US7060523 | 2006-06-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7060243 | 2006-06-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US7060222 | 2006-06-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 57 | |
| US7057055 | 2006-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7056945 | 2006-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7056901 | 2006-06-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US7056683 | 2006-06-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | |
| US7053610 | 2006-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US7053520 | 2006-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US7053263 | 2006-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7052856 | 2006-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US7052678 | 2006-05-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 48 | |
| US7052675 | 2006-05-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US7052545 | 2006-05-30 | CALIFORNIA INSTITUTE OF TECHNOLOGY | | 9 | |
| US7049152 | 2006-05-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US7049132 | 2006-05-23 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US7048872 | 2006-05-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US7047391 | 2006-05-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | +5 |
| US7046639 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 | |
| US7045642 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 7 | |
| US7045337 | 2006-05-16 | THE SCRIPPS RESEARCH INSTITUTE | | 15 | |
| US7045326 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US7045283 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |

| Patent | Date | Assignee | | Count |
|---|---|---|---|---|
| US7045063 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 |
| US7044613 | 2006-05-16 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 29 |
| US7044461 | 2006-05-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 |
| US7042755 | 2006-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 127 |
| US7042615 | 2006-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US7042570 | 2006-05-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 56 |
| US7042214 | 2006-05-09 | STANFORD UNIVERSITY, LELAND JUNIOR, THE BOARD OF TRUSTEE | | 15 |
| US7041910 | 2006-05-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 103 |
| US7039316 | 2006-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US7038011 | 2006-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US7036769 | 2006-05-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US7035538 | 2006-04-25 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 18 +5 |
| US7035240 | 2006-04-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 |
| US7035227 | 2006-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 |
| US7034091 | 2006-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 |
| US7034014 | 2006-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 75 |
| US7033806 | 2006-04-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 |
| US7032166 | 2006-04-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 |
| US7031308 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US7030997 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US7030981 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US7029911 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US7029652 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US7029613 | 2006-04-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US7027449 | 2006-04-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 |
| US7026498 | 2006-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 61 |
| US7026466 | 2006-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 |
| US7026155 | 2006-04-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US7025324 | 2006-04-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 39 |
| US7024398 | 2006-04-04 | SCIENTIFIC LEARNING CORPORATION | | 21 |
| US7023243 | 2006-04-04 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 2 |
| US7022524 | 2006-04-04 | UNIVERSITY OF CALIFORNIA OFFICE OF TECHNOLOGY TRANSFER | | 9 |
| US7022480 | 2006-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 14 |
| US7022421 | 2006-04-04 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 24 +5 |
| US7022165 | 2006-04-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US7020083 | 2006-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 +5 |