# EXHIBIT

## 35-b

Dockets.Justia.com

| Patent No. | Date | Assignee | X | Count | Extra |
|---|---|---|---|---|---|
| US7019108 | 2006-03-28 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 7 | |
| US7018850 | 2006-03-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 98 | |
| US7018840 | 2006-03-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US7017146 | 2006-03-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 | |
| US7016048 | 2006-03-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US7015854 | 2006-03-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 | |
| US7015012 | 2006-03-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 | |
| US7009338 | 2006-03-07 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 35 | |
| US7009043 | 2006-03-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US7008780 | 2006-03-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | +5 |
| US7005893 | 2006-02-28 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 29 | |
| US7005274 | 2006-02-28 | MIGENIX CORP. | | 6 | |
| US7002949 | 2006-02-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US7002910 | 2006-02-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US7002501 | 2006-02-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US7002002 | 2006-02-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US7001718 | 2006-02-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 51 | |
| US7001587 | 2006-02-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US7001536 | 2006-02-21 | PRINCETON UNIVERSITY | x | 38 | |
| US6998517 | 2006-02-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6998115 | 2006-02-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 39 | |
| US6996147 | 2006-02-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6996074 | 2006-02-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6995076 | 2006-02-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6994975 | 2006-02-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6994962 | 2006-02-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 11 | +5 |
| US6990846 | 2006-01-31 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 15 | |
| US6989237 | 2006-01-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6988058 | 2006-01-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6987214 | 2006-01-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6987004 | 2006-01-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6985553 | 2006-01-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6985142 | 2006-01-10 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 41 | |
| US6984622 | 2006-01-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6984369 | 2006-01-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6982151 | 2006-01-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |

| Patent No. | Date | Assignee | | Count | +5 |
|---|---|---|---|---|---|
| US6980572 | 2005-12-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6977907 | 2005-12-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6977248 | 2005-12-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 28 | +5 |
| US6976998 | 2005-12-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 15 | |
| US6976532 | 2005-12-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 16 | |
| US6976527 | 2005-12-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6975072 | 2005-12-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6974950 | 2005-12-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6974580 | 2005-12-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | +5 |
| US6974568 | 2005-12-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6972707 | 2005-12-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6972245 | 2005-12-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6967522 | 2005-11-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6967256 | 2005-11-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 55 | |
| US6965484 | 2005-11-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 20 | +5 |
| US6963915 | 2005-11-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6963395 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |
| US6962990 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 63 | |
| US6962975 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6962971 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6962830 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6962760 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6962699 | 2005-11-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6962608 | 2005-11-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6960488 | 2005-11-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6960327 | 2005-11-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 35 | |
| US6958815 | 2005-10-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6958238 | 2005-10-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 7 | |
| US6958132 | 2005-10-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6957573 | 2005-10-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6956568 | 2005-10-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 68 | |
| US6956083 | 2005-10-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6954128 | 2005-10-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6953659 | 2005-10-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | +5 |
| US6953656 | 2005-10-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6952436 | 2005-10-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 83 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6952270 | 2005-10-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6951972 | 2005-10-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6951845 | 2005-10-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6951724 | 2005-10-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 33 | +5 |
| US6951456 | 2005-10-04 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 3 | |
| US6950853 | 2005-09-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 58 | |
| US6949690 | 2005-09-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6949664 | 2005-09-27 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 9 | |
| US6949238 | 2005-09-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6946868 | 2005-09-20 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 24 | |
| US6946736 | 2005-09-20 | SEMICONDUCTOR RESEARCH CORPORATION | X | 26 | |
| US6946560 | 2005-09-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6946542 | 2005-09-20 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6946132 | 2005-09-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6946019 | 2005-09-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6944551 | 2005-09-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6944126 | 2005-09-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6943054 | 2005-09-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 42 | |
| US6942773 | 2005-09-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 46 | |
| US6941227 | 2005-09-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6940863 | 2005-09-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6939850 | 2005-09-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6939632 | 2005-09-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 63 | |
| US6939624 | 2005-09-06 | UNIVERSAL DISPLAY CORPORATION | | 20 | |
| US6939524 | 2005-09-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6939505 | 2005-09-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 48 | |
| US6937782 | 2005-08-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6937350 | 2005-08-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6937115 | 2005-08-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 43 | |
| US6934472 | 2005-08-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6934035 | 2005-08-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 38 | |
| US6934007 | 2005-08-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 63 | |
| US6933284 | 2005-08-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6933279 | 2005-08-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 48 | |
| US6932951 | 2005-08-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 36 | |
| US6931273 | 2005-08-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 91 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6930085 | 2005-08-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 102 | |
| US6929925 | 2005-08-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6929867 | 2005-08-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6927294 | 2005-08-09 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 3 | |
| US6927286 | 2005-08-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6924493 | 2005-08-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6924118 | 2005-08-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | +5 |
| US6924095 | 2005-08-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | +5 |
| US6922583 | 2005-07-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6922019 | 2005-07-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6921643 | 2005-07-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 48 | |
| US6921557 | 2005-07-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6921496 | 2005-07-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | |
| US6921475 | 2005-07-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | +5 |
| US6921195 | 2005-07-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 8 | |
| US6920233 | 2005-07-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 51 | |
| US6919783 | 2005-07-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6917985 | 2005-07-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6917041 | 2005-07-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6916727 | 2005-07-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 47 | +5 |
| US6916419 | 2005-07-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6915502 | 2005-07-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 11 | |
| US6915215 | 2005-07-05 | BOEING COMPANY | x | 30 | |
| US6914785 | 2005-07-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 6 | |
| US6913865 | 2005-07-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | +5 |
| US6913679 | 2005-07-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | +5 |
| US6911474 | 2005-06-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6911466 | 2005-06-28 | MAYO FOUNDATION FOR MEDICAL EDUCATION , | x | 30 | |
| US6911324 | 2005-06-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6911271 | 2005-06-28 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 15 | |
| US6910079 | 2005-06-21 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 20 | |
| US6909729 | 2005-06-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US6909239 | 2005-06-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6907097 | 2005-06-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6906280 | 2005-06-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | +5 |
| US6906244 | 2005-06-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |

| Patent | Date | Assignee | | | |
|---|---|---|---|---|---|
| US6906194 | 2005-06-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6905649 | 2005-06-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6904701 | 2005-06-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | +5 |
| US6903246 | 2005-06-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6903185 | 2005-06-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 10 | +5 |
| US6902830 | 2005-06-07 | PRINCETON UNIVERSITY | x | 52 | |
| US6902732 | 2005-06-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6900734 | 2005-05-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6899882 | 2005-05-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6899880 | 2005-05-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6899849 | 2005-05-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6897965 | 2005-05-24 | THE SCRIPPS RESEARCH INSTITUTE | | 16 | |
| US6897539 | 2005-05-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6897240 | 2005-05-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6893821 | 2005-05-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6893643 | 2005-05-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6891447 | 2005-05-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6891382 | 2005-05-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6891031 | 2005-05-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 | +5 |
| US6888146 | 2005-05-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6888032 | 2005-05-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 25 | +5 |
| US6888029 | 2005-05-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6887688 | 2005-05-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6887578 | 2005-05-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 | |
| US6885192 | 2005-04-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |
| US6884982 | 2005-04-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6884740 | 2005-04-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6884640 | 2005-04-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6884606 | 2005-04-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 | |
| US6884585 | 2005-04-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6884478 | 2005-04-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | +5 |
| US6882767 | 2005-04-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6882477 | 2005-04-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6882051 | 2005-04-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6881386 | 2005-04-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6880487 | 2005-04-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6879012 | 2005-04-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6878974 | 2005-04-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 69 | |
| US6878466 | 2005-04-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | +5 |
| US6875577 | 2005-04-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6875574 | 2005-04-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6875435 | 2005-04-05 | WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH | | 22 | |
| US6875374 | 2005-04-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6872533 | 2005-03-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6871527 | 2005-03-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |
| US6870894 | 2005-03-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6869937 | 2005-03-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6869789 | 2005-03-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6869766 | 2005-03-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6869695 | 2005-03-22 | PRINCETON UNIVERSITY | x | 59 | |
| US6869568 | 2005-03-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6867420 | 2005-03-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6867310 | 2005-03-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6867298 | 2005-03-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 94 | |
| US6864822 | 2005-03-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 | |
| US6864570 | 2005-03-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 131 | |
| US6864201 | 2005-03-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 | |
| US6864103 | 2005-03-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 67 | |
| US6863895 | 2005-03-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6863781 | 2005-03-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6861155 | 2005-03-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 69 | |
| US6858397 | 2005-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6858213 | 2005-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6858173 | 2005-02-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6856136 | 2005-02-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6855810 | 2005-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6855202 | 2005-02-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 29 | |
| US6852832 | 2005-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6852518 | 2005-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6852323 | 2005-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 5 | +5 |
| US6852285 | 2005-02-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6850515 | 2005-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |

| Patent | Date | Assignee | Mark | Count | +5 |
|---|---|---|---|---|---|
| US6850487 | 2005-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6849777 | 2005-02-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6847456 | 2005-01-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 27 | |
| US6846917 | 2005-01-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6846915 | 2005-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 46 | +5 |
| US6846799 | 2005-01-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6844324 | 2005-01-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 17 | |
| US6844150 | 2005-01-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | |
| US6841675 | 2005-01-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6841145 | 2005-01-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6838430 | 2005-01-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6836559 | 2004-12-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 52 | |
| US6835952 | 2004-12-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6835552 | 2004-12-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6834070 | 2004-12-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 47 | |
| US6833554 | 2004-12-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6833493 | 2004-12-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 42 | +5 |
| US6833445 | 2004-12-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6833234 | 2004-12-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6831779 | 2004-12-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 52 | |
| US6831575 | 2004-12-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6831377 | 2004-12-14 | UNIVERSITY OF SOUTHERN CALIFORNIA | X | 38 | |
| US6831160 | 2004-12-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6831040 | 2004-12-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 14 | +5 |
| US6830828 | 2004-12-14 | PRINCETON UNIVERSITY | X | 29 | |
| US6829437 | 2004-12-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 73 | |
| US6829257 | 2004-12-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | |
| US6828583 | 2004-12-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6828575 | 2004-12-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6828478 | 2004-12-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6828180 | 2004-12-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6827935 | 2004-12-07 | THE MCW RESEARCH FOUNDATION, INC. | | 1 | |
| US6826672 | 2004-11-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 12 | +5 |
| US6824910 | 2004-11-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6824890 | 2004-11-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6821739 | 2004-11-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |

| Patent | Date | Assignee | | Count |
|---|---|---|---|---|
| US6821666 | 2004-11-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6821522 | 2004-11-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6821439 | 2004-11-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6821337 | 2004-11-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6819692 | 2004-11-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 50 |
| US6819666 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 |
| US6818964 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6818854 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 |
| US6818732 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 |
| US6818446 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6818391 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6818389 | 2004-11-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 157 |
| US6818341 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6818223 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 |
| US6818202 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 |
| US6818184 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6818137 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6818081 | 2004-11-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6815574 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6815363 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 74 |
| US6815176 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6815169 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6815145 | 2004-11-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6815116 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6815105 | 2004-11-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 77 |
| US6813296 | 2004-11-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 35 |
| US6813276 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6813053 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 |
| US6812376 | 2004-11-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 |
| US6812336 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6812335 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6812034 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6811741 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6811133 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6810899 | 2004-11-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 |
| US6810715 | 2004-11-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |

| Patent | Date | Assignee | | Count |
|---|---|---|---|---|
| US6810190 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 36 |
| US6810064 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 31 |
| US6809856 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 29 |
| US6809679 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6808875 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6808838 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6808522 | 2004-10-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 29 |
| US6807802 | 2004-10-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6806467 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6806358 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6806299 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6806227 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6806080 | 2004-10-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 14 |
| US6805970 | 2004-10-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6805744 | 2004-10-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 56 |
| US6804045 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 44 |
| US6804009 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6803719 | 2004-10-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 56 |
| US6803371 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6803233 | 2004-0-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 218 |
| US6803141 | 2004-10-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| US6801107 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 12 |
| US6800733 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6800591 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 28 |
| US6800487 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6800481 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 |
| US6800321 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6800296 | 2004-10-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 |
| US6800212 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6799466 | 2004-10-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6798817 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 43 |
| US6798562 | 2004-09-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 26 |
| US6797495 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 |
| US6797325 | 2004-09-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6795397 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6795021 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 |

+5

| Patent No. | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6794522 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6794150 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6794128 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 42 | |
| US6794109 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 36 | +5 |
| US6794052 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6793899 | 2004-09-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 30 | |
| US6793790 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 31 | |
| US6792867 | 2004-09-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6792017 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6791756 | 2004-09-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 34 | |
| US6791747 | 2004-09-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 | |
| US6791743 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6791735 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |
| US6791432 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 42 | |
| US6791337 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6790615 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 45 | |
| US6790430 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 38 | |
| US6790030 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6789291 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 63 | |
| US6788417 | 2004-09-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |
| US6787655 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6787642 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 8 | +5 |
| US6787571 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6787365 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 28 | |
| US6787322 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6787300 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 48 | |
| US6787232 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6787104 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6787018 | 2004-09-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6786896 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6786877 | 2004-09-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6786105 | 2004-09-07 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 25 | |
| US6785432 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 10 | |
| US6784796 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 21 | +5 |
| US6784346 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 32 | |
| US6783943 | 2004-08-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 35 | |