# EXHIBIT

## <u>35-e</u>

Dockets.Justia.com

| Patent | Date | Assignee | | Count | Note |
|---|---|---|---|---|---|
| US6621040 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6620629 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6620458 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6620333 | 2003-09-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6618132 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6617583 | 2003-09-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6617331 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6617228 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6617113 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6616825 | 2003-09-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 | |
| US6616353 | 2003-09-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6615075 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 74 | |
| US6613972 | 2003-09-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 3 | |
| US6613809 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6613771 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6613751 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6613518 | 2003-09-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6613276 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6612269 | 2003-09-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 88 | |
| US6611339 | 2003-08-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | |
| US6610806 | 2003-08-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 78 | |
| US6610661 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 59 | |
| US6610488 | 2003-08-26 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 22 | |
| US6610334 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6610144 | 2003-08-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 32 | |
| US6608774 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6608585 | 2003-08-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6608189 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6607877 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6607829 | 2003-08-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6607487 | 2003-08-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6606625 | 2003-08-12 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 | |
| US6606624 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6605772 | 2003-08-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6605453 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6605316 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 45 | |

| Patent | Date | Assignee | | Count | +5 |
|---|---|---|---|---|---|
| US6605282 | 2003-08-12 | UNIVERSITY OF FLORIDA RESEARCH FOUNDATI | x | 38 | |
| US6605274 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6605202 | 2003-08-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6603911 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 53 | |
| US6603588 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6603112 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6602680 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6602672 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6602671 | 2003-08-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6602505 | 2003-08-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 6 | |
| US6602473 | 2003-08-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |
| US6600766 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6600076 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6600017 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6599962 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 40 | |
| US6599726 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6599715 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6599510 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6599509 | 2003-07-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 25 | +5 |
| US6599502 | 2003-07-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6598014 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6597861 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | |
| US6597820 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | +5 |
| US6597664 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6596705 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6596544 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6596479 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6596422 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6596277 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6596271 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6596224 | 2003-07-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 56 | |
| US6596182 | 2003-07-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6593706 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6593275 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6593103 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6592979 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6592764 | 2003-07-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 167 | |
| US6590209 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6589975 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6589957 | 2003-07-08 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 25 | |
| US6589531 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6589457 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6589235 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 39 | |
| US6588812 | 2003-07-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6587492 | 2003-07-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6586781 | 2003-07-01 | CREE LIGHTING COMPANY | x | 41 | |
| US6586734 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6586655 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6586233 | 2003-07-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6584204 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6583933 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6583863 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6583436 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6583425 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | |
| US6583033 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 58 | +5 |
| US6582960 | 2003-06-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 21 | |
| US6582936 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6582838 | 2003-06-24 | PRINCETON UNIVERSITY | | 2 | |
| US6582717 | 2003-06-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6582657 | 2003-06-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6580389 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6579974 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6579899 | 2003-06-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6579695 | 2003-06-17 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | | 3 | |
| US6579684 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6579682 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6579677 | 2003-06-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 15 | +5 |
| US6576863 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6576463 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 52 | |
| US6576459 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6576432 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6576420 | 2003-06-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |

| Patent No. | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6421164 | 2002-07-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6421130 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6420826 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6420712 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6420428 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6420344 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6420242 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6420179 | 2002-07-16 | SYMYX TECHNOLOGIES, INC. | | 9 | |
| US6420122 | 2002-07-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 81 | |
| US6420112 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6419916 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6419484 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6419404 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6418955 | 2002-07-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6418252 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6417967 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6417754 | 2002-07-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6417506 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6416759 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6416672 | 2002-07-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6415329 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6414647 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 66 | |
| US6414320 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6414221 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6413802 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6413781 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | +5 |
| US6413656 | 2002-07-02 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 26 | +5 |
| US6413077 | 2002-07-02 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 18 | |
| US6412377 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| USRE037770 | 2002-07-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6411752 | 2002-06-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | |
| US6411418 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6411389 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6410884 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6410516 | 2002-06-25 | HARVARD COLLEGE, PRESIDENT AND FELLOWS | x | 203 | +5 |
| US6410331 | 2002-06-25 | SYMYX TECHNOLOGIES, INC. | x | 46 | |

| Patent No. | Date | Assignee | | Count | +5 |
|---|---|---|---|---|---|
| US6410249 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6409990 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6409648 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6408978 | 2002-06-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6408526 | 2002-06-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 17 | +5 |
| US6408028 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6407535 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6407221 | 2002-06-18 | CELL GENESYS, INC. | | 10 | |
| US6406864 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6406847 | 2002-06-18 | STANFORD UNIVERSITY | | 12 | |
| US6406669 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6406297 | 2002-06-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6404526 | 2002-06-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6404497 | 2002-06-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6403874 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6403544 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6403374 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6402960 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6402881 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6402817 | 2002-06-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6400826 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 45 | |
| US6400495 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 51 | |
| US6399700 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 21 | |
| US6399516 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6399215 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6398384 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6398374 | 2002-06-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6397922 | 2002-06-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6396937 | 2002-05-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 72 | |
| US6396900 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6396186 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6396061 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6395916 | 2002-05-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 43 | |
| US6395882 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 1 | |
| US6395552 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6395551 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |

| Patent No. | Date | Assignee | | Count | +5 |
|---|---|---|---|---|---|
| US6395093 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6394022 | 2002-05-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6393159 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6392792 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 34 | |
| US6392313 | 2002-05-21 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6391590 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | +5 |
| US6391574 | 2002-05-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6388247 | 2002-05-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6388172 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6387945 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6387614 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6387544 | 2002-05-14 | PRINCETON UNIVERSITY | | 32 | |
| US6387397 | 2002-05-14 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 37 | +5 |
| US6387278 | 2002-05-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 21 | |
| US6385358 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 48 | |
| US6385228 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6384945 | 2002-05-07 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6384915 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 32 | |
| US6384191 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6383989 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6383778 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 13 | +5 |
| US6383764 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6383761 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 78 | |
| US6383640 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6383388 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 33 | |
| US6382957 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 43 | |
| US6382025 | 2002-05-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |
| US6381169 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 93 | |
| US6381018 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6380627 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6380372 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6380371 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6379741 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 28 | |
| US6379472 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 11 | |
| US6379325 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6378321 | 2002-04-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 35 | |

| Patent | Date | Assignee | | | |
|---|---|---|---|---|---|
| US6377919 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | +5 |
| US6377011 | 2002-04-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6376978 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6376636 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6375925 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6374595 | 2002-04-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6373253 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6372328 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6372214 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6372103 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6371992 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6370955 | 2002-04-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 40 | +5 |
| US6370784 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6370757 | 2002-04-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6370681 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6370622 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 46 | |
| US6370412 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 | |
| US6370297 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 28 | |
| US6369879 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6369834 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 14 | |
| US6369097 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6369095 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6368877 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6368592 | 2002-04-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6368318 | 2002-04-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 47 | +5 |
| US6366873 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6366268 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6365901 | 2002-04-02 | PRINCETON UNIVERSITY | | 19 | |
| US6365406 | 2002-04-02 | BRITISH NUCLEAR FUELS PLC | | 21 | |
| US6365401 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6365359 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6365355 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6365138 | 2002-04-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6361964 | 2002-03-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6361901 | 2002-03-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | |
| US6361671 | 2002-03-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 46 | |

| Patent | Date | Assignee | | Count | +5 |
|---|---|---|---|---|---|
| US6361507 | 2002-03-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6360021 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6359716 | 2002-03-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 17 | +5 |
| US6359288 | 2002-03-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6359280 | 2002-03-19 | BRITISH NUCLEAR FUELS PLC | | 20 | |
| US6358567 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6358523 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6358339 | 2002-03-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6357332 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 | +5 |
| US6356677 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6356433 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6356349 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 23 | |
| US6355931 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6355863 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 36 | |
| US6355840 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 7 | +5 |
| US6355790 | 2002-03-12 | UNIVERSITY OF ROCHESTER | | 17 | |
| US6355440 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6355224 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 2 | |
| US6355146 | 2002-03-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6355120 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 102 | |
| US6354361 | 2002-03-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 2 | |
| US6353822 | 2002-03-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 30 | |
| US6353688 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | |
| US6353658 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 28 | |
| US6353230 | 2002-03-05 | BRITISH NUCLEAR FUELS PLC | x | 18 | |
| US6352838 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6352803 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6351983 | 2002-03-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6351579 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6351484 | 2002-02-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 43 | |
| US6351307 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 80 | |
| US6351280 | 2002-02-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6351254 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6350933 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6350769 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6350593 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | +5 |

| Patent | Date | Assignee | Mark | Number | +5 |
|---|---|---|---|---|---|
| US6350578 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6349649 | 2002-02-26 | SCHLUMBERGER TECHNOLOGY CORPORATION | X | 40 | +5 |
| US6349477 | 2002-02-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 23 | +5 |
| USRE037552 | 2002-02-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 12 | |
| US6348898 | 2002-02-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6348683 | 2002-02-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 33 | |
| US6348493 | 2002-02-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6347109 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 47 | |
| US6347106 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 44 | |
| US6347002 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6346918 | 2002-02-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 | |
| US6346652 | 2002-02-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 70 | |
| US6346461 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6346290 | 2002-02-12 | SYMYX TECHNOLOGIES, INC. | X | 52 | |
| US6346187 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6345497 | 2002-02-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6345058 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6344554 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 59 | +5 |
| US6344548 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6344544 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 1 | |
| US6344404 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 59 | |
| US6344334 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6344330 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6344315 | 2002-02-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6342656 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6342595 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6342395 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6342380 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6342379 | 2002-01-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 41 | |
| US6342358 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6341183 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 13 | +5 |
| US6341150 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6341067 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6341015 | 2002-01-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 26 | |
| US6340946 | 2002-01-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 25 | |
| US6340566 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 100 | |

| Patent | Date | Assignee | X | No. | +5 |
|---|---|---|---|---|---|
| US6340497 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6340403 | 2002-01-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6339608 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6339195 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6339148 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6339020 | 2002-01-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6338824 | 2002-01-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6337213 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6335318 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 | |
| US6335303 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 14 | +5 |
| US6335180 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6335167 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 53 | |
| US6335010 | 2002-01-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6333521 | 2001-12-25 | PRINCETON UNIVERSITY | | 8 | |
| US6333317 | 2001-12-25 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6332990 | 2001-12-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6332030 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6331974 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 47 | |
| US6331873 | 2001-12-18 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 16 | |
| US6331707 | 2001-12-18 | BRITISH NUCLEAR FUELS PLC | | 22 | |
| US6331706 | 2001-12-18 | BRITISH NUCLEAR FUELS PLC | | 14 | |
| US6330827 | 2001-12-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 | |
| US6330262 | 2001-12-11 | PRINCETON UNIVERSITY | x | 38 | |
| US6329738 | 2001-12-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 37 | |
| US6329553 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6329506 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | +5 |
| US6329357 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6329156 | 2001-12-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6329155 | 2001-12-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 | |
| US6329085 | 2001-12-11 | PRINCETON UNIVERSITY | | 6 | |
| US6327292 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 24 | |
| US6327702 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6326166 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 60 | |
| US6326157 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | |
| US6326144 | 2001-12-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 72 | |
| US6326090 | 2001-12-04 | SYMYX TECHNOLOGIES, INC. | x | 18 | |