Tafas v. Dudas et al  
Case 1:07-cv-00846-JCC-TRJ   Document 143-88   Filed 12/21/2007   Page 1 of 11  
Doc. 143 Att. 87

# EXHIBIT

# 35-f

Dockets.Justia.com

| Patent No. | Date | Assignee | Cited | Claims |
|---|---|---|---|---|
| US6326007 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6325351 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6325184 | 2001-12-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6324091 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 |
| US6323414 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 30 |
| US6323372 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6323366 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 88 |
| US6323309 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 17 |
| US6323244 | 2001-11-27 | MILLENNIUM PHARMACEUTICALS, INC. | | 4 |
| US6323233 | 2001-11-27 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, INC. | | 7 |
| US6323201 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6322969 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6322901 | 2001-11-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 |
| US6322802 | 2001-11-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6321111 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 |
| US6320037 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6319669 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 71 |
| US6319635 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |
| US6319495 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6319474 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6319426 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 31 |
| US6319379 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6319367 | 2001-11-20 | E. I. DU PONT DE NEMOURS AND COMPANY | | 14 |
| US6318880 | 2001-11-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6318442 | 2001-11-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6317716 | 2001-11-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 32 |
| US6316668 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 16 |
| US6316601 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 2 |
| US6316209 | 2001-11-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6313239 | 2001-11-06 | BAYER CORPORATION | | 10 |
| US6312947 | 2001-11-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 |
| US6312836 | 2001-11-06 | PRINCETON UNIVERSITY | | 21 |
| US6312819 | 2001-11-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 |
| US6312664 | 2001-11-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 |
| US6311100 | 2001-10-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 27 |
| US6310906 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 +5 |

| Patent No. | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6310700 | 2001-10-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 28 | |
| US6310273 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6309886 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6309705 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6309651 | 2001-10-30 | THE MCW RESEARCH FOUNDATION, INC. | | 4 | |
| US6309643 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6309641 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6309638 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6309635 | 2001-10-30 | CHILDREN'S MEDICAL CENTER CORPORATION | | 16 | |
| US6309634 | 2001-10-30 | AVIGEN INCORPORATED | | 2 | |
| US6309532 | 2001-10-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | +5 |
| US6308093 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 42 | +5 |
| US6307635 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | +5 |
| US6307241 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | +5 |
| US6307087 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 84 | |
| US6307075 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 | |
| US6306830 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |
| US6306736 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | |
| US6306623 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6306610 | 2001-10-23 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 57 | |
| US6306598 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6306200 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6305884 | 2001-10-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 21 | |
| US6304584 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 42 | |
| US6303901 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6303638 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6303446 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6303317 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6302682 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6301931 | 2001-10-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6301007 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6300755 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6300470 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6300327 | 2001-10-09 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 10 | |
| US6300285 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6300265 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |

| Patent | Date | Assignee | X | Count | +5 |
|---|---|---|---|---|---|
| US6300111 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | | |
| US6300104 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6300084 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6300066 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6299897 | 2001-10-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6297189 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6297059 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6296964 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6296779 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6296749 | 2001-10-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6294392 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6294379 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6293163 | 2001-09-25 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6291820 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6291743 | 2001-09-18 | SEMINIS VEGETABLE SEEDS, INC. | | 3 | |
| US6291652 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6291637 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6291501 | 2001-09-18 | HARBOR BRANCH OCEANOGRAPHIC INSTITUTE, | | 10 | |
| US6291162 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 12 | +5 |
| US6289695 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6289502 | 2001-09-18 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6288402 | 2001-09-11 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 29 | +5 |
| US6288394 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6288392 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6288305 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 51 | |
| US6288240 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6287851 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6287792 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6287790 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6287766 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6287712 | 2001-09-11 | PRINCETON UNIVERSITY | | 21 | |
| US6287575 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 38 | |
| US6287569 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6287556 | 2001-09-11 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6287340 | 2001-09-11 | TRUSTEES OF TUFTS COLLEGE | x | 42 | |
| US6285969 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 72 | |
| | | | | 2 | |

| Patent No. | Date | Assignee | Mark | Count | Extra |
|---|---|---|---|---|---|
| US6284536 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | | |
| US6284474 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6284317 | 2001-09-04 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | +5 |
| US6284197 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 21 | |
| US6283440 | 2001-09-04 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6282537 | 2001-08-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 42 | |
| US6282011 | 2001-08-28 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 36 | |
| US6280964 | 2001-08-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6280929 | 2001-08-28 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6278764 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6278040 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 34 | |
| US6277970 | 2001-08-21 | SALK INSTITUTE FOR BIOLOGICAL STUDIES | | 4 | |
| US6277586 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6277585 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6277563 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6277489 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6277256 | 2001-08-21 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 44 | |
| US6274600 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6274119 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6274116 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6273478 | 2001-08-14 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6270995 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6270984 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6270979 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6270972 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 9 | |
| US6270962 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6270954 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 63 | |
| US6270747 | 2001-08-07 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6269435 | 2001-07-31 | STANFORD UNIVERSITY | | 5 | |
| US6269311 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | +5 |
| US6268586 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6268352 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6268348 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 64 | |
| US6268194 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 19 | |
| US6268184 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6267872 | 2001-07-31 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 42 | |
| | | | | 20 | |

| Patent | Date | Assignee | | Count | |
|---|---|---|---|---|---|
| US6266760 | 2001-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 30 | +5 |
| US6266622 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6266379 | 2001-07-24 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 41 | |
| US6266353 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6266147 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6265653 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 43 | |
| US6265615 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6265563 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | +5 |
| US6265165 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6264882 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 | |
| US6264880 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6263918 | 2001-07-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6263189 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6262826 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6262523 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6262495 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6262254 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6261961 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 | |
| US6261931 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6261760 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6261484 | 2001-07-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6260005 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6259085 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 | |
| US6258567 | 2001-07-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6255642 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6255485 | 2001-07-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 5 | |
| US6255012 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6254890 | 2001-07-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | +5 |
| US6254869 | 2001-07-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 12 | +5 |
| US6252851 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 28 | |
| US6252203 | 2001-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 22 | +5 |
| US6251903 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 | |
| US6250928 | 2001-06-26 | COCENSYS INC. | x | 41 | |
| US6250848 | 2001-06-26 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 7 | |
| US6250230 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6250156 | 2001-06-26 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | +5 |

| Patent | Date | Assignee | X | Count | Extra |
|---|---|---|---|---|---|
| US6248937 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6248916 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6248592 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6248542 | 2001-06-19 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6248539 | 2001-06-19 | THE SCRIPPS RESEARCH INSTITUTE | | 10 | |
| US6248535 | 2001-06-19 | UNIVERSITY OF SOUTHERN CALIFORNIA | x | 32 | |
| US6248467 | 2001-06-19 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246687 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 | |
| US6246504 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 | |
| US6246500 | 2001-06-12 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6245899 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6245510 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6245509 | 2001-06-12 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 | |
| US6245393 | 2001-06-12 | PRINCETON UNIVERSITY | | 4 | |
| US6243149 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 34 | |
| US6242253 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6242222 | 2001-06-05 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6242115 | 2001-06-05 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 13 | |
| US6240630 | 2001-06-05 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | +5 |
| US6239878 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6239428 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 | |
| US6239258 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6237452 | 2001-05-29 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 13 | |
| US6237292 | 2001-05-29 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 31 | |
| US6236037 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 5 | |
| US6235936 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 11 | |
| US6235871 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 | |
| US6235615 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 | |
| US6235340 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 | |
| US6235309 | 2001-05-22 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 50 | |
| US6235067 | 2001-05-22 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 39 | |
| US6235061 | 2001-05-22 | PENN STATE RESEARCH FOUNDATION, INC. | | 1 | |
| US6233479 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | |
| US6233347 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 57 | |
| US6233056 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 20 | +5 |
| US6232138 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| | | | | 26 | |

| Patent | Date | Assignee | X | Count | +5 |
|---|---|---|---|---|---|
| US6231980 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | | |
| US6231852 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 36 | |
| US6231783 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 | +5 |
| US6231779 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 3 | |
| US6231744 | 2001-05-15 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 41 | |
| US6230566 | 2001-05-15 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 36 | +5 |
| US6230102 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 15 | |
| US6230071 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229652 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 | |
| US6229619 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 19 | |
| US6229617 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 34 | |
| US6229612 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6229068 | 2001-05-08 | COLD SPRING HARBOR LABORATORY | | 6 | |
| US6229064 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 44 | |
| US6228989 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6228646 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 | |
| US6228583 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 26 | |
| US6228512 | 2001-05-08 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6228330 | 2001-05-08 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6226346 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 | |
| US6225635 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6225445 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 30 | +5 |
| US6225198 | 2001-05-01 | UNIVERSITY OF SOUTHERN CALIFORNIA | | 17 | |
| US6225070 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 36 | |
| US6224893 | 2001-05-01 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 | |
| US6223656 | 2001-05-01 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | X | 26 | |
| US6222872 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6222095 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 24 | |
| US6221908 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 49 | |
| US6221877 | 2001-04-24 | SCIENTIFIC LEARNING CORPORATION | | 8 | |
| US6221861 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6221726 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6221663 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 | |
| US6221622 | 2001-04-24 | GENERAL HOSPITAL CORPORATION | | 22 | |
| US6221614 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 33 | +5 |
| US6221401 | 2001-04-24 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| | | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | X | 27 | |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| USRE037134 | 2001-04-17 | | | |
| US6218668 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 58 |
| US6218526 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6218512 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 5 |
| US6218506 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 1 |
| US6218437 | 2001-04-17 | NORTHWESTERN UNIVERSITY | | 8 |
| US6217864 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6217863 | 2001-04-17 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6217722 | 2001-04-17 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6216020 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 16 |
| US6214565 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 |
| US6214562 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6214388 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6214301 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6214262 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 49 |
| US6214202 | 2001-04-10 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 18 |
| US6214090 | 2001-04-10 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 25 |
| US6212215 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 19 |
| US6211148 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6210918 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6210917 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6210649 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |
| US6210131 | 2001-04-03 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6209928 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6208997 | 2001-04-03 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6208679 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6208553 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6208415 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 56 |
| US6208007 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6207957 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 |
| US6207749 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 |
| US6207704 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 16 |
| US6207412 | 2001-03-27 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 8 |
| US6207403 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6207310 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 |
| US6207159 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 |
| | | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |

| Patent | Date | Assignee | Mark | Count |
|---|---|---|---|---|
| US6206966 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6205819 | 2001-03-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6205195 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6204926 | 2001-03-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 22 |
| US6204595 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 4 |
| US6204391 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6204245 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 |
| US6204189 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 29 |
| US6203924 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 |
| US6202407 | 2001-03-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 |
| US6202181 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6201980 | 2001-03-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6201870 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 38 |
| US6201232 | 2001-03-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 9 |
| US6200745 | 2001-03-13 | PENN STATE RESEARCH FOUNDATION, INC. | | 5 |
| US6200515 | 2001-03-13 | CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE - CNRS | | 9 |
| US6198860 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 44 |
| US6198655 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 18 |
| US6198417 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6198293 | 2001-03-06 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 10 |
| US6198069 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 |
| US6197928 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 37 |
| US6197541 | 2001-03-06 | COR THERAPEUTICS, INC. | x | 73 |
| US6197247 | 2001-03-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 |
| US6195485 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 11 |
| US6195197 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6195169 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 8 |
| US6194635 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 14 |
| US6193965 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 6 |
| US6193963 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 3 |
| US6193870 | 2001-02-27 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 |
| US6192384 | 2001-02-20 | STANFORD UNIVERSITY | x | 29 |
| US6192062 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 20 |
| US6191515 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 |
| US6191486 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 4 |
| US6191269 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 12 |

| Patent | Date | Assignee | Mark | Num | Extra |
|---|---|---|---|---|---|
| US6190920 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 20 | |
| US6190894 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 82 | |
| US6190893 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 59 | |
| US6190723 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 5 | |
| US6190378 | 2001-02-20 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 26 | +5 |
| US6189286 | 2001-02-20 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 33 | |
| USRE037053 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | |
| US6187814 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 10 | |
| US6187756 | 2001-02-13 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 19 | |
| US6186632 | 2001-02-13 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6185309 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 41 | |
| US6184215 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 7 | |
| US6183961 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 18 | +5 |
| US6183772 | 2001-02-06 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6181274 | 2001-01-30 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 12 | |
| US6180135 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 25 | |
| US6179611 | 2001-01-30 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |
| US6177993 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 29 | |
| US6177794 | 2001-01-23 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 22 | |
| US6175669 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 23 | |
| US6175433 | 2001-01-16 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 30 | |
| US6175326 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 17 | |
| US6175057 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 23 | |
| US6174872 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 10 | |
| US6174871 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 21 | |
| US6174749 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 24 | |
| US6173604 | 2001-01-16 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 15 | |
| US6173001 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | x | 33 | +5 |
| US6171862 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 13 | |
| US6171833 | 2001-01-09 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY | | 13 | |
| US6171576 | 2001-01-09 | ORGANIX, INC. | | 30 | |
| US6171301 | 2001-01-09 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 24 | +5 |
| US6169176 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 8 | +5 |
| US6168967 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | | 9 | |
| US6168779 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 27 | |
| US6168737 | 2001-01-02 | UNIVERSITY OF CALIFORNIA, THE REGENTS OF | x | 26 | |