# EXHIBIT 41

Dockets.Justia.com

Bahr, Robert

**From:** Morse, Gregory
**Sent:** Wednesday, March 14, 2007 3:43 PM
**To:** Doll, John
**Cc:** Love, John; Focarino, Margaret (Peggy); Fleisher, Mindy; Bahr, Robert; Mielcarek, John
**Subject:** RE: Numbers

Number of 3 CON/CIP filings or 4+ CON/CIP/RCE/CPA filings, by TC, as of 3/13/07:

I apologize that these were not available when you asked.

(2006 numbers, 2006 filings 419,760 UPR, all based on analysis of PALM data)

| TC   | Filings | 3 CON or 4+ | Percent |
|------|---------|-------------|---------|
| 1600 | 41,756  | 2,356       | 5.6%    |
| 1700 | 57,368  | 1,189       | 2.1%    |
| 2100 | 44,425  | 1,295       | 2.9%    |
| 2600 | 65,974  | 1,401       | 2.1%    |
| 2800 | 94,851  | 1,927       | 2.0%    |
| 3600 | 51,661  | 1,131       | 2.2%    |
| 3700 | 63,725  | 2,027       | 3.2%    |
| UPR  | 419,760 | 11,326      | 2.7%    |

Of the 11326, 2621 were 3rd CON/CIP filings, and 8705 were 4+ of any combination.

In discussions with Undersecretary Dudas, we previously estimated the 8,705 as "about 8,000" and the overall number as "about 10,000".

-----Original Message-----
From: Doll, John
Sent: Monday, March 12, 2007 4:07 PM
To: Morse, Gregory
Subject: Numbers


Do we have the distribution of 3+ CONs / RCEs by TC ?!?

.
.
.
BlackBerry Wireless

A08227

1