# EXHIBIT 42

Dockets.Justia.com

**REDACTED**

### Relevant data:

Of the 607,347 backfile applications for which claims data is available, 304,365 (50.1%) have 3 or fewer independent claims and 20 or fewer total claims, and 302,982 (49.9%) have more than 3 independent claims or more than 20 total claims. Thus, it appears that 324,350 (49.9% of 650,000) applicants would be affected by a requirement (in an application containing more than 3 independent claims or more than 20 total claims) to select which dependent claims (if any) are representative claims.

Costs to applicants: It is estimated that a reply to a notice to designate which dependent claims (if any) are representative claims will on average take 1 hour of attorney time at $286/hour. Thus, the total cost to all patent applicants to select which dependent claims (if any) are representative claims would be $92,764,100 (324,350 hours at $286/hour).

**REDACTED**

### Relevant data:

Of the 607,347 backfile applications for which claims data is available, 475,627 (78.3%) have 6 or fewer independent claims and 30 or fewer total claims, and 131,720 (21.7%) have more than 6 independent claims or more than 30 total claims. Thus, it appears that 140,970 (21.7% of 650,000) applicants would be affected by a requirement (in an application containing more than 6 independent claims or more than 30 total claims) to select which dependent claims (if any) are representative claims.

Costs to applicants: It is estimated that a reply to a notice to designate which dependent claims (if any) are representative claims will on average take 1 hour of attorney time at $286/hour. Thus, the total cost to all patent applicants to select which dependent claims (if any) are representative claims would be $40,317,420 (140,970 hours at $286/hour).

### Comparison Chart

|  | 10 Representative Claims | 3/20 Representative Claims | 6/30 Representative Claims |
|---|---|---|---|
| # of Claims | Independent: 1-10<br>Total: 1-10 | Independent: 1-3<br>Total: 1-20 | Independent: 1-6<br>Total: 1-30 |
| % of Applicants Required to Select | 82.1% | 49.9% | 21.7% |
| Costs to Applicants | $158.3 M | $92.8 M | $40.3 M |