Tafas v. Dudas et al
Case 1:07-cv-00846-JCC-TRJ   Document 143-101   Filed 12/21/2007   Page 1 of 2
Doc. 143 Att. 100

# EXHIBIT 43

Audio will be provided.