IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:07cv846 (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:07cv1008 (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF MINNESOTA *AMICI* FOR LEAVE TO FILE A BRIEF IN SUPPORT
OF PLAINTIFFS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**

The Valspar Corporation, General Mills, Inc., Donaldson Company, Inc., Ecolab Inc.,

and Anchor Wall Systems, Inc. ("Minnesota *Amici*"), by undersigned counsel, move for leave to

file a brief as *amici curiae* in support of Plaintiffs in the above-captioned litigation.  The five

companies collectively submitting the proposed brief represent a cross-section of prominent

innovative American companies that all rely heavily on the United States patent system to

protect their investments in new technology and develop their businesses.  As such, the

Minnesota *Amici* possess a strong interest in the significant changes proposed by the PTO to the

rules governing the number of patent claims and continuations allowed, and the new procedures that will be put in place, if the PTO's proposed new rules are enforced.  All five companies believe that the new rules will cause substantial harm to them both in terms of several forms of new costs of doing business, and ultimately in restricting their access to the patent system.

The proposed brief from the Minnesota *Amici* would contribute to the discussion before the Court an additional perspective on the practical impact of the PTO's proposed new rules on them and presumably hundreds of other leading companies in myriad fields that rely on patent protection as part of their business plans.  As laid out more fully in the accompanying memorandum, by exceeding its authority and adding substantive restrictions to the existing legislative scheme for obtaining patents, the PTO would force each company to develop new docketing systems, hire additional in-house counsel, pay for additional time from outside counsel, and ultimately could require them to consolidate prosecution in a single law firm, to avoid the consequences of the new presumptions put in place by new 37 C.F.R. §§ 1.75 & 1.78.

Counsel for the GSK Plaintiffs and Mr. Tafas consented to this filing.  As with the other motions for leave to file *amicus* briefs, the Minnesota *Amici* believe oral argument is not needed.

WHEREFORE, for the reasons stated herein and in the accompanying memorandum, the Minnesota *Amici* respectfully ask the Court to grant leave to file an *amicus* brief on December 27, 2007, when the Court has ordered than any such brief in this matter should be filed.

Date:   December 21, 2007                    Respectfully submitted,

                                            _____/s/_____
                                            Jackson D. Toof
                                            VA Bar # 48842
                                            Arent Fox LLP
                                            **Counsel for Minnesota *Amici***

                                            1050 Connecticut Avenue, N.W.
                                            Washington, DC  20036
                                            Phone: (202) 857-6130
                                            Fax:    (202) 857-6395
                                            toof.jackson@arentfox.com


                                            **Of Counsel for Minnesota *Amici*:**

                                            David P. Swenson
                                            Robins, Kaplan, Miller & Ciresi L.L.P.
                                            2800 LaSalle Plaza
                                            800 LaSalle Avenue
                                            Minneapolis, MN  55402-2015
                                            Phone: (612) 349-8517
                                            Fax:    (612) 339-4181
                                            dpswenson@rkmc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing Minnesota *Amici* Motion of Minnesota *AMICI* For Leave To File A Brief In Support of Plaintiffs' Anticipated Motions for Summary Judgment and Proposed Order to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW – Suite 1200
Washington, DC  20005
E-Mail:  elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street – Suite 600
Alexandria, VA  22314
E-Mail:  craig.reilly @rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW – Suite 400
Washington, DC  20007
E-Mail:  jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
E-Mail: Lauren.wetzler@usdoj.gov

*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, N.W. Suite 800
Washington, D.C. 20005
E-Mail: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
E-Mail: randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd. Suite 100 East
Falls Church, VA 22042
E-Mail: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
E-Mail:  Rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*


By:_____/s/_____
            Jackson D. Toof
            VA Bar # 48842
            Arent Fox L.L.P.
            **Counsel for Minnesota** *Amici*

            1050 Connecticut Avenue, NW
            Washington, DC  20036
            Phone:  202.857.6130
            Fax:     202.857.6395
            toof.jackson@arentfox.com


            **Of Counsel for Minnesota** *Amici:*

            David P. Swenson
            Robins, Kaplan, Miller & Ciresi L.L.P.
            2800 LaSalle Plaza
            800 LaSalle Avenue
            Minneapolis, MN  55402-2015
            Phone:  612.349.8517
            Fax:     612.339-4181
            dpswenson@rkmc.com