IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    1:07cv846 (JCC/TRJ) |
| | ) |
| JON W. DUDAS, et al. | ) |
| | ) |
| Defendants. | ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    1:07cv1008 (JCC/TRJ) |
| | ) |
| JON W. DUDAS, et al. | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER ON MOTION OF MINNESOTA *AMICI*
FOR LEAVE TO FILE A BRIEF IN SUPPORT OF
PLAINTIFFS' ANTICIPATED SUMMARY JUDGMENT MOTIONS**

The motion of The Valspar Corporation, General Mills, Inc., Donaldson Company, Inc.,

Ecolab Inc., and Anchor Wall Systems, Inc. ("Minnesota *Amici*") for leave to file a brief in

support of Plaintiffs' summary judgment motions is hereby GRANTED.  The brief of the

Minnesota *Amici* shall be due on December 27, 2007, along with the other *amicus curiae* briefs,

pursuant to the Court's order of December 18, 2007.


DATED:  December _____, 2007          _____

                                     JAMES C. CACHERIS,
                                     United States District Judge