# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>        Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br>        Defendants. | 1:07cv846(JCC/TRJ) |
| CONSOLIDATED WITH | |
| SMITHKLINE BEECHAM CORPORATION, *et al.*,<br>        Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br>        Defendants. | 1:07cv1008(JCC/TRJ) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as one of the counsel for *amici curiae* AmberWave Systems Corporation, Fallbrook Technologies Inc., InterDigital Communications, LLC, Nano-Terra Inc., and Tessera, Inc., who filed a Motion for Leave to File an *Amcus* Memorandum on December 19, 2007.

                                    /s/
                        Kenneth C, Bass, III
                        Va. Bar. 01021
                        Attorney for AmberWave *et. al.*
                        Sterne, Kessler, Goldstein & Fox
                        1100 New York Ave., N.W.
                        Washington, DC 20005
                        (202) 722-8825
                        Fax: (202) 371-2540
                        Email: kbass@skgf.com

1

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following

**Joseph Dale Wilson, III**
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
202-342-8504
Fax: 202-342-8451
Email: jwilson@kelleydrye.com

**Joanna Elizabeth Baden-Mayer**
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
202-342-8400
Fax: 202-342-8451
 Email: jbaden-mayer@kelleydrye.com

*Counsel for the Plaintiff Tafas*

**Craig Crandall Reilly**
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
(703) 549-5353
Email: craig.reilly@rmrwlaw.com

**Daniel Sean Trainor**
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5229
Email: dtrainor@kirkland.com

**Elizabeth Marie Locke**
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: elocke@kirkland.com

*Counsel for GSK Plaintiffs*

**Lauren A. Wetzler**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*Counsel for Defendants*

**Thomas J. O'Brien**
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC 20004
Email: t'obrieb@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

**Dawn-Marie Bey**
Kilpatrick Stockton LLP
700 13th St NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc*

**James Murphy Dowd**
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
(202) 942-8400
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

**Randall Karl Miller**
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
(703) 720-7000
Email: randall_miller@aporter.com

*Counsel for Amicus Biotechnology Industry Organization and the Monsanto Company*

**Rebecca M. Carr**
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Email: Rebecca.carr@pillsburylaw.com

**Scott J. Pivnick**
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: Scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

**Charles Gorenstein**
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
(703) 205-8000
Email: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of William Mitchell College of Law*

**Craig James Franco**
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
Email: craig.franco@ofplaw.com

*Counsel for Amicus Polestar Capital Associates, LLC and Norseman Group, LLC*

**Robert Emmett Scully, Jr.**
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
Email: rscully@stites.com

*Counsel for Amicus Human Genome Sciences, Inc.*

**Matthew Christian Schruers**
Morrison & Foerster
2000 Pennsylvania Ave NW
Suite 5500
Washington, DC 20006-1888
Email: Mschruers@ccianet.org

*Counsel for Amicus Public Patent Foundation et al.*

        /s/
Kenneth C, Bass, III
Va. Bar. 01021
Attorney for AmberWave *et. al.*
Sterne, Kessler, Goldstein & Fox
1100 New York Ave., N.W.
Washington, DC 20005
(202) 722-8825
Fax: (202) 371-2540
Email: kbass@skgf.com