IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al.) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al. ) | |
| ) | |
| Defendants. ) | |

**ANCHOR WALL SYSTEMS, INC.'S LOCAL
CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

Anchor Wall Systems, Inc. is appearing for the first time in the above-captioned litigation by moving for leave to participate as an *amicus curiae* along with four other companies referred to as the Minnesota *Amici*. Pursuant to Local Civil Rule 7.1, Anchor Wall Systems, Inc. states that it is closely held. The shareholders are Douglas A. Strawbridge and the Glenn C. Bolles Revocable Trust. Anchor Wall Systems has nothing further to disclose under Rule 7.1.

Date:   December 21, 2007                Respectfully submitted,

                                         _____/s/_____
                                         Jackson D. Toof
                                         VA Bar # 48842
                                         Arent Fox L.L.P.
                                         **Counsel for Minnesota *Amici***

                                         1050 Connecticut Avenue, N.W.
                                         Washington, DC  20036
                                         Phone: (202) 857-6130
                                         Fax:    (202) 857-6395
                                         toof.jackson@arentfox.com


                                         **Of Counsel for Minnesota *Amici*:**

                                         David P. Swenson
                                         Robins, Kaplan, Miller & Ciresi L.L.P.
                                         2800 LaSalle Plaza
                                         800 LaSalle Avenue
                                         Minneapolis, MN  55402-2015
                                         Phone: (612) 349-8517
                                         Fax:    (612) 339-4181
                                         dpswenson@rkmc.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing Anchor Wall Systems, Inc.'s Local Civil Rule 7.1 Financial Disclosure to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW – Suite 1200
Washington, DC  20005
E-Mail:  elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street – Suite 600
Alexandria, VA  22314
E-Mail:  craig.reilly @rmrwlaw.com

*Counsel for GSK Plaintiffs*


Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW – Suite 400
Washington, DC  20007
E-Mail:  jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*


Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
E-Mail: Lauren.wetzler@usdoj.gov

*Counsel for Defendants*

3

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail:  to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*


Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, N.W. Suite 800
Washington, D.C. 20005
E-Mail:  dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*


James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail:  james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*


Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
E-Mail:  randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*


Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd. Suite 100 East
Falls Church, VA 22042
E-Mail:  cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
E-Mail:  Rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

By:_____/s/_____
Jackson D. Toof
VA Bar # 48842
Arent Fox L.L.P.
**Counsel for Minnesota** *Amici*

1050 Connecticut Avenue, NW
Washington, DC  20036
Phone:  202.857.6130
Fax:     202.857.6395
toof.jackson@arentfox.com

**Of Counsel for Minnesota** *Amici:*

David P. Swenson
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone:  612.349.8517
Fax:     612.339-4181
dpswenson@rkmc.com