IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, | ) |
| Plaintiffs, | ) |
| v. | ) 1:07cv846 (JCC/TRJ) |
| JON W. DUDAS, et al. | ) |
| Defendants. | ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) 1:07cv1008 (JCC/TRJ) |
| JON W. DUDAS, et al. | ) |
| Defendants. | ) |

**GENERAL MILLS, INC.'S LOCAL CIVL
RULE 7.1 FINANCIAL DISCLOSURE**

General Mills, Inc. is appearing for the first time in the above-captioned litigation by moving for leave to participate as an *amicus curiae* along with four other companies referred to as the Minnesota *Amici*. Pursuant to Local Civil Rule 7.1, General Mills, Inc. hereby states that General Mills, Inc. is the only company in our organizational structure that has currently issued stock or debt to the public; no public company owns 10% or more of our stock; and attached as Exhibit A is listing of all joint ventures, partnerships, and L.L.C.s associated with General Mills.

Date:   December 21, 2007                    Respectfully submitted,

                                             _____/s/_____
                                             Jackson D. Toof
                                             VA Bar # 48842
                                             Arent Fox L.L.P.
                                             **Counsel for Minnesota** *Amici*

                                             1050 Connecticut Avenue, N.W.
                                             Washington, DC  20036
                                             Phone: (202) 857-6130
                                             Fax:    (202) 857-6395
                                             toof.jackson@arentfox.com


                                             **Of Counsel for Minnesota** *Amici***:**

                                             David P. Swenson
                                             Robins, Kaplan, Miller & Ciresi L.L.P.
                                             2800 LaSalle Plaza
                                             800 LaSalle Avenue
                                             Minneapolis, MN  55402-2015
                                             Phone: (612) 349-8517
                                             Fax:    (612) 339-4181
                                             dpswenson@rkmc.com



# GENERAL MILLS, INC.
## Affiliates Listing as at May 27, 2007

| Company Name | Jurisdiction | Owned by | Percentage Held |
|---|---|---|---|
| 8th CONTINENT, LLC | United States | GENERAL MILLS OPERATIONS, INC. | 50.00% |
| AESR, LLC | United States | GENERAL MILLS SALES, INC. | 100.00% |
| C.P. HELLAS EEIG | Greece | GENERAL MILLS SERVICES (UK) LTD. | 50.00% |
| C.P.A. CEREAL PARTNERS | Austria | GENERAL MILLS, INC. | 50.00% |
| C.P.A. CEREAL PARTNERS HANDELSGESELLSCHAFT m.b.H. | Austria | GENERAL MILLS, INC. | 50.00% |
| C.P.D. CEREAL PARTNERS DEUTSCHLAND GmbH & Co. oHG | Germany | GENERAL MILLS, INC. | 50.00% |
| C.P.D. CEREAL PARTNERS DEUTSCHLAND VERWALTUNGSGESELLSCHAFT mbH | Germany | GENERAL MILLS, INC. | 50.00% |
| C.P.W. MEXICO S. de R.L. de C.V. | Mexico | GENERAL MILLS, INC. | 50.00% |
| CEREAL ASSOCIADOS PORTUGAL, A.E.I.E. | Portugal | GENERAL MILLS BELGIUM, SNC | 50.00% |
| CEREAL PARTNERS (MALAYSIA) SDN. BHD. | Malaysia | GENERAL MILLS ASIA PTE. LTD. | 50.00% |
| CEREAL PARTNERS (THAILAND) LIMITED | Thailand | GENERAL MILLS CONTINENTAL, INC. | 17.00% |
| | | GENERAL MILLS INTERNATIONAL LIMITED | 17.00% |
| | | GENERAL MILLS PRODUCTS CORP. | 17.00% |
| CEREAL PARTNERS AUSTRALIA PTY LIMITED | Australia | GENERAL MILLS CEREALS HOLDING (AUSTRALIA) PTY LIMITED | 50.00% |
| CEREAL PARTNERS CZECH REPUBLIC, s.r.o. | Czech Republic | GENERAL MILLS INTERNATIONAL LIMITED | 50.00% |
| CEREAL PARTNERS ESPANA, A.E.I.E. | Spain | GENERAL MILLS ESPANA B.V. | 50.00% |
| CEREAL PARTNERS FRANCE B.V. | Netherlands | GENERAL MILLS HOLDING B.V. | 100.00% |
| CEREAL PARTNERS FRANCE, SNC | France | GMEAF SNC | 50.00% |

| Entity | Parent | Country | % |
|---|---|---|---|
| CEREAL PARTNERS GIDA TICARET LIMITED SIRKETI | | Turkey | 50.00% |
| CEREAL PARTNERS HUNGARIA TRADING LIMITED LIABILITY COMPANY | GENERAL MILLS HOLDING A (NETHERLANDS) B.V. | Hungary | 50.00% |
| CEREAL PARTNERS LLC | GENERAL MILLS INTERNATIONAL LIMITED | Russia | 50.00% |
| CEREAL PARTNERS MEXICO, S.A. DE C.V. | GENERAL MILLS RUSSIA HOLDING, INC. | Mexico | 50.00% |
| CEREAL PARTNERS POLAND TORUN-PACIFIC Sp. z.o.o. | GENERAL MILLS, INC. | Poland | 50.00% |
| CEREAL PARTNERS SLOVAK REPUBLIC, s.r.o. | GENERAL MILLS HOLDING A (NETHERLANDS) B.V. | Slovakia | 50.00% |
| CEREAL PARTNERS TRADING, LLC | GENERAL MILLS INTERNATIONAL LIMITED | Russia | 50.00% |
| CEREAL PARTNERS U.K. | GENERAL MILLS RUSSIA HOLDING, INC. | United Kingdom | 50.00% |
| CEREAL PARTNERS VENEZUELA | GENERAL MILLS NORTH AMERICA AFFILIATES | Venezuela | 50.00% |
| CEREALES C.P.W. BOLIVIA S.R.L. | GENERAL MILLS DE VENEZUELA, C.A. | Bolivia | 50.00% |
| CEREALES C.P.W. CHILE LIMITADA (SRL) | GENERAL MILLS INTERNATIONAL LIMITED | Chile | 50.00% |
| CEREALES CPW PERU LIMITADA | GENERAL MILLS CONTINENTAL SA | Peru | 50.00% |
| CEREALES PARTNERS LATIN AMERICA LLC | GENERAL MILLS INTERNATIONAL LIMITED | United States | 50.00% |
| | GENERAL MILLS CONTINENTAL, INC. | | |
| CEREALES PARTNERS LATIN AMERICA LLC, ARGENTINIAN BRANCH | GENERAL MILLS INTERNATIONAL LIMITED | Argentina | 100.00% |
| CEREALES PARTNERS LATIN AMERICA LLC, COLOMBIAN BRANCH | CEREALES PARTNERS LATIN AMERICA LLC | Colombia | 100.00% |
| CP COLOMBIA ACP | CEREALES PARTNERS LATIN AMERICA LLC | Colombia | 50.00% |
| CP MIDDLE EAST FZCO | CEREALES PARTNERS COLOMBIA LTDA. | United Arab Emirates | 50.00% |
| | GENERAL MILLS INTERNATIONAL LIMITED | | |
| CP SUISSE | GENERAL MILLS, INC. | Switzerland | 50.00% |
| CEREAL PARTNERS AUSTRALIA PTY LIMITED | GENERAL MILLS CEREALS HOLDING (AUSTRALIA LTD) | Australia | 50.00% |
| CPW BRASIL LTDA. | GENERAL MILLS INTERNATIONAL LIMITED | Brazil | 50.00% |
| CPW ECUADOR | GENERAL MILLS INTERNATIONAL LIMITED | Ecuador | 50.00% |
| CPW HONG KONG LIMITED | GENERAL MILLS INTERNATIONAL LIMITED | Hong Kong | 50.00% |
| CPW OPERATIONS S.A.R.L. | GENERAL MILLS, INC. | Switzerland | 50.00% |

| Entity | Jurisdiction | Parent | % |
|---|---|---|---|
| CPW PARAGUAY S.R.L. | Paraguay | GENERAL MILLS INTERNATIONAL HOLDINGS, LLC | 50.00% |
| CPW PHILIPPINES, INC. | Philippines | GENERAL MILLS ASIA PTE. LTD. | 50.00% |
| CPW ROMANIA | Romania | GENERAL MILLS INTERNATIONAL LIMITED | 50.00% |
| CPW S.A. | Switzerland | GENERAL MILLS, INC. | 50.00% |
| CPW SINGAPORE (PTE.) LTD. | Singapore | GENERAL MILLS ASIA PTE. LTD. | 50.00% |
| CPW TRINIDAD AND TOBAGO, LTD. | Trinidad and Tobago | GENERAL MILLS INTERNATIONAL LIMITED | 50.00% |
| CPW URUGUAY S.A. | Uruguay | GENERAL MILLS INTERNATIONAL HOLDINGS, LLC | 50.00% |
| GENERAL MILLS ARGENTINA L.S., LLC | United States | GENERAL MILLS CANADA CORPORATION | 100.00% |
| GENERAL MILLS CEREALS PROPERTIES, LLC | United States | GENERAL MILLS CEREALS, LLC | 100.00% |
| GENERAL MILLS CEREALS, LLC | United States | GM CEREALS OPERATIONS, INC. | 100.00% |
| GENERAL MILLS DL GP | United States | GENERAL MILLS INTERNATIONAL FINANCE, LLC | 50.00% |
| | | GENERAL MILLS LUXEMBOURG S.A.R.L. | 50.00% |
| GENERAL MILLS FOODS ASIA LIMITED | Hong Kong | GENERAL MILLS MAURITIUS, INC. | 70.00% |
| GENERAL MILLS GLOBAL HOLDINGS ONE GP. | Bermuda | GENERAL MILLS MAARSSEN HOLDING, INC. | 0.10% |
| | | GENERAL MILLS MAARSSEN B.V. | 99.90% |
| GENERAL MILLS GLOBAL HOLDINGS TWO GP. | Bermuda | GENERAL MILLS GLOBAL HOLDINGS ONE GP. | 90.00% |
| | | GENERAL MILLS PRODUCTS CORP. | 10.00% |
| GENERAL MILLS HH LLC | United States | GENERAL MILLS SWISS ONE GmbH | 100.00% |
| GENERAL MILLS INTERNATIONAL FINANCE, LLC | United States | GENERAL MILLS CANADA CORPORATION | 100.00% |
| GENERAL MILLS INTERNATIONAL HOLDINGS, LLC | United States | GENERAL MILLS INTERNATIONAL BUSINESSES, INC. | 100.00% |
| GENERAL MILLS IP HOLDINGS I, LLC | United States | GENERAL MILLS CEREALS, LLC | 100.00% |
| GENERAL MILLS IP HOLDINGS II, LLC | United States | GENERAL MILLS CEREALS, LLC | 100.00% |
| GENERAL MILLS ISRAEL LTD | Israel | GENERAL MILLS INTERNATIONAL BUSINESSES TWO, INC. | 60.00% |
| GENERAL MILLS LEBANON S.A.L. | Lebanon | GENERAL MILLS INTERNATIONAL BUSINESSES TWO, INC. | 76.00% |
| GENERAL MILLS MANAGEMENT ONE LLC | United States | GENERAL MILLS MAARSSEN B.V. | 100.00% |

| Name | Country | Parent | Percentage |
|---|---|---|---|
| GLOBAL HOLDINGS ONE MANAGEMENT LLC | United States | GENERAL MILLS MAARSSEN B.V. | 100.00% |
| HAAGEN-DAZS JAPAN, INC. | Japan | GENERAL MILLS HD JAPAN B.V. | 50.00% |
| HAAGEN-DAZS KOREA CO., LTD. | Korea, Republic of | GENERAL MILLS ASIA PTE. LTD. | 50.00% |
| HD DISTRIBUTORS (THAILAND) CO., LTD. | Thailand | GENERAL MILLS INTERNATIONAL HOLDINGS, LLC | 51.00% |
| KAMPOS ESTIASI S.A. | Greece | KIFISSIA PASTRIES S.A. | 69.00% |
| MESI FUEL STATION NO. 1, L.L.C. | United States | RDL COAL LLC | 49.00% |
| NORTHGATE PARTNERS L.L.C. | United States | GENERAL MILLS OPERATIONS, INC. | 50.00% |
| PINEDALE HOLDINGS PTE LIMITED | Singapore | GENERAL MILLS ASIA PTE. LTD. | 51.00% |
| PT CEREAL PARTNERS INDONESIA | Indonesia | GENERAL MILLS ASIA PTE. LTD. | 50.00% |
| SERETRAM (SAS) | France | GREEN GIANT INTERNATIONAL, INC. | 50.00% |
| SWEETGRASS GRAIN PARTNERSHIP | United States | GENERAL MILLS SALES, INC. | 50.00% |
|  |  | GENERAL MILLS OPERATIONS, INC. | 50.00% |

| Other information |
|---|
| 50/50 JV with E. I. DuPont Nemours and Company |
| 50/50 JV with Nestle Hellas S.A. |
| 50/50 JV with Nestle Austria Holding GMBH |
| 50/50 JV with Austrian Nestle GmbH |
| 50/50 JV with Nestle Deutschland AG |
| 50/50 JV with Nestle Deutschland AG |
| 50/50 JV with Nescalin SA de CV |
| 50/50 JV with Nestle Portugal S.A. |
| 50/50 JV with Nestle S.A. |
| 51/49 JV with Nestle Foods (Thailand) Ltd, Nestle Manufacturing (Thailand) Ltd and Nestle Milks (Thailand) Ltd |
| 50/50 JV with Nestle Australia Limited |
| 50/50 JV with Nestle Slovensko s.r.o. |
| 50/50 JV with Nestle Espana S.A. |
| 50/50 JV with Nestle France SAS |

50/50 JV with Enterprises Maggi SA

50/50 JV with Nestle Hungaria Kft

JV with Enterprise Maggi S.A. (49%) and Nestle Unternchmungen Deutschland GMBH (1%)

50/50 JV with Nescalin SA de CV

50/50 JV with Nestle SA

50/50 JV with Nestle Food sro

JV with Nestle SA (49%) and Nestle Food LLC (1%)

50/50 JV with Nestle UK Ltd

50/50 JV with Nestle Venezuela S.A.

50/50 JV with Nestle Bolivia S.R.L.

50/50 JV with Nestle Chile S.A.

50/50 JV with Nestle Peru S.A.

50/50 JV with Nestle De Columbia S.A.

50/50 JV with Nestle S.A.

50/50 JV with Nestle Suisse S.A.

50/50 JV with Nestle Australia Ltd.

50/50 JV with Nestle Brasil Ltda

50/50 JV with Nestle Ecuador S.A.

50/50 JV with Nestle Hong Kong Limited

50/50 JV with Nestle S.A.

- 50/50 JV with Nestle Paraguay S.A.
- 50/50 JV with Nestle SA
- 50/50 JV with Nestle Romania S.R.L.
- 50/50 JV with Nestle SA
- 50/50 JV with Nestle Singapore (Pte) Ltd
- 50/50 JV with Nestle SA
- 50/50 JV with Nestle Uruguay S.A.
- 70/30 JV with Sunmark Profts Limited
- 60/40 JV with Bodan Holdings Limited
- 76/24 JV with KMD Holding SAL

- 50% GMI, 40% Suntory Limited, 10% Takanashi Milk Products Company Limited
- 50/50 JV with Chong Keun Paik and Soon Seuk Paik.
- 51/49 JV with S & P Syndicate PLC
- 69/31 JV with Spanos Gerasimos and Zervas Anastasios
- 49/51 JV
- 50/50 JV with AgPro Grain Partnership
- 51/49 JV with Hotel Properties Limited
- 50/50 JV with Nestle SA
- 50/50 JV with Coop de Pau

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing General Mills Inc.'s Local Civil Rule 7.1 Financial Disclosure to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW – Suite 1200
Washington, DC  20005
E-Mail: elocke@kirkland.com


and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street – Suite 600
Alexandria, VA  22314
E-Mail: craig.reilly @rmrwlaw.com


*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW – Suite 400
Washington, DC  20007
E-Mail: jwilson@kelleydrye.com


*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
E-Mail: Lauren.wetzler@usdoj.gov


*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, N.W. Suite 800
Washington, D.C. 20005
E-Mail: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
E-Mail: randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd. Suite 100 East
Falls Church, VA 22042
E-Mail: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
E-Mail: Rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

By: _____/s/_____
Jackson D. Toof
VA Bar # 48842
Arent Fox L.L.P.
**Counsel for Minnesota** *Amici*

1050 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202.857.6130
Fax:    202.857.6395
toof.jackson@arentfox.com

**Of Counsel for Minnesota** *Amici:*

David P. Swenson
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Phone: 612.349.8517
Fax:    612.339-4181
dpswenson@rkmc.com