IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:07cv846 (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:07cv1008 (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DONALDSON COMPANY, INC.'S LOCAL
CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

Donaldson Company, Inc. is appearing for the first time in the above-captioned litigation by moving for leave to participate as an *amicus curiae* along with four other companies referred to as the Minnesota *Amici*. Donaldson is a Delaware corporation. It has no parent corporation. No publicly held corporation owns ten percent (10%) or more of Donaldson's stock.

Date:   December 21, 2007								Respectfully submitted,

_____/s/_____
Jackson D. Toof
VA Bar # 48842
Arent Fox L.L.P.
**Counsel for Minnesota *Amici***

1050 Connecticut Avenue, N.W.
Washington, DC  20036
Phone: (202) 857-6130
Fax:     (202) 857-6395
toof.jackson@arentfox.com


**Of Counsel for Minnesota *Amici*:**

David P. Swenson
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone: (612) 349-8517
Fax:     (612) 339-4181
dpswenson@rkmc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing Donaldson Company Inc.'s Local Civil Rule 7.1 Financial Disclosure to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

    Elizabeth M. Locke
    Kirkland & Ellis LLP
    655 15th Street, NW – Suite 1200
    Washington, DC  20005
    E-Mail:  elocke@kirkland.com

    and

    Craig C. Reilly
    Richard McGettigan Reilly & West PC
    1725 Duke Street – Suite 600
    Alexandria, VA  22314
    E-Mail:  craig.reilly @rmrwlaw.com

    *Counsel for GSK Plaintiffs*


    Joseph Dale Wilson, III
    Kelley Drye & Warren LLP
    Washington Harbour
    3050 K Street NW – Suite 400
    Washington, DC  20007
    E-Mail:  jwilson@kelleydrye.com

    *Counsel for Plaintiff Tafas*


    Lauren A. Wetzler
    United States Attorney's Office
    2100 Jamison Ave.
    Alexandria, VA  22314
    E-Mail: Lauren.wetzler@usdoj.gov

    *Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail:  to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*


Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, N.W. Suite 800
Washington, D.C. 20005
E-Mail:  dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*


James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail:  james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*


Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
E-Mail:  randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*


Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd. Suite 100 East
Falls Church, VA 22042
E-Mail:  cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
E-Mail:  Rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*


By:_____/s/_____
Jackson D. Toof
VA Bar # 48842
Arent Fox L.L.P.
**Counsel for Minnesota** *Amici*

1050 Connecticut Avenue, NW
Washington, DC  20036
Phone:  202.857.6130
Fax:      202.857.6395
toof.jackson@arentfox.com


**Of Counsel for Minnesota** *Amici:*

David P. Swenson
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone:  612.349.8517
Fax:      612.339.4181
dpswenson@rkmc.com