IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JON W. DUDAS, et al. )<br>)<br>Defendants. )<br>) | 1:07cv846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al.)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JON W. DUDAS, et al. )<br>)<br>Defendants. )<br>) | 1:07cv1008 (JCC/TRJ) |

**ECOLAB INC.'S LOCAL CIVL
RULE 7.1 FINANCIAL DISCLOSURE**

Ecolab Inc. is appearing for the first time in the above-captioned litigation by moving for leave to participate as an *amicus curiae* along with four other companies referred to as the Minnesota *Amici*. Pursuant to Local Civil Rule 7.1, Ecolab hereby states that it is a Delaware corporation. Ecolab has no parent corporation. The following publicly held corporations own ten percent (10%) or more of Ecolab's stock: Henkel KGaA, Henkelstrasse 67, Postfach 1100, 40191 Dusseldorf 13 Germany; and, HC Investments Inc., 1105 North Market Street, Suite 1300, Wilmington, Delaware, U.S.A. 19899.

Date:   December 21, 2007						Respectfully submitted,

						_____/s/_____
						Jackson D. Toof
						VA Bar # 48842
						Arent Fox L.L.P.
						**Counsel for Minnesota *Amici***

						1050 Connecticut Avenue, N.W.
						Washington, DC  20036
						Phone: (202) 857-6130
						Fax:    (202) 857-6395
						toof.jackson@arentfox.com


						**Of Counsel for Minnesota *Amici*:**

						David P. Swenson
						Robins, Kaplan, Miller & Ciresi L.L.P.
						2800 LaSalle Plaza
						800 LaSalle Avenue
						Minneapolis, MN  55402-2015
						Phone: (612) 349-8517
						Fax:    (612) 339-4181
						dpswenson@rkmc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing Ecolab Inc.'s Local Civil Rule 7.1 Financial Disclosure to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW – Suite 1200
Washington, DC  20005
E-Mail:  elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street – Suite 600
Alexandria, VA  22314
E-Mail:  craig.reilly @rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW – Suite 400
Washington, DC  20007
E-Mail:  jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA  22314
E-Mail: Lauren.wetzler@usdoj.gov

*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: to'obrien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*


Dawn-Marie Bey
Kilpatrick Stockton, LLP
700 13th Street, N.W. Suite 800
Washington, D.C. 20005
E-Mail: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*


James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004
E-Mail: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*


Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
E-Mail: randall_miller@aporter.com

*Counsel for Amici BIO and Monsanto Company*


Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Rd. Suite 100 East
Falls Church, VA 22042
E-Mail: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Rebecca M. Carr
Pillsbury Winthrop
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037
E-Mail:  Rebecca.carr@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*


By:_____/s/_____
Jackson D. Toof
VA Bar # 48842
Arent Fox L.L.P.
**Counsel for Minnesota** *Amici*

1050 Connecticut Avenue, NW
Washington, DC  20036
Phone:  202.857.6130
Fax:     202.857.6395
toof.jackson@arentfox.com


**Of Counsel for Minnesota** *Amici:*

David P. Swenson
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Phone:  612.349.8517
Fax:     612.339-4181
dpswenson@rkmc.com

5