## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | 1:07cv846 (JCC/TRJ) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

### CONSOLIDATED WITH

|  |  |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | 1:07cv1008 (JCC/TRJ) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION OF *AMICUS CURIAE* WASHINGTON LEGAL FOUNDATION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF GSK'S ANTICIPATED MOTION FOR SUMMARY JUDGMENT**

Washington Legal Foundation ("WLF"), by the undersigned counsel, moves for

leave to file its brief as *amicus curiae* in support of the anticipated Motion of SmithKline

Beecham Corporation, SmithKline Beecham PLC and Glaxo Group Limited (collectively, "GSK") for Summary Judgment.

The Washington Legal Foundation is a non-profit public interest law and policy center with supporters in all 50 states. WLF devotes a substantial portion of its resources to defending free-enterprise, individual rights, and a limited and accountable government. In particular, WLF has frequently appeared in federal and state courts to protect property rights, including intellectual property rights, against intrusion by governments and third parties. *See, e.g., Ferring v. Barr Laboratories*, 437 F.3d 1181 (Fed. Cir.), *cert. denied*, 127 S. Ct. 515 (2006); *Brown v. Legal Found. of Washington*, 538 U.S. 216 (2003); *Phillips v. Washington Legal Found.*, 524 U.S. 156 (1998).

On December 19, 2007, this Court entered an order granting motions of five parties to file briefs as *amici curiae* in support of plaintiffs' anticipated motions for summary judgment. The Court further ordered that any briefs filed by *amici* shall be limited to 20 pages and shall be filed by December 27, 2007.

Counsel for Plaintiffs Tafas and SmithKline Beecham Corp. have consented to the filing of WLF's *amicus* brief. Counsel for Defendants Jon W. Dudas and the PTO take no position on the filing of this *amicus* brief.

WLF would file its brief *amicus curiae* on or before December 27, 2007, the date established in the Court's Order of December 19, 2007, as the date by which such briefs must be filed. A proposed order is attached.

Dated: December 21, 2007

Respectfully submitted,

By:

_____/s/ Kevin Henry_____
Alan Charles Raul
David L. Fitzgerald
Kevin M. Henry (45458)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736- 8000
khenry@sidley.com

Daniel J. Popeo
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302

*Attorneys for Amicus Curiae Washington Legal Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRL) the foregoing Motion of *Amicus Curiae* Washington Legal Foundation for Leave to File its Brief in Support of GSK's Motion for Summary Judgment using the CM/ECF system and that service was thereby accomplished on:

>Elizabeth M. Locke, Esq.
>KIRKLAND & ELLIS LLP
>655 15th Street, NW – Suite 1200
>Washington, DC 20005
>elocke@kirkland.com
>
>and
>
>Craig C. Reilly, Esq.
>RICHARD MCGETTIGAN REILLY & WEST PC
>1725 Duke Street, Suite 600
>Alexandria, VA 22314
>craig.reilly@rmrwlaw.com
>*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*
>
>and
>
>Laruen A. Wetzler, Esq.
>United States Attorney's Office
>2100 Jamison Ave.
>Alexandria, VA 22314
>lauren.wetzler@usdoj.gov
>*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on the 20th day of December 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

>Joseph Dale Wilson, III, Esq.
>KELLEY DRYE & WARREN LLP
>Washington Harbour
>3050 K Street NW, Suite 400
>Washington, DC 20007
>jwilson@kelleydrye.com
>*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

James Murphy Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com
*Counsel for Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Biotechnology Industry Organization and Monsanto Company*

Scott Jeffrey Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102
scott.pivnick@pillsburylaw.com
*Counsel for Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave, NW
Washington, DC 20004
to'brien@morganlewis.com
*Counsel for American Intellectual Property Law Association*

Dawn-Marie Bey
KING & SPALDING LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
dbey@kslaw.com
*Counsel for HEXAS, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc*

Charles Gorenstein
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
cg@bskb.com
*Counsel for William Mithchell College of Law, Intellectual Property Institute*

Robert Emmett Scully, Jr.
STITES & HARBISON, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com
*Counsel for Human Genome Sciences, Inc.*

Craig James Franco
ODIN FELDMAN & PITTLEMAN PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com
*Counsel for Polestar Capital Associates, LLC and Norseman Group, LLC*

Matthew Christian Schruers
Computer & Communications Industry Association
900 17th Street, NW, Suite 1100
Washington, DC 20006
MSchruers@ccianet.org
*Counsel for Public Patent Foundation; Computer and Communications Industry Association; AARP; Consumer Federation of America; Essential Action; Foundation for Taxpayer and Consumer Rights; Initiative for Medicines, Access and Knowledge; Knowledge Ecology International; Prescription Access Litigation; Public Knowledge; Research on Innovation; and Software Freedom Law Center*

Dated: December 21, 2007                    Respectfully submitted,


                                            By:


                                            ___/s/ Kevin Henry_____
                                            Alan Charles Raul
                                            David L. Fitzgerald
                                            Kevin M. Henry (45458)
                                            SIDLEY AUSTIN LLP
                                            1501 K Street, N.W.
                                            Washington, DC 20005
                                            (202) 736- 8000
                                            khenry@sidley.com

                                            Daniel J. Popeo
                                            Paul D. Kamenar
                                            Washington Legal Foundation
                                            2009 Massachusetts Ave., NW
                                            Washington, DC 20036
                                            (202) 588-0302

                                            *Attorneys for Amicus Curiae Washington Legal Foundation*