# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:07cv846 (JCC/TRJ) |
| | ) | |
| v. | ) | |
| | ) | |
| JON W. DUDAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

|  |  |  |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) ) ) | |
| | ) | 1:07cv1008 (JCC/TRJ) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JON W. DUDAS, et al., | ) | |
| | ) | |
| Defendants. | | |

## MEMORANDUM IN SUPPORT OF *AMICUS CURIAE* WASHINGTON LEGAL FOUNDATION'S MOTION FOR LEAVE TO FILE ITS BRIEF

It is within this Court's broad discretion to allow non-parties to participate as

*amicus curiae*. *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003). The Court may allow

an *amicus* brief when it is "timely and useful." *Waste Mgmt. of Pa. v. City of York*, 162 F.R.D.

Dockets.Justia.com

34, 36 (M.D. Pa. 1995). When the amicus has "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide" or can "offer insights not available from the parties," the amicus brief should be allowed. *Cobell*, 246 F. Supp. 2d at 62; *Citizens Against Casino Gambling in Erie County v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007).

WLF wishes to submit its *amicus* brief addressing the PTO's proposed rules, which significantly change the terms for applying and receiving a patent in the United States. The Washington Legal Foundation is a non-profit public interest law and policy center with supporters in all 50 states. WLF devotes a substantial portion of its resources to defending free-enterprise, individual rights, and a limited and accountable government. In particular, WLF has frequently appeared in federal and state courts to protect property rights, including intellectual property rights, against intrusion by governments and third parties. *See, e.g., Ferring v. Barr Laboratories*, 437 F.3d 1181 (Fed. Cir.), *cert. denied*, 127 S. Ct. 515 (2006); *Brown v. Legal Found. of Washington*, 538 U.S. 216 (2003); *Phillips v. Washington Legal Found.*, 524 U.S. 156 (1998).

WLF has developed a unique perspective on achieving and implementing the goals of protecting property rights that could be useful in assisting the Court in addressing relevant property rights issues. WLF would submit it brief in a timely manner as ordered by the Court in its Order of December 19, 2007. Accordingly, WLF respectfully submits that its motion for leave to file an *amicus* brief should be granted.

Dated:  December 21, 2007                    Respectfully submitted,


                                             By:


                                              /s/ Kevin Henry_____
                                             Alan Charles Raul
                                             David L. Fitzgerald
                                             Kevin M. Henry (45458)
                                             SIDLEY AUSTIN LLP
                                             1501 K Street, N.W.
                                             Washington, DC 20005
                                             (202) 736- 8000
                                             khenry@sidley.com

                                             Daniel J. Popeo
                                             Paul D. Kamenar
                                             Washington Legal Foundation
                                             2009 Massachusetts Ave., NW
                                             Washington, DC 20036
                                             (202) 588-0302

                                             *Attorneys for Amicus Curiae Washington Legal Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2007, I electronically filed in

Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRL) the foregoing Motion of *Amicus Curiae*

Washington Legal Foundation for Leave to File its Brief in Support of GSK's Motion for

Summary Judgment using the CM/ECF system and that service was thereby accomplished on:

> Elizabeth M. Locke, Esq.
> KIRKLAND & ELLIS LLP
> 655 15th Street, NW – Suite 1200
> Washington, DC 20005
> elocke@kirkland.com
>
> and
>
> Craig C. Reilly, Esq.
> RICHARD MCGETTIGAN REILLY & WEST PC
> 1725 Duke Street, Suite 600
> Alexandria, VA 22314
> craig.reilly@rmrwlaw.com
> *Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*
>
> and
>
> Laruen A. Wetzler, Esq.
> United States Attorney's Office
> 2100 Jamison Ave.
> Alexandria, VA 22314
> lauren.wetzler@usdoj.gov
> *Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and*
> *1:07cv846 (JCC/TRJ)*

I further certify that on the 20th day of December 2007, I caused a copy of the
foregoing to be served by U.S. Mail, postage prepaid, upon:

> Joseph Dale Wilson, III, Esq.
> KELLEY DRYE & WARREN LLP
> Washington Harbour
> 3050 K Street NW, Suite 400
> Washington, DC 20007
> jwilson@kelleydrye.com
> *Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

James Murphy Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com
*Counsel for Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Biotechnology Industry Organization and Monsanto Company*

Scott Jeffrey Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102
scott.pivnick@pillsburylaw.com
*Counsel for Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave, NW
Washington, DC 20004
to'brien@morganlewis.com
*Counsel for American Intellectual Property Law Association*

Dawn-Marie Bey
KING & SPALDING LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
dbey@kslaw.com
*Counsel for HEXAS, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc*

Charles Gorenstein
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
cg@bskb.com
*Counsel for William Mithchell College of Law, Intellectual Property Institute*

Robert Emmett Scully, Jr.
STITES & HARBISON, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com
*Counsel for Human Genome Sciences, Inc.*

Craig James Franco
ODIN FELDMAN & PITTLEMAN PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com
*Counsel for Polestar Capital Associates, LLC and Norseman Group, LLC*

Matthew Christian Schruers
Computer & Communications Industry Association
900 17th Street, NW, Suite 1100
Washington, DC 20006
MSchruers@ccianet.org
*Counsel for Public Patent Foundation; Computer and Communications Industry Association; AARP; Consumer Federation of America; Essential Action; Foundation for Taxpayer and Consumer Rights; Initiative for Medicines, Access and Knowledge; Knowledge Ecology International; Prescription Access Litigation; Public Knowledge; Research on Innovation; and Software Freedom Law Center*

Dated:  December 21, 2007                    Respectfully submitted,


                                             By:


                                              /s/ Kevin Henry                        
                                             Alan Charles Raul
                                             David L. Fitzgerald
                                             Kevin M. Henry (45458)
                                             SIDLEY AUSTIN LLP
                                             1501 K Street, N.W.
                                             Washington, DC 20005
                                             (202) 736- 8000
                                             khenry@sidley.com

                                             Daniel J. Popeo
                                             Paul D. Kamenar
                                             Washington Legal Foundation
                                             2009 Massachusetts Ave., NW
                                             Washington, DC 20036
                                             (202) 588-0302

                                             *Attorneys for Amicus Curiae Washington Legal Foundation*