## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, | ) |
| Plaintiff, | ) 1:07cv846 (JCC/TRJ) |
| v. | ) |
| JON W. DUDAS, et al., | ) |
| Defendants. | ) |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) 1:07cv1008 (JCC/TRJ) |
| Plaintiffs, | ) |
| v. | ) |
| JON W. DUDAS, et al., | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING MOTION OF *AMICUS CURIAE* WASHINGTON LEGAL FOUNDATION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF GSK'S MOTION FOR SUMMARY JUDGMENT

The Motion of *amicus curiae* Washington Legal Foundation for Leave to File its Brief in Support of GSK's Motion for Summary Judgment is hereby GRANTED. Washington Legal Foundation's brief shall be filed in accordance with the terms set forth in the Court's Order of December 19, 2007.

Dated: _____       _____
                                     James C. Cacheris
                                     UNITED STATES DISTRICT JUDGE