## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | 1:07cv846 (JCC/TRJ) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

### CONSOLIDATED WITH

|  |  |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | 1:07cv1008 (JCC/TRJ) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

### *AMICUS CURIAE* WASHINGTON LEGAL FOUNDATION'S
### LOCAL CIVIL RULE 7.1 STATEMENT

The Washington Legal Foundation has no information to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: December 21, 2007

Respectfully submitted,

By:

___/s/ Kevin Henry_____
Alan Charles Raul
David L. Fitzgerald
Kevin M. Henry (45458)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736- 8000
khenry@sidley.com

Daniel J. Popeo
Paul D. Kamenar
Washington Legal Foundation
2009 Massachusetts Ave., NW
Washington, DC 20036
(202) 588-0302

*Attorneys for Amicus Curiae Washington Legal Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2007, I electronically filed in Case Nos. 1:07cv1008 and 1:07cv846 (JCC/TRL) the foregoing Motion of *Amicus Curiae* Washington Legal Foundation for Leave to File its Brief in Support of GSK's Motion for Summary Judgment using the CM/ECF system and that service was thereby accomplished on:

>Elizabeth M. Locke, Esq.
>KIRKLAND & ELLIS LLP
>655 15th Street, NW – Suite 1200
>Washington, DC 20005
>elocke@kirkland.com

>and

>Craig C. Reilly, Esq.
>RICHARD MCGETTIGAN REILLY & WEST PC
>1725 Duke Street, Suite 600
>Alexandria, VA 22314
>craig.reilly@rmrwlaw.com
>*Attorneys for Plaintiffs in Civil Action No. 1:07cv1008 (JCC/TRJ)*

>and

>Laruen A. Wetzler, Esq.
>United States Attorney's Office
>2100 Jamison Ave.
>Alexandria, VA 22314
>lauren.wetzler@usdoj.gov
>*Attorney for Defendants in Civil Action Nos. 1:07cv1008 (JCC/TRJ) and 1:07cv846 (JCC/TRJ)*

I further certify that on the 20th day of December 2007, I caused a copy of the foregoing to be served by U.S. Mail, postage prepaid, upon:

>Joseph Dale Wilson, III, Esq.
>KELLEY DRYE & WARREN LLP
>Washington Harbour
>3050 K Street NW, Suite 400
>Washington, DC 20007
>jwilson@kelleydrye.com
>*Counsel for Plaintiff in Civil Action No. 1:07cv846 (JCC/TRJ)*

James Murphy Dowd
WILMER CUTLER PICKERING HALE & DORR LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
james.dowd@wilmerhale.com
*Counsel for Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
ARNOLD & PORTER LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
randall_miller@aporter.com
*Counsel for Biotechnology Industry Organization and Monsanto Company*

Scott Jeffrey Pivnick
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102
scott.pivnick@pillsburylaw.com
*Counsel for Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave, NW
Washington, DC 20004
to'brien@morganlewis.com
*Counsel for American Intellectual Property Law Association*

Dawn-Marie Bey
KING & SPALDING LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
dbey@kslaw.com
*Counsel for HEXAS, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc*

Charles Gorenstein
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
cg@bskb.com
*Counsel for William Mithchell College of Law, Intellectual Property Institute*

Robert Emmett Scully, Jr.
STITES & HARBISON, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com
*Counsel for Human Genome Sciences, Inc.*

Craig James Franco
ODIN FELDMAN & PITTLEMAN PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com
*Counsel for Polestar Capital Associates, LLC and Norseman Group, LLC*

Matthew Christian Schruers
Computer & Communications Industry Association
900 17th Street, NW, Suite 1100
Washington, DC 20006
MSchruers@ccianet.org
*Counsel for Public Patent Foundation; Computer and Communications Industry Association; AARP; Consumer Federation of America; Essential Action; Foundation for Taxpayer and Consumer Rights; Initiative for Medicines, Access and Knowledge; Knowledge Ecology International; Prescription Access Litigation; Public Knowledge; Research on Innovation; and Software Freedom Law Center*

Dated:  December 21, 2007                                   Respectfully submitted,


                                                            By:


                                                               ___/s/ Kevin Henry_____
                                                            Alan Charles Raul
                                                            David L. Fitzgerald
                                                            Kevin M. Henry (45458)
                                                            SIDLEY AUSTIN LLP
                                                            1501 K Street, N.W.
                                                            Washington, DC 20005
                                                            (202) 736- 8000
                                                            khenry@sidley.com

                                                            Daniel J. Popeo
                                                            Paul D. Kamenar
                                                            Washington Legal Foundation
                                                            2009 Massachusetts Ave., NW
                                                            Washington, DC 20036
                                                            (202) 588-0302

                                                            *Attorneys for Amicus Curiae Washington Legal Foundation*