IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE

BioAdvance, The Life Sciences Greenhouse of Central Pennsylvania, and the Pittsburgh Life Sciences Greenhouse (collectively, the "Pennsylvania Greenhouses"), are organizations funded in substantial part with monies received from the Commonwealth of Pennsylvania. Each Greenhouse's revenue sources include the Commonwealth of Pennsylvania using monies received in The Tobacco Settlement Act of 2001, as well as investment income. The Pennsylvania Greenhouses have no parent or subsidiary entities that have issued stock or

1

debt securities to the public, and no publicly held entity, corporate or otherwise, owns an equity state in any of the Pennsylvania Greenhouses, whether in the form of stock or debt securities.

A list of some of the companies funded by the Pennsylvania Greenhouses may be found at the following websites: www.bioadvance.com (BioAdvance, The Biotechnology Greenhouse of Southern Pennsylvania), www.lsgpa.com (Life Sciences Greenhouse of Central Pennsylvania), and www.pittsburghlifesciences.com (the Pittsburgh Life Sciences Greenhouse).

Respectfully submitted,

/s/_____
Robert C. Gill
VA Bar #26266
Counsel for *Amicus Curiae*
The Pennsylvania Greenhouses
SAUL EWING LLP
2600 Virginia Avenue, NW
Suite 1000 – The Watergate
Washington, DC  22137-1922
Telephone: (202) 295-6605
Facsimile: (202) 295-6705
RGill@Saul.com

*Of Counsel for* Amicus Curiae
*The Pennsylvania Greenhouses:*

Kurt L. Ehresman
PA Bar #77707
USPTO Reg. No. 50758
SAUL EWING LLP
Penn National Insurance Plaza
2 North Second Street, 7th Floor
Harrisburg, PA  17101-1619
Telephone: (717) 257-7572
Facsimile: (717) 237-7431
KEhresman@Saul.com

                                              Konstantina M. Katcheves  
                                              Admitted in MD  
                                              USPTO Reg. No. 54818  
                                              SAUL EWING LLP  
                                              Lockwood Place  
                                              500 E. Pratt St., 9th Floor  
                                              Baltimore, MD  21202-3100  
                                              Telephone: (410) 332.8685  
                                              Facsimile: (410) 332-8085  
                                              KKatcheves@Saul.com

                                              ATTORNEYS FOR *AMICUS CURIAE*  
                                              THE PENNSYLVANIA GREENHOUSES

December 21, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of December 2007, I caused a copy of the foregoing Local Civil Rule 7.1 Financial Disclosure to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, NW - Suite 1200
Washington, DC  20005
Email: elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street - Suite 600
Alexandria, VA  22314
Email: craig.reilly@rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street, NW - Suite 400
Washington, DC  20007
Email: jwilson@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Avenue
Alexandria, VA  22314
Email: lauren.wetzler@usdoj.gov

*Counsel for Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Email: to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street, NW - Suite 800
Washington, DC  20005

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue, NW
Washington, DC  20004
Email: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall K. Miller
Arnold & Porter LLP
1600 Tysons Boulevard - Suite 900
McLean, VA  22102
Email: Randall.Miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

                        Respectfully submitted,

                        /s/
                        Robert C. Gill
                        VA Bar #26266
                        Counsel for *Amicus Curiae*
                        The Pennsylvania Greenhouses
                        SAUL EWING LLP
                        2600 Virginia Avenue, NW
                        Suite 1000 – The Watergate
                        Washington, DC  22137-1922

Telephone: (202) 295-6605
Facsimile: (202) 295-6705
RGill@Saul.com