IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION OF *AMICUS CURIAE* THE PENNSYLVANIA GREENHOUSES FOR LEAVE TO FILE A BRIEF IN SUPPORT OF PLAINTIFFS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**

The Motion of *Amicus Curiae* The Pennsylvania Greenhouses for Leave to File a Brief in Support of Plaintiffs' Anticipated Motions for Summary Judgment is hereby GRANTED.

The Pennsylvania Greenhouses' *amicus* brief shall be due on December 27, 2007.

December ____, 2007
Alexandria, Virginia

James C. Cacheris
UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com