UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>            Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>            Defendants. | 1:07cv846 JCC/TRJ |
| SMITHKLINE BEECHAM CORPORATION, et al.),<br><br>            Plaintiff,<br><br>- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>            Defendants. | 1:07cv1008 (JCC/TRJ)<br>(consolidated)<br>Judge Cacheris |

**FINANCIAL DISCLOSURE OF NORSEMAN GROUP**

The Norseman Group is a Delaware LLC. Norseman has no affiliates that have issued securities to the public. Owners of at least 10% interest include Gordon Monsen of Riegelsville Pennsylvania, Scott Mannes of Basking Ridge, New Jersey, and Wacker Capital of Chicago, Illinois. There are a number of smaller investors, all of which are privately held.

Respectfully submitted,

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2007, I electronically filed in the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*