UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>　　　　　　　Defendants. | 1:07cv846 JCC/TRJ |
| SMITHKLINE BEECHAM CORPORATION, et al.),<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>JON. W. DUDAS, et al., et al.,<br><br>　　　　　　　Defendants. | 1:07cv1008 (JCC/TRJ)<br>(consolidated)<br>Judge Cacheris |

**FINANCIAL DISCLOSURE OF POLESTAR CAPITAL**

　　Polestar Capital Associates is a Delaware limited liability company.  Polestar has no affiliates that have issued securities to the public.  All interests are owned by Douglas Lowenstein and Leon Frenkel, both of New York, New York.

Respectfully submitted,

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2007, I electronically filed in the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*