IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:07cv846 (JCC) |
| JON W. DUDAS, et al., | ) ) ) | |
| Defendants. | ) ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al. | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | 1:07cv1008 (JCC) |
| JON W. DUDAS, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of Plaintiff GlaxoSmithKline's ("GSK") Unopposed Motion for an Extension of the Page Limit, it is hereby ORDERED that:

1) paragraph 1 of the Amended Order dated December 5, 2007 is hereby modified so as to permit Plaintiff GSK to file an initial summary judgment brief not to exceed forty-five (45) pages; and

2) the Clerk shall forward a copy of this Order to all

Counsel of Record.

December 21, 2007                        _____/s/_____
Alexandria, Virginia                              James C. Cacheris
                                         UNITED STATES DISTRICT COURT JUDGE