IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>Plaintiffs,<br><br>v.<br><br>JON W. DUDAS, et al.<br><br>Defendants. | 1:07cv846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JON W. DUDAS, et al.<br><br>Defendants. | 1:07cv1008 (JCC/TRJ) |

### PROPOSED ORDER ON MOTION OF MINNESOTA *AMICI* FOR LEAVE TO FILE A BRIEF IN SUPPORT OF PLAINTIFFS' ANTICIPATED SUMMARY JUDGMENT MOTIONS

The motion of The Valspar Corporation, General Mills, Inc., Donaldson Company, Inc., Ecolab Inc., and Anchor Wall Systems, Inc. ("Minnesota *Amici*") for leave to file a brief in support of Plaintiffs' summary judgment motions is hereby GRANTED. The brief of the Minnesota *Amici* shall be due on December 27, 2007, along with the other *amicus curiae* briefs, pursuant to the Court's order of December 18, 2007.

DATED: December 26, 2007

/s/
James C. Cacheris
~~United States District Judge~~
JAMES C. CACHERIS,
United States District Judge