# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

TRIANTAFYLLOS TAFAS,
          Plaintiff,

          v.

JON W. DUDAS, et al.,
          Defendants.

Civil Action No. 1:07cv846(L) (JCC/TRJ)

CONSOLIDATED WITH

SMITHKLINE BEECHAM
CORPORATION, et al.,
          Plaintiffs,

          v.

JON W. DUDAS, et al.,
          Defendants.

Civil Action No. 1:07cv1008 (JCC/TRJ)

### APPEARANCE

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for *amicus curiae* Intellectual Property Owners Association.

      I certify that I was admitted to practice in this court on July 8, 2005.

Dated: December 26, 2007

          */s/*
          Blair Elizabeth Taylor (VA Bar 47906)
          Covington & Burling LLP
          1201 Pennsylvania Ave.  NW
          Washington, DC 20004
          Tel.: (202) 662-5669
          Fax: (202) 778-5669
          Email: BTaylor@cov.com

          Attorney for *amicus curiae* Intellectual Property Owners Association

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December 2007, the foregoing Appearance form was filed electronically using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

Joseph D. Wilson
Kelley Drye & Warren LLP
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna E. Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007

*Attorneys for Plaintiff in C.A. No. 1:07cv846*

Craig C. Reilly Esq.
Richard McGettigan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrlaw.com

Daniel S. Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

*Attorneys for Plaintiffs in C.A. No. 1:07cv1008*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
Email: Lauren.wetzler@usdoj.gov

*Attorney for Defendants in C.A. Nos. 1:07cv846 and 1:07cv1008*

James M. Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Attorney for Interested Party Pharmaceutical Research and Manufacturers of America*

Randall K. Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA  22102
Email: randall_miller@aporter.com

*Attorney for Interested Party Biotechnology Industry Organization, Monsanto Company*

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
Suite 1400
McLean, VA 22102
Email: scott.pivnick@pillsburylaw.com

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
Email: Rebecca.carr@pillsburylaw.com

*Attorneys for Interested Party Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
Morgan, Lewis, & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Attorney for Interested Party American Intellectual Property Law Association*

Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006

Email: dbey@kslaw.com

*Attorney for Interested Party HEXAS, LLC; Roskamp Institute, The; Tikvah Therapeutics, Inc.*


Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040
Email: cg@bskb.com

*Attorney for Interested Party Intellectual Property Institute of William Mitchell College of Law*

/s/ _____
Blair Elizabeth Taylor (VA Bar 47906)
Covington & Burling LLP
1201 Pennsylvania Ave.  NW
Washington, DC 20004
Tel.: (202) 662-5669
Fax: (202) 778-5669
Email: BTaylor@cov.com

Attorney for *amicus curiae* Intellectual Property
Owners Association