# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>        Plaintiff,<br><br>        v.<br><br>JON W. DUDAS, et al.,<br>        Defendants. | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br>        Plaintiffs,<br><br>        v.<br><br>JON W. DUDAS, et al.,<br>        Defendants. | Civil Action No. 1:07cv1008 (JCC/TRJ) |

**ORDER ON MOTION FOR LEAVE OF *AMICUS CURIAE*
INTELLECTUAL PROPERTY OWNERS ASSOCIATION
TO FILE A BRIEF ON THE ISSUE OF ADOPTION OF FINAL RULE 1.78(f)(2)**

The Motion of *amicus curiae* Intellectual Property Owners Association ("IPO") for Leave to File a Brief On The Issue Of Adoption Of Final Rule 1.78(f)(2) is hereby GRANTED. IPO's brief, in accordance with the briefing schedule set by the proceedings in this matter, is deemed to have been filed as of the date of the filing of the Motion for Leave without need to refile.

DATED: _____        _____
                                                                         James C. Cacheris
                                                                         UNITED STATES DISTRICT JUDGE