UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>                Plaintiff,<br><br>   - against -<br><br>JON. W. DUDAS, et al.,<br><br>                Defendants. | 1:07cv846 JCC/TRJ<br>Judge Cacheris |
| SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>                Plaintiff,<br><br>   - against -<br><br>JON W. DUDAS, et al.,<br><br>                Defendants. | 1:07cv1008 (JCC/TRJ)<br>Judge Cacheris |

**Exhibit 1**

**AFFIDAVIT OF OLEG MESTECHKIN**

I affirm, under penalty of perjury, as follows:

       1.       Exhibit 2 is a true and accurate copy of "Patent Related Notices" page from uspto.gov as of Jan 25, 2006, as retrieved from http://web.archive.org/web/20060204053844/www.uspto.gov/web/offices/pac/dapp/ogsheet.html.

-1-                            AFFIDAVIT OF OLEG MESTECHKIN

Dockets.Justia.com

2. Exhibit 3 is a true and accurate copy of the page "Proposed Rule Changes to Focus the Patent Process in the 21st Century" from uspto.gov as of May 11, 2006, retrieved from http://web.archive.org/web/20060427235644/www.uspto.gov/web/offices/pac/dapp/opla/presentation/focuspp.html

3. Exhibit 4 is a true and accurate copy of a letter from Dean Alderucci to the PTO during the Notice and Comment period, retrieved from http://www.uspto.gov/web/offices/pac/dapp/opla/comments/fpp_continuation/alderucci.pdf .

4. Exhibit 5 is a true and accurate copy of a letter whose original is in my files.

5. Exhibit 6 is a true and accurate copy of a letter whose original is in my files.

6. Exhibit 7 is a true and accurate copy of a letter whose original is in my files.

7. Exhibit 9 is a true and accurate copy of a presentation made to the Office of Information and Regulatory Affairs of the Office of Management and Budget on June 15, 2007, as downloaded from the OMB's own web site, http://www.whitehouse.gov/omb/oira/0651/meetings/619.html. I assisted in preparing 10 binders with these materials to be provided to the meeting attendees.

8. Exhibit 17 is a true and accurate copy a news article retrieved from the BNA website.

9. Exhibit 20 is a true copy of a notice and comment letter purporting to be from Heritage Woods, Inc., as downloaded from the PTO's own web site, http://www.uspto.gov/web/offices/pac/dapp/opla/comments/fpp_continuation/heritagewoods_con.pdf .

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed as of the date indicated below in New York, New York.

/Oleg Mestechkin/