# Exhibit 2

"Patent Related Notices" page from uspto.gov as of Jan 25, 2006, retrieved from
http://web.archive.org/web/20060204053844/www.uspto.gov/web/offices/pac/dapp/ogsheet.html



**United States Patent and Trademark Office**

**PATENTS**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Patents** > **Office of the Deputy Commissioner for Patent Examination Policy** > **Office of Patent Legal Administration** > **Recent Patent-Related Notices**

| TITLE* <br> * active hyperlinks in this column retrieve USPTO documents posted prior to publication in the OG or Fed. Reg. | OG CITE | OG DATE | FR CITE | FR DATE |
|---|---|---|---|---|
| **Electronic Processing of Information Disclosure Statement [signed 24Jan2006]** [PDF] | | | | |
| **Extension of the Pilot Pre-Appeal Brief Conference Program[signed 10Jan2006]** [PDF] | | | | |
| Changes to Practice for the Examination of Claims in Patent Applications, Notice of proposed rule making (03Jan2006) | | | **71 Fed. Reg. 61** [PDF] | 03JAN2006 |
| Changes to Practice for Continuing Applications, Requests for Continued Examination Practice, and Applications Containing Patentably Indistinct Claims, Notice of proposed rule making (03Jan2006) | | | **71 Fed. Reg. 48** [PDF] | 03JAN2006 |
| Korean Intellectual Property Office to Act as International Searching Authority and International Preliminary Examining Authority | **1302 OG 1278** | 17JAN2006 | | |

P000001

| | | | | |
|---|---|---|---|---|
| for International Applications Received by the USPTO (signed 22Dec2005)(includes text of signed agreement) | | | | |
| **United States Postal Service Interruption and Emergency under 35 U.S.C. 21(a) (signed 02Nov2005)** [PDF] | | | | |
| Interim Guidelines for Examination of Patent Applications for Patent Subject Matter Eligibility (signed 26Oct2005) | **1300 OG 142** | 22NOV2005 | | |
| Executive Summary --- Search Template Project (signed 26Oct2005) | **1300 OG 141** | 22NOV2005 | | |
| Revised Procedure for Preliminary Amendments Presented on Filing of a Patent Application (signed 11Oct2005) | **1300 OG 69** | 08NOV2005 | | |
| United States Postal Service Interruption and Emergency under 35 U.S.C. 21(a) (signed 27Sep2005) | **1299 OG 152** | 25OCT2005 | | |
| Provisions for Claiming the Benefit of a Provisional Application With a Non-English Specification and Other Miscellaneous Matters, Final rule (26Sep2005) | **1299 OG 142** | 25OCT2005 | **70 Fed. Reg. 56119** [PDF] | 26SEP2005 |

P000002