# Exhibit 8

## Full CD-ROM produced by PTO in reply to FOIA Request (Exhibit 7)(June 12, 2007)

A representative, although not exhaustive, list of the Contents, include:

- U.S. Patent and Trademark Office, 2008 President's Budget; Email for Joyce Rensch; Information Collection Request to OMB (December 22, 2005) with appendices A-D; To Promote the Progress of … Useful Arts" In an Age of Exploding Technology, Report of the President's Commission on the Patent System (1966) (essentially a duplicate of A04786-4984)

- National Academy of Public Administration, "U.S. Patent and Trademark Office, Transforming to Meet the Challenges of the 21st Century" (August 2005)

- Federal Trade Commission, "To Promote Innovation: The Proper Balance of Competition and Intellectual Property Law and Policy" (2003)

- "Classification and Performance Management Record" and similar blank forms relating to examiner performance evaluation