# Exhibit 9

**Presentation to Office of Management and Budget by parties including Polestar
(June 15, 2007)**

**Part 4: Attachment N (continued) (P000375-418)**

Dockets.Justia.com

| Goal 1: Resource requirements for improving quality of patent products and services and optimizing patent processing time | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dollars in thousands | 2005 Actual | 2006 Enacted | 2007 Budget | 2008 Est | 2009 Est | 2010 Est | 2011 Est |
| Initial Examination | $30,674 | $31,269 | $34,000 | $35,246 | $37,259 | $39,665 | $40,742 |
| Examination | $569,497 | $651,849 | $758,724 | $881,602 | $983,911 | $1,076,924 | $1,155,242 |
| Scientific, Technical and Classification Services | $41,908 | $43,432 | $45,418 | $49,025 | $52,325 | $56,186 | $59,474 |
| Pre-Grant Publication and Patent Issuance | $98,434 | $101,062 | $102,189 | $101,178 | $109,276 | $121,179 | $133,948 |
| Appeals and Interferences | $13,683 | $15,389 | $16,418 | $16,721 | $17,033 | $17,883 | $18,235 |
| **SUBTOTAL EXAMINATION** | **$754,196** | **$843,001** | **$956,749** | **$1,083,772** | **$1,199,804** | **$1,311,837** | **$1,407,641** |
| Management, Policy and Administrative Support | $32,241 | $31,583 | $35,577 | $38,115 | $39,827 | $41,458 | $43,572 |
| Automation Support | $39,483 | $39,706 | $40,334 | $39,620 | $38,141 | $38,395 | $38,727 |
| Strategic Initiatives | $8,186 | $36,897 | $46,245 | $55,581 | $90,103 | $185,963 | $302,032 |
| **SUBTOTAL DIRECT SUPPORT** | **$79,910** | **$108,186** | **$122,156** | **$133,316** | **$168,071** | **$265,816** | **$384,331** |
| Other Contributing Resources (Indirect Costs for Support Functions) | $379,056 | $383,937 | $393,574 | $386,261 | $389,771 | $397,730 | $406,156 |
| **TOTAL FOR GOAL 1** | **$1,213,162** | **$1,335,124** | **$1,472,479** | **$1,603,349** | **$1,757,646** | **$1,975,383** | **$2,198,128** |
| Allowance Error Rate | 4.6% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| In-Process Examination Compliance Rate | 86.2% | 86.0% | 88.0% | 89.0% | 90.0% | 91.0% | 92.0% |
| UPR Applications Filed | 384,228 | 414,900 | 444,000 | 475,100 | 508,400 | 543,900 | 582,000 |
| UPR Applications Filed Percent Change Over Previous Fiscal Year | 8.1% | 8.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| UPR Units of Production | 288,315 | 311,900 | 343,900 | 372,900 | 414,400 | 458,700 | 509,400 |
| Average First Action Pendency (Months) | 21.1 | 22.0 | 23.0 | 23.7 | 23.9 | 23.8 | 23.5 |
| Average Total Pendency (Months) | 29.1 | 31.3 | 32.0 | 33.0 | 33.7 | 33.9 | 33.8 |

P000375

## Strategic Initiatives Under Goal 1

### Agility/ Flexibility 1 — Initial and Pre-Grant Classification of Newly Received Applications

Newly received patent applications are classified for routing to the correct Technology Center and examining unit and those applications that are published at 18 months from filing are subject to Pre-Grant classification. Currently, classifiers in pre-examination, patent examiners, and SPEs perform this function. The USPTO expects to begin the process of relying on commercial entities for these classification functions during fiscal year 2006, and will gradually expand to full implementation by the end of fiscal year 2007. This initiative will redirect the time patent examiners now spend on classification to core examination activities. Similarly, SPEs' time will be redirected to focusing on the quality of examiner work products and on training and mentoring examiners.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $14,000 | $14,100 | $14,500 | $15,300 | $16,100 |

### Agility/ Flexibility 2 — Support for Patent Cooperation Treaty (PCT) Search Activity

The USPTO receives international applications that require the performance of an international search to discover relevant prior art in Chapter I applications. As an International Searching Authority under the PCT, the USPTO is obligated to perform this search function. The USPTO plans to competitively source this search function, which will allow the USPTO to redirect patent examiner resources back to the examination of U.S. applications. Pursuant to the funding provisions of the Consolidated Appropriations Act, 2005 (P.L.108-447), the planning process began in fiscal year 2005 and resulted in a contract award during the fourth quarter of fiscal year 2005 to initiate a pilot program. During fiscal year 2006 the USPTO will conduct evaluations to assess whether the pilot should continue. The USPTO will evaluate the results of the pilot and report to the Congress. Assuming a successful pilot, the Competitive Sourcing of Search Function initiative would begin to be implemented (see below). Also, during fiscal year 2006 the USPTO entered into a Memorandum of Understanding with IP Australia to perform search and examination work on PCT applications. Additionally, future options may include enlisting support from other IP offices to enhance capacity for completing PCT search functions. The funding identified below will be used for system modifications, to explore alternative options with other IP offices, and to competitively source the PCT Chapter I search activity.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $14,487 | $17,163 | $29,144 | $30,330 | $31,586 |

### Agility/ Competitive Sourcing of Search Function

The Support for PCT Search Activity initiative will serve as the pilot for competitively sourcing the search of national cases. Given the large numbers of patent applications in or awaiting examination, the USPTO plans to competitively source the searches of prior art. This will generate substantial gains in examiner resources by focusing examiners on making patentability determinations rather than spending substantial amounts of time on searching. The USPTO will pilot sourcing the search function through the PCT Search Activity above. The UPSPTO will conduct an evaluation of pilot competitive search results before full implementation of the concept throughout the patent corps. The USPTO will monitor contractor performance to ensure that these searches (of available prior art relating to the subject matter of inventions claimed in patent applications) meet or exceed established search standards for patentability determinations.

The funding requested below is based on beginning full implementation of the competitive sourcing of search in fiscal year 2009. Based on the provisions of the Consolidated Appropriations Act, 2005 (P.L.108-447), the USPTO began a search pilot in late fiscal year 2005 (see Agility/Flexibility 2 above).

P000376

The USPTO plans to conduct an evaluation of the pilot and report its findings, and begin full implementation in fiscal year 2009.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $0 | $0 | $20,172 | $112,897 | $225,831 |

## Agility/Flexibility 3 — Competitive Sourcing of Reclassification Functions and Transition to International Patent Classification System

Over time, the file of issued patents and non-patent literature that patent examiners must search expands significantly. As the numbers of patent documents in each class and sub-class increases, and as new technologies come to the forefront, the classification mechanisms become less focused and new classification schemes must be established. Currently, Federal staff is devoted to carrying out these activities. By second quarter fiscal year 2006, a Request for Proposal will be issued for reclassification functions. Additionally, the USPTO will consider entering into agreements with other IP office to increase the capacity to perform reclassification functions. Reclassification of existing classification schemes serve to improve quality of examination by updating the existing schedules to reflect emerging technology and growth, as well as harmonize with the international system. The funding identified below will be used to continue the process of competitive sourcing of reclassification functions in fiscal year 2007 along with exploring alternative options with other IP offices.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $3,000 | $4,000 | $4,500 | $5,000 | $5,500 |

## Capability/Transformation 2 — Competitive Compensation Packages for Supervisory Patent Examiners and Managers

The USPTO will create a competitive compensation package for SPEs and other managers to encourage the best candidates to seek supervisory positions and simultaneously reward high-performing incumbent SPEs. The ability of SPEs to train and mentor employees, while demonstrating excellent interpersonal skills and competent knowledge of their art, patent laws and procedures, is fundamental to achieving the desired level of quality and productivity in the examining corps. The funding identified below will be used to implement a performance-based awards package of up to 10 percent for SPEs and other managers providing them the potential to be rewarded at the same levels as examiners.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 20010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $3,472 | $4,477 | $4,824 | $5,163 | $5,447 |

## Capability/Transformation 7 — Implementation of Pre-Employment Testing for Patent Examiners

One of the most essential competencies of a successful patent examiner is the ability to communicate effectively, both orally and in writing. In the past the USPTO has received negative feedback from our customers regarding the communication skills of some of its examiners. In response, in fiscal year 2002, the USPTO launched an interim program for pre-employment testing of oral and written communication skills of applicants for patent examiner positions to ensure that selected candidates possess the requisite language skills to perform their job. In fiscal year 2005 the USPTO partnered with OPM to develop an automated competency assessment tool and explore suitability testing tools. This development will include enhancements to the Job Application Rating System (JARS) to provide pre-employment testing information to SPEs and the Office of Human Resources; full development and deployment will be completed in fiscal year 2006 and the funding identified below will be used to maintain and enhance the tools.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $250 | $300 | $51 | $52 | $53 |

P000377

### Capability/Transformation 9 — Re-Certification of Primary Patent Examiners

Primary patent examiners are authorized to issue patents with their own signature, generally without further review by a SPE. It takes approximately 5-6 years to reach this level of expertise, during which time individuals are certified only once. However, because of periodic changes in patent law, policy and practice, the USPTO recognizes the advantages of periodic re-certification of primary examiners to ensure that they possess the required up-to-date KSAs for making sound patentability determinations. The USPTO implemented a re-certification program in the form of continuing legal education (CLE), in parallel with expanded review of primary examiner work products to ensure that current patent law, practice, and procedures are followed in all completed Office actions. In fiscal year 2003, the USPTO delivered three CLE programs and initiated the In-Process Review program in all Technology Centers, which increased the number of primary examiner work product reviews completed. In fiscal year 2004, Patents conducted re-certification of one third of primary examiners and in fiscal year 2005 another third of the primary examiners went through the re-certification process. The funding identified below will be used for completing the establishment of automated CLE training courses and continuing re-certification of all primary examiners on a three-year cycle.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $435 | $305 | $310 | $314 | $318 |

### Capability/Quality 5 — Expand Patent Reviews

In fiscal year 2003, Patents expanded the "second pair of eyes" review that was originally piloted on a limited basis in the art units dealing with business method patents. The purpose of this review was for the reviewer to quickly flag issues that needed further consideration by the examiner and/or examiner's supervisor. This program has been expanded to other areas identified as having high rates of errors. The funding identified below covers salaries for the staff dedicated to perform this function.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $211 | $215 | $219 | $223 | $227 |

### Capability/Legislation/Rules 1c — Monitor Practitioner Adherence to Rules of Practice

The USPTO has identified a number of changes to current processes and procedures to improve legal practice before the agency and thereby help improve the quality of patent examination. With significant input from the public, disciplinary rules are in the process of being modernized, including clarification of rules on frivolous filings. A program was announced that provides registered practitioners with options to satisfy a continuing legal education obligation, including the agency's provision of online education and certification of CLE providers. The funding identified below will be used to support contractor resources for the practitioner continuing legal education and patent examiner re-certification programs. The funding also covers salaries of the specialized staff to support these programs.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $1,462 | $1,469 | $1,498 | $1,525 | $1,553 |

### Capability/Worksharing 1 — Mutual Reliance on Searches

The USPTO supports the reciprocal reliance on prior art search results. This program focuses on utilizing Office of First Filing (OFF) completed search reports or Office actions, as appropriate, for use by the Office of Second Filing (OSF). As a strategic plan goal, the USPTO will rely on prior art searches performed by another IP office to the maximum extent practicable on a reciprocal basis so as to reduce duplication of efforts, decrease workload, and accelerate processing times. In this initiative, the USPTO will implement mutual reliance on search results with our trilateral partners, the EPO and JPO, to the extent practicable. Based on agreements with EPO and JPO, the USPTO began exchanging search results with them on a pilot basis in fiscal year 2003 for evaluation purposes. In fiscal year 2004, the USPTO

P000378

undertook an initial assessment of the Search Exchange pilot to review the applicability and quality of the search reports received from the EPO and JPO. The USPTO also evaluated the feedback received from EPO and JPO on the search reports generated by the USPTO and provided to the other IP offices. This feedback focused on the reasons why the other IP offices did or did not rely solely on the search report provided by the USPTO. These search report "gaps" are currently being analyzed to strengthen USPTO prior art search strategies. Fiscal year 2004 activities also addressed the scope of the next phase of the pilot; that is, if and to what extent these OFF searches are available and could be relied upon. The USPTO also pursued bilateral agreements with non-trilateral offices to benefit from searches performed by certain other IP offices, such as the United Kingdom and Australia. In all cases where the USPTO uses a search report provided by another IP office, the patentability determination will still reside with the USPTO and our examiners will have the opportunity to perform additional searches, as needed. No further funding is necessary for implementation of this initiative.

## Productivity/Pendency 2 — Multi-Track Examination

In an effort to dramatically change current business practices, the USPTO will move from a "one-size-fits-all" patent examination process to a Multi-Track Examination Process in order to eliminate duplication of effort, improve the quality of patents, and decrease processing time. While the current process has served the USPTO well, there are numerous shortcomings that, if unchanged, will not deliver quality patents in a timely manner; therefore, changes are needed to promote expansion of business opportunities, stimulate research and development, and expand U.S. businesses globally. Under the Multi-Track Examination Process, the USPTO will provide applicants with an incentive to: (1) expressly abandon an application if the applicant loses interest in the application before it is taken up for examination by the USPTO; or (2) have the application searched by an IP office with which the USPTO has a bilateral search exchange agreement. These changes will also permit the USPTO to examine applications in Technology Centers having the largest backlogs by using search reports from qualified search authorities rather than conducting complete in-house searches. The Multi-Track Examination Process will provide pendency and quality benefits by eliminating the need for the USPTO to spend resources to examine an application that the applicant decides he/she no longer wishes to pursue before it is taken up for examination, and allows the USPTO to exploit search reports prepared by other IP offices or qualified search contractors.

To implement the Multi-Track Examination Process, the USPTO plans to: (1) refund a portion of the search fee if the applicant expressly abandons the application before it is taken up for examination by the UPSTO; and (2) refund a portion of the search fee if an IP office provides the USPTO with a search report for the application.

No further funding is necessary for implementation of this initiative.

P000379

**Productivity/ Pendency 3 — New Hire Recruitment Costs**

In support of the Patent Examining Corps' building a competent and diverse patent examiner workforce, as presented in this budget request, the USPTO has developed an outreach recruitment strategy that identifies the agency as an employer of choice and promotes the patent examiner career in the Federal government. Our outreach plan includes recruitment branding, a marketing campaign, college recruiting, and a university partnership program with ten target schools. The funding identified below will be used to implement the branding initiative through media advertisements, job fairs and career conferences, partnered events at target universities, and Internet recruiting.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $751 | $752 | $762 | $782 | $782 |

**Productivity/ Shared Responsibility 2 — Post-Grant Patent Review of Claims and Continuation Reform**

This initiative reflects support for a new proceeding to allow parties, through litigation at the Patent Board, to obtain post-grant patent review of patent claims. This proposal, contained in *The 21st Century Strategic Plan*, has been endorsed in subsequent reports by the National Academies of Sciences and the Federal Trade Commission and has been the subject of hearings by the House Judiciary Committee. The projected workload after implementation of the expected legislation is around 1,000 requests annually (compared to roughly 2,500 district court patent cases filed a year). Legislation for this requirement will be submitted in early 2006. In fiscal year 2007, it is estimated that the filing of post-grant proceedings will require an additional 25 Administrative Patent Judges (APJs) and an additional 12 paralegals and administrative staff to ensure timely handling of these post-grant proceedings. Current estimates are modest, as the private bar is estimating a higher usage rate of post-grant review, and lower early disposition rates may be possible. The USPTO will refine these estimates as the final design of a proceeding becomes clearer in the legislative process. Additionally during fiscal year 2007, the Board of Patent Appeals and Interferences (BPAI) anticipates it will begin to receive an increased level of appeals following continuation rulemaking to bring greater finality to patent application prosecution. Based on existing assumptions, the office anticipates BPAI's appeal workload to increase by approximately one-third. Therefore, in order to maintain a level of timeliness in appeal processing while initializing post-grant review, the office estimates an increase of 10 APJs, or other legal professionals, and seven paralegals to support continuation reform. Thus, a total of 35 APJs or other legal professionals, and 19 support personnel, are needed to support this overall initiative.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $8,179 | $12,800 | $14,124 | $14,378 | $14,635 |

**Productivity/Accelerated Examination 1 — Accelerated Examination**

The USPTO has heard the concerns expressed about the length of time it takes to process applications in certain technology areas and the fact that these processing timeframes do not always lend themselves to the customer's business requirements. Currently, new patent applications are normally taken up for examination in the order of their effective U.S. filing date. In order to respond to these concerns, the USPTO is considering an accelerated examination option. Applicants choosing the accelerated examination option must reduce the effort needed to examine the application by conducting a preexamination search covering the claimed invention and providing the USPTO with an information disclosure statement containing the referenced deemed most closely related to the subject matter of the claimed invention. In return, the applicant will be guaranteed 12-month pendency from the date of filing to patent issuance, rejection or abandonment. Current funding is used for contractor resources to modify and maintain the electronic filing and office action and correspondence systems to allow for multiple prosecution paths. No further funding is necessary for implementation of this initiative.

P000380

## GOAL 2 —BUDGET AND PERFORMANCE

### *Improve quality of trademark products and services and optimize trademark processing time*

The core process under Goal 2 is the examination of applications for trademark registration. As part of that examination, examining attorneys make determinations of registrability under the provisions of the Trademark Act of 1946, as amended, including searching the electronic databases for any pending or registered marks to determine if a mark in the subject application is confusingly similar to an existing mark, prepare letters informing applicants of the attorney's findings, approve applications to be published for opposition, and examine Statements of Use in applications filed under the Intent to Use provisions of the Trademark Act. At the requested application filing and funding level in fiscal year 2007, Trademarks will be able to hire sufficient numbers of additional examining attorneys to achieve a trademark first action pendency of 3.7 months and a total pendency of 17.3 months.

Activities under this goal also include initiatives aimed at improving the quality of trademark products and services. The Trademark Organization has implemented several of the quality initiatives of *The 21st Century Strategic Plan.* Trademark quality initiatives have focused on the development and implementation of training modules to address practice and procedural deficiencies identified through the quality review program. A key component of the approach was the implementation of an extensive quality review program geared towards in-process applications. The "in-process" review program has been designed to determine the quality of examiner's first and final office actions as "excellent" and "deficient" to better reflect more meaningful and rigorous standards of quality. Information from these reviews has been used to identify and focus training to enhance overall product quality and to improve the consistency of examination. A number of training modules, related to specific topics and sections of the Trademark Act have been developed in an e-learning environment to ensure content is timely, consistent, and available when needed by an employee. Other initiatives put in place to improve quality of the work product include the development of Policy Papers to reinforce proper practice in a wide range of examination activities and the expansion of the review program to assess the quality of work performed by paralegals and other non-attorney personnel. Continuing these programs through fiscal year 2007 will focus improvements in quality by setting an in-process review for first and final action deficiency rate of 6.0 percent.

The Trademark Organization is optimizing processing time by taking greater advantage of its success in implementing electronic processing and systems. In fiscal year 2005, enhancements were added to number of TEAS forms that automated transactions for filing petitions and extension requests, and a new filing option was introduced to applicants. The TEAS Plus electronic filing application offers a reduced fee to applicants that adhere to the TEAS Plus electronic filing requirements. Electronic processing will be used more extensively in the future to completely automate all transactions that will eliminate manual processing and directly route applications for processing. Electronic processing reduces the time and costs associated with the examination and registration of marks. TEAS was recognized in fiscal year 2005 as one of five winners at the Excellence.Gov Awards ceremony in Washington, D.C. as an example of a best practice in federal e-Government implementation.

P000381

USPTO PRESIDENT'S BUDGET FOR FISCAL YEAR 2007

### Goal 2: Improve quality of trademark products and services and optimize trademark processing time

| Dollars in thousands | FY 2005 Actual | FY 2006 Enacted | FY 2007 Budget | FY 2008 Est | FY 2009 Est | FY 2010 Est | FY 2011 Est |
|---|---|---|---|---|---|---|---|
| Initial Examination | $10,734 | $7,520 | $6,697 | $6,692 | $6,897 | $7,294 | $7,429 |
| Examination | $57,993 | $57,657 | $61,769 | $65,917 | $69,649 | $74,445 | $78,853 |
| Publication and Registration | $2,217 | $2,889 | $3,719 | $4,091 | $4,299 | $4,056 | $4,416 |
| Post Registration | $2,399 | $3,163 | $3,338 | $3,418 | $3,498 | $3,580 | $3,663 |
| Appeals and Inter Partes Proceedings | $8,408 | $8,835 | $9,908 | $10,324 | $10,513 | $10,708 | $10,908 |
| **SUBTOTAL EXAMINATION** | **$81,751** | **$80,064** | **$85,431** | **$90,442** | **$94,856** | **$100,083** | **$105,269** |
| Management, Policy and Administrative Support | $10,096 | $9,734 | $10,219 | $10,274 | $10,521 | $10,734 | $10,980 |
| Automation Support | $11,849 | $11,139 | $9,725 | $10,933 | $11,057 | $9,359 | $9,188 |
| **SUBTOTAL DIRECT SUPPORT** | **$21,945** | **$20,873** | **$19,944** | **$21,207** | **$21,578** | **$20,093** | **$20,168** |
| Other Contributing Resources (Indirect Costs-for Support Functions) | $37,909 | $41,839 | $42,889 | $42,093 | $42,476 | $43,342 | $44,260 |
| **TOTAL FOR GOAL 2** | **$141,605** | **$142,776** | **$148,264** | **$153,742** | **$158,910** | **$163,518** | **$169,697** |
| First Action Deficiency Rate | 4.7% | 6.5% | 6.0% | 5.5% | 5.0% | 4.5% | 4.0% |
| Final Action Deficiency Rate | 5.9% | 6.5% | 6.0% | 5.5% | 5.0% | 4.5% | 4.0% |
| Applications Filed - Classes | 323,501 | 348,000 | 376,000 | 399,000 | 423,000 | 448,000 | 475,000 |
| Applications Filed Percent Change Over Previous FY | 8.4% | 8.0% | 8.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| Total Units of Production (Examiner Action Points thru 2005/Balanced Disposals 2006 - 2011) | 666,687 | 706,900 | 787,200 | 820,500 | 850,000 | 888,500 | 932,700 |
| Average First Action Pendency (Months) | 6.3 | 5.3 | 3.7 | 3.0 | 3.0 | 3.0 | 3.0 |
| Average Total Pendency (Months) | 19.6 | 18.8 | 17.3 | 16.6 | 15.9 | 15.3 | 14.6 |

P000382

## Strategic Initiatives Under Goal 2

The Trademark Organization completed initial implementation of quality programs described as initiatives of *The 21st Century Strategic Plan* in fiscal year 2004. The costs associated with the continuation of the established quality programs in fiscal year 2007 and outyears are included in the cost of operations above.

Following successful results of a multi-year pilot program, the Trademark Organization plans to adopt *The 21st Century Strategic Plan* initiative to have non-attorney examiners handle subsequent examination to approve marks for registration once use has been demonstrated. This request includes funding to hire fifteen paralegals to conduct examination of statements of use, work that currently is handled by examining attorneys.

P000383

## GOAL 3 — BUDGET AND PERFORMANCE

*Create a more flexible organization through transitioning patent and trademark operations to an e-Government environment and advancing IP development worldwide*

The USPTO has made significant strides toward achieving the milestones and goals of the e-government initiatives of *The 21st Century Strategic Plan.* The completion of the IFW phase of e-government -- an image-based electronic version of the former paper patent application file wrapper -- provides instant and concurrent access to a patent application, eliminates examiner interruption for paper entry, and eliminates the loss or damage experienced with paper files. In fiscal year 2005 Patents began an initiative, Trilateral Document Access (TDA) to facilitate access by patent examiners to the content of patent applications stored in participating foreign intellectual property offices' application document image systems. The continued implementation of e-government initiatives will result in additional functionalities that are described under corresponding e-government initiatives below.

Additionally, this goal includes multilateral and bilateral agreements, which form an integral part of USPTO's goal of advancing IP development worldwide. The USPTO continues to work with other IP offices in structuring new agreements in order to streamline IP protection and enforcement systems. This includes PCT reform efforts, focusing on the USPTO's proposal for simplified processing; developing a universal electronic patent application by leveraging USPTO's experience in trademarks and the EPO's experience with patent filings; and promoting IP law harmonization to strengthen the rights of American IP holders, making it easier for them to obtain international protection for their inventions and creations.

P000384

| Goal 3: Create a more flexible organization through transitioning patent and trademark applications to e-government operations and advancing IP development worldwide | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Dollars in thousands* | 2005 Actual | 2006 Enacted | 2007 Budget | 2008 Est | 2009 Est | 2010 Est | 2011 Est |
| E-Government Initiatives | $67,013 | $110,292 | $120,231 | $133,787 | $135,460 | $144,067 | $149,757 |
| IP Development and Enforcement - Operations | $17,529 | $8,478 | $11,181 | $11,257 | $11,763 | $11,672 | $11,888 |
| IP Development and Enforcement – Strategic Initiatives | $0 | $16,063 | $18,790 | $22,488 | $25,333 | $28,879 | $31,986 |
| **SUBTOTAL E-GOVERNMENT AND IP ADVANCEMENT** | **$84,542** | **$134,833** | **$150,202** | **$167,532** | **$172,556** | **$184,618** | **$193,631** |
| Automation Support | $2,200 | $3,902 | $3,902 | $3,521 | $3,329 | $3,432 | $3,315 |
| Other Contributing Resources (Indirect Costs for Support Functions) | $66,883 | $66,451 | $68,119 | $66,853 | $67,460 | $68,838 | $70,297 |
| **TOTAL FOR GOAL 3** | **$153,625** | **$205,186** | **$222,223** | **$237,906** | **$243,345** | **$256,888** | **$267,243** |
| Patents Applications Filed Electronically | 2.2% | 10.0% | 20.0% | 30.0% | 40.0% | 50.0% | 60.0% |
| Patents Applications Managed Electronically | 96.7% | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% |
| Trademark Applications Filed Electronically | 88.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Trademark Applications Managed Electronically | 99.9% | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% |
| Technical Assistance Activities Completed (Activities/Countries) | 59/142 | 82/77 | 84/79 | 84/79 | 84/79 | 84/79 | 84/79 |

P000385

USPTO PRESIDENT'S FOR FISCAL YEAR 2007

## Strategic Initiatives Under Goal 3

### Agility/E-Government 1 — Trademark E-Government

In fiscal year 2005, the full contents of the trademark pending application file inventory became available to the public as electronic file records through the TDR system, which contain the complete contents of all pending trademark files including the initial application, subsequent correspondence, and office actions that examiners use to conduct examination.

Subsequently, over a multi-year period, the Office will include the file contents for all active U.S. registrations through TDR. The USPTO intends to deploy the Trademark Information System (TIS) and complete its transition to full electronic workflow and examination in fiscal year 2008.

In fiscal year 2006, the USPTO will enhance the TEAS system to support the use of PDF and additional forms for improved electronic communications with customers. Simultaneously, the Madrid Forms submission system will be expanded to support additional forms. We will deploy a Trademark status web service that will enable customers to view and print the content and status of a registration certificate. As electronic communications with our customers increase, it becomes critical to enhance electronic workflow systems for managing applications. This includes enhancement of our electronic records management system and Trademark Image Capture and Retrieval System (TICRS) to support higher volumes of electronic applications, improved search capability, and enhanced color images.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $7,716 | $7,365 | $7,544 | $7,729 | $7,918 |

### Agility/E-Government 2 — Patent E-Government

In fiscal year 2006, the USPTO began development of the initial stage of full text-based processing aimed at providing examiners access to text generated from IFW images in the Patent examination pipeline. Concurrent enhancement of the PAIR system will provide the applicants with secure private access to their unpublished application documents via the Internet as soon as the application is internally processed. The first phase of integration of workflow tools with IFW will provide examiners with enhanced access to IFW information and prosecution support, facilitating more efficient patent examination. In order to increase the number of applications filed electronically and gain greater user acceptance of electronic filing, the USPTO is implementing a web-based e-Filing initiative. This solution is a hardware/software-independent e-Filing system for patent applications and documents to incorporate the use of PDF files. Deployment occurred in December 2005 with a full production target of March 2006. The Electronic Filing System-Web (EFS-WEB) incorporates the electronic submission of new applications and follow-on papers (such as amendments) in conjunction with the means for transmitting outgoing USPTO generated correspondence to applicants.

Completion of the operational system for processing patent applications electronically has facilitated applications processing and reduced costs of handling paper application file wrappers. When complete, the text-based system will allow for full-text searching of application file technical content and supporting documents, automation of amendment processing, and content validation (formalities checking) of applications in the pre-examination process. Additionally, text-based processing will better support Federal electronic records management and paper elimination requirements and meet USPTO international agreements with the other trilateral offices (EPO and JPO) and WIPO in supporting the "author once, file many" concept. In fiscal year 2007, the USPTO plans to begin integrating dissemination and other processes into a text-based pipeline.

In fiscal year 2006, the USPTO set in motion the second phase of development for the Patents system text-based process to allow the Office to deliver more automation of manual processes and improve

P000386

accuracy and reliability of information. In order to increase the number of electronically filed applications, the USPTO will use a PDF format as an alternative to the earlier XML solution. PDF as the format for electronic filing has multiple benefits, which can be converted to the current paper scanning process. In this phase, the USPTO plans to accomplish a major reengineering of the IFW system components into PFW in fiscal years 2006 and 2007 to provide the functionality to capture and process application text data as well as image data; reduce the manual steps required to index and scan application papers; provide the functionality to capture color and grayscale images; consolidate the data capture and interaction with the publications contractor to reduce cost and redundant efforts; migrate to a more robust storage architecture for a combined text and image file structure using PDF technology; migrate to evolutionary, stable retrieval architecture to support increased examiner staffing and application volumes; strengthen the user access and authentication controls to sensitive application content; and increase the integration of the business process support Automated Information Systems (AIS)s to improve efficiency and eliminate manual processing wherever possible. Electronic PDF Text and scanned PDF image plus text is expected to provide examiners with use of text in office actions, search capabilities within applications, as well as interference searching.

The USPTO will ultimately complete implementation of an e-government strategy that includes electronic receipt, processing, reporting and publication through the entire application process lifecycle. The funding will be used for systems development, integration, enhancement as well as the scanning of incoming, outgoing paper documents and new applications filed. The critical milestones in fiscal year 2007 include; (a) reengineering of application storage to create a PDF repository and application text, (b) integration of color and grayscale image capture and storage into the patent process, and (c) implementation of automated workflow integration with the patent process. Phase two of the workflow applications integration process will further enhance workflow tools and products through fiscal year 2010.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $71,073 | $79,217 | $79,923 | $85,316 | $88,017 |

### Agility/E-Government 3 — Post-Grant Patent Review E-Processing (See Shared Responsibility 2 — Post-Grant Review of Patent Claims)

In support of legislation that will be submitted in early 2006 for post-grant patent review of claims, the USPTO will develop an automated information system that will provide an electronic file from which APJs can retrieve documents in connection with contested patent review proceedings. The new system, which would also support existing inter partes proceedings, will enable APJs to receive, store, search, and process records electronically, and is an extension of the USPTO's move to a fully electronic work environment for all phases of the patent process. This system will also increase operational efficiency and accuracy, as well as enhance system security through the availability of application data and support documentation electronically. The funding identified below will be used for systems development, integration, and maintenance.

Development of the system in support of this strategic initiative began late in fiscal year 2005. The funding identified below will be used to define user requirements for system development, acquisition of hardware and software for the system, and implementation of electronic processing for existing procedures in fiscal year 2007. That deployment will include processing for Post-Grant review if legislation is enacted and corresponding rule changes are adopted or permit rapid expansion once Post-Grant review is enacted.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $1,851 | $2,291 | $2,370 | $2,394 | $2,364 |

P000387

### Agility/E-Government 4 — Information Technology Security Program

As guardians of U.S. intellectual property, USPTO information security is of critical importance to inventor confidence. The growth of Internet based vulnerabilities requires a commensurate response in technical controls and counter-measures. As the USPTO implements e-government, its AIS are increasingly exposed to external systems. Consequently, security risk factors increase geometrically as a result of operating system security flaws and a growing community of sophisticated hackers. The IT Security Program provides the infrastructure security systems and standards that protect the USPTO systems and safeguard public trust.

The funding requested below will support the development of an infrastructure of technologies and methodology to address security issues across all systems, both those planned and in use. This will facilitate efficiency in maintaining full accreditation status for all USPTO AISs, as mandated by Clinger-Cohen and the Financial Information System Management Act (FISMA).

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $4,255 | $6,148 | $5,813 | $4,741 | $3,588 |

### Agility/E-Government 5 — Data Replication for High Availability and Disaster Recovery

The USPTO Business Continuity Program is committed to ensuring protection of USPTO data from damage in the event of a disaster. The goal of this investment is to guarantee the availability of patent and trademark data to patent examiners, trademark examining attorneys, the general public, and foreign patent and trademark offices in the event of a disaster resulting in the complete or partial destruction of the USPTO's single data center. The USPTO is operating both the patent and trademark production pipelines in a predominantly electronic environment and is dependent on automated systems to support the end-to-end processing of patent and trademark applications. As such, the continuing operations of the USPTO are at an increased risk should catastrophe strike the single data center prior to the full deployment of disaster recovery services. The USPTO is proposing a phased implementation for deploying dual, load-balanced data centers that would enable the USPTO to start protecting its mission critical patent and trademark data. Through an evolutionary process, this phased implementation will provide recovery capabilities in the event of a disaster at the USPTO primary data center.

The USPTO's Business Continuity Program completion timeline will occur in seven major phases between fiscal years 2003 and 2010. In Phase One (fiscal years 2003-2004), critical services and the associated applications were identified and assessed for criticality, sensitivity, and support to core business functions. In fiscal year 2006 disaster recovery capabilities for five of the twenty mission critical applications will be implemented during Phase Two by establishing network connectivity from a recovery location to the USPTO. In fiscal year 2007 Phase Three will provide recovery capabilities for an additional ten mission critical applications. Phases Four through Seven will provide recovery capabilities for the remaining mission critical applications and to essential business applications, will focus on server load balancing for mission critical and business essential applications, and will fine-tune load balancing to maximize availability to users.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $12,143 | $12,145 | $12,147 | $12,150 | $12,152 |

P000388

**Agility/ Other E-Government Initiatives — Customer Deposit Accounts and Increased Use of Electronic Payments**

The USPTO currently maintains an Internet accessible system that applicants and USPTO employees use to record electronic payments for a variety of patent and trademark fees. The system accommodates credit card transactions; electronic funds transfer from an applicant's bank account; and replenishment and debit of funds from customer deposit accounts, which the USPTO maintains on behalf of its customers. The USPTO currently processes approximately 3.5 million payments each year, 30.0 percent are received electronically. The USPTO's commitment to implementing e-government and the public's growing acceptance of this venue for conducting business will create demands the existing system is unable to support. One aspect of the e-government automation plan is modernization of our current fee collection system to accommodate increased demand for electronic fee collection no later than September 30, 2008.

The funding identified below will be used for contractor resources to automate a wider range of patent and trademark fee payments so that they can be made electronically, as well as increase marketing of this functionality. In fiscal year 2006, the USPTO will complete identification of expanded electronic fee collection requirements and begin development of the modernized system in fiscal year 2007. It is estimated that the new system will be deployed in fiscal year 2008.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $3,241 | $3,461 | $482 | $8 | $8 |

**Agility/ Work-at-Home — Trademark Work-at-Home**

The Trademark Work-at-Home program is a nationally recognized telecommuting program. It began as a pilot in March of 1997 and expanded to include 220 total positions in fiscal year 2005. Initially, each examining attorney in the program worked at home three days per week and shared an office at the USPTO work site with another attorney who also participated in the Work-at-Home program. A "hoteling" program has been implemented to provide even greater telecommuting opportunities while making the program more efficient and effective. Under this program, Work-at-Home participants spend nearly all of their workweek at home and are at the USPTO work site less than two to four hours per week. Hoteling participants are not assigned a personal office, but reserve an office to use when they must come in the work site. As a result, the Trademark organization has been able to reduce its total space requirements and expand examiner staffing without increasing office space requirements. The funds requested below will provide hardware and software to accommodate an additional 40 users in fiscal year 2006 and 20 users in fiscal year 2007.

Also, USPTO currently has a number of TTAB users in the TTAB Work-at-Home program accessing the Trademark Trial and Appeal Board Information System (TTABIS) and PTOnet e-mail from home using laptops. The project is migrating current users to Citrix servers with a planning strategy to expand the program to add new users. Funding is required for contractor support for configuration and development of Citrix servers and for the maintenance of the TTAB Work-at-Home program.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $2,149 | $1,318 | $1,343 | $1,230 | $1,291 |

P000389

**Agility/ Telecommuting — Patents Hoteling Program**

In fiscal year 2005, Patents launched a hoteling program pilot providing participants the ability to work at home fully supported with complete access to on-line USPTO provided resources for conducting their assigned duties. The pilot program incorporates the concept of hoteling where telecommuting participants reserve time in designated shared hotel offices at the Alexandria Campus to conduct activities such as personal interviews with applicants and attending meetings or training classes. Pilot participants received special training to enable them to work as effectively at home as in the office. The Patents Hoteling Program is designed to comply with Congressional direction and build upon the lessons learned from the very successful Trademark Work-at-Home program. The Patents Hoteling Program provides patent examiners the ability to work from home with complete on-line access to USPTO resources. This concept allows participants to reserve time in designated shared "hotel" offices at the Carlyle Campus in Alexandria, Virginia. 'Hoteling' allows telecommuting participants to conduct on-campus activities such as personal interviews, training requirements, meetings and access to other on-sites resources. A critical component of the Patents Hoteling Program is the use of IT to provide necessary remote access for collaboration capabilities. This program is designed to ensure participants have the ability to perform their jobs when either at or away from the main Carlyle campus. Feedback from pilot participants and reviews of the technologies were used to finalize designs for a vastly expanded telework program that could potentially allow virtually any USPTO employee to participate. Implementation started in fiscal year 2006.

The long term goal is to have a substantial number of patent examiners working at home consistent with the law, and at the same time achieving productivity and quality performance targets, at a reasonable cost. If successfully implemented, this program also has the potential to assist in the recruitment, hiring, and retention of examiners. The funds requested below will be used for the continued implementation of a hoteling program which began in fiscal year 2006.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $17,802 | $21,841 | $25,837 | $30,500 | $34,420 |

**Agility/ Global Development 1 — Pursuit of Substantive Patent Law Harmonization**

The USPTO is currently engaged in Substantive Patent Law Treaty discussions with the Standing Committee on the Law of Patents (SCP) at the WIPO. There are a number of major issues in discussion that have significant implications for the USPTO and the U.S. intellectual property community, such as global prior art definition and methodologies for determining novelty and non-obviousness. The funding identified below covers the salaries of specialized staff devoted to holding discussions and pursuing substantive Patent Law Harmonization both within and outside of the SCP in support of the *21st Century Strategic Plan* goals and objectives.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $398 | $405 | $412 | $418 | $423 |

**Agility/ Global Development 2 — Other Bilateral/Multilateral Agreements**

The USPTO will pursue bilateral and/or multilateral arrangements to share search and examination results among offices. This is critical to assisting the USPTO in managing projected significant workload increases (considering the fact that approximately 45.0 percent of new applications come from foreign countries) and implementing the changes to the patent processes identified in *The 21st Century Strategic Plan*. Agreements are currently being negotiated based on the results of the trilateral pilot projects that started in fiscal year 2003. The funding identified below covers specialized staff devoted to continuing multilateral discussions leading to agreements on behalf of the U.S.

- 42 -

P000390

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $1,003 | $1,019 | $1,053 | $1,069 | $1,083 |

## Agility/ Global Development 3 — Patent Cooperation Treaty Reform

The U.S. has been at the forefront of PCT reform efforts since 1999. While some important changes have taken place, further streamlining and simplification are required. In fiscal year 2003, first stage reforms were completed and the revised guidelines for PCT search and examination were adopted effective January 1, 2004. Continued reform to PCT provisions will have a number of benefits for the USPTO, including improved international patent application filings, integration of national and international processing in the USPTO, and enhanced reliance on PCT work products by other authorities and offices. The funding identified below covers the salaries of specialized staff devoted to continuing negotiations for PCT reform, as well as contractor resources to complete systems modifications needed to implement the resulting business process and rule changes.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $511 | $473 | $487 | $498 | $507 |

## Agility/ Intellectual Development and Intellectual Property Enforcement (Operations and Strategic Initiatives)

With increased demands for countries to implement effective systems for IPR enforcement to meet their WTO TRIPs obligations and to comply with existing and new bilateral/multilateral trade agreement commitments, the Office of Enforcement is focused on providing practical technical training and capacity-building programs in the areas of IPR enforcement, judicial and prosecutorial education, public education and awareness efforts, and capacity-building programs that meet the needs of developing and least developed countries. While the USPTO has long provided such assistance and training, the Office of Enforcement has developed a flexible team approach to meet the challenges of IPR enforcement in today's global economy. This is done by carrying out existing obligations to assist nations in implementing accessible and effective IPR enforcement systems; partnering with others to provide useful programs and training; and working to increase the accessibility, efficiency, and effectiveness of civil, administrative, and criminal enforcement mechanisms in global trade, foreign markets, and electronic commerce.

The New Enforcement Initiative (NEI) is designed to allow the USPTO to address Inspector General recommendations to strengthen efforts to protect U.S. intellectual property rights overseas and to improve the effectiveness of U.S. Government-sponsored IP technical assistance and training. The NEI would allow the Office of Enforcement to hire expert attorney-advisors, which will contribute to the Office's ability and capacity to organize, conduct, and coordinate additional IPR enforcement training and technical assistance activities and capacity-building programs internationally. Such additional legal staff will permit expanded technical assistance and training programs in countries identified as critical to U.S. commercial, economic, and political interests.

A full-time, permanent Global IPR Academy program has been established. The academy expands existing training, provides technical assistance and capacity-building programs, and activities carried out by the Office of Enforcement and Office of International Relations. This newly established training academy provides the capacity to train more than four times the number of individuals that are currently able to be involved in existing training programs.

| Dollars in thousands | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Amount | $28,059 | $31,849 | $35,144 | $38,566 | $41,861 |

P000391

**This Page is Intentionally Left Blank**

P000392

**EXHIBIT 3A**

### U.S. Patent and Trademark Office
## USPTO TOTAL RESOURCE REQUIREMENTS

| Dollars in thousands USPTO TOTAL | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ (Decrease) | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL FUNDING | $1,513,930 | $1,688,286 | $1,758,512 | $88,954 | $1,847,466 | $1,999,497 | $2,164,401 | $2,400,349 | $2,639,568 |
| ↳ Direct Obligations | $1,508,392 | $1,683,086 | $1,753,312 | $89,654 | $1,842,966 | $1,994,997 | $2,159,901 | $2,395,849 | $2,635,068 |
| ↳ Reimbursable | $5,538 | $5,200 | $5,200 | $(700) | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 |
| IT FUNDING (included above) | $312,951 | $311,378 | $315,900 | ($21,671) | $294,229 | $312,591 | $301,338 | $299,304 | $302,740 |
| FULL-TIME EQUIVALENT (FTE) TOTALS | 6,825 | 7,875 | 8,157 | 400 | 8,557 | 9,191 | 9,801 | 10,414 | 10,972 |

This Exhibit represents a summary of USPTO's total obligations by performance goal.  USPTO Information Technology (IT) funding and FTE resources shown in the above table are also reported using the Agency IT Investment Portfolio (FY 2007 Budget Exhibit 53) reporting format.

## RESOURCE REQUIREMENTS, TARGETS AND PERFORMANCE SUMMARY
### GOAL ONE: Improve the quality of patent products and services and optimize patent processing time

| Dollars in thousands USPTO GOAL 1 | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ Decrease | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL FUNDING | $1,218,046 | $1,339,710 | $1,393,950 | $82,498 | $1,476,448 | $1,607,318 | $1,761,615 | $1,979,352 | $2,202,097 |
| ↳ Direct Obligations | $1,213,162 | $1,335,124 | $1,389,364 | $83,115 | $1,472,479 | $1,603,349 | $1,757,646 | $1,975,383 | $2,198,128 |
| ↳ Reimbursable | $4,884 | $4,586 | $4,586 | $617 | $3,969 | $3,969 | $3,969 | $3,969 | $3,969 |
| IT FUNDING (included above) | $244,978 | $243,747 | $247,290 | ($16,967) | $230,323 | $244,696 | $235,887 | $234,295 | $236985 |
| FULL-TIME EQUIVALENT (FTE) TOTALS | 6,202 | 6,954 | 7,184 | 365 | 7,549 | 8,197 | 8,809 | 9,408 | 9,942 |

| | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ Decrease | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| Allowance Error Rate | 4.6% | 4.0% | — | — | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| In-Process Examination Compliance Rate | 84.0% | 86.0% | — | — | 88.0% | 89.0% | 90.0% | 91.0% | 92.0% |
| Average First Action Pendency (months) | 21.1 | 22.0 | — | — | 23.0 | 23.7 | 23.9 | 23.8 | 23.5 |
| Average Total Pendency (months) | 29.1 | 31.3 | — | — | 32.0 | 33.0 | 33.7 | 33.9 | 33.8 |

P000394

<u>Rationale of Performance Goal</u>: This performance goal was established as a result of USPTO's strategic planning process. The *21st Century Strategic Plan* recognized quality and processing time (pendency) as the two measures most significant for our patent user community and other external stakeholders. In particular, the inability to hire new personnel at a rate necessary to keep up with growth in electronic technologies has meant increased pendency in those technologies for which the value of patents depends most on prompt issuance. Additionally, improving the quality of patents through implementation of the quality initiatives in the *21st Century Strategic Plan* are paramount to achieving the targets set forth under this goal.

<u>External Factors and Mitigation Strategies</u>: The key variables impacting performance under this goal are incoming workloads and requested resources to improving quality and reducing pendency. The patent incoming workloads are dependent upon many factors, including economic activity around the world, and especially in the United States. Growth of science and technology has had considerable impact on intellectual property protection in the United States. For the USPTO, this growth has meant increases in application filings, and receipt of significantly more complex patent applications supporting the latest technologies. Achievement of the outyear (fiscal years 2008 to 2011) performance targets set forth in this exhibit assume permanent authorization of the revised fee schedule that was set forth in the Consolidated Appropriations Act, 2005 (P.L. 108-447). Funding at the fiscal year 2007 budget level will allow the USPTO to continue implementation of it's strategic planning initiatives and ultimately result in enhanced quality throughout the Patent examination process.

<u>Program Increases for Performance Goal One: + 365 FTE and + $83.1 million</u>: The increases requested for fiscal year 2007 are for hiring patent examiners to implement the strategic initiatives that contribute to achieving the quality and pendency targets shown above

<u>Performance Monitoring and Program Evaluations</u>: The patent examination program is evaluated for quality of examination decisions through in-process and allowance reviews. The focus of the review for patent applications is threefold: (1) to identify patentability errors; (2) to assess adequacy of the field of search and proper classification; and (3) to assess proper examination practice and procedures. The information gathered from the review of these examination program activities help business units identify necessary training with the goal of enhancing overall product quality and improving the consistency of examination. The results of the reviews provide analysis in the form of reports to Patent management. In addition to reporting specific errors, the analysis provides information on recurring problems and trends that may warrant changes in the examination program.

The patent examination program is also monitored for production through tracking and analysis of production counts recorded in the Patent Application Locator Monitoring (PALM) system. Production reports, containing detailed information on time spent examining and actions performed by each patent examiner, are provided to Patent management on a biweekly basis. Like the quality review tools, production monitoring identifies recurring problems and trends that may warrant changes in the examination program.

<u>Crosscutting Activities</u>: None other than intra-USPTO.

P000395

USPTO PRESIDENT'S BUDGET FOR FISCAL YEAR 2007

# RESOURCE REQUIREMENTS, TARGETS AND PERFORMANCE SUMMARY
## GOAL 2: Improve the quality of trademark products and services and optimize trademark processing time

| *Dollars in thousands* USPTO GOAL 2 | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ (Decrease) | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL FUNDING | $142,259 | $143,390 | $144,575 | $4,220 | $148,795 | $154,273 | $159,441 | $164,049 | $170,228 |
| ↳ Direct Obligations | $141,605 | $142,776 | $143,961 | $4,303 | $148,264 | $153,742 | $158,910 | $163,518 | $169,697 |
| ↳ Reimbursable | $654 | $614 | $614 | $-83 | $531 | $531 | $531 | $531 | $531 |
| IT FUNDING (included above) | $25,881 | $25,751 | $26,120 | ($1,787) | $24,333 | $25,851 | $24,921 | $24,752 | $25,037 |
| FULL-TIME EQUIVALENT (FTE) TOTALS | 737 | 844 | 896 | 19 | 915 | 898 | 896 | 910 | 934 |

| | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ (Decrease) | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| Final Action Deficiency Rate | 5.9% | 6.5% | — | — | 6.0% | 5.5% | 5.0% | 4.5% | 4.0% |
| First Action Deficiency Rate | 4.7% | 6.5% | — | — | 6.0% | 5.5% | 5.0% | 4.5% | 4.0% |
| Average First Action Pendency (months) | 6.3 | 5.3 | — | — | 3.7 | 3.0 | 3.0 | 3.0 | 3.0 |
| Average Total Pendency (months) | 19.6 | 18.8 | — | — | 17.3 | 16.6 | 15.9 | 15.3 | 14.6 |

P000396

<u>Rationale of Performance Goal</u>: As in Goal One, this performance goal was also established as a result of USPTO's strategic planning process. The *21st Century Strategic Plan* recognized quality and processing time (pendency) as the two measures most significant for our trademark user community and other external stakeholders. In particular, the inability to hire new personnel at a rate necessary to keep up with growth in filings has meant increased pendency. Additionally, improving the quality of trademark products and services through continuation of the quality initiatives in the *21st Century Strategic Plan* are paramount to achieving the targets set forth under this goal.

<u>External Factors and Mitigation Strategies</u>: The key variables impacting performance under this goal are incoming workloads and resources allotted to improving quality and reducing pendency. The trademark incoming workloads are dependent upon many factors, including economic growth in the United States.

<u>Program Increases for Performance Goal Two: + 19 FTE and + $4.3 million</u>: The increases requested for fiscal year 2007 are for hiring trademark examining attorneys for implementing the strategic initiatives that contribute to achieving the quality and pendency targets shown above.

<u>Performance Monitoring and Program Evaluations</u>: The trademark examination program is evaluated for quality of examination decisions through in-process and final action reviews. The focus of the trademark review program is to identify practice and procedural deficiencies and develop training modules to address those deficiencies. The review of trademark applications is centered on addressing the appropriateness or omission of substantive refusals outlined in Section 2 of the Trademark Act. Section 2 of the Trademark Act provides the statutory bases for which the Office refuses marks for registration. The results of the reviews provide analysis in the form of reports to Trademark management. In addition to reporting specific types of errors, the analysis provides information on recurring problems and trends that may warrant changes in the examination program. The information gathered from the review of these examination program activities are also used to develop and implement quality-driven training modules as well as Policy Papers aimed at reinforcing the proper practice in a wide range of examination activities.

The trademark examination program is also monitored for production through tracking and analysis of production counts recorded in the Trademark Reporting and Monitoring (TRAM) system. Production reports, containing detailed information on time spent examining and actions performed by each examining attorneys, are provided to Trademark management on a biweekly basis. Like the quality review tools, production monitoring identifies recurring problems and trends that may warrant changes in the examination program.

<u>Crosscutting Activities</u>: None other than intra-USPTO.

P000397

## RESOURCE REQUIREMENTS, TARGETS AND PERFORMANCE SUMMARY
### GOAL 3: Create a more flexible organization through transitioning patent and trademark applications to e-Government operations and participating in IP development worldwide

| Dollars in thousands USPTO GOAL 3 | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ (Decrease) | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL FUNDING | $153,625 | $205,186 | $219,987 | $2,236 | $222,223 | $237,906 | $243,345 | $256,888 | $267,243 |
| ↳ Direct Obligations | $153,625 | $205,186 | $219,987 | $2,236 | $222,223 | $237,906 | $243,345 | $256,888 | $267,243 |
| ↳ Reimbursable | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| IT FUNDING (included above) | $42,092 | $41,880 | $42,490 | ($2,916) | $39,574 | $42,044 | $40,530 | $40,256 | $40,719 |
| FULL-TIME EQUIVALENT (FTE) TOTALS | 68 | 77 | 77 | 16 | 93 | 96 | 96 | 96 | 96 |

| | FY 2005 Actual | FY 2006 Enacted | FY 2007 Base | Increase/ (Decrease) | FY 2007 President's Budget | FY 2008 Estimate | FY 2009 Estimate | FY 2010 Estimate | FY 2011 Estimate |
|---|---|---|---|---|---|---|---|---|---|
| Patent Applications filed electronically | 2.2% | 10.0% | — | — | 20.0% | 30.0% | 40.0% | 50.0% | 60.0% |
| Patent applications managed electronically | 96.7% | 99.0% | — | — | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% |
| Trademark Applications filed electronically | 88.0% | 80.0% | — | — | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Trademark applications managed electronically | 99.9% | 99.0% | — | — | 99.0% | 99.0% | 99.0% | 99.0% | 99.0% |
| Technical assistance activities completed (activities/countries) | 59/142 | 82/77 | | | 84/79 | 84/79 | 84/79 | 84/79 | 84/79 |

Rationale of Performance Goal: The goal of creating a flexible organization through e-government incorporates initiatives that enhance and maintain electronic end-to-end processing of patent and trademark applications. This performance goal was established as a result of USPTO's strategic planning process and for the targeted implementation of the President's Management Agenda initiatives. The second part of this performance goal also is an integral part of the *21st Century Strategic Plan* and is achieved through worldwide technical assistance programs designed to address civil, criminal and border enforcement of intellectual property rights. Under this goal, the USPTO provides

P000398

foreign governments with the tools to encourage economic development through robust protection of intellectual property rights, combat health and safety risks associated with counterfeit and pirated products, and combat growing criminal activity involving intellectual property theft. To maximize resources, these programs are developed and implemented in coordination with national and international intellectual property organizations, Federal agencies and rights owners.

External Factors and Mitigation Strategies: The key variables impacting performance under this goal are passage of the fee legislation and funding at the fiscal year 2007 budget level.

Program Increases for Performance Goal Three: + 16 FTE and - $2.2 million: The funding increase reflected above assumes that implementation of e-government strategic initiatives will peak in fiscal year 2006 and will gradually move into maintenance mode at a relatively lower cost. The USPTO will see some increases in the later years as Patent E-Government Phase two of the workflow applications integration process will further enhance workflow tools and products through fiscal year 2010.

Program Evaluations: Evaluations or proofs of concept have been incorporated into the implementation plans of many strategic initiatives. Completed pilot projects or new ones to be initiated will be tested, as necessary. Evaluations will assess the consistency of pilot program components with the intent of the *United States Patent and Trademark Fee Modernization Act of 2004*, where appropriate, and will incorporate analyses of pilot results against baseline data, critical success factors, and recommendations for full implementation.

Crosscutting Activities: Within the Department of Commerce, the USPTO provides support to the International Trade Administration (ITA) at international negotiations on intellectual property rights and advises ITA on patent and trademark issues. The USPTO also works with the Department of State and U.S. Missions abroad in the implementation of IP-focused programs.

P000399

**Exhibit 5**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
SUMMARY OF RESOURCE REQUIREMENTS
(Dollar amounts in thousands)

| | Full-Time Permanent Positions | FTE | Direct Obligations |
|---|---|---|---|
| 2006 Enacted | | | |
| Total Obligations................................................................. | 8,198 | 7,875 | $1,688,286 |
| Less: Reimbursable Obligations.......................................... | 0 | 0 | (5,200) |
| 2006 Enacted Direct Obligations........................................ | 8,198 | 7,875 | $1,683,086 |
| Plus: 2007 Adjustments to base......................................... | 0 | 282 | 70,226 |
| 2007 Base Request............................................................. | 8,198 | 8,157 | $1,753,312 |
| Less or plus: 2007 Program Changes................................... | 799 | 400 | 89,654 |
| 2007 Presidents Budget...................................................... | 8,997 | 8,557 | $1,842,966 |

P000400

Exhibit 5

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**SUMMARY OF REQUIREMENTS BY BUSINESS AREAS**
(Dollar amounts in thousands)

| Business Areas: | | 2005 Actuals | | 2006 Enacted | | 2007 Base | | 2007 President's Budget | | Increase / (Decrease) From 2007 Base | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Personnel | Amount | Personnel | Amount | Personnel | Amount | Personnel | Amount | Personnel | Amount |
| Patents | Pos./BA | 6,501 | $1,324,025 | 7,273 | $1,493,674 | 7,273 | $1,556,393 | 7,982 | $1,640,421 | 709 | $84,028 |
| | FTE/Obl | 6,020 | 1,319,017 | 6,996 | 1,510,699 | 7,207 | | 7,582 | | 375 | |
| Trademarks | Pos./BA | 870 | 190,095 | 925 | 189,412 | 925 | 196,919 | 1,015 | 202,545 | 90 | 5,626 |
| | FTE/Obl | 805 | 189,375 | 879 | 190,315 | 950 | | 975 | | 25 | |
| Total United States Patent and Trademark Office | Pos./BA | 7,371 | $1,514,120 | 8,198 | $1,683,086 | 8,198 | $1,753,312 | 8,997 | $1,842,966 | 799 | $89,654 |
| | FTE/Obl | 6,825 | 1,508,392 | 7,875 | 1,701,014 | 8,157 | | 8,557 | | 400 | |
| Less: Financing from Offsetting Collections | BA | | 1,514,120 | | 1,683,086 | | 1,753,312 | | 1,842,966 | | 89,654 |
| | Obl. | | 1,508,392 | | 1,701,014 | | 0 | | | | |
| Less: Rescission of Unobligated Balances | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 0 | | 0 | | | | | | |
| Less: Portion not Available for Obligation CY (limitation on obligations) | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 0 | | 0 | | | | | | |
| Less: Prior Year Unobligated Balance Brought Forward | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 2,363 | | 5,728 | | | | | | |
| Less: Estimated Recoveries of Prior Year Obligations | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 7,543 | | 12,200 | | | | | | |
| Financing from Direct Appropriated Funds | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 0 | | 0 | | | | | | |
| Total Appropriation | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 0 | | 0 | | | | | | |
| Plus/Less: Change in Offsetting Collections (unavailable balances) | BA | | 0 | | 0 | | 0 | | 0 | | 0 |
| | Obl. | | 0 | | 0 | | | | | | |
| Total Budget Authority | BA | | $0 | | $0 | | $0 | | $0 | | $0 |

53

P000401

Exhibit 6

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**SUMMARY OF REIMBURSABLE OBLIGATIONS**
(Dollar amounts in thousands)

| Business Areas: | | 2005 Actuals | | 2006 Enacted | | 2007 Base | | 2007 President's Budget | | Increase / (Decrease) From 2007 Base | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| Patents | BA | 0 | $4,884 | 0 | $4,586 | 0 | $4,586 | 0 | $3,969 | 0 | (617) |
| | Obl. | 0 | 0 | 0 | | | | | | | |
| Trademarks | BA | 0 | $654 | 0 | $614 | 0 | $614 | 0 | $531 | 0 | (83) |
| | Obl. | 0 | 0 | 0 | | | | | | | |
| Total United States Patent and Trademark Office | BA | 0 | $5,538 | 0 | $5,200 | 0 | $5,200 | 0 | $4,500 | 0 | (700) |
| | Obl. | 0 | 0 | 0 | | | | | | | |

54

P000402

Exhibit 7

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**SUMMARY OF FINANCING**
(Dollar amounts in thousands)

|  | 2005 Actuals | 2006 Enacted | 2007 Base Amount | 2007 Presidents Budget | Increase/ (Decrease) From 2007 Base |
|---|---|---|---|---|---|
| **Obligations:** |  |  |  |  |  |
| Total direct obligations............................. | $1,508,392 | $1,683,086 | $1,753,312 | $1,842,966 | $89,654 |
| Total reimbursable obligations................... | 5,538 | 5,200 | 5,200 | 4,500 | (700) |
| Total obligations:.................................... | $1,513,930 | $1,688,286 | $1,758,512 | $1,847,466 | $88,954 |
| **Financing:** |  |  |  |  |  |
| Offsetting collections from: |  |  |  |  |  |
| Reimbursable obligations........................... | (5,538) | (5,200) | (5,200) | (4,500) | 700 |
| Non-Federal sources/User fee collections....... | (1,514,120) | (1,683,086) | (1,753,312) | (1,842,966) | (89,654) |
| Subtotal | ($1,519,658) | ($1,688,286) | ($1,758,512) | ($1,847,466) | ($88,954) |
| Recoveries: |  |  |  |  |  |
| Prior year obligations............................... | (7,543) | 0 | 0 | 0 | 0 |
| Unobligated balance, start of year................ | (2,363) | 0 | 0 | 0 | 0 |
| Unobligated balance, end of year................. | 2,764 | 0 | 0 | 0 | 0 |
| Unavailable offsetting collections (limitations on obligations)........... | 2,965 | 0 | 0 | 0 | 0 |
|  | ($4,177) | 0 | 0 | 0 | 0 |
| Net change............................................. | ($9,905) | $0 | 0 | 0 | 0 |
| Financing from direct appropriated funds......... |  |  |  |  |  |
| Total net appropriation............................. | ($9,905) | $0 | 0 | 0 | 0 |

P000403

Exhibit 8

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**ADJUSTMENTS TO BASE**
(Dollar amounts in thousands)

| | FTE | Amount |
|---|---|---|
| **OTHER COST CHANGES** | | |
| 2006 Pay Raise | | 5,611 |
| 2007 Pay Raise | | 13,517 |
| Full-year cost in 2007 for positions financed for part-year in 2006 | 282 | 20,731 |
| Within-grade step increases | | 8,646 |
| Civil Service Retirement System (CSRS) | | (822) |
| Federal Employees Retirement System (FERS) | | 4,192 |
| Thrift Savings Plan | | 235 |
| Federal Insurance Contribution Act (FICA) - OASDI | | 1,311 |
| Health insurance | | 3,547 |
| Travel | | 1 |
| Rental payments to GSA | | 1,561 |
| Printing and reproduction | | 1,679 |
| General Pricing Level Adjustment | | 10,017 |
| **TOTAL ADJUSTMENTS TO BASE** | 282 | 70,226 |

56

P000404

**Exhibit 9**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| 2006 Pay Raise | | 5,611 |

Full Year of 2006 pay increase and related costs

A pay raise of 3.44% is to be effective January 1, 2006.

| | Amount |
|---|---|
| Total cost in 2006 of 2006 pay increase........................................................... | 22,442,560 |
| Less amount funded in 2006........................................................................... | -16,831,920 |
| Less amount absorbed.................................................................................... | 0 |
| Amount requested in 2007 to provide full-year cost of 2006 pay increase............... | 5,610,640 |
| Total cost of Working Capital Find increase....................................................... | 0 |
| Less amount funded in 2006........................................................................... | 0 |
| Total, adjustment for 2006 pay increase........................................................... | 5,610,640 |

| | FTE | Amount |
|---|---|---|
| 2007 Pay Raise | | 13,517 |

A general pay raise of 2.3% is assumed to be effective January 1, 2007.

| | Amount |
|---|---|
| Total cost in 2007 of pay increase................................................................... | 13,517,000 |
| Less amount absorbed in FY 2006.................................................................... | 0 |
| Amount requested for 2007 pay increase........................................................... | 13,517,000 |
| Payment to Working Capital Fund.................................................................... | 0 |
| Total, adjustment for 2007 pay increase........................................................... | 13,517,000 |

P000405

**Exhibit 9**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| Full-year cost in 2007 of positions financed for part-year in 2006 | 282 | 20,731 |

An increase of $20,730,860 is required to fund the full-year cost in 2007 of positions financed for part-year in 2006. The computation follows:

| | FTE | Amount |
|---|---|---|
| Annual salary of new positions in 2006 | 588 | 33,015,330 |
| 2006 Pay Raise | 0 | 1,135,727 |
| Less 5 percent lapse | -29 | -1,688,734 |
| Full-year cost of personnel compensation | 559 | 32,462,323 |
| Less personnel compensation in 2006 | -277 | -16,122,741 |
| Cost of personnel compensation in 2007 | 282 | 16,339,582 |
| Adjustment for 2006 pay raise (3.44% x .75 x $15,963,207) | 0 | 411,851 |
| Amount required for personnel compensation | 0 | 16,751,433 |
| Benefits | 0 | 3,979,427 |
| Total adjustment-to-base | 282 | 20,730,860 |

P000406

**Exhibit 9**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

|  | FTE | Amount |
|---|---|---|
| Within-grade step increases |  | 8,646 |

An increase of $8,646,350 is required to cover the cost of within-grade step increases.  This estimate reflects the net cost of step increases including merit pay increases which will be earned in 2007.

| | |
|---|---:|
| Estimated number of within-grade step increases......................................................... | 3,610 |
| Step increases not earned due to turnover (6.7% x 3,610)................................... | 242 |
| Average step above step 1 per separation............................................................. | 3 |
| Average cost per within-grade step increase......................................................... | 2,507 |
| Gross cost of scheduled step increase (3,610 x $2,507)................................... | 9,050,270 |
| Less savings due to separations ($2,507 x 242 x 3)................................... | -1,820,082 |
|   Subtotal, personnel compensation............................................................ | 7,230,188 |
| Benefits............................................................................................ | 1,416,162 |
| Total adjustment-to-base...................................................................... | 8,646,350 |

P000407

Exhibit 9

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| | | (822) |

Civil Service Retirement System (CSRS)

The number of employees covered by the Civil Service Retirement
System (CSRS) continues to drop as positions become vacant and are
filled by employees who are covered by the Federal Employees
Retirement System (FERS). The estimated percentage of payroll for
employees covered by CSRS will drop from 11.80% in 2006 to 10.00%
in 2007 for regular employees. The contribution rate of 7.0% will remain
the same from FY 2006 to FY 2007 for regular employees.

Regular:
| | | |
|---|---|---|
| 2007 | $652,400,000 x .100 x .070............................................................................ ............... | 4,566,800 |
| 2006 | $652,400,000 x .118 x .070............................................................................ ............... | -5,388,824 |
| | Total adjustment-to-base................................................................................ ............... | -822,024 |

P000408

Exhibit 9

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| Federal Employees Retirement System (FERS) | | 4,192 |

The number of employees covered by FERS continues to rise as employees covered by CSRS leave and are replaced by employees covered by FERS. The estimated percentage of payroll for employees covered by FERS will rise from 88.20% in 2006 to 90.00% in 2007 for regular employees. The contribution rate will rise from 10.7% in 2006 to 11.20% in 2007 for regular employees.

Regular:
| | | |
|---|---|---|
| 2007  $652,400,000 x .900 x .112.................................................................... | | 65,761,920 |
| 2006  $652,400,000 x .882 x .107.................................................................... | | -61,569,598 |
| Total adjustment-to-base.................................................................... | | 4,192,322 |

| | FTE | Amount |
|---|---|---|
| Thrift Savings Plan (TSP) | | 235 |

The cost of agency contributions to the Thrift Savings Plan will also rise as FERS participation increases. The contribution rate is expected to remain at 2.0% from 2006 to 2007.

Regular:
| | | |
|---|---|---|
| 2007  $652,400,000 x .900 x .02.................................................................... | | 11,743,200 |
| 2006  $652,400,000 x .882 x .02.................................................................... | | -11,508,336 |
| Total adjustment-to-base.................................................................... | | 234,864 |

P000409

**Exhibit 9**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| Federal Insurance Contribution Act (FICA) | | 1,311 |

As the percentage of payroll covered by FERS rises, the cost of OASDI contributions will increase.  In addition, the maximum salary subject to OASDI will be raised from $92,175 in 2006 to $96,150 in 2007.  The OASDI tax rate will remain 6.2% in 2007.

Regular:
| | | |
|---|---|---|
| 2007  $652,400,000 x .900 x .962 x .062............................................................... ............... | | 34,947,763 |
| 2006  $652,400,000 x .882 x .946 x .062............................................................... ............... | | -33,749,346 |
| Subtotal................................................................................ ............... | | 1,198,417 |

Other:
| | | |
|---|---|---|
| 2007  $61,257,000 x .900 x .962 x .062............................................................... ............... | | 3,281,415 |
| 2006  $61,257,000 x .882 x .946 x .062............................................................... ............... | | -3,168,890 |
| Subtotal................................................................................ ............... | | 112,525 |

Total adjustment-to-base.................................................................... ............... | | 1,310,942

| | FTE | Amount |
|---|---|---|
| Health Insurance | | 3,547 |

Effective January 2005, PTO's contribution to Federal employees' health insurance premiums increased by 9.0%. Applied against the 2006 estimate of $39,416,000 the amount of increase is $3,547,440.

P000410

Exhibit 9

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

| | FTE | Amount |
|---|---|---|
| Travel | | 1 |

Effective February 4, 2005, changes to the federal travel regulations increased the reimbursement rate for privately owned vehicles from 37.5 cents to 40.5 cents. This percentage increase of 8% was applied to the 2006 estimate of $12,000 to arrive at a increase of $960.

| | FTE | Amount |
|---|---|---|
| Rental Payments to GSA | | 1,561 |

GSA rates are projected to increase 1.5% in 2007.  This percentage was applied to the 2006 estimate of $104,057,000 to arrive at an increase of $1,560,855.

| | FTE | Amount |
|---|---|---|
| GPO Printing | | 1,679 |

GPO has provided an estimated rate increase of 1.80%.  This percentage was applied as follows.

Other GPO Printing:  The percentage was applied to the 2006 estimate of $812,000 to arrive at an increase of $14,616................................................................ ...............    14,616

Trademark GPO Printing:  The percentage was applied to the 2006 estimate of $1,170,000 to arrive at an increase of $21,060................................................................ ...............    21,060

Patent GPO Printing:  The percentage was applied to the 2006 estimate of $91,316,000 to arrive at an increase of $1,643,688............................................... ...............    1,643,688

Total  GPO Printing adjustments-to-base.......................................................... ...............    1,679,364

P000411

**Exhibit 9**

**DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Salaries and Expenses
**JUSTIFICATION OF ADJUSTMENTS TO BASE**
(Dollars in thousands)

|  | FTE | Amount |
|---|---|---|
| General Pricing Level Adjustment |  | 10,017 |

This request applies to OMB economic assumptions for 2007 to sub-object classes where the prices that the Government pays are established through the market system.  Factors are applied to transportation of things ($14,922) rental paymemnts to others ($131,274);  communications, utilities, miscellaneous charges (excluding postage) ($506,268);  other services (excluding NARA) ($7,674,030); supplies and materials ($300,546); and equipment ($1,389,492).

| Total, adjustments-to-base | 282 | 70,226 |
|---|---|---|

P000412

Exhibit 16

| Object Class Title: | FY 2006 Approp Budget | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|
| Full-Time Equivalent Employment: | | | | | | | |
| Full-Time Permanent | 7,777 | 7,777 | 282 | 8,059 | 400 | 8,459 | 400 |
| Other Than Full-Time Permanent | 98 | 98 | 0 | 98 | 0 | 98 | 0 |
| Total Full-Time Equivalent Employment | 7,875 | 7,875 | 282 | 8,157 | 400 | 8,557 | 400 |
| | | | | | | | |
| Authorized Positions: | | | | | | | |
| Full-Time Permanent | 8,038 | 8,038 | 0 | 8,038 | 799 | 8,837 | 799 |
| Other Than Full-Time Permanent | 160 | 160 | 0 | 160 | 0 | 160 | 0 |
| Total Authorized Positions | 8,198 | 8,198 | 0 | 8,198 | 799 | 8,997 | 799 |

P000413

Exhibit 16

| Object Class | Object Class Title: | FY 2005 Actual | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|---|
| | Personnel Compensation: | | | | | | | |
| 11.1 | Full-Time Permanent Compensation................................................ | 559,947 | 629,043 | 39,474 | 668,517 | 44,821 | 713,338 | 44,821 |
| 11.3 | Other Than Full-Time Permanent Compensation.......................... | 6,416 | 6,286 | 216 | 6,502 | 0 | 6,502 | 0 |
| 11.5 | Other Personnel Compensation...................................................... | 41,416 | 58,462 | 0 | 58,462 | 7,318 | 65,780 | 7,318 |
| | Total Personnel Compensation.................................................. | 607,779 | 693,791 | 39,690 | 733,481 | 52,139 | 785,620 | 52,139 |
| 12.0 | Personnel Benefits........................................................................... | 192,796 | 211,055 | 17,278 | 228,333 | 12,191 | 240,524 | 12,191 |
| 13.0 | Benefits for Former Personnel........................................................ | 165 | 1,000 | 0 | 1,000 | (1,000) | 0 | (1,000) |
| 14.0 | Salary Payments from Imprest......................................................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21.0 | Travel and Transportation of Persons............................................. | 6,922 | 11,268 | 1 | 11,269 | 1,262 | 12,531 | 1,262 |
| 22.0 | Transportation of Things.................................................................. | 620 | 829 | 15 | 844 | (49) | 795 | (49) |
| 23.1 | Rental Payments to GSA................................................................... | 95,647 | 104,057 | 1,561 | 105,618 | (6,081) | 99,537 | (6,081) |
| 23.2 | Rental Payments to Others.......................................................... 0 | 8,600 | 7,293 | 131 | 7,424 | 0 | 7,424 | 0 |
| 23.3 | Communications, Utilities, and Misc. Charges................................. | 29,479 | 40,069 | 506 | 40,575 | (9,721) | 30,854 | (9,721) |
| 24.0 | Printing and Reproduction................................................................ | 73,390 | 93,298 | 1,679 | 94,977 | (21,331) | 73,646 | (21,331) |
| 25.1 | Advisory and Assistance Services.................................................... | 13,253 | 11,192 | 201 | 11,393 | 0 | 11,393 | 0 |
| 25.2 | Other Services.................................................................................. | 382,768 | 409,501 | 7,452 | 416,953 | 64,201 | 481,154 | 64,201 |
| 25.3 | Purchase of Goods and Services from Gov't Accounts..................... | 24,559 | 5,842 | 21 | 5,863 | 1,883 | 7,746 | 1,883 |
| 26.0 | Supplies and Materials...................................................................... | 11,475 | 16,697 | 301 | 16,998 | (2,529) | 14,469 | (2,529) |
| 31.0 | Equipment......................................................................................... | 80,932 | 77,194 | 1,390 | 78,584 | (1,311) | 77,273 | (1,311) |
| 32.0 | Lands and Structures........................................................................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 42.0 | Insurance Claims and Indemnities................................................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 43.0 | Interest and Dividends...................................................................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total Direct Obligations.............................................................. | 1,508,392 | 1,683,086 | 70,226 | 1,753,312 | 89,654 | 1,842,966 | 89,654 |
| | Less: Financing from Offsetting Collections................................ 0 | 0 | 0 | 70,226 | 1,753,312 | 0 | 1,842,966 | 89,654 |
| | Less: Portion not Available for Obligation (limitation on obligations)........ 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Less: Unobligated balance, EOY..................................................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Less: Prior Year Unobligated Balance Brought Forward.................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Less: Recoveries of Prior Year Obligations/Parking Fee Reimb...... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Financing/(Rescission) from Direct Appropriated Funds.................. | 1,508,392 | 1,683,086 | 0 | 0 | 89,654 | 0 | 0 |
| | Total Appropriation..................................................................... | 1,508,392 | 1,683,086 | 0 | 0 | 89,654 | 0 | 0 |
| | Total Budget Authority................................................................ | 1,508,392 | 1,683,086 | 0 | 0 | 89,654 | 0 | 0 |

P000414

Exhibit 17

| Object Class | Object Class Title: | FY 2006 Approp Budget | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|---|
| 11 | Personnel Compensation: | | | | | | | |
| 11.1 | Full-Time Permanent Positions: | | | | | | | |
| | Executive Level | 152 | 152 | 7 | 159 | 0 | 159 | 0 |
| | Senior Executive Service | 7,664 | 7,664 | 396 | 8,060 | 0 | 8,060 | 0 |
| | General Schedule | 627,577 | 607,363 | 38,491 | 645,854 | 44,187 | 690,041 | 44,187 |
| | Wage Board | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Patent Appeals Examiners (P.L. 82-593) | 11,387 | 11,387 | 476 | 11,863 | 532 | 12,395 | 532 |
| | Trademark Appeals Examiners (P.L. 98-622) | 2,477 | 2,477 | 104 | 2,581 | 102 | 2,683 | 102 |
| | Total, Full-Time Permanent Positions | 649,257 | 629,043 | 39,474 | 668,517 | 44,821 | 713,338 | 44,821 |
| 11.3 | Positions Other Than Full-Time Permanent: | | | | | | | |
| | General Schedule | 5,980 | 5,980 | 205 | 6,185 | 0 | 6,185 | 0 |
| | Wage Board | 256 | 256 | 9 | 265 | 0 | 265 | 0 |
| | Intermittent | 50 | 50 | 2 | 52 | 0 | 52 | 0 |
| | Total, Positions Other Than FT Permanent | 6,286 | 6,286 | 216 | 6,502 | 0 | 6,502 | 0 |
| 11.5 | Other Personnel Compensation: | | | | | | | |
| | Overtime | 24,778 | 24,778 | 0 | 24,778 | 4,153 | 28,931 | 4,153 |
| | Night Differential - Premium Pay | 15 | 15 | 0 | 15 | 0 | 15 | 0 |
| | Awards | 33,669 | 33,669 | 0 | 33,669 | 3,165 | 36,834 | 3,165 |
| | Total, Other Personnel Compensation | 58,462 | 58,462 | 0 | 58,462 | 7,318 | 65,780 | 7,318 |
| 11.9 | Total Personnel Compensation | 714,005 | 693,791 | 39,690 | 733,481 | 52,139 | 785,620 | 52,139 |
| 12.0 | Civilian Personnel Benefits: | | | | | | | |
| | Civil Service Retirement | 8,052 | 8,052 | (665) | 7,387 | 0 | 7,387 | 0 |
| | Federal Employee Retirement System (FERS) | 56,086 | 56,086 | 8,189 | 64,275 | 4,313 | 68,588 | 4,313 |
| | Thrift Plan Contributions | 21,738 | 21,738 | 965 | 22,703 | 1,524 | 24,227 | 1,524 |
| | Federal Insurance Contributions Act (FICA) | 31,092 | 31,092 | 3,413 | 34,505 | 2,316 | 36,821 | 2,316 |
| | Medicare | 10,395 | 10,395 | 538 | 10,933 | 734 | 11,667 | 734 |
| | Health Insurance | 39,416 | 39,416 | 4,752 | 44,168 | 2,964 | 47,132 | 2,964 |
| | Life Insurance | 1,303 | 1,303 | 73 | 1,376 | 92 | 1,468 | 92 |
| | Post-retirement life and health benefits | 39,000 | 39,000 | 0 | 39,000 | 0 | 39,000 | 0 |
| | OWC Payments | (77) | (77) | 0 | (77) | 0 | (77) | 0 |
| | Flexible Spending Account | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Prof Liability Insurance | | 3 | 0 | 3 | 0 | 3 | 0 |
| | Prompt Payment Act Interest | | 0 | 0 | 0 | 0 | 0 | 0 |
| | Transportation Subsidy | 3,695 | 3,695 | 12 | 3,707 | 248 | 3,955 | 248 |
| | Recruitment Allowance | 341 | 341 | 1 | 342 | 0 | 342 | 0 |
| | Retention Allowance | 11 | 11 | 0 | 11 | 0 | 11 | 0 |
| | Total, Civilian Personnel Benefits | 211,055 | 211,055 | 17,278 | 228,333 | 12,191 | 240,524 | 12,191 |
| 13.0 | Benefits for Former Personnel | 1,000 | 1,000 | 0 | 1,000 | (1,000) | 0 | (1,000) |

P000415

Exhibit 17

| Object Class | Object Class Title: | FY 2006 Approp Budget | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|---|
| 21.0 | Travel and Transportation of Persons: | | | | | | | |
| | Transportation - Domestic.................... | 1,257 | 1,257 | 0 | 1,257 | 0 | 1,257 | 0 |
| | Transportation - International............... | 3,219 | 3,219 | 0 | 3,219 | 1,262 | 4,481 | 1,262 |
| | Local Travel.................................. | 6,309 | 6,309 | 0 | 6,309 | 0 | 6,309 | 0 |
| | Relocation Travel............................. | 288 | 288 | 0 | 288 | 0 | 288 | 0 |
| | Per Diem Allowances........................... | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Examiner Eduction - Domestic.................. | 12 | 12 | 0 | 12 | 0 | 12 | 0 |
| | Examiner Eduction - International............. | | 6 | 0 | 6 | 0 | 6 | 0 |
| | Rental Car Expenses........................... | 43 | 43 | 0 | 43 | 0 | 43 | 0 |
| | Privately-Owned Automobiles................... | 12 | 12 | 1 | 13 | 0 | 13 | 0 |
| | Rental of GSA Vehicles........................ | 122 | 122 | 0 | 122 | 0 | 122 | 0 |
| | Total, Travel and Transportation of Persons.... | 11,268 | 11,268 | 1 | 11,269 | 1,262 | 12,531 | 1,262 |
| 22.0 | Transportation of Things: | | | | | | | |
| | Freight Charges............................... | 51 | 51 | 1 | 52 | (22) | 30 | (22) |
| | Transportation of Household Goods............. | | 0 | 0 | 0 | 0 | 0 | 0 |
| | Parcel Post................................... | 751 | 751 | 14 | 765 | 0 | 765 | 0 |
| | Other......................................... | 27 | 27 | 0 | 27 | (27) | 0 | (27) |
| | Total, Transportation of Things ............... | 829 | 829 | 15 | 844 | (49) | 795 | (49) |
| 23.1 | Rental Payments to GSA........................ | 104,057 | 104,057 | 1,561 | 105,618 | (6,081) | 99,537 | (6,081) |
| 23.2 | Rental Payments to Others..................... | 7,293 | 7,293 | 131 | 7,424 | 0 | 7,424 | 0 |
| 23.3 | Communications, Utilities, and Misc. Charges: | | | | | | | |
| | Rental of IT Equipment........................ | 18,813 | 18,813 | 339 | 19,152 | (4,816) | 14,336 | (4,816) |
| | Rental of Office Copying Equipment............ | 136 | 136 | 1 | 137 | (75) | 62 | (75) |
| | Other Equipment Rental........................ | 84 | 84 | 2 | 86 | (47) | 39 | (47) |
| | Federal Telecommunications Systems............ | 2,722 | 2,722 | 0 | 2,722 | (2,572) | 150 | (2,572) |
| | Telecommunications Systems.................... | 6,343 | 6,343 | 114 | 6,457 | (2,845) | 3,612 | (2,845) |
| | Postal Services by USPS....................... | 9,221 | 9,221 | 0 | 9,221 | (2,900) | 6,321 | (2,900) |
| | Utilities Services............................ | 2,750 | 2,750 | 50 | 2,800 | 3,534 | 6,334 | 3,534 |
| | Total, Comm, Utilities, and Misc. Charges ..... | 40,069 | 40,069 | 506 | 40,575 | (9,721) | 30,854 | (9,721) |

P000416

Exhibit 17

| Object Class | Object Class Title: | FY 2006 Approp Budget | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|---|
| 24.0 | Printing and Reproduction: | | | | | | | |
| | Patent Printing | 91,316 | 91,316 | 1,644 | 92,960 | (21,331) | 71,629 | (21,331) |
| | Trademark Printing | 1,170 | 1,170 | 21 | 1,191 | 0 | 1,191 | 0 |
| | General Printing | 413 | 413 | 0 | 413 | 0 | 413 | 0 |
| | Publications | 78 | 78 | 0 | 78 | 0 | 78 | 0 |
| | Binding-OPS | 71 | 71 | 0 | 71 | 0 | 71 | 0 |
| | Other Printing | 250 | 250 | 14 | 264 | 0 | 264 | 0 |
| | Total, Printing and Reproduction | 93,298 | 93,298 | 1,679 | 94,977 | (21,331) | 73,646 | (21,331) |
| 25.1 | Advisory and Assistance Services: | | | | | | | |
| | Management & Professional Support Services | 11,192 | 11,192 | 201 | 11,393 | 0 | 11,393 | 0 |
| | Studies, Analyses, & Evaluation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Engineering & Technical Services | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Subtotal | 11,192 | 11,192 | 201 | 11,393 | 0 | 11,393 | 0 |
| 25.2 | Other Services: | | | | | | | |
| | Training: | | | | | | | |
| | University | 4,240 | 4,240 | 76 | 4,316 | 1,073 | 5,389 | 1,073 |
| | Other | 9,736 | 9,736 | 175 | 9,911 | 2,465 | 12,376 | 2,465 |
| | Exhibits and Displays | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Install/Reconfigure Existing Systems | 2,169 | 2,169 | 39 | 2,208 | 549 | 2,757 | 549 |
| | Non-IT Maintenance and Repair Services | 2,892 | 2,892 | 52 | 2,944 | 732 | 3,676 | 732 |
| | Operation and Maintenance of Facilities | 1,366 | 1,366 | 25 | 1,391 | 346 | 1,737 | 346 |
| | IT Maintenance and Repair Services | 11,947 | 11,947 | 215 | 12,162 | 3,025 | 15,187 | 3,025 |
| | Building Repairs & Alterations - NonCapitalized | 1,204 | 1,204 | 22 | 1,226 | 305 | 1,531 | 305 |
| | IT Operation Support Services | 109,094 | 109,094 | 1,964 | 111,058 | 17,620 | 128,678 | 17,620 |
| | IT Timesharing Services | 29,117 | 29,117 | 524 | 29,641 | 5,472 | 35,113 | 5,472 |
| | Other Contractual Services | 1,462 | 1,462 | 26 | 1,488 | 370 | 1,858 | 370 |
| | Miscellaneous Goods and Services Non-IT | 17,679 | 17,679 | 318 | 17,997 | 2,476 | 20,473 | 2,476 |
| | Non-IT Operation Support Services | 218,595 | 218,595 | 4,016 | 222,611 | 29,768 | 252,379 | 29,768 |
| | Subtotal | 409,501 | 409,501 | 7,452 | 416,953 | 64,201 | 481,154 | 64,201 |

P000417

Exhibit 17

| Object Class | Object Class Title: | FY 2006 Approp Budget | FY 2006 Enacted Budget | FY 2007 Adjust. To Base | FY 2007 Base | FY 2007 Program Changes | FY 2007 Budget Estimate | FY 2007 Increase (Decrease) |
|---|---|---|---|---|---|---|---|---|
| 25.3 | Purchase of Goods and Services from Gov't Accounts: | | | | | | | |
| | Office of Personnel Management Training........................ | 54 | 54 | 1 | 55 | 0 | 55 | 0 |
| | Government Services.................................................. | 834 | 834 | 15 | 849 | 1,883 | 2,732 | 1,883 |
| | Executive Development and Leadership Training................ | 254 | 254 | 5 | 259 | 0 | 259 | 0 |
| | National Archives and Records Administration (NARA)........ | 400 | 400 | 0 | 400 | 0 | 400 | 0 |
| | Payment to GA, WCF.................................................. | 4,300 | 4,300 | 0 | 4,300 | 0 | 4,300 | 0 |
| | Subtotal.................................................................. | 5,842 | 5,842 | 21 | 5,863 | 1,883 | 7,746 | 1,883 |
| 26.0 | Supplies and Materials: | | | | | | | |
| | Office Supplies........................................................... | 253 | 253 | 5 | 258 | (38) | 220 | (38) |
| | GSA Supplies............................................................. | 764 | 764 | 14 | 778 | (116) | 662 | (116) |
| | IT Supplies................................................................ | 905 | 905 | 16 | 921 | (137) | 784 | (137) |
| | Toner Supplies........................................................... | 2,226 | 2,226 | 40 | 2,266 | (337) | 1,929 | (337) |
| | Other Supplies........................................................... | 4,107 | 4,107 | 74 | 4,181 | (622) | 3,559 | (622) |
| | Books and Periodicals.................................................. | 5,878 | 5,878 | 106 | 5,984 | (890) | 5,094 | (890) |
| | Copier Paper.............................................................. | 2,564 | 2,564 | 46 | 2,610 | (389) | 2,221 | (389) |
| | Total, Supplies and Materials........................................ | 16,697 | 16,697 | 301 | 16,998 | (2,529) | 14,469 | (2,529) |
| 31.0 | Equipment: | | | | | | | |
| | Capital Leases........................................................... | 2,357 | 2,357 | 42 | 2,399 | (40) | 2,359 | (40) |
| | Internal Use Software in Progress (Capitalized)................. | 5,817 | 5,817 | 105 | 5,922 | (100) | 5,822 | (100) |
| | Hardware for Internal Use Software in Progress (Non-Capitalized)........ | 13,137 | 13,137 | 236 | 13,373 | (223) | 13,150 | (223) |
| | IT Equipment (Capitalized)............................................ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | IT Equipment (Non-Capitalized)..................................... | 26,617 | 26,617 | 479 | 27,096 | (452) | 26,644 | (452) |
| | Internal Use Software (Capitalized)................................. | 1,680 | 1,680 | 30 | 1,710 | (29) | 1,681 | (29) |
| | IT Software (Non-Capitalized)........................................ | 17,751 | 17,751 | 320 | 18,071 | (301) | 17,770 | (301) |
| | IT Software (Expensed)................................................ | 104 | 104 | 2 | 106 | (2) | 104 | (2) |
| | Furniture and Fixtures (Capitalized)................................ | 6,442 | 6,442 | 116 | 6,558 | (109) | 6,449 | (109) |
| | Furniture and Fixtures (Non-Capitalized).......................... | 1,439 | 1,439 | 26 | 1,465 | (24) | 1,441 | (24) |
| | Office Equipment/Telecommunications (Capitalized)........... | 654 | 654 | 12 | 666 | (11) | 655 | (11) |
| | Office Equipment/Telecommunications (Non-Capitalized)...... | 1,196 | 1,196 | 22 | 1,218 | (20) | 1,198 | (20) |
| | Total, Equipment........................................................ | 77,194 | 77,194 | 1,390 | 78,584 | (1,311) | 77,273 | (1,311) |
| 32.0 | Leasehold Improvements Capitalized............................... | | 0 | 0 | 0 | 0 | 0 | 0 |
| 42.0 | Insurance Claims and Indemnities.................................. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 43.0 | Interest and Dividends................................................. | | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total Direct Obligations............................................... | 1,703,300 | 1,683,086 | 70,226 | 1,753,312 | 89,654 | 1,842,966 | 89,654 |

P000418