UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> - against - <br><br> JON W. DUDAS, et al., <br><br> Defendants. | 1:07cv846 JCC/TRJ |
| SMITHKLINE BEECHAM CORPORATION, et al., <br><br> Plaintiff, <br><br> - against - <br><br> JON W. DUDAS, et al., <br><br> Defendants. | 1:07cv1008 (JCC/TRJ) <br> (consolidated) <br> Judge Cacheris |

***NOTICE OF SUBMISSION OF EXHIBITS 13-20 TO BRIEF OF AMICI
POLESTAR CAPITAL AND NORSEMAN GROUP
IN SUPPORT OF PLAINTIFFS***

Respectfully submitted,

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and
the Norseman Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of December 2007, I electronically filed in the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

/s/_____
Craig J. Franco, Esquire
ODIN, FELDMAN & PITTLEMAN, P.C.
Virginia State Bar No. 41449
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
Telephone:  703-218-2302
Facsimile: 703-218-2160
craig.franco@ofplaw.com
*Attorneys for Polestar Capital Associates, LLC and
the Norseman Group, LLC*