# Exhibit 13

**FOIA Reply 06-062 to Cecil Quillen (December 22, 2005)**



### UNITED STATES PATENT AND TRADEMARK OFFICE

GENERAL COUNSEL

DEC 22 2005

Mr. Cecil D. Quillen, Jr.
1875 K Street, NW
Washington, DC 20006

Re: Freedom of Information Act (FOIA) Request No. 06-062

Dear Mr. Quillen:

The Office of the General Counsel received your letter dated November 22, 2005, in which you requested, under the provisions of the Freedom of Information Act, 5 U.S.C. § 552, a copy of: "revised copies of [Patent Refile Data]." Your request was interpreted to be for updates to reports previously released to you in FOIA 05-110.

The United States Patent and Trademark Office identified three pages of documents that are responsive to your request. A copy of this material is enclosed.

The processing costs were less than $20.00, and are waived pursuant to 37 C.F.R. § 102.11(d)(4).

Sincerely,

Robert Fawcett
Program Manager

Enclosure

UPR Filings and Refilings -- 1980+

## Refile Data -- Applications That Claim Priority to, or Continue Prosecution of, Earlier Filed Cases

| Fiscal Year | UPR Filings | Continuations | CPAs | RCEs | R129s | Divisionals | DCPAs | CIPs | Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|
| FY80 | 93,800 | 6,022 | 0 | 0 | 0 | 4,549 | 0 | 4,585 | FY80 |
| FY81 | 107,513 | 8,192 | 0 | 0 | 0 | 5,158 | 0 | 5,743 | FY81 |
| FY82 | 116,731 | 9,097 | 0 | 0 | 0 | 5,839 | 0 | 5,871 | FY82 |
| FY83 | 97,448 | 6,764 | 0 | 0 | 0 | 3,455 | 0 | 5,023 | FY83 |
| FY84 | 109,539 | 9,509 | 0 | 0 | 0 | 4,726 | 0 | 5,903 | FY84 |
| FY85 | 116,427 | 11,882 | 0 | 0 | 0 | 5,174 | 0 | 6,648 | FY85 |
| FY86 | 121,611 | 14,036 | 0 | 0 | 0 | 5,301 | 0 | 7,383 | FY86 |
| FY87 | 126,407 | 15,466 | 0 | 0 | 0 | 5,647 | 0 | 7,745 | FY87 |
| FY88 | 137,069 | 16,923 | 0 | 0 | 0 | 6,546 | 0 | 8,432 | FY88 |
| FY89 | 151,331 | 19,184 | 0 | 0 | 0 | 8,156 | 0 | 9,282 | FY89 |
| FY90 | 163,561 | 19,962 | 0 | 0 | 0 | 8,853 | 0 | 10,222 | FY90 |
| FY91 | 167,715 | 22,346 | 0 | 0 | 0 | 9,382 | 0 | 10,980 | FY91 |
| FY92 | 172,539 | 26,086 | 0 | 0 | 0 | 9,320 | 0 | 11,968 | FY92 |
| FY93 | 174,553 | 28,067 | 0 | 0 | 0 | 9,533 | 0 | 12,690 | FY93 |
| FY94 | 186,123 | 31,750 | 0 | 0 | 0 | 10,570 | 0 | 13,753 | FY94 |
| FY95 | 221,304 | 37,563 | 0 | 0 | 1,612 | 26,272 | 0 | 15,881 | FY95 |
| FY96 | 191,016 | 23,735 | 0 | 0 | 5,016 | 9,833 | 0 | 10,500 | FY96 |
| FY97 | 220,773 | 28,673 | 0 | 0 | 3,737 | 12,537 | 0 | 10,914 | FY97 |
| FY98 | 240,090 | 14,016 | 17,461 | 0 | 2,356 | 11,837 | 396 | 11,288 | FY98 |
| FY99 | 261,013 | 13,239 | 25,258 | 0 | 949 | 13,536 | 314 | 12,257 | FY99 |
| FY2000 | 293,244 | 17,613 | 30,888 | 1,033 | 444 | 15,548 | 260 | 13,764 | FY2000 |
| FY2001 | 326,081 | 21,436 | 22,406 | 12,438 | 206 | 17,799 | 140 | 14,472 | FY2001 |
| FY2002 | 333,688 | 25,601 | 8,978 | 25,677 | 118 | 18,071 | 171 | 14,421 | FY2002 |
| FY2003 | 333,452 | 26,135 | 2,333 | 39,562 | 87 | 19,688 | 36 | 14,566 | FY2003 |
| FY2004 | 355,527 | 27,989 | 0 | 45,945 | 40 | 19,413 | 0 | 14,962 | FY2004 |
| FY2005 | 384,228 | 30,754 | 0 | 54,332 | 8 | 19,131 | 0 | 15,434 | FY2005 |
| FY2006 | 67,165 | 6,067 | 0 | 12,874 | 4 | 3,636 | 0 | 3,045 | FY2006 |

ALL FYs but FY02-FY06 Updated on July 18, 2005. FYs 2002 - 2006 updated December 21, 2005

P000565

| | Current PALM Numbers - NOT Annual Report Numbers | | |
| --- | --- | --- | --- |
| | Abandonments - Not Refiled (CIP-CON) | | |
| FY of Abandonment | No CPA-RCE-R129 & No CIP-CON Parent | CPA-RCE-R129 OR CIP-CON Parent | Total Abandonments w/o Refiling |
| 1980 | No Data | No Data | No Data |
| 1981 | 2,139 | 241 | 2,380 |
| 1982 | 14,256 | 2,142 | 16,398 |
| 1983 | 26,447 | 4,168 | 30,615 |
| 1984 | 30,345 | 4,016 | 34,361 |
| 1985 | 31,127 | 3,909 | 35,036 |
| 1986 | 30,196 | 4,176 | 34,372 |
| 1987 | 26,205 | 4,309 | 30,514 |
| 1988 | 25,196 | 4,303 | 29,499 |
| 1989 | 24,559 | 4,482 | 29,041 |
| 1990 | 25,488 | 4,518 | 30,006 |
| 1991 | 30,637 | 5,485 | 36,122 |
| 1992 | 30,797 | 6,086 | 36,883 |
| 1993 | 31,008 | 6,397 | 37,405 |
| 1994 | 29,579 | 6,473 | 36,052 |
| 1995 | 27,606 | 6,660 | 34,266 |
| 1996 | 27,051 | 6,285 | 33,336 |
| 1997 | 27,054 | 5,987 | 33,041 |
| 1998 | 27,157 | 5,581 | 32,738 |
| 1999 | 30,000 | 6,097 | 36,097 |
| 2000 | 31,520 | 5,109 | 36,629 |
| 2001 | 33,704 | 5,900 | 39,604 |
| 2002 | 42,061 | 6,669 | 48,730 |
| 2003 | 45,834 | 7,481 | 53,315 |
| 2004 | 46,007 | 8,022 | 54,029 |
| 2005 | 39,322 | 7,333 | 46,655 |
| | All FYs Updated 12/21/2005 | | |

| Current PALM Numbers - NOT Annual Report Numbers ||||
| Issue FY | UPR Patent Count | Patents wherein a Parent Patent was Granted | Original UPR Patents |
| --- | --- | --- | --- |
| 1980 | Data Unacceptable |||
| 1981 | 65,191 | 3,244 | 61,947 |
| 1982 | 59,855 | 4,750 | 55,105 |
| 1983 | 55,314 | 4,586 | 50,728 |
| 1984 | 67,218 | 5,561 | 61,657 |
| 1985 | 70,255 | 5,350 | 64,905 |
| 1986 | 71,793 | 5,359 | 66,434 |
| 1987 | 82,639 | 6,194 | 76,445 |
| 1988 | 77,846 | 6,446 | 71,400 |
| 1989 | 96,871 | 8,399 | 88,472 |
| 1990 | 89,561 | 9,157 | 80,404 |
| 1991 | 92,473 | 9,980 | 82,493 |
| 1992 | 100,117 | 11,644 | 88,473 |
| 1993 | 97,391 | 11,548 | 85,843 |
| 1994 | 102,129 | 12,451 | 89,678 |
| 1995 | 102,578 | 13,139 | 89,439 |
| 1996 | 105,529 | 15,582 | 89,947 |
| 1997 | 112,641 | 18,677 | 93,964 |
| 1998 | 140,156 | 20,446 | 119,710 |
| 1999 | 143,682 | 21,172 | 122,510 |
| 2000 | 165,499 | 24,955 | 140,544 |
| 2001 | 170,636 | 26,964 | 143,672 |
| 2002 | 162,215 | 27,602 | 134,613 |
| 2003 | 173,064 | 29,168 | 143,896 |
| 2004 | 170,637 | 27,762 | 142,875 |
| 2005 | 152,087 | 25,688 | 126,399 |
| All FYs updated 12/21/2005. ||||