UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>                    Plaintiff,<br><br>    - against -<br><br>JON W. DUDAS, et al.,<br><br>                    Defendants. | 1:07cv846 JCC/TRJ |
| SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>                    Plaintiff,<br><br>    - against -<br><br>JON W. DUDAS, et al.,<br><br>                    Defendants. | 1:07cv1008 (JCC/TRJ)<br>(consolidated)<br>Judge Cacheris |

*NOTICE OF SUBMISSION OF EXHIBITS 21-27 TO BRIEF OF AMICI*
*POLESTAR CAPITAL AND NORSEMAN GROUP*
*IN SUPPORT OF PLAINTIFFS*

        Respectfully submitted,

        /s/_____
        Craig J. Franco, Esquire
        ODIN, FELDMAN & PITTLEMAN, P.C.
        Virginia State Bar No. 41449
        9302 Lee Highway, Suite 1100
        Fairfax, VA 22031
        Telephone: 703-218-2302
        Facsimile: 703-218-2160
        craig.franco@ofplaw.com
        *Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 27th day of December 2007, I electronically filed in the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

        /s/_____
        Craig J. Franco, Esquire
        ODIN, FELDMAN & PITTLEMAN, P.C.
        Virginia State Bar No. 41449
        9302 Lee Highway, Suite 1100
        Fairfax, VA 22031
        Telephone: 703-218-2302
        Facsimile: 703-218-2160
        craig.franco@ofplaw.com
        *Attorneys for Polestar Capital Associates, LLC and the Norseman Group, LLC*