# Exhibit 22

**Statistics Reflecting Dispositions of Appeals – Summary Spreadsheet, FOIA Reply 06-146, and PTO's web pages of dispositions on appeal**

Dockets.Justia.com

**Appeal Conference (as of March 2006)**

| Year | Appeal Briefs | Examiner Actions | Examiner Writes Exr's Answer | | Exr Reopens on New Ground (37 CFR § 1.193(b)), usually abandoning existing position | | Allowance - all rejn's wrong | | Other | |
|------|------|------|------|------|------|------|------|------|------|------|
| 1998 | 5,609 | 5,548 | 3,235 | 58.3% | 698 | 12.6% | 1,540 | 27.8% | 76 | 1.4% |
| 1999 | 5,500 | 5,432 | 2,862 | 52.7% | 825 | 15.2% | 1,673 | 30.8% | 74 | 1.4% |
| 2000 | 5,934 | 5,873 | 2,758 | 47.0% | 1,214 | 20.7% | 1,813 | 30.9% | 89 | 1.5% |
| 2001 | 6,706 | 6,633 | 2,707 | 40.8% | 1,651 | 24.9% | 2,195 | 33.1% | 83 | 1.3% |
| 2002 | 7,001 | 6,885 | 2,709 | 39.3% | 1,855 | 26.9% | 2,264 | 32.9% | 58 | 0.8% |
| 2003 | 8,289 | 8,141 | 3,248 | 39.9% | 2,419 | 29.7% | 2,424 | 29.8% | 52 | 0.6% |
| 2004 | 9,470 | 9,126 | 3,676 | 40.3% | 2,969 | 32.5% | 2,394 | 26.2% | 88 | 1.0% |
| 2005 | 11,263 | 9,726 | 4,120 | 42.4% | 3,370 | 34.6% | 2,147 | 22.1% | 93 | 1.0% |
| 2006[19] | 6,055 | 2,092 | 994 | 47.5% | 677 | 32.4% | 389 | 18.6% | 32 | 1.5% |

**Board of Patent Appeals (as of Sept 27, 2007)**

| Year | Total Dispos'ns | Affirmed | | Modified / Aff'd in Part, Rev'd in Part | | Reversed in full | | Remanded (combining "panel" and "administrative") | | Dismissed | | Withdrawn | | Total Net Affirmance (end to end) |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1998 | 4,091 | 1,464 | 35.8% | 391 | 9.6% | 1,239 | 30.3% | | | 69 | 1.7% | 70 | 1.7% | **24%** |
| 1999 | 4,520 | 1,283 | 28.4% | 504 | 11.2% | 1,573 | 34.8% | 986 | 21.8% | 169 | 3.7% | 5 | 0.1% | **18%** |
| 2000 | 4,963 | 1,442 | 29.1% | 518 | 10.4% | 1,930 | 38.9% | 911 | 18.4% | 152 | 3.1% | 10 | 0.2% | **16%** |
| 2001 | 5,075 | 1,516 | 29.9% | 459 | 9.0% | 1,868 | 36.8% | 1,089 | 21.5% | 143 | 2.8% | 0 | 0.0% | **14%** |
| 2002 | 5,062 | 1,509 | 29.8% | 471 | 9.3% | 1,895 | 37.4% | 1,095 | 21.6% | 92 | 1.8% | 0 | 0.0% | **14%** |
| 2003 | 3,815 | 1,398 | 36.6% | 413 | 10.8% | 1,490 | 39.1% | 453 | 11.9% | 61 | 1.6% | 0 | 0.0% | **17%** |
| 2004 | 3,436 | 1,276 | 37.1% | 401 | 11.7% | 1,282 | 37.3% | 397 | 11.6% | 80 | 2.3% | 0 | 0.0% | **17%** |
| 2005 | 2,937 | 1,121 | 38.2% | 366 | 12.5% | 1,163 | 39.6% | 176 | 6.0% | 111 | 3.8% | 0 | 0.0% | **19%** |
| 2006 | 2,874 | 1,256 | 43.7% | 348 | 12.1% | 1,001 | 34.8% | 179 | 6.2% | 90 | 3.1% | | | **24%** |

---

[19] The rise in affirmance rate for FY 2006 may be due to the "Pre-Appeal Review" program. The number of rejections vacated and reversed in this program are not reflected in the statistics presented. Thus, the FY 2006 statistics overstate the number of affirmance.



## UNITED STATES PATENT AND TRADEMARK OFFICE

GENERAL COUNSEL

MAR 1 4 2006

Mr. David Boundy
Willkie Farr & Gallagher
787 Seventh Ave.
New York, NY  10021

Re: Freedom of Information Act (FOIA) Request No. 06-146

Dear Mr. Boundy:

The Office of the General Counsel has received your e-mail dated February 19, 2006, in which you requested, under the provisions of the Freedom of Information Act, 5 U.S.C. § 552, a copy of:

"(1)  Attached are two documents I obtained from PTO some time ago.  If updated editions of these documents exist, please send them;

(2)  Both documents noted in request 1 state that they omit a substantial number of cases.  For example, in the one-page table, about 20% of Appeal Briefs filed in the left column are not accounted for in the remaining columns.  The large set of tables notes that 'Ex Parte Quayle actions and miscellaneous actions are not included.'  What happened to these appeals?  In particular, is there any statistic kept relating to which of these appeals end with an acknowledgement that the examiner was wrong and which relate to errors by the appellant?;

(3)  Please send any statistics gathered relative to the Pre-Appeal Brief Conference Program; and

(4)  I would like any other documents that show the rate of various dispositions of patent appeals within the examining operation, before the file is transferred to the Board of Appeals."

As a preliminary matter, it appears some parts of your FOIA request seek answers to questions or explanatory information regarding released documentation.  The FOIA deals in the disclosure and nondisclosure of records only.  It does not require agencies to answer questions, provide exegeses or other explanatory addenda.  In future FOIA submissions, please limit the requests to specific records only.  Failure to do so may result in a rejection of the request as improper.

2

The United States Patent and Trademark Office identified 10 pages of records that are responsive to Items (1) and (2) of your request. There are no records responsive to items (3) and (4).

Since the cost of processing this request did not exceed $20.00, the applicable fees are waived. See 37 C.F.R. § 102.11(d)(4).

The "no records" determination constitutes a denial of your request for records under the FOIA. The undersigned is the denying official. You have the right to appeal this initial decision to the Deputy General Counsel, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA  22313-1450. An appeal must be received within 30 calendar days from the date of this letter. See 37 C.F.R. § 102.10(a). The appeal must be in writing. You must include a copy of your original request, this letter, and a statement of the reasons why the information should be made available and why this initial denial is in error. Both the letter and the envelope must be clearly marked "Freedom of Information Appeal."

Sincerely,

Michael Briskin
FOIA Officer

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

**FY 98** -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 837 | 829 | 409 | 49.3% | 134 | 16.2% | 265 | 32.0% | 21 | 2.5% |
| 1700 | 1,558 | 1,546 | 902 | 58.3% | 187 | 12.1% | 437 | 28.3% | 20 | 1.3% |
| 1900 | 10 | 10 | 1 | 10.0% | 0 | 0.0% | 9 | 90.0% | 0 | 0.0% |
| 2100 | 417 | 412 | 217 | 52.7% | 41 | 10.0% | 150 | 36.4% | 4 | 1.0% |
| 2600 | 650 | 643 | 408 | 63.5% | 67 | 10.4% | 163 | 25.3% | 5 | 0.8% |
| 2800 | 878 | 870 | 475 | 54.6% | 130 | 14.9% | 261 | 30.0% | 5 | 0.6% |
| 3600 | 525 | 518 | 374 | 72.2% | 53 | 10.2% | 84 | 16.2% | 7 | 1.4% |
| 3700 | 734 | 720 | 449 | 62.4% | 86 | 11.9% | 171 | 23.8% | 14 | 1.9% |
| Corps Subtotal | 5,609 | 5,548 | 3,235 | 58.3% | 698 | 12.6% | 1,540 | 27.8% | 76 | 1.4% |
| 2900 | 86 | 86 | 62 | 72.1% | 4 | 4.7% | 18 | 20.9% | 2 | 2.3% |

Examiner Actions after Submission of Appeal Brief

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

1

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

Examiner Actions after Submission of Appeal Brief

## FY 99 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers Examiner's Actions | Reopen Prosecution | Reopens Examiner's Actions | Allowances | Allowances Examiner's Actions | Other Actions | Other Actions Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 823 | 805 | 388 | 48.2% | 168 | 20.9% | 231 | 28.7% | 18 | 2.2% |
| 1700 | 1,380 | 1,364 | 745 | 54.6% | 145 | 10.6% | 461 | 33.8% | 13 | 1.0% |
| 1900 | 3 | 3 | 0 | 0.0% | 0 | 0.0% | 3 | 100.0% | 0 | 0.0% |
| 2100 | 447 | 444 | 193 | 43.5% | 91 | 20.5% | 157 | 35.4% | 4 | 0.9% |
| 2600 | 649 | 648 | 349 | 53.9% | 96 | 14.8% | 197 | 30.4% | 6 | 0.9% |
| 2800 | 865 | 860 | 431 | 50.1% | 136 | 15.8% | 289 | 33.6% | 5 | 0.6% |
| 3600 | 587 | 572 | 356 | 62.2% | 81 | 14.2% | 127 | 22.2% | 8 | 1.4% |
| 3700 | 746 | 736 | 400 | 54.3% | 108 | 14.7% | 208 | 28.3% | 20 | 2.7% |
| Corps Subtotal | 5,500 | 5,432 | 2,862 | 52.7% | 825 | 15.2% | 1,673 | 30.8% | 74 | 1.4% |
| 2900 | 53 | 52 | 38 | 73.1% | 6 | 11.5% | 9 | 17.3% | 0 | 0.0% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

P000617

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

## FY 00 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 732 | 725 | 354 | 48.8% | 149 | 20.6% | 197 | 27.2% | 25 | 3.4% |
| 1700 | 1,374 | 1,358 | 599 | 44.1% | 231 | 17.0% | 510 | 37.6% | 18 | 1.3% |
| 1900 | 0 | 0 | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| 2100 | 594 | 593 | 243 | 41.0% | 161 | 27.2% | 185 | 31.2% | 5 | 0.8% |
| 2600 | 816 | 807 | 392 | 48.6% | 191 | 23.7% | 212 | 26.3% | 12 | 1.5% |
| 2800 | 988 | 982 | 456 | 46.4% | 216 | 22.0% | 305 | 31.1% | 5 | 0.5% |
| 3600 | 655 | 645 | 341 | 52.9% | 132 | 20.5% | 164 | 25.4% | 8 | 1.2% |
| 3700 | 775 | 763 | 373 | 48.9% | 134 | 17.6% | 240 | 31.5% | 16 | 2.1% |
| Corps Subtotal | 5,934 | 5,873 | 2,758 | 47.0% | 1,214 | 20.7% | 1,813 | 30.9% | 89 | 1.5% |
| 2900 | 46 | 45 | 26 | 57.8% | 7 | 15.6% | 13 | 28.9% | 0 | 0.0% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column, above, but are instead included in the "Other Actions" column.

Examiner Actions after Submission of Appeal Brief

P000618

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

**Examiner Actions after Submission of Appeal Brief**

## FY 01 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 844 | 833 | 366 | 43.9% | 212 | 25.5% | 239 | 28.7% | 16 | 1.9% |
| 1700 | 1,365 | 1,352 | 562 | 41.6% | 278 | 20.6% | 495 | 36.6% | 17 | 1.3% |
| 2100 | 700 | 696 | 282 | 40.5% | 167 | 24.0% | 238 | 34.2% | 9 | 1.3% |
| 2600 | 959 | 950 | 384 | 40.4% | 285 | 30.0% | 278 | 29.3% | 4 | 0.4% |
| 2800 | 1,129 | 1,128 | 296 | 26.2% | 325 | 28.8% | 499 | 44.2% | 9 | 0.8% |
| 3600 | 762 | 742 | 357 | 48.1% | 181 | 24.4% | 188 | 25.3% | 16 | 2.2% |
| 3700 | 947 | 932 | 460 | 49.4% | 203 | 21.8% | 258 | 27.7% | 12 | 1.3% |
| Corps Subtotal | 6,706 | 6,633 | 2,707 | 40.8% | 1,651 | 24.9% | 2,195 | 33.1% | 83 | 1.3% |
| 2900 | 39 | 38 | 20 | 52.6% | 2 | 5.3% | 14 | 36.8% | 2 | 5.3% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

P000619

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

Examiner Actions after Submission of Appeal Brief

## FY 02 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 1,004 | 982 | 399 | 40.6% | 281 | 28.6% | 287 | 29.2% | 15 | 1.5% |
| 1700 | 1,334 | 1,317 | 523 | 39.7% | 313 | 23.8% | 474 | 36.0% | 8 | 0.6% |
| 2100 | 629 | 622 | 286 | 46.0% | 152 | 24.4% | 180 | 28.9% | 4 | 0.6% |
| 2600 | 883 | 873 | 312 | 35.7% | 277 | 31.7% | 282 | 32.3% | 2 | 0.2% |
| 2800 | 1,267 | 1,258 | 280 | 22.3% | 348 | 27.7% | 615 | 48.9% | 15 | 1.2% |
| 3600 | 955 | 919 | 445 | 48.4% | 281 | 30.6% | 187 | 20.3% | 6 | 0.7% |
| 3700 | 929 | 914 | 464 | 50.8% | 203 | 22.2% | 239 | 26.1% | 8 | 0.9% |
| Corps Subtotal | 7,001 | 6,885 | 2,709 | 39.3% | 1,855 | 26.9% | 2,264 | 32.9% | 58 | 0.8% |
| 2900 | 40 | 40 | 31 | 77.5% | 5 | 12.5% | 3 | 7.5% | 1 | 2.5% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

P000629

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

Examiner Actions after Submission of Appeal Brief

## FY 03 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers Examiner's Actions | Reopen Prosecution | Reopens Examiner's Actions | Allowances | Allowances Examiner's Actions | Other Actions | Other Actions Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 1,044 | 1,013 | 459 | 45.3% | 296 | 29.2% | 248 | 24.5% | 10 | 1.0% |
| 1700 | 1,365 | 1,355 | 550 | 40.6% | 344 | 25.4% | 456 | 33.7% | 5 | 0.4% |
| 2100 | 1,049 | 1,045 | 373 | 35.7% | 336 | 32.2% | 329 | 31.5% | 7 | 0.7% |
| 2600 | 992 | 966 | 339 | 35.1% | 351 | 36.3% | 274 | 28.4% | 2 | 0.2% |
| 2800 | 1,425 | 1,411 | 363 | 25.7% | 448 | 31.8% | 594 | 42.1% | 6 | 0.4% |
| 3600 | 1,297 | 1,262 | 664 | 52.6% | 363 | 28.8% | 225 | 17.8% | 10 | 0.8% |
| 3700 | 1,117 | 1,089 | 500 | 45.9% | 281 | 25.8% | 298 | 27.4% | 12 | 1.1% |
| Corps Subtotal | 8,289 | 8,141 | 3,248 | 39.9% | 2,419 | 29.7% | 2,424 | 29.8% | 52 | 0.6% |
| 2900 | 35 | 34 | 20 | 58.8% | 2 | 5.9% | 5 | 14.7% | 7 | 20.6% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

## FY 04 -- Updated in March, 2006

P000621

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 987 | 924 | 520 | 56.3% | 244 | 26.4% | 150 | 16.2% | 10 | 1.1% |
| 1700 | 1,270 | 1,238 | 607 | 49.0% | 294 | 23.7% | 320 | 25.8% | 17 | 1.4% |
| 2100 | 1,616 | 1,564 | 450 | 28.8% | 565 | 36.1% | 540 | 34.5% | 9 | 0.6% |
| 2600 | 1,327 | 1,293 | 412 | 31.9% | 497 | 38.4% | 378 | 29.2% | 6 | 0.5% |
| 2800 | 1,480 | 1,452 | 407 | 28.0% | 485 | 33.4% | 546 | 37.6% | 14 | 1.0% |
| 3600 | 1,663 | 1,585 | 799 | 50.4% | 568 | 35.8% | 203 | 12.8% | 16 | 1.0% |
| 3700 | 1,127 | 1,070 | 481 | 45.0% | 316 | 29.5% | 257 | 24.0% | 16 | 1.5% |
| Corps Subtotal | 9,470 | 9,126 | 3,676 | 40.3% | 2,969 | 32.5% | 2,394 | 26.2% | 88 | 1.0% |
| 2900 | 43 | 29 | 23 | 79.3% | 2 | 6.9% | 3 | 10.3% | 1 | 3.4% |

## FY 05 -- Updated in March, 2006

### Examiner Actions after Submission of Appeal Brief

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 1,010 | 863 | 457 | 53.0% | 217 | 25.1% | 181 | 21.0% | 9 | 1.0% |

P000622

# Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

| | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | 1,578 | 1,426 | 828 | 58.1% | 380 | 26.6% | 206 | 14.4% | 12 | 0.8% |
| 2100 | 2,243 | 1,990 | 555 | 27.9% | 905 | 45.5% | 518 | 26.0% | 12 | 0.6% |
| 2600 | 1,303 | 1,136 | 348 | 30.6% | 443 | 39.0% | 341 | 30.0% | 6 | 0.5% |
| 2800 | 1,533 | 1,369 | 465 | 34.0% | 470 | 34.3% | 414 | 30.2% | 20 | 1.5% |
| 3600 | 2,259 | 1,804 | 903 | 50.1% | 641 | 35.5% | 239 | 13.2% | 22 | 1.2% |
| 3700 | 1,337 | 1,138 | 564 | 49.6% | 314 | 27.6% | 248 | 21.8% | 12 | 1.1% |
| Corps Subtotal | 11,263 | 9,726 | 4,120 | 42.4% | 3,370 | 34.6% | 2,147 | 22.1% | 93 | 1.0% |
| 2900 | 26 | 20 | 12 | 60.0% | 0 | 0.0% | 8 | 40.0% | 0 | 0.0% |

## FY 06 -- Updated in March, 2006

| TC | Appeal Briefs | # of Examiner Actions in Response to Brief | Examiner's Answers | Examiner's Answers / Examiner's Actions | Reopen Prosecution | Reopens / Examiner's Actions | Allowances | Allowances / Examiner's Actions | Other Actions | Other Actions / Examiner's Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 563 | 142 | 83 | 58.5% | 29 | 20.4% | 24 | 16.9% | 6 | 4.2% |
| 1700 | 857 | 343 | 221 | 64.4% | 83 | 24.2% | 33 | 9.6% | 6 | 1.7% |
| 2100 | 1,360 | 466 | 151 | 32.4% | 205 | 44.0% | 107 | 23.0% | 3 | 0.6% |
| 2600 | 800 | 311 | 99 | 31.8% | 118 | 37.9% | 89 | 28.6% | 5 | 1.6% |
| 2800 | 705 | 274 | 107 | 39.1% | 94 | 34.3% | 73 | 26.6% | 0 | 0.0% |

Examiner Actions after Submission of Appeal Brief

P000623

## Appeal Conference Effects - Examiner Actions in Response to Appeal Brief

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3600 | 1,152 | 351 | 208 | 59.3% | 102 | 29.1% | 29 | 8.3% | 12 | 3.4% |
| 3700 | 618 | 205 | 125 | 61.0% | 46 | 22.4% | 34 | 16.6% | 0 | 0.0% |
| Corps Subtotal | 6,055 | 2,092 | 994 | 47.5% | 677 | 32.4% | 389 | 18.6% | 32 | 1.5% |
| 2900 | 13 | 1 | 1 | 100.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Ex parte Quayle and miscellaneous actions are NOT included in the "Reopens" column above, but are instead included in the "Other Actions" column.

P000624

Allowances after Appeal Brief with no BPAI Action

Allowances after Notice of Appeal with No Other Appeal Action

## Relationships between Allowances and Either Appeal Briefs or Notices of Appeal

| | All UPR Allowances | All UPR Appeal Briefs (AP-B) * | Allowed in FY with Earlier Appeal Brief ** | Allowed in FY with Earlier AP-B and no BPAI Action *** | % of Those Allowed with Earlier AP-B and No BPAI Action (E / D) | All UPR Notices of Appeal (N/AP) **** | Allowed in FY with Earlier N/AP ***** | Allowed in FY with Earlier N/AP and no AP-B ****** |
|---|---|---|---|---|---|---|---|---|
| FY 95 | 107,380 | 7,037 | 2,887 | 1,437 | 49.77% | 15,740 | 5,291 | 2,592 |
| FY 96 | 121,584 | 6,963 | 2,942 | 1,646 | 55.95% | 15,461 | 5,577 | 2,928 |
| FY 97 | 136,188 | 6,505 | 3,011 | 1,767 | 58.68% | 16,210 | 6,069 | 3,342 |
| FY 98 | 143,999 | 5,612 | 3,685 | 1,998 | 54.22% | 15,266 | 6,827 | 3,458 |
| FY 99 | 155,296 | 5,504 | 4,351 | 2,095 | 48.15% | 13,844 | 7,004 | 3,040 |
| FY 00 | 166,113 | 5,935 | 5,003 | 2,331 | 46.59% | 14,829 | 7,517 | 3,016 |
| FY 01 | 167,675 | 6,704 | 5,919 | 2,925 | 49.42% | 16,281 | 8,457 | 3,143 |
| FY 02 | 175,620 | 6,998 | 5,671 | 2,888 | 50.93% | 15,735 | 8,078 | 2,932 |
| FY 03 | 187,658 | 8,281 | 5,808 | 3,223 | 55.49% | 16,545 | 7,843 | 2,680 |
| FY 04 | 176,695 | 9,403 | 5,325 | 3,045 | 57.18% | 17,579 | 7,300 | 2,529 |
| FY 05 | 165,349 | 10,755 | 5,221 | 3,062 | 58.65% | 18,112 | 6,761 | 2,203 |

Allowance numbers above are *not* from any annual report.

OPAE reference -- Spar Allow - Brief Data.gwf in Regularly Updated Rports

* Original Appeal Briefs Only = AP-B content entry

** If a CPA, RCE, R129 or another allowance is detected between the target allowance and the appeal brief, the occurrence is NOT counted.

*** If a CPA, RCE, R129, another allowance or a BPAI decision (remands not included) is detected between the target allowance and the appeal brief, the occurrence is NOT counted.

**** Notice of appeal = N/AP content entry

***** If a CPA, RCE, R129, another allowance or a BPAI decision is detected between the target allowance and the notice of appeal, the occurrence is NOT counted.

****** If a CPA, RCE, R129 or another allowance, a BPAI decision (remands not included) or an appeal brief is detected between the target allowance and the notice of appeal, the occurrence is NOT counted.

FYs 2004 - 2005 updated October 11, 2005

P000625



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel > BPAI > Receipts and Dispositions by Technology Centers > FISCAL YEAR 1998

FISCAL YEAR 1998

### Board of Patent Appeals and Interferences
### Receipts and Dispositions by Technology Centers for Ex Parte Appeals

#### FY 1998 Monthly Dispositions-September 1998

| Technology Center | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawals | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month | On Brief Pending End Month | Heard Pending End Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 1393 | 5 | 29 | 6 | 19 | 22 | 5 | 0 | 64 | 1334 | -59 | 15.0 | 799 | 535 |
| 1700 | 3248 | 212 | 70 | 8 | 30 | 40 | 13 | 1 | 133 | 3327 | 79 | 37.4 | 2327 | 1000 |
| 1900 | 96 | 2 | 3 | 0 | 2 | 27 | 3 | 0 | 5 | 93 | -3 | 1.0 | 59 | 34 |
| 2700 | 1690 | 102 | 16 | 5 | 31 | 28 | 0 | 1 | 66 | 1726 | 36 | 19.4 | 1238 | 488 |
| 2800 | 1288 | 53 | 10 | 6 | 19 | 27 | 3 | 0 | 44 | 1297 | 9 | 14.6 | 938 | 359 |
| 2900 | 34 | 5 | 2 | 0 | 3 | 2 | 0 | 0 | 6 | 33 | -1 | 0.4 | 25 | 8 |
| 3600 | 389 | 18 | 14 | 9 | 18 | 12 | 1 | 0 | 49 | 358 | -31 | 4.0 | 216 | 142 |
| 3700 | 770 | 55 | 44 | 15 | 30 | 21 | 2 | 3 | 104 | 721 | -49 | 8.1 | 464 | 257 |
| **Board Totals** | **8908** | **452** | **188** | **49** | **152** | **70** | **7** | **5** | **471** | **8889** | **-19** | **100.0** | **6066** | **2823** |

| AFFIRMED | MODIFIED | REVERSED | REMAND | DISMISSED | W/D |
|---|---|---|---|---|---|
| 39.9 | 10.4 | 32.3 | 14.9 | 1.5 | 1.1 |

## FY 1998 Cumulative Dispositions

| Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified | Reversed | Remands | Dismissed | Withdrawal | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload | On Brief Pending End Fiscal Year | Heard Pending End Fiscal Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1522 | 521 | 198 | 28 | 163 | 284 | 19 | 17 | 709 | 1334 | -188 | 15.0 | 798 | 536 |
| 2958 | 1415 | 547 | 62 | 239 | 147 | 23 | 28 | 1046 | 3327 | 369 | 37.4 | 2327 | 1000 |
| 85 | 38 | 11 | 2 | 9 | 7 | 1 | 0 | 30 | 93 | 8 | 1.0 | 59 | 34 |
| 1590 | 728 | 158 | 73 | 246 | 98 | 8 | 9 | 592 | 1726 | 136 | 19.4 | 1238 | 488 |
| 1268 | 530 | 156 | 57 | 171 | 105 | 8 | 4 | 501 | 1297 | 29 | 14.6 | 938 | 359 |
| 57 | 44 | 31 | 0 | 23 | 14 | 0 | 0 | 68 | 33 | -24 | 0.4 | 25 | 8 |
| 630 | 162 | 133 | 60 | 140 | 96 | 3 | 2 | 434 | 358 | -272 | 4.0 | 216 | 142 |
| 1091 | 341 | 230 | 109 | 248 | 107 | 7 | 10 | 711 | 721 | -370 | 8.1 | 464 | 257 |
| **9201** | **3779** | **1464** | **391** | **1239** | **858** | **69** | **70** | **4091** | **8889** | **-312** | **100.0** | **6065** | **2824** |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | MODIFIED | REVERSED | REMAND | DISMISSED | W/D |
|---|---|---|---|---|---|
| 35.8 | 9.6 | 30.3 | 21.0 | 1.7 | 1.7 |

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**

KEY: 🔵=online business system 💲=fees 📄=forms 🔧=help ⚖️=laws/regulations 📖=definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel > BPAI > Receipts and Dispositions by Technology Centers > FISCAL YEAR 1999

### FISCAL YEAR 1999

#### Board of Patent Appeals and Interferences
Receipts and Dispositions by Technology Centers for Ex Parte Appeals

**FY 1999 Monthly Dispositions-September 1999**

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawals | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-99 to 9-30-99 | 1291 | 64 | 22 | 6 | 42 | 22 | 5 | 0 | 97 | 1258 | -33 | 15.1 |
| 1700 | 9-1-99 to 9-30-99 | 3428 | 74 | 85 | 16 | 43 | 40 | 13 | 0 | 197 | 3305 | -123 | 39.6 |
| 2700 | 9-1-99 to 9-30-99 | 1655 | 86 | 8 | 19 | 40 | 27 | 3 | 0 | 97 | 1644 | -11 | 19.7 |
| 2800 | 9-1-99 to 9-30-99 | 1229 | 65 | 23 | 4 | 32 | 28 | 0 | 0 | 87 | 1207 | -22 | 14.5 |
| 2900 | 9-1-99 to 9-30-99 | 38 | 3 | 0 | 0 | 1 | 2 | 0 | 0 | 3 | 38 | 0 | 0.5 |
| 3600 | 9-1-99 to 9-30-99 | 393 | 38 | 11 | 11 | 21 | 12 | 1 | 0 | 56 | 375 | -18 | 4.5 |
| 3700 | 9-1-99 to 9-30-99 | 553 | 60 | 27 | 10 | 36 | 21 | 2 | 0 | 96 | 517 | -36 | 6.2 |
| **Board Totals** | | **8587** | **390** | **176** | **66** | **215** | **152** | **24** | **0** | **633** | **8344** | **-243** | **100.0** |

**FY 99 Cumulative Dispositions**

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified* | Reversed | Panel Remands | Dismissed | Withdrawal | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-98 to 9-30-99 | 1334 | 464 | 151 | 34 | 194 | 121 | 38 | 2 | 540 | 1258 | -76 | 15.1 |
| 1700 | 10-1-98 to 9-30-99 | 3420 | 1234 | 515 | 123 | 361 | 284 | 64 | 2 | 1349 | 3305 | -115 | 39.7 |
| 2700 | 10-1-98 to 9-30-99 | 1726 | 717 | 159 | 106 | 334 | 174 | 25 | 1 | 799 | 1644 | -82 | 19.6 |
| 2800 | 10-1-98 to 9-30-99 | 1297 | 525 | 151 | 60 | 231 | 159 | 14 | 0 | 615 | 1207 | -90 | 14.0 |
| 2900 | 10-1-98 to 9-30-99 | 33 | 70 | 28 | 0 | 15 | 21 | 1 | 0 | 65 | 36 | 5 | 0.4 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3600 | 10-1-98 to 9-30-99 | 358 | 508 | 117 | 74 | 182 | 106 | 12 | 0 | 491 | 375 | 17 | 4.3 |
| 3700 | 10-1-98 to 9-30-99 | 721 | 522 | 190 | 107 | 271 | 142 | 16 | 0 | 726 | 517 | -204 | 6.3 |
| **Board Totals** | | **8889** | **4040** | **1311** | **504** | **1588** | **1007** | **170** | **5** | **4585** | **8344** | **-545** | **100.0** |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | MODIFIED* | REVERSED | REMAND | DISMISSED | W/D |
|---|---|---|---|---|---|
| 28.6 | 11.0 | 34.6 | 22.0 | 3.7 | 0.1 |

The Boards Totals above are an accurate depiction of aggregate receipts and production for the fiscal year. Because the Technology Centers have been in existence less than a full year, the Technology Center statistics are estimations. Technology Center 1900 has been abolished; accordingly, the inventory for technology center 1900 has been aggregated with the inventory of technology center 1700. Of the 8344 pending appeals, 1564 are currently assigned to administrative patent judge dockets. With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the board as follows:

CHEMICAL - Fiscal Year 1996
ELECTRICAL - Fiscal Year 1997
MECHANICAL - Fiscal Year 1998
DESIGN - Fiscal Year 1999

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**



**KEY**: <img>=online business system <img>=fees <img>=forms <img>=help <img>=laws/regulations <img>=definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC).** *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*



**United States Patent and Trademark Office**

### FISCAL YEAR 2000

**Board of Patent Appeals and Interferences**
**Receipts and Dispositions by Technology Centers for Ex Parte Appeals**

**FY 2000 Monthly Dispositions-September 2000**

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawals | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-2000 to 9-30-2000 | 812 | 19 | 17 | 11 | 57 | 13 | 17 | 0 | 115 | 716 | -96 | 11.3 |
| 1700 | 9-1-2000 to 9-30-2000 | 2571 | 29 | 82 | 19 | 67 | 15 | 4 | 0 | 187 | 2413 | -158 | 38.2 |
| 2700 | 9-1-2000 to 9-30-2000 | 1374 | 113 | 19 | 21 | 29 | 3 | 0 | 0 | 72 | 1415 | 41 | 22.4 |
| 2800 | 9-1-2000 to 9-30-2000 | 1014 | 48 | 18 | 11 | 32 | 5 | 0 | 0 | 66 | 996 | -18 | 15.8 |
| 2900 | 9-1-2000 to 9-30-2000 | 34 | 8 | 4 | 0 | 1 | 1 | 0 | 0 | 6 | 36 | 2 | 0.8 |
| 3600 | 9-1-2000 to 9-30-2000 | 339 | 18 | 9 | 9 | 14 | 3 | 0 | 0 | 35 | 322 | -17 | 5.1 |
| 3700 | 9-1-2000 to 9-30-2000 | 471 | 36 | 28 | 13 | 32 | 11 | 0 | 0 | 84 | 423 | -48 | 6.7 |
| **Board Totals** | | **6615** | **271** | **177** | **84** | **232** | **51** | **21** | **0** | **565** | **6321** | **-294** | **100.0** |

## FY 2000 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawals | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-99 to 9-30-00 | 1258 | 211 | 183 | 39 | 340 | 142 | 49 | 0 | 753 | 716 | -542 | 11.3 |
| 1700 | 10-1-99 to 9-30-00 | 3305 | 687 | 581 | 116 | 522 | 298 | 58 | 4 | 1579 | 2413 | -892 | 38.2 |
| 2700 | 10-1-99 to 9-30-00 | 1644 | 685 | 233 | 127 | 388 | 150 | 15 | 1 | 914 | 1415 | -229 | 22.4 |
| 2800 | 10-1-99 to 9-30-00 | 1207 | 542 | 199 | 92 | 297 | 150 | 14 | 1 | 753 | 996 | -211 | 15.8 |
| 2900 | 10-1-99 to 9-30-00 | 38 | 39 | 17 | 0 | 17 | 5 | 2 | 0 | 41 | 36 | -2 | 0.6 |
| 3600 | 10-1-99 to 9-30-00 | 375 | 331 | 103 | 63 | 145 | 63 | 9 | 1 | 384 | 322 | -53 | 5.1 |
| 3700 | 10-1-99 to 9-30-00 | 517 | 486 | 143 | 81 | 238 | 108 | 7 | 3 | 580 | 423 | -94 | 6.7 |
| **Board Totals** | | **8344** | **2981** | **1459** | **518** | **1947** | **916** | **154** | **10** | **5004** | **6321** | **-2023** | **100.0** |

*Affirmed-in-Part

| | % Decisions-Fiscal Year to Date | | | | |
|---|---|---|---|---|---|
| **AFFIRMED** | **MODIFIED*** | **REVERSED** | **REMANDS** | **DISMISSED** | **W/D** |
| 29.2 | 10.4 | 38.9 | 18.3 | 3.1 | 0.2 |

Of the 6321 pending appeals, 1900 are currently assigned to administrative patent judge dockets. With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Chemical - Fiscal Year 1997
Electrical - Fiscal Year 1998
Mechanical - Fiscal Year 1999
Design - Fiscal Year 2000

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**

KEY: =online business system =fees =forms =help =laws/regulations =definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*



**United States Patent and Trademark Office**

**POLICY**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

Boards & Counsel  >  BPAI  >  Receipts and Dispositions by Technology Centers  >  FISCAL YEAR 2001

FISCAL YEAR 2001

Board of Patent Appeals and Interferences
Receipts and Dispositions by Technology Centers for Ex Parte Appeals

FY 2001 Monthly Dispositions September 2001

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawal | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-2001 to 9-30-2001 | 845 | 13 | 17 | 4 | 39 | 13 | 4 | 0 | 77 | 781 | -64 | 15.5 |
| 1700 | 9-1-2001 to 9-30-2001 | 1733 | 33 | 99 | 11 | 59 | 13 | 2 | 0 | 184 | 1582 | -151 | 31.3 |
| 2100 | 9-1-2001 to 9-30-2001 | 540 | 38 | 7 | 6 | 19 | 2 | 1 | 0 | 35 | 543 | 3 | 10.8 |
| 2600 | 9-1-2001 to 9-30-2001 | 698 | 31 | 5 | 7 | 35 | 3 | 1 | 0 | 51 | 678 | -20 | 13.4 |
| 2800 | 9-1-2001 to 9-30-2001 | 908 | 31 | 23 | 8 | 25 | 4 | 0 | 0 | 60 | 879 | -29 | 17.4 |
| 2900 | 9-1-2001 to 9-30-2001 | 23 | 1 | 9 | 0 | 4 | 0 | 0 | 0 | 13 | 11 | -12 | 0.2 |
| 3600 | 9-1-2001 to 9-30-2001 | 269 | 16 | 9 | 13 | 30 | 9 | 0 | 0 | 61 | 224 | -45 | 4.4 |

P000632

| 3700 | 9-1-2001 to 9-30-2001 | 395 | 55 | 35 | 18 | 30 | 15 | 0 | 0 | 98 | 352 | -43 | 7.0 |
| Board Totals | | 5411 | 218 | 204 | 67 | 241 | 59 | 8 | 0 | 579 | 5050 | -361 | 100.0 |

### FY 2001 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified* | Reversed | Remands | Dismissed | Withdrawal | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-2000 to 9-30-2001 | 716 | 776 | 169 | 44 | 283 | 172 | 43 | 0 | 711 | 781 | 65 | 15.5 |
| 1700 | 10-1-2000 to 9-30-2001 | 2413 | 819 | 669 | 101 | 480 | 352 | 48 | 0 | 1650 | 1582 | -831 | 31.3 |
| 2100 | 10-1-2000 to 9-30-2001 | 544 | 335 | 76 | 33 | 136 | 83 | 8 | 0 | 336 | 543 | -1 | 10.8 |
| 2600 | 10-1-2000 to 9-30-2001 | 871 | 386 | 125 | 67 | 256 | 120 | 11 | 0 | 579 | 678 | -193 | 13.4 |
| 2800 | 10-1-2000 to 9-30-2001 | 996 | 660 | 234 | 72 | 284 | 169 | 17 | 0 | 776 | 879 | -116 | 17.4 |
| 2900 | 10-1-2000 to 9-30-2001 | 36 | 26 | 25 | 6 | 16 | 4 | 0 | 0 | 51 | 11 | -25 | 0.2 |
| 3600 | 10-1-2000 to 9-30-2001 | 322 | 323 | 85 | 60 | 195 | 75 | 6 | 0 | 421 | 224 | -98 | 4.4 |
| 3700 | 10-1-2000 to 9-30-2001 | 424 | 530 | 158 | 82 | 234 | 118 | 10 | 0 | 602 | 352 | -72 | 7.0 |
| Board Totals | | 6322 | 3855 | 1541 | 465 | 1884 | 1093 | 143 | 0 | 5126 | 5050 | -1272 | 100.0 |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | MODIFIED* | REVERSED | REMAND | DISMISSED | W/D |
|---|---|---|---|---|---|
| 30.1 | 9.1 | 36.8 | 21.3 | 2.8 | 0.0 |

Of the 5050 pending appeals, 2224 are currently assigned to administrative patent judge dockets. With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Biotech - Fiscal Year 1999
Chemical - Fiscal Year 1998
Electrical - Fiscal Year 1999

P000633

Mechanical - Fiscal Year 2000
Design - Fiscal Year 2001

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**

KEY: =online business system =fees =forms =help =laws/regulations =definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

P00034



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

Boards & Counsel > BPAI > Receipts and Dispositions by Technology Centers > FISCAL YEAR 2002

## FISCAL YEAR 2002

### Board of Patent Appeals and Interferences
### Receipts and Dispositions by Technology Centers for Ex Parte Appeals

#### FY 2002 Monthly Dispositions-September 2002

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-2002 to 9-30-2002 | 527 | 14 | 17 | 9 | 36 | 8 | 5 | 3 | 78 | 463 | -64 | 15.0 |
| 1700 | 9-1-2002 to 9-30-2002 | 864 | 75 | 143 | 26 | 80 | 26 | 5 | 5 | 285 | 654 | -210 | 21.2 |
| 2100 | 9-1-2002 to 9-30-2002 | 439 | 28 | 9 | 7 | 15 | 3 | 8 | 0 | 42 | 425 | -14 | 13.8 |
| 2600 | 9-1-2002 to 9-30-2002 | 609 | 34 | 7 | 10 | 38 | 3 | 8 | 2 | 68 | 575 | -34 | 18.6 |
| 2800 | 9-1-2002 to 9-30-2002 | 535 | 28 | 25 | 12 | 34 | 3 | 6 | 0 | 80 | 483 | -52 | 15.6 |
| 2900 | 9-1-2002 to 9-30-2002 | 6 | 3 | 3 | 0 | 0 | 0 | 1 | 0 | 4 | 5 | -1 | 0.2 |
| 3600 | 9-1-2002 to 9-30-2002 | 259 | 45 | 10 | 7 | 27 | 3 | 11 | 2 | 60 | 244 | -15 | 7.9 |
| 3700 | 9-1-2002 to 9-30-2002 | 291 | 42 | 14 | 23 | 42 | 5 | 8 | 0 | 92 | 241 | -50 | 7.8 |
| **Board Totals** | | **3530** | **269** | **228** | **94** | **272** | **51** | **52** | **12** | **709** | **3090** | **-440** | **100.0** |

P000635

### FY 2002 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified* | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-01 to 9-30-02 | 781 | 315 | 167 | 36 | 285 | 84 | 37 | 24 | 633 | 463 | -318 | 15.0 |
| 1700 | 10-1-01 to 9-30-02 | 1583 | 678 | 713 | 110 | 451 | 117 | 183 | 33 | 1607 | 654 | -929 | 21.2 |
| 2100 | 10-1-01 to 9-30-02 | 543 | 305 | 101 | 34 | 167 | 15 | 102 | 4 | 423 | 425 | -118 | 13.8 |
| 2600 | 10-1-01 to 9-30-02 | 678 | 524 | 125 | 76 | 266 | 27 | 126 | 7 | 627 | 575 | -103 | 18.6 |
| 2800 | 10-1-01 to 9-30-02 | 872 | 365 | 206 | 86 | 273 | 19 | 162 | 8 | 754 | 483 | -389 | 15.6 |
| 2900 | 10-1-01 to 9-30-02 | 10 | 18 | 13 | 0 | 6 | 1 | 3 | 0 | 23 | 5 | -5 | 0.2 |
| 3600 | 10-1-01 to 9-30-02 | 230 | 422 | 80 | 52 | 184 | 27 | 57 | 8 | 408 | 244 | 14 | 7.9 |
| 3700 | 10-1-01 to 9-30-02 | 353 | 498 | 117 | 77 | 269 | 39 | 100 | 8 | 610 | 241 | -112 | 7.8 |
| **Board Totals** | | **5050** | **3125** | **1522** | **471** | **1901** | **329** | **770** | **92** | **5085** | **3090** | **-1960** | **100.0** |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | MODIFIED | REVERSED | PANEL REMANDS | ADMINISTRATIVE REMANDS | DISMISSED |
|---|---|---|---|---|---|
| 29.9 | 9.3 | 37.4 | 6.5 | 15.1 | 1.8 |

Of the 3090 pending appeals, 2387 are currently assigned to administrative patent judge dockets. With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Biotech-Fiscal Year 2001
Chemical - Fiscal Year 2000
Electrical - Fiscal Year 2000
Mechanical - Fiscal Year 2002
Design - Fiscal Year 2002

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**



**United States Patent and Trademark Office**

**POLICY**

## FISCAL YEAR 2003

### Board of Patent Appeals and Interferences
### Receipts and Dispositions by Technology Centers for Ex Parte Appeals

**FY 2003 Monthly Dispositions-September 2003**

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Modified* | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-2003 to 9-30-2003 | 424 | 22 | 32 | 9 | 33 | 9 | 1 | 0 | 84 | 362 | -62 | 18.4 |
| 1700 | 9-1-2003 to 9-30-2003 | 224 | 24 | 63 | 9 | 26 | 7 | 0 | 0 | 105 | 143 | -81 | 7.3 |
| 2100 | 9-1-2003 to 9-30-2003 | 430 | 14 | 10 | 5 | 24 | 3 | 1 | 1 | 44 | 400 | -30 | 20.3 |
| 2600 | 9-1-2003 to 9-30-2003 | 503 | 24 | 17 | 4 | 25 | 4 | 3 | 0 | 53 | 474 | -29 | 24.1 |
| 2800 | 9-1-2003 to 9-30-2003 | 256 | 52 | 40 | 4 | 29 | 6 | 1 | 3 | 83 | 225 | -31 | 11.4 |
| 2900 | 9-1-2003 to 9-30-2001 | 4 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 2 | -2 | 0.1 |
| 3600 | 9-1-2003 to 9-30-2003 | 255 | 27 | 19 | 9 | 31 | 3 | 2 | 3 | 67 | 215 | -40 | 10.9 |
| 3700 | 9-1-2003 to 9-30-2003 | 218 | 11 | 32 | 10 | 32 | 8 | 0 | 0 | 82 | 147 | -71 | 7.5 |
| **Board Totals** | | **2314** | **175** | **213** | **50** | **203** | **40** | **8** | **7** | **521** | **1968** | **-346** | **100.0** |

P000037

### Appeals Received Fiscal Year FY 2003 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Modified* | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-02 to 9-30-03 | 463 | 445 | 165 | 47 | 255 | 42 | 19 | 18 | 546 | 362 | -103 | 18.4 |
| 1700 | 10-1-02 to 9-30-03 | 654 | 523 | 598 | 90 | 250 | 62 | 24 | 10 | 1034 | 143 | -511 | 7.3 |
| 2100 | 10-1-02 to 9-30-03 | 425 | 293 | 92 | 33 | 148 | 11 | 30 | 4 | 318 | 400 | -25 | 20.3 |
| 2600 | 10-1-02 to 9-30-03 | 575 | 351 | 123 | 58 | 197 | 18 | 46 | 10 | 452 | 474 | -101 | 24.1 |
| 2800 | 10-1-02 to 9-30-03 | 483 | 299 | 212 | 61 | 209 | 28 | 36 | 9 | 557 | 225 | -258 | 11.4 |
| 2900 | 10-1-02 to 9-30-03 | 5 | 25 | 13 | 0 | 14 | 0 | 1 | 0 | 28 | 2 | -3 | 0.1 |
| 3600 | 10-1-02 to 9-30-03 | 244 | 415 | 90 | 62 | 212 | 31 | 43 | 6 | 444 | 215 | -29 | 10.3 |
| 3700 | 10-1-02 to 9-30-03 | 241 | 370 | 118 | 62 | 219 | 30 | 31 | 4 | 464 | 147 | -94 | 7.5 |
| **Board Totals** | | **3090** | **2721** | **1411** | **413** | **1504** | **222** | **232** | **61** | **3843** | **1968** | **-1122** | **100.0** |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | MODIFIED* | REVERSED | PANEL REMANDS | ADMINISTRATOR REMANDS | DISMISSED |
|---|---|---|---|---|---|
| 36.7 | 10.7 | 39.1 | 5.8 | 6.0 | 1.6 |

Of the 1968 pending appeals, 1796 are currently assigned to administrative patent judge dockets. With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Biotech -Fiscal Year 2002
Chemical - Fiscal Year 2003
Electrical - Fiscal Year 2002
Mechanical - Fiscal Year 2003
Design - Fiscal Year 2003

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**

KEY: 🌐=online business system 💲=fees 📑=forms 🔗=help ⚖=laws/regulations 📖=definition (glossary)



**United States Patent and Trademark Office**

**POLICY**

## FISCAL YEAR 2004

Board of Patent Appeals and Interferences
Receipts and Dispositions by Technology Centers for Ex Parte Appeals

### FY 2004 Monthly Dispositions-September 2004

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Affirmed in Part | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Month | Increase or Decrease Monthly | Percent of Case Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-04 to 9-30-04 | 222 | 47 | 26 | 4 | 22 | 2 | 2 | 5 | 61 | 208 | -14 | 21.1 |
| 1700 | 9-1-04 to 9-30-04 | 114 | 51 | 58 | 7 | 21 | 4 | 1 | 0 | 91 | 74 | -40 | 7.5 |
| 2100 | 9-1-04 to 9-30-04 | 300 | 47 | 29 | 15 | 44 | 5 | 3 | 1 | 97 | 250 | -50 | 25.4 |
| 2600 | 9-1-04 to 9-30-04 | 205 | 13 | 19 | 16 | 34 | 1 | 1 | 0 | 71 | 147 | -58 | 14.9 |
| 2800 | 9-1-04 to 9-30-04 | 77 | 15 | 16 | 5 | 11 | 3 | 0 | 0 | 35 | 57 | -20 | 5.8 |
| 2900 | 9-1-04 to 9-30-04 | 5 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 4 | -1 | 0.4 |
| 3600 | 9-1-04 to 9-30-04 | 237 | 47 | 26 | 13 | 33 | 3 | 3 | 0 | 78 | 206 | -31 | 20.9 |
| 3700 | 9-1-04 to 9-30-04 | 50 | 11 | 5 | 7 | 9 | 1 | 0 | 0 | 22 | 39 | -11 | 4.0 |
| **Board Totals** | | **1210** | **231** | **179** | **67** | **174** | **20** | **10** | **6** | **456** | **985** | **-225** | **100.0** |

### FY 2004 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Affirmed in Part | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-03 to 9-30-04 | 362 | 347 | 166 | 35 | 164 | 58 | 20 | 58 | 501 | 208 | -154 | 21.1 |
| 1700 | 10-1-03 to 9-30-04 | 143 | 385 | 290 | 26 | 96 | 24 | 13 | 5 | 454 | 74 | -69 | 7.5 |
| 2100 | 10-1-03 to 9-30-04 | 400 | 360 | 124 | 58 | 227 | 71 | 29 | 1 | 510 | 250 | -150 | 25.4 |
| 2600 | 10-1-03 to 9-30-04 | 474 | 259 | 184 | 93 | 263 | 18 | 24 | 4 | 586 | 147 | -327 | 14.9 |

P000639

| 2800 | 10-1-03 to 9-30-04 | 225 | 220 | 173 | 53 | 127 | 19 | 12 | 4 | 388 | 57 | -168 | 5.8 |
| 2900 | 10-1-03 to 9-30-04 | 2 | 18 | 6 | 0 | 8 | 2 | 0 | 0 | 16 | 4 | 2 | 0.4 |
| 3600 | 10-1-03 to 9-30-04 | 215 | 538 | 184 | 73 | 216 | 52 | 19 | 3 | 547 | 206 | -9 | 20.9 |
| 3700 | 10-1-03 to 9-30-04 | 147 | 342 | 155 | 63 | 189 | 35 | 3 | 5 | 450 | 39 | -108 | 4.0 |
| **Board Totals** | | **1968** | **2469** | **1282** | **401** | **1290** | **279** | **120** | **80** | **3452** | **985** | **-983** | **100.0** |

*Affirmed-in-Part

### % Decisions-Fiscal Year to Date

| AFFIRMED | AFFIRMED IN PART | REVERSED | PANEL REMANDS | ADMINISTRATOR REMANDS | DISMISSED | TOTAL |
|----------|------------------|----------|---------------|-----------------------|-----------|-------|
| 37.1% | 11.6% | 37.4% | 8.1% | 3.5% | 2.3% | 100% |

With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Biotech-Fiscal Year 2003
Chemical - Fiscal Year 2004
Electrical - Fiscal Year 2003
Mechanical - Fiscal Year 2004
Design - Fiscal Year 2004

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**

**KEY**: =online business system  =fees  =forms  =help  =laws/regulations  =definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC)**. *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel  >  BPAI  >  Receipts and Dispositions by Technology Centers  >  FISCAL YEAR 2005

## FISCAL YEAR 2005

Board of Patent Appeals and Interferences
Receipts and Dispositions by Technology Centers for Ex Parte Appeals

### FY 2005 Monthly Dispositions-August 2005

| Technology Center | Reporting Period | Pending Beginning Month | Appeals Received Month | Affirmed | Affirmed in Part | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Month | Increase or Decrease Monthly | Percen of Cas Montl |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-05 to 9-30-05 | 156 | 10 | 17 | 3 | 21 | 2 | 1 | 6 | 50 | 116 | -40 | 13.2 |
| 1700 | 9-1-05 to 9-30-05 | 161 | 19 | 44 | 8 | 19 | 9 | 0 | 1 | 81 | 99 | -62 | 11.2 |
| 2100 | 9-1-05 to 9-30-05 | 92 | 16 | 20 | 2 | 22 | 2 | 0 | 0 | 46 | 62 | -30 | 7.0 |
| 2600 | 9-1-05 to 9-30-05 | 142 | 2 | 22 | 5 | 23 | 2 | 0 | 1 | 53 | 91 | -51 | 10.3 |
| 2800 | 9-1-05 to 9-30-05 | 93 | 36 | 18 | 5 | 20 | 2 | 0 | 0 | 45 | 84 | -9 | 9.6 |
| 2900 | 9-1-05 to 9-30-05 | 12 | 14 | 4 | 0 | 3 | 0 | 0 | 0 | 7 | 19 | 7 | 2.2 |
| 3600 | 9-1-05 to 9-30-05 | 241 | 149 | 23 | 9 | 23 | 6 | 3 | 0 | 64 | 326 | 85 | 37.0 |
| 3700 | 9-1-05 to 9-30-05 | 136 | 0 | 19 | 8 | 20 | 3 | 0 | 1 | 51 | 85 | -51 | 9.7 |
| **Board Totals** | | **1033** | **246** | **167** | **40** | **151** | **26** | **4** | **9** | **397** | **882** | **-151** | **100.0** |

## FY 2005 Cumulative Dispositions

| Technology Center | Reporting Period | Pending Beginning Fiscal Year | Appeals Received Fiscal Year | Affirmed | Affirmed in Part | Reversed | Panel Remands | Administrative Remands | Dismissed | Total | Pending End Fiscal Year | Increase or Decrease Fiscal Year | Percent of Case Workloa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-04 to 9-30-05 | 208 | 350 | 124 | 22 | 171 | 23 | 11 | 87 | 438 | 120 | -88 | 13.6 |
| 1700 | 10-1-04 to 9-30-05 | 74 | 534 | 283 | 46 | 133 | 35 | 5 | 10 | 512 | 96 | 22 | 10.9 |
| 2100 | 10-1-04 to 9-30-05 | 250 | 226 | 138 | 65 | 210 | 10 | 4 | 1 | 428 | 48 | -202 | 5.4 |
| 2600 | 10-1-04 to 9-30-05 | 147 | 337 | 142 | 76 | 166 | 9 | 5 | 3 | 401 | 83 | -64 | 9.4 |
| 2800 | 10-1-04 to 9-30-05 | 57 | 382 | 159 | 47 | 122 | 6 | 4 | 2 | 340 | 99 | 42 | 11.2 |
| 2900 | 10-1-04 to 9-30-05 | 4 | 29 | 8 | 0 | 4 | 0 | 0 | 0 | 12 | 21 | 17 | 2.4 |
| 3600 | 10-1-04 to 9-30-05 | 206 | 657 | 162 | 67 | 251 | 33 | 13 | 3 | 529 | 334 | 128 | 37.9 |
| 3700 | 10-1-04 to 9-30-05 | 39 | 319 | 105 | 43 | 106 | 13 | 5 | 5 | 277 | 81 | 42 | 9.2 |
| **Board Totals** | | **985** | **2834** | **1121** | **366** | **1163** | **129** | **47** | **111** | **2937** | **882** | **-103** | **100.0** |

## % Decisions-Fiscal Year to Date

| AFFIRMED | AFFIRMED IN PART | REVERSED | PANEL REMANDS | ADMINISTRATOR REMANDS | DISMISSED | TOTAL |
|---|---|---|---|---|---|---|
| 38.2% | 12.5% | 39.6% | 4.4% | 1.6% | 3.8% | 100% |

With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

Biotech-Fiscal Year 2005
Chemical - Fiscal Year 2005
Electrical - Fiscal Year 2005
Mechanical - Fiscal Year 2005
Design - Fiscal Year 2005

**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Boards & Counsel  >  BPAI  >  Receipts and Dispositions by Technology Centers  >  FISCAL YEAR 2006

## FISCAL YEAR 2006

Board of Patent Appeals and Interferences
Receipts and Dispositions by Technology Centers for Ex Parte Appeals

### FY 2006 Monthly Dispositions- September 2006

| TECHNOLOGY CENTER | REPORTING PERIOD | PENDING BEGINNING MONTH | APPEALS RECEIVED MONTH | AFFIRMED | AFFIRMED IN PART | REVERSED | PANEL REMANDS | ADMINISTRATIVE REMANDS | DISMISSED | TOTAL | PENDING END MONTH | INCREASE OR DECREASE MONTHLY | PERCENT OF CASE MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 9-1-06 to 9-30-06 | 140 | 52 | 21 | 7 | 25 | 5 | 0 | 2 | 60 | 132 | -8 | 9.7 |
| 1700 | 9-1-06 to 9-30-06 | 331 | 43 | 62 | 12 | 27 | 11 | 0 | 2 | 114 | 260 | -71 | 19.2 |
| 2100 | 9-1-06 to 9-30-06 | 241 | 31 | 30 | 9 | 23 | 0 | 1 | 0 | 63 | 209 | -32 | 15.4 |
| 2600 | 9-1-06 to 9-30-06 | 83 | 21 | 16 | 3 | 13 | 0 | 0 | 0 | 32 | 72 | -11 | 5.3 |
| 2800 | 9-1-06 to 9-30-06 | 127 | 24 | 16 | 4 | 8 | 2 | 0 | 0 | 30 | 121 | -6 | 8.9 |
| 2900 | 9-1-06 to 9-30-06 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0.8 |
| 3600 | 9-1-06 to 9-30-06 | 382 | 48 | 18 | 13 | 24 | 1 | 2 | 0 | 58 | 372 | -10 | 27.4 |
| 3700 | 9-1-06 to 9-30-06 | 210 | 20 | 17 | 14 | 17 | 2 | 0 | 0 | 50 | 180 | -30 | 13.3 |
| **Board Totals** | | **1525** | **239** | **180** | **62** | **137** | **21** | **3** | **4** | **407** | **1357** | **-168** | **100.0** |

## FY 2006 Cumulative Dispositions

| TECHNOLOGY CENTER | REPORTING PERIOD | PENDING BEGINNING FISCAL YEAR | APPEALS RECEIVED FISCAL YEAR | AFFIRMED | AFFIRMED IN PART | REVERSED | PANEL REMANDS | ADMINISTRATIVE REMANDS | DISMISSED | TOTAL | PENDING END FISCAL YEAR | INCREASE OR DECREASE FISCAL YEAR | PER OF WOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 10-1-05 to 9-30-06 | 116 | 410 | 132 | 31 | 137 | 25 | 2 | 67 | 394 | 132 | 16 | 9 |
| 1700 | 10-1-05 to 9-30-06 | 99 | 772 | 361 | 56 | 129 | 55 | 1 | 9 | 611 | 260 | 161 | 1 |
| 2100 | 10-1-05 to 9-30-06 | 62 | 540 | 183 | 44 | 157 | 5 | 2 | 2 | 393 | 209 | 147 | 1 |
| 2600 | 10-1-05 to 9-30-06 | 91 | 299 | 148 | 40 | 121 | 5 | 2 | 2 | 318 | 72 | -19 | 5 |
| 2800 | 10-1-05 to 9-30-06 | 84 | 341 | 157 | 47 | 91 | 8 | 1 | 0 | 304 | 121 | 37 | 8 |
| 2900 | 10-1-05 to 9-30-06 | 19 | 6 | 5 | 0 | 7 | 0 | 0 | 2 | 14 | 11 | -8 | 0 |
| 3600 | 10-1-05 to 9-30-06 | 326 | 587 | 168 | 77 | 242 | 42 | 8 | 4 | 541 | 372 | 46 | 2 |
| 3700 | 10-1-05 to 9-30-06 | 85 | 394 | 102 | 53 | 117 | 20 | 3 | 4 | 299 | 180 | 95 | 1 |
| **Board Totals** | | **882** | **3349** | **1256** | **348** | **1001** | **160** | **19** | **90** | **2874** | **1357** | **475** | **10** |

## % Decisions-Fiscal Year to Date

| AFFIRMED | AFFIRMED IN PART | REVERSED | PANEL REMANDS | ADMINISTRATOR REMANDS | DISMISSED | TOTAL |
|---|---|---|---|---|---|---|
| 43.7% | 12.1% | 34.8% | 5.6% | 0.7% | 3.1% | 100% |

With the exception of a limited number of appeals involving special circumstances, the Board of Patent Appeals and Interferences is currently deciding appeals received at the Board as follows:

BIOTECH-Fiscal Year 2006
CHEMICAL - Fiscal Year 2006
ELECTRICAL - Fiscal Year 2006
MECHANICAL - Fiscal Year 2006

DESIGN - Fiscal Year 2006

>>**Click here for a Printer Friendly Version of this spreadsheet in an Adobe Acrobat pdf format**<<

**KEY**:  =online business system   =fees  =forms  =help  =laws/regulations  =definition (glossary)

*Is there a question about what the USPTO can or cannot do that you cannot find an answer for? Send questions about USPTO programs and services to the* **USPTO Contact Center (UCC).** *You can suggest USPTO webpages or material you would like featured on this section by E-mail to the* **webmaster@uspto.gov**. *While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.*

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 10/17/2007 11:46:08