FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2007 DEC 20  A 8: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br> Plaintiff, <br> v. <br> JON W. DUDAS, *et al.*, <br> Defendants. | 1:07cv846(JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, *et al.*, <br> Plaintiff, <br> v. <br> JON W. DUDAS, *et al.*, <br> Defendants. | 1:07cv1008(JCC/TRJ) |

**MOTION OF *AMICUS CURIAE* R&D LICENSING COMPANIES FOR LEAVE
TO FILE A BRIEF ON THE ISSUE OF THE IMPACT OF THE PROPOSED
USPTO RULES ON AMICI' BUSINESS MODEL**

AmberWave Systems Corp., Fallbrook Technologies, Inc., InterDigital Communications, LLC, Nano-Terra, Inc., and Tessera, Inc. are R&D Licensing Companies (the "R&D Licensing Companies") respectfully move for leave to file a brief as *amici curiae* on or before December 27, 2007, on the issue of the impact of the proposed USPTO rules on *amici*' business model. Counsel for the Companies have conferred with counsel for Plaintiff Triantafyllows Tafas, the GlaxoSmithKline plaintiffs ("GSK"), and Defendants regarding this motion. Plaintiffs do not oppose this motion,

and Defendants take no position on this motion. All parties agree, however, that the motion should be decided without oral argument.

As explained in further detail in the accompanying memorandum, the Companies have a direct interest in this litigation as representatives of the emerging technologies industry and can provide the Court with a unique perspective on the issues. In light of the current schedule and need for expedited resolution of this important case, the Companies seek leave to file an *amicus* brief one week after the anticipated cross motions for summary judgment in the above-captioned consolidated cases.

Date: December 19, 2007

Robert G. Sterne
Kenneth C. Bass, III (Va. Bar 001021)
Michele A. Cimbala
Jon E. Wright (Va. Bar. 48941)
Mark F. Evens (Va. Bar 15069)
David K.S. Cornwell
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540
email: rsterne@skgf.com

ATTORNEYS FOR *AMICUS CURIAE*:

AmberWave Systems Corp.
Fallbrook Technologies, Inc.
InterDigital Communications, LLC
Nano-Terra, Inc.
Tessera, Inc.

Respectfully submitted,

Mark Fox Evens (VSB # 15069)
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540
email: mevens@skgf.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, I caused a copy of the foregoing Motion of *Amicus Curiae* R&D Licensing Companies for Leave to File a Brief on the Issue of the Impact of the Proposed USPTO Rules on Amici' Business Model and accompanying proposed order to be filed with the Clerk of the Court and such filing to be mailed via First Class Mail to the following:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: elocke@kirkland.com

and

Craig Crandall Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
(703) 549-5353
Email: craig.reilly@rmrwlaw.com
*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
202-342-8504
Fax: 202-342-8451
Email: jwilson@kelleydrye.com
*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov
*Counsel for Defendants*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
(202) 942-8400
Email: james.dowd@wilmerhale.com
*Counsel for Putative Amicus PhRMA*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
(703) 720-7000
Email: randall_miller@aporter.com
*Counsel for Putative Amicus BIO and Monsanto Company*

Scott Jeffrey Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102
(703) 770-7864
Email: scott.pivnick@pillsburylaw.com
*Counsel for Putative Amicus Elan Pharmaceuticals*

Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
(202) 626-8978
Fax: 202 626-3737
Email: dbey@kslaw.com
*Counsel for Putative Amicus HEXAS, LLC; The Roskamp Institute; Tikvah Therapeutics, Inc.*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
202-739--5186
Fax: (202) 739-3001
Email: to'brien@morganlewis.com *Counsel for Putative Amicus AIPLA*

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
(703) 205-8000
Email: cg@bskb.com
*Counsel for Putative Amicus Intellectual Property Institute of William Mitchell College of Law*

Mark Fox Evens (VSB #15069)
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540
email: mevens@skgf.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br>Defendants. | 1:07cv846(JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, *et al.*,<br>Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br>Defendants. | 1:07cv1008(JCC/TRJ) |

**ORDER ON MOTION OF *AMICUS CURIAE* R&D LICENSING COMPANIES FOR LEAVE TO FILE A BRIEF ON THE ISSUE OF THE IMPACT OF THE PROPOSED USPTO RULES ON AMICI' BUSINESS MODEL**

This matter having come before the Court on Motion of Amicus Curiae R&D Licensing Companies for Leave to File a Brief on the Issue of the Impact of the Proposed USPTO Rules on Amici' Business Model, and there being no objection from any party to this action, this Motion is hereby GRANTED.

The *amicus* brief shall be due one week after the parties submit their cross motions for summary judgment.

DATED: _____          _____
                                JAMES C. CACHERIS
                                United States District Judge