IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br> Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br> Defendants. | 1:07cv846(JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, *et al.*,<br> Plaintiff,<br>v.<br><br>JON W. DUDAS, *et al.*,<br> Defendants. | 1:07cv1008(JCC/TRJ) |

## LOCAL CIVIL RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT FOR *AMICUS CURIAE* NANOTERRA INC.

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for *amicus curiae* Nano-Terra, Inc. in the above captioned action, certifies that the client has represented that the following are owners of NT Partners LLC, which own 95% of Nano-Terra, Inc.:

George Whitesides

Carmichael Roberts

Myer Berlow

Ueli Morant

Date: December 27, 2007

Robert G. Sterne
Kenneth C. Bass, III (Va. Bar 001021)
Michele A. Cimbala
Jon E. Wright (Va. Bar. 48941)
Mark F. Evens (Va. Bar 15069)
David K.S. Cornwell
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540
email: rsterne@skgf.com

ATTORNEYS FOR *AMICUS CURIAE*:

Nano-Terra Inc.

Respectfully submitted,

_____/s/_____
Mark Fox Evens (Va. Bar 15069)
STERNE, KESSLER, GOLDSTEIN
 & FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-2600
Facsimile: 202-371-2540
email: mevens@skgf.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2007, a copy of the foregoing Local Civil Rule 7.1 Financial Interest Disclosure Statement of Nano-Terra, Inc. was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
202-342-8504
Fax: 202-342-8451
Email: jwilson@kelleydrye.com

&

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
202-342-8400
Fax: 202-342-8451
Email: jbaden-mayer@kelleydrye.com
*Counsel for Plaintiff Triantafyllos Tafas*

Craig Crandall Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
(703) 549-5353
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5229
Email: dtrainor@kirkland.com

&

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: elocke@kirkland.com
*Counsel for Plaintiff GlaxoSmithKline*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov
*Counsel for Defendant Jon W. Dudas et al.*


James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
(202) 942-8400
Email: james.dowd@wilmerhale.com
*Counsel for Interested Party Pharmaceutical Research and Manufacturers of America*
*Interested Party*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
(703) 720-7000
Email: randall_miller@aporter.com
*Counsel for Interested Parties Biotechnology Industry Organization & Monsanto Company*

Scott Jeffrey Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd
Suite 1400
McLean, VA 22102
(703) 770-7864

Email: scott.pivnick@pillsburylaw.com

&

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
202-663-8000
Fax: 202-663-8007
Email: rebecca.carr@pillsburylaw.com
*Counsel for Interested Party Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
202-739--5186
Fax: (202) 739-3001
Email: to'brien@morganlewis.com
*Counsel for Interested Party American Intellectual Property Law Association*

Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
(202) 626-8978
Fax: 202 626-3737
Email: dbey@kslaw.com
*Counsel for Interested Paries HEXAS, LLC; The Roskamp Institute & Tikvah Therapeutics, Inc.*

Robert Emmett Scully, Jr.
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
(703) 739- 4900
Fax: (703) 739- 9577
Email: rscully@stites.com
*Counsel for Interested Party Human Genome Sciences, Inc.*

Craig James Franco
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
(703) 218-2100
Email: craig.franco@ofplaw.com
*Counsel for Interested Parties Polestar Capital Associates, LLC & Norseman Group, LLC*

Matthew Christian Schruers
Computer & Communications Industry Association
900 17th St NW
Suite 1100
Washington, DC 20006
(202) 470-3620
Email: MSchruers@ccianet.org
*Counsel for Interested Parties Public Patent Foundation; Computer and Communications Industry Association; AARP; Consumer Federation of America; Essential Action; Foundation for Taxpayer and Consumer Rights; Initiative for Medicines, Access and Knowledge; Knowledge Ecology International; Prescription Access Litigation; Public Knowledge; Research on Innovation & Software Freedom Law Center*

Jonathan Dyste Link
McGuireWoods LLP
1750 Tysons Blvd
Suite 1800
McLean, VA 22102-4215
703-712-5000
Fax: 703-712-5279
Email: jlink@townsend.com
*Counsel for Interested Party CFPH, LLC*

John C. Maginnis, III
1350 Connecticut Avenue, N.W.
Suite 301
Washington, DC 20036
(202) 659-44220
Email: maginnislaw2@verizon.net
*Counsel for Interested Party CropLife America*

Maurice Francis Mullins
Spotts Fain PC
411 E Franklin St
Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2069
Fax: (804) 697-2169
Email: cmullins@spottsfain.com
*Counsel for Interested Party Micron Technology, Inc.*

Jackson David Toof
Robins Kaplan Miller & Ciresi LLP
1875 Eye St NW
Suite 300
Washington, DC 20006-1307
202-857-6130
Fax: 202-223-8604
Email: toof.jackson@arentfox.com
*Counsel for Interested Parties Valspar Corporation; General Mills, Inc.; Donaldson Company, Inc.; Ecolab Inc. & Anchor Wall Systems, Inc.*

Robert C. Gill
Saul Ewing LLP
2600 Virginia Ave NW
Suite 1000
Washington, DC 20037
202-295-6605
Fax: 202-295-6705
Email: rgill@saul.com
*Counsel for Interested Parties PA Bioadvance; Life Sciences Greenhouse of Central Pennsylvania & Pittsburgh Life Sciences Greenhouse*

Blair Elizabeth Taylor
Venable LLP
575 7th St NW
Washington, DC 20004
(202) 344-4000
Email: btaylor@cov.com
*Counsel for Interested Party Intellectual Property Owners Association*

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040-0747
(703) 205-8000
Email: cg@bskb.com
*Counsel for Interested Party Intellectual Property Institute of William Mitchell College of Law*

Kenneth Carrington Bass, III
Sterne, Kessler, Goldstein & Fox
1100 New York Ave NW
Suite 600
Washington, DC 20005
(202) 772-8825
Fax: (202) 371-2540
Email: kbass@skgf.com
*Counsel for Interested Parties AmberWave Systems Corporation; Fallbrook Technologies Inc.; InterDigital Communications LL; Nano-Terra Inc. & Tessera, Inc.*

Kevin Michael Henry
Sidley Austin Brown & Wood LLP
1501 K St NW
Washington, DC 20005
(202) 736-8000
Email: khenry@sidley.com
*Counsel for Interested Party Washington Legal Foundation*

> _____/s/_____
> Mark Fox Evens (Va. Bar 15069)
> STERNE, KESSLER, GOLDSTEIN
>  & FOX P.L.L.C.
> 1100 New York Avenue, N.W.
> Washington, D.C. 20005
> Telephone: 202-371-2600
> Facsimile: 202-371-2540
> email: mevens@skgf.com