

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:07cv846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) <br> CORPORATION, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JON W. DUDAS, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:07cv1008 (JCC/TRJ) |

**MOTION OF *AMICI CURIAE* INTELLECTUAL PROPERTY, ADMINISTRATIVE
LAW AND PUBLIC HEALTH PROFESSORS FOR LEAVE TO FILE BRIEF IN
SUPPORT OF
THE DEFENDANTS' ANTICIPATED MOTIONS FOR SUMMARY JUDGMENT**

*Amici* are professors who teach intellectual property and administrative law at law and

schools of public health throughout the United States. A complete list of signatories is attached

as Appendix A. *Amici* have no personal connection to the parties and no economic interest in the

outcome of these cases. No one other than the signatory parties has paid for or authored this brief in whole or in part. We have an academic interest in seeing that patent law develops in ways that promote the progress of the useful arts, and in ensuring that the role of the United States Patent and Trademark Office (PTO) as an administrative agency is properly understood.

*Amici* believe that the attached brief will assist the court by providing an unbiased perspective on the issues of both administrative law and patent policy at the heart of these cases.

Counsel for plaintiff GlaxoSmithKline and defendants Jon W. Dudas and the United States Patent and Trademark Office have consented to the filing of this brief.

For these reasons, *amici* respectfully move the court to accept the attached brief *amici curiae* as filed.

Respectfully submitted,

Jennifer Martinez (VSB # 44319)
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel.: (650) 723-2465
Fax: (650) 725-0253
jmartinez@law.stanford.edu

Mark A. Lemley
STANFORD LAW SCHOOL
Arti K. Rai
DUKE LAW SCHOOL

*Counsel for Amici Curiae Intellectual Property and Administrative Law Professors*

December 20, 2007

## Appendix A: List of Signatories[1]

Professor Stuart Benjamin
Duke Law School

Professor Robin Feldman
Director, Law and Bioscience Project
U.C., Hastings College of the Law

Professor Marshall Leaffer
Distinguished Scholar in Intellectual Property Law & University Fellow
Indiana University School of Law, Bloomington

Professor Mark A. Lemley
William H. Neukom Professor
Stanford Law School

Professor Michael Meurer
Boston University School of Law
Michaels Faculty Scholar and Professor of Law

Professor Joseph Scott Miller
Lewis & Clark Law School

Professor Peter S. Menell
Professor of Law
Director, Berkeley Center for Law & Technology
University of California at Berkeley School of Law (Boalt Hall)

Professor Craig Allen Nard
Tom J.E. and Bette Lou Walker Professor
Case Western Reserve University School of Law

Professor Arti K. Rai
Duke Law School

Professor Jerome Reichman
Bunyan S. Womble Professor
Duke Law School

Professor Michael Risch
West Virginia University College of Law

---

[1] All individuals signing the brief do so in their individual capacity; institutions are listed for identification purposes only.

Professor Bhaven N. Sampat
Assistant Professor of Health Policy and Management
Mailman School of Public Health
Columbia University

Professor Katherine J. Strandburg
Associate Professor of Law
DePaul University College of Law

Professor John R. Thomas
Georgetown University Law Center

## CERTIFICATE OF SERVICE

      I am over 18 years of age. I hereby certify that on this 19th day of December 2007, a copy of the foregoing Motion of Amici Curiae Intellectual Property and Administrative Law Professors for Leave to File a Brief in Support of Defendants' Anticipated Motions for Summary Judgment was served by first class mail on the following:

Elizabeth M. Locke
Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW Suite 400
Washington, DC 20007
Email: jwilson@jekketdrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
Email: lauren.wetzler@usdoj.gov

*Counsel for the Defendants*

/s/ Patricia Sheeler
Patricia Sheeler
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610