

### APPENDIX A, MANZETTI DECLARATION

The Pittsburgh Life Sciences Greenhouse (PLSG) provides capital investments and customized company formation and business growth services to our region's life sciences enterprises. We support biosciences companies with promising innovations in the following concentrations: Biotechnology Tools, Diagnostics, Healthcare IT, Medical Devices and Therapeutics.

We're propelling the sustainable growth of southwestern Pennsylvania's life sciences economy by accelerating research and technology commercialization with seed and early-stage companies; connecting investors with our Investment Portfolio companies; expanding established life sciences ventures; and relocating biomedical companies to Pennsylvania.

#### CONCEPT TO COMMERCIALIZATION™

PLSG primarily focuses on guiding researchers, entrepreneurs, and emerging companies through the difficult challenges faced in the early stages of company development. By helping them build sustainable business models and secure capital investments, we make it possible for companies to deliver biomedical innovations to the marketplace more quickly and efficiently than they ever could alone.



*43 companies in evaluation phase

In addition to nurturing young companies, we fuel the expansion of life science companies in the growth and maturity stages by supporting new product and market developments and by introducing them to new investors.

There are 218 clients in the PLSG Concept to Commercialization™ Pipeline.

#### PLSG IMPACTS SINCE INCEPTION

- Created 20,000 sq. ft. lab/office incubator space
- Regional life sciences company formation rate has increased from 2-3 per year to 15-20 new companies per year
- Imported 10 companies to SW Pennsylvania
- Invested $15.2M in VC Funding
- Assisted with $13M in SBIR Funding to regional companies
- 4,000 individuals trained in biotechnology

#### SNAPSHOT OF PLSG INVESTMENT HISTORY



Over $9.5M invested directly in more than 45 companies, which leveraged over $300M in additional capital

### SOUTHWESTERN PA STRENGTHS

#### Institutions and Research

**University of Pittsburgh**

Medical School Ranked #12

NIH Research Funding Ranked #9

1,741 Faculty Members in 33 Departments engaged in Life Science Research

**Carnegie Mellon University**

Computer Science Ranked #1

Informatics Ranked #1

Robotics Ranked #1

#### Collaborative Efforts

Collaboration with economic development organizations to facilitate "one stop technology shopping"

Center for Neural Basis of Cognition

Tissue Engineering Initiative

McGowan Institute for Regenerative Medicine

#### Pittsburgh Venture Investments Climbing

- Climbed from 31st to 16th in Highest VC Investment Dollars ($33M-$230M)
- Climbed from 36th to 11th in VC investment per Capita ($14M - $97M)
- Has become 1st in Fastest Investment VC Growth Rate (excluding bubble years 1999-2001)

100 Technology Drive, Suite 400
Pittsburgh, PA  USA
15219-1819
412-201-7370

www.plsg.com

Dockets.Justia.com



# Entrepreneur Guide
Your guide to identify PLSG services

## At what stage is your company?

Seed — Early-Stage — Growth

### Seed

You've either just conceived an idea for your company or have just formed or incorporated As founders, you are developing your core product or service.

PLSG has a wide variety of services to help you succeed. To see what services are most rel simply expand each topic and click on the appropriate links.

- Prototype completed?
- IP protection in place?
  - ☑ **Yes**
    - SBIR Advance
    - Executive-in-Residence
    - PLSG Investment Funds
  - ☒ **No**
    - Executive-in-Residence
    - SBIR Advance
- Business plan completed?
- Collaborators/partners in academia secured?
- Facilities needed?
- Funding needed?



Return to Main User Guide