

APPENDIX A, SCHILBERG DECLARATION

**We Grow Life Sciences Businesses**

## About BioAdvance

BioAdvance is one of the nation's leading investors providing pre-seed and seed stage funding to emerging life sciences companies. Established in 2002 with $33.8 million from the Commonwealth of Pennsylvania's share of tobacco settlement monies, BioAdvance identifies and invests in promising research and technologies that could lead to important advances in medicine and human health. Companies in the BioAdvance portfolio are working to develop products to treat health problems including Alzheimer's, cancer, obesity, GI disorders, neurological and respiratory illnesses. BioAdvance was twice named in *Entrepreneur Magazine's* top ten seed-stage investors in life sciences.

## FAST FACTS
## Funding, Business Support and Programs

- $20 million Greenhouse Fund invests between $250,000 and $1 million for seed-stage companies.
- Investments focus on companies developing therapeutic agents, diagnostics and devices to improve human health.
- $11.5 million committed since 2003 in 21 companies and nine pre-seed projects.
- Portfolio companies have raised almost $200 million in additional capital since the BioAdvance investments.
- Five portfolio companies have been acquired.
- $26 million BioAdvance Ventures Fund, managed by Quaker BioVentures, which is fully invested in 12 companies (two of which received BioAdvance seed funding).

### BioAdvance also has...

- Sponsored the Greater Philadelphia Life Sciences directory (GPLSG — www.look4science.com) — a searchable, online directory of the region's life sciences organizations, companies services, capital and support organizations.
- Sponsored The Milken Institute's study, *The Greater Philadelphia Life Sciences Cluster: An Economic and Comparative Assessment*, naming Greater Philadelphia one of the nation's top three life sciences centers.
- Committed $2.5 million to found the Greater Philadelphia Bioinformatics Alliance (GPBA), successfully linking regional academia and industry through collaborative research, education and training, and workforce development. Investment leveraged an additional $1.2 million in state, federal and NSF grants.

## Greenhouse Program Portfolio Companies

**Acuity Pharmaceuticals Inc.,** Dale Pfost, Ph.D., Chairman, President & CEO. Acuity used BioAdvance funding to move its RNA interference technology drug for adult macular degeneration — discovered at the University of Pennsylvania — into clinical trials. The company raised $16.5 million in 2005 and in 2007 merged with Froptix, renamed Opko Corp. www.acuitypharma.com

**Alteris Therapeutics, Inc.,** Albert Wong, M.D., CSO. Alteris was focused on the discovery and development of therapeutics and vaccines against novel, proprietary cancer targets. The company's cancer technologies were purchased by Celldex Therapeutics in 2005. www.celldextherapeutics.com

**Avid Radiopharmaceuticals, Inc.,** Dan Skovronsky, M.D., Ph.D. Founder and President. Avid, out of University of Pennsylvania, is developing novel radiopharmaceuticals for early diagnosis of Alzheimer's disease. The company raised $8.9 million in 2006 and raised an additional $26 million in 2007. www.avidrp.com

**Cira Discovery Sciences, Inc.,** Wade T. Rogers, Ph.D., President & CEO. Cira discovers patterns of biomarkers for diagnostics and drug discovery using its proprietary computational platform. www.ciradiscovery.com

3701 MARKET STREET ▪ PHILADELPHIA, PA 19104 ▪ P: 215.966.6214 ▪ F: 215.966.6215 ▪ WWW.BIOADVANCE.COM

Dockets.Justia.com

Greenhouse Program Portfolio Companies (continued)

**Eagle Vision Pharmaceuticals, Corp.,** Philip P. Harnish, Ph.D., Chairman & CEO. Eagle Vision focuses on imaging agents to enhance magnetic resonance imaging's (MRI) powerful potential for diagnosis and management of heart disease, liver disease and cancer. www.eaglevpc.com

**Galleon Pharmaceuticals, Inc.,** James Mannion, Ph.D., CEO. Galleon is an early stage company that is developing a new class of medicine for sleep apnea and other conditions related to the body's regulation of breathing. A $10 million first tranche received as part of a larger financing. www.galleonpharma.com

**Gelifex, Inc.** Gelifex developed novel spine implants for degenerative disc disease. Gelifex was acquired by multi-national device company Synthes, Inc., (Paoli, PA) in 2004. www.synthes.com

**InfraScan, Inc.,** Baruch Ben Dor, Ph.D., President and CEO. InfraScan is developing the Infrascanner™, which is a hand-held imaging device using near infrared (NIR) technologies for the detection of bleeding in the brain. www.infrascanner.com

**Jenrin Discovery, Inc.,** John McElroy, Ph.D., Founder, President and CSO. Jenrin is developing a novel approach for the treatment of obesity by developing drugs that act directly to eliminate adipose (fat) tissue. j.mcelroy@jenrindiscovery.com

**LumenVu, Inc.,** Anne-Marie Maman, CEO. LumenVu, out of the University of Pennsylvania, is embedding lights in catheters to direct their accurate placement in the body. LumenVu was acquired by SonoSite in 2007. www.sonosite.com

**Marillion Pharmaceuticals, Inc.,** Zahed Subhan, Ph.D., MBA, LLB, CEO. Marillion is dedicated to the discovery, development and commercialization of anticancer drugs based on proprietary tumor targeting technologies licensed from the University of Pennsylvania. Marillion raised $1.5 million in 2006. zahedsubhan@marillionpharma.com

**Melior Discovery, Inc.,** Andrew Reaume, Ph.D., CEO. Melior is a start-up drug development company that is using its theraTRACE℠ platform to identify new therapeutic uses for development-stage pharmaceutical compounds. Melior raised $3.7 million in 2006. www.meliordiscovery.com

**Midway Pharmaceuticals, Inc.,** Rifat Pamukcu, M.D., CEO. Midway is a development-stage biopharmaceutical company focused on creating proprietary drugs for the treatment of bacteria-mediated gastrointestinal (GI) diseases. rpamukcu@midwaypharma.com

**NuPathe Inc.,** Jane Hollingsworth, Chariman & CEO. NuPathe is a specialty pharmaceuticals company focusing on the acquisition and development of important and innovative therapeutic products in the area of neuroscience and psychiatry. NuPath raised $15 million in 2006. www.nupathe.com

**PhenoTech, Inc.,** Guy Maestre, Ph.D., President & CEO. Phenotech, out of the University of Pennsylvania, is employing novel molecular technology to develop a new class of renewable, inexpensive, high-quality blood typing reagents. www.phenotech.com

**Protez Pharmaceuticals, Inc.,** Christopher M. Cashman, CEO. Protez has four programs to discover novel antibiotics to combat drug resistance in difficult-to-treat hospital-based infections. Protez raised an additional $21 million in funding. www.protez.com

**RetinaPharma Technologies, Inc.,** Terry A. Fuller, Ph.D., President & CEO. RetinaPharma develops products for vision disorders. RetinaPharma's TonoPach® for glaucoma diagnosis received FDA marketing clearance in 2005. www.retinapharma.com

**SansRosa Pharmaceutical Development, Inc.,** James Fay, CEO. SansRosa was focusing on the topical administration of therapeutic agents to treat rosacea and other skin conditions. SansRosa was acquired by CollaGenex, Inc. (Newtown, PA) in 2005. www.collagenex.com

**SonoMedix** (a VascuLab Company) Mike Dugery, Founding Partner, VascuLab Technologies. SonoMedix is developing a novel nano-acoustic sensor technology for broad application in cardiovascular diagnostics. The first targeted application is blood coagulation self-testing for patients taking Coumadin®. mdugery@vasculabtech.com

**TheraQuest Biosciences, Inc.,** Najib Babul, PharmD, CEO and CSO. TheraQuest, an analgesic specialist, is developing four novel products for the treatment of moderate-to-severe pain conditions. www.theraquestinc.com

**Yaupon Therapeutics, Inc.,** Robert Alonso, President and CEO. Yaupon has four compounds in its pipeline, including treatments focused on T-cell lymphoma, methamphetamine addiction, smoking cessation and neuropathic pain. Yaupon raised $4.0 million in 2006. www.yaupontherapeutics.com



UPDATED OCTOBER 2007

Bio Advance
Biotechnology Greenhouse of Southeastern Pennsylvania