

APPENDIX A, BILINGSLEY DECLARATION

**LSGPA**
**LIFE SCIENCES GREENHOUSE**
**of Central Pennsylvania**
*Accelerating Commercialization of Discoveries in the Life Sciences*

April 2007

## ABOUT LSGPA

The Life Sciences Greenhouse of Central Pennsylvania (LSGPA) is a 501(c)3 corporation whose goal is to advance the life sciences within Pennsylvania. The organization supports new and expanding commercial entities in central Pennsylvania through direct investment and selective delivery of business development services.

## FAST FACTS

LSGPA was created under Act 77, The Tobacco Settlement Act of 2001, and became operational October 2002.

**Key Investments to Date:**

▼ $9 million in seed and pre-seed stage capital (committed) from our Gap and Technology Development II Funds.

▼ Nearly $3.7 million to small businesses and university-based initiatives for the refinement of cutting edge technologies.

▼ $3.4 million dollars committed to relocation efforts and the build-out of incubators with wet lab space, a sum leveraged more than $111 million.

## FUNDING OPPORTUNITIES & BUSINESS SERVICES

▼ The Gap Fund is a convertible debt to equity or equity investment into pre-seed or seed stage companies. Funding is in the range of $250,000 to $500,000.

▼ Deal flow into the Gap Fund is enhanced by the Technology Development Fund (TDF). The TDF invests up to $250,000 in projects that show commercial promise but need additional development of business model, proof-of-concept or prototype.

▼ Business support services may include (among other things) marketing support, financial analysis and modeling, and introduction to strategic partners and sources of follow-on funding.

## LSGPA's CLIENTS INCLUDE:

▼ University-based researchers and technology development groups

▼ Emerging companies in need of business assistance and funding

▼ Companies seeking to expand or locate in central Pennsylvania

▼ Companies collaborating with researchers, institutions, or companies already located in the region

225 Market Street / Suite 500  Harrisburg, PA 17101   P 717 / 635-2100   F 717 / 635-2010   *www.lsgpa.com*



April 2007

## PORTFOLIO COMPANIES

▼ **Acies, Inc. – Bellefonte, PA**
Acquires, develops, and markets products to serve the burn and wound care markets

▼ **Azevan Pharmaceuticals, Inc. – Bethlehem, PA**
Developing novel vasopressin antagonists for multiple therapeutic targets

▼ **Carbon NanoProbes, Inc. – State College, PA**
Developer and manufacturer of nanotube-tipped probes for atomic force nanoscopy

▼ **Chaperone Technologies, Inc. – Scranton, PA**
Drug discovery firm focused on novel antibacterial agents

▼ **ChromBA, Inc. – State College, PA**
Maker of advanced chromatography equipment

▼ **Glucolight Corporation – Bethlehem, PA**
Developing a real-time, non-invasive glucose monitor

▼ **Hanson Technologies, Inc. – Carlisle, PA**
Specialists in integrated biological and chemical sensors

▼ **INRange Systems, Inc. – Altoona, PA**
Creating a system to remotely deliver, manage, and monitor drug therapy compliance

▼ **NanoHorizons, Inc. – State College, PA**
Manufacturer and developer of nanoparticles and nanofilms for a wide array of uses

▼ **ProSanos Corporation – Harrisburg, PA**
Experts in the capture, integration, analysis and understanding of healthcare data

▼ **QuantumBio, Inc. – State College, PA**
A software company that seeks to accelerate drug discovery efforts using unique molecular modeling tools

▼ **Ras Therapeutics, Inc. – Harrisburg, PA**
Engaged in the discovery and development of novel oncology therapies

▼ **Saladax Biomedical, Inc. – Bethlehem, PA**
Developer of assays used to personalize chemotherapy treatment

▼ **SoftGenetics, LLC – State College, PA**
Creator of software tools for use by genetic researchers and diagnosticians

▼ **Strategic Polymer Sciences, Inc. – State College, PA**
Specialists in the design and commercialization of advanced polymer materials.

▼ **Xbio Systems, Inc. – Harrisburg, PA**
An IT solutions provider commercializing an Integrated Drug Development Platform

225 Market Street / Suite 500  Harrisburg, PA 17101   P 717 / 635-2100   F 717 / 635-2010   www.lsgpa.com