# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br><br>        Plaintiff,<br><br>        v.<br><br>JON W. DUDAS,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07cv846(JCC/TRJ)<br>)<br>)<br>)<br>)<br>) |
| CONSOLIDATED WITH ||
| SMITHKLINE BEECHUM CORPORATION,<br>d/b/a GLAXOSMITHKLINE,<br><br>        Plaintiff,<br><br>        v.<br><br>JON W. DUDAS,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07cv1008(JCC/TRJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ON MOTION FOR LEAVE OF *AMICUS CURIAE*
BAR ASSOCIATION OF THE DISTRICT OF COLUMBIA
FOR LEAVE TO FILE A BRIEF REGARDING THE EFFECTS OF THE
FINAL RULES ON ESTABLISHED PATENT LAW AND PROSECUTION**

The Motion of *Amicus Curiae* Bar Association of the District of Columbia for Leave to

File a Brief Regarding the Effects of the Final Rules on Established Prosecution Practices is

2

hereby GRANTED. The Brief is deemed to have been filed as of the date of the filing of the motion without need to refile.


DATED: _____          _____
                                        James C. Cacheris
                                        UNITED STATES DISTRICT JUDGE