UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>Plaintiff,<br><br>v.<br><br>JON W. DUDAS, et al.,<br>Defendants. | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, et al.,<br>Plaintiffs,<br><br>v.<br><br>JON W. DUDAS, et al.,<br>Defendants. | Civil Action No. 1:07cv1008 (JCC/TRJ) |

**LOCAL CIVIL RULE 7.1 FINANCIAL DISCLOSURE**

Pursuant to Local Civil Rule 7.1, *amicus curiae* Intellectual Property Owners Association states it has nothing to report under Local Civil Rule 7.1(A)(1)(a)and(b).

Respectfully submitted :

December 27, 2007

/s/
Blair Elizabeth Taylor (VA Bar 47906)
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel.: (202) 662-5669
Fax: (202) 778-5669
Email: BTaylor@cov.com

Attorney for *amicus curiae* Intellectual Property Owners Association

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2007, the foregoing Financial Disclosure was filed electronically using the CM/ECF system, which will send notification by electronic means to the following counsel of record:

Joseph D. Wilson
Kelley Drye & Warren LLP
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna E. Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007

*Attorneys for Plaintiff in C.A. No. 1:07cv846*

Craig C. Reilly Esq.
Richard McGettigan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrlaw.com

Daniel S. Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

*Attorneys for Plaintiffs in C.A. No. 1:07cv1008*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314
Email: Lauren.wetzler@usdoj.gov

*Attorney for Defendants in C.A. Nos. 1:07cv846 and 1:07cv1008*


James M. Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Attorney for Interested Party Pharmaceutical Research and Manufacturers of America*


Randall K. Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Attorney for Interested Party Biotechnology Industry Organization, Monsanto Company*


Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
Suite 1400
McLean, VA 22102
Email: scott.pivnick@pillsburylaw.com

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
Email: Rebecca.carr@pillsburylaw.com

*Attorneys for Interested Party Elan Pharmaceuticals, Inc.*

Thomas J. O'Brien
Morgan, Lewis, & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Attorney for Interested Party American Intellectual Property Law Association*


Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
Email: dbey@kslaw.com

*Attorney for Interested Party HEXAS, LLC; Roskamp Institute, The; Tikvah Therapeutics, Inc.*


Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd
PO Box 747
Falls Church, VA 22040
Email: cg@bskb.com

*Attorney for Interested Party Intellectual Property Institute of William Mitchell College of Law*

/s/
_____
Blair Elizabeth Taylor (VA Bar 47906)
Covington & Burling LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel: (202) 662-5669
Fax: (202) 778-5669
Email: BTaylor@cov.com

Attorney for *Amicus Curiae* Intellectual Property Owners Association