IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br> v. <br> (JCC/TRJ) <br> JON W. DUDAS, *et al.*, <br><br> Defendants. | Civil Action No.: <br> 1:07-cv-846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, *et al.* <br><br> Plaintiffs, <br> v. <br> (JCC/TRJ) <br> JON W. DUDAS, *et al.*, <br><br> Defendants. | Civil Action No.: <br> 1:07-cv-846 (JCC/TRJ) |

**Order Granting Motion Of *Amicus Curiæ* TELES AG Informationstechnologien For Leave To File a Brief Supporting The Plaintiffs' Summary Judgment Motions**

The Motion of Amicus Curiae TELES AG Informationstechnologien ("TELES AG") For Leave To File a Brief Supporting The Plaintiff's Summary Judgment Motions having been considered and for good cause shown is hereby GRANTED. The amicus brief attached as Exhibit A to the motion is hereby accepted for filing and entry.

DATED: _____

_____
JAMES C. CACHERIS
United States District Judge