# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS, et al., <br><br> Defendants. | Civil Action No. 1:07cv846 (JCC) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON W. DUDAS, et al., <br><br> Defendants. | Civil Action No. 1:07cv1008 (JCC) |

### MOTION OF INTEL CORPORATION FOR LEAVE TO FILE
### A BRIEF AS *AMICUS CURIAE* IN CONNECTION WITH
### THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

Intel Corporation ("Intel"), by counsel, hereby moves for leave to file its brief as *Amicus Curiae* in support of Defendant's Motion for Summary Judgment. Accordingly, for the reasons more particularly set forth in its Memorandum in support of this Motion, Intel respectfully requests that the Court enter the accompanying proposed order allowing the filing of Intel's *Amicus Curiae* Brief as of the day that this Motion is being filed.

Respectfully submitted,

INTEL CORPORATION

Dated: December 28, 2007

_____/s/_____
M. F. Connell Mullins, Jr. (VSB #47213)
Email: cmullins@spottsfain.com
Hugh M. Fain, III (VSB No. 26494)
Email:  hfain@spottsfain.com
Attorneys for Intel Corporation
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to the following:

Joseph D. Wilson, III
Joanna Baden-Mayer
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, DC  20007
jwilson@kellydrye.com
jbaden-mayer@kellydrye.com

Counsel for Plaintiff Triantafyllos Tafas

Craig C. Reilly
Richards McGettigan Reilly & West, P.C.
1725 Duke Street, Suite 600
Alexandria, Virginia  22314
craig.reilly@rmrwlaw.com

D. Sean Trainor
Kirkland & Ellis LLP
655 15th Street, N.W., Suite 1200
Washington, D.C.  20005
dtrainor@kirkland.com

Elizabeth M. Locke
Kirkland & Ellis LLP
655 15th Street, N.W., Suite 1200
elocke@kirkland.com

Counsel for Consolidated Plaintiffs GlaxoSmithKline et al.

Lauren A. Wetzler
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia  22314
lauren.wetzler@usdoj.gov

Counsel for Defendants Jon W. Dudas et al.

Randall K. Miller
Arnold & Porter LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia  22102
randall_miller@aporter.com

Counsel for *Amici* Biotechnology Industry Organization and Monsanto Company

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard, Suite 1400
McLean, Virginia  22102
scott.pivnick@pillsburylaw.com

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
rebecca.carr@pillsburylaw.com

Counsel for *Amicus* Elan Pharmaceuticals, Inc.

Thomas J. O'Brien
Morgan Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
to'brien@morganlewis.com

Counsel for *Amicus* American Intellectual Property Law Association

Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
dbey@kslaw.com

Counsel for *Amici* Hexas, LLC, The Roskamp Institute and Tikvah Therapeutics, Inc.

Robert E. Scully, Jr.
Stites & Harbison, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia  22314
rscully@stites.com

Counsel for *Amicus* Human Genome Sciences, Inc.

Craig J. Franco
Odin Feldman & Pittleman P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia  22031
craig.franco@ofplaw.com

Counsel for *Amici* Polestar Capital Associates, LLC and Norseman Group, LLC

Jonathan D. Link
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102
jlink@townsend.com

Counsel for *Amicus* CFPH, LLC

Robert C. Gill
Saul Ewing LLP
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C.  20037

Counsel for *Amici* PA Bioadvance, Life Sciences Greenhouse of Central Pennsylvania, and Pittsburgh Life Sciences Greenhouse

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Road
Falls Church, Virginia  22040
cg@bskb.com

Counsel for *Amicus* Intellectual Property Institute of William Mitchell College of Law

Mathew Christian Schruers
Computer & Communications Industry Association
900 17th Street, N.W., Suite 1100
Washington, D.C.  20006
mschruers@ccianet.org

Counsel for *Amici* Public Patent Foundation, Computer and Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access and Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center

John C. Maginnis, III
1350 Connecticut Avenue, N.W., Suite 301
Washington, D.C. 20036
maginnislaw2@verizon.net

Counsel for *Amicus* CropLife America

M. F. Connell Mullins, Jr.
Spotts Fain P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23218
cmullins@spottsfain.com

Counsel for *Amicus* Micron Technology, Inc.

Jackson D. Toof
Robins Kaplan Miller & Ciresi LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006
toof.jackson@arentfox.com

Counsel for *Amicus* Valspar Corporation

Kenneth C. Bass, III
Sterne Kessler, Goldstein & Fox
1100 New York Avenue, N.W., Suite 600
Washington, D.C. 20005
kbass@skgf.com

Counsel for *Amici* AmberWave Systems Corporation, Fallbrook Technologies Inc., Interdigital Communications LLC, Nano-Terra Inc., and Tessera, Inc.

Kevin Michael Henry
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, D.C. 20005
khenry@sidley.com

Counsel for *Amicus* Washington Legal Foundation

                                                                            /s/
                                     M. F. Connell Mullins, Jr. (VSB #47213)
                                     Attorney for Intel Corporation
                                     Spotts Fain PC
                                     411 East Franklin Street, Suite 600

P.O. Box 1555
Richmond, Virginia 23218-1555
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
Email: cmullins@spottsfain.com