# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, <br><br> Plaintiff, <br><br> v. <br><br> JON W. DUDAS, et al., <br><br> Defendants. | Civil Action No. 1:07cv846 (JCC) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JON W. DUDAS, et al., <br><br> Defendants. | Civil Action No. 1:07cv1008 (JCC) |

### [PROPOSED] ORDER GRANTING THE MOTION OF INTEL CORPORATION FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN CONNECTION WITH THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

Good cause appearing, Intel Corporation's ("Intel") Motion for Leave to File a Brief as A*micus Curiae* in Connection with the Parties' Cross-Motions for Summary Judgment is GRANTED. Intel's brief is deemed to have been filed as of the date of the filing of the motion for leave, without the need to re-file the brief.

Date: _____     _____

James C. Cacheris, U.S. District Judge