

FILED
MAILROOM

DEC 2 8 2007

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br>　　　　　　　　Plaintiff,<br>- against -<br>**JON. W. DUDAS,** *et al.*,<br>　　　　　　　　Defendants. | 1:07-CV-846 (JCC) |

**CONSOLIDATED WITH**

| | |
|---|---|
| **SMITHKLINE BEECHAM CORPORATION,** *et al.*,<br>　　　　　　　　Plaintiff,<br>- against -<br>**JON. W. DUDAS,** *et al.*,<br>　　　　　　　　Defendants. | 1:07-CV-1008 (JCC) |

### MOTION OF *AMICUS CURIAE* DR. RON D. KATZNELSON FOR LEAVE TO EXTEND TIME FOR FILING MISSING APPENDICES AND FINANCIAL STATEMENT

*Amicus Curiae* Ron D. Katznelson, *pro se*, hereby moves for leave to extend the time by one day for filing a Financial Statement and missing appendices to his otherwise timely filed Amicus Brief in the above captioned proceeding. Due to the fact that the undersigned appears *Pro Se* and has not been granted electronic filing privileges as he anticipated, delays and logistical problems prevented paper copies of the abovementioned missing parts from arriving on time (December 27, 2007) at the courthouse. It is noted, however, that parties to this proceeding listed in the Certificate Of Service attached hereto will have received by direct electronic mail the Amicus Brief and the missing parts by December 27, 2007.

1

For the foregoing reasons, I, *amicus curiae* Ron D. Katznelson, request that the Court grant leave to file the aforementioned missing parts by December 28, 2007.

                                            Respectfully submitted,

                                            Ron D. Katznelson, Ph.D.
                                            Encinitas, CA.
                                            (760) 753-0668
                                            rkatznelson@roadrunner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December 2007, I will cause a copy of the foregoing Motion of *Amicus Curiae* Dr. Ron D. Katznelson to be sent by electronic mail to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas*

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettingan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Email: Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Email: Scott.pivnick@pillsburylaw.com

*Counsel for Putative Amicus Elan Pharmaceuticals, Inc.*

3

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Putative Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

Matthew Schruers
Computer & Communications
Industry Association
900 17th Street, NW, Suite 1100
Washington, DC 20006
Tel.: (202) 7830070
Fax: (202) 7830534
Email: mschruers@ccianet.org

*Counsel for Putative Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*

Robert E. Scully Jr.
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
(703) 739-4900
Fax: (703) 739-9577
Email: rscully@stites.com

*Counsel for Putative Amicus Curiae Human Genome Sciences, Inc.*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Rd., Suite 100 East
Falls Church, Virginia 22042
Email: cg@bskb.com

*Counsel for Putative Amicus Intellectual Property Institute of the William Mitchell College of Law*

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22134
Tel: (703) 299-3752
Fax: (703) 299-3983
Email: Lauren.Wetzler@usdoj.gov

*Counsel for All Defendants*

4

By: *[signature: Ron Katznelson]*
Ron D. Katznelson, Ph.D.
Encinitas, CA.
Office: (760) 753-0668
rkatznelson@roadrunner.com