# ROBERT LELKES

Geigenbergerster .3
81477 Munich, Germany
robertlelkes@online.de



RECEIVED MAILROOM
DEC 2007

**Via Overnight Mail**

Clerk
Albert v. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:   <u>Tafas v. Dudas, Et. Al</u>, 1:07-cv-01008-JCC-TRJ

Dear Sir or Madam:

      Enclosed for filing in the above entitled case please find the: (1) Motion of Robert Lelkes for Leave to file a Brief as Amicus Curiae in Support of Plaintiff's Motions for Summary Judgment, and exhibits; and (2) supporting memorandum of law.

                            Sincerely,

                            Robert Lelkes

Enclosures

Dockets.Justia.com