IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

**Triantafyllos Tafas,**  )
                         )
        Plaintiff,       )
    v.                   )   Case No. 1:07cv846
                         )
                         )
**Jon Dudas,** *et al.*, )
                         )
        Defendants.      )
                         )

ORDER

It is hereby ORDERED that the motion of Ron D. Katznelson for Leave to Extend Time for Filing Missing Appendices and Financial Statement (no. 211) is GRANTED.

Entered this 2nd day of January, 2008.

                                            /s/
                                    Thomas Rawles Jones, Jr.
                                    United States Magistrate Judge

Alexandria, Virginia