```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100005674
Cashier ID: rbroaden
Transaction Date: 12/27/2007
Payer Name: MARK LEMLEY
------------------------------------
PRO HOC VICE
 For: MARK LEMLEY
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:      $50.00
------------------------------------
CHECK
 Remitter: MARK LEMLEY
 Check/Money Order Num: 1823
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

MARK LEMLEY
107CV846 AND 107CV1008
```