UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)



FILED
MAILROOM

JAN - 4 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

---

TRIANTAFYLLOS TAFAS,

               Plaintiff,

    v.

JON W. DUDAS, in his official capacity as Under-
Secretary of Commerce for Intellectual Property
and Director of the United States Patent and
Trademark Office, and the UNITED STATES
PATENT AND TRADEMARK OFFICE,

            Defendants.

---

SMITHKLINE BEECHAM CORPORATION,

               Plaintiff,

    v.

JON W. DUDAS, in his official capacity as Under-
Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark
Office, and the UNITED STATES PATENT AND
TRADEMARK OFFICE,

            Defendants.

CIVIL ACTION: 1:07cv846 (JCC/TRJ)
and Consolidated Case (below)

---

## ROBERT LELKES NOTICE OF HEARING ON HIS MOTION
## FOR LEAVE TO FILE BRIEF
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on Friday, February 8, 2008 at 10:00 am, or at such earlier
or other time as counsel may be heard, *amicus curiae* Robert Lelkes ("Lelkes") will move the
Court for an order granting his Motion for Leave to File Brief in Support of Plaintiffs' Motion
for Summary Judgment.

The requested relief Lelkes will be moving for is set forth in detail in Lelkes' Motion for
Leave to File Brief in Support of Plaintiffs' Motion for Summary Judgment and *Amicus Curiae*
Brief.

Dockets.Justia.com

Dated: January ___, 2008

Respectfully submitted,

ROBERT LELKES
Geigenbergerstr. 3
81477 Munich
Germany
Robert Lelkes
robertlelkes@online.de

## CERTIFICATE OF SERVICE

I hereby certify that on January ___, 2008, I caused a copy of the foregoing Notice of Hearing on Motion for Leave to File Brief in Support of Plaintiffs' Motion for Summary Judgment to be served by U.S. Mail, postage prepaid, upon:

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettingan Reilly & West PC
1725 Duke Street
Suite 600
Alexandria, VA 22314

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW
Suite 1200
Washington, DC 20005
dtrainor@kirkland.com

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th Street NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Putative Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Rd., Suite 100 East
Falls Church, VA 22042
Email: cg@bskb.com

*Counsel for Putative Amicus Intellectual Property Institute of the William Mitchell College of Law*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Avenue NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Putative Amicus Pharmaceutical Research and Manufacturers of America*

Randall Carl Miller
Arnold & Porter LLP
1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Putative Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Email: Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Email: scott.pivnick@pillsburylaw.com

*Counsel for Putative Amicus Elan Pharmaceuticals, Inc.*

Robert E. Scully Jr.
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, VA 22314
Tel: (703) 739-9577
Fax: (703) 739-9577
Email: rscully @ stites.com

*Counsel for Putative Amicus Curiae Human Genome Sciences, Inc.*

Matthew Schruers
Computer & Communications
Industry Association
900 17th Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 783-0070
Fax: (202) 783-0534
Email: mschruers@ccianet.org

*Counsel for Putative Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*

Lauren A. Wetzler
Assistant United States Attorney
Justin w. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22134
Tel: (703) 299-3752
Fax: (703) 299-3983
Email: Lauren.wetzler@usdoj.gov

*Counsel for All Defendants*

Dated:  January ___, 2008

ROBERT LELKES
Geigenbergerstr. 3
81477 Munich
Germany
Robert Lelkes
robertlelkes@online.de