# ROBERT LELKES

Geigenbergerster .3
81477 Munich, Germany
robertlelkes@online.de



RECEIVED MAILROOM
JAN - 4 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Via Overnight Mail**

Clerk
Albert v. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:   <u>Tafas v. Dudas, Et Al, 1:07-cv-01008-JCC-TRJ</u>

Dear Sir or Madam:

      Enclosed for filing in the above entitled case please find (1) Robert Lelkes Notice of Hearing On His Motion for Leave to File Brief in Support of Plaintiffs' Motion for Summary Judgment; and (2) Certificate of Service.

                                    Sincerely,

                                    Robert Lelkes

Enclosures