```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA

                          Alexandria Division


TRIANTAFYLLOS TAFAS            )
                               )
     Plaintiff,                )
                               )
          v.                   )    1:07cv846 (JCC)
                               )
JON W. DUDAS, et al.,          )
                               )
     Defendants.               )
                               )

                         CONSOLIDATED WITH

                               )
SMITHKLINE BEECHAM             )
CORPORATION, et al.,           )
                               )
     Plaintiffs,               )
                               )
          v.                   )    1:07cv1008 (JCC)
                               )
JON W. DUDAS, et al.,          )
                               )
     Defendants.               )
```

**O R D E R**

Upon consideration of the several motions for leave to file briefs as *amici curiae* in these consolidated cases, it is hereby ORDERED that:

1) the Motions of Human Genome Sciences, Inc.; Polestar Capital Associates, LLC, and the Norseman Group, LLC; CFPH, LLC; CropLife America; Federation Internationale Des Conseils en Propriete Industrielle; Washington Legal Foundation; BioAdvance, *et al.* (the "Pennsylvania Greenhouses"); Dr. Ron D. Katznelson;

TELES AG Informationstechnologien; and Robert Lelkes for Leave to File Briefs as *Amici Curiae* in Support of Plaintiffs' Motions for Summary Judgment are GRANTED;

2) the Motions of Public Patent Foundation, *et al.*; Micron Technology, Inc.; and Intellectual Property, Administrative Law and Public Health Professors for Leave to File Briefs as *Amici Curiae* in Support of Defendants' Motion for Summary Judgment are GRANTED;

3) the Motion of AmberWave Systems Corp., *et al.* (the "R&D Licensing Companies") for Leave to File a Brief as *Amici Curiae* on the Issue of the Impact of the Proposed USPTO Rules on Amici' business model is GRANTED;

4) the Motion of Intellectual Property Owners Association for Leave to File a Brief as *Amicus Curiae* on the Issue of Adoption of Final Rule 1.78(f)(2) is GRANTED;

5) the Motion of the Bar Association of the District of Columbia for Leave to File a Brief as *Amicus Curiae* Regarding the Effects of the Final Rules on Established Patent Law and Prosecution is GRANTED;

6) in accordance with this Court's Order of December 18, 2007, the Motion of Polestar Capital Associates, LLC, and the Norseman Group, LLC for an extension of time to December 27, 2007 to file their brief as *amicus curiae;* and the Motion of CFPH, LLC for Leave to File a Substitute Brief *Amicus Curiae* are DENIED AS

MOOT;

      7) because it was filed after the December 27, 2007 deadline for *amicus* briefs set by the this Court's Order of December 18, 2007, the Motion of Intel Corporation for Leave to File a Brief as *Amicus Curiae* in Support of Defendants' Motion for Summary Judgment is DENIED; and

      8) the Clerk shall forward a copy of this Order to all Counsel of Record.

January 8, 2008            _____/s/_____
Alexandria, Virginia           James C. Cacheris
                                    UNITED STATES DISTRICT COURT JUDGE