IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:07cv846 (JCC) |
| JON W. DUDAS, et al., | ) | |
| Defendants. | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORPORATION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | 1:07cv1008 (JCC) |
| JON W. DUDAS, et al., | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1) Plaintiff Triantafyllos Tafas's Objection to Magistrate Jones's Opinion and Order Denying Tafas's Motion to Compel and Quashing Tafas's Notices of Depositions for Senior USPTO Officials is DENIED; and

      2) the Clerk shall forward a copy of this Order to all Counsel of Record.

January 9, 2008               _____/s/_____
Alexandria, Virginia               James C. Cacheris
                                 UNITED STATES DISTRICT COURT JUDGE