IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) 1:07cv846(JCC/TRJ)<br>) |
| JON W. DUDAS, et al. | )<br>) |
| Defendants. | ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 1:07cv1008(JCC/TRJ)<br>) |
| JON W. DUDAS, et al. | )<br>) |
| Defendants. | ) |

Upon reviewing the Local Civil Rule 7.1 Financial Disclosures filed and the only one that gives me pause is filed by Public Patent Foundation [115] that indicates that AARP states that there is nothing to report under Local Civil 7.1(A)(1)(a) and (b). If this is the American Association of Retired Persons, my wife is a member of that group. Please advise the Court if that in fact is the group involved in the case by Tuesday, January 22, 2008.

For future reference, courtesy copies of pleadings filed should be sent to chambers.

/s/
James C. Cacheris
United States District Judge

Alexandria, VA
January 11, 2008