UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
MAILROOM
JAN 10 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| TRIANTAFYLLOS TAFAS,<br>    Plaintiff,<br>v.<br>JON. W. DUDAS, *et al.*,<br>    Defendants. | 1:07cv846 (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM<br>CORPORATION, *et al.*,<br>    Plaintiff,<br>v.<br>JON. W. DUDAS, *et al.*,<br>    Defendants. | 1:07cv1008 (JCC/TRJ) |

## *AMICUS CURIAE* DR. RON D. KATZNELSON'S
## NOTICE OF CORRECTION TO MEMORANDUM IN SUPPORT OF
## PLAINTIFFS MOTIONS FOR SUMMARY JUDGMENT

I, Ron D. Katznelson, *pro se*, hereby submit this Notice of Correction in order to submit a corrected version of my *Amicus Curiae* brief in support of the Tafas and GSK plaintiffs (Docket No. 198 and attachments to Docket No. 211).

It was brought to my attention that references made in my prior submissions listed above to documents in Defendants' Administrative Record by using Bates numbers without including them in actual attached exhibits is not customary. This omission may hinder efficiencies of access to cited evidence by the Court and parties to this action.. Therefore, for improving convenience and in order to aid the Court and parties to this action, I have corrected my *Amicus*

1

*Curiae* brief and its appendices. It now includes as attached exhibits, the relevant documents cited previously only by Bates numbers. Appropriate tables of exhibits were added to the brief and to Appendix E and pin-cites to the specific page numbers within the exhibits were added in footnotes. The corrected brief includes 27 exhibits and five (5) appendices to Exhibit 1. The attachments are submitted on CD-ROM in order that they are inserted into the electronic record, as requested in my accompanying *Pr-Se* Motion.

By this correction, no new matter was added and only typographical or grammatical corrections and clarifications were made. Thus, I now file this Notice of Correction, along with duplicates of all appendices and complete set of exhibits, and respectfully request that these be treated as being filed in substitution for Docket No. 198.

Respectfully submitted,

*[signature]*     January 9, 2008.

Ron D. Katznelson, Ph.D.
*Pro-Se*
Encinitas, CA
Office: (760) 753-0668
rkatznelson@roadrunner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2008, I sent the foregoing for filing with the Clerk of the Court, which upon entry will send electronic notification of such filing (NEF) to all counsel of record.

By: _____
Ron D. Katznelson, Ph.D.
Encinitas, CA.
Office: (760) 753-0668
rkatznelson@roadrunner.com