IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07cv846 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:07cv1008 (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### RESPONSE TO ORDER

In response to the Court's January 11, 2008, Order, [233] *Amici Curiae* Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center confirm that the Local Rule 7.1 Financial Disclosure filed by the Public Patent Foundation et al. [115] was and remains accurate.

AARP, a tax-exempt social welfare organization organized under Section 501(c)(4) of the Internal Revenue Code, was formerly the "American Association of Retired Persons." AARP is a nonprofit, nonpartisan membership organization with nearly 40 million members age 50 and over, including over 40,000 members who live outside the United States. People also do not have to be retired to join AARP. In fact, 44 percent of AARP members work part time or full time. For these reasons, AARP shortened its name in 1999 from the American Association of Retired Persons to just four letters: AARP. More information is available on the "AARP History" web page located on AARP's website at http://www.aarp.org/about_aarp/aarp_overview/a2003-01-13-aarphistory.html.

                                           Respectfully submitted,

                                               /s/

*Of Counsel*

| | |
|---|---|
| Daniel B. Ravicher | Matthew Schruers (VSB # 48752) |
| PUBLIC PATENT FOUNDATION, INC. | COMPUTER & COMMUNICATIONS |
| 1375 Broadway, Suite 600 |   INDUSTRY ASSOCIATION |
| New York, New York 10018 | 900 17th Street, NW, Suite 1100 |
| Tel.: (212) 796-0570 | Washington, DC 20006 |
| Fax: (212) 591-6038 | Tel.: (202) 783-0070 |
| ravicher@pubpat.org | Fax: (202) 783-0534 |
| | mschruers@ccianet.org |

David Balto
2600 Virginia Ave. N.W. Suite 1111
Washington, D.C. 20037
Tel.: 202-577-5424
david.balto@yahoo.com

*Counsel for Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*

Dated: January 15, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2008, I caused a copy of the foregoing RESPONSE TO ORDER to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Elizabeth M. Locke
Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th Street, NW Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com
Email: dtrainor@kirkland.com

and

Craig C. Reilly
Richard McGettigan Reilly & West PC
1725 Duke Street Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

*Counsel for GSK Plaintiffs*

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

and

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K Street NW
Suite 400
Washington, DC 20007-5108
Email: jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Tafas*

Lauren A. Wetzler
United States Attorney's Office
2100 Jamison Ave.
Alexandria, VA 22314
Email: lauren.wetzler@usdoj.gov

*Counsel for the Defendants*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
King & Spalding LLP
1700 Pennsylvania Avenue
Suite 200
Washington, DC 20006
Email: dbey@kslaw.com

*Counsel for Amici Hexas, LLC, The Roskamp Institute, and Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave., NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufactures of America*

Rebecca Malkin Carr
Pillsbury Winthrop Shaw Pittman LLP
2300 N St NW
Washington, DC 20037
Email: rebecca.carr@pillsburylaw.com

and

Scott Jeffrey Pivnick
Pillsbury Winthrop Shaw Pittman LLP

1650 Tysons Blvd, Suite 400
McLean, VA 22102
Email: scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

Randall Karl Miller
Arnold & Porter LLP
1600 Tysons Blvd., Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Amici Biotechnology Industry Organization and Monsanto Company*

Charles Gorenstein
Michael K. Mutter
Birch, Stewart, Kolasch and Birch, LLP
8110 Gatehouse Rd., Suite 100 East
Falls Church, Virginia 22042
Email: cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of the William Mitchell College of Law*

Robert E. Scully Jr.
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
Email: rscully@stites.com

*Counsel for Amicus Human Genome Sciences, Inc.*

Jackson David Toof
Robins Kaplan Miller & Ciresi LLP
1875 Eye St NW, Suite 300
Washington, DC 20006-1307
Email: toof.jackson@arentfox.com

*Counsel for Amici Valspar Corporation, General Mills, Inc., Donaldson Company, Inc., Ecolab Inc., and Anchor Wall Systems, Inc.*

Maurice Francis Mullins
Spotts Fain PC
411 E Franklin St., Suite 600

PO Box 1555
Richmond, VA 23218-1555
Email: cmullins@spottsfain.com

*Counsel for Amici Intel Corporation and Micron Corporation*

Craig James Franco
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
Email: craig.franco@ofplaw.com

*Counsel for Amici Polestar Capital Associates, LLC and Norseman Group, LLC*

Jonathan Dyste Link
Townsend and Townsend and Crew LLP
1301 K St NW
9Th Floor, East Tower
Washington, DC 20005
Email: jlink@townsend.com

*Counsel for Amicus CFPH, LLC*

John C. Maginnis, III
1350 Connecticut Avenue, N.W.
Suite 301
Washington, DC 20036
Email: maginnislaw2@verizon.net

*Counsel for Amicus CropLife America*

Timothy A. Molino
Bingham McCutchen LLP
2020 K St NW
Washington, DC 20006
Email: timothy.molino@bingham.com

*Counsel for Amicus Federation Internationale Des Conseils En Proprit Industrielle*

Mark Fox Evens
Thelen, Reid & Priest, LLP
701 Eighth St NW

5th Floor
Washington, DC 20001-3721
Email: mevens@skgf.com

and

Kenneth Carrington Bass, III
Sterne, Kessler, Goldstein & Fox
1100 New York Ave NW
Suite 600
Washington, DC 20005
Email: kbass@skgf.com

*Counsel for Amici AmberWave Systems Corporation, Fallbrook Technologies Inc., InterDigital Communications LLC, Nano-Terra Inc., and Tessera, Inc.*

Robert C. Gill
Saul Ewing LLP
2600 Virginia Ave NW
Suite 1000
Washington, DC 20037
Email: rgill@saul.com

*Counsel for Amici BioAdvance, Life Sciences Greenhouse of Central Pennsylvania, and Pittsburgh Life Sciences Greenhouse*

Kevin Michael Henry
Sidley Austin Brown & Wood LLP
1501 K St NW
Washington, DC 20005
(202) 736-8000
Email: khenry@sidley.com

*Counsel for Amicus Washington Legal Foundation*

Blair Elizabeth Taylor
Covington & Burling
1201 Pennsylvania Ave NW
Washington, DC 20004-7566
Email: btaylor@cov.com

*Counsel for Amicus Intellectual Property Owners Association*

David Wayne Long
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Email: longd@howrey.com

*Counsel for Amicus Teles AG Informationstechnologien*

Robert Christian Bertin
Swidler Berlin LLP
3000 K St NW
Suite 300
Washington, DC 20007-5116
Email: r.bertin@bingham.com

*Counsel for Amicus Bar Association of the District of Columbia*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Robert Lelkes
Geigenbergerstr.381477
Munich,Germany
*Pro se*

Jennifer Sue Martinez
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305

*Counsel for Amici Intellectual Property, Administrative Law and Public Health Professors*

And I further certify that, at *pro se amicus* Ron D. Katznelson's direction, I will transmit the document by electronic mail to the address below:

Ron D. Katznelson, Ph.D.
Encinitas, CA
rkatznelson@roadrunner.com
*Pro se*

                                                                          /s/
Matthew Schruers (VSB # 48752)
COMPUTER & COMMUNICATIONS
 INDUSTRY ASSOCIATION
900 17th Street, NW, Suite 1100
Washington, DC 20006
Tel.: (202) 783-0070
Fax: (202) 783-0534
mschruers@ccianet.org

*Counsel for Amici Curiae Public Patent Foundation, Computer & Communications Industry Association, AARP, Consumer Federation of America, Essential Action, Foundation for Taxpayer and Consumer Rights, Initiative for Medicines, Access & Knowledge, Knowledge Ecology International, Prescription Access Litigation, Public Knowledge, Research on Innovation, and Software Freedom Law Center*