Tafas v. Dudas et al Doc. 238

# TRANSCRIPT

Dockets.Justia.com