# SUPPLEMENTAL INDEX OF ADMINISTRATIVE RECORD

# Tafas v. Dudas, et al.
# Civil Action No. 1:07-cv-00846-JCC-TRJ

| PUBLIC COMMENTS TO RULES | | |
|---|---|---|
| DATE | DESCRIPTION | BATES NO. |
| 05/01/06 | Comments from the Ohio State Bar Association | SA001-SA003 |
| 05/02/06 | Comments from Heritage Woods, Inc. | SA004-SA035 |
| 05/03/06 | Comments from David R. Metzger | SA036-SA038 |
| 05/03/06 | Comments from Hal Milton and James Bonnamy | SA039-SA068 |
| 05/03/06 | Comments from the Intellectual Property Law Association of Chicago (IPLAC) | SA069-SA077 |
| 05/03/06 | Comments from the Webb Law Firm | SA078-SA083 |
| Undated | Comments from Walter Antognini | SA084-SA085 |
| Undated | Comments from Eurica Califorrniaa | SA086-SA093 |
| Undated | Comments from Anthony Venturino | SA094-SA097 |
| Undated | Comments from Anonymous(1) | SA098 |
| Undated | Comments from Anonymous(2) | SA099-SA100 |
| Undated | Comments from Anonymous(3) | SA101 |