# EXHIBIT A:
# PROPOSED ORDER

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**JON W. DUDAS**, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>    **Defendants.** | **CIVIL ACTION: 1:07cv846 (JCC/TRJ)**<br>**and Consolidated Case (below)** |
| **SMITHKLINE BEECHAM CORPORATION,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**JON W. DUDAS**, in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>    **Defendants.** | |

## [PROPOSED] ORDER GRANTING PLAINTIFF TRIANTAFYLLOS TAFAS' MOTION FOR RECONSIDERATION

Having considered Plaintiff Triantafyllos Tafas' Motion for Reconsideration dated December 18, 2008, the Memorandum in Support of the Motion and all exhibits thereto, all other submissions and arguments concerning the Motion, and the entire record before the Court, it is this _____ day of _____, 2008,

    **ORDERED** that the aforesaid Motion for Reconsideration is granted, and it is

    **FURTHER ORDERED** that

_____

_____

                                                                    _____
                                                                    United States District Court Judge