# SUPPLEMENTAL INDEX OF ADMINISTRATIVE RECORD

# Tafas v. Dudas, et al.
# Civil Action No. 1:07-cv-00846-JCC-TRJ

| INFORMATION RELATING TO REGULATORY FLEXIBILITY ACT |||
|---|---|---|
| DATE | DESCRIPTION | BATES NO. |
| 11/25/05 | Memorandum from B. Knight to T. Sullivan regarding Certification Under 605(b) of the Regulatory Flexibility Act | SA102-SA103 |

1