# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., ) | |
| d/b/a GLAXOSMITHKLINE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. ) | |
| ) | |
| JON W. DUDAS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO STRIKE

Defendants Jon W. Dudas and the United States Patent and Trademark Office (collectively "the USPTO") respectfully move this Court for an Order striking certain exhibits filed by Plaintiff Triantafyllos Tafas, *Amici* Polestar Capital and Norseman Group, and *Amicus Curiae* Ron D. Katznelson in connection with summary judgment briefing that are outside the administrative record, along with the portions of their briefs that rely on those extra-record exhibits. At the present time,[1] the offending exhibits include:

---

[1] The USPTO requests that the Court construe this motion as a standing objection to any attempts by the plaintiffs to introduce extra-record materials in later summary judgment briefing.

1. Pl. Triantafyllos Tafas' Mem. of Law in Supp. of Summ. J. Mot., Dkt. No. 143:

    a. Appendix A (Declaration of Triantafyllos Tafas), Exs. A, E-H, J, K, M

    b. Appendix B (Declaration of Robert N. Fenili, Ph.D) & Exs. B, C

    c. Appendix C (Declaration of Michael A. Rueda, Esq.) & Exs. 4-27, 29, 33-36, 38, 40, 43.

2. Br. of *Amici Curiae* Polestar Capital and Norseman Group in Supp. of Pls., Dkt. Nos. 173-178: Exs. 1-3, 5-9, 12-13, 17, 21-28.

3. Mem. of *Amicus Curiae* Ron D. Katznelson in Supp. of Pls. Mots. for Summ. J., Dkt. No. 198: Ex. 1 & App. A-E

The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is attached for the convenience of the Court.

        Respectfully submitted,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY

By:    /s/
        Lauren A. Wetzler
        Ralph Andrew Price, Jr.
        R. Joseph Sher
        Assistant United States Attorneys
        Attorneys for All Defendants
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752
        Fax: (703) 299-3983
        Lauren.Wetzler@usdoj.gov

---

For this reason, the USPTO has not specified in its proposed order the exhibits to which the order applies.

OF COUNSEL:
James A. Toupin
General Counsel

Stephen Walsh
Acting Deputy General Counsel
  and Solicitor

William Covey
Deputy General Counsel

William G. Jenks
Janet A. Gongola
Nathan Kelley
William LaMarca
Associate Solicitors

Jennifer M. McDowell
Associate Counsel

United States Patent and Trademark Office

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| | ) | |
| JON W. DUDAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORP., | ) | |
| d/b/a GLAXOSMITHKLINE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. | ) | |
| | ) | |
| JON W. DUDAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

For the reasons set forth in the Memorandum in Support of Defendants' Motion to Strike and this Court's Memorandum Opinion of January 9, 2008, it is hereby

ORDERED that all exhibits filed by the plaintiffs or *amici* in support of the plaintiffs' claims under the Administrative Procedure Act, 5 U.S.C. § 706(2), and/or the Regulatory Flexibility Act, 5 U.S.C. §§ 601-612, that are not contained in the certified administrative record are STRICKEN.

And it is further ORDERED that all parts of the briefs referencing those extra-record materials are STRICKEN.

Dated: _____                              _____

                                               Hon. James C. Cacheris
                                               United States District Judge

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 22, 2008, I electronically filed the foregoing, with attachments, with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Joseph Dale Wilson, III
Kelley Drye & Warren LLP
Washington Harbour
3050 K Street NW
Suite 400
Washington, DC 20007
Email: jwilson@kelleydrye.com

Joanna Elizabeth Baden-Mayer
Collier Shannon & Scott PLLC
3050 K St NW
Suite 400
Washington, DC 20007-5108
E-mail: jbaden-mayer@kelleydrye.com

*Counsel for Plaintiff Triantafyllos Tafas, 1:07cv846*

Elizabeth Marie Locke
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005
Email: elocke@kirkland.com

Craig Crandell Reilly
Richard McGettigan Reilly & West PC
1725 Duke St
Suite 600
Alexandria, VA 22314
Email: craig.reilly@rmrwlaw.com

Daniel Sean Trainor
Kirkland & Ellis LLP
655 15th St NW
Suite 1200
Washington, DC 20005

Email: dtrainor@kirkland.com

*Counsel for Plaintiffs SmithKline Beecham Corp. d/b/a GlaxoSmithKline, SmithKline Beecham PLC, and Glaxo Group Limited, d/b/a GlaxoSmithKline, 1:07cv1008*

Thomas J. O'Brien
Morgan, Lewis & Bockius
1111 Pennsylvania Ave, NW
Washington, DC 20004
Email: to'brien@morganlewis.com

*Counsel for Amicus American Intellectual Property Lawyers Association*

Dawn-Marie Bey
Kilpatrick Stockton LLP
700 13th St NW
Suite 800
Washington, DC 20005
Email: dbey@kslaw.com

*Counsel for Amicus Hexas, LLC, The Roskamp Institute, Tikvah Therapeutics, Inc.*

James Murphy Dowd
Wilmer Cutler Pickering Hale & Dorr LLP
1455 Pennsylvania Ave NW
Washington, DC 20004
Email: james.dowd@wilmerhale.com

*Counsel for Amicus Pharmaceutical Research and Manufacturers of America*

Randall Karl Miller
Arnold & Porter LLP

1600 Tysons Blvd
Suite 900
McLean, VA 22102
Email: randall_miller@aporter.com

*Counsel for Amicus Biotechnology Industry Organization*

Rebecca M. Carr
Pillsbury Winthrop Shaw Pittman, LLP
2300 N Street, NW
Washington, DC 20037
Rebecca.carr@pillsburylaw.com

Scott J. Pivnick
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
McLean, Virginia 22102-4856
Scott.pivnick@pillsburylaw.com

*Counsel for Amicus Elan Pharmaceuticals, Inc.*

Charles Gorenstein
Birch Stewart Kolasch & Birch LLP
8110 Gatehouse Rd.
P.O. Box 747
Falls Church, VA 22040-0747
cg@bskb.com

*Counsel for Amicus Intellectual Property Institute of William Mitchell College of Law*

Craig James Franco
Odin Feldman & Pittleman PC
9302 Lee Highway
Suite 1100
Fairfax, VA 22031
craig.franco@ofplaw.com

*Counsel for Amicus Polestar Capital Associates, LLC and Norseman Group, LLC*

Robert Emmett Scully, Jr.
Stites & Harbison, PLLC
1199 North Fairfax St.
Suite 900
Alexandria, VA 22314
rscully@stites.com

*Counsel for Amicus Human Genome Sciences, Inc.*

Matthew Christian Schruers
Morrison & Foerster
2000 Pennsylvania Ave NW
Suite 5500
Washington, DC 20006-1888
Mschruers@ccianet.org

*Counsel for Amicus Public Patent Foundation, et al.*

Kenneth Carrington Bass, III
Sterne, Kessler, Goldstein & Fox
1100 New York Ave NW
Suite 600
Washington, DC 20005
kbass@skgf.com

Mark Fox Evens
Thelen, Reid & Priest, LLP
701 Eighth St NW
5th Floor
Washington, DC 20001-3721
mevens@skgf.com

*Counsel for Amicus AmberWave Systems Corporation, et al.*

Jackson David Toof
Robins Kaplan Miller & Ciresi LLP
1875 Eye St NW
Suite 300

Washington, DC 20006-1307
toof.jackson@arentfox.com

*Counsel for Interested Party Anchor Wall Systems, Inc., et al.*

Robert Christian Bertin
Swidler Berlin LLP
3000 K St NW
Suite 300
Washington, DC 20007-5116
r.bertin@bingham.com


*Counsel for Amicus Bar Association of the District of Columbia*

Robert C. Gill
Saul Ewing LLP
2600 Virginia Ave NW
Suite 1000
Washington, DC 20037
rgill@saul.com

*Counsel for Amicus BioAdvance, et al.*

Jonathan Dyste Link
Townsend and Townsend and Crew LLP
1301 K St NW
9th Floor, East Tower
Washington, DC 20005
jlink@townsend.com

*Counsel for Amicus CFPH, LLC*

John C. Maginnis, III
1350 Connecticut Ave NW
Suite 301
Washington, DC 20036
maginnislaw2@verizon.net

*Counsel for Amicus CropLife America*

Timothy A. Molino
Bingham McCutchen LLP
2020 K St NW
Washington, DC 20006
timothy.molino@bingham.com

*Counsel for Amicus Federation Internationale Des Conseils En Proprit Industrielle*

Maurice Francis Mullins
Spotts Fain PC
411 E Franklin St
Suite 600
PO Box 1555
Richmond, VA 23218-1555
cmullins@spottsfain.com

*Counsel for Interested Party Intel Corporation*

Blair Elizabeth Taylor
Covington & Burling
1201 Pennsylvania Ave NW
Washington, DC 20004-7566
btaylor@cov.com

*Counsel for Amicus Intellectual Property Owner Association*

Maurice Francis Mullins
Spotts Fain PC
411 E Franklin St
Suite 600
PO Box 1555
Richmond, VA 23218-1555
cmullins@spottsfain.com

*Counsel for Amicus Micron Technology, Inc.*

David Wayne Long
Howrey Simon Arnold & White LLP

1299 Pennsylvania Ave NW
Washington, DC 20004
longd@howrey.com

*Counsel for Amicus Teles AG Informationstechnologien*

Kevin Michael Henry
Sidley Austin Brown & Wood LLP
1501 K St NW
Washington, DC 20005
khenry@sidley.com

*Counsel for Amicus Washington Legal Foundation*

      I have also caused copies of the foregoing, with attachments, to be sent to the following non-ECF users by first-class mail (where an address has been provided to the Court) or electronic mail (where it has not been):

Jennifer Sue Martinez
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305

*Counsel for Amicus Intellectual Property and Administrative Law and Public Health Professors*

Ron D. Katznelson
Encinitas, CA

rkatznelson@roadrunner.com
*Amicus Curiae Pro Se*

Robert Lelkes
Geigenbergerstr. 3
81477 Munich
Germany
*Amicus Curiae Pro Se*

                                                      /s/
                                      LAUREN A. WETZLER
                                    Assistant United States Attorney

        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3752
        Fax: (702) 299--3983
        Lauren.Wetzler@usdoj.gov
        *Counsel for All Defendants*