**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **TRIANTAFYLLOS TAFAS,**<br><br>     **Plaintiff,**<br> v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of  Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>     **Defendants.** | **CIVIL ACTION:  1:07cv846 (JCC/TRJ)** and Consolidated Case (below) |
| **SMITHKLINE BEECHAM CORPORATION,**<br><br>     **Plaintiff,**<br> v.<br><br>**JON W. DUDAS,** in his official capacity as Under-Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the **UNITED STATES PATENT AND TRADEMARK OFFICE,**<br><br>     **Defendants.** | |

**NOTICE OF HEARING ON PLAINTIFF TRIANTAFYLLOS TAFAS'
EQUAL ACCESS TO JUSTICE ACT FEE APPLICATION**

PLEASE TAKE NOTICE that on *Friday*, March 26, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiff, Dr. Triantafyllos Tafas ("Tafas" or "Plaintiff"), will move this Court to grant his Motion for Attorneys' Fees and Expenses pursuant to 28 U.S.C. § 2412 (the Equal Access to Justice Act), for the reasons set forth therein, as well as in Plaintiff's supporting memorandum of law and the Declarations of Steven J. Moore, Esq., Dr. Triantafyllos Tafas, Shaun M. Gehan, Esq., David Boundy, Esq. and Richard B. Belzer, and exhibits, submitted in support of the Motion.

2

Dated: March 15, 2010                    Respectfully submitted,

                                                 s/ Joseph D. Wilson_____
                                                 Joseph D. Wilson (VSB # 43693)
                                                 KELLEY DRYE & WARREN LLP
                                                 Washington Harbor, Suite 400
                                                 3050 K Street, NW
                                                 Washington, DC 20007
                                                 Telephone: (202) 342-8400
                                                 Facsimile: (202) 342-8451
                                                 E-mail: jwilson@kelleydrye.com

*(Counsel for Plaintiff Triantafyllos Tafas)*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of March 2010, I caused Plaintiff Triantafyllos Tafas' foregoing Post-Judgment Motion for Attorneys Fees and Expenses, Notice of Hearing, Tafas' supporting Memorandum of law, Declaration of Steven J. Moore, Declaration of Shaun M. Gehan, Declaration of David Boundy, Declaration of Triantafyllos Tafas and Declaration of Richard B. Belzer, and exhibits, to be electronically filed using the Court's CM/ECF system, which will then send a notification of such filing (NEF) to all parties.   I have also caused copies of the foregoing to be sent to the following non-ECF users by first-class mail (where an address has been provided to the Court) or electronic mail (where it has not been):

                Ron D. Katznelson
                Encinitas, CA
                rkatznelson@roadrunner.com
                *Amicus Curiae Pro Se*

                Robert Lelkes
                Geigenbergerstr. 3
                81477 Munich
                Germany
                *Amicus Curiae Pro Se*

                Jennifer Sue Martinez
                Stanford Law School
                559 Nathan Abbott Way
                Stanford, CA 94305
                *Counsel for Amicus Intellectual Property*
                *and Administrative Law and Public Health*
                *Professors*

                              /s/ Joseph D. Wilson
                              Joseph D. Wilson (VSB # 43693)
                              KELLEY DRYE & WARREN LLP
                              Washington Harbour, Suite 400
                              3050 K Street, N.W.
                              Washington, DC  20007
                              Telephone: (202) 342-8400
                              Facsimile: (202) 342-8451
                              E-mail: jwilson@kelleydrye.com

                              *(Counsel to Plaintiff Triantafyllos Tafas)*