# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| ) | |
| DAVID KAPPOS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., ) | |
| d/b/a GLAXOSMITHKLINE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. ) | |
| ) | |
| DAVID KAPPOS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons stated in the Joint Motion for Briefing Schedule on EAJA Motion (Dkt. No. 287), the Court sets the following briefing schedule with respect to Plaintiff's motion for attorneys fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA") (Dkt. No. 284):

a. Defendants' opposition to Plaintiff's motion, limited to the question of Plaintiff's eligibility for and entitlement to a fee award, shall be filed on or before April 28, 2010.

b. Plaintiff's reply brief, limited to the question of Plaintiff's eligibility for and entitlement to a fee award, shall be filed on or before May 12, 2010.

c.  The Court shall hold argument on the motion, limited to the question of Plaintiff's eligibility for and entitlement to a fee award, on Friday, June 4, 2010, at 10 a.m.

Dated: March 23rd, 2010
Alexandria, VA

/s/
James C. Cacheris
United States District Judge

Hon. James C. Cacheris