**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| TRIANTAFYLLOS TAFAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |
| | ) | |
| DAVID KAPPOS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| SMITHKLINE BEECHAM CORP., | ) | |
| d/b/a GLAXOSMITHKLINE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |
| v. | ) | |
| | ) | |
| DAVID KAPPOS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPORT TO THE COURT**

Defendants David Kappos, Director of the United States Patent and Trademark Office

("USPTO"), and the USPTO, wish to bring to the Court's attention a significant development

related to the application for attorneys' fees and expenses that Plaintiff Triantafyllos Tafas filed

in the United States Court of Appeals for the Federal Circuit pursuant to the Equal Access to

Justice Act ("EAJA"), 28 U.S.C. § 2412.  On March 23, 2010, the Federal Circuit summarily

denied the application filed in that court. *See* Attachment 1.   The motion for fees and expenses

that accompanied Tafas's application in the Federal Circuit rested on the same legal grounds as

the motion for fees and expenses under EAJA that he contemporaneously filed with this Court.

*Compare* Attachment 2, *with* E.D. Va. Dkt. No. 284; *compare* Attachment 3, *with* E.D. Va. Dkt.

No. 285.  The only difference between the filings is that Tafas's Federal Circuit motion asked for

fees and expenses incurred at the appellate level, whereas the motion filed in this Court requests

fees and expenses incurred at both the district court and appellate levels.

After denying Tafas's application for fees and expenses, the Federal Circuit also denied

the consent motion Tafas filed seeking a remand of the matter to allow this Court to consider

together the request for fees and expenses incurred at the district court and appellate levels.  *See*

Fed. Cir. Dkt. No. 259.

The Federal Circuit's denial of fees and expenses incurred in the appellate proceedings

precludes this Court from awarding fees or expenses for work done at the appellate level.  *See,*

*e.g., Barrera v. Principi*, 18 Fed. Appx. 901, 904-05 (Fed. Cir. 2001).  If – despite the Federal

Circuit's denial of an essentially identical motion – Tafas chooses to proceed with the motion for

fees and expenses filed in this Court for work done at the district court level, Defendants will file

their opposition to that motion, limited to the questions of Tafas's eligibility for and entitlement

to a fee award, on or before April 28, 2010.  *See* E.D. Va. Dkt. No. 288.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By:  _____/s/_____
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov
Attorney for All Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2010, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all

parties, including the following counsel for Plaintiff Triantafyllos Tafas:

> Joseph Dale Wilson, III
> Kelley Drye & Warren LLP
> Washington Harbour
> 3050 K Street NW
> Suite 400
> Washington, DC 20007
> Email: jwilson@kelleydrye.com

I will also cause copies of the foregoing to be sent to the following non-ECF users by

first-class mail (where an address has been provided to the Court) or electronic mail (where it has

not been).

> Jennifer Sue Martinez
> Stanford Law School
> 559 Nathan Abbott Way
> Stanford, CA 94305
> *Counsel for Amicus Intellectual Property and Administrative Law and Public Health Professors*

> Ron D. Katznelson
> Encinitas, CA
> rkatznelson@roadrunner.com
> *Amicus Curiae Pro Se*

> Robert Lelkes
> Geigenbergerstr. 3
> 81477 Munich
> Germany
> *Amicus Curiae Pro Se*

_____/s/_____
Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Tel: (703) 299-3752
Fax: (703) 299-3983
Lauren.Wetzler@usdoj.gov
Attorney for All Defendants