# Attachment 1

# ORIGINAL

Form 20

FORM 20. Application for Fees and Other Expenses Under the Equal Access to Justice Act

## APPLICATION FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
### Title 28 U.S.C. § 2412(d), Title II of Public Law 96-481, 994 STAT 2325

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT | March 15, 2010 | 2008-1352 |

| 4. NAME OF APPLICANT (one per form) | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM |
|---|---|
| Triantafyllos Tafas, Plaintiff-Appellee | United States Patent & Trademark Office |

**6. NATURE OF APPLICATION**
- A. ☑ Original application under 28 U.S.C. § 2412 (d) (1) (A) after judgment in civil action against U.S.
- B. ☐ Appeal of fees and expenses awarded by Lower Court. (If item 6B is checked go to item 7.)
- C. ☐ Original application under 28 U.S.C. § 2412 (d) (3) after review of agency decision.
- D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. § 504 (c) (2).

**7. APPEAL FROM:** ☑ DISTRICT COURT ☐ BANKRUPTCY COURT ☐ OTHER: _____

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| August 21, 2007 | 1:07cv846 (JCC) |

| 8. ADMINISTRATIVE AGENCY DOCKET NO. | 9. DATE FILED IN ADMINISTRATIVE AGENCY |
|---|---|
| Not Applicable | Not Applicable |

10. SHOWING IF "PREVAILING PARTY" STATUS (28 U.S.C. § 2412 (d) (1) (B)):
IS AGENCY ORDER, COURT ORDER, OR OTHER RELEVENT DOCUMENT ATTACHED?  ☑ YES  ☐ NO

11. SHOWING OF ELIGIBILITY (28 U.S.C. § 2412 (d) (2) (B)):
IS NET WORTH INFORMATION ATTACHED?  ☑ YES  ☐ NO

**FILED U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**MAR 15 2010**

**JAN HORBALY CLERK**

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. § 2412 (d) (B)):

As set forth more particularly in his supporting attachments and in the record of proceedings below, Tafas contends that that the United States Patent & Trademark Office's position in promulgating the claims and continuation rules (the "Rules") and/or, thereafter, by virtue of the USPTO defending the validity of the Rules in the District Court and on appeal to the Federal Circuit, was not substantially justified. Tafas begs leave to incorporate herein by reference the supporting papers filed along herewith.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INFORMATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. § 2412 (d) (B)):

| | AMOUNT CLAIMED |
|---|---|
| A. ATTORNEY FEES | $528,069.50 (See supporting attachments) |
| B. STUDY | |
| C. ANALYSIS | |
| D. ENGINEERING REPORT | |
| E. TEST | |
| F. PROJECT | |
| G. EXPERT WITNESS FEES | |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) | $39,031.74 (See Supporting attachments) |
| (2) | |
| (3) | |
| I. TOTAL FEES AND EXPENSES | $567,101.24 (See Supporting attachments) |

| 14. SIGNATURE | 15. DATE |
|---|---|
| [signature] Joseph D. Wilson | 3/15/2010 |

NO FILED FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT.

**RECEIVED FROM NIGHT BOX**

**MAR 16 2010**

143
United States Court of Appeals For The Federal Circuit

The motion is DENIED.

**MAR 23 2010** Date

FOR THE COURT
[signature] JAN HORBALY Clerk

256