UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID KAPPOS, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., ) <br> d/b/a GLAXOSMITHKLINE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID KAPPOS, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

## ORDER

With the consent of Plaintiff Triantafyllos Tafas, and upon good cause shown by Defendants, the Court hereby amends the briefing schedule for Dr. Tafas's motion for a fee award pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA motion"). Accordingly, it is hereby

ORDERED that:

a. Defendants' opposition to the EAJA motion, limited to the questions of Dr. Tafas's eligibility for and entitlement to a fee award, shall be due on Tuesday,

May 11, 2010.

b. Plaintiff's reply brief, limited to the questions of Dr. Tafas's eligibility for and entitlement to a fee award, shall be due on Tuesday, May 25, 2010.

c. A hearing on the EAJA motion, limited to the questions of Dr. Tafas's eligibility for and entitlement to a fee award, will be held on Friday, June 4, 2010, as presently scheduled.

/s/
James C. Cacheris
United States District Judge

Date: 4/28/10

UNITED STATES DISTRICT COURT