UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRIANTAFYLLOS TAFAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID KAPPOS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:07cv846(L) (JCC/TRJ) |

CONSOLIDATED WITH

| | |
|---|---|
| SMITHKLINE BEECHAM CORP., ) <br> d/b/a GLAXOSMITHKLINE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID KAPPOS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:07cv1008 (JCC/TRJ) |

**AGREED ORDER**

Plaintiff Triantafyllos Tafas and Defendants David Kappos and the United States Patent and Trademark Office having resolved "Plaintiff Triantafyllos Tafas' Post-Judgment Motion for Attorneys' Fees and Expenses Pursuant to the Equal Access to Justice Act" ("Motion"), Dr. Tafas voluntarily withdraws that Motion (Dkt. No. 284). Accordingly, it is hereby

ORDERED that the Motion is deemed WITHDRAWN WITH PREJUDICE, and it is further

ORDERED that the Order of April 26, 2010 setting a briefing schedule and oral argument on the Motion (Dkt. No. 291) is VACATED.

Dated: May 11, 2010

/s/
James C. Cacheris
United States District Judge

UNITED STATES DISTRICT JUDGE

WE AGREE TO THIS:

Joseph D. Wilson (VSB # 43693)
KELLEY DRYE & WARREN LLP
Washington Harbor, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
E-mail: jwilson@kelleydrye.com

*Attorney for Plaintiff Triantfayllos Tafas*

By:

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

Lauren A. Wetzler
Assistant United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel: (703) 299-3752
Fax: (703) 299-3983
E-mail: Lauren.Wetzler@usdoj.gov

*Attorney for All Defendants*